## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS ANDERSON, ET AL.** *Plaintiffs* | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO.** |
| **CITY OF NEW ORLEANS, ET AL.** *Defendants* | * * * * * | **JUDGE** |
| | | **MAGISTRATE** |

\* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

## CONSENT TO REMOVAL

Defendants, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, Pa.,[1] incorrectly named as "American Intenation Group, Inc." and as "AIG Defendants", while reserving any and all defenses and without waiving same, hereby consent to the removal of the severed action pursuant to the Third-Party Petition filed by Pan-American Life Insurance Company ("Pan-Am") on April 5, 2024, in the matter captioned *Thomas Anderson, et al. v. City of New Orleans, et al.,* No. 2000-7489, pending in Division "B" on the docket of the Civil District Court for Orleans Parish, Louisiana, to the United States District Court for the Eastern District of Louisiana.

Dated: 5/6/2024

# EXHIBIT "A"

---

[1] Pan-Am erroneously named the American Intenation (*sic*) Group, Inc." as an "AIG Defendant" allegedly issuing "AIG Umbrella Policy No. BE 3097117 with a policy period of January 1, 1995 to January 1, 1996." National Union Fire Insurance Co. of Pittsburgh, Pa. is the correct name of the carrier that issued this policy to Pan-Am.

Respectfully submitted,

/s/ Mary S. Johnson
Mary S. Johnson, T.A. (Bar #17647)
msj@jgmclaw.com
Ingrid Kemp Laurendine (Bar #30575)
ikl@jgmclaw.com
**JOHNSON GRAY MCNAMARA, LLC**
21357 Marion Lane, Suite 300
Mandeville, Louisiana 70471
Telephone: (985) 246-6544
Facsimile: (985) 246-6549

Nichole M. Gray (Bar #32479)
ssm@jgmclaw.com
Charles A. Nunmaker (Bar#01510)
can@jgmclaw.com
Matthew Holman (Bar #40613)
mch@jgmclaw.com
**JOHNSON GRAY MCNAMARA, LLC**
650 Poydras Street, Suite 1201
New Orleans, Louisiana 70130
Telephone: (504) 525-4649
Facsimile: (504) 525-4653

*Counsel for Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. (incorrectly named as "American Intenation Group")*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS ANDERSON, ET AL.** *Plaintiffs* | * * | **CIVIL ACTION** |
| | * | **NO.** |
| **VERSUS** | * * | |
| | * | **JUDGE** |
| **CITY OF NEW ORLEANS, ET AL.** *Defendants* | * | **MAGISTRATE** |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * | | |

---
**CONSENT TO REMOVAL**

---

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"); ACE Property & Casualty Insurance Company ("Ace P&C"); Westchester Fire Insurance Company for itself and with respect to policies notated from International Insurance Company ("Westchester"); ACE Fire Underwriters Insurance Company formerly known as CIGNA Fire Underwriters Insurance Company formerly known as Aetna Fire Underwriters Insurance Company ("ACE Fire"); Federal Insurance Company ("Federal"); and Great Northern Insurance Company ("Great Northern") (all collectively "Chubb Insurers"), while reserving any and all defenses, including specifically *lis pendens* under Louisiana law and its federal court analog based on the Chubb Insurers' previously filed Complaint for Declaratory Judgment action in this court, civil action no. 24-cv-00584, to the Third-Party Petition filed by Pan-

American Life Insurance Company on April 5, 2024 in the matter captioned *Thomas Anderson, Et Al. v. City of New Orleans, Et Al.,* Suit No. 2000-7489, pending in Division "B" on the docket of the Civil District Court for Orleans Parish, Louisiana, which Third-Party Petition was severed from same and without waiving any such defenses, hereby consent to the removal of the severed action to the United States District Court for the Eastern District of Louisiana.

    Respectfully submitted,

*/s/James M. Garner*
_____
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
AMANDA R. SCHENCK, #30706
SOPHIE R. TROSCLAIR, #40979
SHER GARNER CAHILL, RICHTER, KLEIN & HILBERT, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112
Telephone: (504) 299-2100
Facsimile:   (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS CENTURY INDEMNITY COMPANY, ACE PROPERTY & CASUALTY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY, ACE FIRE UNDERWRITERS INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, AND GREAT NORTHERN INSURANCE COMPANY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS ANDERSON, ET AL.** *Plaintiffs* | * * * | **CIVIL ACTION** |
| **VERSUS** | * * | **NO.** |
| **CITY OF NEW ORLEANS, ET AL.** *Defendants* | * * * * * | **JUDGE** **MAGISTRATE** |
| * * * * * * * * * * * * * * * * * * * * * | * | |

---

## CONSENT TO REMOVAL
---

Defendants, Travelers Casualty and Surety Company and The Travelers Indemnity Company, as successor by merger with Gulf Insurance Company, improperly named as Gulf International, while reserving any and all defenses and without waiving same, hereby consents to the removal of the severed action pursuant to the Third-Party Petition filed by Pan-American Life Insurance Company on April 5, 2024 with the matter captioned *Thomas Anderson, Et Al. v. City of New Orleans, Et al.,* Suit No. 2000-7489, pending in Division "B" on the docket of the Civil District Court for Orleans Parish, Louisiana, to the United States District Court for the Eastern District of Louisiana.

Dated:  5/3/24

[*signature on next page*]

Respectfully submitted,

*/s/ Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076 (T.A.)**
**Zachary T. LaMachio, La. Bar No. 39432**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: 504-568-1990
Facsimile: 504-310-9195
Email: sschmeeckle@lawla.com
zlamachio@lawla.com
**Counsel for Defendants, Travelers Casualty and Surety Company and The Travelers Indemnity Company, as successor by merger with Gulf Insurance Company, improperly named as Gulf International**

2

8109695