CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2000-7489      DIVISION "A"

THOMAS ANDERSON, PAMELA DAVENPORT, EVELLE THOMAS, JUNE HARVEY, JOSEPH WONG, individually, ON BEHALF OF ALL THOSE SIMILARLY SITUATED, ALL PERSONS EXPOSED TO CHEMICALS AT 2400 CANAL STREET

VERSUS

CITY OF NEW ORLEANS, ET AL

PROCEEDINGS held in the above-captioned matter were taken in Open Court before the HONORABLE TIFFANY GAUTIER CHASE, Judge presiding, on September 28, 2015.

APPEARANCES:

FOR THE PLAINTIFFS:
ROY F. AMADEE, JR., ESQ.
GARY J. GAMBEL, ESQ.
JENNIFER C. WILLIS, ESQ.
TONY M. CLAYTON, ESQ.

FOR PAN-AMERICAN LIFE INSURANCE COMPANY:
DARRYL J. FOSTER, ESQ.

FOR NID CORPORATION:
JOHN A. STEWART, ESQ.
BRODIE G. GLENN, ESQ.

FOR THE CITY OF NEW ORLEANS:
KIMLIN S. LEE, ESQ.
CORWIN M. ST. RAYMOND, ESQ.

Reported by:
PATRICIA O'BRIEN, C.C.R.
Official Court Reporter

I N D E X

| WITNESS | PAGE |
|---|---|
| PATRICIA WILLIAMS, M.D. | |
| Mr. Clayton (direct) | 4 |
| Mr. Foster (cross) | 31 |
| Mr. St. Raymond (cross) | 32 |
| Mr. Clayton (direct) | 35 |
| Mr. Foster (cross) | 97 |
| Mr. St. Raymond (cross) | 163 |
| Mr. Stewart (cross) | 184 |
| Mr. Clayton (redirect) | 201 |

P R O C E E D I N G S

THE COURT:
Okay. Plaintiffs, who are you calling this morning?

MS. WILLIS:
We are going to be calling Dr. Williams first. Then Mr. Anderson. Then Mr. Handlin, who is another expert. And then Ms. Harvey Armour, who is also a class representative.

As a matter of housekeeping, Your Honor. Except for one exhibit, all parties have stipulated to the authenticity and admissibility of everything that's in the bench books. So they are being moved in at this time as joint exhibits.

THE COURT:
Okay.

MS. WILLIS:
The one exception to that is number 35, which is a WWL news broadcast, which shows the barrels being removed from 2400 Canal Street. The defendants have stipulated to authenticity but not admissibility.

THE COURT:
Okay. We will address that one as it comes up.

MR. STEWART:
Your Honor, John Stewart representing NID Corporation. I would just like to mention this. We have agreed, to the extent counsel just mentioned, to stipulate to the admissibility of the exhibits, but that is only

for purposes of the class action certification hearing.

THE COURT:
Correct.

MR. STEWART:
When we get to the point of the liability issues and trying those, you know, we reserve our rights.

THE COURT:
So you are just saying that that is for the first hurdle.

MR. STEWART:
Yes.

MS. WILLIS:
Also, Your Honor, there was inadvertently omitted from this, from number 25 additional — Mr. Stewart pointed out to me additional records of Miss Harvey Armour, so this is a supplement to Exhibit 25.

Additionally, the defendants have stipulated to the qualifications of putative class counsel for appointment of class counsel, should that happen.

THE COURT:
Why don't we just put that on as we have each of them testifying.

MS. WILLIS:
Of class counsel.

THE COURT:
Oh, class counsel. I thought you said class reps. I am sorry.

MS. WILLIS:

1         Of class counsel.
2 THE COURT:
3         Okay.
4 MR. STEWART:
5         One other housekeeping item, Your Honor.
6 Are we going to start at the same time
7 tomorrow?  Because we have an expert coming in
8 from Baton Rouge, and I had originally told him
9 9:00 o'clock.
10 THE COURT:
11         For tomorrow?
12 MR. STEWART:
13         For tomorrow, yeah.  We will have one
14 witness tomorrow.  Hopefully, the plaintiffs --
15 THE COURT:
16         It just depends on how far we get today.
17 MR. STEWART:
18         Okay, gotcha.
19 THE COURT:
20         I can let you know probably before we
21 start this afternoon.
22 MR. STEWART:
23         Okay.
24 THE COURT:
25         Dr. Williams?  Those are joint exhibits,
26 correct?
27 MS. WILLIS:
28         That is correct.
29 THE COURT:
30         So you are going to file those into the
31 record. So are you agreeing to split the cost
32 of the filing?

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
5

1 MS. WILLIS:
2         We are agreeing to split the costs three
3 ways.  We tried to extort some money out of the
4 city, but Kimlin said that wouldn't happen.
5         PATRICIA M. WILLIAMS, Ph.D., after having
6 been first duly sworn or affirmed in the
7 above-entitled cause, was examined and
8 testified as follows:
9 THE COURT:
10         You may proceed.
11 MR. CLAYTON:
12         Thank you Your Honor.
13         DIRECT EXAMINATION
14 BY MR. CLAYTON:
15 Q.    Good morning, ma'am.  Give us your name and
16 your address, please.
17 A.    Patricia McGovern Williams. Address, 234 West
18 William David Parkway, Metairie, Louisiana a.
19 Q.    With whom are you employed?
20 A.    Well, my consulting is my own self-employment,
21 but I am also associate professor, University of New
22 Orleans; coordinator of toxicology research
23 laboratories, Pontchartrain Institute for
24 Environmental Sciences.
25 Q.    Briefly, tell Judge Chase, if you will, your
26 background, your educational background.
27 A.    Well, I have a Bachelor of Science in medical
28 technology, which allows me -- and I am licensed and
29 certified, Board certified by American Society of
30 Clinical Pathologists to perform and interpret all
31 clinical laboratory procedures at the highest level,
32 also qualified under federal law CLIA, Clinical

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
6

1 Laboratory Improvement Act, to serve as a laboratory
2 director, and I have.
3         I have a Master's in microbiology, and I have
4 a doctorate of anatomy from Tulane graduate school,
5 Department of Anatomy, School of Medicine.
6 Q.    I heard you say that you are Board certified.
7 Let's talk about that a little bit.  Are there any
8 diplomates of the American Board of Toxicology?  Is
9 there a Board that governs your profession?
10 A.    I have two Board certifications. I didn't
11 mention that because it was post-doctoral work.  I
12 am Board certified by the American Board of
13 Toxicology.  We earn the title of diplomate of the
14 American Board of Toxicology.  There are 2,000 of us
15 in the world.
16 Q.    Let's talk a little bit more about that.  What
17 is the origin of the Board, and why was it
18 established?
19 A.    The Food and Drug Association was getting, in
20 the '70s, a lot of fraudulent studies, and they
21 reached a point where they were either going to
22 license those who wished to call themselves
23 toxicologists or they went to the Society of
24 Toxicology and gave them the option of doing a
25 certification.
26         So the Society of Toxicology really is the
27 origin, developed the exam, and we have to sit for
28 an exam every five years.  The initial exam is three
29 half-day exams.  It's complete areas of general
30 toxicology, and once you have passed that, of
31 course, you have to have a lot of continuing
32 education, and you have to have a judge, before you

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
7

1 can sit for it, say that you practiced toxicology
2 prior to that time.  And then every five years, you
3 sit for a -- another exam.  But it's a very lengthy
4 exam that is sent to you.  And then, after that, you
5 are participating by writing questions.  But your
6 continuing education has to be judged every five
7 years that you continue to grow.
8 Q.    I was reading that, during the '60s, LSU
9 Medical Center and LSU in Baton Rouge had a joint
10 degree in medical technology.  Did you obtain one of
11 those, and did you gain any further education as a
12 result of that?
13 A.    Yes. I was one of those that got the joint
14 degree, and I was hired in my career to teach, at
15 first in '75, to teach medical technology, clinical
16 hematology to students with the medical center at
17 UNO, University of New Orleans.  By 1983, I
18 became -- or 1985, I became the head of the
19 Department of Medical Technology and sat over the
20 entire statewide program, both medical centers,
21 Shreveport and New Orleans, as the department head.
22         And also, I think at that time, I may have 13
23 or 15 hospital schools, and I was hired to implement
24 the Federal Court order, the consent decree, to
25 integrate higher education.  And that was quite my
26 job.
27 Q.    I want you to thank you for that because I'm a
28 benefit of that, so I appreciate that.  You also got
29 an M.S. Tell us about that.
30 A.    That's in microbiology, yes.  I went back, I
31 think in '73, finished somewhere in there, to get
32 the Master's in microbiology, which is one of, I

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
8

1  think — in medical technology, we have several
2  labs, clinical chemistry, hematology, immunology,
3  urinalysis, blood banking and microbiology, so it
4  was an area of expertise above the Bachelor's-level
5  training in medical technology.
6  Q.   You alluded to earlier having a Ph.D. in
7  anatomy. That's important to this case. What type
8  of background toward the education that you have as
9  it relates to anatomy?
10 A.   The doctorate in anatomy requires the first
11 two years of medical school. So I was with these
12 freshman classes because I was still full-time
13 faculty. I was raising two children at the same
14 time. That gives you a tremendous depth that few
15 people have.
16      The diplomate status gives you the general
17 toxicology, but there is no comparison to what the
18 depth, the knowledge of histology, gross anatomy,
19 neuro-anatomy and embryology, and I teach those — I
20 teach histology and embryology to pre-med students
21 today at University of New Orleans and have taught
22 to medical students all of those disciplines.
23 Q.   I was reading up on Mr. Anderson, the opposing
24 expert, and I didn't see much on histology in his
25 background. But you have taught clauses in that,
26 and you —
27      MR. FOSTER:
28           Your Honor.
29      THE COURT:
30           Just ask the question.
31 BY MR. CLAYTON:
32 Q.   You taught classes in histology?

1  A.   Yes, both at the medical school level, and I
2  continue to teach at University of New Orleans, the
3  premed students. Pretty much they are in trouble
4  financially and lost a lot of their higher-level
5  courses from premed, so I'm picking them up to help
6  the kids.
7  Q.   Why don't you tell the Court why is it
8  important to have that histology background as it
9  relates to this case?
10 A.   Toxicants act at the cellular level,
11 especially a corrosive toxicant like hydrochloric
12 acid and hydrofluoric acid. And some of the
13 diseases that have been reported and documented in
14 the plaintiffs in this case require real knowledge
15 of the eye to understand how hydrochloric acid can
16 cause glaucoma, how hydrochloric acid can cause
17 cataracts.
18 Q.   That's because of its corrosive effects,
19 correct?
20 A.   That's right. It's because of its corrosive
21 effects, and it's because of its mechanistic ability
22 to coagulate, like make everything clump inside the
23 lens of the eye. That causes the cataracts. And
24 its ability to cause tissue damage in the
25 iridocorneal angle, which then stops the fluid from
26 being able to go around the eye, and so it just
27 accumulates, and they get glaucoma. So that's
28 really important.
29 Q.   With that background in anatomy, have you ever
30 dealt with animals and cadavers to see what the
31 effect of hydrochloric acid or hydrochloric ions,
32 and things of that nature, how it affects the body,

1  the eyes in particular?
2  A.   Well, I haven't done experiments on humans,
3  but I have held —
4  Q.   Cadavers.
5  A.   I have held the eye in my hand. I have
6  dissected the eye. I know the eye. I have looked
7  at it under the microscope, tissues, and I teach my
8  students every part of the eye. I have used — I
9  have not done animal experiments to put the
10 hydrochloric acid, but I have used corrosives and
11 hydrochloric acid, nitric acid, all of the acids,
12 both in my Bachelor's, my Master's and my Doctoral,
13 and I am very aware of the health hazards, and the
14 handling, the precise handling of these with a hood.
15 You have to use a vacuum hood that will pull the
16 fumes out immediately, so that it doesn't, you know,
17 affect my own eyes.
18 Q.   Let's move from there to post-doctorate.
19 Let's talk about epidemiology. And some of these
20 words I'm going to slaughter. I'm from Baton Rouge,
21 and I don't talk like you guys do, so bear with me
22 on some of those big words. Epidemon — epideology,
23 I think — just help me.
24      THE COURT:
25           Epidemiology.
26      MR. CLAYTON:
27           You got it, Judge?
28      MS. LEE:
29           She's got it.
30 BY MR. CLAYTON:
31 Q.   So tell me about that. What experience do you
32 have in that?

1  A.   Toxicologists do use epidemiology. A lot of
2  the literature includes epidemiology, when you look
3  at populations and you see sort of patterns, but it
4  takes the mechanisms, and the International Agency
5  for Research on Cancer says this very well,
6  epidemiology cannot give causal evidence. It can
7  only give you some information that this is
8  happening, this is in — we have an increase in
9  ocular effects in the aluminum workers from
10 epidemiology, but it doesn't give you the — you
11 have to have the mechanism to know how to interpret
12 it.
13      So some of the high — International Agency
14 for Research on Cancer, you are to look at
15 epidemiology, but it's not always appropriate to the
16 mechanisms, and when you don't know the mechanism,
17 you cannot interpret it.
18 Q.   Other forms of education. In our world, the
19 legal world, we have to do what is called CLEs,
20 continuing legal education. What about you, do you
21 have any formal —
22 A.   Extremely important for recertification for
23 the diplomate of the American Board of Toxicology.
24 I do formal CLE. I think I'm probably in 20, 25
25 hours a year between both Boards. I have Board
26 certi — recertification — well, licensure
27 recertifi — licensure, relicensure for the clinical
28 laboratory procedures, and for clinical personnel
29 licensure. And then I have Board certification,
30 CLE, required for the diplomate of the American
31 Board of Toxicology. So I'm usually way over what I
32 absolutely need, but usually about 20, 25 hours a

year in CLE.

And then I teach, and I don't even count that, but they do give you credit, and I'm teaching anywhere -- this semester, four courses at UNO. Usually three.

Q.   Louisiana Tech is one of the leading institutions in the country with nanotechnology. I was reading up on you. There is something that you have experience in called nanotoxicology. Is there such a thing?

A.   Yes.

Q.   What is that?

A.   Well, when you -- what do these very, very tiny, less-than-one-micron particles do to the body? And they are in everything. They had are in sun screen, they are in cosmetics. It's exploded, and my course in the spring is going to be nanotoxicology, by request of the physics department, for their graduate students.

So I work a lot with engineering, physics, and biology and EES, and they have a special need for grad students. I'll design the course for them. And nanotoxicology is the state -- it's really important.

Q.   Any other Board certifications?

A.   Two. Just those two.

Q.   Now, you told us earlier about your employment. Tell me about your professional experience.

A.   Well, I started out as an instructor teaching medical technology at UNO, but paid by the LSU Medical Center to do so. Then when I finished my

doctorate, I was hired, as I said, to implement the program, to upgrade the program, and to implement the consent decree in the process. So I redesigned the program, and, for seven years, that is what I did.

And then I -- I was asked to or invited to come to the Department of Medicine at LSU Medical Center in Shreveport. We have two campuses, Shreveport and New Orleans, for the two medical schools, and to start an occupational and environmental medicine program, and so I did that in '95 and got funding from the legislature, 1.2 million, for the doctors to start an oc-med concentration in the department of medicine.

And then I did the outreach, so I had an office in Shreveport and an office in Baton Rouge, and I traveled the entire state, education awareness, prevention o the disease from chemical exposure. I surveyed 17,000 union workers throughout the state in order to see if we could, in their particular workplace, define hot spots and then work with the -- both committees for industry and labor, to try to define why do all of these people have respiratory problems, what is the problem here. So I did that for seven years. Well, ten years, actually.

Q.   Lastly on that point, Pontchartrain Institute for Environmental Sciences, UNO. Touch on that, just for --

A.   The Pontchartrain Institute for Environmental Sciences was in existence before I came. It's very

much research, and so I was really hired to come on board and do -- give the toxicology component. A lot of the faculty deal with coastal erosion and coastal -- the BP oil spill after effects. So you need toxicology, so I was brought to bring that. I was never told I had to teach, but it's such -- it's in bad shape. So I have been teaching three courses this semester -- four courses, just because they need it, and I enjoy it.

Q.   What is cytology?

A.   That's the cell, that's the study of the cell.

Q.   You taught in that area, and you had experience in that area?

A.   Yes, in the medical school, I taught to cytotechnologists. They are the ones that do the cancer screening, and they look at the cellular level. So I taught them the cell and the different cells of tissues and also some anatomy.

Q.   What I'm really concerned about is the effect of chemicals and things of that nature on how it affects cells.

A.   Well, that's where it is. That's where, if you are going to have a cancer start, it's at the cellular level. If you are going to have damage to a tissue, it's going to start at the cellular level. So that's extremely important.

Q.   Let's move to professional societies. Are you a member of any?

A.   Yes, I am. The Environmental Mutagenesis and Genomic Society, which is here, and I have 14 of my students that I paid for them to get in, have parking and got free passes for them. The Society

of Toxicology, which is huge. And then the SETAC, which is the Society of Environmental Chemistry and Toxicology Association. And then I have also, let's see, there are four. The Air Waste Management Association, which is engineering. I have presented and published with them because I do a lot with hazardous waste. So toxicology crosses many, many fields.

Q.   How long have you been practicing toxicology?

A.   Actually, I started in the '90s, with the unions asking me for help with their blood work because I was laboratory director. Benzene causes decreased blood cell, erythrocytes, leukocytes, parameters, and they had quite a bit of that and didn't know what it was. So I really started then.

Officially, in 1995, is when I moved to the Department of Medicine in Shreveport, and that's when the title of director of the program in occupational and environmental toxicology was given to me, and that's when my duties were official to travel. But I actually had a grant from the unions in the '90 -- about '90, '92, somewhere in there, to travel and do these 17,000 symptom surveys and worked PPG; the steelworkers; the former OCAW; oil, chemical, atomic workers; paper workers, and worked with them, looking at their symptoms and trying to find out what is going on here.

Q.   I see that you are a professor at UNO. Were you ever a tenured professor at any medical school, and other --

A.   Yes. I received my tenure at LSU Medical Center in Shreveport and New Orleans. I received my

**Page 17**

1  tenure -- when you become an associate professor,
2  that's when you have to be tenured to be an
3  associate professor, and that was in 1985, I
4  believe, somewhere up there.
5  Q.    What were you tenured in?
6  A.    Well, you are tenured in -- you are tenured.
7  That's your position.
8  Q.    What did you teach?
9  A.    At the time, I was an associate professor in
10  medical technology. Then, when I transferred to
11  medicine, I was tenured as an associate professor of
12  medicine, and the same tenure followed me to UNO.
13  Q.    Hear me out on this. Were you ever qualified
14  in interpretations of patterns of development of a
15  disease in association with toxic exposure and
16  determination of etiology, causation of
17  environmental and occupational disease, in a court
18  of law?
19  A.    Yes.
20  Q.    Explain that to us.
21  A.    Many times. Before I became a diplomate, you
22  pretty well had to tell what you were doing and what
23  were your qualifications for that particular, and so
24  a lot of my cases have been symptomology, looking at
25  it and seeing. So before I got the diplomate status
26  of the American Board of Toxicology, I would go into
27  the individual functions in the particular cases,
28  and they qualified me in many, as you can see.
29  Q.    Now, I remember reading somewhere, I think it
30  was Grand Bois Oil Field Waste place, were you hired
31  and did you do any work, particularly to advise
32  courts or lawyers as it relates to that oil field

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
17

**Page 18**

1  waste, and did you surveil or medically watch over
2  the residents around that area?
3  A.    I was not a part of the litigation. I was
4  asked by Senator Mike Robichaux, who was from -- ran
5  on the premise that he would find out what damage
6  was being done to the people of Grand Bois,
7  Louisiana, which is just a little bit close to
8  Houma, Louisiana, H-o-u-m-a.
9  Q.    Who funded that test?
10  A.    The State of Louisiana. Actually the
11  Governor, at the end, came and announced that he was
12  in total support and made sure I got more money, but
13  Senator Greg Tarver from Shreveport insisted I
14  include men in the study. I had an original $50,000
15  from the DHH money from Senator Robichaux, and that
16  was for the pregnant women and the children, and
17  Senator Tarver called me over and explained about
18  including the men, and I said we don't have enough
19  money.
20      We took a mobile health unit once a month, we
21  used Chabert's mobile health unit. I had an
22  in-house medical surveillance laboratory, so I
23  looked at all of their chemistry, hematology and did
24  lead levels and things like that. Anyway, he
25  insisted I include the men. I said show me the
26  money, and I got it. So it was paid for by the
27  state.
28  Q.    Let's talk about that study a little bit.
29  Were you principal investigator of that study?
30  A.    Yes. I was the sole principal investigator,
31  and I basically went in once a month to collect the
32  blood. I had a staff. And then we went back to my

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
18

**Page 19**

1  lab, which was housed in Baton Rouge in my
2  occupational toxicology office, and ran all the
3  procedures, and then I hooked up -- I got a
4  pediatrician from the area who took care of most of
5  these children, and Dr. Robichaux took care of the
6  males so that, when we had abnormalities, I would
7  refer it to them, and then they would -- I also
8  included Dr. Babinen for the lead levels that were
9  high. He is a nephrologist at VA Hospital. I had
10  three MDs that, as I found abnormalities, I would
11  refer those tests to them, and then they would get
12  the people in and try to follow up with them.
13  Q.    Lastly, the data you collected, the procedures
14  you implemented and finally your conclusions, were
15  they peer reviewed?
16  A.    Yes, they were, and we are required, when you
17  do an in-house study like that, to put the entire
18  study in state libraries. They are in all the state
19  libraries. I have published one article from their
20  stipple cells, and beginning now to bring in my
21  premed students to pull out the data. I have never
22  pulled the individual little -- there is so much
23  data in there, and we are beginning to publish more
24  for the sake of my students. It helps them get into
25  med school.
26  Q.    Let me focus you a little bit more onto this
27  case. Have you ever performed any epidemiologic
28  studies for litigation purposes?
29  A.    Yes. I have. A cross-section analysis is an
30  epidemiologic study. When you look at symptomology,
31  and you look at a cross-section, that is an epi
32  study, and I have done many of those. And I have

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
19

**Page 20**

1  also done many comparisons, whether it's optic
2  atrophy or breast cancer, compared them to what is
3  the background, how much greater is this. I have
4  done that routinely in neuroblastomas in the
5  combustion case, leukemias in the combustion case.
6      So I use the tools of epidemiology, but Grand
7  Bois is probably the biggest comparison control,
8  where I had the control, and I had the population
9  that I looked at their clinical symptoms, and from
10  them, was able to identify some toxicants that
11  really weren't talked about, that I knew were there.
12      You get patterns. I just spoke last night at
13  the EMGS meeting about the patterns that you see
14  when you look at the symptomology and you know the
15  toxicology, and showed them what I found in the BP
16  oil spill.
17  Q.    Have those studies ever been accepted in any
18  courts of law?
19  A.    Yes. Routinely, I do that. In most of my
20  cases, I am looking and comparing. If they are
21  cancers, I will look and compare. Sometimes I have
22  done other noncancerous effects compared to what
23  would be the background.
24  Q.    Taking it a step further, have you ever
25  testified in a court of law using your epidemiologic
26  studies for general and specific causation purposes?
27  A.    Yes. What I have just told you, comparison to
28  the background, comparison/control type. I don't do
29  cohort studies. You don't have time to do that for
30  litigation. I do precise comparisons. I do
31  cross-sectional analysis, and they have all been
32  accepted, yes. And the surveys that I have used for

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
20

**Page 21**

1  them have been accepted both in federal court and
2  state court multiple times.
3  Q.    What other positions have you held in the
4  medical field?
5  A.    In the medical field, director of the
6  occupational toxicology program. I also interacted
7  with rural physicians that had never been trained,
8  and not many are trained in environmental etiology,
9  cause of disease. So it was my primary duty to work
10  with them, and we had 70 physicians in the
11  department of medicine. I was the nonphysician, and
12  I interacted with all of them.
13      Like if they saw -- for instance, in Gibsland
14  Louisiana, a little, tiny town, they saw a
15  tremendous increase in lupus, and they didn't know
16  what to make of it, so they called me in, and I
17  brought in some residents and myself, and we did
18  lupus screening, and from the three that they found
19  that they didn't think should exist, I found 26 of
20  them. So, yes, I have done quite a bit with the
21  doctors.
22  Q.    You said that you performed health profiles
23  and epidemiologic studies in workers to identify the
24  evolution of disease associated with chemical
25  exposure. Could you tell the Court who those
26  workers were?
27  A.    Well, I mentioned some of them. The
28  steelworkers; the paper workers; oil, chemical and
29  anatomic workers; the railroad workers. The whole
30  gamut of unions. But I also had, you know, industry
31  call me in. Jon Huntsman had someone call me. I
32  thought it was a joke at first, but he wanted me to

**Page 22**

1  come in and tell his workers what chemicals cause
2  cancer, and he wanted to fly me in, and I checked it
3  out, and they said, oh, yeah, he is an independent
4  oil man, and he writes his own tune. So he flew me
5  in, had the plant manager pick me up, and I spoke.
6  He asked if he could videotape it, and I said yes.
7      And so I have done -- Dresser has called me in
8  because the workers were not using the brand new
9  cafeteria that was totally cleaned to eat their
10  lunch. They do metalworking, they had a lot of
11  metals, they would eat at their desk. And, of
12  course, that's the wrong thing. So they brought me
13  in to speak with them. So I have worked with the
14  metalworkers also.
15  Q.    Did anybody else develop these surveys, like,
16  for example, up in Gibson, the lupus and things of
17  that nature? Who developed those surveys for you?
18  A.    Me. My name is on every page of it. It is my
19  working tool. It has proven itself. I think I have
20  244 clinical symptoms on it. I think I have about
21  188 diseases, with room for other. I have a -- it
22  gives you a lifestyle history of smoking and
23  alcohol. It gives you a family history of disease,
24  reproductive history. Also, where did you live. I
25  want to know if somebody lived next to a hazardous
26  waste site.
27      And then it has copious numbers of diseases
28  and then clinical symptoms. And it has a temporal
29  set. In other words, did you develop these symptoms
30  before or after a particular event, so that if there
31  is a release or some beginning of employment, it
32  helps me to know, do we have an exacerbation or is

**Page 23**

1  this something that's been a long-term sequelae for
2  the person, or is this new, and is it temporally
3  related to their exposures, wherever they are.
4  Q.    Have any of those studies been used in courts
5  of law?
6  A.    All the time. Every time I testify, if I am
7  doing a specific causation case, I use my survey.
8  Q.    I'm going to briefly ask you some leading
9  questions to try to speed this up so I can tender
10  you. And just tell me this. You developed and
11  performed environmental histories, which include
12  symptoms and diseases, with doctors for use in
13  private practice and research to determine cause of
14  the diseases, correct?
15  A.    Yes.
16  Q.    You have taught in numerous hazardous
17  substance and material, haz-mat, conferences,
18  workshops, seminars for union workers, industrial
19  corporations to teach adverse health effects of
20  numerous specific and classes of chemicals in the
21  workplace and the consequences of occupational and
22  para-occupational exposures, correct?
23  A.    Yes.
24  Q.    You have provided continuing legal education
25  of inventory -- by invitation of industry of adverse
26  health effects of toxic chemicals, haven't you?
27  A.    Yes.
28  Q.    Can you name some of those companies?
29  A.    Let's see. I named Dresser, I named Huntsman.
30  Conoco, right?
31  A.    Conoco, that's right, Conoco. Also, not a
32  company, but I do pro bono for the district attorney

**Page 24**

1  in Baton Rouge in criminal cases, drug and alcohol.
2  Q.    We appreciate that. You have provided formal
3  continuing medical education for physicians, medical
4  residents, occupational health nurses and industrial
5  hygienists, correct?
6  A.    Yes. A large part of my job, as director of
7  the occ-tox program, was to do that, so we would get
8  sometimes 350 people in attendance and multi,
9  different groups, different times.
10  Q.    You taught second-year medical students about
11  the environmental and occupational causes of disease
12  at the LSU Health Center in Shreveport, at the
13  request of the department of family medicine,
14  correct?
15  A.    Correct.
16  Q.    You currently teach toxicology and human
17  health and environmental toxicology, ecotoxicology,
18  toxicology of coastal organisms, toxicology of
19  metals, reproductive and developmental toxicology
20  and histology and cytology at the University of New
21  Orleans. Are you the course director and the only
22  lecturer of these courses?
23  A.    I am.
24  Q.    Let's talk a little bit about the toxicology
25  of metals.
26  A.    Yes.
27  Q.    Does that apply to what we are going to talk
28  about later on?
29  A.    Well, metals -- hydrochloric acid is not a
30  metal and neither is hydrofluoric acid. But you
31  certainly have a similar type effect, where you are
32  getting the elements. For instance, in this case,

**Page 25**

1  it's hydrogen, which is basically very reactive, as
2  are many of the metals. So you are getting down to
3  that really individual elemental toxicant.
4  Q.   Let me ask you this. Does hydrochloric acid,
5  does it have an effect on metal, corrosive effect?
6  A.   Oh, absolutely. It's corrosive to anything it
7  comes into contact with, metals, tissue.
8  Q.   Skin?
9  A.   Skin.
10 Q.   Eyes?
11 A.   Eyes. Respiratory tract, as you are inhaling
12 it. Sinuses. Yes.
13 Q.   So if it affects metals, it will eat away at
14 this flesh of mine, huh?
15      MR. FOSTER:
16           Objection, Your Honor.
17      MR. CLAYTON:
18           I will withdraw that.
19 BY MR. CLAYTON:
20 Q.   You have numerous peer-reviewed publications
21 concerning health effects from chemical exposure,
22 correct?
23 A.   Yes.
24 Q.   How long have you been serving as an expert
25 witness in toxicology?
26 A.   Let's see. I'll try and think of the first
27 case. Somewhere in the '90s. Certainly, '97, maybe
28 sooner than that. Drug and alcohol goes back
29 further than that, probably in the '90s or '92,
30 somewhere in there.
31 Q.   Let me ask you this then. In how many cases
32 have you served as an expert witness for causation

**Page 26**

1  related to chemical-induced cancer and disease?
2  A.   I stopped counting at about 150, but if I
3  counted, probably closer to 200 now that I have been
4  involved in. Not all of them reach trial. Many of
5  them, especially the criminal cases, settle when
6  they hear my CV and they see I'm coming. So a lot
7  of times, they just settle.
8  Q.   You have a pretty extensive CV. Have you ever
9  been excluded in your testimony in areas of your
10 expertise?
11 A.   No.
12 Q.   Have you ever been qualified by the Courts as
13 an expert in your areas of expertise?
14 A.   Yes. And since I have received the diplomate,
15 I just kind of shorten it to diplomate in toxicology
16 because it includes just about everything.
17 Sometimes they want to add the clinical laboratory
18 and symptomology because it's so pertinent to the
19 case, and that's fine.
20      THE COURT:
21           Can I back up? In response to
22      Mr. Clayton's earlier question, where you said
23      that you were accepted in both state and
24      federal courts, and you mentioned epidemiology?
25      THE WITNESS:
26           Yes.
27      THE COURT:
28           So it is epidemiology, toxicology?
29      THE WITNESS:
30           Yes, and the individual -- sometimes they
31      would -- as laboratory director, if I'm looking
32      at the symptomology, and particularly in the

**Page 27**

1  benzene cases, because you have patterns of
2  decreased red cells, white cells and platelets,
3  they will put in certain -- the clinical
4  laboratory procedures, interpretation.
5       Not everybody. Just because you can
6  perform the procedure, that doesn't mean that
7  you get to interpret them at the highest
8  complexity. Or that you qualify under federal
9  law, as I do, for laboratory director. But we
10 have licensure now, so -- but that doesn't mean
11 you get to serve as laboratory director. I do.
12 BY MR. CLAYTON:
13 Q.   Let me piggyback on the Judge's question, if I
14 will. As a causation expert, you have qualified in
15 various courts of law, specifically -- and just
16 answer yes or no -- to toxicology?
17 A.   Yes.
18 Q.   Anatomy?
19 A.   Yes.
20 Q.   Epidemiology?
21 A.   Yes.
22 Q.   Hematology?
23 A.   Yes.
24 Q.   Neuroanatomy?
25 A.   Yes.
26 Q.   Medical surveillance using laboratory
27 procedures?
28 A.   Yes.
29 Q.   Performance and interpretation of health
30 assessments?
31 A.   Yes.
32 Q.   Causation of environmentally-exposed disease

**Page 28**

1  in communities and individuals?
2  A.   Yes.
3  Q.   Let me ask you these in a leading fashion to
4  speed this up. You qualified in a court of law to
5  identify, interpret patterns of diseases in
6  association with toxic exposure to determine the
7  etiology, causation of environmental and
8  occupational diseases in individuals as well as
9  groups of individuals with related exposure?
10 A.   Yes.
11 Q.   Was that in federal court or state court?
12 A.   Both.
13 Q.   You qualified to review the scientific and
14 medical literature and medical and laboratory data
15 associated with occupational and environmental
16 exposures and to interpret said data as to the
17 etiology and causation?
18 A.   Yes.
19 Q.   Did you find out what was causing the lupus in
20 those folks up in Gibson?
21      MR. FOSTER:
22           Your Honor?
23      MR. CLAYTON:
24           All right. I just wanted to know. I will
25      ask you afterwards. He didn't want to know, I
26      guess.
27 BY MR. CLAYTON:
28 Q.   Are you qualified to perform and interpret
29 medical surveillance utilizing laboratory procedures
30 as to the development and causation of environmental
31 and occupational disease?
32 A.   Yes.

1   Q.    You have qualified to interpret acute and
2   chronic symptomology associated with the toxic
3   exposure and rendered the etiology causation,
4   correct?
5   A.    Yes.
6   Q.    Are all of these areas that I went over
7   earlier, toxicology, et cetera, are all of these
8   areas included in the field of toxicology?
9   A.    Yes.  Toxicology is so diverse, we have so
10  many different types of -- in other words, you take
11  the exam, and then what you do for a living is so
12  diverse, and so it gives, perhaps, a deeper
13  dimension by your work experience and your education
14  to the toxicology, general toxicology Board
15  certification.
16  Q.    In rendering your general causation opinions,
17  do toxicologists study and utilize mechanisms of
18  actions of chemicals in causing adverse health
19  effects?
20  A.    Yes.  That is probably the critically most
21  important determinant when you are trying to make a
22  causation.  You can look at many things, and you
23  have to, according to the Federal Judiciary Center
24  Reference Manual of Scientific Evidence, they have
25  precise methodology that is the standard.  But the
26  mechanisms really are -- and IARC, the International
27  Agency for Research on Cancer, uses just mechanisms
28  now to cause -- to classify a compound as a
29  carcinogen because that's really what it is.
30  Q.    I am going to tender you as an expert in the
31  field of toxicology, specifically related to
32  toxicology, anatomy, epidemiology, hematology,

1   neuroanatomy, medical surveillance --
2       THE COURT:
3           You are going fast.  I cannot write that
4   fast.  You lost me there.  We had --
5       MR. CLAYTON:
6           Judge, I will slow down.  Toxicology,
7   anatomy, epidemiology, hematology,
8   neuroanatomy, medical surveillance.
9       THE COURT:
10          Wait, wait, I am sorry.  I just do not
11  write that fast.
12      MR. CLAYTON:
13          I gotcha.
14      THE COURT:
15          Neuroanatomy.
16      MR. CLAYTON:
17          Yes, ma'am.
18      THE COURT:
19          Okay.
20      MR. CLAYTON:
21          Medical surveillance using laboratory
22  procedures.  Performance and interpretation of
23  health assessments.  And lastly, causation of
24  environmentally-exposed diseases in communities
25  and individuals.
26          I tender at this time, Your Honor.
27      THE COURT:
28          Are each of the defendants going to take
29  the witness separately or is one person taking
30  the witness for all of the defendants?
31      MR. FOSTER:
32          We are going to take the witnesses

1       separately, but we are not going to repeat
2   ourselves.  One of us will take the lead and
3   the others will follow up, but we are going to
4   make every effort, Your Honor, not to repeat.
5   And I'm sure if we do, you will let us know.
6       THE COURT:
7           I will.  Thank you.
8               CROSS EXAMINATION
9   BY MR. FOSTER:
10  Q.    Good morning again, Dr. Williams.
11  A.    Good morning.
12  Q.    We have met in the past?
13  A.    Yes, I think.
14  Q.    I do not have a lot of questions with respect
15  to your qualifications.  Let's first establish what
16  you are not.  You are not an MD?
17  A.    No, I am not a medical doctor.
18  Q.    And you are not an industrial hygienist?
19  A.    No, I am not an industrial hygienist.
20  Q.    Your Ph.D. is in anatomy, correct?
21  A.    Yes, with a minor in biochemistry.
22  Q.    And you are -- as the slide shows, you are a
23  diplomate of the American Board of Toxicology,
24  correct?
25  A.    Correct.  The DABT letters represent that.
26  Q.    And that is -- in fact, I think you said there
27  are only 2,000 or so in United States, and maybe
28  only four or five in Louisiana, correct?
29  A.    I think there are five of us in Louisiana.
30  Only 2,000 -- no, not in the United States, sir, in
31  the world.
32  Q.    In the world?

1   A.    Yes.  We give exams in China.  I think they
2   are thinking about going to South Korea.  Several
3   different areas.  So it's in the world.
4   Q.    And the designation of a diplomate of the
5   American Board of Toxicology, that is proof of
6   competency in toxicology, correct?
7   A.    In general toxicology.  And, as I said, it is
8   a diverse field.  That is the basic exam, and then
9   each person, there is a lot of specialization of the
10  different people who have that DABT.
11  Q.    But is it proof of competence?
12  A.    In general toxicology, it absolutely is.
13  Q.    In your litigation work that you testified
14  about, most of your litigation work is for the
15  plaintiffs, correct?
16  A.    All but -- well, three cases, one that went to
17  report status, two for Jefferson Parish quite
18  sometime ago that settled, and one for Petron.  I
19  was on the defense side, on the side of whoever is
20  coming with the facts and the scientific truth, and
21  so most of it has been plaintiffs, but Petron was
22  defense.
23  Q.    Most of your work is for the plaintiffs?
24  A.    That's correct, but I don't exclude the
25  defense.  And, in the drug and alcohol, I would have
26  to say it's the opposite.  Most of it is for the
27  defense.  I work for some of the same insurance
28  companies in drug and alcohol litigation, civil
29  litigation, that are on the other side in toxic tort
30  litigation.  So I don't discriminate against defense
31  attorneys, sir.
32      MR. FOSTER:

1       That's all the questions I have on
2  qualification.
3  THE COURT:
4       Thank you. Miss Lee? Do you have any
5  questions?
6  MR. ST. RAYMOND:
7       I just have a couple of questions just to
8  follow up.
9                CROSS EXAMINATION
10 BY MR. ST. RAYMOND:
11 Q.    You just testified that you are not a medical
12 doctor, correct?
13 A.    That's correct.
14 Q.    That means you don't diagnose symptoms in
15 patients, correct?
16 A.    I don't diagnose diseases, but I do interpret
17 the symptoms for physicians, in so far as what is
18 the meaning of the exposure. Many times, I get
19 calls from physicians that cannot — have ruled out
20 anything and everything to try to make -- find the
21 cause of the symptomology or the presentation of the
22 patient, and they will ask me to do a toxicology
23 workup, and that point -- I mean one time, it was in
24 five minutes, and it was OP poisoning.
25      So I don't tell that to the patient like the
26 doctor does. I tell that to the doctor. Many
27 times, the result of a laboratory procedure is the
28 diagnosis. I don't tell that to the patient, but,
29 as laboratory director, I tell that to the doctor.
30 Q.    But to answer my question, you are not
31 licensed to diagnose a patient, are you?
32 A.    I am not licensed to communicate a diagnosis

1  to the patient. I am licensed to communicate the
2  result of a laboratory procedure that may be the
3  diagnosis, but I can't give that to the patient.
4  Only the doctor.
5  Q.    Okay. You don't treat patients?
6  A.    No.
7  Q.    Okay. Dr. Williams, are you an air modeler?
8  A.    No.
9  Q.    Have you ever been qualified as an expert in
10 air modeling?
11 A.    No. I have never asked to be. I do teach
12 some of the components in the toxicology to
13 engineers who do the air modeling.
14 Q.    Are you an expert in HVAC?
15 A.    No. I hire people to fix my heating and air
16 conditioning.
17 MR. ST. RAYMOND:
18      That's all I have. Thank you.
19 MR. STEWART:
20      I have no additional questions, Your
21 Honor.
22 THE COURT:
23      Mr. Clayton. So as far as the -- you are
24 requesting that the Court accept Dr. Williams
25 in the areas of toxicology, epidemiology,
26 hematology, neuroanatomy, medical surveillance,
27 anatomy, medical surveillance using laboratory
28 procedures, performance and interpretation of
29 health assessments, causation of environmental
30 exposure to diseases in communities and in
31 individuals?
32 MR. CLAYTON:

1       Yes.
2  THE COURT:
3       Did I miss anything?
4  MR. CLAYTON:
5       No, ma'am.
6  THE COURT:
7       Are you sure?
8  MR. CLAYTON:
9       I'm positive.
10 THE COURT:
11      Based upon the testimony, the Court will
12 accept Dr. Williams in the areas just read.
13              DIRECT EXAMINATION
14 BY MR. CLAYTON:
15 Q.    You know, counsel for defense asked you if you
16 did a lot of work for plaintiffs. You study the
17 facts, and you give your opinion from that. Am I
18 correct?
19 A.    That's correct. And, in the Petron case, I
20 think the plaintiff attorneys were going ballistic.
21 What in the world did she see that we didn't see?
22 And they found out, you know. If the facts are
23 there, I will take the case.
24 Q.    You let the chips fall as they may, correct?
25 A.    That's correct.
26 Q.    The other counsel asked you whether or not you
27 treated patients. You work with doctors, you
28 determine whatever causation or whatever caused the
29 cells to act the way they did, you tell them, and
30 they use it in their diagnosis, correct?
31 A.    That is correct.
32 Q.    Lastly, one of them asked you about whether or

1  not you are an expert in air conditioning. You
2  consult with other professionals, air modelers, HVAC
3  people. Whatever you need to conclude or come to
4  your opinion, you will draw from them to give your
5  conclusions, correct?
6  A.    Right. That's their field. I have my field.
7  Q.    Who hired you in this case and for what
8  matter?
9  A.    Jennifer Willis and Bill Buckley came to me to
10 look at the symptomology and to consider being in
11 the case to -- this is a class certification
12 hearing, so basically, this is general causation,
13 can the chemicals cause the symptoms that were seen
14 in the population of -- the plethora of
15 documentation that was given to me to look at, are
16 there common symptoms, and are they related to these
17 two chemicals.
18 Q.    Which chemicals were they? Give us the
19 background. What facts were you fed with, and,
20 ultimately, I'm going to ask you what your
21 conclusions are.
22 A.    Dr. Paul Templet, and there was also some
23 other report, H-a-n-d-l-e, something like that, the
24 HVAC person, had -- Paul Templet did an excellent
25 report on hydrochloric acid and hydrofluoric acid,
26 f-l-u-o-r-i-c, as being present, and chemicals in
27 question in this case, and I was asked to see what
28 can they cause. That's what the question is with
29 general causation.
30 Q.    Where were the chemicals located?
31 A.    In the building of question on Canal Street.
32 Q.    How many containers of the chemicals were

**37**

1 there?
2 A.    I don't recall the number. I let them do the
3 analysis, and basically, what they came up with, the
4 identification, and the pH, because the pH is the
5 concentration. I accepted what they did. I don't
6 have their reports memorized.
7 Q.    Before we go there, let's talk about the area
8 where the exposure took place. Can you describe
9 that area for us?
10 A.    It was a storage area. I don't have the
11 dimensions. It's listed in their reports.
12 Q.    Was it a building?
13 A.    Yes. A big building, and so the HVAC was in
14 an area where it could feed in through the rest of
15 the building.
16 Q.    All right. That's where I wanted to go.
17 Let's talk about that. So the chemicals were there.
18 Do you know how long they were in that place?
19 A.    I'm told this went back 20 years from the date
20 of the time that it was — something occurred, that
21 it was a tremendous release, that it became
22 apparent, and I think it was in 1999.
23 Q.    Now you talked about hydrochloric acid and
24 hydrofluoric acid. Are you with me? Now, if it
25 sits there in an area where it can be sucked up
26 through the HVAC system, does it just leave the
27 form of hydrochloric acid, hydrofluoric acid, and
28 it's sucked up through the air conditioning system
29 or does it break down to what is called hydrochloric
30 ions and hydrofluoric ions?
31        MR. STEWART:
32        Your Honor, I'm going to object to the

**38**

1 form. I object to the question. I think it's
2 going beyond —
3        THE COURT:
4        I understand that. I am sorry. State
5 your objection.
6        MR. STEWART:
7        John Stewart, Your Honor. I'm objecting.
8 I think that the question goes beyond the field
9 of the witness.
10        THE COURT:
11        I think — and I agree with him. I am
12 going to ask you to rephrase the question. She
13 specifically stated that she is not an expert
14 in HVAC systems. But she is an expert in the
15 field of epidemiology, so she can talk about
16 that. I think if you rephrase your question,
17 you can get the same answer out of her.
18 BY MR. CLAYTON:
19 Q.    All right. Let's go back. Hydrochloric acid,
20 the hydrofluoric acid, how does it leave from its
21 state that it's in, its natural state, into such a
22 matter that it would permeate the air and go
23 throughout the —
24 A.    As a toxicologist, you must know —
25 Q.    One second.
26        MR. FOSTER:
27        I'm going to object to the question.
28 There is no foundation that has been laid at
29 all — unless this is a hypothetical question,
30 there has been no foundation laid at all with
31 respect to hydrochloric acid or hydrofluoric
32 acid leaking, getting into any systems.

**39**

1        THE COURT:
2        Well, but the specific question that he
3 asked, the foundational questions were whether
4 or not there was any — the information that
5 was provided to her. And so, as an expert, she
6 can, in fact, testify as to facts that were
7 provided to her.
8        MR. FOSTER:
9        I understand that.
10        THE COURT:
11        So to the extent of Mr. Clayton's
12 question, that you can answer it, please do.
13        THE WITNESS:
14        Right. It's very pertinent to me, as a
15 toxicologist, to know the nature, the
16 mechanistic nature, that is my field, of those
17 two chemicals. How — what state do they —
18 are they in, and they form an ionic state.
19 It's the hydrogen that, in itself, can separate
20 from the chlorine atom, and basically, that is
21 where — this is a proton damage, hydrogen ion
22 damage. They get in their own ionic form.
23        The same with hydrofluoric acid. The two
24 can be in ionic form, particularly if they are
25 in any moisture, and when they vaporize, they
26 are going to be in ionic form. It's like table
27 salt, sodium chloride. We see it in crystals,
28 but if we put in the our tea, it's sodium and
29 chloride ions.
30        So they are in ionic form, and that's the
31 danger of both of these acids, and that is
32 pertinent to the toxicologic mechanism, that

**40**

1 you have this very powerful proton, hydrogen
2 ion, that can now — it's so reactive, it
3 can — anything on contact, that's how it makes
4 the corrosion. That's how it destroys the
5 cornea of the eye. That's how it can go —
6 coagulate any components in the lens, the
7 proteins in the lens, because it is that ion,
8 and that's what pH means.
9        PH means concentration of hydrogen ions,
10 and that, as a toxicologist, is what I am
11 responsible to know, if I'm a toxicologist, and
12 because that is pertinent to all of the health
13 effects that we are talking about.
14 BY MR. CLAYTON:
15 Q.    Before you get to your display, that's what I
16 want to talk about a little bit. When it's in its
17 ionic form, is it lighter than air? And explain
18 that.
19 A.    Well, hydrofluoric acid is heavier than air,
20 but — hydrochloric acid. But once it gets into
21 these ionic forms, it is going to flow in the
22 atmosphere. Something can be heavier than air, but
23 if you have — and that, this, I am going to stick
24 to the Judge's opinion, the HVAC system, where the
25 HVAC man talked about how it is dispersed, that's
26 their area.
27 Q.    I was talking to Mr. Amadee. He was educating
28 me on it earlier. Is there certain parts per
29 million that this hydrochloric acid, hydrofluoric
30 acid, or ionic aspect of it, is there a certain
31 ceiling as it relates to parts per million that a
32 person can be exposed to?

1   A.   Well, OSHA and the American Conference of
2   Governmental Industrial Hygienists both have
3   promulgated a ceiling for exposure to hydrochloric
4   acid that must not be exceeded at any time. It's a
5   very potent, powerful toxicant. ACGIH is
6   scientific. OSHA is scientific, plus politics, plus
7   economics, how much does it cost to get the
8   workplace -- you know, to implement this regulation.
9        So OSHA is five parts per million, but ACGIH,
10  which doesn't have the constraints of politics or
11  economics, is two parts per million, and that is the
12  ceiling that at any time it cannot be exceeded in
13  the workplace.
14  Q.   Well, what about for industrial workers, like
15  plant workers and guys like I used to do and then
16  guys with suits oh, lawyers, people inside of a
17  building, is it the same?
18  A.   That's two different things. No.
19  Q.   Let's talk about that.
20  A.   These ceiling limits are for workers where you
21  have industrial hygiene controls for movement of the
22  air. In some of the workplaces that I visited, they
23  have strong systems that are constantly turning over
24  the air much more than in our homes or in this
25  building here. So these are for workers and worker
26  protection, personal protective equipment. We were
27  in a Tyvek suit, which is not likely to let it
28  permeate into the skin. So these are for workers
29  with proper personal protective equipment. Do they
30  have respirators?
31       Whereas, in the situation of the home, this
32  would not be an acceptable ceiling for anyone in the

1   home. They are not wearing a respirator, they are
2   not wearing a Tyvek suit. They are at home, and
3   they are there for 24 hours a day, maybe, where this
4   is worker protection for eight hours a day.
5   Q.   Some folks, like my clients back there, who
6   were office workers, Mr. Anderson and those folks
7   who were in that building, the ceiling doesn't
8   necessarily apply to them?
9   A.   No.
10       MR. FOSTER:
11            Objection, Your Honor. She has already
12       said she is not an expert in industrial
13       hygiene. So I think she has gone beyond her
14       expertise here in testifying about --
15       THE COURT:
16            She is not an IH. I think -- and she was
17       not qualified as an IH, but I think --
18       overruled.
19       MR. CLAYTON:
20            Thank you, Judge. And I just want to add
21       continually that she is an expert and that she
22       can --
23       THE COURT:
24            I am going to rule.
25       MR. CLAYTON:
26            All right. Thank you, Judge.
27       THE COURT:
28            You are welcome.
29  BY MR. CLAYTON:
30  Q.   Out of the hundreds of chemicals out there,
31  how many of them have ceilings like this
32  hydrochloric acid?

1   A.   Twenty-three as of yesterday. Table Z1 of
2   OSHA has 23. You know, it's reserved for some of
3   the most powerful toxicants, such as chlorine, which
4   was a World War I chemical warfare compound.
5   Another is methyl bromide, which, if you watch the
6   news, the Virgin Islands, a fumigant -- it's a
7   banned fumigant here in the United States, and they
8   used it recently in the Virgin Islands and caused
9   tremendous neurological damage to a family who was
10  on vacation. So those have C designation -- those
11  are the types of chemicals that get C designations,
12  and hydrochloric acid has that.
13  Q.   Did you render a general causation opinion as
14  to this hydrochloric acid and hydrofluoric acid
15  exposure and whether or not it can cause health
16  effects and symptomology?
17  A.   Yes.
18  Q.   Did you evaluate the plausibility and
19  mechanism of actions that these acids have in
20  causing symptomology and adverse health effects?
21  A.   Yes.
22  Q.   Tell the Court what methods you used to get to
23  that.
24  A.   I used the methods on page -- let me see, for
25  the record, on page six and seven of my report.
26  It's the method in the Federal Judicial Center's
27  Scientific Manual -- Reference Manual on Scientific
28  Evidence.
29       THE COURT:
30            I am sorry, which exhibit is her report,
31       Mr. Clayton?
32       MR. CLAYTON:

1            I don't know the number, Your Honor.
2       MR. AMADEE:
3            It is 2A.
4       MR. CLAYTON:
5            2A. It's called the Reference Manual for
6       Scientific Evidence of the Federal Judiciary
7       Center.
8       THE WITNESS:
9            It starts on page six and continues on
10       page seven.
11       THE COURT:
12            Okay.
13       THE WITNESS:
14            That's editions two and three.
15  BY MR. CLAYTON:
16  Q.   So what are the causal considerations, as
17  published in this manual, that are used to develop
18  your general causation?
19  A.   These were derived from the Surgeon General of
20  the United States and Sir Bradford Hill in the '60s,
21  when smoking and the first causation of lung cancer
22  from smoking were announced. And so these were put
23  into this form at that time, and you are to look at
24  everything. There may not be this evidence on each
25  category, but you are to look for everything that
26  you can find.
27       And the first is strength of association. Are
28  there any epidemiologic studies that show any type
29  of damage that these two chemicals can cause? And,
30  yes, there are. Is there consistency? Is there
31  more than one study or more than one study that
32  talks about these particular health effects that can

1 be caused?
2     Dose response.  Are there measures of exposure
3 that can show as -- it's called biological gradient.
4 Mostly, that's the word for epi studies, but we do
5 have true dose responses in experimental studies in
6 hydrochloric acid.  A lot of work was done directly
7 with animal studies that give you true dose
8 responses, which is not always the case in others.
9     Temporality.  Is there evidence in the
10 literature that you first have the cause and then
11 you have the effect?  And we are talking about
12 general causation here.  So do we have evidence in
13 literature that showed here, we applied this acid to
14 the eye, and we just caused tremendous damage and
15 opacity of the cornea.  Yes.
16     And then biological plausibility is the
17 mechanism.  How does it do that?  And there is
18 tremendous evidence on that.
19     And coherence is the result of the effect.  Is
20 it consistent with the exposure?  That's very
21 important.  I guess an example of that, for purposes
22 of everyone understanding, if someone came to me
23 with -- and they were exposed to carbon
24 tetrachloride on Monday, and they came to me in
25 about two weeks and said they had liver cirrhosis,
26 that would not be coherent.  You are not going to
27 get liver cirrhosis in 14 days.
28     However, with hydrochloric acid, you can see a
29 high acute form or a very low chronic form and get
30 the same damage.  So the coherence, that would be
31 the coherence that would be relevant to this case.
32     And then experimental evidence.  Inbound and

1 experimental evidence because that is really the
2 best mode to show the effects.  You cannot dissect
3 the human eye to see why it's causing glaucoma, but
4 you can with the animal.  So we have a lot of animal
5 studies.
6 Q.    What are the Bradford Hill components, and how
7 does it relate to symptomology and what effects that
8 you take to see whether or not this scientific
9 knowledge applies to the agent, whether or not it
10 caused these type of injuries, or damages that you
11 are speaking of?
12 A.    These are the Bradford Hill.  This is exactly
13 what I just described.  Those are Sir Bradford Hill.
14 He was a British physician, and of course, he said,
15 of all of them, the only one that has to be there is
16 temporality.  If you break your leg, and then you
17 fall down the stairs, falling down the stairs did
18 not cause the broken leg.
19 Q.    Did you go through any peer-reviewed studies
20 to review general causation of hydrochloric acid and
21 hydrofluoric acid and the symptoms and adverse
22 health effects that they can cause?
23 A.    Yes, sir, and I listed them in the references,
24 which are at the end of my report.  There are three
25 pages, or two and a third pages of references.
26 Q.    Those -- I think I have already attached them.
27 We have attached -- if the Judge wants to review
28 them, she can go over them.
29 A.    Correct.  And that's in addition to the
30 voluminous books that I have that I use in the
31 teaching, Casarett and Doull's, all of their
32 editions, about this thick, they all discuss a lot

1 of the mechanisms that are in these peer-reviewed.
2 Q.    I have a copy of your Power Point
3 presentation.  To simplify and break it down for the
4 Court exactly what you just told me, in essence.  Do
5 you want to look behind me or would you like me to
6 walk over --
7 A.    I have something right here that I think would
8 be easier.
9     MR. CLAYTON:
10         I didn't know you had that in New Orleans,
11     Judge.  I'm impressed.  We don't have it in
12     Baton Rouge.
13     THE COURT:
14         Y'all have a new courthouse.
15     MR. CLAYTON:
16         We don't have the technology, Judge.
17 BY MR. CLAYTON:
18 Q.    Let's talk about completed exposure pathways.
19 Explain that to Judge Chase, if you will.
20 A.    When you say someone is exposed, actual
21 exposure only occurs if there is a completed
22 exposure pathway.  If we set a barrel that is sealed
23 with benzene right here in this room, we do not have
24 completed exposure pathways to exposure to benzene.
25 It is sealed, it is contained.
26     But if it is then outside of that, inhalation
27 of contaminants is a completed exposure pathway in
28 air, or if it volatilizes from aqueous solutions of
29 the acids, that happens with acids.
30 Q.    Let's talk about that.  So aqueous solution of
31 acids, how does that compare to what we have here
32 with that hydrochloric and hydrofluoric acid?

1 A.    Well, you have a -- basically, you have an
2 amount that will dissolve in the water, and then it
3 is going to start escaping from the liquid to the
4 gaseous phase.
5 Q.    Is that an ionic process taking place when it
6 does that?
7 A.    Right.  It is going to come out as a gas, and
8 so you do have always with -- you always have the
9 ionic hydrogen ion and chlorine ion.  You always
10 have that.  They are attracted to each other, but
11 they are weak forces, as compared to covalent
12 bonding, such as formaldehyde, which that's it, it's
13 not coming off of there.
14 Q.    So Judge Chase has these air conditioning
15 ducts here, and I guess there is a return, where it
16 sucks up air, so, although you are not an HVAC
17 expert, but assume it's vaporized, and the
18 hydrochloric acid and hydrofluoric acid turns into
19 these ions, will the vapors get sucked up into an
20 air conditioning vent and blown out?  Would those
21 vapors do that?
22     MR. FOSTER:
23         Objection, Your Honor.
24     MR. STEWART:
25         Objection.
26     THE COURT:
27         Sustained.
28     MR. CLAYTON:
29         If it's lighter than air, I mean you've
30     got to go back to what I asked her earlier, the
31     ion --
32     THE COURT:

**Page 49**

1     I understand.
2   MR. CLAYTON:
3         Okay.  Thank you.  I think it's a valid
4   question.
5   THE COURT:
6         She is not qualified to answer that
7   question.
8   MR. CLAYTON:
9         All right.
10  BY MR. CLAYTON:
11  Q.     Let me ask it another way.  It vaporizes,
12  correct?
13  A.     Yes.
14  Q.     And it goes into the air?
15  A.     Yes.
16  Q.     Continue.
17  A.     Okay.  So we were talking about inhalation of
18  contaminates in the air.
19  Q.     If it's in the air, you can inhale it?
20  A.     Yes, that's correct.  When I work with acids,
21  we have to be very careful, and we have to have
22  evacuation -- a certain system which would suck the
23  air up, and I have a hood in my lab so that any time
24  I am working with acids, and we work with nitric
25  acid in doing of some of our analyses on the shrimp
26  to degrade the tissue, so we have to have that
27  pressure bringing everything up into the evacuation
28  system.  Otherwise, it will come into our face, let
29  will come into our breathing cell.
30  Q.     If I inhale some of these ions, hydrochloric
31  and hydrofluoric ions, what could happen to my
32  internal --

**Page 50**

1   MR. FOSTER:
2         Objection, Your Honor.  What is the
3   relevance to the class certification hearing,
4   when we have actual witnesses to what happened,
5   if Mr. Clayton inhaled some unknown
6   concentration of something?  It's irrelevant.
7   THE COURT:
8         Overruled.
9   MR. CLAYTON:
10        Thank you, Judge.  I think it's highly
11  relevant.  What happens to me, just as what
12  would happen to those folks who were in that
13  building, trapped in that building smelling
14  that stuff.
15  MR. FOSTER:
16        Objection, Your Honor.
17  THE COURT:
18        Mr. Clayton.
19  MR. CLAYTON:
20        I keep forgetting.  I think I'm in trial.
21  THE COURT:
22        We are not in trial.
23  MR. CLAYTON:
24        I know.  I keep thinking I'm in front of a
25  jury.
26  THE WITNESS:
27        The mechanism of action, is what you are
28  asking me, is extremely important.  On contact,
29  it is corrosive to any tissue or cell that it
30  reaches.  For breathing, you have something,
31  and I don't mean to be too technical, but it's
32  very important.  You have -- your whole

**Page 51**

1   respiratory tract is lined with a particular
2   cell called pseudostratified ciliated columnar
3   epithelium.  It is an epithelium that has
4   little cilia, little hairs, that bring up any
5   type of toxicant to try to keep it away from
6   the lungs.
7         So when you have, and you are breathing,
8   it is going to affect those cilia.  It could
9   get rid of them.  An example would be a smoker,
10  wakes up in the morning, goes agkh, agkh, agkh.
11  He has killed all his cells that have the
12  cilia, or he has lost the cilia from his cells.
13  Very important to normal breathing and
14  protection of the very delicate lung.
15  MR. CLAYTON:
16  Q.     So does the corrosive effect of these ions eat
17  away at those little fibers?
18  A.     Yes, it does.
19  Q.     Once it eats away at the fiber, does it lock
20  on or can it attach to the lining of the respiratory
21  system, like the lungs and the esophagus and things
22  of that nature?
23  A.     Well, it depends on how much is coming in.
24  You have one hydrogen ion per molecule of
25  hydrochloric acid.  So the more that comes in, the
26  more damage it can do.  But it's extremely
27  corrosive.  What it does attach to also is -- let's
28  talk about the eye.  If you are sitting in a room or
29  if I wouldn't be using my hood with the evacuation
30  system, and it would touch my eye, then the hydrogen
31  ion would attack the proteins in my eye and cause
32  them to clump and cause precipitation, and so then I

**Page 52**

1   would get an opacity in my cornea, which would give
2   me blurred vision at the least, eventually
3   blindness, unless they would correct it.
4   Q.     Is it reversible?  I mean the ionic acid
5   eating away at, say, your lungs and the fibers in
6   your eye, can you reverse that?
7   A.     We do have some turnover of cellular renewal,
8   some.  It depends on how severe it is.  If it
9   precipitates the proteins in the lens of the eye,
10  no, that's not.
11  Q.     So --
12  A.     That's not reversible.
13  Q.     So those people who were exposed to it could
14  have long-term effects of their eyes, the cornea,
15  and damage to their eye?
16  A.     If they have corneal opacity, that could be
17  permanent damage.  The lens, certainly, that is
18  permanent damage, but they can do surgery to correct
19  that.  The glaucoma, that would be difficult to
20  reverse.
21  MR. STEWART:
22        Objection, Your Honor.  The point being
23  that we are now talking about the
24  representatives, the class representatives.
25  None of the class representatives, as far as I
26  know, have had any complaints relative to their
27  eyes.  So to that extent, this is irrelevant.
28        The objection goes further, Your Honor, to
29  the point that the class representatives, since
30  they don't, if some of the other folks in the
31  plaintiffs class did, then these class
32  representative do not have a cross-section

**Page 53**

1 of --
2 THE COURT:
3 Well, that is argument to be made at the
4 conclusion, or as far as one of the factors for
5 certification. But what is the basis of your
6 objection for this question that was asked?
7 MR. STEWART:
8 Any evidence dealing with damage to the
9 eye, cataracts and glaucoma, because none of
10 these class representative have that. So they
11 can't actually represent the class.
12 THE COURT:
13 Okay. But that is a question to be
14 determined -- that the Court has to answer, as
15 far as certification and whether or not the
16 representatives are a proper representation of
17 those alleged injuries. I have not heard any
18 testimony as to that yet. I do not know where
19 the plaintiffs are going with this, but she is
20 allowed to at least answer those questions. If
21 they do not prove it, then it is not proven.
22 MR. STEWART:
23 We could solve this right now if counsel
24 can tell me if any of these class
25 representative have damage to their eyes,
26 cataracts or glaucoma. If they don't, there is
27 no sense in proceeding.
28 THE COURT:
29 I do not quite agree with that.
30 MR. CLAYTON:
31 No.
32 MR. AMADEE:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 54**

1 It has no bearing on class certification.
2 MR. CLAYTON:
3 General causation.
4 MR. AMADEE:
5 We are talking --
6 THE COURT:
7 Yoohoo. Guess what -- hello.
8 MR. CLAYTON:
9 Sorry, I wasn't going to address him.
10 MR. CLAYTON:
11 Your Honor, just for the record, I have
12 made my objection.
13 THE COURT:
14 I understand your objection, and I note
15 your objection. I am going to overrule it.
16 Based upon the papers that have been filed, as
17 far as what the damages are, I have not heard
18 anything about the damages yet. But as far as
19 this witness is concerned, on the issue of
20 causation, I think that they are allowed, just
21 like you would be allowed, to present any
22 testimony to controvert it. Overruled.
23 MR. STEWART:
24 Thank you, Your Honor.
25 MR. CLAYTON:
26 Thank you.
27 BY MR. CLAYTON:
28 Q. That's exactly -- what the Judge just said,
29 I'm talking about general causation. I don't have a
30 clue what my opponent is talking about. I am asking
31 you about general causation. Whether or not -- what
32 this stuff can cause. Let me close rapid with that.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 55**

1 You were telling me about damage to the eye, damage
2 to the little follicles. Could those be long term?
3 And what I mean by that, could a person be exposed
4 to it now, and it may not manifest itself until
5 years and years down the road?
6 A. Yes. The literature -- low dose. In other
7 words, as a toxicologist, we know that you can have
8 an acute exposure of a high dose and see a
9 particular effect. Then you can take and see a low
10 dose of that same chemical and not see that effect
11 for a long time. The -- how it is administered, you
12 may get to the same end point, but it may take
13 longer. So it would probably take longer for a low
14 dose acid to exhibit these effects on the eye or the
15 skin or some of the more permanent effects, correct.
16 Q. Let's move to incidental ingestions of the
17 contaminants.
18 A. Well, that gets back to that very long word
19 again. When you inhale, you will have ingestion
20 because those pseudostratified ciliated columnar
21 epithelium have mucous that they are pushing up, so
22 they are trying to dissolve as much as possible
23 whatever is coming in, whether it's an acid or
24 whatever it is, and push it up so you can either
25 spit it up, or cough it out or swallow it.
26 So you do see incidental ingestion, so you
27 will see problems with the GI tract with the
28 toxicant that is coming in through inhalation. So
29 you have two pathways, two complete exposure
30 pathways, and I will wait for you to ask about the
31 third.
32 Q. There is a third one, the skin, dermis

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 56**

1 absorption?
2 A. Right.
3 Q. Tell us about that.
4 A. Well, acid acts on contact. So you may have
5 skin rashes, skin burns that would occur on the
6 surface of the skin, depending on the concentration.
7 Q. I sweat. If I sweat, does that push it back
8 out or does it --
9 A. Sweating is a mechanism for trying to get
10 chemicals out of the skin. Sometimes it's not
11 successful, and they lodge in the sebaceous glands,
12 and that can cause a problem. For this purpose,
13 because it's aqueous, that would dilute it, that
14 would give some help, yes.
15 Q. Let's go to the next screen. Explain that to
16 us.
17 A. Okay. This is from Dr. Templet's report that
18 we have a cloud of acid vapor from storage drums,
19 and there was some testing, where basically,
20 hydrochloric acid, 40 to 50 percent, was present,
21 and that's a pH of less than 2. That's really
22 strong acid.
23 I used to work in clinical chemistry, and I
24 wore a lab coat, and when I would come home, I would
25 see the holes in the lab coat that weren't there
26 while I was working. It takes time, and it will
27 erode. Hydrofluoric acid present at 10 to
28 15 percent in those barrels, according to Dr.
29 Templet, pH less than 2.
30 Q. So Dr. Templet said there was a cloud of acid
31 vapor from those storage drums on that date, along
32 that date?

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 57**

1  A.    That was his report. That was from his
2  report, yes.
3  Q.    Explain that vaporizing-to-gas phase upon
4  release from the storage containers. Explain that
5  to us.
6  A.    Well, as I have said, I have a minor in
7  chemistry, biochemistry, you have liquid gas phases.
8  This is very important in toxicology, with transport
9  of gases across the pulmonary cells in the lung to
10 get into the blood system. So this is something
11 that is known, that gases, the acids will vaporize
12 easily into the gas phase from a liquid.
13 Q.    So explain this to me. So the pH, which is
14 greater than 2, of hydrofluoric acid --
15 A.    No. Less than 2.
16 Q.    Less than 2. And the hydrochloric acid, less
17 than 2, how do you juxtapose that to being exposed
18 to this chemical when you say -- when Mr. Amadee
19 says parts per million?
20 A.    Well, parts per million is a totally different
21 parameter, and we don't have parts per million.
22 What we have is pH. That's what we have for this
23 case. And that's the concentration of the hydrogen
24 ion.
25 Q.    Is it greater or less.
26 A.    This is -- it's apples and oranges.
27 Q.    Okay. Let's go to the next screen.
28 A.    Well, this is the pH -- when you say what is
29 pH, these are the actual concentrations of the
30 hydrogen ion, which is the toxicant form that is the
31 most important in this case. This is what will
32 attach at the atomic level or molecular level to the

**Page 58**

1  components of the cell or the tissue, and so when
2  you say a pH of 2, you have a huge concentration .01
3  moles per liter. That is just a visual so that
4  those who are trying to understand this can have a
5  better way.
6      When you say acids have a high concentration
7  of hydrogen ions, these would be the acids with --
8  just loaded with hydrogen ions, as opposed to an
9  alkali, which would be loaded with hydroxyl ions,
10 and they are very corrosive, both of them, but they
11 have different ways that they eat, in lay language,
12 eat away at the issue on hand, that they attach to.
13 Q.    Next?
14 A.    This is showing you the pH scale. Our body is
15 in the neutral range, and the next slide will
16 explain that a little better. We are in the 7.3,
17 somewhere in that area, so when you take something
18 down to the 2, you are really -- there is just a
19 very tiny window of what we call homeostasis that
20 your tissues of the body must stay in, or they will
21 be terribly affected.
22     If you go to the next slide, I think it brings
23 this into play. I tried to give you something that
24 would take this kind of complicated abstract
25 information. Normal blood plasma is a pH of 7.35 to
26 7.45. That's normal. And if you look at that
27 middle sentence: A minute change in this pH
28 environment, less than a fifth of a pH unit can be
29 threatening. That 7.35 to 7.45 is the equivalent to
30 36 to 45 nanomoles per liter.
31     So I was trying to give some kind of very
32 tangible numbers that someone could see how

**Page 59**

1  dangerous this is. So if you look at pH 3, you have
2  a little less than the hydrogen ion, but tremendous
3  hydrogen ions in pH 4.
4      So if you go to the next slide, I took that
5  and put that in kind of lay language, two slides.
6  This one is the testing that was in the report, Paul
7  Templet's report. A neutral background would be
8  7.0. And the air vents were at 2.88 pH.
9  Q.    Explain that to me. What do you mean by the
10 air vents?
11 A.    Very low. Look, at 2.88 compared to 7.0.
12 Thirteen other wipe samples went 4.74. The surfaces
13 in the east room were at 4.11. And the vents in the
14 east room were at 3.60. Two samples taken at the AC
15 intake were at 4.51. And two samples taken inside
16 the intake at 3.44.
17 Q.    Stop there. Now let's go, the surface in the
18 east room where the barrels were located was pH
19 4.11. You got me?
20 A.    Right.
21 Q.    Let's compare that to two samples taken at the
22 AC intake at pH 4.51. What does that tell you?
23 A.    That's very acidic, very, very acidic. If you
24 go to the next slide, you will see how acidic.
25 Q.    Before we go there, I want to go back to the
26 vents in the east room was pH 3.60.
27 A.    That's even worse.
28     THE COURT:
29         Mr. Clayton, are these used for purposes
30 of demonstratives, or are you introducing this?
31     MR. CLAYTON:
32         I am going to introduce the slide at the

**Page 60**

1  conclusion of it, Judge, but as a demonstrative
2  now.
3      MR. FOSTER:
4         Your Honor, we have a Power Point, too,
5  but we will object to any of this being
6  introduced into evidence. We have a scheduling
7  order in this case. This is the first time we
8  have seen these, this morning, literally.
9      THE COURT:
10        Well, you guys were supposed to at least
11 give each other whatever information that you
12 were going to use. Did you provide them with
13 your Power Point?
14     MR. FOSTER:
15        I am going to provide it to them at noon.
16 My guy's not going to testify until tomorrow.
17     THE COURT:
18        I understand that, but let's have that
19 conversation later. But it is the same thing.
20 I mean, you know, whether --
21     MR. FOSTER:
22        We don't -- we didn't plan on putting our
23 Power Point slides into evidence.
24     THE COURT:
25        That is why I was asking the question. So
26 you have an objection to --
27     MR. FOSTER:
28        Yes.
29     THE COURT:
30        Okay.
31     MR. FOSTER:
32        I have no objection to them using it as

**Page 61**

1  demonstrative evidence, obviously.
2  MR. AMADEE:
3      To clarify one thing, Your Honor. These
4  were not just made up. These come off of a
5  U.S. Environmental Services report.
6  THE COURT:
7      Is that contained within the bench book?
8  MR. AMADEE:
9      Yes, that report is contained within --
10  THE COURT:
11      But these were made just for purposes of
12  demonstrative, but this information is, in
13  fact, contained within the report.
14  MR. AMADEE:
15      Yes.
16  MR. CLAYTON:
17      Just to dummy it down for me, Judge, so it
18  can help to explain --
19  THE COURT:
20      And for me.
21  MR. FOSTER:
22      Not for you, for me. So, it's just
23  whatever is in that bench book, we took it out
24  and put it in here so we can make it flow.
25  THE COURT:
26      And, if you don't mind just providing the
27  Court with where this information is, since
28  there is going to be an objection to the use of
29  the demonstrative, and I will tell you this,
30  that --
31  MR. FOSTER:
32      We have no objection to the use of the

**Page 62**

1  demonstrative Power Point. So far. What we
2  have seen so far.
3  THE COURT:
4      No, and I do not have a problem with that,
5  but I am just saying, for purposes of me, so
6  that I am not writing everything down, it would
7  be easier for the Court to at least have it.
8  You don't have to necessarily introduce it into
9  evidence. Because all of the information is
10  contained within bench book, I am going to ask
11  that you provide the Court with a copy, just
12  like I am going to ask you to provide the Court
13  with a copy of yours.
14  MR. FOSTER:
15      No objection. I have no problem with
16  that, and I don't think anybody else does. I
17  can only speak for myself.
18  MR. STEWART:
19      He does a good job, Your Honor.
20  THE COURT:
21      Thank you.
22  MR. CLAYTON:
23      Your Honor, may I proceed?
24  THE COURT:
25      Yes.
26  BY MR. CLAYTON:
27  Q.   These wipe tests that we are talking about
28  here on the slide were taken from the evidence of
29  the U.S. Environmental Services capitulation of
30  evidence that's in the bench book, right?
31  A.   Correct.
32  Q.   Let's move to the next slide?

**Page 63**

1  A.   So, if you remember, I told you what was
2  normal for the pH of the human body, and I took the
3  medium range, 40 nanomoles per liter for the pH of
4  the plasma. And so let's look at how that compares
5  to try to give you an idea of how very strong this
6  is, as an acid, and how much it deviates from
7  normal.
8      If you take that pH of 3 that were coming from
9  those wipes, and you look at what does that mean, in
10  terms of nanomoles, because we have to put
11  everything in the same unit, that pH is 25,000 times
12  greater in hydrogen ion concentration than the
13  medium range of normal blood plasma. If you look at
14  the pH of 4, it's 2,500 times greater in hydrogen
15  ion concentration than what is normal in the medium
16  range of normal blood plasma.
17      Most of your tissues are in the range of 7.3,
18  7.4. So basically what you are doing is -- and the
19  other slide said, the slightest deviation from
20  normal can be catastrophic and life threatening,
21  also threatening to the existence or the viability
22  of a cell, a tissue or the human.
23  Q.   So, in other words, the lower the pH, it
24  increases exponentially?
25  A.   That's correct.
26  Q.   Next slide?
27  A.   Hydrochloric acid is colorless, corrosive gas
28  that fumes in the air. It's irritating and
29  corrosive, that means destructive, to any tissue
30  that it contacts, and direct contact causes severe
31  chemical burns. It can be severe burns to the lips,
32  the mouth, the throat, the esophagus, the stomach.

**Page 64**

1  I even see redness of skin and mild irritation. You
2  can get sinus problems, skin rashes, irritation and
3  burning.
4      We talked about the ceiling limits already.
5  That is one of the 23 chemicals that is really given
6  a designation of the C because it is so potent as a
7  toxicant, and I gave you an example of two gases,
8  chlorine -- two chemicals, chlorine gas, which
9  chemical warfare in World War II has the C
10  designation, and the methyl bromide, which is a
11  banned fumigant in the United States, but,
12  unfortunately, it was used recently in the Virgin
13  Islands, and a family on vacation was terribly
14  compromised, on life support.
15  Q.   What is a fumigant?
16  A.   That's to get rid of pests, like rats and mice
17  and things like that. They don't allow them to use
18  that here in the United States. I know the Virgin
19  Islands is a territory, but, evidently, they let
20  them use it. I don't know.
21  Q.   In some of the third world countries, they use
22  this as a fumigant to get rid of rodents, the same C
23  type class as this hydrochloric acid?
24  A.   Yeah, but it's really life threatening, it's
25  just been banned. They let some farmers use it in
26  the soil, but it's very limited use here in the
27  United States.
28  Q.   Okay. Let's go to the respiratory tract
29  exposure. Let's talk about that a little bit?
30  A.   Well, you can have many different symptoms
31  with the respiratory tract exposure to acids, throat
32  irritation, rapid breathing, narrowing of the

1 bronchioles. These are the little tiny tubes that,
2 as you -- you can put your hand on your trachea, but
3 as you go down, they get tinier and tinier, so they
4 eventually branch off like an upside down tree, the
5 branches, and get very, very tiny, a few microns in
6 diameter. So you can get narrowing of them, and
7 then you can't get air in and out, so you see
8 sometimes asthma attacks or something -- an asthma
9 attack would be an immune mechanism of an asthma
10 attack, IGE, not all of us make that, but the acids
11 can cause reactive airways dysfunction syndrome,
12 that is the same thing, you are hiig-hu, hiig-hu,
13 wheezing because you can't get air in and out
14 because the bronchioles have shut off, and it's not
15 an immune response. It's a response to the acid.
16         Bronchoconstriction, that's what I have
17 described in both of those. You can have just the
18 bronchoconstriction, where you have difficulty
19 breathing. You can also have damage because they
20 are corroding the very delicate -- one alveoli in
21 the lung is the size of the point of a straight pin.
22 Anybody who sews knows what a straight pin looks
23 like. It's about the tip of that straight pin. Not
24 the head, the tip. That's the size. So it's very
25 easy to damage that, and it causes accumulation of
26 fluid in the lungs, abnormal pulmonary function
27 test, difficulty breathing and coughing.
28 Q.     Is calcium an essential element that a person
29 must have inside?
30 A.     Calcium, yes.
31 Q.     This exposure to hydrochloric acid, does it do
32 anything? Does it bind calcium or what does it do?

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
65

1 A.     Not hydrochloric. Hydrofluoric acid, as it
2 dissociates, the hydrogen ion of hydrofluoric acid
3 will act, although it's not as strong in its action
4 as the hydrochloric hydrogen ion. But the fluorine
5 part, when that dissociates, that can go into -- it
6 captures calcium and magnesium, and some people have
7 to be very careful. They can spill just a little
8 bit on their skin, and they can wind up going into
9 shock, because it is removing the calcium out of
10 their bone and out of their blood, and you need
11 calcium for normal metabolism of cells and tissues.
12 It's a very dangerous chemical.
13 Q.     Let's talk a little bit about the eyes again.
14 A.     Well, contact with either of the two acids,
15 eye irritation, blurred vision, burning of eyes, can
16 cause corneal cell death. They precipitate the
17 proteins in the cell. Cells have proteins, they
18 have lipids, but when it precipitates the proteins,
19 the cell is going to die.
20         Cataracts and glaucoma, that is an action that
21 can be caused by -- hydrochloric acid can cause the
22 cataracts and the glaucoma. The opacification of
23 the cornea, hydrofluoric acid. Severe conjunctival
24 irritation and swelling. That's the eyelids. And
25 destruction of surface epithelium on the cornea.
26 Q.     Let's go back to cataracts. The smallest
27 vessels in your body are in your eyes, I think, so
28 will it destroy the vessels? Can it eat away at
29 those little --
30 A.     Yes, it can. That's one of the problems with
31 glaucoma. There is something called the canal of
32 schlemm. I will show it later, where if it does

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
66

1 erode that, then you can't circulate the fluid in
2 the eye, and you get the glaucoma, the retention of
3 the fluid and the pressure.
4         Hydrochloric acid, corrosive effects due to pH
5 change in the local deposit of the hydrogen ion.
6 That's the mechanism of damage. My literature shows
7 individuals who were exposed to hydrochloric acid,
8 that the pH of the eye stayed at 6.4 for days after
9 exposure to the hydrochloric acid. That means cell
10 death. We have got to be in that 7. We have got to
11 be in that neutral or slightly above neutral pH
12 range for normal homeostasis is the word, of the
13 tissues of the body.
14         So when you throw it down, even just a little,
15 and we have some -- in my literature, I have a pH of
16 6, where you -- the blindness in the animal eyes,
17 they just totally lost the whole covering of the
18 cornea from a pH of 6. So you don't have much room
19 to operate -- to survive with the acid. It cannot
20 bring that 7.3 -- in that range, you affect that
21 just a little bit, and you have a problem.
22 Q.     Now, this says hydrochloric acid. What about
23 the hydrochloric acid with the ionic version of --
24 A.     Well, hydrochloric acid is always in ionic
25 form. That's the nature of the chemical.
26 Q.     That's what I wanted to make sure of. So a
27 three-minute exposure to this does what to you?
28 A.     At pH of 2 caused bronchoconstriction. They
29 did use asthmatics, and they exposed them. This was
30 in -- written up in IARC in 1992. IARC is the World
31 Health Organization, International Agency for
32 Research on Cancer publication, and this came from

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
67

1 an evaluation of inorganic acids. This would be
2 ionic acids, just what we are talking about, and
3 IARC concluded that the mist, the vapors of all
4 inorganic acids are considered group one human
5 carcinogens.
6 Q.     Three minutes here. And you read testimony
7 where this stuff was there for years.
8 A.     Right.
9 Q.     Next?
10 A.     This is hydrofluoric, which is the one I was
11 explaining that removes the calcium and the
12 magnesium. It's also a colorless, fuming liquid or
13 gas, and it also dissociates into the hydrogen ion
14 and the fluoride ion. It also can produce serious
15 health effects by any route of exposure, meaning
16 inhalation, dermal, or ingestion.
17         The hydrogen causes degeneration and corrosion
18 on surface contact. Deeper effect, this one has
19 more danger for going further in the body. It acts
20 more like an alkali. It causes liquefaction
21 necrosis. It actually liquefies the tissue as it
22 starts hitting the body, and then it makes it
23 liquid, and then keeps on going deeper, deeper,
24 deeper. That's how it can get to the calcium,
25 that's how it can remove the calcium, and that's why
26 it's so dangerous.
27 Q.     So the muscle tissues, the few that I have, it
28 would liquefy it?
29 A.     Yes, it can. And there are studies in the
30 literature where someone has spilled some
31 hydrofluoric on their surface, and, in fact, I had
32 an interview with someone who had this working in

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
68

St. Bernard Parish, and I can't remember which
1 refinery, and had a sort of — appeared to others
2 that it was superficial, it was just a part of the
3 body, and she went into shock from the calcium, just
4 from that small spill, because it could keep going,
5 keep going and get into the vessels and travel and
6 remove the calcium from the bone. It's lighter than
7 air. Even at low airborne concentrations, produces
8 rapid onset of symptoms.
9
10 Q.    This liquefaction necrosis, is there anything
11 that can reverse it?
12 A.    No.
13 Q.    Can I pour some hydrogen peroxide on it and
14 maybe suck it out?
15 A.    No. Well, if you had buffering capacity, you
16 might be able to tie up and neutralize some of it,
17 but it's so powerful, I don't know how much of that
18 would take. It's just so quick in action. I don't
19 know that you could stop it. You could maybe,
20 perhaps, buffer some of it, and I'm sure, you know,
21 that's the — I guess what the woman that I
22 interviewed, who had to wind up in the emergency
23 room, there were treatment methods they were trying
24 to neutralize it.
25 Q.    The same question I had for the hydrochloric
26 acid, this hydrofluoric acid, in its ionic state,
27 does the same thing?
28 A.    A slightly different way of going about it.
29 Hydrochloric acid is the stronger acid.
30 Hydrofluoric acid is the stronger liquefaction
31 necrosis element and pulls that calcium or magnesium
32 out of the body.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
69

Q.    Fluoride ion of HF. What does that mean?
1 A.    Well, that's when — in other words, you have
2 these little ions. They are attracted to each
3 other. One is positive, and one is negative. And
4 that's what the nature of both of these chemicals
5 are, as opposed to something like formaldehyde that
6 is going to form a covalent bond, not going to come
7 off, okay. These are — they are ready to
8 dissociate.
9
10    So you have the fluoride ion, rapid onset of
11 skin, eyes, nose, throat and mucous membranes. It
12 penetrates deeply in the tissues. It causes the
13 liquefaction necrosis, both local cellular
14 destruction, but it can cause systemic toxicity,
15 pull that calcium out of the bone. Readily absorbed
16 through both intact and damaged skin. Unlike other
17 acids, can readily cross lipid membranes of the
18 cells in tissues, so it can diffuse in the tissues.
19 So that's pretty dangerous. Anything that can cross
20 that lipid membrane, a cell is wrapped in a lipid to
21 protect it, and not everything can get through.
22 Q.    Like a force shield to protect it?
23 A.    Right.
24 Q.    Inhalation exposure?
25 A.    Both acids affect mucous membrane irritation
26 and inflammation, cough, narrowing of the bronchi,
27 asthma and shortness of breath, and you can have
28 immediately narrowing and swelling of the throat.
29 Q.    Exposure to the skin, some of this we have
30 touched on. But if you can go through it real
31 quick.
32 A.    Right.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
70

Q.    Go ahead.
1 A.    Can cause serious morbidity and death with
2 even small exposures. Easily penetrates the skin.
3 This is the fluoride ion, dissociates and binds to
4 calcium and magnesium. Can cause intense pain and
5 tissue damage and may cause loss of bone due to loss
6 of calcium.
7
8    Hydrofluoric acid can cause eye irritations,
9 sloughing of the surface of the eye, that would be
10 the cornea. Swelling of various structures of the
11 eye. Cell death, due to lack of blood supply.
12 Permanent clouding of the eye surface. We call that
13 opacification of the cornea. Necrosis of the
14 anterior chamber of the eye. This is what is so
15 very profound and can lead to the glaucoma.
16 Q.    Park that. Let's talk about that a little
17 bit. So that necrosis is the liquefaction, I take
18 it?
19 A.    For fluoride, yes.
20 Q.    Now you can't repair that, because once
21 this — right?
22 A.    Right.
23 Q.    Okay, go ahead.
24 A.    May cause corneal edema and conjunctival
25 ischemia. That's the eyelid. The cornea is the
26 outer surface. Hydrofluoric acid can cause corneal
27 cell death. It can do the same thing. It can, on
28 contact, just destroy the tissue, and precipitate
29 the proteins. That's how it destroys it, a slightly
30 different mechanism. It can cause cataracts and
31 glaucoma.
32 Q.    Now, if you will, let's talk about the

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
71

conjunctiva, and you kept using that word. Is there
1 a part of the eye that forms a protective coating,
2 so to speak, on the outside?
3 A.    The conjunctiva are the eyelids. So you first
4 have your eyelids, okay. Then you have a flow of
5 fluid that is at a pH, a normal pH, in an attempt to
6 try to stop anything from — that would lower the pH
7 of the eye. It gets through that, then it's
8 got this — can I touch this or does this have those
9 little yellow things —
10    THE COURT:
11       Let's go off the record. Counsel, while
12    we are taking a break, can you guys approach
13    for a second, please?
14       (Whereupon, there was a discussion off the
15    record).
16 BY MR. CLAYTON:
17 Q.    Dr. Williams, what we have before us is a
18 picture of the eye. I was asking you prior to the
19 break about is there a protective coating? I know
20 the eyelids on the eye, that once this hydrofluoric
21 acid comes in contact with it, will it liquefy that
22 or create this necrosis that you talked about, and
23 then, once it penetrates through — that would happen to the
24 rest of the eye if it gets to it?
25 A.    You have an eyelid. That's your first
26 protection, blinking. Then you have the tears. You
27 have the watery secretions of the lacrymal glands,
28 which are slightly above the 7. So they attempt to
29 try to neutralize anything coming in and wash it
30 out. Once it gets through that, and it does, then
31 you are getting here, and you are into the cornea.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
72

## Page 73

1  You see the label right there, the cornea. And both
2  acids can penetrate that. They can attach and form
3  the corrosive action right there, okay.
4  Q.    Park that. Where do you have the greatest
5  impact of cell death? Is it at the cornea area, the
6  initial area upon the impact? Will that be the most
7  damaged area, or would it permeate and go into the
8  eye and start eating up?
9  A.    Well, you've got to get through that to get to
10  the others, so that's the first point of contact.
11  So you are going to have damage there. If it can
12  damage that enough, then it's going to penetrate
13  into what we call the anterior chamber here,
14  posterior chamber here. There is fluid here that
15  has to circulate, okay. You heard me give that
16  name, canal of schlemm.
17         This fluid is dynamic. It's circulating to
18  bathe the lens of the eye. The lens of the eye, if
19  the acid can get in, and it can penetrate, then keep
20  on going into the lens, it can precipitate the
21  proteins in the lens, and it can destroy the lens.
22  Q.    So you talked about tears. So if the ions
23  involve themselves in the tears, then that would
24  move it around the entire eye?
25  A.    Well, the surface of the eye.
26  Q.    The surface of the eye?
27  A.    Yes, the surface of the eye.
28  Q.    Okay.
29  A.    Then, of course, it can move it around the
30  cornea. If it does damage to the cornea, it has to
31  penetrate the cornea to get into the anterior and
32  posterior chambers, the fluid there, and then to the

## Page 74

1  lens, which would then -- this would be corneal
2  opacification. This would be cataract.
3  Q.    So opacification would cause the blurring?
4  A.    Well, both can, but yes, this would definitely
5  cause the blurring at this point, but you also, when
6  you destroy the lens, you're going to have loss of
7  vision in the eye, okay. But then, of course, you
8  have the circulation of it here. If the very tiny
9  little area here -- and I think if you go to the
10  next slide, it will show it a little bit better.
11  Here, this is what I am looking for.
12         This is the ciliary muscle that accommodates,
13  like when we are reading close, when we are looking
14  at a distance, we are moving and changing the lens
15  perspective so we can accommodate and have acute
16  vision, good vision. So if it's circulating -- here
17  is the cornea.
18  Q.    Identify the area.
19  A.    Here is the cornea. We have come through
20  that. And here is the anterior chamber, posterior
21  chamber. And this is very, very delicate. You can
22  see this little canal of schlemm, the fluid has to
23  circulate through there. So if we do anything to
24  change this tissue, destroy it, alter it, then we
25  are not going to get the fluid circulation.
26         If you go to the next slide, and you will
27  get -- this is it right here. This actual -- this
28  is a histologic picture, a photograph of it. Then
29  you are going to have a problem, and you will get
30  the glaucoma.
31  Q.    When you say here, I want to be able to
32  identify that.

## Page 75

1  A.    Iridocorneal angle.
2  Q.    Okay. So the angle, what happens? What does
3  it do?
4  A.    You are damaging cellular constituents, so you
5  no longer have that nice, precise angle, and you are
6  shutting off this canal of schlemm, and you are not
7  getting the circulation, and so you have fluid
8  retention, therefore, glaucoma.
9  Q.    Gotcha. The next slide. Let's segue back to
10  the plaintiffs in this case. I want you to now tell
11  Judge Chase that data that you received and
12  inextricably intertwined it into your expertise and
13  your opinion.
14  A.    Well, I looked at several different documents
15  that had plaintiff documentation of many things, but
16  including symptoms, and one of it was a database
17  that caught -- I kept seeing a repeated -- can I
18  pull some documents so I am precise in what I am
19  saying?
20  THE COURT:
21         Sure. Just watch your step.
22  THE WITNESS:
23         Yes. I kept seeing repeated entries in
24  this database with self-reported symptoms of
25  cataracts, glaucoma, and because it wasn't my
26  database, I said I would like to have some
27  notarized statements from the plaintiffs who
28  have said that they have glaucoma and
29  cataracts, and so I did get that back.
30         I think I had 144 total. Numerous
31  plaintiffs reported cataracts and glaucoma,
32  with or without diabetes. They are all signed

## Page 76

1  by and sworn declarations because I didn't want
2  to just use somebody else's database that I
3  didn't do myself. And so out of 144 of them, I
4  have them in my hand, and basically then looked
5  at, all right, there are other things that can
6  cause both glaucoma and cataracts, so let me
7  take a look at this.
8         Many things sometimes are common to many
9  different diseases or toxicants, and so I
10  divided them up and sorted them, and so we had
11  numerous plaintiffs reporting cataracts and
12  glaucoma without diabetes, which is probably
13  the biggest cause of both.
14         Numerous plaintiffs just reported
15  glaucoma. No diabetes, no cataracts. That's
16  pretty -- that's kind of like a signal. A
17  toxicologist who spoke last night said, where
18  Paracelsus is the father of toxicology, because
19  he did the dose response, but Sherlock Holmes,
20  I think I'm going to make a nomination that he
21  become the godfather of toxicology because it's
22  investigative.
23         And that was very unique. Numerous
24  plaintiffs reported cataracts with or without
25  diabetes, 124. And so you have these very
26  unique occurrences. So then I looked at, okay,
27  well, given all of the various causes of
28  glaucoma in the United States, diabetes, you
29  name it, everything, age, whatever, you should
30  only see two in a hundred. We have 29 in this
31  small population of 144. So that's a signal to
32  me, that this is -- this is a problem.

BY MR. CLAYTON:
Q.    Could more develop it in the future as a
result of being exposed to this?
A.    Yes.  Well, I mean I don't know.  I just have
this snapshot in time.
Q.    All right.
A.    So that was something that was bothersome, and
the prevalence of cataracts in the U.S. is 8.6 per
hundred, so we have slightly more than that.  So,
certainly, this is just a signal to a toxicologist
who is looking at a population that these are common
numerous symptoms, self-reported at this point, and
this is something that needs to be looked at.
Q.    Next slide.  Go ahead.
A.    Then I looked at, I sat on the floor because I
had three heavy boxes, about a thousand of some type
of plaintiff fact sheet, and I went through them,
and I just kept taking notes of different common
repetitive symptoms.
     I later asked for a more concise group that
had sworn testimony, so that I would know that this
was definitely coming from a person in the Pan
American surveys, for the most part.  There may be a
few exceptions, had notarized this person -- that
each plaintiff was saying what their symptoms were.
     And so I took notes, and these were the most
prevalent, respiratory illness, difficulty
breathing, persistent cough, sinus problems,
bronchitis, headaches, runny nose, coughing, eye
irritation, throat irritation, throat inflammation,
sore throat, nose irritation, burning eyes, skin
burning, irritation, skin rashes, allergies, blurred

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
77

vision and upset stomach.
Q.    Dr. Williams, were all of these symptoms
consistent with exposure to hydrochloric acid and/or
hydrofluoric acid, either in a general state or
ionic state?
A.    Yes.
Q.    You said upset stomach.  Could any presence of
ulcers or anything of that nature in the esophagus
or the stomach area be attributed to absorption, be
it thermal or inhaling or swallowing, of this acid?
A.    Well, yes, it the can.  But remember I said,
if you have inhalation, you are going to have
incidental ingestion, so you could then be causing
some problem.  Now if you have ulcers or lesions
that would allow it to get deeper, that's another
story.
     But, of course, this is just a preliminary
observation, are there common and numerous symptoms
in the population of plaintiffs that I was given
that are consistent with exposure to hydrochloric
acid and hydrofluoric acid?  And, yes, there are.
Q.    Next slide.
A.    These were symptoms reported by the three
class reps, burning eyes, headaches, sinus problems,
allergies, asthma, skin blotches, difficulty
breathing, coughing, running eyes, runny nose,
throat irritation, sore throat and inflamed throat.
Q.    Same question.  Are those symptoms consistent
with those people being exposed to hydrochloric acid
and/or hydrofluoric acid?
A.    Yes.
Q.    Next slide.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
78

A.    That was it.
MR. CLAYTON:
     Judge, this point, I think, is a breaking
point for me before I start a new area.  And if
we can, we will start back at 1:00, if it's
okay with you?
THE COURT:
     All right.  Thank you.
MR. CLAYTON:
     Thank you, Your Honor.
     (Whereupon, a lunch recess was taken at
this time).
MR. CLAYTON:
     May I proceed?
THE COURT:
     Yes.
MR. CLAYTON:
     Judge, since we are on the record, I would
like to offer into evidence the deposition of
Ivory Robichaux, Conrad Johnson and Evelle
Thomas at this time.  Do I give a copy to Miss
Pat?
THE COURT:
     No.
MR. CLAYTON:
     Save them to the end or --
THE COURT:
     Do you have a copy for me as well or is
that what you are putting into evidence?
MS. WILLIS:
     We have two copies.  We have one to be
admitted and one for the Court.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
79

     Judge, my understanding is these are not
exhibits.  They are testimony.  Is that
correct?
THE COURT:
     We have Robichaux, Johnson --
MR. CLAYTON:
     And Thomas.
MR. STEWART:
     Your Honor, Mr. Demajo's deposition, we
have, obviously, the deposition transcript.
But we also have a video for the Court if the
Court would like to see that.
THE COURT:
     Is it a videotaped deposition?
MR. STEWART:
     Yes.
THE COURT:
     Isn't everything being submitted?  But you
have a transcript of it?
MR. STEWART:
     Absolutely.  Yes, we do.  But I just
wanted to tell you, advise the Court that we do
have the video, if the Court would like to see
that.
THE COURT:
     No.  I will read it.
MR. FOSTER:
     We have videos of all of the defendants'
witnesses.  We will just submit the
transcripts.
THE COURT:
     That is fine.  There is going to be a

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
80

1   stipulation as to all the deposition, right?
2   We can go off the record.
3       (Whereupon, there was a discussion off the
4   record).
5   THE COURT:
6       Are you ready?
7   MR. CLAYTON:
8       May I proceed.
9   THE COURT:
10      Yes, please.
11  MR. CLAYTON:
12      Thank you, Your Honor.  Before we get
13  started, Judge, I have never seen hands of time
14  in -- I'm intimidated by that hourglass.
15  THE COURT:
16      Where is Miss Willis?  Tell her and Mr.
17  Gambel to explain to you why this is up here.
18  MR. CLAYTON:
19      I was a witness when you brought that
20  thing out.
21  THE COURT:
22      Oh, that's right, you were here.
23  MR. CLAYTON:
24      I'm sorry.  It's scaring me.
25  THE COURT:
26      It worked.  It still took us five hours
27  for each witness.
28  BY MR. CLAYTON:
29  Q.    Dr. Williams, when we left off, you were
30  talking about the symptoms that could be caused by
31  exposure to hydrochloric acid and hydrofluoric acid,
32  and you were talking about burning eyes, headaches,

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
81

1   sinus problems, runny nose, coughing, et cetera.  Do
2   you remember that?
3   A.    Yes.
4   Q.    So if someone who was in that building, be it
5   on any floor, complained that they had a runny nose,
6   skin rashes, burning eyes, sinuses and all those
7   lists of complaints that you went over, would that
8   be consistent with someone who had been exposed to
9   hydrochloric acid and hydrofluoric acid?
10  A.    The complaints are consistent with that.  I
11  can't address the individuals.
12  Q.    You reviewed many complaints, and those
13  complaints that you reviewed, were they from people
14  throughout that building.
15  A.    Yes.
16  Q.    Now you remember, I particularly asked you
17  about metals and the effect of what this
18  hydrochloric acid would have on skin and metals and
19  things of that nature?
20  A.    Yes.
21  Q.    And you told me in your -- when we were
22  qualifying you as an expert, that you had
23  experience, you had research, and you dealt with the
24  corrosive effects on metals, right?
25  A.    Correct.
26  Q.    And if I juxtaposed the metals to the human
27  flesh, you told me that it would have the same
28  corrosive effect towards human tissues, correct?
29  A.    More corrosive to the human flesh than to the
30  metals.
31  MR. STEWART:
32      Objection, Your Honor.  I don't know that

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
82

1   the witness has been qualified as a corrosion
2   expert.
3   THE COURT:
4       Overruled.
5   MR. CLAYTON:
6       Thank you, Judge.  Permission to approach?
7   THE COURT:
8       Yes.
9   BY MR. CLAYTON:
10  Q.    Now, I'm going to show you what has already
11  been introduced into evidence, some pictures of the
12  inside of the building.  I'm going to show you what
13  is marked as 11-1, and I'll tell you that I want you
14  to look closely to 11-1.  That's the air exchanger,
15  the deal that sucks up the air, that's the floor,
16  and the barrels were back here.
17      But the hydrochloric -- I want you to look at
18  that, and tell me if that's consistent with when you
19  talked about having hydrochloric acid and
20  hydrofluoric acid in a contained building, does that
21  picture -- have you reviewed this picture, first of
22  all?
23  A.    That's coming from other reports, and that's
24  outside of my area.  So I have seen the picture, but
25  that is not my report.  And, basically, I refer to
26  Templet's report.  I did see Handlin's report, and I
27  did see the pictures.  But that's up to them to
28  decipher what that is.
29  Q.    Follow me with this.  You are an expert.  And
30  I'm asking you, have you seen this picture before?
31  A.    I have seen that picture.
32  Q.    And, as an expert, you can tell me, to a

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
83

1   certain extent, about this picture, right?
2   A.    I can tell you it's not something that I took.
3   It was in the report.  It was referred to as acid
4   damage.
5   Q.    Follow me with this.  Does it appear to you
6   here that this flooring and this, the metal here,
7   has some effects from being exposed to the ionic
8   acid that was in that room?
9   MR. FOSTER:
10      Objection, Your Honor.
11  MR. STEWART:
12      Objection.
13  MR. FOSTER:
14      She just said --
15  THE COURT:
16      Wait, wait.
17  MR. FOSTER:
18      It's outside of her expertise.
19  THE COURT:
20      Rephrase your question.
21  MR. CLAYTON:
22      I will rephrase it.
23  BY MR. CLAYTON:
24  A.    I want you to park that out of your mind about
25  whether you took this picture or not.  I am asking
26  you, as a person, and I asked you about metals when
27  I was qualifying you and the corrosive effect of
28  this stuff, and I'm trying to show the Court that if
29  it has this effect on metals, she can see it, it's
30  in evidence, then what effect -- my ultimate
31  question is what effect would of it have on human
32  tissue?  I think we have already qualified you for

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
84

**Page 85**

1  that, but I will try again.
2      MR. STEWART:
3          Your Honor --
4      MR. ST. RAYMOND:
5          Your Honor, I'm going to object.  We don't
6  even know if this picture was taken before or
7  after take Katrina.
8      MR. AMADEE:
9          Oh, yes, we do.
10     MS. WILLIS:
11         Your Honor --
12     THE COURT:
13         Wait a minute.  Excuse me.  This tag
14  teaming cannot happen.  Mr. Clayton is taking
15  this witness, and Mr. Clayton can address the
16  objection, and I am going to ask that if there
17  is an objection that is on the table, that you
18  allow me first to rule on the objection before
19  someone else starts to argue in favor of the
20  objection.  Okay?  Now what is the objection?
21     MR. ST. RAYMOND:
22         We don't know when this picture was taken,
23  Your Honor.  This building was affected by
24  Hurricane Katrina.
25     THE COURT:
26         So I will ask you this, Mr. Clayton, to
27  lay a foundation.  She has already testified
28  that she did, in fact, review that picture from
29  another report or somewhere.  Lay the
30  foundation as to what report.  And then you can
31  ask the other questions.
32     MR. CLAYTON:

**Page 86**

1          All right.  I will do that.
2  BY MR. CLAYTON:
3  Q.     Was it Mr. Templet's report or in which report
4  did you review this picture?
5  A.     I don't recall whether it was Handlin's or
6  Templet's report.  It was one of the -- either the
7  chemist or the air, HVAC expert.  Basically, it was
8  presented as being evidence of corrosion from the
9  acids in the area, and it does look like corrosion.
10 Q.     I have to give credit to Mr. Amadee for this.
11 We pulled up the date of that photo, and I had it on
12 there.  What is the date of that photo?
13 A.     July 9th, 2002 inspection.
14 Q.     Prior to Katrina or after Katrina?
15 A.     Oh, prior to Katrina.
16 Q.     Thank you very much.  So Katrina didn't cause
17 this.  That acid they left there did?
18     MR. FOSTER:
19         Objection.
20     THE COURT:
21         Mr. Clayton.
22     MR. CLAYTON:
23         All right.  I'll withdraw that.
24 BY MR. CLAYTON:
25 Q.     Now, back to this photo again.  When you were
26 testifying, and you had research about the corrosive
27 effect of hydrochloric acid, hydrofluoric acid on
28 human body and tissues, and I even asked you about
29 metals.  I'm telling you, as an expert, to assume
30 for a fact that the barrels were in this building at
31 that time, and I'm asking you to look at this
32 picture and tell me, could you discern from that

**Page 87**

1  picture that acid would do that to that building and
2  to the ironwork in there?
3      MR. FOSTER:
4          Objection.
5      MR. STEWART:
6          Objection, Your Honor, for the reasons
7  stated by the witness herself.
8      THE COURT:
9          Overruled.
10     THE WITNESS:
11         Barrels were present in this area, you
12 asked me to assume that, but that was what the
13 caption was, the information in the report.  To
14 get up to those areas, yes, you had to have
15 vapors.  You have to have acid vapors that
16 would be in the air to be able to get up there
17 to cause the corrosion that's all around the
18 room.
19         So it is consistent with the author of the
20 report's contention that this was exactly what
21 you said, barrels that leaked, and the
22 vaporization from the acid.
23 BY MR. CLAYTON:
24 Q.     And, as a toxicologist, not an air modeler,
25 that's where I wanted to go, that the vaporization,
26 or the ionic nature of it, am I correct when I say
27 that the particles, the ionic particles would be
28 inextricably intertwined with the air, and it would
29 flow wherever the air goes?  If the air goes up to
30 this metal fixture, so would the ionic nature of the
31 hydrochloric acid and hydrofluoric acid, correct?
32 A.     Yes, or they may be lighter.  It depends on

**Page 88**

1  the mixture.  You have moisture in the air, so it
2  depends on the particles in the air, it depends on
3  what is absorbing them.  There is absorption.  There
4  is adsorption of particles that you can't see in
5  this room that the acid can be a part of those, but
6  definitely, this is indicative, this is what you
7  expect to see with an airborne concentration.
8  Q.     I think that's a better question the Judge was
9  trying to get me to say.  You said it for me.  This
10 is what is indicative -- can you say that again?
11 A.     Indicative of a gaseous vapor that has reached
12 higher up from the lower barrels, and it has now
13 caused corrosion in many areas of that room, and
14 that's basically what was said in the report.
15 Q.     And look at this big old suction tube in here,
16 whatever it is, this air return deal.  Do you see
17 that?
18 A.     I don't know what that is.
19 Q.     I just told you.  It's a big old suction tube
20 that returns air.
21     MR. STEWART:
22         Well, wait a minute, Your Honor.  She is
23 testifying.
24     MR. CLAYTON:
25         She is on direct, and she is an expert,
26 and I can lead her.  Sorry, Judge.
27     MR. STEWART:
28         But you are telling her what she --
29     MR. CLAYTON:
30         That's what expert -- that's what leading
31 is.
32     THE COURT:

**Page 89**

```
 1          Wait a minute.  Wait.  Off the record.
 2   MR. CLAYTON:
 3          Judge, my response is she is an expert,
 4   and I can lead experts.  Right?
 5   THE COURT:
 6          You cannot ask me questions.
 7   MR. CLAYTON:
 8          I know, but I can lead experts.  I want to
 9   lead you some more.
10   THE COURT:
11          Stop.  Mr. Clayton, there is no jury, so
12   stop.
13   MR. CLAYTON:
14          I know.
15   MR. FOSTER:
16          I agree 100 percent with Mr. Clayton that
17   he can lead an expert, but he can't testify.
18   If he wants to ask the expert to assume certain
19   things, that's fine.
20   THE COURT:
21          Correct.
22   MR. CLAYTON:
23          But he is not asking.  He is telling her
24   something as a fact.
25   THE COURT:
26          No.  He is asking her, and, Mr. Clayton,
27   you can, in fact, ask an expert to assume facts
28   in order to reach an opinion, and so I think
29   that, as you had stated before, that you were
30   kind of leading the witness a little bit to
31   move this a little bit faster.  It is clear
32   that there will be objections that will be
```

**Page 90**

```
 1   lodged, so that just simply means that you are
 2   going to have to take that extra step.
 3   MR. CLAYTON:
 4          I will.
 5   THE COURT:
 6          Thank you.
 7   BY MR. CLAYTON:
 8   Q.    Every question I ask you, assume that I am
 9   asking you to assume a fact.  So assume this, that
10   this big old suction tank here is sucking out the
11   air and the particles in that room and distributing
12   it throughout that building.  You follow me?
13   A.    Yes.
14   Q.    Now I will show you the next one.  On this
15   wall, this is Exhibit 10-3.  The tiles fell off the
16   wall, the floor that's under the tiles, acid.  Is
17   that indicative of having ionic particles and things
18   of that nature throughout that building?
19   A.    That is indicative of having acid leaks, and I
20   have had some similar things in the lab in the
21   hospital with some of the -- a long time ago, one of
22   the auto analyzers leaking acid.  It would just go
23   right through the table tops.
24   MR. STEWART:
25          Your Honor, I hate to bother the Court
26   with this.  Counsel is saying the tiles fell
27   off the wall.  We don't know that.  We know
28   that the tiles are not on the wall.  Do we know
29   that somebody removed the tiles possibly?  Did
30   they fall off the wall?  I don't know.
31   THE COURT:
32          Okay.  Rephrase the question.
```

**Page 91**

```
 1   BY MR. CLAYTON:
 2   Q.    I'm going to show you 10-4.  I want you to
 3   look at 10-4.  See the tiles on the wall?
 4   A.    Yes.
 5   Q.    You see where they are missing?
 6   A.    I see where some are missing, and some are
 7   hanging.
 8   Q.    You don't have any evidence that me or anybody
 9   went in with a chisel to take them off the wall, do
10   you?
11   A.    No.
12   Q.    You've got evidence that there was acid and
13   hydrochloric ions and hydrochloric fluoride ions in
14   that room, right?
15   A.    Yes.
16   Q.    I want you to assume that nobody went in and
17   knocked them off, that that acid in there caused
18   this damage.  You with me?
19   A.    Yes.
20   Q.    All right.  Now I want you to look at 10-4
21   again.  Look at the barrels.  You have read the
22   testimony of Mr. Anderson and some of the folks who
23   worked in that building?
24   A.    Yes.
25   Q.    And they talked about having blue barrels,
26   55-gallon drums with the stuff in there throughout
27   that room, right?
28   A.    Yes.
29   Q.    Does this accurately depict a picture of blue
30   drums with something in it in that room?
31   A.    Yes.
32   Q.    Does this have the effect of, on metals, that
```

**Page 92**

```
 1   acid is the same as it would have, the corrosive
 2   effect on human tissue?
 3   A.    Oh, the human tissue would be far worse.  Of
 4   course, you have got it coming straight out of that
 5   barrel in a higher percentage, so that's why you are
 6   getting so much there.  But the wipes show that it
 7   was still very, very high amounts of hydrogen and
 8   ion concentration in the pH as it moved away from
 9   this area.
10   Q.    One second.
11   MS. LEE:
12          Your Honor, just for clarification of the
13   record, there has been no testimony as to the
14   dates that the other photos were taken, the two
15   after the first one.
16   THE COURT:
17          All of those photos were taken from the
18   same report, Mr. Clayton?
19   MR. CLAYTON:
20          I don't want to be inaccurate.  Are they,
21   Miss -- the ones I showed you, I know we
22   cleared up for sure July 9th, but Miss Willis
23   knows.
24   MS. WILLIS:
25          Those are from the U.S. Environmental
26   report from 1999.
27   THE COURT:
28          And that is the report that has been
29   stipulated to?
30   MR. CLAYTON:
31          Yes.
32   MS. WILLIS:
```

1    Yes.
2  THE COURT:
3    And they are attached?
4  MS. WILLIS:
5    They are attached, and that's from 1999.
6  THE COURT:
7    Okay. Then, just for purposes of the
8  record, all of those photographs that are being
9  shown to the witness are, in fact, attached to
10  the report, which the parties have indicated
11  are coming into evidence, correct?
12  MR. AMADEE:
13    Yes, Your Honor. They are actually
14  Exhibit 10.
15  THE COURT:
16    Okay. And they are dated in that report?
17  MR. AMADEE:
18    U.S. Environmental 1999 photographs, and
19  they are Exhibit 10.
20  THE COURT:
21    Okay.
22  BY MR. CLAYTON:
23  Q.    I want you to look closely to 10-3. Is that
24  back there?
25  A.    Are you talking about -- where is your finger
26  pointing? To the Venetian blinds?
27  Q.    Yes. That's what I want to show you. What I
28  want to show you is 10-2, which is closer. These
29  are some metal Venetian blinds that were located in
30  that room. I want you to assume that they were nice
31  and neat until the acid got to them. That's what
32  the effect it can have on it?

1  A.    That is indica -- that is consistent with acid
2  exposure.
3  MR. STEWART:
4    I'm sorry, Your Honor. I again have to
5  object to this. Counsel has said those are
6  metal blinds. I don't know that those are
7  metal blinds or not.
8  MR. CLAYTON:
9    Judge, I have got my witness on direct
10  examination. He gets to cross her and ask if
11  it's paper or whatever he wants.
12  THE COURT:
13    Well, he --
14  MR. STEWART:
15    If he wants to ask the witness --
16  MR. CLAYTON:
17    I'm sorry. I was responding to you.
18  MR. STEWART:
19    I know, but you are not supposed to do
20  that. You are supposed to respond to the
21  Court.
22  MR. CLAYTON:
23    I'm responding to the Court in reference
24  to what he is saying, but I'll refer you --
25  MR. STEWART:
26    Your Honor, if counsel wants to ask the
27  witness to assume that those are metal blinds,
28  that's one thing.
29  THE COURT:
30    I thought that is what he said.
31  MR. CLAYTON:
32    Judge, I don't know, maybe he didn't hear

1  it.
2  THE COURT:
3    I thought he said that assuming that these
4  are metal blinds that were in good condition at
5  the time, is that indicative of --
6  MR. CLAYTON:
7    Thank you, Judge.
8  THE COURT:
9    Overruled.
10  MR. CLAYTON:
11    I'm wrapping up with you because that hour
12  glass tells me --
13  THE COURT:
14    It is not even on. But maybe it should go
15  on.
16  BY MR. CLAYTON:
17  Q.    So let me ask you this. I heard you talk
18  about pH 4 and pH 2, and you were talking about the
19  concentrations. If there were evidence testimony
20  that some of the furniture had, in different parts
21  in that building, pH 4, and then at certain points,
22  there was stuff with a pH 2, what does that tell
23  you?
24  A.    It tells me the part with the pH 2 has more
25  hydrogen ion concentration and is much more
26  corrosive in nature, although pH 4 is very
27  corrosive, depending if you -- as you relate that to
28  the body itself, it is just absolutely catastrophic
29  for the body, parts of the body to be exposed to
30  that.
31  Q.    So I'm going to take it to another level. So
32  if I test a piece of furniture in that room, and it

1  was a pH 4, and I came back the next year, and that
2  same piece of furniture had a pH 2, could that -- is
3  that logical? Could that happen?
4  A.    More vapor, more acid, yes. It's getting
5  stronger in acid content.
6  Q.    You gave a report in this matter?
7  A.    Yes.
8  Q.    Everything you said in that report was
9  accurate and true?
10  A.    Yes.
11  Q.    Two more questions. I want you to tell us
12  whether the ion particles that are a strain in the
13  air or in a vapor form are inextricably intertwined
14  into the air, and does that mean that it flows with
15  the air? That's one of the questions I drew.
16  A.    If you have a movement of air, anything in the
17  air is going to flow. Now that's, you know, if it's
18  in that flow pattern.
19  Q.    My last question. Of the thousand or so
20  questionnaires you reviewed, or the complaints that
21  you reviewed, did you find that it was indicative of
22  being involved with typical people who were exposed
23  to low dosage of hydrochloric acid and hydrofluoric
24  acid over a long period of time that caused those
25  symptoms that you went over, in terms of runny nose,
26  eyes, eye irritation, glaucoma and all the other
27  host of symptoms that you talked about earlier?
28  A.    They are consistent with long-term, low-dose
29  concentrations that have reached different parts of
30  the body, yes.
31  Q.    And that is your opinion?
32  A.    Chronic exposure.

**Page 97**

MR. CLAYTON:

Thank you. I have no further questions. I tender you to the opponents.

THE COURT:

Which defendant is taking the lead?

MR. FOSTER:

I'm going to go first, Your Honor. I'm not sure why. Maybe alphabetically I'm first.

THE COURT:

Okay. Just as long as we remember, listen very carefully to the questions so that we are not having duplicative questions being asked. Okay?

CROSS EXAMINATION

BY MR. FOSTER:

Q.   Good afternoon, Dr. Williams. I just want to clear up a couple of factual points before I get into your testimony or opinions in the case. On direct examination by Mr. Clayton, I wrote down that you thought these drums or barrels, or whatever, that they were in a building about 20 years before the December 9th, 1999 incident.

A.   He didn't give that information for me to comment on. He gave me a date that the pictures were taken, and I commented on that.

Q.   You didn't -- you don't know when those barrels were placed in the building, do you?

A.   I don't recall seeing when they were placed in the building. I do recall the plaintiffs' fact sheet saying to the effect of some type of odors and -- that this was going on a long time. But I have never seen anything, or I don't recall anything

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 98**

of -- Mr. Clayton certainly didn't say that. Just in the last few minutes when we have been talking, he did not make that statement.

Q.   And those plaintiffs' fact sheets that you have reviewed were employees of the City of New Orleans, correct?

A.   In some capacity. Different capacities.

Q.   Would you look -- do you have the exhibits available?

A.   No, I don't.

Q.   Okay.

MR. FOSTER:

May I approach, Your Honor?

THE COURT:

Yes.

MR. CLAYTON:

May I see what you are showing her?

MR. FOSTER:

Exhibit 28. May I, Your Honor?

THE COURT:

Yes.

BY MR. FOSTER:

Q.   Dr. Williams, Exhibit 28, which has been stipulated into evidence, is the New Orleans Fire Department Hazardous Materials Incident Report. I think that was in, if I remember right, that report was in your --

A.   This wasn't one of my -- I thought you were talking about exhibits in my deposition. No, this was not one.

Q.   No, I understand.

A.   Okay.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 99**

Q.   I think that was in your reliance materials, but anyway.

A.   I would like to know which report this was in, to refresh my memory. I used Paul Templet's report in my report.

Q.   Right?

A.   As the basis of my opinion. This was not in his report.

Q.   I am not asking you at this point about any basis for your opinion. I just want to ask you a question.

A.   I know, but there were many reports that I did not use.

Q.   Okay. I understand that. This is going to be a simple question. This is the report from the New Orleans Fire Department Hazardous Materials Report, dated December 9th, 1999. Correct?

A.   Correct.

Q.   And, on that report, it is written that the drums were not shipped but stored for approximately 15 years. That's what is on the report, correct?

A.   Correct.

Q.   So if you take -- if we go from 1999, 15 years, that would put the barrels there --

MR. CLAYTON:

Judge, I'm going to object at this point in time. One, he is asking her to speculate. I know she is an expert, but he is asking her to speculate on, obviously, what some fireman speculated to.

THE COURT:

First and foremost, I do have a question

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 100**

because you stated that you were not asking her opinion. She stated that she did not -- is this the first time you have seen this document?

THE WITNESS:

Yes.

THE COURT:

So lay a foundation for the questions that you are asking because she -- if you are asking her to assume something based upon that report, then I think that you need to allow her an opportunity to first review that report.

MR. FOSTER:

Judge, my whole purpose was, and I don't have to pursue this any further, was, on direct -- I wrote it down, on direct examination, in response to one of Mr. Clayton's questions, Dr. Williams said she thought the barrels had been in the building about 20 years.

THE COURT:

Correct.

MR. CLAYTON:

Your Honor --

MR. FOSTER:

If she didn't say that --

THE COURT:

No, no. I think she was basing it upon information that she had reviewed. And so your position is that you are trying to introduce this document to show that it was not for 20 years, it was for --

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 101**

MR. FOSTER:

Fifteen years.

THE COURT:

Okay. So then you can simply, because that document has already been entered into evidence, you can simply ask her to say that there is a document that has already been placed into evidence that suggests that this was only 15 years, and then you can ask whatever series of questions from there.

MR. FOSTER:

Sure.

MR. CLAYTON:

Here is my objection, Judge.

MR. FOSTER:

The document is in evidence. I don't really need to go any further.

MR. CLAYTON:

When he puts that document up there, I think it's somewhat being disingenuous because they filed it, they did, in the record, so it's a judicial confession of sorts, that when they sold the building, that the building was sold with the barrels in it. So -- and that's more than 15 years.

THE COURT:

But I do not even think that that is even relevant to her testimony.

MR. CLAYTON:

It is --

THE COURT:

I am not understanding.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

101

**Page 102**

MR. CLAYTON:

It is to the extent that he knows that it's 20 years, and he is trying to get in on some guy approximating 15 years, he's trying -- I just want to protect the record when this is his document that he filed, a judicial confession that it was there when he sold the building.

THE COURT:

I understand. It is all --

MR. FOSTER:

There is no judicial confession.

THE COURT:

I believe that all of this is just going to her expert opinion.

MR. FOSTER:

I understand.

THE COURT:

So if you want to ask her a specific question to see whether or not her opinion would change based upon if the barrels had only been there for 15 years, as opposed to -- that's a different type of question.

MR. FOSTER:

I understand. Okay. We don't need to go there.

MR. CLAYTON:

Let me just put, for the record, Judge, it's the Pan American Life Insurance Company reply to plaintiffs' and the City's opposition to its motion for summary judgment, and it is in there, and it's in bold print on the fourth

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

102

**Page 103**

line.

THE COURT:

Thank you.

MR. CLAYTON:

Thank you, Judge.

BY MR. FOSTER:

Q.    Dr. Williams, you have presented a lot of opinions today in response to counsel for plaintiffs' questions. Let's let the Court know up front what opinions you are not expressing today. Am I correct, Dr. Williams --

MR. CLAYTON:

I hate to do this to a man, but she is not giving any opinions about whether or not I can afford a BMW or not. So that's overly broad. I don't know where he is going with this.

THE COURT:

Relevance? Can we use the Code of Evidence in here? We keep having all these speaking objections. Let's start off with objection, relevance.

MR. CLAYTON:

Relevancy.

THE COURT:

Thank you.

MR. FOSTER:

Thank you, Judge.

THE COURT:

If she is not -- you are saying the negative, what she is not testifying to. I do not understand how that is relevant.

MR. FOSTER:

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

103

**Page 104**

It is, Judge, because one of the issues in class certification, or one of the main issues in class certification is whether or not the trial -- whether or not the matter inevitably degenerates into a series of individual trials, and she has -- if she --

THE COURT:

It is their burden to prove that. So if they fail to prove that --

MR. FOSTER:

No, it's their burden to prove that it won't. I am just simply going to ask Dr. Williams, as we did in her deposition, she is not -- if I can finish my question, they can object to the relevance, I think the Court will understand the question.

THE COURT:

I thought you had finished your question.

MR. FOSTER:

And why it is relevant.

THE COURT:

I thought you finished your question. You are saying what items are you not testifying to.

MR. FOSTER:

Let me rephrase the question.

THE COURT:

Okay.

BY MR. FOSTER:

Q.    Dr. Williams, you are not telling this Court that the various symptoms which you have outlined for either the purported class representative or any

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

104

1    other potential class member, the runny nose, the
2    burning eyes, the itch, whatever, you are not
3    telling this Court that those symptoms were, in
4    fact, caused by any exposure to any chemicals,
5    correct?
6    A.    I am not doing specific causation for class
7    certification. I am doing general causation. Can
8    the chemicals cause adverse health effects? If so,
9    which ones? And, in general, do the plaintiffs have
10    any of those common, numerous symptoms that are
11    typical of such an exposure of acid in general on
12    anyone. There is no specific causation whatsoever
13    in class certification testimony.
14    Q.    Well, let me -- I think you would agree, Dr.
15    Williams, you are not an attorney, correct?
16    A.    I never said I was.
17    Q.    Wouldn't you agree that the Judge decides what
18    is and what isn't important with respect to a class
19    certification hearing?
20    A.    Oh, I --
21      MR. CLAYTON:
22        Again, he is being argumentative. I'm
23      objecting. The issue here that we have to
24      prove, that she stated earlier, is typicality,
25      and my question to her was whether or not those
26      symptoms were typical of what a person
27      experienced if they are exposed to it.
28        What is he saying now? I don't have to
29      prove it. I have to show that those things are
30      typical, once a person is exposed to this.
31      It's just meeting our typicality element of it,
32      and now he is -- you get the objection.

1    THE COURT:
2      It is sustained and overruled, and I am
3    going to tell you -- she is not an attorney.
4    She has not purported to say that she is an
5    attorney. And so those legal issues are
6    determinations that the Court will make.
7    MR. FOSTER:
8      Correct.
9    THE COURT:
10      But as far as the questions that he asked
11    her, the underlying question, she can answer
12    that, to the extent that she can.
13    THE WITNESS:
14      Well, I think you are using two different
15    meanings for the word typicality. As a
16    scientist -- I'm sure that has a legal meaning.
17    THE COURT:
18      It does?
19    THE WITNESS:
20      Common, numerous and consistent with
21    exposure to the chemical. Perhaps consistent
22    with would be my scientific meaning for the
23    word typical. I am not at all addressing
24    anything that a judge has the sole right to
25    determine.
26    BY MR. FOSTER:
27    Q.    I understand, Dr. Williams. I think we are on
28    the same page, I believe. Now, in connection with
29    preparing your report in this case, I believe you
30    said you read the deposition of the three proposed
31    class representatives.
32    A.    Yes.

1    Q.    And then you read the claimants'
2    questionnaires?
3    A.    I read three sets of information coming from
4    the plaintiffs in some form or another. I basically
5    used the Pan American, approximately, 180. There
6    were a couple of duplicates, and there were maybe
7    one or two that weren't filled out, but the rest of
8    them, to look at what types of symptoms. And then
9    the specific form that I asked for about the
10    glaucoma and the cataracts and the diabetes came
11    directly from me in language and was notarized,
12    and -- so those are what I used.
13    Q.    The symptoms that were reported -- you had
14    Power Point slides that you said were reported by
15    the claimants on their questionnaires, included, for
16    example, I'm not going to list them all. Runny nose
17    was one of them, correct?
18    A.    Yes. When you have an irritant, you have some
19    cranial nerve reflexes from the trigeminal nerve
20    that tells the vagal, and it starts secreting to try
21    to dilute the irritant of any kind. That's reflex,
22    a cranial nerve reflex.
23    Q.    Dr. Williams, one of the complaints that you
24    indicated was runny nose?
25    A.    Right.
26    Q.    Coughing?
27    A.    Another cranial nerve reflex to minimize
28    damage to the lung.
29    Q.    Eyes burning?
30    A.    Yes. That's another cranial nerve receptor.
31    Q.    Coughing?
32    A.    That's another cranial nerve, trigeminal to

1    the vagal, for coughing, to try to stop the -- get
2    the air out of the lungs to keep the toxicant out of
3    the lungs.
4    Q.    None of those complaints, Dr. Williams, are
5    specific to exposure to either hydrochloric acid or
6    hydrofluoric acid; isn't that correct?
7    A.    In so far as irritants, reaching the
8    trigeminal nerve, that is very specific. Can other
9    things do this? Yes.
10    Q.    Sure.
11    A.    But we didn't do a specific causation
12    analysis. So basically, in the context of the
13    plaintiffs' fact sheets, and in the context of the
14    scientific knowledge, those are cranial nerve
15    reflexes, and those are specific to any and all
16    irritants, and those are reflexes, just like when
17    the doctor hits your knee, and your leg jumps up.
18    You have no control over them. That is happening
19    because of cranial nerve reflexes hitting the
20    breathing zone, the nasal passages of the person who
21    has experienced the irritant exposure.
22    Q.    Lots of things, different things can cause
23    runny nose?
24    A.    Lots of different irritants, absolutely.
25    Q.    Lots of things besides irritants can cause a
26    runny nose?
27    A.    If you have a cold, yes.
28    Q.    Lots of things besides irritants can cause a
29    cough?
30    A.    Yes.
31    Q.    Lots of things besides irritants can cause a
32    burning eye?

**Page 109**

| | |
|---|---|
| 1 | A.     That's correct. |
| 2 | Q.     Lots of things besides irritants can cause |
| 3 | wheezing? |
| 4 | A.     That's correct. That's why the temporality is |
| 5 | in the Bradford Hill points for consideration in the |
| 6 | reference manual. You have to look at the |
| 7 | temporality. What is -- there are lots of things, |
| 8 | so what is the thing causing it? Well then you look |
| 9 | at the temporality. You've got about a thousand |
| 10 | people who have a temporal -- claim a temporal |
| 11 | association with the acid. |
| 12 | Q.     We are going to get to that in a few minutes. |
| 13 | So you read the reports. You read Mr. Handlin's |
| 14 | report? |
| 15 | A.     Yes. |
| 16 | Q.     You read Mr. Templet's report? |
| 17 | A.     It's Dr. Templet. |
| 18 | Q.     You read Dr. Rasmuson's report? |
| 19 | A.     I did. |
| 20 | Q.     Is it still your opinion that Dr. Rasmuson is |
| 21 | not a toxicologist? |
| 22 | A.     Well, his report is not one of a toxicologist. |
| 23 | He did not use the standards for methodology in a |
| 24 | general causation report, as published by the |
| 25 | Federal Judiciary Center, but he shows a distinct |
| 26 | lack of knowledge about the acids, and he shows a |
| 27 | distinct lack of knowledge about glaucoma and |
| 28 | cataracts. |
| 29 |      So if you are asking me, is it a |
| 30 | toxicologist's report? I did check. He is a DABT. |
| 31 | He does have proof of competency, but I didn't see |
| 32 | the use of the competency in his report. |

ANDERSON v CITY   (Class Certification Hearing)  9/28/15

**Page 110**

| | |
|---|---|
| 1 | Q.     That wasn't my question, Dr. Williams. In |
| 2 | your deposition, on page 23, you said under oath |
| 3 | that Dr. Rasmuson was not a toxicologist. Is that |
| 4 | still your opinion, yes or no? |
| 5 | A.     In his report, I have no signed DABT, so I had |
| 6 | no knowledge, and, as I said, his report is not |
| 7 | consistent with a toxicologic knowledge of the |
| 8 | acids, and that's all I had to go on. He is a DABT. |
| 9 | He did not use that knowledge in his report. |
| 10 | Q.     And DABT, as you testified when you were being |
| 11 | qualified, is a Diplomate of the American Board of |
| 12 | Toxicology. That's the gold standard? |
| 13 | A.     For general toxicology, it sure is. But you |
| 14 | must use it. Proof of competency is not necessarily |
| 15 | use of competency. |
| 16 | Q.     You testified in your deposition, when asked |
| 17 | about plaintiffs' experts and defense experts, you |
| 18 | said, and I will quote: It cannot be the game of |
| 19 | criticizing the other side. Do you recall saying |
| 20 | that? |
| 21 | A.     I don't. You will have to show me the |
| 22 | sentence, because you are taking -- |
| 23 |      MR. CLAYTON: |
| 24 |          Now I'm objecting to relevance. |
| 25 |      THE COURT: |
| 26 |          Relevance? |
| 27 |      MR. CLAYTON: |
| 28 |          I can talk, but you won't let me. |
| 29 |      THE COURT: |
| 30 |          Relevance? Mr. Clayton. |
| 31 |      MR. CLAYTON: |
| 32 |          All right. I know. |

ANDERSON v CITY   (Class Certification Hearing)  9/28/15

**Page 111**

| | |
|---|---|
| 1 |      THE COURT: |
| 2 |          I know. You say I will not let you, but |
| 3 | relevance. I was about to rule. Relevance? |
| 4 |      MR. FOSTER: |
| 5 |          Relevance to that question? |
| 6 |      THE COURT: |
| 7 |          Yes. What is the relevance? |
| 8 |      MR. FOSTER: |
| 9 |          She has already -- Dr. Rasmuson is going |
| 10 | to testify, and she is criticizing him right |
| 11 | now in her deposition. She testified a true |
| 12 | expert -- |
| 13 |      THE COURT: |
| 14 |          They are not introducing her testimony -- |
| 15 | her deposition, correct? |
| 16 |      MR. FOSTER: |
| 17 |          No, I just want to ask -- |
| 18 |      THE COURT: |
| 19 |          You are trying to use this for purposes of |
| 20 | impeachment, but if we have competing experts, |
| 21 | then isn't it the purview of the Court to make |
| 22 | a determination as to whose testimony I am |
| 23 | going to find to be more relevant and more |
| 24 | believable? |
| 25 |      MR. FOSTER: |
| 26 |          I won't go any further. |
| 27 |      THE COURT: |
| 28 |          Okay. Thank you. Off the record. |
| 29 |          (Whereupon, there was a discussion off the |
| 30 | record). |
| 31 |      MR. FOSTER: |
| 32 |          May I continue, Judge? |

ANDERSON v CITY   (Class Certification Hearing)  9/28/15

**Page 112**

| | |
|---|---|
| 1 |      THE COURT: |
| 2 |          Yes, please. |
| 3 | BY MR. FOSTER: |
| 4 | Q.     Dr. Williams, you have not personally spoken |
| 5 | to Mr. Anderson or Miss Harvey or Miss Thomas; is |
| 6 | that correct? |
| 7 | A.     No. It is not a specific causation analysis. |
| 8 | I do that at that time. |
| 9 | Q.     You looked at the claimant questionnaires. |
| 10 | You did not design those questionnaires yourself, |
| 11 | correct? |
| 12 | A.     The only one I designed, as I said, was the |
| 13 | 100, I have to look and see how many, the ones on |
| 14 | the diabetes, glaucoma and -- |
| 15 | Q.     I'm talking about the building questionnaires, |
| 16 | 16, 17 -- |
| 17 | A.     Oh, you are talking about the plaintiff |
| 18 | questionnaires that were brought to me. |
| 19 | Q.     Yes. |
| 20 | A.     No, I did not design those. |
| 21 | Q.     If you had to do a specific causation |
| 22 | analysis, you would not use those questionnaires, |
| 23 | correct? |
| 24 | A.     I think I have already testified I use my own |
| 25 | health survey that has 244 different symptoms, and |
| 26 | approximately 188 diseases that have a temporal time |
| 27 | slot comparing did you have this before, did you |
| 28 | have this after, which, of course, would be a time |
| 29 | when they began work. So each one would have a |
| 30 | different time. |
| 31 |      It would be when were you first in that |
| 32 | building, because not everyone started work or ended |

ANDERSON v CITY   (Class Certification Hearing)  9/28/15

## 113

1   work at the same time. And it also goes into other
2   things, such the lifestyle histories, family
3   histories, reproductive histories. It gives me a
4   complete analysis of that person. It's a complete
5   environmental health survey.
6   Q.   And you would have to do that complete
7   environmental health survey for each and every
8   potential plaintiff?
9   A.   If I'm going to do specific causation, I do
10   that with the class reps, or whoever would be
11   brought to me, I would do that.
12   Q.   You would also have to have medical records of
13   all the potential plaintiffs?
14   A.   If I was asked to do a specific causation,
15   that would be required.
16   Q.   And you would also spend time talking to each
17   one of them?
18      MR. CLAYTON:
19         Judge, my objection is, he is asking
20   questions in the negative. She said no, I
21   didn't do it. Now he is going to, you need
22   medical records.
23      THE COURT:
24         What is the basis for your objection?
25      MR. CLAYTON:
26         I guess relevance. I hate to keep doing
27   relevance, but it's, just to me, why is he
28   asking questions if she said she didn't do it?
29   She said no, I didn't do it. Well, you didn't
30   do this, you didn't do that. I —
31      THE COURT:
32         Wait, wait. So I assume right now that

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

## 114

1   the line of questioning that you are going down
2   is to attack the methodology? Is that what you
3   are —
4      MR. FOSTER:
5         My line of questioning that I'm going down
6   is to attack the issues of —
7      THE COURT:
8         Her methodology?
9      MR. STEWART:
10         No, individual causation.
11      MR. FOSTER:
12         In order to have — this will inevitably
13   degenerate into individual trials, each
14   individual potential plaintiff she is going to
15   have to look at.
16      THE COURT:
17         My question is, are you asking her whether
18   or not she did that? She is saying she did not
19   do that.
20      MR. FOSTER:
21         I understand. I need to show, through her
22   and others, what she would have to do, because
23   it goes to whether the common questions of law
24   and fact predominate or not, and that's why I
25   have to do that.
26      MR. CLAYTON:
27         Individual causation, Judge, this is not
28   the place for that. This is about typicality,
29   con — this is a class certification hearing
30   that he has — I don't want to address him, but
31   I object to it. It's totally displaced and
32   relevance.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

## 115

1      MR. FOSTER:
2         Your Honor, the cases, and we have them in
3   our brief, particularly from the Supreme Court,
4   in fact, say that issues of individual
5   causation are, indeed, relevant in whether or
6   not to certify a class.
7      THE COURT:
8         Yes.
9      MR. FOSTER:
10         That's why.
11      THE COURT:
12         I have certified them, I have decertified
13   them. I have gone both ways. They have taken
14   me up on both, and I have gotten affirmed on
15   both. So I kind of know what the law is on
16   that. I do not have a problem with him asking
17   the questions. Let's just move on. So you can
18   answer his question. Overruled.
19         You forgot the question?
20      THE WITNESS:
21         I am in a class certification, and general
22   causation opinion is required. Specific
23   causation opinion is not acceptable for or
24   needed for class certification.
25      MR. FOSTER:
26         Again, Your Honor?
27      THE WITNESS:
28         I did not do specific causation.
29      MR. FOSTER:
30         I think you decide what is important in
31   class certification, not the witness.
32      THE COURT:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

## 116

1         Correct.
2   BY MR. FOSTER:
3   Q.   Dr. Williams, in your report, you referenced
4   the Manual on Scientific Evidence.
5      MR. CLAYTON:
6         What page are you on, Mr. Foster?
7      MR. FOSTER:
8         I'm sorry. It's on page six, among other
9      places.
10   BY MR. FOSTER:
11   Q.   You reference in your report on page six and
12   discuss the methodology from the Federal Judicial
13   Reference Guide.
14   A.   The Reference Manual on Scientific Evidence of
15   the Federal Judiciary Center, the methodology for
16   general causation opinions, page six and seven, and
17   that's what was placed in there, as well as
18   referenced.
19   Q.   I am going to get to that.
20      MR. FOSTER:
21         May I approach the witness, Your Honor?
22      THE COURT:
23         Yes. Have you shown it to —
24      MR. CLAYTON:
25         Yes, he has it. He told me.
26      MR. FOSTER:
27         This is in the record as — I'm not sure
28   what exhibit number. I can go — it's Exhibit
29   17, Your Honor.
30   BY MR. FOSTER:
31   Q.   Dr. Williams, this is the Reference Guide on
32   Toxicology from the Federal Judicial Manual on

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

**Page 117**

1   Scientific Evidence, correct?
2   A.    Correct.
3   Q.    Would you agree with the Reference Guide that,
4   with respect to central tenets of toxicology, that
5   the first tenet of toxicology is dose makes the
6   poison?
7   A.    That is a tenet that a chemist in the 1400s,
8   who was the father of toxicology, was the first to
9   use heavy metals like mercury to cure syphilis, and
10  basically, he had to practice like how much could he
11  use to kill the syphilitic bacteria and not kill the
12  patient and how much could he -- would he kill the
13  patient.
14        It's a very crude tenet. ==It's certainly not==
15  ==the only thing in dose. It's one of the primary==
16  ==aspects that we look at when we were doing general==
17  ==causation, in some form or another, but it is not==
18  ==the whole story.==
19  Q.    It was -- I thought it was a simple question,
20  Dr. Williams. Would you agree --
21  A.    I think I answered it because many people --
22        THE COURT:
23            Wait, wait. Why don't you answer his
24        question yes or no, and then explain it?
25        THE WITNESS:
26            Okay.
27  BY MR. FOSTER:
28  Q.    Do you agree that, from the time of
29  Paracelsus, the central tenet of toxicology is dose
30  makes the poison?
31  A.    It used to be. Now we know that it's not just
32  so simple.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
117

**Page 118**

1   Q.    And, in this particular case, Dr. Williams,
2   you have no information or factual evidence about
3   what dose of any particular chemical in any of these
4   either purported class representatives or any other
5   plaintiff, if any dose was sustained in this case?
6   A.    The word dose means you take specifically that
7   measure of exposure and calculate it for that
8   person's body weight. We are not doing specific
9   causation. The Reference Manual on Scientific
10  Evidence further states that dose is not required.
11  It is a measure of exposure, and it can come in one
12  of three ways:
13        Direct testing, such as these wipe samples and
14  these testings of the fluid on the floor.
15        Or biological, for instance, in, perhaps, a
16  heavy metal poisoning, what are they urinating?
17  What are they getting in their fingernails? That
18  would be biological samples.
19        Or we can have air modeling when we don't have
20  direct measurements. We have direct measurements
21  here, and so what the reference manual says is you
22  have air modeling when you don't have the direct
23  measurements.
24        So the two that are the most important,
25  neither of which are dose, they are measures of
26  exposure, and that is clearly brought out in the
27  reference manual. You do not have to calculate a
28  dose. But you do have to have measures of exposure,
29  and the two best are biological indices, where you
30  are either urinating it or it's present in the nails
31  or in the hair or in the blood, such as I use all
32  the time in the district attorney's office. Or

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
118

**Page 119**

1   whether you have a measure of -- measure of exposure
2   or whether you have a direct testing.
3        We have direct testing. So that would take
4   precedent. We don't have anything that would give
5   us an idea of pH changes in any part of the body.
6   Q.    Well, is it your opinion, Dr. Williams, that
7   the wipe samples correlate to a dose or
8   concentration that any particular individual may
9   have received?
10  A.    The word dose that you are bantering around is
11  only something that you can figure when you were
12  carefully measuring, such as a doctor is going to
13  give you a shot. He is going to calculate how much
14  of that to give you in that injection for your
15  weight, for your body weight. That is not required
16  by the reference manual and certainly not something
17  that can be easily calculated.
18        What you do have, and what you must have,
19  according to the reference manual two -- second and
20  third, is a measure of exposure, and that's what we
21  do have. We have one measure of exposure, and that
22  is the pH. That's what we have, direct testing, and
23  that is the preferred.
24        Now, dose can only be calculated, and many
25  people banter, particularly hygienists, as
26  concentration times time is dose. No, it's not.
27  It's -- dose is what did you put in that person's
28  body, and how do you calculate it according to their
29  particular body weight.
30  Q.    Where does it say that in the Reference Guide
31  on Toxicology?
32  A.    It says it some -- I can't find it in a

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
119

**Page 120**

1   minute, but it says dose is not required. If you
2   want to give me time to find it.
3        MR. CLAYTON:
4            Judge, I interpose an objection. For one,
5        I didn't see whatever document he got, and I'm
6        presupposing that he didn't give her that
7        federal manual.
8        THE COURT:
9            This is Exhibit 17, correct?
10       MR. FOSTER:
11           It's in the exhibits.
12       MR. CLAYTON:
13           You handed it to her? I'm going to ask
14       you, did he hand her that federal manual?
15       THE COURT:
16           Yes.
17       MR. CLAYTON:
18           I thought that was her expert report he
19       gave her.
20       THE COURT:
21           No. You gave her the Reference Guide on
22       Toxicology, correct?
23       MR. FOSTER:
24           Yes.
25       THE COURT:
26           That is Exhibit 17.
27       MR. FOSTER:
28           It's in the record.
29       MR. CLAYTON:
30           I'm sorry, I thought -- I didn't know --
31       you didn't tell me --
32       THE WITNESS:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
120

1   Just give me a minute. It's definitely in
2   the manual. I'll have to see if it's the
3   reference guide. Here we go. If I may?
4   THE COURT:
5   Yes. What page?
6   THE WITNESS:
7   If you look on page 424, evidence of
8   exposure is essential in determining the
9   effects of harmful substances. Notice the word
10  exposure, not dose. Basically, potential human
11  exposure is measured in one of three ways.
12  First. When direct measurements cannot be
13  made, and I said that, exposure can be measured
14  by mathematical modeling, in which one uses a
15  variety of physical factors to estimate the
16  transport of the pollutant from the source to
17  the receptor, and goes on about that.
18  Second. Exposure can be directly measured
19  in the medium in question, air, water, food or
20  soil. When the medium of exposure is water,
21  soil or air, hydrologists or meteorologists may
22  be called upon to contribute their expert to
23  measuring exposure.
24  The third approach directly measures human
25  receptors through some form of biological
26  monitoring, such as blood tests, to determine,
27  for instance, blood lead levels or urinalysis
28  to check for urinary metabolite, which shows
29  pollutant exposure.
30  Ideally, both environmental testing and
31  biological monitoring, those are the two best,
32  are performed. However, this is not always

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

121

1   possible, particularly in instances of past
2   exposure.
3   So it's exactly what I said. Dose is not
4   required because it's very difficult to get
5   that. I see people use substitutes for dose,
6   and epidemiology does that with what we call a
7   biological gradient. They will maybe use years
8   on the job or years in a particular unit of the
9   job, and that's their surrogate for dose. But
10  it's not dose. It's an exposure.
11  In addition to that, the word dose, for
12  every toxicant, it's not one dose response. It
13  may be 50. It may be 20. So lawyers love to
14  banter this Paracelsus around, but it's a very
15  crude expression of what we know today, and
16  we —
17  BY MR. FOSTER:
18  Q.   I apologize for being crude, Dr. Williams.
19  You don't know what dose any of these people were
20  exposed to.
21  A.   No, we don't.
22  Q.   Okay. Let's talk —
23  A.   But we do know their exposure.
24  Q.   That's because, in your opinion —
25  A.   We have a measure of exposure. According to
26  the reference manual, we have direct testing.
27  Q.   And that's the wipe samples?
28  A.   And that's acceptable. That's the wipe
29  samples and the testing of some of the fluids.
30  Q.   What is the — tell the Court what is the pH
31  of the regular stomach acid we have?
32  A.   Stomach acid is low pH, pH of 1 or 2,

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

122

1   depending on the person.
2   Q.   In fact, lower than the pH found in those wipe
3   tests, correct?
4   A.   That's correct, but the pH of the eye is 7,
5   7.2, 7.3. It's not to — well, 7.35 to 7.45 is the
6   range of the blood, and the eye is in the 7.3, 7.35
7   area.
8   Q.   Let's see if I can get you to answer my
9   question. The pH that we all live with every day in
10  our stomach is — the acidity of what is in our
11  stomach is less than the pH of any of those wipe
12  samples that were taken on the ground floor?
13  A.   That's right, and the stomach, as long as it
14  stays in the stomach, acid reflux causes cancer of
15  the esophagus because then it comes out of the
16  stomach, which is the only place it can safely be
17  handled. Because of the anatomy and the histology
18  of the stomach, it can be tolerated.
19  Q.   And the wipe samples that I think was on one
20  of your slides, there were only taken on the east
21  room and the west room, the ground floor of the
22  building. There were not taken on any other floor or
23  any other area of the ground floor, other than that
24  east and west —
25  A.   There were some in the vents. They weren't
26  just taken on the floors.
27  Q.   When I used the term floor, maybe I should
28  have said level.
29  A.   Oh, I don't know.
30  Q.   They were only taken on the ground level?
31  A.   As far as I remember.
32  Q.   And only in the east and west rooms?

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

123

1   A.   As far as I can remember.
2   Q.   And in the west room is where they had the
3   highest, or the lowest, I should say, pH, the
4   storage area. You don't know whether or not any of
5   the class representatives or, in fact, any of the
6   other potential plaintiffs ever worked in the east
7   room — excuse me, the west room?
8   A.   I don't have it memorized where they worked.
9   Q.   Let's talk a little bit about general
10  causation, and I'm, again, referring you to the
11  reference manual that you referred to in your
12  reports, and this would be Exhibit 16, which is
13  Reference Guide to Epidemiology.
14  A.   Right.
15  Q.   And you use — toxicologists use epidemiology
16  as a tool?
17  A.   Sure.
18  Q.   All right. Let me refer you to page 374 of
19  that document. And do you agree with the statement
20  in the document, the reference manual that you
21  referred to, that assessing causation, researchers
22  first look for alternative explanations for the
23  association?
24  A.   Such as bias or confounding factors. If you
25  are setting up an epidemiologic study, you do have
26  to — it's a very — it's an applied science. It's
27  not a true science, like toxicology. In toxicology,
28  we take the compound, and we touch it to the eye.
29  You've have got the blindness, and you've got the
30  destripping of the cornea.
31  In epidemiology, they are looking at
32  populations, and then, of course, they don't know

ANDERSON v CITY   (Class Certification Hearing) 9/28/15

124

everything -- it's not as controlled. There could
be lots of other things that can cause some of the
observations that you see. You are calculating a
representation of a population and comparing it.
    So that is correct. You can have bias in
setting up the story or the setup for the study, and
you can have confounding factors. That's one of the
deficits of epidemiology that is a good point to
make. It's not as accurate as toxicology. We are
looking at fast and fast science, whereas
epidemiology is a tool, as you said, and it's an
applied science, and it can have a lot of bias and a
lot of confounding.

Q.   You didn't consider, in rendering your report
and in rendering your opinions that you rendered
today, you didn't consider any alternative
explanations for any of the subjective complaints
reported by the, either the proposed class members
or other potential class.

A.   That would be specific causation and analysis.
That is correct, that would not be general causation
analysis.

Q.   You said that we lawyers tend to banter around
the word dose --

A.   Correct.

Q.   -- without using it properly, I suppose. In
the Reference Guide of Epidemiology, which you cite
as an authoritative source in your report, in making
judgment about causation, one of the factors that is
listed is dose response relationship. Correct?

A.   Correct, and that, in epidemiology, is a
biological gradient. It is not a dose response, per

se, unless you are doing a clinical study and doing
a molecular epidemiology. But, for the most part of
epidemiologic studies, the surrogate for dose
responses, as I have already said, is a biological
gradient. It can be those who, perhaps, worked in
an area, a unit that had particular amounts of
radiation at this level, and then -- or it could be
they worked in the plant for 10 years versus 20
years versus 30 years. That would be the biological
gradient.

    So all of that is a part of this statement of
dose response relationship, and the word
relationship is really -- it can be many different
things in epidemiology.

Q.   Dr. --

A.   So.

Q.   Simple question, Doctor.

A.   It is a simple question, but you have to know
the answer, and I am giving you the answer. That is
very well established. If you read epidemiology
stories fairly, they do some dosed estimate based on
surrogates for dose. Sometimes they will have the
badges of the individuals, and then you have a real
measure of exposure. But it's still not a dose
because it's outside the body. You have to take it
further.

Q.   The reference guide uses, as part of general
causation, uses the term dose response relationship,
correct?

A.   Correct. That is Sir Bradford Hill. That is
an absolute statement, but the meaning of the
statement, there are surrogates in epidemiology. In

toxicology, if you are actually measuring what
effect did this particular medicine have on this
particular in vitro cell assay, you are actually
giving a dose to that particular cell line, or you
may be giving in clinical trials -- in the
department of medicine, we are always doing clinical
trials. There, you are really using a dose. You
are giving so many milligrams per body weight for
that person for that clinical trial to see if that
drug, at what area, is it safe.

    So, yes, it means -- it takes in the gamut.
Very seldom, as you can see with the reference
manual, are you going to get a true dose response.
It would have to be in a clinical setting.

Q.   Dr. Williams, you would agree, would you not,
that -- let's just start with the three proposed
class representatives. You would agree that those
class representatives have different exposure
histories with respect to any potential, if any,
exposure to any of the material in the building?

A.   I haven't done specific causation, so I cannot
answer that question.

Q.   Well, you're an expert. Let me ask you this.
The dose or the concentration or whatever term you
wish to use, that any particular class, purported
class member or class representative may have
received would depend on a number of factors,
correct?

A.   Exposure concentration is the word, would
depend on a number of factors, yes.

Q.   One of the factors would be how long that
person actually worked in the building, correct?

A.   Yes, it could be. That's one of the
surrogates. That's exactly what I have been trying
to explain. That's exactly. You are going to have
an exposure concentration. It's not a dose. It's
exposure concentration.

Q.   So, for example, Mr. Anderson, who worked in
the building or alleges that he worked in the
building from approximately 1983 or 1984, to 1999,
is going to have a different, I will use your term,
exposure concentration? --

A.   Exposure concentration. It's not my term.
That's what it is.

Q.   -- than Miss Harvey Armour, who only worked in
the building for five weeks before December 9th,
1999, right?

A.   Perhaps. But I don't think length of time is
enough. We have to look at the air -- the HVAC
person, and the transmission of the different
vapors, the acid vapors, may be stronger. I'm not
an HVAC, you know, expert, but depending on how the
HVAC is set up, there may be some rooms that would
have more than others. I don't know.

Q.   You would have to also look at where in the
building the person worked?

A.   Possibly.

Q.   You would have to look at how much time the
person actually spent in the building on each
workday?

A.   Not at everything, every variable, to try
to assess how that person is affected.

Q.   And you would have to look at every variable
for every potential person who may or may not have

1  been affected?
2  A.    No. Because it doesn't require -- it requires
3  an exposure. The direct testing on exposure is
4  sufficient. According to the reference manual, you
5  don't have to go measure everybody's badge in
6  radiation. You have to give an exposure
7  concentration. So you may measure -- you may take
8  two or three measurements in a particular area, and
9  that's sufficient. You don't have to follow
10 everyone around and give something specific to each
11 one.
12 Q.    But someone who worked in the building for 14
13 years is going to have a -- if we assume, the only
14 purpose -- let me preface the question. If we
15 assume this was not a one-time event on
16 December 9th, 1999, but there may have been a slow
17 leak before then, just assuming that, a person who
18 worked in the building for ten years is going to
19 have a different exposure concentration than a
20 person who worked in the building for one month?
21 Isn't that logical?
22 A.    It would be, but that doesn't mean that the
23 person working in the building for one month might
24 not have signs and symptoms that begin at that one
25 month compared to the person who took, perhaps, a
26 longer time.
27 Q.    You have to -- but that's among the factors
28 you have to consider, you have to look at that
29 person's medical history?
30 A.    No, I look at the temporality, when did you
31 first start. And I look at the symptomology. Tell
32 me the symptoms, tell me when they began. I look at

1  the symptomology, which is what we have looked at
2  here.
3  Q.    And those symptoms are self-reported.
4  A.    At this point. Well, most symptoms are. In
5  the medical records, they didn't come from the
6  physician being, sitting next to them while they
7  were working. They came from the person who told
8  them the very same thing they are putting down on
9  these surveys. This is what I had.
10      When you have people exposed to anything, they
11 go to the doctor, and they say, gee, you know, I had
12 this, and I had this exposure, and my eyes started
13 running. So that's coming from them. It's always
14 self-reported.
15 Q.    I understand that. I will get to that in a
16 minute, in a little bit, when we talk about the
17 individual class representatives. You talked about
18 cataracts and glaucoma?
19 A.    Correct.
20 Q.    And cataracts and glaucoma can be caused by a
21 number of different things, correct?
22 A.    Yes.
23 Q.    And, in order to determine whether or not
24 someone's self-reported cataract, what that may or
25 may not be related to, you would have to get a lot
26 of information individual to that person, correct?
27 A.    For a specific causation, I would look at the
28 medical records and interview the individual, and
29 that's usually sufficient.
30 Q.    You mentioned on the direct examination --
31 A.    On what?
32 Q.    When you were being --

1  A.    I didn't hear you.
2  Q.    I'm sorry. When you were asked questions by
3  Mr. Clayton.
4  A.    Uh-huh.
5  Q.    You were asked about the OSHA PEL, permissible
6  exposure limits. And for hydrochloric acid, that
7  OSHA permissible exposure limit is five parts per
8  million?
9  A.    The ceiling. The ceiling is five parts per
10 million. It is the permissible exposure level, but
11 the question he asked me was about the ceiling.
12 Q.    I'm going to ask you about the OSHA -- isn't
13 it true that the OSHA permissible exposure limit for
14 hydrochloric acid is five parts per million?
15 A.    Yes, for the worker who has personal
16 protective equipment and ventilation controls in a
17 workplace.
18 Q.    We are going to get to that.
19 A.    In an eight-hour day, with a time-weighted
20 average.
21 Q.    We are going to get to that in a minute. Five
22 parts per million. That is that a worker could work
23 eight hours a day, 40 hours a week, 50 weeks a year
24 for his work life expectancy, and if the exposure is
25 less than five parts per million, eight-hour,
26 time-weighted average, OSHA would expect no
27 significant health hazard; is that correct?
28 A.    Not necessarily. OSHA is regulatory. OSHA
29 is -- that's what they -- it's a regulatory level.
30 You get a -- the ACGIH suggests two parts per
31 million. They don't have regulatory authority, so
32 that you see the difference between the two. The

1  five parts per million is politics, economics, how
2  much is it going to cost to get the environment any
3  lower than that, what is the politics to let us
4  promulgate anything lower, and then, of course, the
5  science is in there. So your question is, no, sir,
6  that does not mean below that you would not see
7  effects.
8  Q.    In 2000, the year 2000, the ACGIH, the
9  threshold limited value for hydrochloric acid, it
10 was also five parts per million, correct?
11 A.    It was, but it's been changed.
12 Q.    I want to make sure because you agreed you are
13 not an industrial hygienist. Is it your opinion
14 that the OSHA PELs are a limit for workers who have
15 or use protective equipment, engineering controls,
16 like that?
17 A.    Respiratory protection.
18 Q.    Isn't it true --
19 A.    Also the -- all of their personal equipment.
20 Q.    Isn't it true, Dr. Williams, that the OSHA
21 permissible exposure limits are, in fact, that a
22 worker could be exposed to that level in an
23 eight-hour, time-weighted average, five days a week,
24 40 hours, 50 weeks a year for the work life
25 expectancy, without personal protective equipment,
26 and OSHA would not expect any significant health
27 results? Only when you go above that are you
28 required to provide personal protective equipment,
29 engineering controls and the like; isn't that true?
30 A.    No, it is not true. Engineering controls, and
31 I'm not an industrial hygienist, but I work with
32 workers, 17,000 of them, and, basically, there is no

1  statement that below this, for the lifetime, you
2  won't get this.  I have the leukemias from
3  workplaces with permissible exposure levels.  I
4  have -- there are always caveats.  Not with this
5  particular chemical, but there are caveats for
6  medical monitoring, there are caveats where you have
7  to see a physician.  You don't have that protection.
8      This is just a table of limits, Z1 air
9  contaminants.  It's not as promulgated for safety as
10  it would be if it would be 1910, 1028 for benzene,
11  where they are giving a level, one part per million,
12  but, of course, when you get to residents or
13  unprotected individuals, it's as little as nine
14  parts per billion.  So there is a real dichotomy,
15  depending on how the evolution of the regulations,
16  as well as that of the non-regulatory agencies and
17  what they allow.
18  Q.    Dr. Williams, you have no evidence in this
19  case, at this point, that the OSHA PEL for either
20  hydrochloric acid or hydrofluoric acid was exceeded
21  with respect to any of these purported class
22  representatives or any other plaintiff, isn't that
23  true?
24  A.    There's not an applicable level to people who
25  are not chemical workers or industry workers.  These
26  are people that are sitting.  They would come under
27  the same thing as the -- and I gave some of the
28  other considerations.
29  Q.    Dr. Williams, can you --
30      MR. CLAYTON:
31          Judge, let her answer his question.
32      MR. FOSTER:

1          I'd like her to answer my question.  It's
2  a simple question?
3  THE WITNESS:
4          Yes, and I'm going to give it to you.  The
5  agency for toxic substance and disease
6  registry, I want to make sure I'm in the right
7  acid, for instance, for hydrofluoric acid, you
8  are talking about hydrochloric acid at this
9  point in time, but an example, the difference
10  between what OSHA would require is like 20
11  parts per billion.  So we don't have an ATSDR
12  level for HCL, but what I'm saying is, when
13  they promulgate or when they provide guidelines
14  for hydrofluoric acid, it's three parts per
15  million for OSHA permissible exposure level.
16  It's 20 parts per billion for ATSDR, for the
17  minimal risk level for acute inhalation.
18          Look at the difference between that, and
19  we don't have a minimal risk level for
20  hydrochloric acid.  It hasn't been done.  But
21  you can take a look at the hydrofluoric acid
22  with your idea that three parts per million in
23  the workplace for the worker is in an
24  industrial setting.
25          Well, that's great.  Look what they are
26  saying for the resident, the unsuspecting
27  resident, 20 parts per billion.  Very big
28  difference, and that's the problem when someone
29  tries to take a worker regulation and try to
30  say this is safe for unsuspecting residents.
31  BY MS. WILLIS:
32  Q.    Well, Dr. Williams, these individuals who

1  claim or are suing for this alleged exposure, the
2  exposure occurred at work.  It didn't occur in their
3  home or their cars.  It occurred at work, correct?
4  A.    But this is for industrial workplaces.  This
5  is not for the seamstress.  This is not for the
6  working day care worker.  This is not ever meant to
7  be that.  If you look at OSHA, they are not
8  regulating those type of people for this kind of
9  exposure.  This is not part of their day job, to
10  work with acids.  So, no, I do not think it applies
11  to these individuals in any way, shape or form.
12  Q.    How many of the purported class
13  representatives are seamstresses?
14  A.    They are people.  They are clerical workers.
15      MR. CLAYTON:
16          Again, I mean I think he is being
17  argumentative.
18      THE COURT:
19          Overruled.
20  BY MR. FOSTER:
21  Q.    Are you saying that -- are you saying that,
22  with respect to this workplace, where these
23  individuals work, that OSHA doesn't apply?
24  A.    Not these regulations, sir.  This -- anyone
25  who is working with a chemical, ask your expert, has
26  to have a training, a hazardous materials training
27  in the workplace before they can work with the
28  chemical.  There is not -- this is not in their job
29  description, to work with hydrochloric acid and
30  hydrofluoric acid.
31          No.  They do not apply to these unsuspecting
32  clerical or security workers.  It is not in their

1  job description.  If it were, they would have to
2  have the OSHA training program to be able to be in
3  that workplace.
4  Q.    Do you know how many of the barrels, if any,
5  contained hydrofluoric acid?
6  A.    No, I went by the wipes.  There were several
7  barrels of each.  I don't recall.  I read it, but I
8  used Dr. Templet's and Environmental Services wipes.
9  That's the measure of exposure.
10  Q.    The wipes don't tell us what type of acid it
11  is, do they?
12  A.    Well, they did do wipes.  They put the pH, and
13  so, no, it would be the contribution of the hydrogen
14  ion from the acid.  It could be both.
15  Q.    Or it could be --
16  A.    Or either.
17  Q.    Or it could be something else?
18  A.    Any hydrogen ion.  Whatever it is, if there is
19  a hydrogen ion that's lowering that pH to 2, that's
20  very dangerous.  Just as with the acid reflux, if
21  your stomach acid of 2 gets out of that stomach that
22  is really fortified to be able to contain it, and
23  you are putting food in it for it to be able to
24  digest it, but if it gets up to the duodenum, and it
25  gets up to the esophageal area, you could get
26  cancer.
27          So just like you are trying to take the OSHA
28  regs and put them in many different places, they
29  belong in a certain workplace.  And if they are
30  using those acids, they have to have an
31  OSHA-required training program to use them, so they
32  know what is safe and what is not safe.  You don't

1  have that with these people. These people that
2  worked there were clerical, everyday, security,
3  parking. These were not people trained by OSHA for
4  that job duty.
5  Q.    What is the pH of Diet Coke?
6  A.    It can be -- it can be much lower, 6 or 5.
7  It's more than what is going in the stomach.
8  Q.    You talked about skin burns, chemical burns.
9  You did not see any evidence of any skin burns or
10  chemical burns in any of the questionnaires that you
11  reviewed; isn't that true?
12  A.    I do not recall seeing any skin burns. I
13  might have recall -- I think someone did say burning
14  eyes, so I did see that, burning eyes, irritated
15  eyes. So they did use the word burning.
16  Q.    Let me -- let's --
17     MR. CLAYTON:
18         Can you tell me what you are about to do?
19     MR. FOSTER:
20         I'm sorry. I apologize.
21     MR. CLAYTON:
22         No problem.
23     MR. FOSTER:
24         I'm going to show her documents from the
25     individual claimants. I'm going to get the
26     reference number in the book. This is number
27     23.
28     MR. CLAYTON:
29         Gotcha, 23.
30  BY MR. FOSTER:
31  Q.    Dr. Williams, let me turn for a bit to the
32  three purported class representatives. First let me

1  have you take a look at, this is exhibit 23 in the
2  book. This is the, what purports to be the medical
3  questionnaire of some sort for June Harvey.
4  A.    That's not what I used. They were in the box,
5  but that's not what I used.
6  Q.    I know you didn't use it. I understand that.
7  But it's in evidence. I'm going to ask you some
8  questions about it.
9  A.    All right.
10     MR. FOSTER:
11         May I, Your Honor?
12     THE COURT:
13         Yes.
14  BY MR. FOSTER:
15  Q.    Now, this was filled out in September of '02,
16  about three years after the December 9, 1999
17  incident, at least according to what it purports to
18  be. Dr. Williams, she reported that she visited a
19  doctor, hospital, clinic or emergency room between
20  December 9, 1999, and December 16, 1999, correct?
21  A.    Yes.
22  Q.    You have not seen any medical records of any
23  hospital visit or doctor visit for Miss June Harvey
24  between December 9, 1999, and December 16, 1999,
25  have you?
26  A.    I did not do a specific causation analysis. I
27  did see this, but I, again, when I took the sequelae
28  of symptoms, I used the 179 to -81 notarized -- I
29  don't know what you call them, Pan American surveys,
30  where they listed and described what they had. I
31  did not use this sheet.
32  Q.    Well, there is -- I will tell you there is no

1  Pan American building questionnaire, 17- 18-page
2  document that has been produced to us, with respect
3  to Miss Harvey. Have you seen one?
4  A.    I don't have them memorized.
5  Q.    Okay. Then she says self-reports. Was the
6  doctor, hospital, clinic or other visits for
7  treatment of skin? She checked off no. Correct?
8  A.    The question -- are you talking about the
9  question: Did you visit a doctor, hospital, clinic
10  or emergency room between December 9th, 1999, and
11  December 16th, 1999?
12         She says: Yes.
13         And then it says: Was the doctor, hospital,
14  clinic or emergency room visit for treatment of, and
15  it wasn't for skin, as you say. She has checked it
16  was for her eyes, her nose and her throat. She did
17  not have trouble with respiratory, breathing. Eyes,
18  nose, throat.
19  Q.    And those, I hope we would agree, those are
20  nonspecific complaints?
21  A.    The temporality, look at what they are asking
22  her, from December 9th, 1999, to December 16th,
23  1999. She went to the emergency room for these.
24  That's --
25  Q.    And you haven't seen?
26  A.    -- a temporal relationship to the event of the
27  release of the vapor on the 1999 incident.
28  Q.    You haven't seen those records, though?
29  A.    Haven't seen which records, sir?
30  Q.    Of that visit between December 9th and
31  December 16th?
32  A.    No. I have not done specific causation, but

1  she is documenting that she did go to the hospital
2  or emergency room, and so there, obviously, are
3  records that can be seen, but not -- I'm not doing
4  specific causation.
5  Q.    When you say obviously there are records that
6  can be --
7  A.    Well, unless she is lying. But she said she
8  went to a hospital, clinic or emergency room. So if
9  she says that, I will assume she is telling the
10  truth, unless otherwise proven.
11  Q.    You haven't seen those records?
12  A.    No, I have not.
13  Q.    Okay. Then it asks, question four asks:
14  Before you began working at 2400 Canal Street, were
15  you diagnosed by a physician with any of the
16  following? And she checked off yes to serious
17  allergies, for which she had MD visits, prescription
18  medication, and she checked off chronic sinusitis,
19  correct?
20  A.    Correct.
21  Q.    Chronic sinusitis, I've got it, runny nose,
22  sniffling a lot.
23  A.    Right, but she didn't complain of that when
24  she went to the doctor between that -- after the
25  release. She complained of eyes, nose and throat.
26  She did not complain of her sinus, she did not
27  complain of her allergies.
28  Q.    Nose isn't complaining of sinuses?
29     MR. CLAYTON:
30         Your Honor, the question --
31     THE WITNESS:
32         No.

**141**

MR. CLAYTON:

Here again, I'm objecting to he asked before you started working at 2400, and then the other question asked about on the date of December 19th, were you exposed to it and you had those symptoms. He is taking apples and mixing them with oranges and every other fruit in the basket. It has nothing to do with the December 9th exposure, and he is tying it back in that, whenever she started working there, she had sinus problems.

So I use the words she used, temporal or whatever, I'm just not following his questions, Judge, and I don't think they are fair to ask her whether or not she specifically tied causation to this lady's sinus problems and everything else. It has nothing to do with it. She hadn't seen it.

MR. FOSTER:

I'm sorry, I don't mean to interrupt you.

THE COURT:

He is finished.

MR. FOSTER:

Your Honor, as I understand it, if they just want -- if they are not seeking at this point to certify a class of just people who were present in the building on December 9, 1999, when the actual incident, if we can call it the incident occurred, where the haz-mat people came out, USDS came out, all of that stuff. I believe --

MR. AMADEE:

**142**

Rest assured, that's --

THE COURT:

No, no, no. Because in the papers that were filed, they specifically said it was not only those persons, because I know there was one person who had gone there that morning who worked as a parking control officer who was only there for a couple hours, and then the incident occurred.

However, they are seeking to certify as all persons who worked within the building within that period of time that the barrels were there, both during and after the City was leasing and then -- so I think it is wider than that, but I think that the objection that Mr. Clayton is making is that you are kind of -- the questions that you are asking of the witness are kind of merging a couple of different things together, and so -- to reach a different conclusion from what the witness's conclusion is.

And so I am going to ask that you ask the questions related to the temporal element of, one, what did they put on the questionnaires, the types of injuries or the -- the types of issues that they had prior to, and then the types of issues that they had after. I mean those are very separate.

MR. FOSTER:

I understand. Let me see if I can rephrase this question.

THE COURT:

**143**

Okay.

BY MR. FOSTER:

Q.    She responded in response to this questionnaire before -- not before December 9th, 1999, but before she ever began working at 2400 Canal Street, she had been diagnosed by a physician with serious allergies and chronic sinusitis. Yes or no?

A.    Yes.

Q.    Okay. And that is the kind of information that you would need to know for each and every potential plaintiff or potential class member to determine whether or not their self-reported symptoms were actually caused by any exposure to any chemical.

A.    Again, no, that's a very general question. I would need to know that for someone who has chronic disease to see if -- an asthmatic, for instance, to see if they had an asthma attack in that 1999. Even though they had had asthma previously doesn't negate the fact that they could have an exacerbated asthma. They would be very susceptible to another asthma attack. For those individuals, I would certainly want to see that.

In this case, she has chronic sinusitis. It's possible for someone who has it that they could have an exacerbation of that, but that's not what she is complaining of. The temporal relationship that she is giving is strictly her eyes, her nose and her throat related to that. So I'm not going to give a general, I need to know that about everybody. I always ask that with my survey.

**144**

But basically what we need to know is what did you go to the doctor for right at that point in time, because that has a temporal relationship to your exposure. That doesn't mean I wouldn't want to know the other information because it's helpful because she didn't go for her chronic preexisting problems.

Q.    You need to examine alternative causes?

A.    For specific causation, I always do.

Q.    Sure. Let me ask you this.

A.    But chronic sinusitis is not a cause of chronic sinusitis. There is something giving the chronic sinusitis. An asthma attack is not the cause of asthma. A person makes IGE. They may have one trigger, they may have two triggers, it may be roach doodoo, it may the pollen, it may be the acid that can -- it may be strictly bronchoconstriction that has nothing to do with the IGE.

Q.    It could be a lot of things?

A.    It could be a lot of things, but it's the temporal relationship. If they are sitting in an acid environment and begin with the bronchoconstriction, it is temporally related to that. An abrupt change in an environment or a consistent exposure in an environment can cause the symptomology.

Q.    Let me ask you this, Dr. Williams.

MR. CLAYTON:

What did you say, roach doodoo?

THE WITNESS:

Yes, I did. I used lay language. I'm sorry.

BY MR. FOSTER:

1  Q.   Let me ask you this, Dr. Williams.
2       MR. FOSTER:
3            Your Honor, Exhibits 24 and 25.
4  BY MR. FOSTER:
5  Q.   Dr. Williams, these are medical records that
6  are in evidence for Miss Harvey, December 24th
7  medical records from Versailles --
8  A.   Wait.  You said Miss Harvey.  Where is her
9  name?  That's not Harvey.
10 Q.   June Harvey Armour is her name.
11 A.   That's June Armour.
12 Q.   Same person.  She goes by June Harvey Armour.
13 A.   I am to assume she is the same person?
14 Q.   Trust me.
15 A.   No, sir.  I will make the assumption.
16 Q.   The medical regards for June Armour or June
17 Harvey Armour from the Versailles Health Clinic, and
18 also medical records for June Harvey Armour from
19 Caesars, she works at the casino, Caesars Take Care
20 Health System.  What I want to ask you is this,
21 Doctor.
22 A.   Let me put something down so I don't have a
23 catastrophe with this.
24 Q.   Are you looking at 24 or 25?
25 A.   I don't want this pitcher to go falling down.
26 Q.   We will start with 24.
27 A.   All right.
28 Q.   Twenty-four, we have records back from 2008,
29 2009.  What I want to ask you, Dr. Williams, is is
30 there anywhere in those medical records, Exhibit 24,
31 where Miss Harvey Armour relates any history of

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
145

exposure to any chemicals?

1  A.   I haven't read these.  I don't know.  I
2  haven't read them, and many of them are prior to the
3  time period, many are after.  I would have to read
4  them and study them to answer your questions.
5  Q.   Which ones are prior to?
6  A.   Of Exhibit 24?  We have a fax transmission
7  cover sheet from -- cover sheet of 5-22-2014.
8       THE COURT:
9            Wait a minute.  Also, I just noticed in
10           here, these are joint exhibits.  Any joint
11           exhibits that contain any persons' Social
12           Security numbers that are in here, they need to
13           be redacted before they go into the record.
14      MR. FOSTER:
15           Yes, Your Honor.
16      THE COURT:
17           Please make certain that that is done.
18      MR. FOSTER:
19           Yes, Your Honor.
20      THE WITNESS:
21           Actually, it's very difficult to read the
22           writing, sir, so I usually look for the
23           typewritten synopsis of it.
24 BY MR. FOSTER:
25 Q.   Okay.
26 A.   These are 2008.  Some of these.  But it's very
27 difficult.  I really, unless you want to sit here
28 and let me take an hour or so to read them, I really
29 can't read them right off.  Here is 2009.  Here is
30 2010.  Here is 2011.  I don't think any of these can
31 give you a temporal relationship because they are

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
146

1  different time periods, and if you are looking for
2  something to correlate, we don't -- these are not
3  the medical records, obviously, from December 9th,
4  1999, to December 16th, 1999.
5       MR. CLAYTON:
6            As such, I'm kind of late with my
7            objection, but that's -- relevance?  What is
8            the relevance of something happening ten years
9            after?
10      THE COURT:
11           I think --
12      MR. FOSTER:
13           If she is claiming --
14      MR. CLAYTON:
15           I'm asking you, Your Honor.  I'm objecting
16           to --
17      THE COURT:
18           No, no.  The issue is that she has
19           specifically stated that she is not testifying
20           as to specific causation.  She is testifying as
21           to general causation.  And, as such, it has
22           already been established that she is, in fact,
23           not a medical doctor, but instead, is a Ph.D.
24           As it pertains to specific causation, I do
25           not think that we need to delve into that.  But
26           if you want to ask her what issues she would
27           look at, but I mean she is not going to sit
28           here and read the medical records of each of
29           the purported class members.
30      MR. FOSTER:
31           I'm not going to ask her to, Your Honor.
32      THE COURT:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
147

1            But that is what she was doing.
2       THE WITNESS:
3            That's what she said.
4  BY MR. FOSTER:
5  Q.   My question is this, Dr. Williams.  Let me
6  phrase it this way.  As you sit here today, you are
7  not aware of any medical records of Miss Harvey or
8  Miss Harvey Armour in which she gives any history of
9  any exposure to any chemicals at 2400 Canal Street,
10 New Orleans, Louisiana?
11      MR. CLAYTON:
12           My objection --
13      THE COURT:
14           Same objection.
15      MR. CLAYTON:
16           Thank you.
17      THE COURT:
18           It is just that she -- she has already
19           testified that she has not looked at specific
20           medical records, so cannot even answer
21           that.  She has stated that she is testifying as
22           it relates to general causation, not as to
23           specific causation for each of the purported
24           class members.
25      MR. CLAYTON:
26           Judge, the witness has been going about
27           two hours.  Can we take a break?
28      THE COURT:
29           Do you need a break?
30      THE WITNESS:
31           I'm okay.
32      THE COURT:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
148

**[Page 149]**

1  He wants to put this on you.
2  THE WITNESS:
3  I am okay, but if he needs a break, we
4  should take a break.
5  THE COURT:
6  If you stop objecting.
7  MR. FOSTER:
8  I have no objection to him taking a break.
9  THE COURT:
10  Five minutes.
11  (Whereupon, a brief recess was taken at
12  this time).
13  MR. FOSTER:
14  May I continue, Your Honor, if you are
15  ready?
16  THE COURT:
17  Yes.
18  MR. FOSTER:
19  Only if you are ready.
20  THE COURT:
21  Okay. I am ready.
22  BY MR. FOSTER:
23  Q.  Dr. Williams --
24  MR. FOSTER:
25  May I approach?
26  THE COURT:
27  Yes.
28  BY MR. FOSTER:
29  Q.  Dr. Williams, you did review the, I'll call
30  them claimant questionnaires, the 17-, 18-page
31  document that --
32  A.  The Pan American?

**[Page 150]**

1  Q.  Whatever you want to call it. They call it
2  Pan American Building claimant questionnaire.
3  A.  Yes.
4  Q.  You understand Pan American didn't own the
5  building when any of these people worked there?
6  MR. CLAYTON:
7  Objection, Judge, that -- relevance.
8  THE COURT:
9  Sustained.
10  MR. CLAYTON:
11  All right.
12  BY MR. FOSTER:
13  Q.  All right. When you finish reviewing it,
14  Doctor, just let me know.
15  A.  I remember it. I'm finished reviewing it.
16  Q.  That is Exhibit 21. Dr. Williams, on Miss
17  Evelle Catherine Thomas', who was asked to be one of
18  the class representatives, on her claimant
19  questionnaire, she is asked on page 4 of 15, she is
20  asked specifically: Have you ever been exposed to
21  the following agents during your normal course of
22  work? Correct?
23  A.  Page 4 of 15, you said?
24  Q.  Yes.
25  A.  This one was not considered by me because it
26  was never filled out completely, and it was not
27  notarized, and my point with the attorneys was I
28  want only notarized, signed. It's signed, but it's
29  not filled out, so I really can't -- I did not
30  consider it. There were a couple that were not, so
31  I just didn't pay much attention to them. I didn't
32  pay any attention to them. I wanted only the

**[Page 151]**

1  notarized, fully completed surveys to look at to try
2  to ascertain the symptoms. This one was not filled
3  out and not notarized.
4  Q.  You say it's not filled out. In fact, it's
5  partially -- it is filled out in some spots, is it
6  not?
7  A.  It's not completed, sir. It's not notarized.
8  You know, when I do my work, I made it clear, I look
9  at everything, but when I look at what I put on the
10  Power Point was only the ones that were notarized
11  and that I'm sure that this is the person who has
12  made these, I guess, complaints or self-reported
13  these symptoms.
14  Q.  Okay. Let me ask you.
15  A.  I don't know that she filled this out. It's
16  partially filled out. There is no notarization. I
17  don't know if someone else filled it out and then
18  never got her -- I don't know. And that's not what
19  I used. I made it quite clear I would only use
20  those that were definitely identified and notarized.
21  Q.  She wrote -- someone, let's assume --
22  A.  Yeah.
23  Q.  Let's assume, for purposes of my question, and
24  Evelle Thomas' deposition is in evidence, let's
25  assume, for the purpose of my question, that that,
26  in fact, is her signature on this questionnaire, and
27  that it's her handwriting, for example, on page 10.
28  Just assume, for purposes of my question, that that
29  is true.
30  She was asked to describe, in question 5.7,
31  the question was asked: After the acid release at
32  the Pan American Building in December 1999, did you

**[Page 152]**

1  regularly experience the following symptoms? If
2  yes, state the frequency of occurrence and the
3  medication taken to treat such symptoms.
4  And she reported, assuming she filled this
5  out --
6  MR. CLAYTON:
7  Judge, here is my objection. She didn't
8  fill it out. And so you can't assume that she
9  did something that she didn't do. And,
10  secondly, she is a toxicologist talking about
11  the general causation of what are the symptoms
12  of being exposed to hydrochloric acid,
13  hydrofluoric --
14  THE COURT:
15  She is an expert. So if he wants to ask
16  her hypothetical questions, then that is fine.
17  However, if you are asking her specific
18  causation issues, she has testified ad nauseam
19  that she is not testifying as to that.
20  MR. FOSTER:
21  I understand that. This can be a general
22  causation question.
23  THE COURT:
24  Then ask a general causation question.
25  MR. FOSTER:
26  Is plaintiffs' counsel willing to
27  stipulate that their clients did not fill out
28  these questionnaires?
29  THE COURT:
30  That is not --
31  MR. CLAYTON:
32  I'm not stipulating to anything with the

**Page 153**

```
1    gentleman.  I'm asking you to look at the page.
2    THE COURT:
3          I am looking at the page.
4    MR. FOSTER:
5          I don't know what her issue --
6    THE COURT:
7          You can ask a hypothetical question of an
8    expert, but asking her to actually read
9    different portions --
10   MR. FOSTER:
11         Okay.
12   THE COURT:
13         I do not think that that is a proper
14   question.
15   MR. FOSTER:
16         I'll do that.
17   BY MR. FOSTER:
18   Q.    In doing your general causation analysis, you
19   looked for common symptoms reported by the claimants
20   after the December 9th, 1999 incident.  That's what
21   you looked for?
22   A.    No.  General causation is can the chemical
23   cause adverse health effects?  And if so, what
24   adverse health effects did the chemicals in this
25   case cause.  That is general causation.  For
26   purposes of the class certification, I was asked to
27   see if there were any numerous symptomology, and
28   that was consistent with the general causation.
29         So, no, I didn't look at it for general
30   causation.  I simply looked at it to give an
31   appreciation of, are we dealing with a population
32   that has symptomology that is consistent with the
```

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
153

**Page 154**

```
1    general causation.  This is not a part of general
2    causation.  It is simply an extra step that I was
3    asked to do, which I have always done for class
4    certifications.
5          I am not a judge or a lawyer.  I don't know
6    what they are looking for.  They tell me just would
7    you tell us if we have got a case.  I am always
8    asked to do that.  Tell us do we have -- was there
9    general causation, and do we have anything
10   consistent in the plaintiffs or the population that
11   would represent the health effects that could be
12   caused by these chemicals.  That's it.
13   Q.    I understand that, Doctor.  One of the slides
14   you put up, I think the last one you put up, was the
15   this slide.  Yes or no?  You put up that slide?
16   A.    That's correct.
17   Q.    It's entitled, numerous symptoms in the
18   plaintiff population.
19   A.    That's correct.  That is a question I was
20   asked by the plaintiffs' attorneys, do the
21   plaintiffs have symptoms that are consistent with
22   your general causation adverse health effects of
23   hydrochloric acid, hydrofluoric acid.  This is not a
24   part of general causation.  This is a part of
25   specific information needed for this particular
26   certification, class certification hearing.
27   Q.    And my question is, Dr. Williams, it's a
28   simple question.  Assuming that Miss Evelle Thomas,
29   one of the people that they are asking to represent
30   the class, filled out that questionnaire, isn't it
31   true that she did not report any of those symptoms
32   after the December 9th, 1999 incident?
```

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
154

**Page 155**

```
1    MR. CLAYTON:
2          Objection.
3    THE COURT:
4          Sustained.  The document speaks for
5    itself.
6    MR. CLAYTON:
7          Thank you, Judge.
8    BY MR. FOSTER:
9    Q.    And you have not reviewed any medical records
10   of Evelle Thomas to determine if she ever gave any
11   of her doctors that she may have seen after
12   December 9th, 1999, any history of any exposure to
13   any chemicals?
14   MR. CLAYTON:
15         Your Honor, my objection, again, he gives
16   this lady this document right now, and --
17   THE COURT:
18         The document speaks for itself.
19   MR. CLAYTON:
20         I know, but Judge, if he goes to the last
21   page of that document, she tells you all of the
22   symptoms, runny nose.  He knows this, Judge.
23   THE COURT:
24         The document speaks for itself.  She
25   cannot testify --
26   MR. CLAYTON:
27         All right.  If he points her to a page and
28   says, isn't it true she didn't say anything
29   about it.  Well, that's not true.  If he would
30   show her the entire document --
31   THE COURT:
32         Again, your objection is sustained.
```

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
155

**Page 156**

```
1    MR. CLAYTON:
2          All right, all right, Your Honor.  Thanks.
3    THE COURT:
4          Sustained.  The document speaks for
5    itself.
6    MR. CLAYTON:
7          I know, but I just think, as a lawyer --
8    THE COURT:
9          Sustained.
10   MR. CLAYTON:
11         He can't put that on the record.
12   MR. FOSTER:
13         Seriously?
14   THE COURT:
15         Excuse me.  Yoohoo.
16   MR. FOSTER:
17         I'm sorry.
18   THE COURT:
19         Thank you.
20   MR. FOSTER:
21         Let me try again.
22   BY MR. FOSTER:
23   Q.    I'm not sure I got an answer to my question.
24   MR. CLAYTON:
25         Because she sustained.
26   THE COURT:
27         I sustained.  The document speaks for
28   itself.  You are asking her to read the medical
29   records.  She is not a medical doctor, and so
30   she has already testified that she is
31   testifying as to general causation, and you are
32   asking her to look at medical records, and
```

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
156

1      those medical records are what they are.
2      MR. FOSTER:
3        Okay.
4   BY MR. FOSTER:
5   Q.    None of the proposed class representatives
6   reported glaucoma or cataracts, correct?
7   A.    The three depositions that I reviewed, none of
8   them reported glaucoma or cataracts at that period
9   of time of their deposition.
10   Q.    And different individuals have different
11   susceptibility to irritants, correct?
12   A.    An irritant -- it depends on what you are
13   talking about. Are you talking about the cranial
14   nerve reflexes? They may have them at different
15   thresholds, that's correct. But it's an all or
16   none. When it's triggered, it's triggered.
17   Q.    You did not review any of the employment
18   records from the City of New Orleans for any of
19   these individuals, correct?
20   A.    There was some employment information in some
21   of the plaintiff fact sheets that I looked at, and I
22   did see some of them go back to the mid 1980s, as I
23   said -- mentioned earlier.
24   Q.    Those weren't City of New Orleans records,
25   were they?
26   A.    There were some that were -- oh, I don't --
27   these were records on the plaintiffs' fact sheets.
28   I think I said that.
29   Q.    The hydrofluoric acid, and that may or may not
30   be an issue, you don't know how many barrels of
31   hydrofluoric acid were present?
32      THE COURT:

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

157

1      Asked and answered.
2   BY MR. FOSTER:
3   Q.    Let me ask you this, Doctor. The hydrofluoric
4   acid was in an aqueous, or water, solution, correct?
5   A.    Yes.
6   Q.    And, in your report, on page nine, you
7   describe that as a weak acid, correct?
8   A.    The proton is -- it was a lesser
9   concentration. It was a lesser concentration, but
10   comparatively, the hydrogen ion is less toxic as the
11   hydrogen ion from the chlorine, but it was less
12   concentration.
13   Q.    And hydrofluoric acid is found in common
14   consumer products; isn't that true?
15   A.    I -- you know, I haven't really done --
16   certainly in consumer products, you see lots of
17   things that are extremely toxic, and hydrofluoric
18   acid, the really high toxic potential is the
19   fluorine, the fluoride atom, not the hyd -- they are
20   both toxic, but the fluoride atom is of real
21   concern.
22      I am not -- I mean I have no idea. You use it
23   to etch glass. I don't have any consumer products
24   that I own that have it in it. It's a very powerful
25   chemical.
26   Q.    We have fluoride in our water, correct?
27   A.    We do have fluoride, and that's controversial,
28   and it's in a very low dose. It is in a form, and
29   that is very controversial.
30   Q.    And we have fluoride in our toothpaste?
31   A.    Some. And it says on the toothpaste, do not
32   ingest. And we don't put it in our eyes. And we

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

158

1   don't stick it up our nose. And we don't put it in
2   our sinuses.
3   Q.    Do you agree, Dr. Williams, that with respect
4   to hydrochloric acid and hydrofluoric acid, that
5   there is, in fact, a dose response relationship?
6   A.    It depends on the pH. It's about the pH. And
7   it's about where it is in the body.
8      MR. FOSTER:
9        I'm trying to move this along, Judge.
10   BY MR. FOSTER:
11   Q.    In your report, with respect to cataracts and
12   glaucoma, you cited, I believe, a study by Angra,
13   A-n-g-r-a.
14   A.    What page, sir?
15   Q.    Let me find that. On page 19 of your report.
16   A.    Yes.
17   Q.    A 1984 study by Angra, et al, two unusual
18   cases of mineral acid burns. They resembled that of
19   alkalide burns. Hydrochloric acid was involved in
20   both cases. Isn't it true, Dr. Williams, that that
21   study, those two individuals in that study actually
22   had hydrochloric acid thrown in their eyes?
23   A.    Right. Very concentrated. I think it was
24   aqua regia, if this is the article. I'm not sure.
25   I have to go back and look. Extremely -- yes, it
26   was. It's a heated mixture of concentrated nitric
27   acid, in addition to hydrochloric acid, and
28   concentrated is 99 percent or 99.5 percent. So this
29   is twice the concentration. We are at 40 or
30   50 percent of the HCL in the barrels, and so not
31   only concentrated hydrochloric acid, the same with
32   nitric acid. I assume it was a disfigurement. It

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

159

1   was a deliberate, meant to disfigure. I am not
2   sure.
3   Q.    And that study --
4   A.    It was very, very strong.
5   Q.    It was actually thrown in their eyes.
6   A.    Right. It's aqua regia, not just hydrochloric
7   acid. Nitric and hydrochloric, two very strong --
8   Q.    What I'm saying is, though, the two in the
9   study, the solution, whatever it was, was actually
10   thrown in their eyes?
11   A.    I believe it was, but I would have to look at
12   it.
13   Q.    You don't mention that fact in your report, do
14   you?
15   A.    Why I would, sir? It's in the article.
16   Whether it's thrown in the eyes in this
17   concentrated <mark>-- general causation, y</mark>ou look at all
18   different concentrations so that you can see, can it
19   cause the problem or what problems. And this one
20   was extremely concentrated, and I'm looking to see
21   where it says it was thrown into the eyes. I still
22   don't see it. But -- it was splashed on the right
23   side of his face by an assailant.
24   Q.    You are not aware of any facts in this case
25   that any plaintiff, potential plaintiff had anything
26   thrown or splashed by an assailant in their face?
27   A.    No. The purpose of this article is to show
28   that cataract developed as a result of the acid
29   insult.
30   Q.    And, as you said before, I think earlier, that
31   there are actually many -- a number of potential
32   causes of cataracts and glaucoma.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

160

A.    Acids, strong acids can cause cataracts.
Hydrochloric acid is well documented to produce
glaucoma.
Q.    There are other causes.
A.    There are other acids.
Q.    No, there are other causes besides —
A.    Oh, besides, yes.  That's why I separated all
the complaints of cataracts into some of those
causes.
Q.    In toxicology, the study of toxicology, there
is a concept, is there not, of no observable adverse
health effect level?
A.    Yes, there is.  It's basically studies that
are being performed.  They will do dose responses to
the point that they are adding certain
concentrations, whatever it may be, and they look
for where is the first observable level for a
particular response.  There may be a hundred
responses, but the study is looking for and picks
one, and then defines that as an observable, lowest
observable effects level or a no observable effects
level.  But that's from one of a potential of a
multitude of responses that could have been chosen.
Q.    So we are — we are all, in our everyday life,
exposed to some levels of varying chemicals,
correct?
A.    Yes.  We live in a chemical world.
Q.    And the mere fact that we are exposed to some
level of various chemicals, that doesn't mean that
those, that exposure is going to cause us any
problems?
A.    We don't know that.  You don't know what the

exposure is going to cause.  Low dose exposure,
using generalities, may not be detected for a very
long period of time.  We have people popping herbal
medicine in their mouths right now, with no
complaints, there is no regulation filed to FDA
because they don't have any authority over them, and
I'm beginning to get reports from physicians of
liver failure and liver cancer, and the only
exposure is that herbal medicine.  So you don't know
that.  That's sort of a statement that I would never
make, as a toxicologist.  But no, you may not find
out until a certain period of time.
      Low dose fractionation can reach the same end
point at some point in time, and there is no one
target organ for most chemicals.  It's multitudes.
So it would be very hard for you to be aware of what
is going on with all of that in your body.  You find
out when there is a problem.
Q.    And there may never be a problem?
A.    Perhaps.
      MR. FOSTER:
          Your Honor, may I have a minute to confer
with my co-counsel?
      THE COURT:
          Yes.
      MR. FOSTER:
          That's all the questions I have at this
time, Your Honor.  Mr. Stewart or Mr. St.
Raymond is going to go next.
      MR. ST. RAYMOND:
          I'll go.  And, Your Honor, I have been
going through my questions to make sure I try

      not to duplicate anything.  Okay?
              CROSS EXAMINATION
BY MR. ST. RAYMOND:
Q.    Dr. Williams, there were some questions
relative to a claim form that was provided to you.
There was a number of them.  How many claim forms
did you actually review?  I believe it was —
A.    All of them, in some form or another.  All of
them.  I sat on the floor and went through about
500 — a little over 500.  There were three boxes.
And looked at the various symptoms and took notes.
But then I realized there was no way for me to
know — no notarization on them, so I then noticed
that on the Pan American ones, there were.
      So I asked for them to just take all that away
and bring me the Pan American ones because I could
be sure that a plaintiff signed their name and that
it was notarized.  Of that, there were a couple of
duplicates, and I think there were a couple that
weren't filled out.  So I looked at them, and that
was about 178 or -80, somewhere up in that.  So I
looked at those.
Q.    So of the Pan American claim forms, there are
178?
A.    181, but there was at least one that wasn't
filled out, Miss Thomas, and then there were a
couple of duplicates.  So I would say it was around
180, 179, somewhere in there.
Q.    And did you rely on those forms to analyze the
potential exposed population?
A.    No.  I relied on those forms, as I have
answered many times before, to ascertain what were

the self-reported symptomology from the people, and
were they duplicative, were they numerous, were they
common throughout.  So I took notes, and I put them
in my report?  And I have answered that several
times before.
Q.    I guess my question is, so then are you
telling me now that, by reviewing those forms, you
don't know whether or not those people were exposed?
A.    ==We did not do a specific causation analysis.==
We have measures of exposure that pertain to all of
those who were in the building at some point in
time, and that is used to ascertain what are
we dealing with here?  ==If you want to do a general
causation analysis, you need to know what the
chemicals are.==  And that used to ascertain what were
Environmental Services gave that information.
Q.    So the forms were used to complete a general
causation?
A.    No, sir.  I have answered that to your other
counsel ad nauseam.
      THE COURT:
          But you have to answer his questions.
      THE WITNESS:
          I will.
      THE COURT:
          Okay.
      THE WITNESS:
          I will do it one more time, and
hopefully —
BY MR. ST. RAYMOND:
Q.    Please.
A.    A general causation analysis is, can a

particular chemical cause adverse health effects?
If so, what are the health effects?  That is the
general causation question.  To find out what the
chemicals are, I needed U.S. Environmental Services'
report and Paul Templet's report to find out what
they were.  I further had the wipe tests to give me
some measure of exposure, just to ascertain how
strong the acid was.  We are talking about two
acids, but two contributions of the hydrogen ion.
That is the general causation.
        Further, I was asked to tell plaintiffs'
counsel did the population have numerous symptoms
and common symptoms that were consistent with the
general causation analysis.  They are not a part of
the general causation analysis.
Q.    Well, the symptoms are part of the general
causation analysis, no?
A.    The symptoms coming from the literature are.
That's what you are looking for.  You are looking
for what is in the body of scientific evidence, do
these two acids, what is known of the adverse health
effects that they can cause, which includes those
symptoms.  The symptoms in the boxes of the fact
sheets were not a part of the scientific literature.
So they are not a part of this general causation
analysis.
        They were basically, yes, answering the
question, do they have numerous symptoms common to
each other, common to the two toxicants they were
exposed to.  That was the question.  Are their
symptoms consistent with what is known in the
scientific body of the literature.  They are not in

the literature.  They are in the boxes.
Q.    The claimant forms are in the boxes.
A.    That's right.  They are not in the literature.
Q.    So the literature --
A.    The general causation, you use the body of
scientific evidence in the literature.
Q.    Okay.  So the literature, the scientific
evidence says exposure to hydrochloric acid or
hydrofluoric acid could potentially cause a
headache?
A.    Yes.
Q.    And it says it could cause a sinus problem?
A.    Yes.
Q.    And it says it could cause a cough?
A.    Yes.
Q.    It could cause glaucoma?
A.    Yes.
Q.    It could cause cataracts?
A.    Yes.
Q.    So you looked --
A.    The hydrogen chloride, not the fluoride.
Q.    You looked at the claim forms to perform your
general causation?
A.    No, sir.
Q.    No?
A.    No, they are not in any journals.  They are
not in any body of literature.
Q.    Okay.
A.    They are a part of this case.  And after doing
the general causation analysis, then I looked to
see, well, did the class, the proposed class have
any of these symptoms that are consistent with what

we find the body of scientific knowledge.
Q.    So for general causation, you don't even need
to determine whether or not somebody was ever at
2400 Canal Street?
A.    A general causation analysis, if I have a
person with an AML leukemia, sometimes I am asked to
just do a general causation analysis, and I do the
general -- I look at the body of scientific evidence
to see, do we have evidence that says benzene causes
AML leukemia.  I'm not even talking about the person
in the case.  That's general causation.
Q.    Okay.  But you did look at those Pan American
forms, you looked at all of them?
A.    As well as the hundred and, I can't remember
now, the 140 or so that were, at my request, about
the glaucoma and the cataracts and the diabetes.
Q.    Okay.  And the Pan American forms was roughly
a little under 200 forms?
A.    Like 179, 180.  I first looked at the large
box.  I had about 500 of them.
Q.    Okay.
A.    But because they weren't signed, I wanted
something else to look at to make sure they were
real people, and it was documented that they
signed the information on the plaintiff fact sheet.
Q.    So when you reviewed those forms, you were
determining whether or not some of those people
reported symptoms that could be attributed to
exposure to HF or HCL?
A.    That was consistent with, yes.
Q.    Do you know how many of those people reported
sinus problems?

A.    No.  I did not enumerate them.  I was strictly
looking to see, do we have numerous -- numerous
symptomology common to the individuals.
Q.    I'm just trying to understand, Dr. Williams,
how many people is numerous.  I mean are you
representing to the Court that one person is
numerous or two or?
A.    No, I'm not.
Q.    I mean how people is numerous?
A.    Well, you have 141 or so.  I can't find my
number right now for the cataracts, so you had a
lot.  In the 181, the most common, basically, after
I reviewed each one of them, and if I saw them over
and over repetitive, I can't give you a percentage
because I didn't enumerate it, but if I saw over and
over again, that was repetitive.
Q.    Okay.  So then let's take it this way because
if you don't know -- how many -- do you think there
were a lot of people with sinus problems.
A.    I think the most frequent were the contact --
the nose -- there were.  But the nose and the throat
and the itching of the eyes, that was the most
common.  That was pretty predominant.
Q.    What is -- I don't have a form in front of me,
but what was the frequent symptom?  They are
saying they have a nose problem?
A.    You just had one that had nose irritation, I'm
assuming that's what she is saying, but some of them
said nose irritation.  They wrote it out.  It wasn't
on that little check thing.  They got to write out
irritation of nose.
Q.    What does nose irritation mean?

1    A.    It means a lot. It means you have hit the
2    trigeminal nerve, and you are sending signals back
3    to the brain. So, of course, if you have the
4    throat, you are having some irritation in the throat
5    from the acid. And the eyes, the same thing. Some
6    people had broncho -- had shortness of breath, and a
7    few had wheezing. More than a few had wheezing. So
8    they are all related.
9          But the significance of the nose is that the
10   chemicals have reached the breathing zone of the
11   individual, and that's very significant because then
12   you can set up the cranial nerve reflexes for the
13   headache, the cough. Cough was very, very frequent.
14   Q.    I believe the form -- so you didn't count on
15   the medical form, you counted on the claimant form,
16   correct?
17   A.    The claimant forms.
18   Q.    All right. In your review of these forms, the
19   Pan American forms, did you conclude that any of
20   those symptoms on those forms were not related or
21   could not be related to a chemical exposure?
22   A.    I was really looking through the forms for
23   those that were related to, so I cannot tell you
24   what I saw. I was looking for those forms that were
25   consistent, that gave symptomology consistent with
26   the acid exposures. I really couldn't tell you what
27   was there that I did not feel was consistent.
28   Q.    Do you think a person that complained of
29   diarrhea would have been exposed to --
30   A.    That certainly could happen. As I have told you,
31   you cannot have inhalation without having incidental
32   ingestion. So you certainly could have that

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
169

1    scenario.
2    Q.    What about muscle aches and pains?
3    A.    Absolutely.
4    Q.    Soreness of the joints?
5    A.    Over time, yes, you could.
6    Q.    Well, I believe -- when was this form filled
7    out?
8    A.    You are having lysis of cells. You are
9    releasing the content of cells from acid. When you
10   have necrosis, as opposed to apoptosis, you have --
11   necrosis is disorderly cell death. It releases
12   components of the cell which can set off an immune
13   reaction, which can certainly cause arthritis, joint
14   pain, muscle aches and pain. Absolutely.
15   Q.    But we don't -- you didn't -- there is no
16   specific causation here?
17   A.    You brought it up.
18   Q.    I'm just asking the question, whether or not
19   you saw any symptoms --
20   A.    I saw them.
21   Q.    Okay. So I guess, to recap the answer to my
22   question, is that you didn't reject any of the
23   symptoms as not being potentially related to --
24   A.    If it didn't seem -- I mean I zeroed in on
25   what was consistent and mechanistically biologically
26   plausible. I don't have any recollection at this
27   point in time because I wasn't looking for that.
28   Certainly, there probably could have been some
29   things that I just didn't feel that was related, but
30   I didn't make notes of that. I was making notes of
31   those things that certainly could be consistent with
32   the acid exposure.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
170

1    Q.    Which ones did you zero in on?
2    A.    Well, it wasn't zeroing in. I was looking
3    for --
4    Q.    That was your word, ma'am.
5    A.    I don't think I said I zeroed in on anything.
6    I looked -- well, I was paying attention -- well, I
7    don't know, sir. You are asking the same questions
8    he asked. I paid attention to anything that was
9    consistent with to give an answer, do we have common
10   numerous symptoms? And the answer was yes. And I
11   have said it three, four, five times.
12   Q.    Okay. I think I know the answer to this
13   question, but I'm going to ask it anyway. You
14   didn't review any air concentration data related to
15   the environment of any particular plaintiff,
16   including, but not limited to, the class
17   representatives?
18          THE COURT:
19          That is a compound question.
20          MR. ST. RAYMOND:
21          Okay.
22   BY MR. ST. RAYMOND:
23   Q.    Let's take it one at a time. Did you review
24   any air concentration data?
25   A.    I used the wipes with the pH. That was from
26   Paul Templet's report. He didn't have air
27   concentration.
28   Q.    And the wipes, on your previous testimony,
29   those were on the ground floor?
30   A.    They were in the vents. They were on the
31   vents. I mean you are saying whole floor?
32   Q.    The first floor, the wipes --

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
171

1    A.    He described several different places.
2    Q.    Okay.
3    A.    For the chemicals. East room. He talked
4    about the HVAC system having some of the acid gases.
5    So I basically used his report. Wherever he said
6    they were, that's where they were.
7    Q.    Okay. Well, I'm going to represent to you
8    that Paul Templet's report references wipe samples
9    that were taken in the east and west room of the
10   former print shop of the City Hall Annex. Do you
11   know where the print shop was in the City Hall
12   Annex?
13   A.    I have never been in the building.
14   Q.    Okay. Now, the wipe samples were only from
15   the east and west room, which is subdivided, half
16   of -- the east half of the print shop and the west
17   half of the print shop. There are no other wipe
18   samples taken in any other part of the building.
19   A.    I'd have to go back and look. Basically,
20   let's see, he is using U.S. Environmental Services,
21   analytical services, 13 wipe samples, and I'd have
22   to go back and look at each one. There was east
23   room, west room. There were vents. I don't know if
24   I'm clear exactly where the vents were, the ducts.
25   There were ducts.
26          Basically, it looks like those were vents and
27   ducts in that area. That's all -- I only have what
28   is in his report. I can't extrapolate to something
29   else. Were there others? I don't know. I used his
30   report.
31   Q.    Okay. And if there is no wipe sample, for
32   instance, from the fifth floor from a vent or from

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
172

1  the wall, would you be able to determine whether or
2  not someone -- this is a hypothetical.
3      MR. CLAYTON:
4          Judge, I'm going to -- you know.
5      THE COURT:
6          But the question specifically, I believe,
7  that was asked, because there was an objection
8  as to exactly what floors and whether or not --
9  that is why I was going back to my notes
10  because I remembered hearing that already. She
11  established that.
12          If you want to ask a hypothetical
13  question, then the hypothetical question cannot
14  start off with -- you can start it saying
15  assume that there were no other wipes taken
16  from any other places in the building, then you
17  can ask the question. But you cannot say,
18  well, assume that this was not done or this was
19  done.
20      MR. ST. RAYMOND:
21          Okay.
22      THE COURT:
23          So rephrase your question.
24  BY MR. ST. RAYMOND:
25  Q.      My hypothetical, Dr. Williams, is if there are
26  no wipe samples on any other floor besides the first
27  floor, the ground floor -- the first floor is
28  actually the second floor, but the ground floor had
29  the wipe samples. If there are no other wipe
30  samples on any other five floors, are you going to
31  be able to determine whether or not those
32  individuals were exposed?

1      MR. CLAYTON:
2          Judge, I want to object to that. One,
3  it's a convoluted question. I don't know why
4  he added the last part in, first and second
5  floor. But the fact that if there were not
6  wipes done on any other floor, it's not
7  indicative of there must not have been any
8  hydrochloric ions or acid or hydrofluoric ions
9  or acid up there.
10      THE COURT:
11          That is ultimately a question of the HVAC
12  person because I think that the testimony of
13  this particular witness is that she can only
14  testify as to the reaction on the floors and
15  the people in that area. But I stopped her
16  from testifying even in relation to
17  Mr. Clayton's question as to any movement of
18  any ions or anything or particles through the
19  HVAC system. So I do not think she is the
20  proper witness.
21      MR. ST. RAYMOND:
22          Okay. I am going to move on.
23      THE COURT:
24          Okay.
25  BY MR. ST. RAYMOND:
26  Q.      Doctor, do you know what chemicals were
27  present in the east room?
28  A.      There were many other chemicals. There were
29  other -- there is a list of them. There was some
30  potassium hydroxide, which is very alkaline. There
31  were other chemicals, and they are listed on the
32  report. I don't have them memorized. The point is,

1  and the really important thing about the pH is that
2  it gives you -- it doesn't matter if there are some
3  other acids or anything that donates a proton. You
4  are getting them all in that pH, and that's what's
5  important. So that's a really valuable measure of
6  exposure.
7  Q.      Were some of the chemicals basic chemicals or
8  alkalide?
9  A.      Well, hydrogen fluoride acts more like an
10  alkalide, the fluoride portion of it, with the
11  liquefaction necrosis. There were some other
12  alkalides, but the beauty of the pH is you are going
13  to have some neutralization that would raise the pH
14  if you had alkalides present there. So pH is the
15  pH. It's the composite of both -- of all of them is
16  the final product of what you have got there, and
17  it's a very low pH. It's a composite of everything
18  that would have donated protons and hydroxylines.
19  Q.      Earlier, you referenced in the wipe samples,
20  that's a very low pH?
21  A.      Yes, they are.
22  Q.      Doctor, do you know what chemical was actually
23  released?
24  A.      There were several chemicals that were
25  releasing from these drums. But what we are looking
26  at is the hydrogen ion. That is the toxicant. That
27  is the mechanistic portion of the hydrochloric acid
28  and the hydrofluoric acid and any other acid that
29  may be in there.
30          That hydrogen ion is the toxicant. It is the
31  one that precipitates the proteins of the lens and
32  causes a complete opacification of the lens and

1  destruction of the lens. It's the one that touches
2  to the cornea and causes opacity in the cornea.
3  It's the one that hits the iridosceleral angle, and
4  it's the one that is going to cause the glaucoma.
5          It's the hydrogen ion, and that's what is so
6  important with this. I didn't see any evidence of
7  the fluoride ion. I did not see at this point or
8  with those particular symptomology, I did not have
9  anything to tell me calcium was being removed,
10  calcium levels are dropping. I didn't have any of
11  that. So I didn't have any evidence in the fluoride
12  component, but I sure did have that of the hydrogen
13  ion component.
14  Q.      Isn't that going into specific causation?
15  A.      No. We are talking about a chemical. They
16  don't have a smiley face on it. It's a hydrogen
17  ion. It's an H and a positive.
18  Q.      Okay. Well, do you want to answer my question
19  now? Do you know which chemical was released?
20  A.      And I just said, you had hydrogen chloride --
21  Q.      That's a yes or no answer. Do you know?
22  A.      I just said yes, I know --
23      MR. CLAYTON:
24          Your Honor.
25      THE WITNESS:
26          I know hydrochloric acid and hydrofluoric
27  acid were released. That's from Dr. Templet's
28  report. And I also know that the hydrogen ions
29  that were with the pH, the concentration of the
30  composite of hydrogen ions.
31  BY MR. ST. RAYMOND:
32  Q.      Have you been asked to determine on what date

the chemical release started?

A.   I have not been asked to determine that.  It was written in the documents that I looked at.  Are you talking about the release on December 9th, 1999, or are you talking about prior to that time?

Q.   My understanding is that class counsel is attempting to establish that the release occurred over an extended period of time.

A.   I would not —

Q.   Outside of December 9th, 1999.

A.   I was not asked to do that.

Q.   All right.  You weren't asked to do it — would you be able to determine when the release did, in fact, begin?

A.   No.  That would be Dr. Templet and the other experts and the environmental testing.  And, perhaps, some of those with records that would show the beginning of corrosion in the different rooms where they were stored.  That would not be me.

Q.   In order for the chemical, whether it be hydrochloric acid or hydrofluoric acid, to come in contact with individuals on the various floors of the City Hall Annex, must that chemical need to be in gas form?

A.   Well, you have moisture precipitation, you have aerosols in the air.  You have — so you have condensation that comes, and this is really in the form, I think this is something that the HVAC person should answer, but I just — you certainly know you have precipitation of water.  So you would expect to see it in both gaseous, and you might see it in some of the condensation, but aerosols fly in the air,

too, as do absorption to particles.

You don't just have a particle-free medium.  We are sitting in this room, we have particles.  So the acids can be absorbed on, absorbed in, all of those medium, but that would be a question that the HVAC or the environmental services people would address.

Q.   What do you propose was the exposure pathway of these chemicals?

MR. CLAYTON:
        Judge, at this point in time, I mean they didn't allow me to go into that, you know.  I have already said it was the air conditioning, HVAC.  But I can't go there, and I'm objecting to him going there.

MR. ST. RAYMOND:
        It doesn't even —

MR. CLAYTON:
        Excuse me.  I'm making an objection, as well as Mr. Foster didn't go there.  So I don't see what opens the door to let him walk through it.  We have all been blocked from going down that pathway, and I ask that you close it on him, too.

MR. ST. RAYMOND:
        Your Honor, I'm not even referencing that the stuff went in —

THE COURT:
        You are not saying the words, but that is what you are asking.

MR. CLAYTON:
        It sure is.

MR. ST. RAYMOND:
        Well, Your Honor, the stuff —

THE COURT:
        Sustained.

MR. ST. RAYMOND:
        Okay.

THE COURT:
        Sustained.

BY MR. ST. RAYMOND:

Q.   Doctor, during your testimony, direct testimony, there was a picture of the eye that was put up on the screen, and you showed us how the stuff gets into your eye.  Would that be through gas?  Would it be a gas form that would get into your eye?

A.   Would the eye be through gas?  I don't understand your question.

Q.   I'm sorry.  Let me — how do you — how does HF and HCL enter your eye?

A.   HCL can penetrate and totally disintegrate the protein components of your eye.  It is corrosive.

Q.   Let me just stop you there.

A.   It just eats through.

MR. CLAYTON:
        I —

THE COURT:
        Let her finish.

MR. ST. RAYMOND:
        I don't think she understands my question.

MR. CLAYTON:
        I do.

THE COURT:

She is answering it.  If you believe the answer is not responsive after she gives her answer, you can simply object and say, Judge, this is nonresponsive.

MR. ST. RAYMOND:
        Okay.

BY MR. ST. RAYMOND:

Q.   I'm sorry, Doctor.

A.   The HCL can degrade proteins.  It can precipitate proteins.  It can just completely disintegrate the tissue as it approaches the eye.  It's corrosive.  That's what corrosive means.  Just like the barrels were corroded, the eye is corrosive.

An additional factor is the hydrogen fluoride acts more, because of the fluoride ion, as the alkaline, and so it can liquefy the tissues and then allow both acids to penetrate even deeper, and that's the danger of the hydrogen fluoride being with the hydrogen chloride.  It can make it even easier.  It can do something HCL can't do.  It can't liquefy tissues, it can coagulate them.  So when it coagulates, it's not likely to go as deep.

But because you have the hydrogen fluoride in there, it's liquefying, so everything goes deeper, and it can ride in with it, and that's how you are really destroying the surface of the eye, and then penetrating deeper into the tissues of the eye, and reaching the lens, and you saw the picture, which is in between — at the base of the posterior chamber of the anterior chamber, posterior chamber.

So it can be completely destroyed.  It can be

**Page 181**

1  coagulated.  Protein can -- hydrogen fluoride
2  actually helps the HCL go deeper.
3  Q.   Doctor, you had some testimony earlier if a
4  can of benzene was sitting in this room, and it was
5  sealed, it wouldn't cause us any harm, would it?
6  A.   Right.  It's sealed.  It has to be --
7  MR. CLAYTON:
8       Judge, I don't remember that question,
9  but, two, it's outside the scope of barrels
10  being in a --
11  THE COURT:
12      Hold on one second.  When did she testify
13  as to that?  I did not hear that.
14  MR. ST. RAYMOND:
15      She said if there was a container, and if
16  it was closed and sealed, and she can correct
17  me if I'm wrong, that it wouldn't cause us any
18  problems.
19  THE WITNESS:
20      No.  I used that as an example for what is
21  an exposure pathway, what is a completed
22  exposure pathway.
23  THE COURT:
24      Okay.
25  THE WITNESS:
26      You have to have a source of exposure, so.
27  THE COURT:
28      I remember that.  I just did not
29  understand --
30  THE WITNESS:
31      Right, and that was the context, to try to
32  explain.

**Page 182**

1  THE COURT:
2       Okay.
3  THE WITNESS:
4       Something has to get out of a closed
5  system and come into the air, and so you then
6  have to have a source of exposure.  A source of
7  exposure is the barrels that are all leaky and
8  corroded.  Things are coming out of them, okay.
9       And so then that has to have a medium to
10  get somewhere.  It could be in the air.  It
11  could be in the soil.  It could be in the
12  water, depending on what we are talking about,
13  and then it's got to have a way to get into the
14  body, and I talked about those, inhalation,
15  ingestion, and dermal, and it has to have a
16  receptor population, the persons that are
17  sitting there.  So you have to have a totally
18  completed exposure pathway.
19  BY MR. ST. RAYMOND:
20  Q.   If we had a container of hydrochloric acid
21  sitting right here on this desk, and it was open,
22  how could I be exposed to it?
23  A.   Oh, you are going to be because it's going to
24  be vaporizing out.  I have hydrochloric acid and
25  nitric acid in my lab.  They are in glass bottles,
26  acid-resistant bottles, and they are closed.  But if
27  I opened them up, and I went back tomorrow, my room
28  would be filled with vapors from these acids, and I
29  would have a lot of destruction of the microscope,
30  the expensive microscope that's sitting on the shelf
31  there, from just the contact of the acid with those
32  metal and plastic components.  You don't have to do

**Page 183**

1  anything.  Open the bottle.
2  Q.   So is the exposure pathway for the putative
3  class, is it vapor?
4  A.   That's certainly one.  That's certainly -- the
5  pathway is inhalation.  The vapor is the medium
6  where it's coming in to their inhalation zone or
7  their dermal zone or they are inhaling, and they are
8  having incidental ingestion.
9  Q.   Would vapor -- coming in contact with vapor,
10  would that cause a problem for skin?
11  A.   Absolutely.  Absolutely.  Vapor is a gaseous
12  form.
13  Q.   So the gas, the gas can affect -- you can
14  ingest it through your skin?
15  A.   No, sir.
16  Q.   You --
17  A.   No, sir.  Dermal.
18  Q.   Ingest isn't the right word.
19  A.   Dermal.
20  Q.   Dermal absorption.
21  A.   Correct.
22  Q.   By the gas?
23  A.   Correct.  But it's on contact.  So it's going
24  to start causing damage to the cells at the surface
25  as it touches them.
26  Q.   How do you remove gas from -- say you left the
27  container in your lab open, how would you remove the
28  gas from your lab?
29  A.   I would have to get specialists in
30  there in complete SCUBA and do their, you know,
31  their thing to remove it.  It would not be an
32  easy -- it would be something professionals trained

**Page 184**

1  to do this with the proper self-contained breathing
2  apparatus to be able to do this.  It would be
3  horrible.  It would have ruined many things in my
4  lab.
5  Q.   Can you dilute a gas, hydrochloric acid gas,
6  with water?
7  A.   A gas to dilute a gas, you need a gas.  You
8  can absorb with water, but the word dilute means to
9  mix other things -- if you want a gas, and you want
10  to dilute a gas, you can put a gas in to make it
11  less.  When we SCUBA dive, we have certain
12  components in the SCUBA tank, and they have to be in
13  the right proportions.  If they are too dilute, we
14  might not have enough of any one element of air, and
15  so you could have illness.  If you have too much
16  oxygen, you could have blindness.
17      So when you are diluting, when you are setting
18  up the SCUBA tank, you have to have the right tank
19  that you are using to fill them because they have to
20  have the right dilution and exact concentrations of
21  the air.
22  MR. ST. RAYMOND:
23      That's all the questions I have.
24      CROSS EXAMINATION
25  BY MR. STEWART:
26  Q.   Good afternoon, Dr. Williams.  It's been a
27  long day, I know.  Dr. Williams, correct me if I'm
28  wrong, but we only have the pH wipe test to show us
29  what the contaminants were in the east and west
30  rooms; is that correct?
31  A.   We only have the pH wipe samples.
32  Q.   That's correct.

1    A.    To show us what the hydrogen ion concentration
2    is.
3    Q.    Right.
4    A.    Which is the mechanistic portion of the gases
5    that we are most concerned with.
6    Q.    Okay. So we don't have wipe tests outside of
7    those two rooms, correct?
8         MR. CLAYTON:
9              Objection. Asked and answered, Judge.
10   All three of them.
11        THE COURT:
12             Sustained. You can ask a specific
13   question.
14        MR. STEWART:
15             I thought I did.
16        THE COURT:
17             No, no. But your specific question was a
18   question asked by the previous three attorneys.
19   So if you are trying to use that as a
20   foundation, you do not have to.
21        MR. STEWART:
22             Okay.
23   BY MR. STEWART:
24   Q.    So we do not know what wipe tests outside of
25   the east and west rooms would have shown; is that
26   correct?
27   A.    They only have the wipe test —
28        MR. CLAYTON:
29             I'm still objecting, Judge. Same
30   question.
31        THE COURT:
32             The issue is that she stated that she made

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

185

1    her finding based upon the wipe test or
2    whatever from — who was the person?
3         THE WITNESS:
4              Environmental Services, and Dr. Paul
5    Templet used those in his report.
6         THE COURT:
7              So she is not testifying as to whatever
8    else was taken in the building. It's only what
9    she has.
10        MR. STEWART:
11             All right.
12   BY MR. STEWART:
13   Q.    And you don't know if there were any other
14   tests that were done anywhere else in the building?
15   A.    No, I don't.
16   Q.    Okay. So we don't know what the pH might have
17   shown in other areas of the building?
18        MR. CLAYTON:
19             Same objection.
20        THE COURT:
21             You don't know. Sustained.
22        MR. STEWART:
23             All right.
24   BY MR. STEWART:
25   Q.    The chemicals that I believe it's your
26   testimony that these individuals were exposed to,
27   you're not — the pH does not show what those
28   chemicals were; is that correct?
29   A.    We have identification of the chemicals in Dr.
30   Paul Templet's report and Environmental Services'
31   report. We have that.
32   Q.    You have that.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

186

1    A.    And the pH — I really explained this, but I
2    will do it one more time, if it's all right. The
3    hydrogen ion concentration is the toxicant that we
4    are most concerned with.
5    Q.    Okay.
6    A.    And that gives you a composite that is the
7    acid content that is not neutralized. That is the
8    acid content. That is the toxicant that's causing
9    that danger when it touches that eye. That hydrogen
10   ion from hydrochloric acid is a powerful toxicant.
11   Q.    Okay. And you get that from the wipe test; is
12   that correct?
13   A.    That's correct. They were doing pHs. They
14   weren't just doing a wipe test, they were doing a
15   pH. You can do wipe tests for other things, how
16   much particles, how much this, how much that. They
17   did the pH.
18   Q.    Is it assumed that the pH that was indicated
19   on the wipe tests was an indication of the chemicals
20   that were in the room?
21   A.    It is not assumed. They are an indication of
22   the chemicals that went in the room.
23   Q.    Okay. And do you know if the pH could be
24   caused by something other than a chemical exposure
25   such as hydrochloric acid or hydrofluoric acid?
26   A.    There could have been other acids. I don't
27   know. You could have had mixtures forming. You
28   have a leaking environment, you have leaking into
29   the air. When you have mixtures, they can form new
30   acids with hydrogen ions.
31   Q.    Okay.
32   A.    So the important thing is the pH gives you the

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

187

1    hydrogen ion concentration.
2    Q.    I understand that. But my question is this.
3    You can't tell me if a low pH could have been caused
4    by something other than influence of, in this
5    particular case, of something other than
6    hydrochloric acid or hydrofluoric acid; is that
7    correct?
8    A.    The only compounds that have been named with
9    the hydrogen ion were the two acids. Whether there
10   were any others, I am not aware of it.
11   Q.    Okay. Could you tell me, though, if the low
12   pH could have been caused by some influence of some
13   substance other than those two acids? Is it
14   possible?
15   A.    If there were other acids in the barrels, then
16   you would have a contribution from them. That is an
17   extraordinarily low pH.
18   Q.    Outside of whatever contents were in those
19   barrels, can you tell me that something else could
20   have influenced that pH reading?
21   A.    You would have to ask the Environmental
22   Services, they were the ones that went in there. I
23   don't know what else was in the room.
24   Q.    Would Dr. Templet be able to answer a question
25   like that?
26   A.    I don't know. You will have to ask him.
27   Q.    Okay, but can you tell me, if there is any
28   other substance —
29        MR. CLAYTON:
30             Judge, asked and answered three times.
31        MR. STEWART:
32             No. I'm not getting an answer.

ANDERSON v CITY    (Class Certification Hearing) 9/28/15

188

MR. CLAYTON:
And the answer is, she will have to ask them for the pH, that pH 2, the low pH. You know, she has told him three times that I can only -- hydrogen chloric -- hydrochloric fluoride, whatever, I'm getting tongue tied, was 8, and he keeps asking about anything else.
MR. STEWART:
Your Honor, I'm asking the witness if there is anything else, other than those two acids, that could have influenced a pH reading, other than those acids.
THE COURT:
And she answered it.
MR. AMADEE:
She answered.
THE COURT:
Shh.
BY MR. STEWART:
Q.    What if there is no other acid?  Is it only an acid that could have influenced that?
A.    An acid, by definition, is a proton donor, which is the hydrogen ion.
Q.    Okay, so it's only an acid that could have influenced that; is that correct?
A.    That's right.
Q.    Okay. Thank you. The acids that were in that room, the hydrochloric and the hydrofluoric acid, is it your understanding that they leaked from those barrels?
A.    That is what the report says.  I think I have said ad nauseam, I'm using the reports, and that is

what was said.
Q.    So you have no information as to whether or not the acids could have spilled from those barrels or whether or not any of those barrels were opened; is that correct?
A.    I did not do the environmental services analysis.
Q.    Okay. So the answer to my question is you have no information like that?
A.    I did not -- I have no information because I did not do that analysis.  That is not my area.
Q.    That's all I have asked.  You have no information. Now, the pH, the wipe tests that we have seen so far, those pH readings from those wipe tests were different for a number of locations, each of a number of locations; is that correct?
A.    That's correct.
Q.    Thank you. Now, let's talk for a moment, if you would, your report, on page 30, last paragraph, 10.0. Here you give us a paragraph, and it says initially:  Numerous self-reported and medically verified symptoms and diseases.  Okay.  Now -- were common in the plaintiff population.
Now let's just concentrate on that sentence for a moment. The symptoms and the diseases were self-reported; is that correct?
A.    The diseases, the glaucoma and the cataracts, also contained the wording diagnosed by my physician for some of the symptoms. So that's where the term medically verified came from.
Q.    All right.
A.    From those statements that I had notarized,

the language was, I have been diagnosed with this by this.
Q.    And this is an individual plaintiff telling you that; is that correct?
A.    There were a hundred and, I think, 41 of them, something like that.
Q.    Individual plaintiffs telling you that?
A.    Individual plaintiffs, 141.
Q.    Okay.
A.    All of them had the same form to say they were or were not diagnosed with glaucoma, were or were not diagnosed with cataracts, were or were not diagnosed with diabetes two.
Q.    Did any of those plaintiffs provide you with any medical information that, other than their own statement, that verified that diagnosis?
A.    No, but they were sworn statements under oath.
Q.    That's not my question.
A.    Well, they were sworn statements under oath, and so I have no reason to believe they lied.  They did not attach medical records.
Q.    That was my question. You were furnished with no information from a doctor?
A.    Sir, they are sworn statements under oath.
THE COURT:
She answered it. She said there were no medical documents attached.
BY MR. STEWART:
Q.    Okay. Let's continue on. Now, the second sentence is:  The symptoms included respiratory illness, difficulty breathing, et cetera; is that correct?

A.    Correct.  That's what it says.
Q.    And those are just numerous symptoms that were reported by many different plaintiffs; is that correct?
A.    Correct.
Q.    Okay. Now, none of these are unique to a chemical exposure, or low pH?
A.    They are all consistent with chemical exposure.
Q.    That's not my question. They are not unique to it?
A.    They are not the only thing that can cause it.
MR. CLAYTON:
Objection.
MR. STEWART:
That's all. She has answered the question.
BY MR. STEWART:
Q.    Now, for cataracts. Tell me this, and glaucoma, age and heredity play a role in that; is that correct?
A.    Correct.
Q.    So if we get around to the issue of specific causation, that is going to have to be examined for each person who is claiming a cataract or glaucoma; is that correct?
A.    It is, but I also used the background that has all of those reasons, and it's in my report as to what you would expect, and you would expect two cases of glaucoma from the general population 18 and over.
Q.    Doctor --

## 193

1   A.   So I compared, and we are already well over
2   that for this 141.
3   Q.   Doctor --
4   A.   So --
5   Q.   This would go a lot quicker if you would,
6   please, just listen to the question and answer the
7   question.  For each person who is claiming a
8   cataract or glaucoma, you have to consider their age
9   and their heredity; is that correct?
10  A.   For each person that is claiming glaucoma, you
11  would have to consider their medical records?  Is
12  that what you are asking me?
13  Q.   Well, I said age and heredity.  Medical
14  records comes next.
15  A.   Well, you would -- I do look at the age.  If
16  they are very young --
17  Q.   Okay.
18  A.   It's so rare to see the cataracts or the
19  glaucoma 18 years of age to 44 years of age.
20  Q.   Okay.
21  A.   You have a very low percentage that you would
22  find.  So, yeah, that would have meaning, if I did a
23  specific causation analysis, I would be looking at
24  how many people in this young category have this?  I
25  would certainly be looking at that.
26  Q.   Okay.  And the heredity as well; is that
27  correct?
28  A.   Well, it depends.  Diabetes would be the
29  inherited part of it.  It goes along with the
30  diabetes type two.
31  Q.   So we would have to examine the person's
32  heredity?

## 194

1   A.   You would have to look at alternative
2   explanations, absolutely.
3   Q.   Okay, good.  And we would have to examine that
4   person's medical records, not only for cataracts and
5   glaucoma, but for all of these other symptoms; is
6   that correct?
7   A.   Not necessarily for the symptoms.  As I said,
8   the symptoms are reported.  Many people don't go to
9   the doctor with the symptoms, but I certainly would
10  have to look at did they go to the doctor close to,
11  as the one that was shown, and then we would look
12  and see if they reported -- what symptoms they went
13  to the doctor for.  It may be they went for one out
14  of five, but they mentioned the other symptoms or
15  didn't.
16  Q.   So, from that standpoint, it's important to
17  look at their medical history; is that correct?
18  A.   If you are doing a specific causation, yes.
19  Q.   Exactly, okay.  Let me ask you something.  If
20  a person, say, worked in that building for ten
21  years, and then, at some -- and the claim is that
22  they were exposed to these chemicals for ten years.
23  Any time somebody suffered one of these symptoms
24  within that ten years, it's not your testimony that
25  that was caused by the exposure to the chemical; is
26  that correct?
27  A.   I'm not doing specific causation.  I have
28  already said that.
29  Q.   I know that, but if you were, that's not your
30  contention?
31  A.   You didn't say that.
32       MR. CLAYTON:

## 195

1            Objection, Judge.  You are asking her to
2       give an answer to an area that she has not
3       done, so he is asking her, well, if you did
4       do -- irrelevance.  Just objection to
5       relevance.
6       MR. STEWART:
7            Your Honor, the point of this is it goes
8       to the necessity for review of issues for class
9       certification, and my point simply is that just
10      simply if someone has suffered one of these
11      symptoms within a particular time of exposure,
12      does not mean that that exposure is what caused
13      that symptom.
14      THE COURT:
15           Yes, but she just --
16      MR. CLAYTON:
17           Objection.
18      THE COURT:
19           She specifically has testified that it is
20      a temporal element, and she talks about the
21      methodology that she utilized in order to make
22      that determination, and whether or not there
23      could have been some exacerbation to several of
24      those symptoms, and whether or not the
25      symptomology occurred in relation to the
26      specific time.  I understand that.  So what is
27      your next question?
28      BY MR. STEWART:
29      Q.   Well, okay, and I'm glad Your Honor brought up
30      the issue of the temporality because, you know,
31      it's -- if we are talking about just the temporality
32      of the length of exposure, any time that symptom is

## 196

1   experienced within that, say, ten-year period of
2   exposure, we cannot conclude, just simply based on
3   that, without any other information, that that
4   symptom is caused by the exposure, can we?
5   A.   You would also look --
6       MR. CLAYTON:
7            My objection here is he is going to
8       specific causation, and Dr. Williams did a
9       general causation.  He is trying to get her
10      to --
11      THE COURT:
12           I am going to overrule your objection as
13      to that because I think that his specific
14      question is related to the causation -- I
15      believe it is a general causation question.
16      BY MR. STEWART:
17      Q.   Doctor?
18      A.   I think I have answered the question.  It
19      really is specific, but I think, to stop this and
20      keep this going, it would be worthwhile, and I just
21      lectured on this last night.  The interview process,
22      when I am in specific causation, as I did with the
23      workers in the BP oil spill, gives a volume of
24      information that cannot be given just on a survey.
25           And that -- also some of the questions I would
26      say, which would be typical in this, when you go
27      home on a Friday, does your nose stop hurting?  Do
28      your eyes stop watering?  Does your throat stop
29      hurting?  The withdrawal from the acid.  When you go
30      back on Monday, does it start all over again?
31      Q.   But those are questions --
32      A.   So there are interview questions -- I'm just

1  giving you one example -- that gives me a volume of
2  information to bring the temporality in on an
3  everyday basis or a weekly basis.  You see this with
4  metal fume fever with the metal workers.  They are
5  sick.  They go home on Friday.  They come back well.
6  They are sick again by Wednesday and Thursday.
7        So as a specific causation expert, there are
8  many things I will do more than just looking at that
9  initial time.  I am going to look for a lot of
10  details.
11  Q.    Because all of that is going to be important
12  in order to determine --
13  A.    If I'm doing a specific causation.
14  Q.    All of that is important, all of that has to
15  be looked at if you are going to determine what the
16  cause is; is that correct?
17  A.    If I am doing a specific causation.
18  Q.    Yes.
19  A.    Not to determine what the cause is.  If I'm
20  trying to relate the symptoms to what we know is
21  acid content.
22  Q.    That's better.  That's a better answer.
23  That's better than my question.  Thank you.  The
24  duration of exposure is important, is it not?
25        THE COURT:
26           Sustained.
27        MR. CLAYTON:
28           Thank you, Judge.  Objection.
29        THE COURT:
30           That was asked and answered?
31        MR. CLAYTON:
32           Asked and answered objection.

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
197

1        MR. STEWART:
2           I must have missed something.
3        THE COURT:
4           Well, the other two lawyers -- that is why
5  I told you to make certain that you listen.
6        MR. STEWART:
7           I tried.
8        THE COURT:
9           Trust me, they asked it several times.
10       MR. STEWART:
11          Okay.
12  BY MR. STEWART:
13  Q.    Frequency of exposure --
14       MR. CLAYTON:
15          Asked and answered.
16       MR. STEWART:
17          I don't know where I was.  Frequency of
18  exposure?
19       THE COURT:
20          Well, if you are going to ask the same
21  questions about the ten years versus the people
22  that were only there that day, ask the specific
23  question.
24  BY MR. STEWART:
25  Q.    Duration.  Is the frequency of exposure
26  important for specific causation?
27  A.    It could be
28  Q.    Okay.  Great.  And, of course, the
29  concentration of the exposure at specific locations,
30  is that correct, that is important for specific
31  causation?
32       MR. CLAYTON:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
198

1           Judge, I'm still objecting --
2        THE COURT:
3           Sustained.
4        MR. CLAYTON:
5           It's a continuation --
6        THE COURT:
7           Sustained.
8        MR. CLAYTON:
9           Thanks.
10       MR. STEWART:
11          Well, then let me try it again.
12       MR. CLAYTON:
13          Let me object again.
14       MR. STEWART:
15          I suspect you will.
16       THE COURT:
17          Are we going to be going through one
18  witness a day?
19       MR. STEWART:
20          I don't think I have much longer, Your
21  Honor.
22       THE COURT:
23          Mr. Clayton still has his redirect.
24       MR. STEWART:
25          Oh, no.
26       THE COURT:
27          Yes.  We are going to have work on
28  listening to the questions because I gave you
29  guys a lot of leeway on asking the same
30  questions, and we cannot continue to go down
31  this road.
32       MR. STEWART:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
199

1           I have forgotten where I was with my
2  questions.
3        MR. AMADEE:
4           At the end.
5  BY MR. STEWART:
6  Q.    Different locations are going to have
7  different concentrations; is that correct?
8  A.    We don't have many different locations.  I
9  don't know.  I'm not going to hypothesize.  That's
10  something that would have to be discussed with the
11  HVAC.
12  Q.    Okay.  When you say that we don't have very
13  many concentrations, we only have the wipe tests
14  that were taken at specific location; is that
15  correct?
16  A.    You have many wipe tests.  It's very good
17  data.  So when you say you only have implies it's
18  not.  It's very good data.  It's very, very strong
19  acid, and so the dissemination, we have already
20  said, would have to come under the other experts.
21  Q.    I have, for wipe tests, you said we have many
22  of those.  I think there are only about 12, maybe
23  13.  I haven't counted them recently, but is that --
24  A.    Thirteen.
25  Q.    Thirteen, is that what you mean?
26  A.    They are very good data.
27  Q.    Okay.
28  A.    Very good data.
29  Q.    Okay.  The measure of exposure, have we talked
30  about that?
31  A.    Yes.
32       MR. CLAYTON:

ANDERSON v CITY   (Class Certification Hearing) 9/28/15
200

**Page 201**

```
 1              Yes.
 2    MR. STEWART:
 3              We have?  I knew you would say that.
 4    MR. CLAYTON:
 5              We have.
 6    BY MR. STEWART:
 7    Q.   How do you define the measure of exposure?
 8    MR. STEWART:
 9              Not that.
10    THE WITNESS:
11              Any type of concentration data in the
12    medium outside the body.
13    MR. STEWART:
14              Okeydoke.  I don't know if you are going
15    to object to this, but I think I'm through.
16    MR. CLAYTON:
17              I'm not going to object.
18    THE COURT:
19              Redirect?
20    MR. CLAYTON:
21              Judge, I'll be done in less than seven
22    minutes.  Quick, let's get to the point.
23              REDIRECT EXAMINATION
24    BY MR. CLAYTON:
25    Q.   You know, they keep asking you about unique
26    exposure and specific causation.  The bottom line
27    is, the temporal relationship with the complaints of
28    the symptoms that are directly correlated to
29    exposure to hydrochloric acid and hydrogen fluoride
30    acid, correct?
31    A.   Yes.
32    Q.   Mr. Anderson over there, my friend here from
```

**Page 202**

```
 1    New Orleans, the city attorney from New Orleans was
 2    talking about, was there any kind of way you can, I
 3    guess, remediate all of the hydrochloric acid, the
 4    vapors in the room, ion particles.  One way to
 5    remediate it is to transfer it.  For
 6    example, when Mr. Anderson goes to work, he inhales
 7    part of it, it goes on his clothes, and when he goes
 8    home, and his little grandson jumps on him and hugs
 9    him, he gets the little ionic hydrochloric acid
10    particles on him, too, right?
11    MR. FOSTER:
12              Objection, Your Honor.
13    THE COURT:
14              Is this a mesothelioma case?
15    MR. CLAYTON:
16              I'm trying to make that.
17    THE COURT:
18              That's what the IHs and the
19    epidemiologists testify about.
20    BY MR. CLAYTON:
21    Q.   Let me ask you that.  The Judge makes a good
22    point.  When those little ion particles that they
23    kept talking about, how they transferred through
24    vapor, when those particles get on Mr. Anderson, can
25    he transfer them and bring them home and other
26    places with him?
27    MR. FOSTER:
28              Objection.
29    THE COURT:
30              I do not know if she is qualified to
31    testify about --
32    THE WITNESS:
```

**Page 203**

```
 1              No.
 2    MR. CLAYTON:
 3              Wait a minute?
 4    THE COURT:
 5              Wait.
 6    MR. CLAYTON:
 7              Oh, I got it.  You're right.  Follow my
 8    question, Judge.
 9    MR. STEWART:
10              We are expanding the class.
11    MR. FOSTER:
12              I object to not only relevance, but
13    Mr. Stewart pointed out, that is not in their
14    petition, amended petition or second amended
15    petition as to --
16    THE COURT:
17              I thought that it was all persons who were
18    at the 2400 Canal Street location who worked in
19    the location over a specific period of years.
20    Are you now trying to expand it to persons in
21    the household?
22    MR. CLAYTON:
23              No, but here is where I was going with
24    that.
25    THE COURT:
26              Okay.
27    MR. CLAYTON:
28              He opened the door for it to show that
29    how -- he asked a good question.  How do you
30    remediate it?  How do you clear it up?  I said
31    one way you could take some of it out of there
32    is have a bunch of folks who were working there
```

**Page 204**

```
 1    to inhale it, have it on their clothes and walk
 2    it out of there and transfer it someplace else.
 3    That's all I wanted to know, was that a mode of
 4    getting it out of there, some of those
 5    particles.
 6              It may be a crazy question, Judge, but I
 7    ask you to give me a little leeway to see what
 8    she says about it, please.
 9    MR. FOSTER:
10              I renew my objection, and also --
11    THE COURT:
12              I am going to --
13    MR. CLAYTON:
14              I'll move on.
15    THE COURT:
16              Thank you.
17    MR. CLAYTON:
18              I think I was right on that, but, at any
19    rate.
20    BY MR. CLAYTON:
21    Q.   I was asking about how does one get the vapors
22    or get exposed to the ion particles.  If I took a
23    bottle, and I think you testified, a bottle of
24    hydrochloric acid and opened it up, like I have done
25    around my swimming pool when I have all this stuff
26    on, I see little white vapors and stuff coming out
27    of there.  Is it escaping into the air?
28    A.   Yes, it is.  It vaporizes very easily.  I have
29    got a lot of experience working with acids.  We wear
30    lab coats because we don't want it -- we don't want
31    it on our clothes.  It's going to eat through
32    anything that it gets to, and we leave the lab coats
```

**Page 205**

1 in the lab.
2 Q.    The point I want to make is that, when
3 hydrochloric acid is exposed to air, it vaporizes?
4 A.    Well, when you open it up, and it's no longer
5 in a contained --
6 Q.    That's what I meant.
7 A.    Container, it's got such a high vapor
8 pressure, it's going to psht, and you are going to
9 immediately inhale it, and it's very dangerous.
10 Q.    Mr. City --
11      MR. CLAYTON:
12          I forget your name.
13      MR. ST. RAYMOND:
14          St. Raymond.
15 BY MR. CLAYTON:
16 Q.    Mr. St. Raymond talked about the --
17      THE COURT:
18          Mr. City?
19      MR. CLAYTON:
20          Mr. City of New Orleans I was going call
21      him.
22 BY MR. CLAYTON:
23 Q.    Your Honor -- I mean Dr. Williams, he talks
24 about whether or not the particles can get through
25 the pathways of the air conditioning vent. Let's
26 talk about mist.
27      MR. ST. RAYMOND:
28          Objection, Your Honor. This is hearsay.
29      He is saying what I said. That's not what I
30      said.
31      MR. CLAYTON:
32          It's called redirect, recross, whatever

**Page 206**

1 you did.
2      MR. ST. RAYMOND:
3          Okay. But we are not supposed to be
4      talking about the HVAC system is my
5      understanding.
6      THE COURT:
7          He is not going to talk about the HVAC
8      system.
9 BY MR. CLAYTON:
10 Q.    I'm going to talk about mist. Can the
11 particles, the ion particles be involved in mist
12 that emanates from the hydrochloric acid and the
13 hydrofluoric acid?
14 A.    That is what is emanating.
15 Q.    Thanks. Next.
16      MR. CLAYTON:
17          The judge is not going to let me talk
18      about that. Move on.
19 BY MR. CLAYTON:
20 Q.    The necrosis, or the liquefaction of the
21 cells, you taught me something here. Remember you
22 talked about that? That they kind of liquefy. So
23 if a person, I may be expanding, but if a person has
24 cancerous cells inside their body, could this
25 hydrochloric acid liquefy those cells, too, and
26 cause them to merge into other cells?
27      MR. FOSTER:
28          Objection, Your Honor.
29      THE COURT:
30          Asked answered. She has already testified
31      that it could cause an exacerbation of the
32      symptoms and the symptomology.

**Page 207**

1      MR. CLAYTON:
2          I'll move on.
3 BY MR. CLAYTON:
4 Q.    Mr. Foster talked about whether or not someone
5 threw the hydrochloric acid in the eyes of somebody.
6 You remember he asked you about that?
7      THE COURT:
8          She was referring to another -- a report
9      that she had written?
10      THE WITNESS:
11          No, it was a journal article.
12      THE COURT:
13          It was a journal article.
14 BY MR. CLAYTON:
15 Q.    Angry, I think it was -- Angra.
16 A.    Aqua regia, which is a combination of nitric
17 acid and hydrochloric acid, was thrown on the side
18 of someone's face, and some of it got into the eye.
19 Q.    And I think it was A-n-g-r-a. I may be
20 pronouncing it wrong.
21 A.    Oh, that was the author's name.
22 Q.    Right, so the author of that. So the point I
23 want to make is that if someone threw it in
24 someone's eye or if that person had some ionic
25 particles that landed or got into the eye, same
26 effect?
27 A.    Yes. You are going to destroy the surface.
28 You are going to have -- it's corrosive on contact.
29 These acids are corrosive on contact, so that every
30 time you come into the medium, you have more
31 corrosion, and that's the point. Duration, you
32 don't need to be in it a long duration to have

**Page 208**

1 something happen. It's going to happen every time
2 you are in its presence. You are going to have
3 destruction of tissue on contact.
4 Q.    So lower exposure or low dose fractionation
5 can cause the same problem?
6 A.    Correct. It just takes longer to erode more
7 cells. But each time you are exposed to it, it's
8 going to cause necrosis of cells.
9 Q.    So when Pan American stands up here and tries
10 to say, well, it was thrown in the eye as opposed to
11 the ionic particles settling into the eye, it may
12 take a little longer, but it will have the same
13 effect.
14      MR. FOSTER:
15          Objection, Your Honor?
16      THE WITNESS:
17          That's correct.
18      THE COURT:
19          What is your objection?
20      MR. FOSTER:
21          First of all, Pan American didn't say --
22      MR. CLAYTON:
23          I just forget their names. I just meant
24      these gentlemen, Judge. Mr. Foster.
25      MR. FOSTER:
26          The second objection is to relevance. I
27      was asking -- all I asked her about was a
28      journal article that she cited in her report,
29      and this isn't a question about a journal
30      article that was cited in her report. This is
31      beyond --
32      THE COURT:

1    But I believe that the question you asked
2  was to try to make the analogy of, there is a
3  big difference between a journal article that
4  refers to studies done by someone who threw
5  some liquid in the face versus an alleged
6  ingestion. So I think that it opened the door,
7  so I will allow it.
8  BY MR. CLAYTON:
9  Q.    Mr. Foster also tried to tell you that we got
10  fluoride in our water and the fluoride in our
11  toothpaste. If the fluoride in our water were to
12  rise to certain parts per million, like the City of
13  New Orleans, you will boil or issue some man --
14  whatever y'all did down here, right?
15  A.    Right. You know, where you are going to use a
16  product makes all the difference in the world, and
17  you have warnings on even the toothpaste, do not
18  ingest. Read it. You know, people don't think
19  about it, but you have warning. If you put it in
20  your eye, it could be very detrimental to your eye.
21  So you have to look at where does this belong in the
22  world, and am I using it properly.
23  Q.    Mr. Foster stood before you and said that none
24  of the three class reps, I'm writing it down here,
25  complained of cataracts or glaucoma. Do you
26  remember he asked you that?
27  A.    Yes.
28  Q.    Now of the 144 or 142 non-self-reported folks,
29  29 of them you found had cataracts or glaucoma?
30  A.    Had -- yeah, it was more than that. I just
31  put that back. I just put that back. It was more
32  than -- what I did was separate it. I think it was

1  29 that had only one thing. They had no other, no
2  other risk for it, so it was really unusual, and I
3  think that was the glaucoma, and you are not
4  supposed to see more than two per hundred, and we
5  had 29, I'm pretty sure.
6  Q.    For the sake of this certification hearing and
7  dealing with general causation only, exposure to
8  hydrogen chloride, hydrogen fluoride acid can cause
9  cataracts and glaucoma, right?
10  A.    Cataracts and glaucoma, yes, and opacities of
11  the cornea, which is outer -- the outer layer of the
12  eye.
13  Q.    If I put the phrase low dosage in front of
14  that, it would still --
15  A.    It might take a little longer to get there,
16  but there is where you get the frequency, and just
17  keep on going, and it will do a little damage every
18  day, every day keep on, but every day that you are
19  exposed to it, you are getting damage.
20  Q.    Also, Mr. Foster talked to you about a Miss
21  Evelle Thomas.
22    MR. CLAYTON:
23      Permission to approach, Judge?
24    THE COURT:
25      Yes.
26  BY MR. CLAYTON:
27  Q.    And he gave you her medical records and told
28  you to turn, I to page four, and he said
29  there is nowhere in her report that she talked about
30  being exposed or having any problems with nose, eye,
31  respiratory problems or anything like that, didn't
32  he? Remember he asked you about that?

1  A.    Yes.
2  Q.    That's the last page in the report. Tell Mr.
3  Foster and the Court what she complained of having
4  as a result of --
5    MR. FOSTER:
6      Objection.
7    THE COURT:
8      Sustained. I ruled that the document
9  speaks for itself.
10    MR. CLAYTON:
11      All right.
12    THE COURT:
13      I sustained your objection to his question
14  on that.
15    MR. CLAYTON:
16      I kind of want the record, so if a higher
17  Court sees it, I want to make sure that that
18  wasn't accurate, Judge.
19    THE COURT:
20      The document speaks for itself. I can
21  read the document.
22    MR. CLAYTON:
23      Okay. Three minutes left. I'm going to
24  wrap this thing up for you.
25  BY MR. CLAYTON:
26  Q.    Mr. Foster was talking to you about OSHA
27  permissible limits for workers, and you were trying
28  to explain to him the difference between what is the
29  permissible limits for industrial workers, and you
30  call them clerical people. I just call them regular
31  folks who are not working at a plant. Are you with
32  me?

1  A.    Yes.
2  Q.    Am I correct for saying that the ceiling for
3  exposure to that chemical is not to be based on an
4  eight-hour increment when it's dealing with people
5  who work in an office, just the general population?
6  A.    It is not to be -- a ceiling is never -- it's
7  never to be exceeded at any second, at any minute in
8  the workplace, even with the industry workers. It's
9  not an eight-hour. In other words, you cannot go
10  over that. It's the ceiling, and you never go over
11  it, not for a minute, not for two minutes, not for
12  an hour, not for eight hours. That's for industrial
13  workers.
14  Q.    And when they try to juxtapose it with these
15  folks who work in the chemicals plants, they've
16  probably got some engineering mechanism where it can
17  suck out that stuff and --
18    MR. STEWART:
19      Obvious speculation. Objection.
20    THE COURT:
21      Calls for speculation.
22    MR. CLAYTON:
23      Let me rephrase it.
24  BY MR. CLAYTON:
25  Q.    When you are put in a controlled environment
26  that specifically deals with hydrochloric acid, then
27  OSHA and the Federal Government and all these other
28  folks make it mandatory upon you that you have some
29  mechanism in place to assure that folks don't get
30  exposed to this stuff and get cataracts, glaucoma
31  and all the other symptoms, correct?
32  A.    They have training programs that would never

1  allow corroded barrels to release these types of
2  chemicals. That's the difference in industry. They
3  are tight on what is allowed and protecting their
4  workers by not being sloppy and not letting things
5  corrode through vessels that are supposed to contain
6  them. That wouldn't have happened in an industry
7  unless it's a real derelict in their duties.
8  Q.     This courthouse ain't meant to store no
9  hydrochloric acid for Pan American or nobody else,
10 right?
11 A.  Right.
12     MR. CLAYTON:
13          That was for a jury. I take that back.
14 BY MR. CLAYTON:
15 Q.    You don't store hydrochloric acid just where
16 folks got to go to work every day, right?
17 A.  No.
18 Q.  Normal people.
19     MR. FOSTER:
20          Objection.
21     THE COURT:
22          What is your objection?
23     MR. FOSTER:
24          It calls for speculation and opinion from
25 the witness for something she is not qualified
26 to testify about.
27     THE COURT:
28          Wait, stop.
29     MR. STEWART:
30          I join in that.
31     MR. CLAYTON:
32          He says a toxicologist —

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
213

---

1     THE COURT:
2          No, no. Because I think that the
3  objection is relative to — she has already
4  testified to that as to OSHA really deals
5  with — it is not dealing with situations
6  whereby you have people in the office building.
7  They do put in place certain requirements to
8  ensure that there is compliance with OSHA. You
9  do not have that in office buildings.
10     MR. CLAYTON:
11          I know.
12     THE COURT:
13          Let's move on.
14     MR. CLAYTON:
15          All right.
16 BY MR. CLAYTON:
17 Q.    Mr. Foster was telling you that Mr. Anderson
18 may have had a greater dose than, say, Miss Armour.
19 It's not about the dose. It's about the exposure is
20 what this whole case is about, correct?
21 A.     It's about the exposure and the damage every
22 time the exposure occurs. So if someone has more
23 exposure than another, it may take them longer to
24 get to some of the end points that would be more
25 severe than others, but the symptoms maybe occur
26 with the lower dose, as well as the higher dose, or
27 the lower exposure as well as the higher exposure.
28 These are, for the most part, cranial nerve
29 reflexes.
30 Q.    Mr. Foster said, well, your stomach has like a
31 lower pH, 2 or 3, and the acid in your stomach is
32 lower, and boy, that's really bad. God made your

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
214

---

1  stomach to handle acid, right?
2     MR. FOSTER:
3          Your Honor, first of all, I object —
4     MR. CLAYTON:
5          You said that.
6     MR. FOSTER:
7          I object. I asked a question. I didn't
8  testify. I object to Mr. Clayton continually
9  saying Mr. Foster told you this.
10     MR. CLAYTON:
11          You did do it.
12     THE COURT:
13          He meant that you asked —
14     MR. CLAYTON:
15          He doesn't want me to call him Pan
16 American or Mr. Foster.
17 BY MR. CLAYTON:
18 Q.    The gentleman over there asked you about
19 stomach acid. Tell the Judge, stomach acid is used
20 to —
21     THE COURT:
22          He asked the question about the Diet Coke
23 and all of that other stuff.
24     MR. CLAYTON:
25          I was going to go there, too. Leave that
26 alone?
27     THE COURT:
28          Come on.
29     MR. CLAYTON:
30          You got it then, Judge. You get it. I
31 thought maybe he was —
32     THE COURT:

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
215

---

1          No. There is a difference. She already
2  testified there is a difference between the
3  acid. It could be a 2, and I may have it
4  reversed, but your stomach acid could be one
5  thing versus the acid in your eyes is something
6  completely different.
7     THE WITNESS:
8          That's right.
9     THE COURT:
10          Next?
11 BY MR. CLAYTON:
12 Q.    My friend over there, Mr. Foster, kept asking
13 you whether or not — whether or not exposure —
14 yeah, whether or not the exposure to hydrochloric
15 acid and hydrofluoric acid caused the symptoms of
16 the plaintiffs. That's not the issue. Isn't it
17 true that the issue is whether or not those symptoms
18 that they complained of are typical of people who
19 have been exposed to low dosage of hydrochloric acid
20 and hydrofluoric acid?
21     MR. FOSTER:
22          Objection.
23     MR. STEWART:
24          Objection.
25     MR. FOSTER:
26          The only reason is I think he is asking a
27 leading question.
28     MR. STEWART:
29          Well, I want to object, Your Honor,
30 because I don't know what purpose he is talking
31 about. He is talking about purposes for
32 general causation or specific causation?

ANDERSON v CITY    (Class Certification Hearing) 9/28/15
216

THE COURT:

She is not testifying as to specific causation. She is testifying as to general causation. Overruled. You can answer the question.

THE WITNESS:

It was a two-part question.

THE COURT:

You can answer it.

BY MR. CLAYTON:

Q. So Mr — my friend over there said, kept asking you whether or not those symptoms that the plaintiffs complained of were caused by their exposure to hydrochloric acid and hydrofluoric acid. My question is that, for the sake of this hearing, the test is whether or not those symptoms were typical of people who were exposed to hydrochloric acid and hydrofluoric acid?

MR. FOSTER:

Same objection.

THE WITNESS:

Yes.

MR. FOSTER:

Excuse me. Same objection.

THE COURT:

I note your objection. Overruled. Same ruling.

MR. CLAYTON:

No further questions.

THE COURT:

Thank you. Watch your step.

THE WITNESS:

---

Okay. Thank you.

THE COURT:

Okay. So I can tell y'all now, I am probably not going to get to the hearing on Thursday because we are going to be here on Thursday. Since we are only getting through one witness a day, we will start tomorrow for 9:00. And who are we calling tomorrow?

MR. AMADEE:

Dr. Templet from Baton Rouge.

THE COURT:

And we have someone else that was supposed to testify today?

MR. GAMBEL:

Mr. Handlin. Judge, I think we can do it. I don't ask a lot of questions.

MR. CLAYTON:

I'm calling Mr. Anderson tomorrow. He is going to be long.

THE COURT:

Just to let you know, I do have an asbestos special setting of motions for summary judgment on Wednesday. I have 18 motions for summary judgment. So if we are not finished by Wednesday, we are going to have to pick up, which I am thinking we probably will not be, so we are going to have to pick up Thursday morning. So just to let you know, I am not going to take any witnesses on Wednesday afternoon.

We should be able to get through, hopefully we can get through two witnesses

---

tomorrow, maybe three.

MR. FOSTER:

I think.

MR. AMADEE:

It will go quicker tomorrow.

THE COURT:

I am going to ask that you spend a little more time listening. I know that everybody is getting their particular case ready, and they have written up their questions, but please make certain you listen to the questions. I gave you a lot of leeway today, but there were a lot of questions that were asked, just in different ways, that were already asked. Okay? And I am not going to allow that as much tomorrow. Okay? All right, I will see y'all at 9:00.

---

CERTIFICATE

This certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, PATRICIA O'BRIEN, Official Court Reporter in and for the State of Louisiana, employed as an official Court Reporter by the Civil District Court of Orleans Parish for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify this proceeding was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript, to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board or by the Supreme Court of Louisiana, and that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.



PATRICIA O'BRIEN
CERTIFIED COURT REPORTER
LOUISIANA CCR NO. 83035

**$**

$50,000 [1]  18/14

**'**

'02 [1]  138/15
'60s [2]  8/8 44/20
'70s [1]  7/20
'73 [1]  8/31
'75 [1]  8/15
'90 [2]  16/22 16/22
'90s [3]  16/10 25/27 25/29
'92 [2]  16/22 25/29
'95 [1]  14/12
'97 [1]  25/27

**-**

-80 [1]  163/21
-81 [1]  138/28

**.**

.01 [1]  58/2

**1**

1.2 million [1]  14/13
10 [5]  56/27 93/14 93/19 126/8 151/27
10-2 [1]  93/28
10-3 [2]  90/15 93/23
10-4 [3]  91/2 91/3 91/20
10.0 [1]  190/20
100 [1]  112/13
100 percent [1]  89/16
1028 [1]  133/10
11-1 [2]  83/13 83/14
12 [1]  200/22
124 [1]  76/25
13 [3]  8/22 172/21 200/23
14 [1]  15/30 45/27 129/12
140 [1]  167/15
1400s [1]  117/7
141 [3]  168/10 191/8 193/2
142 [1]  209/28
144 [4]  75/30 76/3 76/31 209/28
15 [9]  8/23 99/21 99/23 101/9 101/25 102/4
102/22 150/19 150/23
15 percent [1]  56/28
150 [1]  26/2
16 [4]  112/16 124/12 138/20 138/24
163 [1]  2/10
16th [4]  139/11 139/22 139/31 147/4
17 [6]  112/16 116/29 120/9 120/26 139/1
149/30
17,000 [3]  14/19 16/23 132/32
178 [2]  163/21 163/24
179 [3]  138/28 163/28 167/19
18 [3]  192/30 193/19 218/23
18-page [2]  139/1 149/30
180 [3]  107/5 163/28 167/19
181 [2]  163/25 168/12
184 [1]  2/11
188 [2]  22/21 112/26
19 [1]  159/15
1910 [1]  133/10
1980s [1]  157/22
1983 [2]  8/17 128/8
1984 [2]  128/8 159/17
1985 [2]  8/18 17/3
1992 [1]  67/30
1995 [1]  16/16
1999 [31]  37/22 92/26 93/5 93/18 97/22 99/17
99/23 128/8 128/15 129/16 138/16 138/20
138/20 138/24 138/24 139/10 139/11 139/22
139/23 139/27 141/28 143/5 143/19 147/4
147/4 151/32 153/20 154/32 155/12 177/4
177/10
19th [1]  141/5
1:00 [1]  79/5

**2**

2,000 [3]  7/14 31/27 31/30
2,500 [1]  63/14
2.88 [2]  59/8 59/11
20 [12]  12/24 12/32 37/19 97/21 100/20
100/31 102/3 122/13 126/8 134/10 134/16
134/27
200 [2]  26/3 167/18
2000 [2]  132/8 132/8
2000-7489 [1]  1/5
2002 [1]  86/13
2008 [2]  145/29 146/27
2009 [2]  145/30 146/30
201 [1]  2/12
2010 [1]  146/31
2011 [1]  146/31
2014 [1]  146/8

**21**

21 [1]  150/16
23 [6]  43/2 64/5 110/2 137/27 137/29 138/...
234 [1]  6/17
24 [6]  42/3 145/4 145/25 145/27 145/31 146/7
2400 [8]  1/9 3/21 140/14 141/3 143/5 148/9
167/4 203/18
244 [2]  22/20 112/25
24th [1]  145/7
25 [6]  4/16 4/19 12/24 12/32 145/4 145/25
25,000 [1]  63/11
26 [1]  21/19
28 [3]  1/16 98/19 98/23
29 [4]  76/30 209/29 210/1 210/5
2A [2]  44/3 44/5

**3**

3.44 [1]  59/16
3.60 [2]  59/14 59/26
30 [2]  126/9 190/19
31 [1]  2/6
32 [1]  2/7
35 [2]  2/8 3/19
350 [1]  24/8
36 [1]  58/30
374 [1]  124/18

**4**

4.11 [2]  59/13 59/19
4.51 [2]  59/15 59/22
4.74 [1]  59/12
40 [5]  56/20 63/3 131/23 132/24 159/29
41 [1]  191/5
424 [1]  121/7
44 [1]  193/19
45 [1]  58/30

**5**

5-22-2014 [1]  146/8
5.7 [1]  151/30
50 [3]  122/13 131/23 132/24
50 percent [2]  56/20 159/30
500 [3]  163/10 163/10 167/20
55-gallon [1]  91/26

**6**

6.4 [1]  67/8

**7**

7.0 [2]  59/8 59/11
7.2 [1]  123/5
7.3 [5]  58/16 63/17 67/20 123/5 123/6
7.35 [4]  58/25 58/29 123/5 123/6
7.4 [1]  63/18
7.45 [3]  58/26 58/29 123/5
70 [1]  21/10
7489 [1]  1/5

**8**

8.6 [1]  77/8
80 [1]  163/21
81 [1]  138/28
83035 [1]  220/30

**9**

97 [1]  2/9
99 percent [1]  159/28
99.5 percent [1]  159/28
9:00 [2]  218/8 219/17
9:00 o'clock [1]  5/9
9th [17]  86/13 92/22 97/22 99/17 128/14
129/16 139/10 139/22 139/30 141/9 143/4
147/3 153/20 154/32 155/12 177/4 177/10

**A**

A-n-g-r-a [2]  159/13 207/19
ability [3]  10/21 10/24 220/18
able [14]  10/26 20/10 69/16 74/31 87/16
136/2 136/22 136/23 173/1 173/31 177/13
184/2 188/24 218/31
abnormal [1]  63/26
abnormalities [2]  19/6 19/10
about [169]  97/7 17/16 8/29 11/19 11/31 12/20
12/32 13/27 13/28 15/19 16/22 18/17 18/28
20/11 20/13 22/20 24/10 24/24 24/28 26/2
26/16 32/2 32/14 35/32 37/7 37/17 37/23
38/15 40/13 40/16 40/25 41/14 41/19 42/14
44/32 45/11 45/25 46/32 47/18 47/30 49/17
51/28 52/23 54/18 54/29 54/30 54/31 55/1
55/30 56/3 62/27 64/4 64/29 65/23 66/13
67/22 68/2 69/28 71/16 71/32 72/20 72/23
73/22 77/16 81/30 81/32 82/17 83/19 84/1
84/24 84/26 86/26 86/28 91/23 93/25 95/18
95/18 96/27 97/21 98/29 99/9 100/20 103/14
107/9 109/9 109/26 109/27 110/17 111/3

12/15 112/2 116/28 118/2 121/17 124/9
125/29 130/16 130/17 131/5 131/11 131/12
134/8 137/8 137/18 138/8 138/16 139/8 141/4
143/31 148/26 152/10 155/29 157/13 157/13
159/6 159/7 163/9 163/21 165/8 167/10
167/15 167/20 170/2 172/4 175/1 176/15
177/4 177/5 182/12 182/14 189/7 195/20
195/31 198/21 200/22 200/30 201/25 202/2
202/19 202/23 202/31 204/8 204/21 205/16
205/24 205/26 206/4 206/7 206/10 206/18
206/22 207/4 207/6 208/27 208/29 209/19
210/20 210/29 210/32 211/26 213/26 214/19
214/19 214/20 214/21 215/18 215/22 216/31
216/31
about the [1]  205/16
above [6]  1/13 6/7 9/4 67/11 72/29 132/27
above-captioned [1]  1/13
abrupt [1]  144/24
absolute [1]  126/31
absolutely [11]  12/32 25/6 32/12 80/21 95/28
108/24 170/3 170/14 183/11 183/11 194/2
absorb [1]  184/8
absorbed [3]  70/15 178/4 178/4
absorbing [1]  88/3
absorption [5]  56/1 78/9 88/3 178/1 183/20
abstract [1]  58/24
AC [2]  59/14 59/22
accept [2]  34/24 35/12
acceptable [3]  41/32 115/23 122/28
accepted [5]  20/17 20/32 21/1 26/23 37/5
accommodate [1]  74/15
accommodates [1]  74/12
accompanied [1]  220/5
according [7]  29/23 56/28 119/19 119/28
122/25 129/4 138/17
accumulates [1]  10/27
accumulation [1]  65/25
accurate [3]  96/9 125/9 211/18
accurately [1]  91/29
ACGIH [4]  41/5 41/9 131/30 132/8
aches [2]  170/2 170/14
acid [233]
acid-resistant [1]  182/26
acidic [3]  59/23 59/23 59/24
acidity [1]  123/10
acids [45]  11/11 39/31 43/19 47/29 47/29
47/31 49/20 49/24 57/11 58/6 58/7 64/31
65/10 66/14 68/1 68/2 68/4 70/17 70/25 73/2
86/9 109/26 110/8 135/10 136/30 161/1 161/1
161/5 165/9 165/21 175/3 178/4 180/18
182/28 187/26 187/30 188/9 188/13 188/15
189/11 189/12 189/27 190/3 204/29 207/29
across [1]  57/9
act [4]  7/1 10/10 35/29 66/3
action [6]  4/1 50/27 66/3 66/20 69/18 73/3
actions [2]  29/18 43/19
acts [4]  56/4 68/19 175/9 180/16
actual [5]  47/20 50/4 57/29 74/27 141/28
actually [22]  14/27 16/10 16/21 18/10 53/11
68/21 93/13 127/1 127/3 127/32 128/27
143/14 146/22 153/8 159/21 160/5 160/9
160/31 163/7 173/28 175/22 181/2
acute [5]  29/1 45/29 55/8 74/15 134/17
ad [3]  152/18 164/20 189/32
add [2]  26/17 42/20
added [1]  174/4
adding [1]  161/15
addition [3]  46/29 122/11 159/27
additional [4]  4/16 4/17 34/20 180/15
Additionally [1]  4/20
address [8]  3/25 6/16 6/17 54/9 82/11 85/15
114/30 178/7
addressing [1]  106/23
administered [1]  55/11
admissibility [3]  3/13 3/23 3/32
admitted [2]  2/16 79/32
adsorption [1]  88/4
adverse [12]  23/19 23/25 29/18 43/20 46/21
105/8 153/23 153/24 154/22 161/11 165/1
165/21
advise [2]  17/31 80/22
aerosols [2]  177/26 177/32
affect [5]  11/17 51/8 67/20 70/25 183/13
affected [4]  58/21 85/23 128/30 129/1
affects [3]  10/32 15/21 25/13
affirmed [2]  6/6 115/14
afford [1]  103/15
after [22]  6/5 8/4 15/4 22/30 67/8 85/7 86/14
92/15 112/28 138/16 140/24 142/13 142/27
146/4 147/9 151/31 153/20 154/32 155/11
166/29 168/12 180/2
afternoon [4]  5/21 97/16 184/26 218/30
afterwards [1]  28/25
again [23]  31/10 55/19 66/13 85/1 86/25

**A**

again... [18] 88/10 91/21 94/4 1u2/2 115/26 124/10 135/16 138/27 141/2 143/16 155/15 155/32 156/21 168/16 196/30 197/6 199/11 199/13
against [1] 32/30
age [7] 76/29 192/20 193/8 193/13 193/15 193/19 193/19
agencies [1] 133/16
agency [5] 12/4 12/13 29/27 67/31 134/5
agent [1] 46/9
agents [1] 150/21
agkh [3] 51/10 51/10 51/10
ago [2] 32/18 90/21
agree [13] 38/11 53/29 89/16 105/14 105/17 117/3 117/20 117/28 124/19 127/15 127/17 139/19 159/3
agreed [2] 3/30 132/12
agreeing [2] 5/31 6/2
ahead [3] 71/1 71/23 77/14
ain't [1] 213/8
air [68] 16/4 34/7 34/10 34/13 34/15 36/1 36/2 37/28 38/22 40/17 40/19 40/22 41/22 41/24 47/28 48/14 48/16 48/20 48/29 49/14 49/18 49/19 49/23 59/8 59/10 63/28 65/7 65/13 69/8 83/14 83/15 86/7 87/16 87/24 87/28 87/29 87/29 88/1 88/2 88/16 88/20 90/11 96/13 96/14 96/15 96/16 96/17 108/2 118/19 118/22 121/19 121/21 128/17 133/8 171/14 171/24 171/26 177/26 177/32 178/13 182/5 182/10 184/14 184/21 187/29 204/27 205/3 205/25
airborne [2] 69/8 88/7
airways [1] 65/11
al [2] 1/11 159/17
alcohol [5] 22/23 24/1 25/28 32/25 32/28
alkali [2] 58/9 68/20
alkalide [3] 159/19 175/8 175/10
alkalides [2] 175/12 175/14
alkaline [2] 174/30 180/17
all [125] 1/8 3/11 6/30 9/22 11/11 14/24 18/23 19/3 19/18 20/31 21/12 23/6 26/4 28/24 29/6 29/7 30/30 32/16 33/1 34/18 37/16 38/19 38/29 38/30 40/12 42/26 46/15 46/31 46/32 49/9 51/11 62/9 65/10 68/3 75/32 76/5 76/27 77/6 78/2 79/8 80/28 81/1 82/6 83/22 86/1 86/23 87/17 91/20 92/17 93/8 96/26 102/10 102/14 103/19 106/23 107/16 108/15 110/8 110/32 113/13 118/31 123/9 124/18 126/11 132/19 138/9 141/30 142/11 145/28 150/11 150/13 155/21 155/27 156/2 156/2 157/15 160/17 161/7 161/24 162/17 162/27 163/8 163/8 163/15 164/10 167/13 169/8 169/18 172/27 175/4 175/15 177/12 178/4 178/22 182/7 184/23 185/10 186/11 186/23 187/2 190/12 190/31 191/10 192/8 192/16 192/28 194/5 196/30 197/11 197/14 197/14 202/3 203/17 204/3 204/25 208/21 208/27 209/16 211/11 212/27 212/31 214/15 215/3 215/23 219/16
alleged [3] 53/17 135/1 209/5
alleges [1] 128/7
allergies [5] 77/32 78/25 140/17 140/27 143/7
allow [10] 64/17 78/15 85/18 100/11 133/17 178/12 180/18 209/7 213/1 219/15
allowed [4] 53/20 54/20 54/21 213/3
allows [1] 6/28
alluded [1] 9/6
alone [1] 215/26
along [3] 56/31 159/9 193/29
alphabetically [1] 97/8
already [23] 42/11 46/26 64/4 83/10 84/32 85/27 101/5 101/7 111/9 112/24 126/4 147/22 148/18 156/30 173/10 178/13 193/1 194/28 200/19 206/30 214/3 216/1 219/14
also [40] 3/9 4/15 6/21 6/32 8/22 8/28 15/18 16/3 19/7 20/1 21/6 21/30 22/14 22/24 23/31 36/22 51/27 63/21 65/19 68/12 68/13 68/14 74/5 80/11 113/1 113/12 113/16 128/23 132/10 132/19 145/19 146/10 176/28 190/28 192/27 196/5 196/25 204/10 209/9 210/20
alter [1] 74/24
alternative [4] 124/22 125/16 144/8 194/1
although [3] 48/16 66/3 95/26
aluminum [1] 12/9
alveoli [1] 65/20
always [14] 12/15 45/8 48/8 48/8 48/9 67/24 121/32 127/6 130/13 133/4 143/32 144/9 154/3 154/7
am [76] 4/31 6/21 6/28 7/12 13/5 12/29 20/20 23/6 24/23 29/30 30/10 31/17 31/19 33/32 34/1 35/17 38/4 38/11 40/10 40/23 42/24 43/30 49/24 54/15 54/30 59/32 60/15 62/5 62/6 62/10 62/12 74/11 75/18 75/18

alveoli [1] 65/20
104/12 105/6 105/7 106/2 106/23 111/27
115/21 116/19 126/19 142/22 145/14 14s...
149/21 153/3 154/5 154/7 158/22 160/1 167/6
174/22 188/10 196/12 196/22 197/9 197/17
204/12 209/22 212/2 218/3 218/26 218/28
219/7 219/15 220/23 220/24
AMADEE [4] 1/20 40/27 57/18 86/10
amended [2] 203/14 203/14
AMERICAN [31] 1/23 6/29 7/8 7/12 7/14 12/23 12/30 17/26 31/23 32/5 41/1 77/23 102/29 107/5 110/11 138/29 139/1 149/32 150/2 150/4 151/32 163/14 163/16 163/23 167/12 167/17 169/19 208/9 208/21 213/9 215/16
AML [2] 167/6 167/10
among [1] 116/8 129/27
amount [1] 48/2
amounts [2] 92/7 126/6
analogy [1] 209/2
analyses [1] 49/25
analysis [24] 19/29 20/31 37/3 108/12 112/7 112/22 113/4 125/20 125/22 138/26 153/18 164/9 164/14 164/32 165/14 165/15 165/17 165/26 166/30 167/5 167/7 190/7 190/11 193/23
analytical [1] 172/21
analyze [1] 163/29
analyzers [1] 90/22
anatomic [1] 21/29
anatomy [15] 7/4 7/5 9/7 9/9 9/10 9/18 9/19 10/29 15/18 27/18 29/32 30/7 31/20 34/27 123/17
and/or [2] 78/3 78/30
ANDERSON [12] 1/7 3/7 9/23 42/6 91/22 112/5 128/6 201/32 202/6 202/24 214/17 218/18
angle [5] 10/25 75/1 75/2 75/5 176/3
Angra [3] 159/12 159/17 207/15
Angry [1] 207/15
animal [5] 11/9 45/7 46/4 46/4 67/16
animals [1] 10/30
Annex [3] 172/10 172/12 177/23
announced [2] 18/11 44/22
another [16] 3/8 43/5 43/5 49/11 78/15 85/29 95/31 107/4 107/27 107/10 107/32 117/17 143/22 163/8 207/8 214/23
answer [38] 27/16 33/30 38/17 39/12 49/6 53/14 53/20 106/11 115/18 117/23 123/8 126/19 126/19 127/22 133/31 134/1 146/5 148/20 156/23 164/22 170/21 171/9 171/10 171/12 176/18 176/21 177/29 180/2 180/3 188/24 188/32 189/2 190/8 193/6 195/2 197/22 217/4 217/9
answered [16] 117/21 158/1 163/32 164/4 164/19 185/9 188/30 189/14 189/16 191/26 192/16 196/18 197/30 197/32 198/15 206/30
answering [2] 165/27 180/1
anterior [5] 71/14 73/13 73/31 74/20 180/31
any [145] 7/7 8/11 12/21 13/25 15/28 16/29 17/31 19/27 20/17 23/4 33/4 38/32 39/4 39/25 40/6 41/4 41/12 44/28 44/28 46/19 49/23 50/29 51/4 52/26 53/8 53/17 53/24 54/21 60/5 63/29 68/15 78/7 82/5 91/8 99/9 100/15 101/17 103/14 104/32 105/4 105/4 105/10 107/21 108/15 111/26 118/3 118/3 118/4 118/5 119/5 119/8 122/19 123/11 123/22 123/23 124/4 124/5 125/16 125/17 127/19 127/27 127/20 127/25 127/28 132/26 133/21 133/22 135/11 136/4 136/18 137/9 137/9 137/10 137/12 138/22 138/22 138/22 140/15 143/14 143/14 145/32 146/1 146/11 146/12 146/31 148/7 148/8 148/9 149/9 150/5 150/32 153/27 154/31 155/9 155/10 155/12 155/13 157/17 157/18 158/23 160/24 160/25 161/30 162/6 166/26 166/27 166/32 169/19 170/19 170/22 170/26 171/14 171/15 171/24 174/17 174/7 174/18 175/26 176/9 181/19 181/17 184/14 186/13 188/10 188/27 190/7 191/14 193/24 194/23 195/32 196/3 201/11 202/2 204/18 210/30 212/7 212/28 218/29 218/6 220/13
anybody [4] 22/15 62/16 65/22 91/8
anyone [3] 41/32 105/12 135/24
anything [34] 25/6 33/20 35/3 40/3 54/18 65/32 69/10 70/19 72/7 72/30 74/23 78/8 96/16 97/32 97/32 106/24 119/4 110/10 132/4 152/32 154/9 155/28 160/25 163/1 171/5 171/8 174/18 175/3 176/9 183/1 189/7 189/10 204/32 210/31
anyway [3] 18/24 99/2 171/13
anywhere [3] 13/4 145/31 186/14
apologize [2] 122/18 137/20
apoptosis [1] 170/10
apparatus [1] 184/2

appear [1] 84/5
APPEARANCES [1] 1/18
appeared [1] 69/2
apples [2] 57/26 141/6
applicable [1] 133/24
applied [3] 45/13 124/26 125/12
applies [2] 46/9 153/3
apply [4] 24/27 42/8 135/23 135/31
appointment [1] 4/22
appreciate [2] 8/28 24/2
appreciation [1] 153/31
approach [7] 72/13 83/6 98/13 116/21 121/24 149/25 210/23
approaches [1] 180/11
appropriate [1] 12/15
approximately [4] 99/20 107/5 112/26 128/8
approximating [1] 102/4
aqua [3] 159/24 160/6 207/16
aqueous [4] 47/28 47/30 56/13 158/4
are [457]
area [34] 9/4 15/12 15/13 18/2 19/4 37/7 37/9 37/10 37/14 37/25 40/26 58/17 73/5 73/6 73/7 74/9 74/18 78/9 79/4 83/24 86/9 87/11 92/9 123/7 123/23 124/4 126/6 127/10 129/8 136/25 172/27 174/15 190/11 195/2
areas [11] 7/29 26/9 26/13 29/6 29/8 32/3 34/25 35/12 87/14 88/13 186/17
argue [1] 85/19
argument [1] 53/3
argumentative [2] 105/22 135/17
Armour [12] 3/9 4/18 128/13 145/11 145/12 145/13 145/17 145/18 145/19 145/32 148/8 214/18
around [12] 10/26 18/2 73/24 73/29 87/17 119/10 122/14 125/23 129/10 163/27 192/23 204/25
arthritis [1] 170/13
article [9] 19/19 159/24 160/15 160/27 207/11 207/13 208/28 208/30 209/3
as [214] 3/10 3/15 3/25 4/25 6/8 7/1 8/11 8/21 9/8 10/8 13/30 14/1 17/11 17/28 17/32 19/10 24/6 25/1 25/11 25/24 25/32 26/12 26/31 27/9 27/11 27/14 28/8 28/8 28/16 28/30 29/28 29/30 31/22 32/7 33/17 33/29 34/9 34/23 34/23 35/24 36/26 38/24 39/5 39/6 39/14 40/10 40/31 42/17 43/1 43/3 43/13 44/16 45/3 48/7 48/11 48/12 50/11 52/25 52/25 53/4 53/4 53/14 53/15 53/18 54/16 54/17 54/18 54/18 55/7 55/22 55/22 57/6 58/8 60/1 60/32 63/6 64/6 64/22 64/23 65/2 65/3 66/1 66/3 66/4 68/21 70/6 77/2 79/28 81/1 82/22 83/1 83/13 83/32 84/3 84/26 85/30 86/8 86/29 87/24 89/24 89/29 92/1 92/8 92/13 95/27 97/10 97/10 99/7 102/22 104/13 106/10 106/10 106/15 108/7 109/24 110/6 110/10 111/22 112/12 116/17 116/17 116/27 118/13 118/31 119/12 119/25 121/26 123/13 123/13 123/31 123/31 124/1 124/1 124/16 124/24 125/1 125/9 125/9 125/11 125/28 126/4 126/27 127/12 133/9 133/9 133/13 133/13 133/16 133/16 133/27 136/20 139/15 141/24 142/7 142/10 147/6 147/20 147/20 147/21 147/24 148/6 148/21 148/22 152/19 156/7 156/31 157/22 158/7 158/10 160/28 160/30 161/20 162/11 163/31 167/14 167/14 170/10 170/23 173/8 174/14 174/17 178/1 178/19 178/20 180/11 180/16 180/23 181/13 181/20 183/25 185/19 186/7 187/25 190/2 192/28 193/26 194/7 194/11 196/12 196/22 197/7 203/15 208/10 211/4 214/4 214/26 214/26 214/27 214/27 217/2 217/3 219/15 220/11 220/13
asbestos [1] 218/22
ascertain [4] 151/2 163/32 164/12 165/7
ask [66] 9/30 23/8 25/4 25/31 28/3 28/25 33/22 36/20 38/12 49/11 55/30 62/10 62/12 85/16 85/26 85/31 89/6 89/18 89/27 90/8 94/10 94/15 94/26 95/17 99/10 101/6 101/9 102/19 104/12 111/17 120/13 127/23 131/12 135/25 138/7 141/14 142/22 142/22 143/32 144/10 144/27 145/2 145/21 145/30 147/26 147/31 151/14 152/15 152/24 153/7 158/3 171/13 173/12 173/17 178/27 178/28 181/18 182/28 184/11 182/8 187/28 188/26 189/22 189/2 194/19 198/2 198/22 202/21 204/7 218/16 219/7
asked [66] 14/6 18/4 22/6 34/11 35/15 35/26 35/32 36/27 39/3 48/30 53/6 77/20 82/16 84/26 86/28 87/12 97/12 106/10 107/9 110/16 113/14 131/2 131/5 131/11 141/2 141/4 150/17 150/19 150/20 151/30 151/31 153/26 154/3 154/8 154/20 158/1 163/15 165/11 167/6 171/8 173/7 176/32 177/2 177/11 177/12 185/9 185/18 188/30 190/27 197/30 197/32 198/9 198/15 203/29 206/30 207/6 208/27 209/1 209/26 210/32 215/7 215/13

**A**

asked... [4] 215/18 215/22 219/15 219/14
asking [46] 16/11 50/28 54/30 60/25 72/19 83/30 84/25 86/31 89/23 89/26 90/9 99/9 99/27 99/28 100/1 100/9 100/9 109/29 113/19 113/28 114/17 115/16 139/21 142/17 147/15 152/17 153/1 153/8 154/29 156/28 156/32 170/18 171/7 178/30 189/7 189/9 193/12 195/1 195/3 199/29 201/25 204/21 208/27 216/12 216/26 217/12
asks [2] 140/13 140/13
aspect [1] 40/30
aspects [1] 117/16
assailant [2] 160/23 160/26
assay [1] 127/3
assess [1] 128/30
assessing [1] 124/21
assessments [3] 27/30 30/23 34/29
associate [5] 6/21 17/1 17/3 17/9 17/11
associated [2] 21/24 28/15 29/2
association [8] 7/19 16/3 16/5 17/15 28/6 44/27 109/11 124/23
assume [25] 48/17 86/29 87/12 89/18 89/27 90/8 90/9 90/9 91/16 93/30 94/27 100/10 113/32 129/13 129/15 140/9 145/14 151/21 151/23 151/25 151/28 152/8 159/32 173/15 173/18
assumed [2] 187/18 187/21
assuming [5] 95/3 129/17 152/4 154/28 168/28
assumption [1] 145/16
assure [1] 212/29
assured [1] 142/1
asthma [11] 65/8 65/8 65/9 70/27 78/25 143/19 143/20 143/21 143/22 144/13 144/14
asthmatic [1] 143/18
asthmatics [1] 67/29
atmosphere [1] 40/22
atom [3] 39/20 158/19 158/20
atomic [2] 16/25 57/32
atrophy [1] 20/2
ATSDR [2] 134/11 134/16
attach [6] 51/20 51/27 57/32 58/12 73/2 191/21
attached [6] 46/26 46/27 93/3 93/5 93/9 191/27
attack [8] 51/31 65/9 65/10 114/2 114/6 143/19 143/23 144/13
attacks [1] 65/8
attempt [2] 72/6 72/29
attempting [1] 177/7
attendance [1] 24/8
attention [4] 150/31 150/32 171/6 171/8
attorney [5] 23/32 105/15 106/3 106/5 202/1
attorney's [1] 118/32
attorneys [5] 32/31 35/20 150/27 154/20 185/18
attracted [2] 48/10 70/3
attributed [2] 78/9 167/28
authenticity [2] 3/12 3/22
author [2] 87/19 207/22
author's [1] 207/21
authoritative [1] 125/28
authority [2] 131/31 162/6
auto [1] 90/22
available [1] 98/9
average [2] 131/20 131/26 132/23
aware [5] 11/13 148/7 160/24 162/16 188/10
awareness [1] 14/18
away [9] 25/13 51/5 51/17 51/19 52/5 58/12 66/28 92/8 163/15

**B**

Babinen [1] 19/8
Bachelor [1] 6/27
Bachelor's [2] 9/4 11/12
Bachelor's-level [1] 9/4
back [33] 8/30 18/32 25/28 26/21 37/19 38/19 42/5 48/30 55/18 56/7 59/25 66/26 75/9 75/29 79/5 83/16 86/25 93/24 96/1 141/9 145/29 157/22 159/25 169/2 172/19 172/22 173/9 182/27 196/30 197/5 209/31 209/31 213/13
background [12] 6/26 6/26 9/8 9/25 10/8 10/29 20/3 20/23 20/28 36/19 59/7 192/27
bacteria [1] 117/11
bad [2] 15/7 214/32
badge [1] 129/5
badges [1] 126/23
ballistic [1] 35/20
banking [1] 9/3
banned [3] 43/7 64/11 64/25
banter [3] 119/25 122/14 125/23
bantering [1] 119/10

barrels [30] 3/21 56/28 59/18 83/16 86/...
87/11 87/21 88/12 91/21 91/25 97/20 97/...
99/24 100/19 101/24 102/21 136/4 136/7
142/12 157/30 159/30 180/13 181/9 182/7
188/15 188/19 189/30 190/3 190/4 213/1
base [1] 180/30
based [8] 35/11 54/16 100/10 102/21 126/21 186/1 196/2 212/3
basic [2] 32/8 157/7
basically [24] 38/31 25/1 36/12 37/3 39/20 48/1 56/19 63/18 76/4 83/25 86/7 88/14 107/4 108/12 117/10 121/10 132/32 144/1 161/13 165/27 168/12 172/5 172/19 172/26
basically studies [1] 161/13
basing [1] 100/28
basis [6] 53/5 99/7 99/10 113/24 197/3 197/3
basket [1] 141/8
bathe [1] 73/18
Baton [8] 5/8 8/9 11/20 14/16 19/1 24/1 47/12 218/10
be [212] 3/6 8/6 13/17 17/2 17/2 20/23 34/2 34/11 37/25 39/24 39/26 40/22 40/32 41/4 41/12 41/32 44/24 45/1 45/26 45/30 45/31 46/15 47/8 49/21 50/31 51/9 51/29 52/16 52/19 53/3 53/13 54/21 55/2 55/3 58/7 58/9 58/21 58/28 59/7 61/28 62/7 63/20 63/31 65/9 66/7 66/21 67/10 67/11 68/1 69/16 71/9 73/6 74/1 74/2 74/31 77/13 77/23 78/9 78/9 78/13 79/31 80/32 81/30 82/4 82/8 87/16 87/16 87/27 87/32 88/5 89/32 89/32 92/3 92/20 95/29 99/14 106/22 110/18 111/23 112/28 112/31 113/10 113/15 117/31 118/18 119/17 119/24 121/12 121/13 121/18 121/22 122/13 122/13 123/16 123/18 124/12 125/2 125/20 125/21 126/5 126/7 126/9 126/13 127/5 127/14 127/31 128/1 128/19 128/21 129/22 130/20 130/25 132/22 133/10 133/10 135/7 136/2 136/2 136/13 136/14 136/15 136/17 136/22 136/23 137/6 137/6 138/2 138/18 140/3 140/6 143/22 144/15 144/16 144/17 144/19 144/20 146/14 150/17 152/21 154/11 157/30 161/16 161/18 162/2 162/16 162/16 162/19 163/17 167/28 169/21 170/31 173/1 173/31 175/29 177/13 177/15 177/19 177/20 177/23 178/4 178/5 179/13 179/14 179/16 180/30 180/32 181/6 182/10 182/11 182/11 182/23 182/23 182/24 182/28 183/31 183/32 184/2 184/2 184/12 187/23 188/24 192/24 193/23 193/25 193/28 194/13 196/20 196/24 196/26 197/11 197/15 198/27 199/17 200/10 201/21 204/6 206/3 206/11 206/23 207/19 207/32 209/20 212/3 212/6 212/7 214/24 216/3 216/4 218/5 218/19 218/26 218/31
bear [1] 11/21
bearing [1] 54/1
beauty [1] 175/12
became [4] 8/18 8/18 17/21 37/21
because [86] 5/7 7/11 8/27 9/12 10/18 10/20 10/21 15/8 16/16 16/12 22/8 26/16 26/18 27/1 27/5 29/29 37/4 40/7 40/12 46/1 53/9 55/20 56/13 62/9 63/10 64/6 65/13 65/14 65/19 66/9 69/5 71/20 75/25 76/1 76/18 76/21 77/15 95/11 100/1 100/9 101/4 101/20 104/1 108/19 110/22 112/32 114/22 117/21 122/4 122/24 123/15 123/17 126/25 129/2 132/12 142/3 142/5 144/5 144/6 144/6 146/32 150/25 156/25 162/6 163/16 167/22 168/15 168/17 169/11 170/27 173/7 173/10 174/12 180/16 180/24 182/23 184/19 190/10 195/30 196/13 197/11 199/28 204/30 214/2 216/30 218/5
become [2] 17/1 76/21
been [60] 6/6 10/13 15/7 16/9 17/24 20/17 20/31 21/1 21/7 23/1 23/4 25/24 26/3 26/9 26/12 32/21 34/9 38/28 38/30 54/16 64/25 82/8 83/1 83/11 92/13 92/28 98/2 98/23 100/19 101/5 101/7 102/22 128/2 129/1 129/16 132/11 134/20 139/2 143/6 147/22 148/26 150/20 161/23 162/31 169/29 170/28 172/13 174/7 176/12 177/22 184/26 187/26 183/1 188/8 188/12 191/1 195/23 216/19 220/19
before [34] 1/14 5/20 7/32 14/32 17/21 17/25 22/30 37/7 40/15 59/25 72/18 79/4 81/12 83/30 85/6 85/18 89/29 97/17 97/21 112/27 128/14 129/17 135/27 140/14 141/3 143/4 143/4 143/5 146/14 160/30 163/32 164/5 209/23 220/13
began [4] 11/22 129/32 140/14 143/5
begin [3] 129/24 144/22 177/14
beginning [5] 19/20 19/23 22/31 162/7 177/18
BEHALF [1] 1/8
behind [1] 47/5
being [32] 3/14 3/21 10/26 18/6 36/10 36/26

C [125] 57/17 69/...
62/13 78/29 80/18 84/7 86/8...
93/8 96/22 97/12 101/20 105/22 110/10
122/18 130/6 130/32 135/16 152/12 161/14
170/23 176/9 180/19 181/10 210/30 213/4
believable [1] 111/24
believe [16] 17/4 102/14 106/28 106/29 141/31 159/12 160/11 163/7 169/14 170/6 173/6 180/1 186/25 191/20 196/15 209/1
belong [2] 136/29 209/21
below [2] 132/6 133/1
bench [5] 3/13 61/7 61/23 62/10 62/30
benefit [1] 8/28
benzene [7] 16/12 27/1 47/23 47/24 133/10 167/9 181/4
Bernard [1] 69/1
besides [7] 108/25 108/28 108/31 109/2 161/6 161/7 173/26
best [4] 46/2 118/29 121/31 220/18
better [7] 58/5 58/16 74/10 88/8 197/22 197/22 197/23
between [13] 12/25 131/32 134/10 134/18 138/19 138/24 139/10 139/30 140/24 180/30 209/3 211/28 216/2
beyond [4] 38/2 38/8 42/13 208/31
bias [3] 124/24 125/5 125/12
big [7] 11/22 37/13 88/15 88/19 90/10 134/27 209/3
biggest [2] 20/7 76/13
Bill [1] 36/9
billion [4] 133/14 134/11 134/16 134/27
bind [1] 65/32
binds [1] 71/4
biochemistry [2] 31/21 57/7
biological [11] 45/3 45/16 118/15 118/18 118/29 121/25 121/31 122/7 125/32 126/4 126/9
biologically [1] 170/25
biology [1] 13/21
bit [20] 7/7 7/16 16/14 18/7 18/28 19/26 21/20 24/24 40/16 64/29 66/8 66/13 67/21 71/17 74/10 89/30 89/31 124/9 130/16 137/31
blindness [4] 52/3 67/16 124/19 136/2
blinds [6] 93/26 93/29 94/6 94/7 94/27 95/4
blinking [1] 72/27
blocked [1] 178/22
blood [14] 9/3 16/11 16/13 18/32 57/10 58/25 63/13 63/16 66/10 71/11 118/31 121/26 121/27 123/6
blotches [1] 78/25
blown [1] 48/20
blue [2] 91/25 91/29
blurred [3] 52/2 66/15 77/32
blurring [2] 74/3 74/5
BMW [1] 103/15
board [21] 6/29 7/6 7/8 7/9 7/10 7/12 7/12 7/14 7/17 12/23 12/25 12/29 12/31 13/25 15/2 17/26 29/14 31/23 32/5 110/11 220/22
Boards [1] 12/25
body [34] 10/32 13/14 58/14 58/20 63/2 66/27 67/13 68/19 68/22 69/4 69/32 86/28 95/28 95/29 95/29 96/30 118/8 119/5 119/15 119/28 119/29 126/25 127/8 159/7 162/17 165/20 165/32 166/5 166/27 167/1 167/8 182/14 201/12 206/24
boil [1] 209/13
Bois [3] 17/30 18/6 20/7
bold [1] 102/32
bond [1] 70/7
bonding [1] 48/12
bone [4] 66/10 69/7 70/15 71/6
bono [1] 23/32
book [4] 61/7 61/23 62/10 62/30 137/26 138/2
books [2] 3/14 46/30
both [31] 8/20 10/1 11/12 12/25 14/23 21/1 26/23 28/12 39/31 41/2 58/10 65/17 70/5 70/13 70/16 70/25 73/1 74/4 76/6 76/13 115/13 115/14 115/15 121/30 136/14 142/13 158/20 159/20 175/15 177/31 180/18
bother [1] 90/25
bothersome [1] 77/7
bottle [3] 183/1 204/23 204/23
bottles [2] 182/25 182/26
bottom [1] 201/26
box [2] 138/4 167/20
boxes [5] 77/16 163/10 165/23 166/1 166/2
boy [1] 214/32
BP [3] 15/4 20/15 196/23
Bradford [6] 44/20 46/6 46/12 46/13 109/5 126/30
brain [1] 169/3
branch [1] 65/4
branches [1] 65/5
brand [1] 22/8
break [10] 37/29 46/16 47/3 72/13 72/20

break... [5] 148/27 148/29 149/3 149/4 149/8
breaking [1] 79/3
breast [1] 20/2
breath [2] 70/27 169/6
breathing [14] 49/29 50/30 51/7 51/13 64/32
65/19 65/27 77/28 78/26 108/20 139/17
169/10 184/1 191/31
brief [2] 115/3 149/11
briefly [2] 6/25 23/8
bring [7] 15/5 19/20 51/4 67/20 163/16 197/2
202/25
bringing [1] 49/27
brings [1] 58/22
British [1] 46/14
broad [1] 103/15
broadcast [1] 3/20
BRODIE [1] 1/26
broken [1] 46/18
bromide [2] 43/5 64/10
bronchi [1] 70/26
bronchioles [2] 65/1 65/14
bronchitis [1] 77/29
broncho [1] 169/6
bronchoconstriction [5] 65/16 65/18 67/28
144/17 144/23
brought [9] 15/5 21/17 22/12 81/19 112/18
113/11 118/26 170/17 195/29
Buckley [1] 36/9
buffer [1] 69/20
buffering [1] 69/15
building [56] 36/31 37/12 37/13 37/15 41/17
41/25 42/7 50/13 50/13 82/4 82/14 83/12
83/20 85/23 86/30 87/1 90/12 90/18 91/23
95/21 97/21 97/27 97/29 100/19 101/23
101/23 102/8 112/15 112/32 123/22 127/20
127/32 128/7 128/8 128/14 128/24 128/27
129/12 129/18 129/20 129/23 139/1 141/27
142/11 150/2 150/5 151/32 164/11 172/13
172/18 173/16 186/8 186/14 186/17 194/20
214/6
buildings [1] 214/9
bunch [1] 203/32
burden [2] 104/8 104/11
burning [13] 64/3 66/15 77/31 77/32 78/24
81/32 82/6 105/2 107/29 108/32 137/13
137/14 137/15
burns [10] 56/5 63/31 63/31 137/8 137/8
137/9 137/10 137/12 159/18 159/19

**C**

C.C.R [1] 1/31
cadavers [2] 10/30 11/4
Caesars [2] 145/20 145/20
cafeteria [1] 22/9
calcium [17] 65/28 65/30 65/32 66/6 66/9
66/11 68/11 68/24 68/25 69/4 69/7 69/31
70/15 71/5 71/7 176/9 176/10
calculate [4] 118/7 118/27 119/13 119/28
calculated [2] 119/17 119/24
calculating [1] 125/3
call [16] 7/22 21/31 21/31 58/19 71/12 73/13
122/6 138/29 141/28 149/29 150/1 150/1
205/20 211/30 211/30 215/15
called [12] 12/19 13/9 18/17 21/16 22/7 37/29
44/5 45/3 51/2 66/31 121/22 205/32
calling [4] 3/3 3/6 218/8 218/18
calls [3] 33/19 212/21 213/24
came [13] 14/32 18/11 36/9 37/3 45/22 45/24
67/32 96/1 107/10 130/7 141/30 141/30
190/30
campuses [1] 14/8
can [230]
can't [23] 34/3 53/11 65/7 65/13 67/1 69/1
71/20 82/11 88/4 89/17 119/32 146/30 150/29
152/8 156/11 167/14 168/10 168/14 172/28
178/14 180/21 180/21 188/3
canal [12] 1/9 3/21 36/31 66/31 73/16 74/22
75/6 140/14 143/6 148/9 167/4 203/18
cancer [13] 12/5 12/14 15/16 15/23 20/2 22/2
26/1 29/27 44/21 67/32 123/14 136/26 162/8
cancerous [1] 20/24
cancers [1] 20/21
cannot [22] 12/6 12/17 30/3 33/19 41/12 46/2
67/19 85/14 89/6 110/18 121/12 127/21
148/20 155/25 169/23 169/31 173/13 173/17
196/2 196/24 199/30 212/9
capacities [1] 98/7
capacity [2] 69/15 98/7
capitulation [1] 62/29
caption [1] 87/13
captioned [1] 1/13
captures [1] 66/6
carbon [1] 45/23

carcinogens [1] 68/5
care [4] 19/4 19/5 135/6 145/20
career [1] 8/14
careful [2] 49/21 56/7
carefully [2] 97/11 119/12
cars [1] 135/3
Casarett [1] 46/31
case [36] 9/7 10/9 10/14 19/27 20/5 20/5 23/7
24/32 25/27 26/19 29/19 35/19 35/23 36/7 36/11
36/27 45/8 45/31 57/23 57/31 60/7 75/10
97/18 106/29 118/1 118/5 133/19 143/25
153/25 154/7 160/24 166/29 167/11 188/5
202/14 214/20 219/9
cases [12] 17/24 17/27 20/20 24/1 25/31 26/5
27/1 32/16 115/2 159/18 159/20 192/30
casino [1] 145/20
cataract [5] 74/2 130/24 160/28 192/25 193/8
cataracts [39] 10/17 10/23 53/9 53/26 66/20
66/22 66/26 71/30 75/25 75/29 75/31 76/6
76/11 76/15 76/24 77/8 107/10 109/28 130/18
130/20 157/6 157/8 159/11 160/32 161/1
161/8 166/18 167/16 168/11 190/27 191/12
192/19 193/18 194/4 209/25 209/29 210/9
210/10 212/30
catastrophe [1] 145/24
catastrophic [2] 63/20 95/28
category [2] 44/25 193/24
Catherine [1] 150/17
caught [1] 75/17
causal [2] 12/6 44/16
causation [117] 17/16 20/26 23/7 25/32 27/14
27/32 28/7 28/17 28/30 29/3 29/16 29/22
30/23 34/29 35/28 36/12 36/29 43/15 44/28
44/21 45/12 46/20 54/3 54/20 54/29 54/31
105/6 105/7 105/12 108/11 109/24 112/7
112/21 113/9 113/14 114/10 114/27 115/5
115/22 115/23 115/28 116/16 117/17 118/9
124/10 124/21 125/20 125/21 125/29 126/28
127/21 130/27 138/26 139/32 140/4 141/16
144/9 147/20 147/21 147/24 148/22 148/23
152/11 152/18 152/22 152/24 153/18 153/22
153/25 153/28 153/30 154/1 154/2 154/9
154/22 154/24 156/31 160/17 164/9 164/14
164/18 164/32 165/3 165/10 165/14 165/15
165/17 165/25 166/5 166/23 166/30 167/2
167/5 167/7 167/11 170/16 176/14 192/24
193/23 194/18 194/27 196/8 196/9 196/14
196/15 196/22 197/7 197/13 197/17 198/26
198/31 201/26 210/7 216/32 216/32 217/3
217/4
cause [73] 6/7 10/16 10/16 10/24 21/9 22/1
23/13 29/28 33/21 36/13 36/28 43/15 44/29
45/10 46/18 46/22 51/31 51/32 54/32 56/12
65/11 66/16 66/21 70/14 71/2 71/5 71/6 71/8
71/24 71/26 71/30 74/3 74/5 76/6 76/13 86/16
87/17 105/8 108/22 108/25 108/28 108/31
109/2 125/2 144/11 144/14 144/25 153/23
153/25 160/19 161/1 161/30 162/1 165/1
165/22 166/9 166/12 166/14 166/16 166/18
170/13 176/4 181/5 181/17 183/10 192/12
197/16 197/19 206/26 206/31 208/5 208/8
210/8
caused [23] 35/28 43/8 45/1 45/14 46/10
66/21 67/28 81/30 88/13 91/17 96/24 105/4
130/20 143/14 154/12 187/24 188/3 188/12
194/25 195/12 196/4 216/15 217/13
causes [18] 10/23 16/12 24/11 63/30 65/25
68/17 68/20 70/12 76/27 123/14 144/8 160/32
161/4 161/6 161/9 167/9 175/32 176/2
causing [8] 28/19 29/18 43/20 46/3 78/13
109/8 183/24 187/8
caveats [3] 133/4 133/5 133/6
CCR [1] 220/30
ceiling [13] 40/31 41/3 41/12 41/20 41/32
42/7 64/4 131/9 131/9 131/11 212/2 212/6
212/10
ceilings [1] 42/31
cell [21] 15/11 15/11 15/17 16/13 49/29 50/29
51/2 58/1 63/22 66/16 66/17 66/19 67/9 70/20
71/11 71/27 73/5 127/2 127/4 170/11 170/12
cells [21] 15/18 15/21 19/20 27/2 27/2 35/29
51/11 51/12 57/9 66/11 66/17 70/18 170/8
170/9 183/24 206/21 206/24 206/25 206/26
208/7 208/8
cellular [7] 10/10 15/16 15/24 15/25 52/7
70/13 75/4
center [10] 8/9 8/16 13/32 14/8 16/32 24/12
29/23 44/7 109/25 116/15
Center's [1] 43/26
centers [1] 8/20
central [2] 117/4 117/29
certain [16] 27/3 40/28 40/30 49/22 84/1
89/18 95/21 136/29 146/18 161/15 162/12
184/11 198/5 209/12 214/7 219/11

carcinogens [1] 25/27 52/17 77/10 98/1
117/14 119/16 143/23 158/16 169/30 169/32
170/13 170/28 170/31 177/29 183/4 183/4
193/25 194/9
certi [1] 12/26
certificate [2] 220/1 220/4
certification [23] 4/1 7/25 12/29 29/15 36/11
50/3 53/5 53/15 54/1 104/2 104/3 105/7
105/13 105/19 114/29 115/21 115/24 115/31
153/26 154/26 154/26 195/9 210/6
certifications [3] 7/10 13/25 154/4
certified [6] 6/29 6/29 7/6 7/12 115/12 220/30
certify [4] 115/6 141/26 142/10 220/14
cetera [2] 149/22 219/19
Chabert's [1] 18/21
chamber [8] 71/14 73/13 73/14 74/20 74/21
180/30 180/31 180/31
chambers [1] 73/32
change [5] 58/27 67/5 74/24 102/21 144/24
changed [1] 132/11
changes [1] 119/5
changing [1] 74/14
CHASE [5] 1/15 6/25 47/19 48/14 75/11
check [3] 109/30 121/28 168/30
checked [5] 22/2 139/7 139/15 140/16 140/18
chemical [38] 14/18 16/25 21/24 21/28 25/21
26/1 43/4 55/10 57/18 63/31 64/9 66/12 67/25
106/21 118/3 133/5 133/25 135/25 135/28
137/8 137/10 143/15 153/22 158/25 161/27
165/1 169/21 175/22 176/15 176/19 177/1
177/20 177/23 187/24 192/7 192/8 194/25
212/3
chemical-induced [1] 26/1
chemicals [50] 1/9 15/20 22/1 23/20 23/26
29/18 36/13 36/17 36/18 36/26 36/30 36/32
37/17 39/17 42/30 43/11 44/29 56/10 64/5
64/8 70/5 105/4 105/8 146/1 148/9 153/24
154/12 155/13 161/25 161/29 162/15 164/15
165/4 169/10 172/3 174/26 174/28 174/31
175/7 175/7 175/24 178/9 186/25 186/28
186/29 187/19 187/22 194/22 212/15 213/2
chemist [2] 86/7 111/7
chemistry [5] 9/2 16/2 18/23 56/23 57/7
children [3] 9/13 18/16 19/5
China [1] 32/1
chips [1] 35/24
chisel [1] 91/9
chloric [1] 189/5
chloride [6] 39/20 43/3 48/9 64/8 64/8 158/11
chosen [1] 161/23
chronic [12] 29/2 45/29 96/32 140/18 140/21
143/7 143/17 143/25 144/6 144/11 144/12
144/13
cilia [4] 51/4 51/8 51/12 51/12
ciliary [1] 74/12
ciliated [2] 51/2 55/20
circulate [3] 67/1 73/15 74/23
circulating [2] 73/17 74/16
circulation [3] 74/8 74/25 75/7
cirrhosis [2] 45/25 45/27
cite [1] 125/27
cited [3] 159/12 208/28 208/30
city [15] 1/11 1/27 64/4 98/5 142/13 157/18
157/24 172/10 172/11 177/23 202/1 205/10
205/18 205/20 209/12
City's [1] 102/30
civil [3] 1/1 32/28 220/1
claim [7] 109/10 135/1 163/5 163/6 163/23
166/22 194/21
claimant [7] 112/9 149/30 150/2 150/18
166/2 169/15 169/17
claimants [3] 107/15 137/25 153/19
claimants' [1] 107/1
claiming [4] 147/13 192/25 193/7 193/10
clarification [1] 92/12
clarify [1] 61/3
class [66] 3/9 4/1 4/22 4/22 4/28 4/30 4/31 5/1
36/11 50/3 52/24 52/25 52/29 52/31 52/31
53/10 53/11 53/24 54/1 64/23 78/24 104/2
104/3 104/32 105/1 105/6 105/13 105/18
106/31 113/10 114/29 115/16 115/21 115/24
115/31 118/4 124/5 125/18 125/19 127/17
127/18 127/25 127/26 127/26 130/17 133/21
135/12 137/32 141/26 143/12 147/29 148/24
150/18 153/26 154/3 154/26 164/8 165/7
166/31 166/31 171/16 177/6 183/3 195/8
203/10 209/24
classes [3] 9/12 9/32 23/20
classify [1] 29/28
clauses [1] 9/25
CLAYTON [24] 1/21 2/5 2/8 2/12 34/23
43/31 50/5 50/18 59/29 85/14 85/15 85/26
86/21 89/11 89/16 89/26 92/18 97/19 98/1

**C**

CLAYTON... [5]  110/30 131/3 142/16
199/23 215/8
Clayton's [4]  26/22 39/11 100/18 174/17
CLE [3]  12/24 12/30 13/1
cleaned [1]  22/9
clear [6]  89/31 97/17 151/8 151/19 172/24
203/30
cleared [1]  92/22
clearly [1]  118/26
clerical [4]  135/14 135/32 137/2 211/30
CLEs [1]  12/19
CLIA [1]  6/32
clients [2]  42/5 152/27
clinic [6]  138/19 139/6 139/9 139/14 140/8
145/18
clinical [18]  6/30 6/31 6/32 8/15 9/2 12/27
12/28 20/9 22/20 22/28 26/17 27/3 56/23
126/1 127/5 127/6 127/9 127/14
close [5]  18/7 54/32 74/13 178/23 194/10
closed [3]  181/16 182/4 182/26
closely [2]  83/14 93/23
closer [2]  26/3 93/28
clothes [3]  202/7 204/1 204/31
cloud [2]  56/18 56/30
clouding [1]  71/12
clue [1]  54/30
clump [2]  10/22 51/32
co [1]  162/23
co-counsel [1]  162/23
coagulate [3]  10/22 40/6 180/22
coagulated [1]  181/1
coagulates [1]  180/23
coastal [3]  15/3 15/4 24/18
coat [2]  56/24 56/25
coating [2]  72/2 72/20
coats [2]  204/30 204/32
Code [1]  103/18
coherence [3]  45/19 45/30 45/31
coherent [1]  45/26
cohort [1]  20/29
Coke [2]  137/5 215/22
cold [1]  108/27
collect [1]  18/31
collected [1]  19/13
colorless [2]  63/27 68/12
columnar [2]  51/2 55/20
combination [1]  207/16
combustion [2]  20/5 20/5
come [21]  14/7 15/1 22/1 36/3 48/7 49/28
49/29 56/24 61/4 70/7 74/19 118/11 130/5
133/26 177/21 182/5 183/29 197/5 200/20
207/30 215/28
comes [7]  3/26 25/7 51/25 72/22 123/15
177/27 193/14
coming [20]  5/7 26/6 32/20 48/13 51/23
55/23 55/28 63/8 72/30 77/22 83/23 92/4
93/11 107/3 130/13 165/18 182/8 183/6 183/9
204/26
comment [1]  97/24
commented [1]  97/25
committees [1]  14/23
common [19]  36/16 76/8 77/11 77/18 78/18
105/10 106/20 114/23 153/19 158/13 164/3
165/13 165/28 165/29 168/3 168/12 168/23
171/9 190/23
communicate [2]  33/32 34/1
communities [3]  28/1 30/24 34/30
companies [2]  23/28 32/28
company [3]  1/23 23/32 102/29
comparatively [1]  158/10
compare [3]  20/21 47/31 59/21
compared [6]  20/2 20/22 48/11 59/11 129/25
193/1
compares [1]  63/4
comparing [3]  20/20 112/27 125/4
comparison [4]  9/17 20/7 20/27 20/28
comparison/control [1]  20/28
comparisons [2]  20/1 20/30
competence [1]  32/11
competency [5]  32/6 109/31 109/32 110/14
110/15
competing [1]  111/20
complain [3]  140/23 140/26 140/27
complained [7]  82/5 140/25 169/28 209/25
211/3 216/18 217/13
complaining [2]  140/28 143/28
complaints [14]  52/26 82/7 82/10 82/12
82/13 96/20 107/23 108/4 125/17 139/20
151/12 161/8 162/5 201/27
complete [8]  7/29 55/29 113/4 113/4 113/6
164/17 175/32 183/30
completed [8]  47/18 47/21 47/24 47/27 151/1
151/7 181/21 182/18

complexity [1]  27/8
compliance [2]  214/8 220/20
complicated [1]  58/24
component [3]  15/2 176/12 176/13
components [8]  34/12 40/6 46/6 58/1 170/12
179/21 182/32 184/12
composite [4]  175/15 175/17 176/30 187/6
compound [2]  29/28 43/4 124/28 171/19
compounds [1]  188/8
compromised [1]  64/14
con [1]  114/29
concentrate [1]  190/24
concentrated [6]  159/23 159/26 159/28
159/31 160/17 160/20
concentration [36]  14/14 37/5 40/9 50/6 56/6
57/23 58/2 58/6 63/12 63/15 88/7 92/8 95/25
119/8 119/26 127/24 127/29 128/4 128/5
128/10 128/11 129/7 129/19 158/9 158/9
158/12 159/29 171/14 171/24 171/27 176/29
185/1 187/3 188/1 198/29 201/11
concentrations [9]  57/29 69/8 95/19 96/29
160/18 161/16 184/20 200/7 200/13
concept [1]  161/11
concern [1]  158/21
concerned [4]  15/19 54/19 185/5 187/4
concerning [1]  25/21
concise [1]  77/20
conclude [3]  36/3 169/19 196/2
concluded [1]  68/3
conclusion [4]  53/4 60/1 142/20 142/21
conclusions [3]  19/14 36/5 36/21
condensation [2]  177/27 177/32
condition [1]  95/4
conditioning [7]  34/16 36/1 37/28 48/14
48/20 178/13 205/25
confer [1]  162/22
Conference [1]  41/1
conferences [1]  23/17
confession [3]  101/22 102/7 102/12
confounding [1]  124/24 125/7 125/13
conjunctiva [2]  72/1 72/4
conjunctival [2]  66/23 71/24
connection [1]  106/28
Conoco [2]  23/30 23/31 23/31
Conrad [1]  79/20
consent [2]  8/24 14/3
consequences [1]  23/21
consider [7]  36/10 125/14 125/16 129/28
150/30 193/8 193/11
consideration [1]  109/5
considerations [2]  44/16 133/28
considered [2]  68/4 150/25
consistency [1]  44/30
consistent [29]  45/20 78/3 78/20 78/28 82/8
82/10 83/18 87/19 94/1 96/28 106/20 106/21
110/7 144/25 153/28 153/32 154/10 154/21
165/13 165/31 166/32 167/30 169/25 169/25
169/27 170/25 170/31 171/9 192/8
constantly [1]  41/23
constituents [1]  75/4
constraints [1]  41/10
consult [1]  36/2
consulting [1]  6/20
consumer [3]  158/14 158/16 158/23
contact [18]  25/7 40/3 50/28 56/4 63/30
66/14 68/18 71/28 72/22 73/10 168/20 177/22
182/31 183/9 183/23 207/28 207/29 208/3
contacts [1]  63/30
contain [3]  136/22 146/12 213/5
contained [10]  47/25 61/7 61/9 61/13 62/10
83/20 136/5 184/1 190/28 205/5
container [4]  181/15 182/20 183/27 205/7
containers [2]  36/32 57/4
contaminants [4]  47/27 55/17 133/9 184/29
contaminates [1]  49/18
content [5]  96/5 170/9 187/7 187/8 197/21
contention [2]  87/20 194/30
contents [1]  188/18
context [3]  108/12 108/13 181/31
continually [2]  42/21 215/8
continuation [1]  199/5
continue [7]  8/7 10/2 49/16 111/32 149/14
191/29 199/30
continues [1]  44/9
continuing [5]  7/31 8/6 12/20 23/24 24/3
contribute [1]  121/22
contribution [2]  136/13 188/16
contributions [1]  165/9
control [5]  20/7 20/8 20/28 108/18 142/7
controlled [2]  125/1 212/25
controls [5]  41/21 131/16 132/15 132/29
132/30
controversial [2]  158/27 158/29
controvert [1]  54/22

completely [1]  150/26
convoluted [1]  174/3
coordinator [1]  6/22
copies [1]  79/31
copious [1]  22/27
copy [5]  47/2 62/11 62/13 79/21 79/28
cornea [22]  40/5 45/15 52/1 52/14 66/23
66/25 67/18 71/10 71/13 75/15 72/24 72/32 73/1
73/5 73/30 73/30 73/31 74/17 74/19 124/30
176/2 176/2 210/11
corneal [5]  52/16 66/16 71/24 71/26 74/1
CORPORATION [2]  1/25 3/29
corporations [1]  23/19
correct [140]  4/4 5/26 5/28 10/19 23/14 23/22
24/5 24/14 24/15 25/22 29/4 31/20 31/24
31/25 31/28 32/6 32/15 32/24 33/12 33/13
33/15 35/18 35/19 35/24 35/25 35/30 35/31
36/5 46/29 49/12 49/20 52/3 52/18 55/15
62/31 63/25 80/3 82/25 82/28 87/26 87/31
89/21 93/11 98/6 99/17 99/18 99/21 99/22
100/22 103/11 105/5 105/15 106/8 107/17
108/6 109/1 109/4 111/15 112/6 112/11
112/23 116/1 117/1 117/2 120/9 120/22 123/3
123/4 125/5 125/21 125/25 125/30 125/31
126/29 126/30 127/28 127/32 130/19 130/21
130/26 131/27 132/10 135/3 138/20 139/7
140/19 140/20 150/22 154/16 154/19 157/6
157/11 157/15 157/19 158/4 158/7 158/26
161/26 169/16 181/16 183/21 183/23 184/27
184/30 184/32 185/7 185/26 186/28 187/12
187/13 188/7 189/25 190/5 190/16 190/17
190/26 191/4 191/32 192/1 192/4 192/5
192/21 192/22 192/26 193/9 193/27 194/6
194/17 194/26 197/16 198/30 200/7 200/15
201/30 208/6 208/17 212/2 212/31 214/20
220/18
correlate [2]  119/7 147/2
correlated [1]  201/28
corrode [1]  213/5
corroded [3]  180/13 182/8 213/1
corroding [1]  65/20
corrosion [9]  40/4 68/17 83/1 86/8 86/9 87/17
88/13 177/18 207/31
corrosive [27]  10/11 10/18 10/20 25/5 25/6
50/29 51/16 51/27 58/10 63/27 63/29 67/4
73/3 82/24 82/28 82/29 84/27 86/26 92/1
95/26 95/27 179/21 180/12 180/12 180/14
207/28 207/29
corrosives [1]  11/10
CORWIN [1]  1/28
cosmetics [1]  13/16
cost [3]  5/31 41/7 132/2
costs [1]  6/2
cough [7]  55/25 70/26 77/28 108/29 166/14
169/13 169/13
coughing [7]  65/27 77/29 78/26 82/1 107/26
107/31 108/1
could [77]  14/21 21/25 22/6 37/14 49/31 51/8
52/13 52/16 53/23 55/2 55/3 58/32 69/5 69/19
69/19 77/2 78/7 78/13 81/30 86/32 96/2 96/3
117/10 117/12 125/1 126/7 128/1 131/22
132/22 136/14 136/15 136/17 136/25 143/21
143/26 144/19 144/20 154/11 161/23 163/16
166/9 166/12 166/14 166/16 166/18 167/28
169/21 169/30 169/32 170/5 170/28 170/31
182/10 182/11 182/11 182/22 184/15 184/16
187/23 187/26 187/27 188/3 188/11 188/12
188/19 189/11 189/21 189/24 190/3 195/23
198/27 203/31 206/24 206/31 209/20 216/3
216/4
couldn't [1]  169/26
counsel [20]  3/30 4/22 4/22 4/28 4/30 5/1
35/15 35/26 53/23 72/12 90/26 94/5 94/26
103/8 152/26 162/23 164/20 165/12 177/6
220/23
count [2]  13/2 169/14
counted [3]  26/3 169/15 200/23
counting [1]  26/2
countries [1]  64/21
country [1]  13/7
couple [9]  33/7 97/17 107/6 142/8 142/18
150/30 163/18 163/19 163/27
course [17]  7/31 13/17 13/22 22/12 24/21
46/14 73/29 74/7 78/17 92/4 112/28 124/32
132/4 133/12 150/21 169/3 198/28
courses [5]  10/5 13/4 15/7 15/8 24/22
court [47]  1/1 1/14 1/32 8/24 10/7 17/17
20/25 21/1 21/2 21/25 28/4 28/11 28/11 34/24
35/11 43/22 47/4 53/14 61/27 62/7 62/11
62/12 79/32 80/11 80/12 80/22 80/23 84/28
90/25 94/21 94/23 103/9 104/15 104/30 105/3
106/6 111/21 115/3 122/30 168/6 211/3
211/17 220/10 220/11 220/12 220/22 220/30
courthouse [2]  47/14 213/8
courts [6]  17/32 20/18 23/4 26/12 26/24

**C**

courts... [1] 27/15
covalent [2] 48/11 70/7
cover [2] 146/8 146/8
covering [1] 67/17
cranial [10] 107/19 107/22 107/27 107/30 107/32 108/14 108/19 157/13 169/12 214/28
crazy [1] 204/6
create [1] 72/23
credit [2] 13/3 86/10
criminal [2] 24/1 26/5
critically [1] 29/20
criticizing [2] 110/19 111/10
cross [17] 2/6 2/7 2/9 2/10 2/11 19/29 19/31 20/31 31/8 33/9 52/32 70/17 70/19 94/10 97/14 163/2 184/24
cross-section [3] 19/29 19/31 52/32
cross-sectional [1] 20/31
crosses [1] 16/7
crude [3] 117/14 122/15 122/18
crystals [1] 39/27
cure [1] 117/9
currently [1] 24/16
CV [2] 26/6 26/8
cytology [2] 15/10 24/20
cytotechnologists [1] 15/15

**D**

DABT [6] 31/25 32/10 109/30 110/5 110/8 110/10
damage [31] 10/24 15/24 18/5 39/21 39/22 43/9 44/29 45/14 45/30 51/26 52/15 52/17 52/18 53/8 53/25 55/1 65/19 65/25 67/6 71/6 73/11 73/12 73/30 84/4 91/18 107/28 183/24 210/17 210/19 214/21
damaged [2] 70/16 73/7
damages [3] 46/10 54/17 54/18
damaging [1] 75/4
danger [4] 39/31 68/19 180/19 187/9
dangerous [6] 59/1 66/12 68/26 70/19 136/20 205/9
DARRYL [1] 1/24
data [13] 19/13 19/21 19/23 28/14 28/16 75/11 171/14 171/24 200/17 200/18 200/26 200/28 201/11
database [4] 75/16 75/24 75/26 76/2
date [8] 37/19 56/31 56/32 86/11 86/12 97/24 141/4 176/32
dated [2] 93/16 99/17
dates [1] 92/14
DAVENPORT [1] 1/7
David [1] 6/18
day [16] 7/29 42/3 42/4 123/9 131/19 131/23 135/6 135/9 184/27 198/22 199/18 210/18 210/18 210/18 213/16 218/7
days [3] 45/27 67/8 132/23
deal [3] 15/3 83/15 88/16
dealing [6] 53/8 153/31 164/13 210/7 212/4 214/5
deals [2] 212/26 214/4
dealt [2] 10/30 82/23
death [7] 66/16 67/10 71/2 71/11 71/27 73/5 170/11
December [28] 97/22 99/17 128/14 129/16 138/16 138/20 138/20 138/24 138/24 139/10 139/11 139/22 139/22 139/30 139/31 141/5 141/9 141/27 143/4 145/7 147/3 147/4 151/32 153/20 154/32 155/12 177/4 177/10
December 16 [2] 138/20 138/24
December 16th [4] 139/11 139/22 139/31 147/4
December 1999 [1] 151/32
December 9th [1] 141/5
December 9 [4] 138/16 138/20 138/24 141/27
December 9th [15] 97/22 99/17 128/14 129/16 139/10 139/22 139/30 141/9 143/4 147/3 153/20 154/32 155/12 177/4 177/10
decertified [1] 115/12
decide [1] 115/30
decides [1] 105/17
decipher [1] 83/28
declarations [1] 7/1
decreased [2] 16/13 27/2
decree [2] 8/24 14/3
deep [1] 180/23
deeper [10] 29/12 68/18 68/23 68/23 68/24 78/15 180/18 180/25 180/28 181/2
deeply [1] 70/12
defendant [1] 97/5
defendants [4] 3/22 4/20 30/28 30/30
defendants' [1] 80/28
defense [7] 32/19 32/22 32/25 32/27 32/30 35/15 110/17
deficits [1] 125/8

defines [1] 161/20
definitely [5] 74/4 77/22 88/6 121/1 151/30
definition [1] 189/22
degenerate [1] 114/13
degenerates [1] 104/5
degeneration [2] 68/17
degrade [2] 49/26 180/9
degree [2] 8/10 8/14
deliberate [1] 160/1
delicate [3] 51/14 65/20 74/21
delve [1] 147/25
Demajo's [1] 80/9
demonstrative [5] 60/1 61/1 61/12 61/29 62/1
demonstratives [1] 59/30
department [12] 7/5 8/19 8/21 13/19 14/7 14/14 16/17 21/11 24/13 98/25 99/16 127/6
depend [2] 127/27 127/30
depending [6] 56/6 95/27 123/1 128/20 133/15 182/12
depends [9] 5/16 51/23 52/8 87/32 88/2 88/2 157/12 159/6 193/28
depict [1] 91/29
deposit [1] 67/5
deposition [14] 79/19 80/9 80/10 80/14 81/1 98/29 104/13 106/30 110/2 110/16 111/11 111/15 151/24 157/9
depositions [1] 157/7
depth [2] 9/14 9/18
derelict [1] 213/7
derived [1] 44/19
dermal [6] 48/16 182/15 183/7 183/17 183/19 183/20
dermis [1] 55/32
describe [3] 37/8 151/30 158/7
described [4] 46/13 65/17 138/30 172/1
description [2] 135/29 136/1
design [3] 13/22 112/10 112/20
designation [4] 32/4 43/10 64/6 64/10
designations [1] 43/11
designed [1] 112/12
desk [2] 22/11 182/21
destripping [1] 124/30
destroy [6] 66/28 71/28 73/21 74/6 74/24 207/27
destroyed [1] 180/32
destroying [1] 180/27
destroys [2] 40/4 71/29
destruction [5] 66/25 70/14 176/1 182/29 208/3
destructive [1] 63/29
details [1] 197/10
detected [1] 162/2
determinant [1] 29/21
determination [3] 17/16 111/22 195/22
determinations [1] 106/6
determine [17] 23/13 28/6 35/28 106/25 121/26 130/23 143/13 155/10 167/3 173/1 173/31 176/32 177/2 177/13 197/12 197/15 197/19
determined [1] 53/14
determining [2] 121/8 167/27
detrimental [1] 209/20
develop [4] 22/15 22/29 44/17 77/2
developed [4] 7/27 22/17 23/10 160/28
development [2] 17/14 28/30
developmental [1] 24/19
deviates [1] 63/6
deviation [1] 63/19
DHH [1] 18/15
diabetes [18] 75/32 76/12 76/15 76/25 76/28 107/10 112/14 167/16 191/13 193/28 193/30
diagnose [3] 33/14 33/16 33/31
diagnosed [7] 140/15 143/6 190/28 191/1 191/11 191/12 191/3
diagnosis [5] 33/28 33/32 34/3 35/30 191/16
diameter [1] 65/6
diarrhea [1] 169/29
dichotomy [1] 133/14
did [117] 8/10 8/11 14/5 14/11 14/15 14/26 17/8 17/31 18/1 18/23 21/17 22/15 22/24 22/29 28/19 35/3 35/16 35/21 35/29 36/24 37/5 43/13 43/18 46/17 46/19 52/31 60/12 67/29 75/29 76/19 83/26 83/27 85/28 86/4 86/17 90/29 96/21 98/3 99/12 100/2 101/21 104/13 109/19 109/23 109/30 110/9 112/10 112/20 112/27 112/27 114/18 114/18 115/28 119/27 120/14 127/2 129/30 136/12 137/9 137/13 137/14 137/15 138/26 138/27 138/31 139/9 139/16 140/1 140/26 140/26 142/24 144/1 144/29 144/31 149/29 150/29 151/32 152/9 152/27 153/24 154/31 157/17 157/22 163/7 163/29 164/9 165/12 166/31 167/12 168/1 169/19 169/27 171/1 171/23 176/7 176/8 176/12 177/13 181/12 181/13 181/28

die [1] 66/19
Diet [2] 137/5 215/22
difference [10] 131/32 134/9 134/18 134/28 209/3 209/16 211/28 213/2 216/1 216/2
different [48] 15/17 24/9 24/9 29/10 32/3 32/10 41/18 57/20 58/11 64/30 69/28 71/30 75/14 76/9 77/18 95/20 96/29 98/7 102/23 106/14 108/22 108/24 112/25 112/30 126/13 127/18 128/9 128/18 129/19 130/21 136/28 142/19 142/20 147/1 153/9 157/10 157/10 157/14 160/18 172/1 177/18 190/15 192/3 200/6 200/7 200/8 216/6 219/14
difficult [4] 52/19 122/4 146/22 146/28
difficulty [5] 65/18 65/27 77/27 78/25 191/31
diffuse [1] 70/18
digest [1] 136/24
dilute [7] 56/13 107/21 184/5 184/7 184/8 184/10 184/13
diluting [1] 184/17
dilution [1] 184/20
dimension [1] 29/13
dimensions [1] 37/11
diplomate [11] 7/13 9/16 12/23 12/30 17/21 17/25 26/14 26/15 31/23 32/4 110/11
diplomates [1] 7/8
direct [22] 2/5 2/8 6/13 35/13 63/30 88/25 94/9 97/19 100/16 100/16 118/13 118/20 118/20 118/22 119/2 119/3 119/22 121/12 122/26 129/3 130/30 179/10
direction [1] 220/17
directly [5] 45/6 107/11 121/18 121/24 201/28
director [10] 7/2 16/12 16/18 21/5 24/6 24/21 26/31 27/9 27/11 33/29
discern [1] 86/32
disciplines [1] 9/22
discriminate [1] 32/30
discuss [2] 46/32 116/12
discussed [1] 200/10
discussion [3] 72/15 81/3 111/29
disease [12] 14/18 17/15 17/17 21/9 21/24 22/23 24/11 26/1 27/32 28/31 134/5 143/18
diseases [15] 10/13 22/21 22/27 23/12 23/14 28/5 28/8 30/24 33/16 34/30 76/9 112/26 190/22 190/25 190/27
disfigure [1] 160/1
disfigurement [1] 159/32
disingenuous [1] 101/20
disintegrate [2] 179/20 180/11
disorderly [1] 170/11
dispersed [1] 40/25
displaced [1] 114/31
display [1] 40/15
dissect [1] 46/2
dissected [1] 11/6
dissemination [1] 200/19
dissociate [1] 70/9
dissociates [4] 66/2 66/5 68/13 71/4
dissolve [2] 48/2 55/22
distance [1] 74/14
distinct [2] 109/25 109/27
distributing [1] 90/11
district [4] 1/1 23/32 118/32 220/12
dive [1] 184/11
diverse [1] 29/9 29/12 32/8
divided [1] 76/10
DIVISION [1] 1/5
do [204] 11/21 11/31 12/1 12/19 12/20 12/24 13/3 13/13 13/14 13/32 14/24 15/2 15/15 16/6 16/23 17/31 19/17 20/19 20/28 20/29 20/30 20/30 22/10 22/32 23/32 24/7 27/9 27/11 29/11 29/17 30/10 31/5 31/14 33/4 33/16 33/22 34/11 34/13 37/2 37/18 39/12 39/17 41/15 41/29 45/4 45/12 45/17 47/4 47/23 48/8 48/21 51/26 52/7 52/18 52/32 53/18 53/21 53/29 55/26 57/17 59/9 62/4 65/31 65/32 71/27 73/4 74/23 75/3 76/3 79/21 79/28 80/21 80/22 82/15 85/9 86/1 87/1 88/16 90/28 91/9 94/19 97/27 97/29 98/8 99/32 101/27 103/13 103/30 105/9 108/9 108/11 110/19 112/8 112/21 113/6 113/9 113/9 113/11 113/14 113/21 113/28 113/29 113/30 113/30 114/19

do... [99] 114/22 114/25 115/16 115/28
117/28 118/27 118/28 119/18 119/21 119/28
122/23 124/19 124/25 126/21 135/10 135/31
136/4 136/11 136/12 137/12 137/18 138/26
141/8 141/17 144/9 144/18 147/24 148/29
151/8 152/9 153/13 153/16 154/3 154/8 154/8
154/9 154/20 158/27 158/31 159/3 160/13
161/14 164/9 164/13 164/28 165/20 165/28
167/7 167/7 167/9 167/31 168/2 168/18
169/28 171/9 172/10 174/19 174/26 175/22
176/18 176/19 176/21 177/11 177/12 178/1
178/8 179/18 179/31 180/21 180/21 182/32
183/26 183/30 184/1 184/2 185/20 185/24
187/2 187/15 187/23 190/6 190/11 193/15
195/4 196/27 197/8 201/7 202/30 203/29
203/30 209/17 209/25 210/17 214/7 214/9
215/11 218/15 218/21 220/14
**doctor** [35] 31/17 33/12 33/26 33/26 33/29
34/4 108/17 119/12 126/17 130/11 138/19
138/23 139/6 139/9 139/13 140/24 144/2
145/22 147/23 150/14 154/13 156/29 158/3
174/26 175/22 179/10 180/8 181/3 191/23
192/32 193/3 194/9 194/10 194/13 196/17
**doctoral** [2] 7/11 11/12
**doctorate** [4] 7/4 9/10 11/18 14/1
**doctors** [5] 14/13 21/21 23/12 35/27 155/11
**document** [23] 100/4 100/31 101/5 101/7
101/16 101/19 102/6 120/5 124/19 124/20
139/2 149/31 155/4 155/16 155/18 155/21
155/24 155/30 156/4 156/27 211/8 211/20
211/21
**documentation** [2] 36/15 75/15
**documented** [3] 10/13 161/2 167/24
**documenting** [1] 140/1
**documents** [5] 75/14 75/18 137/24 177/3
191/27
**does** [54] 24/27 25/4 25/5 33/26 37/26 37/29
38/20 41/7 45/17 46/7 47/31 48/6 51/16 51/18
51/19 51/27 56/7 56/8 59/22 62/16 62/19 63/9
65/31 65/32 65/32 66/3 67/27 69/27 70/1
72/9 72/31 73/30 75/2 83/20 84/5 86/9 91/29
91/32 95/22 96/14 106/18 109/31 119/30
122/6 132/6 168/32 179/18 186/27 195/12
196/27 196/28 196/30 204/21 209/21
**doesn't** [15] 11/16 12/10 27/6 27/10 41/10
42/7 129/2 129/22 135/23 143/20 144/4
161/29 175/2 178/17 215/15
**doing** [24] 7/24 17/22 23/7 49/25 63/18 105/6
105/7 113/26 117/11 118/8 126/1 126/1 127/6
140/3 148/1 153/18 166/29 187/13 187/14
187/14 194/18 194/27 197/13 197/17
**don't** [147] 4/25 10/7 11/21 12/16 13/2 18/18
20/28 20/29 32/24 32/30 33/14 33/16 33/25
33/28 34/5 37/2 37/5 37/10 44/1 47/11 47/16
50/31 52/30 53/26 54/29 57/21 60/22 61/26
62/8 62/16 64/17 64/20 67/18 69/17 69/18
77/4 82/32 85/5 85/22 86/5 88/18 90/27 90/30
91/8 92/20 94/6 94/32 97/26 97/28 97/32
98/10 100/14 101/16 102/25 103/16 105/28
110/21 114/30 117/23 118/19 118/22 119/4
122/19 122/21 123/29 124/4 124/8 124/32
128/16 128/22 129/5 129/9 131/31 133/7
134/11 134/19 136/7 136/10 136/32 138/29
139/4 141/14 141/20 145/23 145/26 146/2
146/31 147/2 151/15 151/17 151/18 153/5
154/5 157/26 157/30 158/23 158/32 159/1
159/1 160/13 160/22 161/32 161/32 162/6
162/9 164/8 167/2 168/18 168/24 170/15
170/26 171/5 171/7 172/23 172/29 174/3
174/32 176/8 178/2 178/20 179/16 179/29
181/8 182/32 185/6 186/13 186/15 186/16
186/21 187/26 188/23 188/26 194/8 198/17
199/20 200/8 200/9 200/12 201/14 204/30
204/30 207/32 209/18 212/29 213/15 216/30
218/16
**donated** [1] 175/18
**donates** [1] 175/3
**done** [24] 11/2 11/9 18/6 19/32 20/1 20/4
20/22 21/20 22/7 45/6 127/21 134/20 139/32
146/18 154/3 158/15 173/18 173/19 174/6
186/14 195/3 201/21 204/24 209/4
**donor** [1] 189/22
**doodoo** [2] 144/16 144/29
**door** [3] 178/21 203/28 209/6
**dosage** [3] 96/23 210/13 216/19
**dose** [55] 45/2 45/5 45/7 55/6 55/8 55/10
55/14 76/19 96/28 117/5 117/15 117/29 118/3
118/5 118/6 118/10 118/25 118/28 119/7
119/10 119/24 119/26 119/27 120/1 121/10
122/3 122/5 122/9 122/10 122/11 122/12
122/19 125/24 125/30 125/32 126/3 126/12
126/22 126/24 126/28 127/4 127/7 127/13
127/24 128/4 158/28 159/5 161/14 162/1

**dosed** [1] 126/21
**Doull's** [1] 46/31
**down** [24] 25/2 30/6 37/29 46/17 46/17 47/3
55/5 58/18 61/17 62/6 65/3 65/4 67/14 97/19
100/16 114/1 114/5 130/8 145/23 145/26
178/22 199/30 209/14 209/24
**Dr** [72] 3/6 5/25 19/5 19/8 33/14 34/7 34/24
35/12 36/22 56/17 56/28 56/30 72/18 78/2
81/29 97/16 98/23 100/18 103/7 103/11
104/12 104/30 105/14 106/27 107/23 108/4
109/17 109/18 109/20 110/1 110/3 111/9
112/4 116/3 116/31 117/20 118/1 119/6
122/18 126/15 127/15 132/20 133/18 133/29
134/32 136/8 137/31 138/18 144/27 145/2
145/6 145/30 148/5 149/23 149/29 150/16
154/27 159/3 159/20 163/4 168/4 173/25
176/27 177/15 184/26 184/27 186/4 186/29
188/24 196/8 205/23 218/10
**draw** [1] 36/4
**Dresser** [2] 22/7 23/29
**drew** [1] 96/15
**dropping** [1] 176/10
**drug** [6] 7/19 24/1 25/28 32/25 32/28 127/10
**drums** [7] 56/18 56/31 91/26 91/30 97/20
99/20 175/25
**ducts** [4] 48/15 172/24 172/25 172/27
**due** [3] 67/4 71/6 71/11
**duly** [1] 6/6
**dummy** [1] 61/17
**duodenum** [1] 136/24
**duplicate** [1] 163/1
**duplicates** [3] 107/6 163/19 163/27
**duplicative** [2] 97/12 164/2
**duration** [4] 197/24 198/25 207/31 207/32
**during** [4] 8/8 142/13 150/21 179/10
**duties** [2] 16/20 213/7
**duty** [2] 21/9 137/4
**dynamic** [1] 73/17
**dysfunction** [1] 65/11

**E**

**each** [27] 4/26 30/28 32/9 44/24 48/10 60/11
70/3 77/25 81/27 112/29 113/7 113/16 114/13
128/27 129/10 136/7 141/31 147/28 148/23
165/29 168/13 172/22 190/15 192/25 193/7
193/10 208/7
**earlier** [2] 9/6 13/27 26/22 29/7 40/28 48/30
96/27 105/24 157/23 160/30 175/19 181/3
**earn** [1] 7/13
**easier** [3] 47/8 62/7 180/21
**easily** [4] 57/12 71/3 119/17 204/28
**east** [16] 59/13 59/14 59/18 59/26 123/20
123/24 123/32 124/6 172/3 172/9 172/15
172/16 172/22 174/27 184/29 185/25
**easy** [2] 65/25 183/32
**eat** [8] 22/9 22/11 25/13 51/16 58/11 58/12
66/28 204/31
**eating** [2] 52/5 73/8
**eats** [2] 51/19 179/23
**economics** [3] 41/7 41/11 132/1
**ecotoxicology** [1] 24/17
**edema** [1] 71/24
**editions** [2] 44/14 46/32
**educating** [1] 40/27
**education** [11] 7/32 8/6 8/11 8/25 9/8 12/18
12/20 14/17 23/24 24/3 29/13
**educational** [1] 6/26
**EES** [1] 13/7
**effect** [26] 10/31 15/19 24/31 25/5 25/5 45/11
45/19 51/16 55/9 55/10 68/8 82/17 82/28
84/27 84/29 84/30 84/31 86/27 91/32 92/2
93/32 97/30 127/2 161/12 207/26 208/13
**effects** [35] 10/18 10/21 12/9 15/4 20/22
23/19 23/26 25/21 29/11 40/13 43/16 43/20
44/32 46/2 46/7 46/22 52/14 55/14 55/15 67/4
68/15 82/24 84/7 105/8 121/9 132/7 153/23
153/24 154/11 154/22 161/21 161/21 165/1
165/2 165/22
**effort** [1] 31/4
**eight** [8] 42/4 131/19 131/23 131/25 132/23
212/4 212/9 212/12
**eight-hour** [5] 131/19 131/25 132/23 212/4
212/9
**either** [12] 7/21 55/24 66/14 78/4 86/6 104/32
108/5 118/4 118/30 125/18 133/19 136/16
**element** [6] 65/28 69/31 105/31 142/23
184/14 195/20
**elemental** [1] 25/3
**elements** [1] 24/32
**else** [17] 22/15 62/16 85/19 136/17 141/17
151/17 167/23 172/29 186/8 186/14 188/19
188/23 189/7 189/10 204/2 213/9 218/12
**else's** [1] 76/2
**emanates** [1] 206/12

**embryology** [2] 9/19 9/20
**emergency** [7] 69/22 138/19 139/10 139/14
139/23 140/2 140/8
**EMGS** [1] 20/13
**employed** [2] 6/19 220/11
**employees** [1] 98/5
**employment** [5] 6/20 13/28 22/31 157/17
157/20
**end** [7] 18/11 46/24 55/12 79/26 162/13
200/4 214/24
**ended** [1] 112/32
**engineering** [6] 13/20 16/5 132/15 132/29
132/30 212/16
**engineers** [1] 34/13
**enjoy** [1] 15/9
**enough** [4] 18/18 73/12 128/17 184/14
**ensure** [1] 214/8
**enter** [1] 179/19
**entered** [1] 101/5
**entire** [5] 8/20 14/17 19/17 73/24 155/30
**entitled** [2] 6/7 154/17
**entries** [1] 75/23
**enumerate** [2] 168/1 168/15
**environment** [8] 58/28 132/2 144/22 144/24
144/25 171/15 187/28 212/25
**environmental** [33] 6/24 14/11 14/29 14/31
15/29 16/2 16/19 17/17 21/8 23/11 24/11
24/17 28/7 28/15 28/30 34/29 61/5 62/29
92/25 93/18 113/5 113/7 121/30 136/8 164/16
165/4 172/20 177/16 178/6 186/4 186/30
188/21 190/6
**environmentally** [2] 27/32 30/24
**environmentally-exposed** [2] 27/32 30/24
**epi** [2] 19/31 45/4
**epidemiologic** [7] 19/27 19/30 20/25 21/23
44/28 124/25 126/3
**epidemiologists** [1] 202/19
**epidemiology** [27] 11/19 11/25 12/1 12/2
12/6 12/10 12/15 20/6 26/24 26/28 27/20
29/32 30/7 34/25 38/15 122/6 124/13 124/15
124/31 125/8 125/11 125/27 125/31 126/2
126/14 126/20 126/32
**Epidemon** [1] 11/22
**epidology** [1] 11/22
**epithelium** [4] 51/3 51/3 55/21 66/25
**equipment** [7] 41/26 41/29 131/16 132/15
132/19 132/25 132/28
**equivalent** [1] 58/29
**erode** [3] 56/27 67/1 208/6
**erosion** [1] 15/3
**erythrocytes** [1] 16/13
**escaping** [2] 48/3 204/27
**esophageal** [1] 136/25
**esophagus** [4] 51/21 63/32 78/8 123/15
**especially** [2] 10/11 26/5
**ESQ** [9] 1/20 1/20 1/21 1/21 1/24 1/25 1/26
1/27 1/28
**essence** [1] 47/4
**essential** [2] 65/28 121/8
**establish** [2] 31/15 177/7
**established** [4] 7/18 126/20 147/22 173/11
**estimate** [2] 121/15 126/21
**et** [5] 1/11 29/7 82/1 159/17 191/31
**etch** [1] 158/23
**etiology** [5] 17/16 21/8 28/7 28/17 29/3
**evacuation** [3] 49/22 49/27 51/29
**evaluate** [1] 43/18
**evaluation** [1] 68/1
**EVELLE** [7] 1/7 79/20 150/17 151/24 154/28
155/10 210/21
**even** [22] 13/2 59/27 64/1 67/14 69/8 71/3
85/6 86/28 95/14 101/27 101/27 143/19
148/20 167/2 167/10 174/16 178/17 178/26
180/18 180/20 209/17 212/8
**event** [3] 22/30 129/15 139/26
**eventually** [2] 52/2 65/4
**ever** [15] 10/29 16/29 17/13 19/27 20/17
20/24 26/8 26/12 34/9 124/6 135/6 143/5
150/20 155/10 167/3
**every** [23] 7/28 8/2 8/6 11/8 22/18 23/6 31/4
90/8 113/7 122/12 123/9 128/29 128/31
128/32 141/7 143/11 207/29 208/1 210/17
210/18 210/18 213/16 214/21
**everybody** [3] 27/5 143/31 219/8
**everybody's** [1] 129/5
**everyday** [3] 137/2 161/24 197/3
**everyone** [3] 45/22 112/32 129/10
**everything** [20] 3/13 10/22 13/15 26/16 33/20
44/24 44/25 49/27 62/6 63/11 70/21 76/29
80/18 96/8 125/1 128/29 141/17 151/9 175/17
180/25
**evidence** [49] 12/6 24/32 43/28 44/6 44/24
45/9 45/12 45/18 45/32 46/1 53/8 60/6 60/23
61/1 62/9 62/28 62/30 79/19 79/29 83/11

**E**

evidence... [29] 84/30 86/8 91/8 91/12 93/11
95/19 98/24 101/6 101/8 101/16 103/19 116/4
116/14 117/1 118/2 118/10 121/7 133/18
137/9 138/7 145/7 151/24 165/20 166/6 166/8
167/8 167/9 176/6 176/11
evidently [1] 64/19
evolution [2] 21/24 133/15
exacerbated [1] 143/21
exacerbation [4] 22/32 143/27 195/23 206/31
exact [1] 184/20
exactly [10] 46/12 47/4 54/28 87/20 122/3
128/2 128/3 172/24 173/8 194/19
exam [7] 7/27 7/28 7/28 8/3 8/4 29/11 32/8
examination [12] 6/13 31/8 33/9 35/13 94/10
97/14 97/19 100/17 130/30 163/2 184/24
201/23
examine [3] 144/8 193/31 194/3
examined [2] 6/7 104/22
example [11] 22/16 45/21 51/9 64/7 107/16
128/6 134/9 151/27 181/20 197/1 202/6
exams [2] 7/29 32/1
exceeded [4] 41/4 41/12 133/20 212/7
excellent [1] 36/24
Except [1] 3/11
exception [1] 3/19
exceptions [1] 77/24
exchanger [1] 83/14
exclude [1] 32/24
excluded [1] 26/9
excuse [5] 85/13 124/7 156/15 178/19 217/24
exhibit [18] 3/11 4/19 43/30 55/14 90/15
93/14 93/19 98/19 98/23 116/28 116/28 120/9
120/26 124/12 138/1 145/31 146/7 150/16
exhibits [10] 3/15 3/32 5/25 80/2 98/8 98/29
120/11 145/4 146/11 146/12
exist [1] 21/19
existence [2] 14/32 63/21
expand [1] 203/20
expanding [2] 203/10 206/23
expect [6] 88/7 131/26 132/26 177/30 192/29
192/29
expectancy [2] 131/24 132/25
expensive [1] 182/30
experience [8] 11/31 13/9 13/29 15/13 29/13
82/23 152/1 204/29
experienced [3] 105/27 108/21 196/1
experimental [3] 45/5 45/32 46/1
experiments [2] 11/2 11/9
expert [40] 3/8 5/7 9/24 25/24 25/32 26/13
27/14 29/30 34/9 34/14 36/1 38/13 38/14 39/5
42/12 42/21 48/17 82/22 83/2 83/29 83/32
86/7 86/29 88/25 88/30 89/3 89/17 89/18
89/27 99/28 102/15 111/12 120/18 121/22
127/23 128/20 135/25 152/15 153/8 197/7
expertise [6] 9/4 26/10 26/13 42/14 75/12
84/18
experts [7] 89/4 89/8 110/17 110/17 111/20
177/16 200/20
explain [15] 17/20 40/17 47/19 56/15 57/3
57/4 57/13 58/16 59/9 61/18 81/17 117/24
128/3 181/32 211/28
explained [2] 18/17 187/1
explaining [1] 68/11
explanations [3] 124/22 125/17 194/2
exploded [1] 13/16
exponentially [1] 63/24
exposed [43] 1/8 27/32 30/24 40/32 45/23
47/20 52/13 55/3 57/17 67/7 67/29 77/3 78/29
82/8 84/7 95/29 96/22 105/27 105/30 122/20
130/10 132/22 141/5 150/20 152/12 161/25
161/28 163/30 164/8 165/30 169/29 173/32
182/22 186/26 194/22 204/22 205/3 208/7
210/19 210/30 212/30 216/19 217/17
exposure [140] 14/19 17/15 21/25 25/21 28/6
28/9 29/3 33/18 34/30 37/8 41/3 43/15 45/2
45/20 47/18 47/21 47/22 47/24 47/24 47/27
55/8 55/29 64/29 64/31 65/31 67/9 67/27
68/15 70/24 70/29 78/3 78/20 81/31 94/2
96/32 105/4 105/11 106/21 108/5 108/21
118/7 118/11 118/26 118/28 119/1 119/20
119/21 121/8 121/10 121/11 121/13 121/18
121/20 121/23 121/29 122/2 122/10 122/23
122/25 126/24 127/18 127/20 127/29 128/4
128/5 128/10 128/11 129/3 129/3 129/6
129/19 130/12 131/6 131/7 131/10 131/13
131/24 132/21 133/3 134/15 135/1 135/2
135/9 136/9 141/9 143/14 144/4 144/25 146/1
148/9 155/12 161/30 162/1 162/1 162/9
164/10 165/7 166/8 167/29 169/21 170/32
175/6 178/8 181/21 181/22 181/26 182/6
182/7 182/18 183/2 187/24 192/7 192/9
194/25 195/11 195/12 195/32 196/2 196/4
197/24 198/13 198/18 198/25 198/29 200/29
214/19 214/21 214/22 214/23 214/27 215/21
216/13 216/14 217/14
exposures [5] 23/3 23/22 28/16 71/3 169/26
expressing [1] 103/10
expression [2] 122/15
extended [1] 177/8
extensive [1] 26/8
extent [6] 3/30 39/11 52/27 84/1 102/2
106/12
extort [1] 6/3
extra [2] 90/2 154/2
extraordinarily [1] 188/17
extrapolate [1] 172/28
extremely [7] 12/22 15/26 50/28 51/26
158/17 159/25 160/20
eye [66] 10/15 10/23 10/26 11/5 11/6 11/6
11/8 40/5 45/14 46/3 51/28 51/30 51/31 52/6
52/9 52/15 53/9 55/1 55/14 66/15 67/2 67/8
71/8 71/9 71/11 71/12 71/14 72/2 72/8 72/9
72/21 72/25 73/8 73/18 73/18 73/24 73/25
73/26 73/27 74/7 77/29 96/26 108/32 123/4
123/6 124/28 179/11 179/13 179/15 179/16
179/19 179/21 180/11 180/13 180/27 180/28
187/9 207/18 207/24 207/25 208/10 208/11
209/20 209/20 216/12 210/30
eyelid [2] 71/25 72/26
eyelids [4] 66/21 72/4 72/5 72/21
eyes [39] 11/17 25/10 25/11 52/14 52/27
53/25 66/13 66/15 66/27 67/16 70/11 77/31
78/24 78/26 81/32 82/6 96/26 105/2 107/29
130/12 137/14 137/14 137/15 139/16 139/17
140/25 143/29 158/32 159/22 160/5 160/10
160/16 160/21 168/22 169/5 196/28 207/5
216/5

**F**

f-l-u-o-r-i-c [1] 36/26
face [6] 49/28 160/23 160/26 176/16 207/18
209/5
fact [33] 31/26 39/6 61/13 68/31 77/17 85/28
86/30 89/24 89/27 90/9 93/9 97/29 98/4 105/4
108/13 114/24 115/4 123/2 124/5 132/21
143/21 147/22 151/4 151/26 157/21 157/27
159/5 160/13 161/28 165/23 167/25 174/5
177/14
factor [1] 180/15
factors [9] 53/4 121/15 124/24 125/7 125/29
127/27 127/30 127/31 129/27
facts [7] 32/20 35/17 35/22 36/19 39/6 89/27
160/24
factual [2] 97/17 118/2
faculty [2] 9/13 15/3
fail [1] 104/9
failure [1] 162/8
fair [1] 141/14
fairly [1] 126/21
fall [3] 35/24 46/17 90/30
falling [2] 46/17 145/26
family [5] 22/23 24/13 43/9 64/13 113/2
far [16] 5/16 33/17 34/13 52/25 53/4 53/15
54/17 54/18 62/1 62/2 92/3 106/10 108/7
123/31 124/1 190/14
farmers [1] 64/25
fashion [1] 28/3
fast [4] 30/3 30/4 30/11 125/10
faster [1] 89/31
father [2] 76/18 117/8
favor [1] 85/19
fax [1] 146/7
FDA [1] 162/5
fed [1] 36/19
federal [16] 6/32 8/24 21/1 26/24 27/8 28/11
29/23 43/26 44/6 109/25 116/12 116/15
116/32 120/17 120/14 212/27
feed [1] 37/14
feel [2] 169/27 170/29
fell [2] 90/15 90/26
fever [1] 197/4
few [8] 9/14 65/5 68/27 77/24 98/2 109/12
169/7 169/7
fiber [1] 51/19
fibers [2] 51/17 52/5
field [12] 17/30 17/32 21/4 21/5 29/8 29/31
32/8 36/6 36/6 38/8 38/15 39/16
fields [1] 6/8
Fifteen [1] 101/2
fifth [2] 58/28 172/32
figure [1] 119/11
file [1] 5/30
filed [5] 54/16 101/21 102/6 142/4 162/5
filing [1] 5/32
fill [3] 152/8 152/27 184/19
filled [16] 107/7 138/15 150/26 150/29 151/2
151/4 151/5 151/15 151/16 151/17 152/4
final [1] 175/16
finally [1] 19/14
financially [1] 10/4
find [17] 16/27 18/5 28/19 33/20 44/26 96/21
111/23 119/32 120/2 159/15 162/11 162/17
165/3 165/5 167/1 168/10 193/22
finding [1] 186/1
fine [4] 26/19 80/32 89/19 152/16
finger [1] 93/25
fingernails [1] 118/17
finish [3] 104/14 150/13 179/27
finished [7] 8/31 13/32 104/18 104/22 141/22
150/15 218/24
Fire [2] 98/24 99/16
fireman [1] 99/29
first [38] 3/7 4/11 6/6 8/15 9/10 21/32 25/26
31/15 44/21 44/27 45/10 60/7 72/4 72/26
73/10 83/21 85/18 92/15 97/7 97/8 99/32
100/3 100/12 112/31 117/5 117/8 121/12
124/22 129/31 137/32 161/17 167/19 171/32
173/26 173/27 174/4 208/21 215/3
five [21] 7/28 8/2 8/6 31/28 31/29 33/24 41/9
81/26 128/14 131/7 131/9 131/14 131/21
131/25 132/1 132/10 132/23 149/10 171/11
173/30 194/14
fix [1] 34/15
fixture [1] 87/30
flesh [3] 25/14 82/27 82/29
flew [1] 22/4
floor [23] 77/15 82/5 83/15 90/16 118/14
123/12 123/21 123/22 123/23 123/27 163/9
171/29 171/31 171/32 172/32 173/26 173/27
173/27 173/27 173/28 173/28 174/5 174/6
flooring [1] 84/6
floors [5] 123/26 173/8 173/30 174/14 177/22
flows [1] 96/14
fluid [12] 10/25 65/26 67/1 67/3 72/6 73/14
73/17 73/32 74/22 74/25 75/7 118/14
fluids [1] 122/29
fluoride [27] 68/14 70/1 70/10 71/4 71/19
91/13 158/19 158/20 158/26 158/27 158/30
166/21 175/9 175/10 176/7 176/11 180/15
180/16 180/19 180/24 181/1 189/6 201/29
209/10 209/10 209/11 210/8
fluorine [2] 66/4 158/19
fly [2] 22/2 177/32
focus [1] 19/20
folks [13] 28/20 42/5 42/6 50/12 52/30 91/22
203/32 209/28 211/31 212/15 212/28 212/29
213/16
follicles [1] 55/2
follow [8] 19/12 31/3 33/8 83/29 84/5 90/12
129/9 203/7
followed [1] 17/12
following [4] 140/16 141/13 150/21 152/1
follows [1] 6/8
food [3] 7/19 121/19 136/23
force [1] 70/22
forces [1] 48/11
foremost [1] 99/32
forget [2] 205/12 208/23
forgetting [1] 50/20
forgot [1] 115/19
forgotten [1] 200/1
form [35] 37/27 38/1 39/18 39/22 39/24
39/26 39/30 40/17 44/23 45/29 45/29 57/30
67/25 70/7 73/2 96/13 107/4 107/9 117/17
121/25 135/11 158/28 163/5 163/8 168/24
169/14 169/15 169/15 170/6 177/24 177/28
179/14 183/12 187/29 191/10
formal [3] 12/21 12/24 24/2
formaldehyde [2] 48/12 70/6
format [1] 220/20
former [2] 16/24 172/10
forming [1] 187/27
forms [21] 12/18 40/21 72/2 163/6 163/23
163/29 163/31 164/7 164/17 166/2 166/22
167/13 167/17 167/18 167/26 169/17 169/18
169/19 169/20 169/22 169/24
fortified [1] 136/22
FOSTER [17] 1/24 2/6 2/9 116/6 178/20
207/4 208/24 209/9 209/23 210/20 211/3
211/26 214/17 214/30 215/9 215/16 216/12
found [8] 19/10 20/15 21/18 21/19 35/22
123/2 158/13 209/29
foundation [6] 38/28 38/30 85/27 85/30
100/8 185/20
foundational [1] 39/3
four [8] 13/4 15/8 16/4 31/28 140/13 145/29
171/11 210/28
fourth [1] 102/32
fractionation [2] 162/13 208/4
fraudulent [1] 7/20

**F**

free [2] 15/32 178/2
frequency [5] 152/2 198/13 198/17 198/25 210/16
frequent [2] 168/20 169/13
freshman [1] 9/12
Friday [2] 196/27 197/5
friend [3] 201/32 216/12 217/11
front [4] 50/24 103/10 168/24 210/13
fruit [1] 141/7
full [1] 9/12
full-time [1] 9/12
fully [1] 151/1
fume [1] 197/4
fumes [2] 11/16 63/28
fumigant [5] 43/6 43/7 64/11 64/15 64/22
fuming [1] 68/12
function [1] 65/26
functions [1] 17/27
funded [1] 18/9
funding [1] 14/12
furnished [1] 191/22
furniture [3] 95/20 95/32 96/2
further [14] 8/11 20/24 25/29 52/28 68/19 97/2 100/15 101/17 111/26 118/10 126/26 165/6 165/11 217/29
future [1] 77/2

**G**

gain [1] 8/11
gallon [1] 91/26
GAMBEL [2] 1/20 81/17
game [1] 110/18
gamut [2] 21/30 127/11
GARY [1] 1/20
gas [24] 48/7 57/3 57/7 57/12 63/27 64/8 68/13 177/24 179/14 179/14 179/16 183/13 183/13 183/22 183/26 183/28 184/5 184/5 184/7 184/7 184/7 184/9 184/10 184/10
gaseous [4] 48/4 88/11 177/31 183/11
gases [5] 57/9 57/11 64/7 172/4 185/4
GAUTIER [1] 1/15
gave [13] 7/24 64/7 96/6 97/24 120/19 120/21 133/27 155/10 164/16 169/25 199/28 210/27 219/12
gee [1] 130/11
general [72] 7/29 9/16 20/26 29/14 29/16 32/7 32/12 36/12 36/29 43/13 44/18 44/19 45/12 46/20 54/3 54/29 54/31 78/4 105/7 105/9 105/11 109/24 110/13 115/21 116/16 117/16 124/9 125/21 126/27 143/16 143/31 147/21 148/22 152/11 152/21 152/24 153/18 153/22 153/25 153/28 153/29 154/1 154/1 154/9 154/22 154/24 156/31 160/17 164/13 164/17 164/32 165/3 165/10 165/14 165/15 165/16 165/25 166/5 166/23 166/30 167/2 167/5 167/7 167/8 167/11 192/30 196/9 196/15 210/7 212/5 216/32 217/3
generalities [1] 162/2
Genomic [1] 15/30
gentleman [2] 153/1 215/18
gentlemen [1] 208/24
get [93] 4/6 5/16 8/31 10/27 15/31 19/11 19/24 20/12 24/7 27/7 27/11 33/18 38/17 39/22 40/15 41/7 43/11 43/22 45/27 45/29 48/19 51/9 52/1 55/12 56/9 57/10 64/2 64/16 64/22 65/3 65/5 65/6 65/7 65/13 67/2 68/24 69/6 70/21 73/9 73/9 73/19 73/31 74/25 74/27 74/29 75/29 78/15 81/12 87/14 87/16 88/9 97/17 102/3 105/32 108/1 109/12 116/19 122/4 123/8 127/13 130/15 130/25 131/18 131/21 131/30 132/2 133/2 133/12 136/25 137/25 162/7 179/14 182/4 182/10 182/13 183/29 187/11 192/23 196/9 201/22 202/22 204/21 204/22 205/24 210/15 210/16 212/29 212/30 214/24 215/30 218/4 218/31 218/32
gets [12] 40/20 55/18 72/8 72/25 72/31 94/10 136/21 136/24 136/25 179/13 202/9 204/32
getting [7] 7/19 24/32 25/2 38/32 72/32 75/7 92/6 96/4 118/17 175/4 188/32 189/6 204/4 210/19 218/6 219/9
GI [1] 55/27
Gibsland [1] 21/13
Gibson [2] 22/16 28/20
give [40] 6/15 12/6 12/7 12/10 13/3 15/2 32/1 34/3 35/17 36/4 36/18 45/7 52/1 56/14 58/23 58/31 60/11 63/5 73/15 79/21 86/10 97/23 119/4 119/13 119/14 120/2 120/6 121/1 129/6 129/10 134/4 143/30 146/32 153/30 165/6 168/14 171/9 190/20 195/2 204/7
given [6] 16/19 36/15 64/5 76/27 78/19 196/24
gives [14] 9/14 9/16 22/22 22/23 29/12 113/3 148/8 155/15 175/2 180/2 187/6 187/32

giving [1] 103/14 126/19 127/4 127/5 133/11 143/29 144/12 197/1
glad [1] 195/29
glands [2] 56/11 72/28
glass [3] 95/12 158/23 182/25
glaucoma [50] 10/16 10/27 46/3 52/19 53/9 53/26 66/20 66/22 66/31 67/2 71/15 71/31 74/30 75/8 75/25 75/28 75/31 76/6 76/12 76/15 76/28 96/26 107/10 109/27 112/14 130/18 130/20 157/6 157/8 159/12 160/32 161/3 166/16 167/16 176/4 190/27 191/11 192/20 192/25 192/30 193/8 193/10 193/19 194/5 209/25 209/29 210/3 210/9 210/10 212/30
God [1] 214/32
godfather [1] 76/21
goes [18] 25/28 39/8 49/14 51/10 52/28 87/29 87/29 113/1 114/23 121/17 145/13 155/20 180/25 193/29 195/7 202/6 202/7 202/7
going [169] 3/6 5/6 5/30 7/21 11/20 13/17 15/23 15/24 15/25 16/27 23/8 24/27 29/30 30/3 30/28 30/32 31/1 31/3 32/2 35/20 36/20 37/32 38/2 38/12 38/27 39/26 40/21 40/23 42/24 45/26 48/3 48/7 51/8 53/19 54/9 54/15 59/32 60/12 60/15 60/16 61/28 62/10 62/12 66/8 66/19 68/9 68/23 69/5 69/6 69/28 70/7 70/7 73/11 73/12 73/20 74/6 74/25 74/29 76/20 78/12 80/32 83/10 83/12 85/5 85/16 90/2 91/2 95/31 96/17 97/7 97/31 99/14 99/26 102/14 103/16 104/12 106/3 107/16 109/12 111/9 111/23 113/9 113/21 114/1 114/5 114/14 116/19 119/12 119/13 120/13 127/13 128/3 128/9 129/13 129/18 131/12 131/18 131/21 132/3 134/4 137/7 137/24 137/25 138/7 142/22 143/30 147/27 147/31 148/26 161/30 162/1 162/17 162/29 162/32 171/13 172/7 173/4 173/9 173/30 174/22 175/12 176/4 176/14 178/15 178/22 182/23 182/23 183/23 192/24 196/7 196/12 196/20 197/9 197/11 197/15 198/20 199/17 199/17 199/27 204/31 204/5 205/8 205/8 205/20 206/7 206/10 206/17 207/27 207/28 208/1 208/2 208/8 209/15 210/17 211/23 215/25 218/4 218/5 218/19 218/25 218/27 218/29 219/7 219/15
gold [1] 110/12
gone [3] 42/13 115/13 142/6
good [16] 6/15 31/10 31/11 62/19 74/16 95/4 97/16 125/8 184/26 194/3 200/16 200/18 200/26 200/28 202/21 203/29
got [40] 8/13 8/28 11/27 11/29 14/12 15/32 17/25 18/12 18/26 19/3 48/30 59/19 67/10 67/10 72/9 73/9 91/12 92/4 93/31 94/9 109/9 120/5 124/29 124/29 140/21 151/18 154/7 156/23 168/30 175/16 182/13 203/7 204/29 205/7 207/18 207/25 209/9 212/16 213/16 215/30
got this [1] 72/9
gotcha [4] 5/18 30/13 75/9 137/29
gotten [1] 115/14
Government [1] 212/27
Governmental [1] 41/2
Governor [1] 18/11
governs [1] 7/9
grad [1] 13/22
gradient [5] 45/3 122/7 125/32 126/5 126/10
graduate [2] 13/12 13/21 123/23 123/23 123/30
Grand [3] 17/30 18/6 20/6
grandson [1] 20/8
grant [1] 16/21
great [2] 134/25 198/28
greater [6] 20/3 57/14 57/25 63/12 63/14 214/18
greatest [1] 73/4
Greg [1] 18/13
gross [1] 9/18
ground [7] 123/12 123/21 123/23 123/30 171/29 173/27 173/28
group [2] 68/4 77/20
groups [2] 24/9 28/9
grow [1] 8/7

guess [10] 9/2 35/21 48/15 54/7 69/21 113/26 151/12 164/6 170/21 202/3
guide [9] 116/13 116/31 117/3 119/30 120/21 121/3 124/13 125/27 126/27
guidelines [2] 134/13 220/21
guy [1] 102/4
guy's [1] 60/16
guys [6] 11/21 41/15 41/16 60/10 72/13 199/29

**H**

H-a-n-d-l-e [1] 36/23
H-o-u-m-a [1] 18/8
had [102] 5/8 8/9 13/15 14/15 15/6 15/12 16/14 16/21 17/22 18/14 18/21 18/32 19/6 19/9 20/8 20/8 21/7 21/10 21/30 21/31 22/5 22/10 30/4 36/24 45/25 47/10 52/26 68/31 68/32 69/2 69/15 69/22 69/25 75/15 75/30 76/10 77/16 77/21 77/24 82/5 82/8 82/22 82/23 86/11 86/26 87/14 89/29 90/20 95/20 96/2 100/19 100/29 102/21 104/18 107/13 110/5 110/8 112/21 117/10 124/2 126/6 130/9 130/11 130/12 138/30 140/17 141/6 141/11 142/6 142/26 142/27 143/6 143/19 143/20 143/20 159/22 160/25 165/6 167/20 168/11 168/27 168/27 169/6 169/6 169/7 169/7 173/28 175/14 176/20 181/3 182/20 187/27 190/32 191/10 207/24 209/29 209/30 210/1 210/1 210/5 214/18
hadn't [1] 141/18
hair [1] 118/31
hairs [1] 51/4
half [4] 7/29 172/15 172/16 172/17
half-day [1] 7/29
Hall [3] 172/10 172/11 177/23
hand [5] 1/5 58/12 65/2 76/4 120/14
handed [1] 120/13
handle [1] 215/1
handled [1] 123/17
Handlin [2] 3/7 218/15
Handlin's [3] 83/26 86/5 109/13
handling [2] 11/14 11/14
hands [1] 81/13
handwriting [1] 151/27
hanging [1] 91/7
happen [9] 4/23 6/4 49/31 50/12 85/14 96/3 169/30 208/1 208/1
happened [2] 50/4 213/6
happening [2] 12/8 108/18 147/8
happens [4] 47/29 50/11 72/24 75/2
hard [2] 125/10 162/16
harm [1] 181/5
harmful [1] 121/9
HARVEY [18] 1/8 3/8 4/18 112/5 128/13 138/3 138/23 139/3 145/7 145/9 145/10 145/11 145/13 145/18 145/19 145/32 148/7 148/8
has [88] 8/6 22/7 22/19 22/27 22/28 32/21 38/28 38/30 42/11 42/13 43/2 43/12 43/22 45/15 48/14 51/3 51/11 51/12 53/14 54/1 64/9 68/18 68/30 73/15 73/30 74/22 83/1 83/10 84/7 84/29 85/27 88/11 88/12 92/13 92/28 94/5 95/24 98/23 101/5 101/7 104/6 106/4 106/16 106/24 108/21 111/9 112/25 114/30 116/25 131/15 135/25 139/23 139/23 143/24 144/3 144/18 147/18 147/21 148/18 148/19 148/21 148/26 151/11 152/18 153/32 156/30 181/6 182/4 182/9 182/15 186/9 189/4 192/16 192/27 195/2 195/10 195/19 197/14 199/23 206/30 214/3 214/22 214/30 220/19
hasn't [1] 134/20
hate [3] 90/25 103/13 113/26
have [622]
haven't [11] 11/2 23/26 127/21 139/25 139/28 139/29 140/11 146/2 146/3 158/15 200/23
having [15] 6/5 9/6 83/19 90/17 90/19 91/25 97/12 103/19 169/4 169/31 170/8 172/4 183/8 210/30 211/3
haz [2] 23/17 141/29
haz-mat [2] 23/17 141/29
hazard [1] 131/27
hazardous [6] 16/7 22/25 23/16 98/25 99/16 135/26
hazards [1] 11/13
HCL [8] 134/12 159/30 167/29 179/19 179/20 180/9 180/21 181/2
he [124] 18/5 18/11 18/24 19/9 21/32 22/2 22/3 22/4 22/4 22/6 22/6 28/25 39/2 40/27 46/14 46/14 51/11 51/12 62/19 76/19 76/20 89/17 89/17 89/18 89/23 89/23 89/26 94/10 94/11 94/13 94/15 94/24 94/30 94/32 95/3 97/23 97/24 98/3 99/27 99/28 101/19 102/2 102/3 102/6 102/7 103/16 105/22 105/28

**H**

he... [76]  105/32 106/10 109/23 109/25
109/26 109/30 109/31 110/8 110/9 113/19
113/21 113/27 114/30 116/25 116/25 117/10
117/10 117/12 117/12 119/13 120/5 120/6
120/14 120/18 128/7 131/11 135/16 141/2
141/6 141/9 141/22 148/3 149/1 149/3 152/15
155/15 155/20 155/22 155/27 155/29 156/11
171/8 171/26 172/1 172/3 172/5 172/20 174/4
189/7 195/3 196/7 196/9 202/6 202/7 202/9
202/25 203/28 203/29 205/23 205/29 206/7
207/6 209/26 210/27 210/28 210/32 210/32
213/32 215/13 215/15 215/22 215/31 216/26
216/30 216/31 218/18
he's [1]  102/4
head [3]  8/18 8/21 65/24
headache [2]  166/10 169/13
headaches [1]  77/29 78/24 81/32
health [57]  11/13 18/20 18/21 21/22 23/19
23/26 24/4 24/12 24/17 25/21 27/29 29/18
30/23 34/29 40/12 43/15 43/20 44/32 46/22
67/31 68/15 105/8 112/25 113/5 113/7 131/27
132/26 145/18 145/21 153/23 153/24 154/11
154/22 161/12 165/1 165/2 165/21
hear [5]  17/13 26/6 94/32 131/1 181/13
heard [5]  7/6 53/17 54/17 73/15 95/17
hearing [10]  4/2 36/12 50/3 105/19 114/29
154/26 173/10 210/6 217/16 218/4
hearsay [1]  205/28
heated [1]  159/26
heating [1]  34/15
heavier [2]  40/19 40/22
heavy [3]  77/16 117/9 118/16
held [4]  1/13 11/3 11/5 21/3
hello [1]  54/7
help [5]  10/5 11/23 16/11 56/14 61/18
helpful [1]  144/5
helps [3]  19/24 22/32 181/2
hematology [7]  8/16 9/2 18/23 27/22 29/32
30/7 34/26
her [82]  38/17 39/5 39/7 42/13 43/30 48/30
81/16 84/18 88/26 88/28 89/23 89/26 94/10
98/17 99/27 99/28 100/1 100/10 100/11 101/6
101/28 102/15 102/19 102/20 104/13 105/25
106/11 111/11 111/14 111/15 114/8 114/17
114/21 120/6 120/13 120/14 120/18 120/19
120/21 133/31 134/1 137/24 139/16 139/16
139/16 139/22 140/26 140/27 141/15 143/29
143/29 143/29 144/6 145/9 145/11 147/26
147/31 150/18 151/18 151/26 151/27 152/16
152/17 153/5 153/8 155/11 155/27 155/30
156/28 156/32 174/15 179/27 180/2 186/1
195/1 195/3 196/9 208/27 208/28 208/30
210/27 210/29
herbal [2]  162/3 162/9
here [64]  14/25 15/30 16/27 41/25 42/14 43/7
45/12 45/13 47/7 47/23 47/31 48/15 61/24
62/28 64/18 64/26 68/6 72/32 73/13 73/14
73/14 74/8 74/9 74/11 74/16 74/19 74/20
74/27 74/31 81/17 81/22 83/16 84/6 84/6
88/15 90/10 101/14 103/19 105/23 118/21
121/3 130/2 141/2 146/11 146/13 146/28
146/30 146/30 146/31 147/28 148/6 152/7
164/13 170/16 182/21 190/20 196/7 201/32
203/23 206/21 208/9 209/14 209/24 218/5
hereby [1]  220/14
heredity [5]  192/20 193/9 193/13 193/26
193/32
herein [1]  220/24
herself [1]  87/7
HF [3]  70/1 167/29 179/19
high [8]  12/13 19/9 45/29 55/8 58/6 92/7
158/18 205/7
higher [7]  8/25 10/4 88/12 92/5 211/16
214/26 214/27
higher-level [1]  10/4
highest [3]  6/31 27/7 124/3
highly [1]  50/10
hiig [2]  65/12 65/12
hiig-hu [2]  65/12 65/12
Hill [6]  44/20 46/6 46/12 46/13 109/5 126/30
him [19]  5/8 38/11 54/9 111/10 114/30
115/16 149/8 178/15 178/21 178/24 188/26
189/4 202/8 202/9 202/10 202/26 205/21
211/28 215/15
hire [1]  34/15
hired [6]  8/14 8/23 14/1 15/1 17/30 36/7
his [30]  9/24 22/1 22/4 51/11 51/12 57/1 57/1
99/8 102/6 109/22 109/32 110/5 110/6 110/9
115/18 117/23 131/24 133/31 141/13 160/23
164/22 172/5 172/28 172/29 186/5 196/13
199/23 202/7 202/8 211/13
histologic [1]  74/28
histology [7]  9/18 9/20 9/24 9/32 10/8 24/20

histories [1]  23/11 23/11
history [8]  22/12 22/23 22/24 129/29 141/2
148/8 155/12 194/17
hit [1]  169/1
hits [2]  108/17 176/3
hitting [2]  68/22 108/19
Hold [1]  181/12
holes [1]  56/25
Holmes [1]  76/19
home [9]  41/31 42/1 42/2 56/24 135/3 196/27
197/5 202/8 202/25
homeostasis [2]  58/19 67/12
homes [1]  41/24
Honor [78]  3/10 3/28 4/15 5/5 6/12 9/28
25/16 28/22 30/26 31/4 34/21 37/32 38/7
42/11 44/1 48/23 50/2 50/16 52/22 52/28
54/11 54/24 60/4 61/3 62/19 62/23 79/10 80/9
81/12 82/32 84/10 85/3 85/5 85/11 85/23 87/6
88/22 90/25 92/12 93/13 94/4 94/26 97/7
98/13 98/19 100/24 115/2 115/26 116/21
116/29 138/11 140/30 141/24 145/4 146/16
146/20 147/15 147/31 149/14 155/15 156/2
162/22 162/28 163/21 176/24 178/26 179/2
189/9 195/7 195/29 199/21 202/12 205/23
205/28 206/28 208/15 215/3 216/29
HONORABLE [1]  1/14
hood [4]  11/14 11/15 49/23 51/29
hooked [1]  19/3
hope [1]  139/19
hopefully [5]  5/14 164/29 218/32
horrible [1]  88/4
hospital [10]  8/23 19/9 90/21 138/19 138/23
139/6 139/9 139/13 140/1 140/8
host [1]  96/27
hot [1]  14/22
Houma [1]  18/8
hour [8]  95/11 131/19 131/25 132/23 146/29
212/4 212/9 212/12
hourglass [1]  81/14
hours [11]  12/25 12/32 42/3 42/4 81/26
131/23 131/23 132/24 142/8 148/27 212/12
house [2]  18/22 19/17
housed [1]  19/1
household [1]  203/21
housekeeping [2]  3/10 5/5
how [74]  5/16 10/15 10/16 10/32 12/11 15/20
16/9 20/3 25/24 25/31 36/32 37/18 38/20
39/17 40/3 40/4 40/5 40/25 41/7 42/31 45/17
46/6 47/31 51/23 52/8 55/11 57/17 58/32
59/24 63/4 63/5 63/6 68/24 68/25 69/17 71/29
103/31 112/13 117/10 117/12 119/13 119/28
127/31 128/20 128/26 128/30 132/1 133/15
135/12 136/4 157/30 163/6 165/7 167/31
168/5 168/9 168/18 179/12 179/18 179/18
180/26 182/22 183/26 183/27 187/15 187/16
187/16 193/24 201/7 202/23 203/29 203/29
203/30 204/21
However [4]  45/28 121/32 142/10 152/17
hu [2]  65/12 65/12
huge [2]  16/1 58/2
hugs [1]  202/8
hub [2]  25/14 131/4
human [24]  24/16 46/3 63/2 63/22 68/4 82/26
82/28 82/29 84/31 86/28 92/2 92/3 121/10
121/24
humans [1]  11/2
hundred [6]  76/30 77/9 161/18 167/14 191/5
210/4
hundreds [1]  42/30
Huntsman [2]  21/31 23/29
hurdle [1]  4/11
Hurricane [1]  85/24
hurting [2]  196/27 196/29
HVAC [22]  34/14 36/2 36/24 37/13 37/26
38/14 40/24 40/25 48/16 86/7 128/17 128/20
128/21 172/4 174/11 174/19 177/28 178/6
178/14 200/11 206/4 206/7
hyd [1]  158/19
hydrochloric [104]  10/11 10/15 10/16 10/31
10/31 11/10 11/11 24/29 25/4 36/25 37/23
37/27 37/29 38/19 38/31 40/20 40/29 41/3
42/32 43/12 43/14 45/5 45/28 46/20 47/32
48/18 49/30 51/25 56/20 57/16 63/27 64/23
65/31 66/1 66/4 66/21 67/4 67/7 67/9 67/22
67/23 67/24 69/25 69/29 78/3 78/20 78/29
81/31 82/9 82/18 83/17 83/19 83/20 87/31
91/13 91/13 96/23 108/5 131/6 131/14 132/9
133/20 134/8 134/20 135/29 152/12 154/23
159/4 159/19 159/22 159/27 159/31 160/6
160/7 161/2 166/8 174/8 175/27 176/26
177/21 182/20 182/24 184/5 187/10 187/25
188/6 189/5 189/28 201/29 202/3 202/9
204/24 205/3 206/12 206/25 207/5 207/17
212/26 213/9 213/15 216/14 216/19 217/14

hydrofluoric [65]  10/12 24/30 36/25 37/24
37/27 37/30 38/20 38/31 39/23 40/19 40/29
43/14 46/21 47/32 48/18 49/31 56/27 57/14
66/1 66/2 66/23 68/10 68/31 69/26 69/30 71/8
71/26 72/21 78/4 78/21 78/30 81/31 82/9
83/20 86/27 87/31 96/23 108/6 133/20 134/7
134/14 134/21 135/30 156/5 152/13 154/23
157/29 157/31 158/3 158/13 158/17 159/4
166/9 174/8 175/28 176/26 177/21 187/25
188/6 189/28 206/13 216/15 216/20 217/14
217/18
hydrogen [56]  25/1 39/19 39/21 40/1 40/9
48/9 51/24 51/30 57/23 57/30 58/7 58/8 59/2
59/3 63/12 63/14 66/2 66/4 67/5 68/13 68/17
69/13 92/7 95/25 136/13 136/18 136/19
158/10 158/11 165/9 166/21 175/9 175/26
175/30 176/5 176/12 176/16 176/20 176/28
176/30 180/15 180/19 180/20 180/24 181/1
185/1 187/3 187/9 187/30 188/1 188/9 189/5
189/23 201/29 210/8 210/8
hydrologists [1]  121/21
hydroxide [1]  174/30
hydroxyl [1]  58/9
hydroxylines [1]  175/18
hygiene [2]  41/21 42/13
hygienist [4]  31/18 31/19 132/13 132/31
hygienists [3]  24/5 41/2 119/25
hypothesize [1]  200/9
hypothetical [7]  38/29 152/16 153/7 173/2
173/12 173/13 173/25

**I**

I N D E X [1]  2/2
I'd [3]  134/1 172/19 172/21
I'll [12]  13/22 25/26 83/13 86/23 94/24 121/2
149/29 153/16 162/31 201/21 204/14 207/2
I'm [126]  8/27 10/5 11/20 11/20 12/24 12/31
13/3 15/19 23/8 26/6 26/31 31/5 35/9 36/20
37/19 37/32 38/7 38/27 40/11 47/11 50/20
50/24 54/29 69/20 76/20 81/14 81/24 83/10
83/12 83/30 84/28 85/5 86/29 86/31 91/2 94/4
94/17 94/23 95/11 95/31 97/7 97/7 97/8 99/26
105/22 106/16 107/16 110/24 112/15 113/9
114/5 116/8 116/27 120/5 120/13 120/30
124/10 128/19 131/2 131/12 132/31 134/4
134/6 134/12 137/20 137/24 137/25 138/7
140/3 141/2 141/13 141/20 143/30 144/31
147/6 147/15 147/15 147/31 148/31 150/15
151/11 152/32 153/1 156/17 156/23 159/9
159/24 160/8 160/20 162/7 167/10 168/4
168/8 168/27 170/18 171/13 172/7 172/24
173/4 178/14 178/19 178/26 179/18 180/8
181/17 184/27 185/29 188/32 189/6 189/9
189/32 194/27 195/29 196/32 197/13 197/19
199/1 200/9 201/15 201/17 202/16 206/10
209/24 210/5 211/23 218/18
I've [1]  140/21
IARC [4]  29/26 67/30 67/30 68/3
idea [4]  63/5 119/5 134/22 158/22
Ideally [1]  121/30
identification [2]  37/4 186/29
identified [1]  151/20
identify [5]  20/10 21/23 28/5 74/18 74/32
IGE [3]  65/10 144/14 144/18
IH [2]  42/16 42/17
IHs [1]  202/18
II [1]  64/9
illness [3]  77/27 184/15 191/31
immediately [1]  11/16 70/28 205/9
immune [3]  65/9 65/15 170/12
immunology [1]  9/2
impact [2]  73/5 73/6
impeachment [1]  111/20
implement [4]  8/23 14/1 14/2 41/8
implemented [1]  19/14
implies [1]  200/17
important [26]  9/7 10/8 10/28 12/22 13/24
15/26 29/21 45/21 50/28 50/32 51/13 57/8
57/31 105/18 115/30 118/24 175/1 175/5
176/6 187/32 194/16 197/11 197/14 197/24
198/26 198/30
impressed [1]  47/11
Improvement [1]  7/1
in-house [2]  18/22 19/17
inaccurate [1]  92/20
inadvertently [1]  4/15
Inbound [1]  45/32
incident [9]  97/22 98/25 138/17 139/27
141/28 141/29 142/9 153/20 154/32
incidental [5]  55/16 55/26 78/13 169/31
183/8
include [3]  18/14 18/25 23/11
included [4]  19/8 29/8 107/15 191/30
includes [3]  12/2 26/16 165/22

I

including [3]  18/18 75/16 171/16
increase [2]  12/8 21/15
increases [1]  63/24
increment [1]  212/4
indeed [1]  115/5
independent [1]  22/3
indica [1]  94/1
indicated [3]  93/10 107/24 187/18
indication [2]  187/19 187/21
indicative [8]  88/6 88/10 88/11 90/17 90/19
95/5 96/21 174/7
indices [1]  118/29
individual [19]  17/27 19/22 25/3 26/30 104/5
114/10 114/13 114/14 114/27 115/4 119/8
130/17 130/26 130/28 137/25 169/11 191/3
191/7 191/8
individually [1]  1/8
individuals [20]  28/1 28/8 28/9 30/25 34/31
67/7 82/11 126/23 133/13 134/32 135/11
135/23 143/23 157/10 157/19 159/21 168/3
173/32 177/22 186/26
induced [1]  26/1
industrial [14]  23/18 24/4 31/18 31/19 41/2
41/14 41/21 42/12 132/13 132/31 134/24
135/4 211/29 212/12
industry [7]  14/23 21/30 23/25 133/25 212/8
213/2 213/6
inevitably [2]  104/4 114/12
inextricably [3]  75/12 87/28 96/13
inflamed [1]  78/27
inflammation [2]  70/26 77/30
influence [2]  188/4 188/12
influenced [4]  188/20 189/11 189/21 189/25
information [28]  12/7 39/4 58/25 60/11
61/12 61/27 62/9 87/13 97/23 100/29 107/3
118/2 130/26 143/10 144/5 154/25 157/20
164/16 167/25 190/2 190/9 190/10 190/13
191/15 191/23 196/3 196/24 197/2
ingest [4]  158/32 183/14 183/18 209/18
ingestion [8]  55/19 55/26 68/16 78/13 169/32
182/15 183/8 209/6
ingestions [1]  55/16
inhalation [11]  47/26 49/17 55/28 68/16
70/24 78/12 134/17 169/31 182/14 183/5
183/6
inhale [5]  49/19 49/30 55/19 204/1 205/9
inhaled [1]  50/5
inhales [1]  202/6
inhaling [3]  25/11 78/10 183/7
inherited [1]  193/29
initial [3]  7/28 73/6 197/9
initially [1]  190/21
injection [1]  119/14
injuries [3]  46/10 53/17 142/25
inorganic [2]  68/1 68/4
inside [6]  10/22 41/16 59/15 65/29 83/12
206/24
insisted [2]  18/13 18/25
inspection [1]  86/13
instance [7]  21/13 24/32 118/15 121/27 134/7
143/18 172/32
instances [1]  122/1
instead [1]  147/23
Institute [3]  6/23 14/28 14/31
institutions [1]  13/7
instructor [1]  13/30
insult [1]  160/29
insurance [3]  1/23 32/27 102/29
intact [1]  70/16
intake [3]  59/15 59/16 59/22
integrate [1]  8/25
intense [1]  71/5
interacted [2]  21/6 21/12
interested [1]  220/24
internal [1]  49/32
International [4]  12/4 12/13 29/26 67/31
interpose [1]  120/4
interpret [9]  6/30 12/11 12/17 27/7 28/5
28/16 28/28 29/1 33/16
interpretation [4]  27/4 27/29 30/22 34/28
interpretations [1]  17/14
interrupt [1]  141/20
intertwined [3]  75/12 87/28 96/13
interview [4]  68/32 130/28 196/21 196/32
interviewed [1]  69/22
intimidated [1]  81/14
introduce [3]  59/32 62/8 100/30
introduced [2]  60/6 83/11
introducing [2]  59/30 111/14
inventory [1]  23/25
investigative [1]  76/22
investigator [1]  18/29 18/30
invitation [1]  23/25

involve [1]  73/23
involved [4]  26/4 96/22 159/19 206/11
ion [47]  39/21 40/2 40/7 48/9 48/9 48/31
51/24 51/31 57/24 57/30 59/2 63/12 63/15
66/2 66/4 67/5 68/13 68/14 70/1 70/10 71/4
92/8 95/25 96/12 136/14 136/18 136/19
158/10 158/11 165/9 175/26 175/30 176/5
176/7 176/13 176/17 180/16 185/1 187/3
187/10 188/1 188/9 189/23 202/4 202/27
204/22 206/11
ionic [24]  39/18 39/22 39/24 39/26 39/30
40/17 40/21 40/30 48/5 48/9 52/4 67/23 67/24
68/2 69/26 78/5 84/7 87/26 87/27 87/30 90/17
202/9 207/24 208/11
ions [23]  10/31 37/30 37/30 39/29 40/9 48/19
49/30 49/31 51/16 58/7 58/8 58/9 59/3 70/3
73/22 91/13 91/13 174/8 174/8 174/18 176/28
176/30 187/30
iridocorneal [2]  10/25 75/1
iridoscleral [1]  176/3
ironwork [1]  87/2
irrelevance [1]  195/4
irrelevant [2]  50/6 52/27
irritant [4]  107/18 107/21 108/21 157/12
irritants [8]  108/7 108/16 108/24 108/25
108/28 108/31 109/2 157/11
irritated [1]  137/14
irritating [1]  63/28
irritation [17]  64/1 64/2 64/32 66/15 66/24
70/25 77/30 77/30 77/31 77/32 78/27 96/26
168/27 168/29 168/31 168/32 169/4
irritations [1]  71/8
is [818]
ischemia [1]  71/25
Islands [4]  43/6 43/8 64/13 64/19
isn't [21]  80/18 105/18 108/6 111/21 129/21
131/12 132/18 132/20 132/29 133/22 137/11
140/28 154/30 155/28 158/14 159/20 176/14
183/18 208/29 216/16 217/15
issue [12]  54/19 58/12 105/23 147/18 153/5
157/30 185/32 192/23 195/30 209/13 216/16
216/17
issues [11]  4/7 104/1 104/2 106/5 114/6 115/4
142/26 142/27 147/26 152/18 195/8
it [712]
it's [212]  7/29 8/3 10/20 10/21 12/15 13/16
13/23 14/32 15/6 15/6 15/23 15/25 20/1 25/1
25/6 26/18 32/3 32/26 37/11 37/28 38/1 38/21
39/14 39/19 39/26 39/28 40/2 40/16 41/4 43/2
43/6 43/26 44/5 45/3 46/3 48/12 48/17 48/29
49/3 49/19 50/6 50/10 50/31 51/26 55/23
56/10 56/13 57/26 61/22 63/14 63/28 64/24
64/24 64/26 65/14 65/15 65/23 65/24 66/3
66/12 68/12 68/26 69/7 69/17 69/18 72/8
73/12 73/17 74/16 76/21 79/5 81/24 84/2
84/18 84/29 88/19 94/11 96/4 96/17 101/20
101/21 102/3 102/29 102/32 104/11 105/31
109/17 113/4 113/27 114/31 116/8 116/28
117/14 117/14 117/15 117/31 118/30 119/26
119/27 120/11 120/28 121/1 121/2 122/3
122/4 122/10 122/10 122/12 122/14 123/5
124/26 124/26 124/26 125/1 125/9 125/11
126/24 126/25 128/4 128/4 128/11 130/13
131/29 132/11 133/9 133/13 134/1 134/14
134/16 137/7 138/7 143/25 144/5 144/20
146/22 146/27 150/28 150/28 151/4 151/4
151/7 151/7 151/15 151/27 154/17 154/27
157/15 157/16 157/16 158/24 158/28 159/6
159/7 159/26 160/6 160/15 160/16 161/13
162/15 174/3 174/6 175/15 175/17 175/17
176/1 176/3 176/4 176/5 176/16 176/17
180/12 180/23 180/25 181/6 181/9 182/13
182/23 183/6 183/23 183/27 184/6 186/8
186/25 187/2 189/24 192/28 193/18 194/16
194/24 195/31 195/9 200/16 200/17 200/18
200/18 204/31 205/4 205/7 205/8 205/9
205/32 207/28 208/1 208/7 212/4 212/6 212/8
212/10 213/7 214/19 214/19 214/21
itch [1]  105/2
itching [1]  168/22
item [1]  5/5
items [1]  104/23
its [11]  10/18 10/20 10/21 10/24 38/20 38/21
40/16 66/3 69/26 102/31 208/2
itself [11]  22/19 39/19 55/4 95/28 155/5
155/18 155/24 156/5 156/28 211/9 211/20
Ivory [1]  79/20

J

Jefferson [1]  32/17
JENNIFER [2]  1/21 36/9
job [9]  8/26 24/6 62/19 122/8 122/9 135/9
135/28 136/1 137/4
JOHN [3]  1/25 3/28 38/7

join [1]  213/30
joint [7]  3/15 5/25 8/9 8/13 146/11 146/11
170/13
joints [1]  170/4
joke [1]  21/32
Jon [1]  21/31
JOSEPH [1]  1/8
journal [5]  207/11 207/13 208/28 208/29
209/3
journals [1]  166/26
JR [1]  1/20
judge [73]  1/15 6/25 7/32 11/27 30/6 42/20
42/26 46/27 47/11 47/16 47/19 48/14 50/10
54/28 60/1 61/17 75/11 79/3 79/18 80/1 81/13
83/6 88/8 88/26 89/3 94/9 94/32 95/7 99/26
100/14 101/14 102/28 103/5 103/27 104/1
105/17 106/24 111/32 113/19 114/27 120/4
133/31 141/14 148/26 150/7 152/7 154/5
155/7 155/20 155/22 159/9 173/4 174/2
178/11 180/3 181/8 185/9 185/29 188/30
195/1 197/28 199/1 201/21 202/21 203/8
204/6 206/17 208/24 210/23 211/18 215/19
215/30 218/15
Judge's [2]  27/13 40/24
judged [1]  8/6
judgment [4]  102/31 125/29 218/23 218/24
judicial [6]  43/26 101/22 102/6 102/12
116/12 116/32
Judiciary [4]  29/23 44/6 109/25 116/15
July [2]  86/13 92/22
July 9th [2]  86/13 92/22
jumps [2]  108/17 202/8
JUNE [9]  1/8 138/3 138/23 145/11 145/12
145/13 145/17 145/17 145/19
jury [3]  50/25 89/11 213/18
just [147]  3/29 3/31 4/10 4/25 5/16 9/30
10/26 11/23 13/26 14/30 15/8 18/7 20/12
20/27 23/10 26/7 26/15 26/16 27/5 27/15
28/24 29/27 30/10 33/7 33/7 33/11 35/12
37/26 42/20 45/14 46/13 47/4 50/11 54/11
54/20 54/28 58/3 58/8 58/18 61/4 61/11 61/17
61/22 61/26 62/5 62/11 64/25 65/17 66/7
67/14 67/17 67/21 68/2 69/5 69/3 69/4 69/18 71/28
75/21 76/2 76/14 77/4 77/10 77/18 78/17
80/21 80/29 84/14 88/19 90/1 90/22 92/12
93/7 95/28 97/10 97/16 98/1 99/10 102/5
102/14 102/28 104/12 105/31 108/16 111/17
113/27 115/17 117/31 121/11 123/26 127/16
129/17 133/8 136/20 136/27 141/13 141/25
141/26 146/10 148/18 150/14 150/31 151/28
154/6 156/7 160/6 163/15 165/7 167/7 168/4
168/27 170/18 170/29 176/20 176/22 177/29
178/2 179/22 179/23 180/10 180/12 181/28
182/31 187/14 190/24 192/2 193/6 195/4
195/9 195/15 195/31 196/2 196/20 196/24
196/32 197/8 208/6 208/23 208/23 209/30
209/31 210/16 211/30 212/5 213/15 218/21
218/28 219/13
juxtapose [2]  57/17 212/14
juxtaposed [1]  82/26

K

Katrina [6]  85/7 85/24 86/14 86/14 86/15
86/16
keep [13]  50/20 50/24 51/5 69/5 69/6 73/19
103/19 108/2 113/26 196/20 201/25 210/17
210/18
keeps [2]  68/23 189/7
kept [7]  72/1 75/17 75/23 77/18 202/23
216/12 217/11
kids [1]  10/6
kill [3]  117/11 117/11 117/12
killed [1]  51/11
KIMLIN [2]  1/27 6/4
kind [16]  26/15 58/24 58/31 59/5 76/16 89/30
107/21 115/15 135/8 142/16 142/18 143/10
147/6 202/2 206/22 211/16
knee [1]  108/17
knew [2]  20/11 201/3
knocked [1]  91/17
know [147]  4/7 5/20 11/6 11/16 12/11 12/16
16/15 20/14 21/15 21/30 22/25 22/32 28/24
28/25 31/5 35/15 35/22 37/18 38/24 39/15
40/11 41/8 43/2 44/1 47/10 50/24 52/26 53/18
55/7 60/20 64/18 64/20 69/17 69/19 69/20
72/20 77/4 77/21 82/32 85/6 85/22 88/18 89/8
89/14 90/27 90/27 90/28 90/30 92/21 94/6
94/19 94/32 96/17 97/26 99/3 99/12 99/28
103/9 103/16 110/32 111/2 115/15 117/31
120/30 122/15 122/19 122/23 123/29 124/4
124/32 126/18 128/20 128/22 130/11 136/4
136/32 138/6 138/29 142/5 143/13 143/17
143/31 144/1 144/5 146/2 150/14 151/8
151/15 151/17 151/18 153/5 154/5 155/20

**K**

know... [54]  156/7 157/30 158/15 161/32
161/32 162/9 163/13 164/8 164/14 167/31
168/18 171/7 171/12 172/11 172/23 172/29
173/4 174/3 174/26 175/22 176/19 176/21
176/22 176/26 176/28 177/29 178/12 183/30
184/27 185/24 186/13 186/16 186/21 187/23
187/27 188/23 188/26 189/4 194/29 195/30
197/20 198/17 200/9 201/14 201/25 202/30
204/3 209/15 209/18 214/11 216/30 218/21
218/28 219/8
knowledge [10]  9/18 10/14 46/9 108/14
109/26 109/27 110/6 110/7 110/9 167/1
known [5]  57/11 165/21 165/31
knows [4]  65/22 92/23 102/2 155/22
Korea [1]  32/2

**L**

lab [12]  19/1 49/23 56/24 56/25 90/20 182/25
183/27 183/28 184/4 204/30 204/32 205/1
label [1]  73/1
labor [1]  14/23
laboratories [1]  6/23
laboratory [19]  6/31 7/1 7/1 12/28 16/12
18/22 26/17 26/31 27/4 27/9 27/11 27/26
28/14 28/29 30/21 33/27 33/29 34/2 34/27
labs [1]  9/2
lack [3]  71/11 109/26 109/27
lacrymal [1]  72/28
lady [1]  155/16
lady's [1]  141/16
laid [2]  38/28 38/30
landed [1]  207/25
language [5]  58/11 59/5 107/11 144/31 191/1
large [2]  24/6 167/19
last [10]  20/12 76/17 96/19 98/2 154/14
155/20 174/4 190/19 196/21 211/2
lastly [4]  14/28 19/13 30/23 35/32
late [1]  147/6
later [4]  24/28 60/19 66/32 77/20
law [10]  6/32 17/18 20/18 20/25 23/5 27/9
27/15 28/4 114/23 115/15
lawyer [2]  154/5 156/7
lawyers [5]  17/32 41/16 122/13 125/23 198/4
lay [6]  58/11 59/5 85/27 85/29 100/8 144/31
layer [1]  210/11
lead [11]  18/24 19/8 31/2 71/15 88/26 89/4
89/8 89/9 89/17 97/5 121/27
leading [6]  13/6 23/8 28/3 88/30 89/30
216/27
leak [1]  129/17
leaked [2]  87/21 189/29
leaking [4]  38/32 90/22 187/28 187/28
leaks [1]  90/19
leaky [1]  182/7
leasing [1]  142/14
least [6]  52/2 53/20 60/10 62/7 138/17 163/25
leave [4]  37/26 38/20 204/32 215/25
lectured [1]  196/21
lecturer [1]  24/22
LEE [2]  1/27 33/4
leeway [3]  199/29 204/7 219/12
left [4]  81/29 86/17 183/26 211/23
leg [3]  46/16 46/18 108/17
legal [5]  12/19 12/20 23/24 106/5 106/16
legislature [1]  14/12
length [2]  128/16 195/32
lengthy [1]  8/3
lens [17]  10/23 40/6 40/7 52/9 52/17 73/18
73/18 73/20 73/21 73/21 74/1 74/6 74/14
175/31 175/32 176/1 180/29
lesions [1]  78/14
less [15]  13/14 56/21 56/29 57/15 57/16 57/16
57/25 58/28 59/2 123/11 131/25 158/10
158/11 184/11 201/21
less-than-one-micron [1]  13/14
lesser [2]  158/8 158/9
let [55]  5/20 19/26 25/4 25/31 27/13 28/3
31/5 35/24 37/2 41/27 43/24 49/11 54/32
64/19 64/25 76/6 95/17 102/28 103/9 104/26
105/14 110/28 111/2 124/18 127/23 129/14
132/3 133/31 137/16 137/31 137/32 142/30
144/10 144/27 145/2 145/23 146/29 148/5
150/14 151/14 156/21 158/3 159/15 178/21
179/18 179/22 179/27 194/19 199/11 199/13
202/21 206/17 212/23 218/21 218/28
let's [54]  7/7 7/16 11/18 11/19 15/27 16/3
18/28 23/29 24/24 25/26 31/15 37/7 37/17
38/19 41/19 47/18 47/30 51/27 55/16 56/15
57/27 59/17 59/21 60/18 62/32 63/4 64/28
64/29 66/13 66/26 71/16 71/32 72/12 75/9
103/9 103/20 115/17 122/22 123/8 124/9
127/16 137/16 151/21 151/23 151/24 168/17
171/23 172/20 190/18 190/24 191/29 201/22

letters [1]  31/25
letting [1]  213/4
leukemia [2]  167/6 167/10
leukemias [2]  20/5 133/2
leukocytes [1]  16/13
level [28]  6/31 9/4 10/1 10/4 10/10 15/17
15/24 15/25 57/32 57/32 95/31 123/28 123/30
126/7 131/10 131/29 132/22 133/11 133/24
134/12 134/15 134/17 134/19 161/12 161/17
161/21 161/22 161/29
levels [6]  18/24 19/8 121/27 133/3 161/25
176/10
liability [1]  4/6
libraries [2]  19/16 19/19
license [1]  7/22
licensed [4]  6/28 33/31 33/32 34/1
licensure [4]  12/26 12/27 12/29 27/10
lied [1]  191/20
life [8]  1/23 63/20 64/14 64/24 102/29 131/24
132/24 161/24
lifestyle [2]  22/22 113/2
lifetime [1]  133/1
lighter [4]  40/17 48/29 69/7 87/32
like [54]  3/29 10/11 10/22 11/21 18/24 19/17
21/13 22/15 33/25 36/23 39/26 41/14 41/15
42/5 42/31 47/5 51/21 54/21 62/12 64/16
64/17 65/4 65/23 68/20 70/6 70/22 74/13
75/26 76/16 79/19 80/12 80/23 86/9 99/3
108/16 117/9 117/10 124/27 132/16 132/29
134/1 134/10 136/27 167/19 172/26 175/9
180/13 188/25 190/9 191/6 204/24 209/12
210/31 214/30
likely [2]  41/27 180/23
limit [3]  131/7 131/13 132/14
limited [3]  64/20 123/9 171/16
limits [7]  41/20 64/4 131/6 132/21 133/8
211/27 211/29
line [5]  103/1 114/1 114/5 127/4 201/26
lined [1]  51/1
lining [1]  51/20
lipid [3]  70/17 70/20 70/20
lipids [1]  66/18
lips [1]  63/31
liquefaction [7]  68/20 69/10 69/30 70/13
71/17 175/11 206/20
liquefies [1]  68/21
liquefy [6]  68/28 72/22 180/17 180/22 206/22
206/25
liquefying [1]  180/25
liquid [6]  48/3 57/7 57/12 68/12 68/23 209/5
list [2]  107/16 174/29
listed [5]  37/11 46/23 125/30 138/30 174/31
listen [4]  97/10 193/6 198/5 219/11
listening [2]  199/28 219/8
lists [1]  82/7
liter [3]  58/3 58/30 63/3
literally [1]  60/8
literature [17]  12/2 28/14 45/10 45/13 55/6
67/6 67/15 68/30 165/18 165/24 165/32 166/1
166/3 166/4 166/6 166/7 166/27
litigation [8]  18/3 19/28 20/30 32/13 32/14
32/28 32/29 32/30
little [45]  7/7 7/16 18/7 18/28 19/22 19/26
21/14 24/24 40/16 51/14 51/4 51/17 55/2 58/16
59/2 64/29 65/1 66/7 66/13 66/29 67/14 67/21
70/3 71/16 72/10 74/9 74/10 74/22 89/30
89/31 124/9 130/16 133/13 163/10 167/18
168/30 202/8 202/9 202/22 204/7 204/26
208/12 210/15 210/17 219/7
live [3]  22/24 123/9 161/27
lived [1]  22/25
liver [4]  45/25 45/27 162/8 162/8
living [1]  29/11
loaded [2]  58/8 58/9
local [2]  67/5 70/13
located [3]  36/30 59/18 93/29
location [3]  200/14 203/18 203/19
locations [5]  190/15 190/16 198/29 200/6
200/8
lock [1]  51/19
lodge [1]  56/11
lodged [1]  90/1
logical [2]  96/3 129/21
long [19]  16/9 23/1 25/24 37/18 52/14 55/2
55/11 55/18 90/21 96/24 96/28 97/10 97/31
123/13 127/31 162/3 184/27 207/32 218/19
long-term [3]  52/1 52/14 96/28
longer [10]  55/13 55/13 75/5 129/26 199/20
205/4 208/6 208/12 210/15 214/23
look [80]  12/2 12/14 14/20 15/16 19/30 19/31
20/14 20/21 29/22 36/10 36/15 44/23 44/25
47/5 58/26 59/1 59/11 63/4 63/13 76/7
83/14 83/17 86/9 86/31 88/15 91/3 91/20
91/21 93/23 98/8 107/8 109/6 109/8 112/13

128/26 128/29 128/31 129/28 129/30 129/31
129/32 130/27 134/18 134/21 134/25 135/7
138/1 139/21 146/23 147/27 151/1 151/8
151/9 153/1 153/29 156/32 159/25 160/11
160/17 161/16 167/8 167/12 167/23 172/19
172/22 193/15 194/1 194/10 194/11 194/17
196/5 197/9 209/21
looked [26]  11/6 18/23 20/9 75/14 76/4 76/26
77/13 77/15 112/9 130/1 148/19 153/19
153/21 153/30 157/21 163/11 163/20 163/22
166/20 166/22 166/30 167/13 167/19 171/6
177/3 197/15
looking [26]  16/26 17/24 20/20 26/31 74/11
74/13 77/11 124/31 125/10 145/25 147/1
153/3 154/6 160/20 161/19 165/19 165/19
168/2 169/22 169/24 170/27 171/2 175/25
193/23 193/25 197/8
looks [2]  65/22 172/26
lose [3]  71/6 71/6 74/6
lost [4]  10/4 30/4 51/12 67/17
lot [34]  7/20 7/31 10/14 12/21 13/20 15/3 16/6
17/24 22/10 26/6 31/14 32/9 35/16 45/6 46/4
46/32 103/7 125/12 125/13 130/25 140/22
144/19 144/20 168/12 168/19 169/1 182/29
193/5 197/9 199/29 204/29 218/16 219/12
219/13
lots [9]  108/22 108/24 108/25 108/28 108/31
109/2 109/7 125/2 158/16
LOUISIANA [14]  1/3 6/18 13/6 18/7 18/8
18/10 21/14 31/28 31/29 148/10 220/11
220/13 220/22 220/30
love [1]  122/13
low [23]  45/29 55/6 55/9 55/13 59/11 69/8
96/23 96/28 122/32 158/28 162/1 162/13
175/17 175/20 188/3 188/11 188/17 189/3
192/7 193/21 208/4 210/13 216/19
low-dose [1]  96/28
lower [12]  63/23 72/7 88/12 123/2 132/3
132/4 137/6 208/4 214/26 214/27 214/31
214/32
lowering [1]  136/19
lowest [2]  124/3 161/20
LSU [6]  8/8 8/9 133/11 14/7 16/31 24/12
lunch [2]  22/10 79/11
lung [5]  44/21 51/14 57/9 65/21 107/28
lungs [6]  51/6 51/21 52/5 65/26 108/2 108/3
lupus [4]  21/15 21/18 22/16 28/19
lying [1]  140/7
lysis [1]  170/8

**M**

M.D [1]  2/4
M.S [1]  8/29
ma'am [4]  6/15 30/17 35/5 171/4
made [11]  18/12 53/3 54/12 61/4 61/11
121/13 151/8 151/12 151/19 185/32 214/32
magnesium [4]  66/6 68/12 69/31 71/5
main [1]  104/2
make [32]  10/22 21/16 29/21 31/4 33/20
61/24 65/10 67/26 76/20 98/3 106/6 111/21
125/9 132/12 134/6 145/16 146/18 162/11
162/32 167/23 170/30 180/20 184/10 195/21
198/5 202/16 205/2 207/23 209/2 211/17
212/28 219/11
makes [7]  40/3 68/22 117/5 117/30 144/14
202/21 209/16
making [4]  125/28 142/16 170/30 178/19
males [1]  19/6
man [4]  22/4 40/25 103/13 209/13
Management [1]  16/4
manager [1]  22/5
mandatory [1]  212/28
manifest [1]  55/4
manual [22]  29/24 43/27 43/27 44/5 44/17
109/6 116/4 116/14 116/32 118/9 118/21
118/27 119/16 119/19 120/7 120/14 121/2
122/26 124/11 124/20 127/13 129/4
many [50]  16/7 16/7 17/21 17/28 19/32 20/1
21/8 25/2 25/31 26/4 29/10 29/22 33/18 33/26
36/32 42/31 64/30 75/15 76/8 76/8 82/12
88/13 99/12 112/13 117/21 119/24 126/13
127/8 135/12 136/4 136/28 146/3 146/4
157/30 160/31 163/6 163/32 167/31 168/5
168/18 174/28 184/3 192/3 193/24 194/8
197/8 200/8 200/13 200/16 200/21
marked [1]  83/13
Master's [3]  7/3 8/32 11/12
mat [2]  23/17 141/29
material [2]  23/17 127/20
materials [4]  98/25 99/1 99/16 135/26
mathematical [1]  121/14
matter [8]  1/13 3/10 36/8 38/22 96/6 104/4
175/2 220/25
may [65]  6/10 8/22 34/2 35/24 44/24 55/4

**M**

may... [59] 55/12 55/12 56/4 62... 71/6
71/24 77/23 79/14 81/8 87/32 98/13 98/17
98/19 111/32 116/21 119/8 121/3 121/21
122/13 122/13 127/25 127/26 128/19 128/21
128/32 128/32 129/7 129/7 129/16 130/24
130/25 138/11 144/14 144/15 144/15 144/16
144/16 144/17 149/14 149/25 155/11 157/14
157/29 157/29 161/16 161/18 162/2 162/11
162/19 162/22 175/29 194/13 204/6 206/23
207/19 208/11 214/18 214/23 216/3
maybe [15] 25/27 31/27 42/3 69/14 69/19
94/32 95/14 97/8 107/6 122/7 123/27 200/22
214/25 215/31 219/1
McGovern [1] 6/17
MD [2] 31/16 140/17
MDs [1] 19/10
me [161] 4/17 6/28 11/21 11/23 11/31 13/28
16/11 16/20 17/12 17/13 17/28 18/17 18/25
19/26 21/16 21/31 21/31 21/32 22/2 22/4 22/5
22/7 22/12 22/18 22/32 23/10 25/4 25/31
27/13 28/3 30/4 33/22 36/9 36/15 37/24 39/14
40/28 43/24 45/22 45/24 47/4 47/5 47/5 49/11
50/11 50/28 52/2 53/24 54/32 55/1 57/13 59/9
59/19 61/17 61/20 61/22 62/5 73/15 76/6
76/32 79/4 79/28 81/24 82/21 82/27 83/18
83/29 83/32 84/5 85/13 85/18 86/32 87/12
88/9 88/9 89/6 90/12 91/8 91/18 95/12 95/17
95/24 97/23 97/24 102/28 104/26 105/14
107/11 109/29 110/21 110/28 112/18 113/3
113/11 113/27 115/14 116/25 120/2 120/31
121/1 124/7 124/18 127/23 129/14 129/32
129/32 131/11 137/16 137/18 137/31 137/32
142/30 144/10 144/27 145/2 145/15 145/23
146/29 148/5 150/14 150/25 151/14 154/6
156/15 156/21 158/3 159/15 163/12 163/16
164/7 165/6 168/24 176/9 177/19 178/12
178/19 179/18 179/22 181/17 184/27 188/3
188/11 188/19 188/27 192/19 193/12 194/19
197/1 198/9 199/11 199/13 202/21 204/7
206/17 206/21 211/32 212/23 215/15 217/24
220/15 220/16
mean [31] 27/6 27/10 33/23 48/29 50/31 52/4
55/3 59/9 60/20 63/9 70/1 77/4 96/14 129/22
132/6 135/16 141/20 142/27 144/4 147/27
158/22 161/29 168/5 168/9 168/32 170/24
171/31 178/11 195/12 200/25 205/23
meaning [6] 33/18 68/15 106/16 106/22
126/31 193/22
meanings [1] 106/15
means [12] 33/14 40/8 40/9 63/29 67/9 90/1
118/6 127/11 169/1 169/1 180/12 184/8
meant [6] 135/6 160/1 205/6 208/23 213/8
215/13
measure [15] 118/7 118/11 119/1 119/1
119/20 119/21 122/25 126/24 129/5 129/7
136/9 165/7 175/5 200/29 201/7
measured [3] 121/11 121/13 121/18
measurements [5] 118/20 118/20 118/23
121/12 129/8
measures [5] 45/2 118/25 118/28 121/24
164/10
measuring [3] 119/12 121/23 127/1
mechnanism [12] 12/11 12/16 39/32 43/19
45/17 50/27 56/9 65/9 67/6 71/30 212/16
212/29
mechanisms [6] 12/4 12/16 29/17 29/26
29/27 47/1
mechanistic [4] 10/21 39/16 175/27 185/4
mechanistically [1] 170/25
med [3] 9/20 14/13 19/25
medical [69] 6/27 8/9 8/10 8/15 8/16 8/19
8/20 9/1 9/5 9/11 9/22 10/1 13/31 13/32 14/7
14/9 15/14 16/29 16/31 17/10 18/22 21/4 21/5
24/3 24/3 24/10 27/26 28/14 28/14 28/29 30/1
30/8 30/21 31/17 33/11 34/26 34/27 113/12
113/22 129/29 130/5 130/28 133/6 138/2
138/22 145/6 145/8 145/17 145/19 145/31
147/3 147/23 147/28 148/7 148/20 155/9
156/28 156/29 156/32 157/1 169/15 191/15
191/21 191/27 193/11 193/13 194/4 194/17
210/27
medically [3] 18/1 190/21 190/30
medication [2] 140/18 152/3
medicine [13] 7/5 14/7 14/11 14/14 16/17
17/11 17/12 21/11 24/13 127/2 127/6 162/4
162/9
medium [11] 63/3 63/13 63/15 121/19 121/20
178/2 178/5 182/9 183/5 201/12 207/30
meeting [2] 20/13 105/31
member [4] 15/28 105/1 127/26 143/12
members [3] 125/18 147/29 148/24
membrane [2] 70/20 70/25
membranes [2] 70/11 70/17

memory [1] 99/4
men [3] 18/14 18/18 18/25
mention [3] 3/29 7/11 160/13
mentioned [6] 3/31 21/27 26/24 130/30
157/23 194/14
mercury [1] 117/9
mere [1] 161/28
merge [1] 206/26
merging [1] 142/18
mesothelioma [1] 202/14
met [1] 3/12
metabolism [1] 66/11
metabolite [1] 121/28
Metairie [1] 6/18
metal [13] 24/30 25/5 84/6 87/30 93/29 94/6
94/7 94/27 95/4 118/16 182/32 197/4 197/4
metals [17] 22/11 24/19 24/25 24/29 25/2
25/7 25/13 82/17 82/18 82/24 82/26 82/30
84/26 84/29 86/29 91/32 117/9
metalworkers [1] 22/14
metalworking [1] 22/10
meteorologists [1] 121/21
method [2] 43/26 220/16
methodology [7] 29/25 109/23 114/2 114/8
116/12 116/15 195/21
methods [3] 43/22 43/24 69/23
methyl [2] 43/5 64/10
mice [1] 64/16
microbiology [4] 7/3 8/30 8/32 9/3
micron [1] 13/14
microns [1] 65/5
microscope [3] 11/7 182/29 182/30
mid [1] 157/22
middle [1] 58/27
might [7] 69/16 129/23 137/13 177/31 184/14
186/16 210/15
Mike [1] 18/4
mild [1] 64/1
milligrams [1] 127/8
million [20] 14/13 40/29 40/31 41/9 41/11
57/19 57/20 57/21 131/8 131/10 131/14
131/22 131/25 131/31 132/1 132/10 133/11
134/15 134/22 209/12
mind [2] 61/26 84/24
mine [1] 25/14
mineral [1] 159/18
minimal [2] 134/17 134/19
minimize [1] 107/27
minor [2] 31/21 57/6
minute [14] 58/27 67/27 85/13 88/22 89/1
120/1 121/1 130/16 131/21 146/10 162/22
203/3 212/7 212/11
minutes [8] 3/24 68/6 98/2 109/12 149/10
201/22 211/23 212/11
miss [22] 4/18 33/4 35/3 79/21 81/16 92/21
92/22 112/5 112/5 128/13 138/23 139/3 145/7
145/9 145/32 148/7 148/8 150/16 154/28
163/26 210/20 214/18
Miss Lee [1] 33/4
Miss Willis [2] 81/16 92/22
missed [1] 198/2
missing [2] 91/5 91/6
mist [4] 68/3 205/26 206/10 206/11
mix [1] 184/9
mixing [1] 141/7
mixture [2] 88/1 159/26
mixtures [2] 187/27 187/29
mobile [2] 18/20 18/21
mode [2] 46/2 204/3
modeler [2] 34/7 87/24
modelers [1] 36/2
modeling [5] 34/10 34/13 118/19 118/22
121/14
moisture [3] 39/25 88/1 177/25
molecular [2] 57/32 126/7
molecule [1] 51/24
moles [1] 58/3
moment [2] 190/18 190/25
Monday [2] 45/24 196/30
money [5] 6/3 18/12 18/15 18/19 18/26
monitoring [3] 121/26 121/31 133/6
month [5] 18/20 18/31 129/20 129/23 129/25
morbidity [1] 71/2
more [41] 7/16 18/12 19/23 19/26 41/24
44/31 44/31 51/25 51/26 55/15 68/19 68/20
77/2 77/9 77/20 82/29 89/9 95/24 95/25 96/4
96/4 96/11 101/24 111/23 111/23 128/22
137/7 164/28 169/7 175/9 180/16 187/2 197/8
207/30 208/6 209/30 209/31 210/4 214/22
214/24 219/8
morning [8] 3/4 6/15 31/10 31/11 51/10 60/8
142/6 218/28
most [23] 19/4 20/19 29/20 32/14 32/21
32/23 32/26 43/3 57/31 63/17 73/6 77/23

168/20 182/22 185/1 187/4 214/28
Mostly [1] 45/4
motion [1] 102/31
motions [2] 218/22 218/23
mouth [1] 63/32
mouths [1] 162/4
move [14] 11/18 15/27 55/16 62/32 73/24
73/29 89/31 115/17 159/9 174/22 204/14
206/18 207/2 214/13
moved [3] 3/14 16/16 92/8
movement [3] 41/21 96/16 174/17
moving [1] 74/14
Mr [19] 2/5 2/6 2/7 2/8 2/9 2/10 2/11 2/12
50/5 50/18 81/16 89/26 91/22 92/18 205/16
205/18 211/2 215/8 217/11
Mr. [57] 3/7 3/7 4/17 9/23 26/22 34/23 39/11
40/27 42/6 43/31 57/18 59/29 80/9 85/14
85/15 85/26 86/3 86/10 86/21 89/11 89/16
97/19 98/1 100/18 109/13 109/16 110/30
112/5 116/6 128/6 131/3 142/16 162/28
162/28 174/17 178/20 199/23 201/32 202/6
202/24 203/13 205/10 205/20 207/4 208/24
209/9 209/23 210/20 211/26 214/17 214/17
214/30 215/9 215/16 216/12 218/15 218/18
Mr. Amadee [2] 3/7 218/15
Mr. Anderson [10] 3/7 9/23 42/6 112/5 128/6
201/32 202/6 202/24 214/17 218/18
Mr. City [2] 205/10 205/20
Mr. Clayton [15] 34/23 43/31 59/29 85/14
85/15 85/26 86/21 89/11 89/16 97/19 98/1
110/30 131/3 142/16 199/23
Mr. Clayton's [4] 26/22 39/11 100/18 174/17
Mr. Demajo's [1] 80/9
Mr. Foster [12] 116/6 178/20 207/4 208/24
209/9 209/23 210/20 211/26 214/17 214/30
215/9 215/16 216/12
Mr. Handlin [2] 3/7 218/15
Mr. Handlin's [1] 109/13
Mr. St [1] 162/28
Mr. Stewart [3] 4/17 162/28 203/13
Mr. Templet's [2] 86/3 109/16
Ms. [1] 3/8
Ms. Harvey [1] 3/8
much [28] 9/24 10/3 15/1 19/22 20/3 41/7
41/24 51/23 55/22 63/6 67/18 69/17 86/16
92/6 95/25 117/10 117/12 119/13 128/26
132/2 137/6 150/31 184/15 187/16 187/16
187/16 199/20 219/15
mucous [3] 55/21 70/11 70/25
multi [1] 24/8
multiple [1] 21/2
multitude [1] 161/23
multitudes [1] 162/15
muscle [4] 68/27 74/12 170/2 170/14
must [8] 38/24 41/4 58/20 65/29 110/14
119/18 174/7 198/2
Mutagenesis [1] 15/29
my [125] 6/20 6/20 8/14 8/25 11/5 11/7 11/12
11/12 11/12 11/17 13/17 13/32 15/30 16/20
16/31 16/32 17/24 18/32 19/1 19/20 19/24
20/19 21/9 22/18 22/18 23/7 24/6 26/6 33/30
34/15 36/6 39/16 42/5 43/25 46/24 49/23
49/31 51/29 51/30 51/31 52/1 54/12 54/30
60/16 67/6 67/15 75/25 76/4 80/1 83/24 83/25
84/30 89/3 94/9 96/19 98/28 98/29 99/4 99/5
99/7 100/14 101/14 104/14 105/25 106/22
110/1 112/24 113/19 114/5 114/17 123/8
128/11 130/12 134/1 143/32 147/6 148/5
148/12 150/27 151/8 151/23 151/25 151/28
152/7 154/27 155/15 156/23 162/23 162/32
164/4 164/6 167/15 168/10 170/21 173/9
173/25 176/18 177/6 179/29 182/25 182/27
184/3 188/2 190/8 190/11 190/28 191/18
191/22 192/10 192/28 195/9 196/7 197/23
200/1 201/32 203/7 204/10 204/25 206/4
216/12 217/11 217/15 220/5 220/17 220/18
myself [3] 21/17 62/17 76/3

**N**

nails [1] 118/30
name [10] 6/15 22/18 23/28 73/16 76/29
145/10 145/11 163/17 205/12 207/21
named [3] 23/29 23/29 188/8
names [1] 208/23
nanomoles [1] 58/30 63/3 63/10
nanotechnology [1] 13/7
nanotoxicology [1] 13/9 13/18 13/23
narrowing [4] 64/32 65/6 70/26 70/28
nasal [1] 108/20
natural [1] 38/21
nature [14] 10/32 15/20 22/17 39/15 39/16
51/22 67/25 70/5 78/8 82/19 87/26 87/30
90/18 95/26
nauseam [3] 152/18 164/20 189/32

**N**

neat [1] 93/31
necessarily [5] 42/8 62/8 110/14 131/28 194/7
necessity [1] 195/8
necrosis [12] 68/21 69/10 69/31 70/13 71/13 71/17 72/23 170/10 170/11 175/11 206/20 208/8
need [24] 12/32 13/21 15/5 15/9 36/3 66/10 100/11 101/17 102/25 113/21 114/21 143/11 143/17 143/31 144/1 144/8 146/13 147/25 148/29 164/14 167/2 177/23 184/7 207/32
needed [3] 115/24 154/25 165/4
needs [2] 77/13 149/3
negate [1] 143/20
negative [3] 70/4 103/30 113/20
neither [2] 24/30 118/25
nephrologist [1] 19/9
nerve [13] 107/19 107/19 107/22 107/27 107/30 107/32 108/8 108/14 108/19 157/14 169/2 169/12 214/28
neuro [1] 9/19
neuro-anatomy [1] 9/19
neuroanatomy [5] 27/24 30/1 30/8 30/15 34/26
neuroblastomas [1] 20/4
neurological [1] 43/9
neutral [4] 58/15 59/7 67/11 67/11
neutralization [1] 175/13
neutralize [3] 69/16 69/24 72/30
neutralized [1] 187/7
never [16] 15/6 19/21 21/7 34/11 81/13 97/32 105/16 150/26 151/18 162/10 162/19 172/13 212/6 212/7 212/10 212/32
new [26] 1/11 1/27 6/21 8/17 8/21 9/21 10/2 14/9 16/32 23/2 24/20 47/10 47/14 79/4 98/5 98/24 99/15 148/10 157/18 157/24 187/29 202/1 202/1 205/20 209/13
news [2] 3/20 43/6
next [25] 22/25 56/15 57/27 58/13 58/15 58/22 59/4 59/24 62/32 63/26 68/9 74/10 74/26 75/9 77/14 78/22 78/32 90/14 96/1 130/6 162/29 193/14 195/27 206/15 216/10
nice [2] 75/5 93/30
NID [2] 1/25 3/28
night [3] 20/12 76/17 196/21
nine [2] 133/13 158/6
nitric [7] 11/11 49/24 159/26 159/32 160/7 182/25 207/16
no [150] 1/9 9/17 26/11 27/16 31/17 31/19 31/30 34/6 34/8 34/11 34/15 34/20 35/5 38/28 38/30 41/18 42/9 52/10 53/27 53/31 54/1 57/15 60/32 61/32 62/4 62/15 62/15 69/12 69/15 75/5 76/15 76/15 79/24 80/26 89/11 89/26 91/11 92/13 97/2 98/30 98/29 98/31 100/28 100/28 102/12 104/11 105/12 108/18 110/4 110/5 110/6 111/17 112/7 112/20 113/20 113/29 114/10 117/24 118/2 119/26 120/21 122/21 129/2 129/30 131/26 132/5 132/30 132/32 133/18 135/10 135/31 136/6 136/13 137/22 138/32 139/7 139/32 140/12 140/32 142/3 142/3 142/3 143/8 143/16 145/16 147/18 147/18 149/8 151/16 153/22 153/29 154/15 158/22 160/27 161/6 161/11 161/21 162/5 162/11 162/14 163/12 163/13 163/31 164/19 165/17 166/24 166/25 166/26 168/1 168/8 170/15 172/17 172/31 173/15 173/26 173/29 176/15 176/21 177/15 181/20 183/15 183/17 185/17 185/17 186/15 188/32 189/20 190/2 190/9 190/10 190/12 191/17 191/20 191/23 191/26 199/25 203/1 203/23 205/4 207/11 210/1 210/1 213/8 213/17 214/2 214/2 216/1 217/29 220/30
nobody [2] 91/16 213/9
nomination [1] 76/20
non [2] 133/16 209/28
non-regulatory [1] 133/16
non-self-reported [1] 209/28
noncancerous [1] 20/22
none [8] 52/25 53/9 108/4 157/5 157/7 157/16 192/6 209/23
nonphysician [1] 21/11
nonresponsive [1] 180/4
nonspecific [1] 139/20
noon [1] 60/15
normal [14] 51/13 58/25 58/26 63/2 63/7 63/13 63/15 63/16 63/20 66/11 67/12 72/6 150/21 213/18
nose [31] 70/11 77/29 77/31 78/26 82/1 82/5 96/25 105/1 107/16 107/24 108/23 108/26 139/16 139/18 140/21 140/25 140/28 143/29 155/22 159/1 168/21 168/21 168/25 168/26 168/27 168/29 168/31 168/32 169/9 196/27 210/30

notarization [2] 151/16 163/13
notarized [13] 75/27 77/24 107/11 138/2 150/27 150/28 151/1 151/3 151/7 151/10 151/20 163/18 190/32
note [2] 54/14 217/26
notes [7] 77/18 77/26 163/11 164/3 170/30 170/30 173/9
nothing [3] 141/8 141/17 144/18
Notice [1] 121/9
noticed [2] 146/10 163/13
now [54] 13/27 17/29 19/20 26/3 27/10 29/28 37/23 37/24 40/2 52/23 53/23 55/4 59/17 60/2 67/22 71/20 71/32 75/10 78/14 82/16 83/10 85/20 86/25 88/12 90/14 91/20 96/17 105/28 105/32 106/28 110/24 111/11 113/21 113/32 117/31 119/24 138/15 155/16 162/4 164/7 167/15 168/11 172/14 176/19 190/13 190/18 190/22 190/24 191/29 192/6 192/29 203/9 209/28 218/3
nowhere [1] 210/29
number [16] 2/16 3/19 4/16 37/2 44/1 116/28 127/27 127/30 130/21 137/26 137/26 160/31 163/6 168/11 190/15 190/16
numbers [1] 22/27 58/32 146/13
numerous [24] 23/16 23/20 25/20 75/30 76/11 76/14 76/23 77/12 78/18 105/10 106/20 153/27 154/17 164/2 165/12 165/28 168/2 168/5 168/7 168/9 171/10 190/21 192/2
nurses [1] 24/4

**O**

O'BRIEN [3] 1/31 220/9 220/29
o'clock [1] 5/9
oath [4] 110/2 191/17 191/19 191/24
object [19] 37/32 38/1 38/27 60/5 85/5 94/5 99/26 104/15 114/31 174/2 180/3 199/13 201/15 201/17 203/12 215/3 215/7 215/8 216/29
objecting [9] 38/7 105/23 110/24 141/2 147/15 149/6 178/14 185/29 199/1
objection [76] 25/16 38/5 42/11 48/23 48/25 50/2 50/16 52/22 52/28 53/6 54/12 54/14 54/15 60/26 60/32 61/2 61/32 62/15 82/32 84/10 84/12 85/16 85/17 85/18 85/20 86/19 87/4 87/6 101/14 103/31 103/32 113/19 113/24 120/4 142/15 147/7 148/12 148/14 149/8 150/7 152/7 155/2 155/15 155/32 173/7 178/19 185/9 186/19 192/14 195/1 195/4 195/17 196/7 196/12 197/28 197/32 202/12 202/28 204/10 205/28 206/28 208/15 208/19 208/26 211/6 211/13 212/19 213/20 213/32 214/3 216/22 216/24 217/20 217/24 217/26
objections [2] 89/32 103/20
observable [5] 161/11 161/17 161/20 161/21 161/21
observation [1] 78/18
observations [1] 125/3
obtain [1] 8/10
Obvious [1] 212/19
obviously [6] 61/1 80/10 99/29 140/2 140/5 147/3
oc [1] 14/13
oc-med [1] 14/13
OCAW [1] 16/24
occ [1] 24/7
occ-tox [1] 24/7
occupational [12] 14/10 16/19 17/17 19/2 21/6 23/21 23/22 24/4 24/11 28/8 28/15 28/31
occur [3] 56/5 135/2 214/25
occurred [7] 37/20 135/2 135/3 141/29 142/9 177/7 195/25
occurrence [1] 152/2
occurrences [1] 76/26
occurs [2] 47/21 214/22
ocular [1] 12/9
odors [1] 97/30
off [26] 48/13 61/4 65/4 65/14 70/8 72/12 72/15 75/6 81/2 81/3 81/29 89/1 90/15 90/27 90/30 91/9 91/17 103/20 111/28 111/29 139/7 140/16 140/18 146/30 170/12 173/14
offer [1] 79/19
OFFERED [1] 2/16
office [8] 14/16 14/16 19/2 42/6 118/32 212/5 214/6 214/9
officer [2] 142/7 220/13
official [4] 1/32 16/20 220/10 220/11
Officially [1] 16/16
oh [17] 4/30 22/3 25/6 41/16 81/22 85/9 86/15 92/3 105/20 112/17 123/29 157/26 161/7 182/23 199/25 203/7 207/21
oil [8] 15/4 16/24 17/30 17/32 20/16 21/28 22/4 196/23
okay [112] 3/3 3/17 3/25 5/3 5/18 5/23 30/19 34/5 34/7 44/12 49/3 49/17 53/13 56/17 57/27

O'BRIEN [continued column 3]
64/7 75/2 76/26 79/6 85/20 90/32 93/7 93/16 93/21 97/10 97/13 98/11 98/32 99/14 101/4 102/25 104/28 111/28 117/26 122/22 139/5 140/13 143/1 143/10 146/26 148/31 149/3 149/21 151/14 153/11 157/3 163/1 164/26 166/7 166/28 167/12 167/17 167/21 168/17 170/21 171/12 171/21 172/2 172/7 172/14 172/31 173/21 174/22 174/24 176/18 179/6 180/6 181/24 182/2 182/8 185/6 185/22 186/16 187/5 187/11 187/23 187/30 188/27 189/24 189/27 190/8 190/22 191/9 191/29 192/6 193/17 193/20 193/26 194/1 194/19 195/29 198/11 198/26 200/17 200/27 200/29 203/26 206/3 211/23 218/1 218/5 219/14 219/16
Okeydoke [1] 201/14
old [3] 88/15 88/19 90/10
omitted [1] 4/16
once [10] 7/30 18/20 18/31 40/20 51/19 71/20 72/21 72/24 72/31 105/30
one [117] 3/11 3/19 3/25 5/5 5/13 8/10 8/13 8/32 13/6 13/14 19/19 30/29 31/2 32/16 32/18 33/23 35/32 38/25 44/31 44/31 46/15 51/24 53/4 55/32 59/6 61/3 64/5 65/20 66/30 68/4 68/10 68/18 70/4 70/4 75/16 79/31 79/32 86/6 90/14 90/21 92/10 92/15 94/28 96/15 98/28 98/30 99/27 100/17 104/1 104/2 107/7 107/17 107/23 109/22 112/12 112/29 113/17 117/15 118/11 119/21 120/4 121/11 121/14 122/12 123/19 125/7 125/29 127/31 128/1 129/11 129/15 129/20 129/23 129/24 133/11 139/3 142/6 142/24 144/15 150/17 150/25 151/2 154/13 154/14 154/29 160/19 161/20 161/22 162/14 163/25 164/28 168/6 168/13 168/27 171/23 172/22 174/2 175/31 176/1 176/3 176/4 181/12 183/4 184/14 187/2 194/11 194/13 194/23 195/10 197/1 199/17 202/4 203/31 204/21 210/1 216/4 218/7
one-time [1] 129/15
ones [10] 15/15 92/21 105/9 112/13 146/6 151/10 163/14 163/16 171/1 188/22
only [56] 3/32 12/7 24/21 31/27 31/28 31/30 34/4 46/15 47/21 62/17 76/30 101/9 102/21 112/12 117/15 119/11 119/24 123/16 123/20 123/30 123/32 128/13 129/13 132/27 142/5 142/8 149/19 150/28 150/32 151/10 151/19 159/31 162/8 172/14 172/27 174/13 184/28 184/31 185/27 186/8 188/8 189/5 189/20 189/24 192/12 194/4 198/22 200/13 200/17 200/22 203/12 210/1 210/7 216/26 218/6 220/4
onset [2] 69/9 70/10
OP [1] 33/24
opacification [5] 66/22 71/13 74/2 74/3 175/32
opacities [1] 210/10
opacity [4] 45/15 52/1 52/16 176/2
open [5] 1/14 182/21 183/1 183/27 205/4
opened [5] 182/27 190/4 203/28 204/24 209/6
opens [1] 178/21
operate [1] 67/19
opinion [20] 35/17 36/4 40/24 43/13 75/13 89/28 96/31 99/7 99/10 100/2 102/15 102/20 109/20 110/4 115/22 115/23 119/6 122/24 132/13 213/24
opinions [7] 29/16 97/18 103/8 103/10 103/14 116/16 125/15
opponent [1] 54/30
opponents [1] 97/3
opportunity [1] 100/12
opposed [5] 58/8 70/6 102/22 170/10 208/10
opposing [1] 9/23
opposite [1] 32/26
opposition [1] 102/30
optic [1] 20/1
option [1] 7/24
or something [1] 65/8
oranges [2] 57/26 141/7
order [9] 8/24 14/20 60/7 89/28 114/12 130/23 177/20 195/21 197/12
organ [1] 162/15
organisms [1] 24/18
Organization [1] 67/31
origin [2] 7/17 7/27
original [3] 18/14 220/5 220/6
originally [1] 5/8
ORLEANS [23] 1/2 1/11 1/27 6/22 8/17 8/21 9/21 10/2 14/9 16/32 24/21 47/10 98/6 98/24 99/16 148/10 157/18 157/24 202/1 202/1 205/20 209/13 220/12
OSHA [27] 41/1 41/6 41/9 43/2 131/5 131/7 131/12 131/13 131/26 131/28 131/28 132/14 132/20 132/26 133/19 134/10 134/15 135/7

**O**

OSHA... [9]  135/23 136/2 136/... 136/31
137/3 211/26 212/27 214/4 214/8
OSHA-required [1]  136/31
other [94]  5/5 12/18 13/25 16/30 20/22 21/3
22/21 22/29 29/10 32/29 35/26 36/2 36/23
48/10 52/30 55/6 59/12 60/11 63/19 63/23
70/2 70/4 70/16 76/5 83/23 85/31 92/14 96/26
105/1 108/8 110/19 113/1 116/8 118/4 123/22
123/23 123/23 124/6 125/2 125/19 133/22
133/28 139/6 141/4 141/7 144/5 161/4 161/5
161/6 164/19 165/29 172/17 172/18 173/15
173/16 173/26 173/29 173/30 174/6 174/28
174/29 174/31 175/3 175/11 175/28 177/15
184/9 186/13 186/17 187/15 187/24 187/26
188/4 188/5 188/13 188/15 188/28 189/10
189/12 189/20 191/15 194/5 194/14 196/3
198/4 200/20 202/25 206/26 210/1 210/2
212/9 212/27 213/21 215/23
others [9]  31/3 45/8 69/2 73/10 114/22
128/22 172/29 188/10 214/25
otherwise [3]  49/28 140/10 220/24
our [23]  4/8 12/18 39/28 41/24 49/25 49/28
49/29 58/14 60/22 105/31 115/3 123/10
123/10 158/26 158/30 158/32 159/1 159/2
161/24 204/31 209/10 209/10 209/11
ourselves [1]  31/2
out [74]  4/17 6/3 11/16 13/30 16/27 17/13
18/5 19/21 22/3 28/19 33/19 35/22 38/17
42/30 42/30 48/7 48/20 55/25 56/8 56/10
61/23 65/7 65/13 66/9 66/10 69/14 69/32
70/15 72/31 76/3 81/20 84/24 90/10 92/4
107/7 108/2 108/2 118/26 123/15 136/21
138/15 141/30 141/30 150/26 150/29 151/3
151/4 151/5 151/15 151/16 151/17 152/5
152/8 152/27 154/30 162/12 162/18 163/20
163/26 165/3 165/5 168/29 168/30 170/7
182/4 182/8 182/24 194/13 203/13 203/31
204/2 204/4 204/26 212/17
outcome [1]  220/24
outer [3]  71/26 210/11 210/11
outlined [1]  104/31
outreach [1]  14/15
outside [11]  47/26 72/3 83/24 84/18 126/25
177/10 181/9 185/6 185/24 188/18 201/12
over [30]  8/19 12/31 18/1 18/17 29/6 41/23
46/28 47/6 82/7 96/24 96/25 108/18 162/6
163/10 168/13 168/14 168/15 168/16 170/5
177/8 192/31 193/1 196/30 201/32 203/19
212/10 212/10 215/18 216/12 217/11
overly [1]  103/15
overrule [2]  54/15 196/12
overruled [11]  42/18 50/8 54/22 83/4 87/9
95/9 106/2 115/18 135/19 217/4 217/26
own [8]  6/20 11/17 22/4 39/22 112/24 150/4
158/24 191/15
oxygen [1]  184/16

**P**

P R O C E E D I N G [1]  3/1
page [31]  2/3 22/18 43/24 43/25 44/9 44/10
106/28 110/2 116/6 116/8 116/11 116/16
121/5 121/7 124/18 139/1 149/30 150/19
150/23 151/27 153/1 153/3 155/21 155/27
158/6 159/14 159/15 190/19 210/28 211/2
220/6
pages [2]  46/25 46/25
paid [4]  13/31 15/31 18/26 171/8
pain [3]  71/5 170/14 170/14
pains [1]  170/2
PAMELA [1]  1/7
PAN [20]  1/23 77/22 102/29 107/5 138/29
139/1 149/32 150/2 150/4 151/32 163/14
163/16 163/23 167/12 167/17 169/19 208/9
208/21 213/9 215/15
PAN-AMERICAN [1]  1/23
paper [3]  16/25 21/28 94/11
papers [2]  54/16 142/3
para [1]  23/22
para-occupational [1]  23/22
Paracelsus [3]  76/18 117/29 122/14
paragraph [2]  190/19 190/20
parameter [1]  57/21
parameters [1]  16/14
PARISH [4]  1/2 32/17 69/1 220/12
park [3]  71/16 73/4 84/24
parking [3]  15/32 137/3 142/7
Parkway [1]  6/18
part [29]  11/8 18/3 24/6 66/5 69/3 72/2 77/23
88/5 95/24 119/5 126/12 126/11 126/27 133/11
135/9 154/1 154/24 154/24 165/14 165/16
165/24 165/25 166/29 172/18 174/4 193/29
202/7 214/28 217/7
partially [2]  151/5 151/16

particle [1]  178/2
particle-free [1]  178/2
particles [23]  13/14 87/27 87/27 88/2 88/4
90/11 90/17 96/12 174/18 178/1 178/3 187/16
202/4 202/10 202/22 202/24 204/5 204/22
205/24 206/11 206/11 207/25 208/11
particular [29]  11/1 14/22 17/23 17/27 22/30
44/32 51/1 55/9 118/1 118/3 119/8 119/29
122/8 126/6 127/2 127/3 127/4 127/25 129/8
133/5 154/25 161/18 165/1 171/15 174/13
176/8 188/5 195/11 219/9
particularly [7]  17/31 26/32 39/24 82/16
115/3 119/25 122/1
parties [3]  3/11 93/10 220/23
parts [25]  40/28 40/31 41/9 41/11 57/19
57/20 57/21 95/20 95/29 96/29 131/7 131/9
131/14 131/22 131/25 131/30 132/1 132/10
133/14 134/11 134/14 134/16 134/22 134/27
209/12
passages [1]  108/20
passed [1]  7/30
passes [1]  15/32
past [2]  31/12 122/1
Pat [1]  79/22
Pathologists [1]  6/30
pathway [9]  47/22 47/27 178/8 178/23
181/21 181/22 182/18 183/2 183/5
pathways [5]  47/18 47/24 55/29 55/30
205/25
patient [8]  33/22 33/25 33/28 33/31 34/1 34/3
117/12 117/13
patients [3]  33/15 34/5 35/27
PATRICIA [6]  1/31 2/4 6/5 6/17 220/9
220/29
pattern [1]  96/18
patterns [6]  12/3 17/14 20/12 20/13 27/1 28/5
Paul [9]  36/22 36/24 59/6 99/4 165/5 171/26
172/8 186/4 186/30
pay [2]  150/31 150/32
paying [1]  171/6
pediatrician [1]  194/19
peer [4]  19/15 25/20 46/19 47/1
peer-reviewed [1]  46/19 47/1
PEL [2]  131/5 133/19
PELs [1]  132/14
penetrate [6]  73/2 73/12 73/19 73/31 179/20
180/18
penetrates [3]  70/12 71/3 72/24
penetrating [1]  180/28
people [53]  9/15 14/24 18/6 19/12 24/8 32/10
34/15 36/3 41/16 52/13 66/6 78/29 82/13
96/22 109/10 117/21 119/25 122/5 122/19
130/10 133/24 133/26 135/8 135/14 137/1
137/1 137/3 141/26 141/30 150/5 154/29
162/3 164/1 164/8 167/24 167/27 167/31
168/5 168/9 168/19 169/6 174/15 178/6
193/24 194/8 198/21 209/18 211/30 212/14
213/18 214/6 216/18 217/17
per [31]  40/28 40/31 41/9 41/11 51/24 57/19
57/20 57/21 58/3 58/30 63/3 77/8 125/32
127/8 131/7 131/9 131/14 131/22 131/25
131/30 132/1 132/10 133/11 133/14 134/11
134/14 134/16 134/22 134/27 209/12 210/4
percent [6]  56/20 56/28 89/16 159/28 159/28
159/30
percentage [3]  92/5 168/14 193/21
perform [4]  6/30 27/6 28/28 166/22
performance [3]  27/29 30/22 34/28
performed [5]  19/27 21/22 23/11 121/32
161/14
perhaps [9]  29/12 69/20 106/21 118/15 126/5
128/16 129/25 162/20 177/17
period [9]  96/24 142/12 146/4 157/8 162/3
162/12 177/8 196/1 203/19
periods [1]  147/1
permanent [4]  52/17 52/18 55/15 71/12
permeate [3]  38/22 41/28 73/7
permissible [9]  131/5 131/7 131/10 131/13
132/21 133/3 134/15 211/27 211/29
Permission [2]  83/6 210/23
peroxide [1]  69/13
persistent [1]  77/28
person [47]  23/2 30/29 32/9 36/24 40/32 55/5
65/28 77/22 77/24 84/26 105/26 105/30
108/20 113/4 123/1 127/9 127/32 128/18
128/24 128/27 128/30 128/32 129/17 129/29
129/23 129/25 130/7 130/26 142/6 144/14
145/13 145/14 151/11 167/6 167/10 168/6
169/28 174/12 177/28 186/2 192/25 193/7
193/10 194/20 206/23 206/23 207/24
person's [5]  118/8 119/27 129/29 193/31
194/4
personal [6]  41/26 41/29 131/15 132/19
132/25 132/28

personnel [1]  12/28
persons [6]  1/8 142/5 142/11 182/16 203/17
203/20
persons' [1]  146/12
perspective [1]  74/15
pertain [1]  164/10
pertains [1]  147/24
pertinent [4]  26/18 39/14 39/32 40/12
pests [1]  64/16
petition [1]  203/14 203/14 203/15
Petron [3]  32/18 32/21 35/19
pH [92]  37/4 37/4 40/8 40/9 56/21 56/29
57/13 57/22 57/28 57/29 58/2 58/14 58/25
58/27 58/28 59/1 59/3 59/8 59/18 59/22 59/26
63/2 63/3 63/8 63/11 63/14 63/23 67/4 67/8
67/11 67/15 67/18 67/28 72/6 72/6 72/7 92/8
95/18 95/18 95/21 95/22 95/24 95/26 96/1
96/2 119/5 119/22 122/30 122/32 122/32
123/2 123/4 123/9 123/11 124/3 136/12
136/19 137/5 159/6 159/6 171/25 175/1 175/4
175/12 175/13 175/14 175/15 175/17 175/20
176/29 184/28 184/31 186/16 186/27 187/1
187/15 187/17 187/18 187/23 187/32 188/3
188/12 188/17 188/20 189/3 189/3 189/3
189/11 190/13 190/14 192/7 214/31
Ph.D [4]  6/5 9/6 31/20 147/23
phase [3]  48/4 57/3 57/12
phases [1]  57/7
photo [3]  86/11 86/12 86/25
photograph [1]  74/28
photographs [2]  93/8 93/18
photos [2]  92/14 92/17
phrase [2]  148/6 210/13
pHs [1]  187/13
physical [1]  121/15
physician [6]  46/14 130/6 133/7 140/15 143/6
190/28
physicians [6]  21/7 21/10 24/3 33/17 33/19
162/7
physics [2]  13/18 13/20
pick [3]  22/5 218/25 218/27
picking [1]  10/5
picks [1]  161/19
picture [18]  72/19 74/28 83/21 83/21 83/24
83/30 83/31 84/1 84/25 85/6 85/22 85/28 86/4
86/32 87/1 91/29 179/11 180/29
pictures [3]  83/11 83/27 97/24
piece [2]  95/32 96/2
piggyback [1]  27/13
pin [3]  65/21 65/22 65/23
pitcher [1]  145/26
place [8]  17/30 37/8 37/18 48/5 114/28
123/16 212/29 214/7
placed [4]  97/27 97/28 101/8 116/17
places [5]  116/9 136/28 172/1 173/16 202/26
plaintiff [19]  35/20 75/15 77/17 77/25 112/17
113/8 114/14 118/5 133/22 143/12 154/18
157/21 160/25 160/25 163/17 167/25 171/15
190/23 191/3
plaintiffs [29]  1/19 3/3 5/14 10/14 32/15
32/21 32/23 35/16 52/31 53/19 75/10 75/27
75/31 76/11 76/14 76/24 78/19 105/9 107/4
113/13 124/6 154/10 154/21 191/7 191/8
191/14 192/3 216/16 217/13
plaintiffs' [10]  97/29 98/4 102/30 103/9
108/13 110/17 152/26 154/20 157/27 165/11
plan [1]  60/22
plant [4]  22/5 41/15 126/8 211/31
plants [1]  212/13
plasma [4]  58/25 63/4 63/13 63/16
plastic [1]  182/32
platelets [1]  27/2
plausibility [2]  43/18 45/16
plausible [1]  170/26
play [2]  58/23 192/20
please [10]  6/16 39/12 72/14 81/10 112/2
146/18 164/31 193/6 204/8 219/10
plethora [1]  36/14
plus [2]  41/6 41/6
point [44]  4/6 7/21 14/28 33/23 47/2 52/22
52/29 55/12 60/4 60/13 60/23 62/1 65/21
73/10 74/5 77/12 79/3 79/4 99/9 99/26 107/14
125/8 130/4 133/19 134/9 141/26 144/2
150/27 151/10 161/15 162/14 162/14 164/11
170/27 174/32 176/7 178/11 195/7 195/9
201/22 202/22 205/2 207/22 207/31
pointed [2]  4/17 203/13
pointing [1]  93/2
points [5]  95/21 97/17 109/5 155/27 214/24
poison [2]  117/6 117/30
poisoning [2]  33/24 118/16
politics [4]  41/6 41/10 132/1 132/3
pollen [1]  144/16
pollutant [2]  121/16 121/29

**P**

Pontchartrain [3]  6/23 14/28 14/31
pool [1]  204/25
popping [1]  162/3
population [15]  20/8 36/14 76/31 77/11
78/19 125/4 153/31 154/10 154/18 163/30
165/12 182/16 190/23 192/30 212/5
populations [2]  12/3 124/32
portion [3]  175/10 175/27 185/4
portions [1]  153/9
position [2]  17/7 100/30
positions [1]  21/3
positive [3]  35/9 70/4 176/17
possible [4]  55/22 122/1 143/26 188/14
possibly [2]  90/29 128/25
post [2]  7/11 11/18
post-doctoral [1]  7/11
post-doctorate [1]  11/18
posterior [5]  73/14 73/32 74/20 180/30
180/31
potassium [1]  174/30
potent [2]  41/5 64/6
potential [16]  105/1 113/8 113/13 114/14
121/10 124/6 125/19 127/19 128/32 143/12
143/12 158/18 160/25 160/31 161/22 163/30
potentially [2]  166/9 170/23
pour [1]  69/13
Power [7]  47/2 60/4 60/13 60/23 62/1 107/14
151/10
powerful [6]  40/1 41/5 43/3 69/17 158/24
187/10
PPG [1]  16/24
practice [2]  23/13 117/10
practiced [1]  8/1
practicing [1]  16/9
pre [1]  9/20
pre-med [1]  9/20
precedent [1]  119/4
precipitate [4]  66/16 71/28 73/20 180/10
precipitates [1]  52/9 66/18 175/31
precipitation [3]  51/32 177/25 177/30
precise [5]  11/14 20/30 29/25 75/5 75/18
predominant [1]  168/23
predominate [1]  114/24
preexisting [1]  144/6
preface [1]  129/14
preferred [1]  119/23
pregnant [1]  18/16
preliminary [1]  78/17
premed [3]  10/3 10/5 19/21
premise [1]  18/5
prepared [2]  220/16 220/20
preparing [1]  106/29
prescription [1]  140/17
presence [2]  78/7 208/2
present [10]  36/26 54/21 56/20 56/27 87/11
118/30 141/27 157/31 174/27 175/14
presentation [2]  33/21 47/3
presented [3]  16/5 86/8 103/7
presiding [1]  1/15
pressure [3]  49/27 67/3 205/8
presupposing [1]  120/6
pretty [7]  10/3 17/22 26/8 70/19 76/16
168/23 210/5
prevalence [1]  77/8
prevalent [1]  77/27
prevention [1]  14/18
previous [2]  171/28 185/18
previously [1]  143/20
primary [2]  21/9 117/15
principal [2]  18/29 18/30
print [5]  102/32 172/10 172/11 172/16
172/17
prior [8]  8/2 72/19 86/14 86/15 142/26 146/3
146/6 177/5
private [1]  23/13
pro [1]  23/32
probably [12]  5/20 12/24 20/7 25/29 26/3
29/20 55/13 76/12 170/28 212/16 218/4
218/26
problem [18]  14/25 56/12 62/4 62/15 67/21
74/29 76/32 78/14 115/16 134/28 137/22
160/19 162/18 162/19 166/12 168/26 183/10
208/5
problems [17]  14/25 55/27 64/2 66/30 77/28
78/24 82/1 141/11 141/16 144/7 160/19
161/31 167/32 168/19 181/18 210/30 210/31
procedure [3]  27/6 33/27 34/2
procedures [9]  6/31 12/28 19/3 19/13 27/4
27/27 28/29 30/22 34/28
proceed [4]  6/10 62/23 79/14 81/8
proceeding [2]  53/27 220/15
PROCEEDINGS [1]  1/13
process [3]  14/3 48/5 196/21

produced [1]  139/2
produces [1]  69/8
product [2]  175/15 209/16
products [3]  158/14 158/16 158/23
profession [1]  7/9
professional [2]  13/28 15/27
professionals [2]  36/2 183/32
professor [7]  6/21 16/28 16/29 17/1 17/3 17/9
17/11
profiles [1]  21/22
profound [1]  71/15
program [10]  8/20 14/2 14/2 14/4 14/11
16/18 21/6 24/7 136/2 136/31
programs [1]  212/32
promulgate [2]  132/4 134/13
promulgated [2]  41/3 133/9
pronouncing [1]  207/20
proof [4]  32/5 32/11 109/31 110/14
proper [5]  41/29 53/16 153/13 174/20 184/1
properly [2]  125/26 209/22
proportions [1]  184/13
propose [1]  178/8
proposed [5]  106/30 125/18 127/16 157/5
166/31
protect [3]  70/21 70/22 102/5
protecting [1]  213/3
protection [6]  41/26 42/4 51/14 72/27 132/17
133/7
protective [8]  41/26 41/29 72/2 72/20 131/16
132/15 132/25 132/28
protein [2]  179/21 181/1
proteins [11]  40/7 51/31 52/9 66/17 66/17
66/18 71/29 73/21 175/31 180/9 180/10
proton [5]  39/21 40/1 158/8 175/3 189/22
protons [1]  175/18
prove [6]  53/21 104/8 104/9 104/11 105/24
105/29
proven [3]  22/19 53/21 140/10
provide [7]  60/12 60/15 62/11 62/12 132/28
134/13 191/14
provided [5]  23/24 24/2 39/5 39/7 163/5
providing [1]  61/26
pseudostratified [2]  51/2 55/20
psht [1]  205/8
publication [1]  67/32
publications [1]  25/20
publish [1]  19/23
published [4]  16/6 19/19 44/17 109/24
pull [4]  11/15 19/21 70/15 75/18
pulled [2]  19/22 86/11
pulls [1]  69/31
pulmonary [2]  57/9 65/26
purported [9]  104/32 106/4 118/4 127/25
133/21 135/12 137/32 147/29 148/23
purports [2]  138/2 138/17
purpose [6]  56/12 100/14 129/14 151/25
160/27 216/30
purposes [13]  4/1 19/28 20/26 45/21 59/29
61/11 62/5 93/7 111/19 151/23 151/28 153/26
216/31
pursue [1]  100/15
purview [1]  111/21
push [2]  55/24 56/7
pushing [1]  55/21
put [34]  4/25 11/9 19/17 27/3 39/28 44/22
59/5 61/24 63/10 65/2 99/24 102/28 119/27
136/12 136/28 142/24 145/23 149/1 151/9
154/14 154/14 154/15 156/11 158/32 159/1
164/3 179/12 184/10 209/19 209/31 209/31
210/13 212/25 214/7
putative [2]  4/21 183/2
puts [1]  101/19
putting [4]  60/22 79/29 130/8 136/23

**Q**

qualification [1]  33/2
qualifications [3]  4/21 17/23 31/15
qualified [17]  6/32 17/13 17/28 26/12 27/14
28/4 28/13 28/28 29/1 34/9 42/17 49/6 83/1
84/32 110/11 202/30 213/25
qualify [1]  27/8
qualifying [2]  82/22 84/27
question [131]  9/30 26/22 27/13 33/30 36/27
36/28 36/31 38/1 38/8 38/12 38/16 38/27
38/29 39/2 39/12 49/4 49/7 53/6 53/13 60/25
69/25 78/28 84/20 84/31 88/8 90/8 90/32
96/19 99/11 99/15 99/32 102/20 102/23
104/14 104/16 104/18 104/22 104/26 105/25
106/11 110/1 111/5 114/17 115/18 115/19
117/19 117/24 121/19 123/9 126/17 126/18
127/22 129/14 131/11 132/5 133/31 134/1
134/2 139/8 139/9 140/13 140/30 141/20
142/31 143/16 148/5 151/23 151/25 151/28
151/30 151/31 152/22 152/24 153/7 153/14

**R**

radiation [2]  126/7 129/6
railroad [1]  21/29
raise [1]  175/13
raising [1]  9/13
ran [2]  18/4 19/2
range [8]  58/15 63/3 63/13 63/16 63/17 67/12
67/20 123/6
rapid [4]  54/32 64/32 69/9 70/10
rare [1]  193/18
rashes [4]  56/5 64/2 77/32 82/6
Rasmuson [3]  19/20 110/3 111/9
Rasmuson's [1]  109/18
rate [1]  204/19
rats [1]  64/16
RAYMOND [6]  1/28 2/7 2/10 162/29 205/14
205/16
reach [4]  26/4 89/28 142/19 162/13
reached [4]  7/21 88/11 96/29 169/10
reaches [1]  50/30
reaching [2]  108/7 180/29
reaction [2]  170/13 174/14
reactive [3]  25/1 40/2 65/11
read [24]  35/12 68/6 80/26 91/21 106/30
107/1 107/3 109/13 109/13 109/16 109/18
126/20 136/7 146/2 146/3 146/4 146/22
146/29 146/30 147/28 153/8 156/28 209/18
211/21
readily [2]  70/15 70/17
reading [7]  8/8 9/23 13/8 17/29 74/13 188/20
189/11
readings [1]  190/14
ready [6]  70/8 81/6 149/15 149/19 149/21
219/9
real [7]  10/14 70/30 126/23 133/14 158/20
167/24 213/7
realized [1]  163/12
really [35]  7/26 10/28 13/23 15/1 15/19 16/15
20/11 25/3 29/26 29/29 46/1 56/21 58/18 64/5
64/24 101/17 126/13 127/7 136/22 146/28
146/29 150/29 158/15 158/18 169/22 169/26
175/1 175/5 177/27 180/27 187/1 196/19
210/2 214/4 214/32
reason [2]  191/20 216/26
reasons [2]  87/6 192/28
recall [9]  37/2 86/5 97/28 97/29 97/32 110/19
136/7 137/12 137/13
recap [1]  170/21
received [6]  16/31 16/32 26/14 75/11 119/9
127/27
recently [3]  43/8 64/12 200/23
receptor [3]  107/30 121/17 182/16
receptors [1]  121/25
recertifi [1]  12/27
recertification [2]  12/22 12/26
recess [2]  79/11 149/11
recollection [1]  170/26
record [21]  5/31 43/25 54/11 72/12 72/16
79/18 81/2 81/4 89/1 92/13 93/8 101/21 102/5
102/28 111/28 111/30 116/27 120/28 146/14
156/11 211/16
records [33]  4/18 113/12 113/22 130/5
130/28 138/22 139/28 139/29 140/3 140/5
140/11 145/6 145/8 145/19 145/29 145/31
147/3 147/28 148/7 148/20 155/9 156/29

**R**

records... [11]  156/32 157/1 157/18 157/24
157/27 177/17 191/21 193/11 193/14 194/4
210/27
recross [1]  205/32
red [1]  27/2
redacted [1]  146/14
redesigned [1]  14/3
redirect [5]  2/12 199/23 201/19 201/23
205/32
redness [1]  64/1
refer [5]  19/7 19/11 83/25 94/24 124/18
reference [28]  29/24 43/27 44/5 94/23 109/6
116/11 116/13 116/14 116/31 117/3 118/9
118/21 118/27 119/16 119/19 119/30 120/21
121/3 122/26 124/11 124/13 124/20 125/27
126/27 127/12 129/4 137/26 168/25
referenced [3]  116/3 116/18 175/19
references [3]  46/23 46/25 172/8
referencing [1]  178/26
referred [3]  84/3 124/11 124/21
referring [2]  124/10 207/8
refers [1]  209/4
refinery [1]  69/2
reflex [3]  107/21 107/22 107/27
reflexes [7]  107/19 108/15 108/16 108/19
157/14 169/12 214/29
reflux [2]  123/14 136/20
refresh [1]  99/4
regards [1]  145/17
regia [3]  159/24 160/6 207/16
registry [1]  134/6
regs [1]  136/28
regular [2]  122/31 211/30
regularly [1]  152/1
regulating [1]  135/8
regulation [3]  41/8 134/29 162/5
regulations [2]  133/15 135/24
regulatory [4]  131/28 131/29 131/31 133/16
reject [1]  170/22
relate [3]  46/7 95/27 197/20
related [18]  23/3 26/1 28/9 29/31 36/16
130/25 142/23 143/30 144/23 169/8 169/20
169/21 169/23 170/23 170/29 171/14 196/14
220/23
relates [6]  9/9 10/9 17/32 40/31 145/32
148/22
relation [2]  174/16 195/25
relationship [11]  125/30 126/12 126/13
126/28 139/26 143/28 144/3 144/21 146/32
159/5 201/27
relative [3]  52/26 163/5 214/3
release [11]  22/31 37/21 57/4 139/27 140/25
151/31 177/1 177/4 177/7 177/13 213/1
released [3]  175/23 176/19 176/27
releases [1]  170/11
releasing [2]  170/9 175/25
relevance [20]  50/3 103/18 103/21 104/15
110/24 110/26 110/30 111/3 111/3 111/5
111/7 113/26 113/27 114/32 147/7 147/8
150/7 195/5 203/12 208/26
Relevancy [1]  103/23
relevant [7]  45/31 50/11 101/28 103/31
104/20 111/23 115/5
reliance [1]  99/1
relicensure [1]  12/27
relied [1]  163/31
rely [1]  163/29
remediate [3]  202/3 202/5 203/30
remember [18]  17/29 63/1 69/1 78/11 82/2
82/16 97/10 98/26 123/31 124/1 150/15
167/14 181/8 181/28 206/21 207/6 209/26
210/32
remembered [1]  173/10
remove [5]  68/25 69/7 183/26 183/27 183/31
removed [3]  3/21 90/29 176/9
removes [1]  68/11
removing [1]  66/9
render [1]  43/13
rendered [2]  29/3 125/15
rendering [3]  29/16 125/14 125/15
renew [1]  204/10
renewal [1]  52/7
repair [1]  71/20
repeat [2]  31/1 31/4
repeated [2]  75/17 75/23
repetitive [3]  77/19 168/14 168/16
rephrase [9]  38/12 38/16 84/20 84/22 90/32
104/26 142/31 173/23 212/23
reply [1]  102/30
report [86]  32/17 36/23 36/25 43/25 43/30
46/24 56/17 57/1 57/2 59/6 59/7 61/5 61/9
61/13 83/25 83/26 83/26 84/3 85/29 85/30
86/3 86/3 86/6 87/13 88/14 92/18 92/26 92/28

report's [1]  87/20
reported [31]  1/31 10/13 75/24 75/31 76/14
76/24 77/12 78/23 107/13 107/14 125/18
130/3 130/14 130/24 138/18 143/3 151/12
152/4 153/19 157/6 157/8 164/1 167/28
167/31 190/21 190/26 192/3 194/8 194/12
209/28 220/15
Reporter [4]  1/32 220/10 220/11 220/30
reporting [2]  76/11 220/16
reports [9]  37/6 37/11 83/23 99/12 109/13
124/12 139/5 162/7 189/32
represent [5]  31/25 53/11 154/11 154/29
172/7
representation [2]  53/16 125/4
representative [6]  3/9 52/32 53/10 53/25
104/32 127/26
representatives [17]  52/24 52/24 52/25 52/29
53/16 106/31 118/4 124/5 127/17 127/18
130/17 133/22 135/13 137/32 150/18 157/5
171/17
representing [2]  3/28 168/6
reproductive [3]  22/24 24/19 113/3
reps [4]  4/31 78/24 113/10 209/24
request [3]  13/18 24/13 167/15
requesting [1]  34/24
require [3]  10/14 129/2 134/10
required [12]  12/30 19/16 113/15 115/22
118/10 119/15 120/1 122/4 132/28 136/31
220/6 220/21
requirements [1]  214/7
requires [2]  9/10 129/2
research [9]  6/22 12/5 12/14 15/1 213/13
29/27 67/32 82/23 86/26
researchers [1]  124/21
resembled [1]  159/18
reserve [1]  4/7
reserved [1]  43/2
resident [2]  134/26 134/27
residents [5]  18/2 21/17 24/4 133/12 134/30
resistant [1]  182/26
respect [10]  31/14 38/31 105/18 117/4 127/19
133/21 135/22 139/2 159/3 159/11
respirator [1]  42/1
respirators [1]  41/30
respiratory [11]  14/25 25/11 51/1 51/20
64/28 64/31 77/27 132/17 139/17 191/30
210/31
respond [1]  94/20
responded [1]  143/3
responding [2]  94/17 94/23
response [17]  26/21 45/2 65/15 65/15 76/19
89/3 100/17 103/8 122/12 125/30 125/32
126/12 126/28 127/13 143/3 159/5 161/18
responses [6]  45/5 45/8 126/4 161/14 161/19
161/23
responsible [1]  40/11
responsive [1]  180/2
rest [4]  37/14 72/25 107/7 142/1
result [7]  8/12 33/27 34/2 45/19 77/3 160/28
211/4
results [1]  132/27
retention [2]  67/2 75/8
return [2]  48/15 88/16
returns [1]  88/20
reverse [3]  52/6 52/20 69/11
reversed [1]  216/4
reversible [2]  52/4 52/12
review [13]  28/13 46/20 46/27 85/28 86/4
100/12 149/29 157/17 163/7 169/18 171/14
171/23 195/8
reviewed [16]  19/15 25/20 46/19 47/1 82/12
82/13 83/21 96/20 96/21 98/5 100/29 137/11
155/9 157/7 167/26 168/13
reviewing [3]  150/13 150/15 164/7
rid [3]  51/9 64/16 64/22
ride [1]  180/26
right [98]  10/20 23/30 23/31 28/24 36/6
37/16 38/19 39/14 42/26 47/7 47/23 48/7 49/9
53/23 56/2 59/20 62/30 68/8 70/23 70/32
71/21 71/22 73/1 73/3 74/27 76/5 77/6 79/8
81/1 81/22 82/24 84/1 86/1 86/23 89/4 90/23
91/14 91/20 91/27 98/26 99/6 106/24 107/25
110/32 111/10 113/32 123/13 124/14 124/18
128/15 134/6 138/9 140/23 144/2 145/28
146/30 150/11 150/13 155/15 155/27 156/2

**R** (continued)

rights [1]  4/8
rise [1]  209/12
risk [3]  134/17 134/19 202/2
roach [2]  144/16 144/29
road [2]  55/5 199/31
Robichaux [5]  18/4 18/15 19/5 79/20 80/5
rodents [1]  64/22
role [1]  192/20
room [44]  22/21 47/23 51/28 59/13 59/14
59/18 59/26 67/18 69/23 84/8 87/18 88/5
88/13 90/11 91/14 91/27 91/30 93/30 95/32
123/21 123/21 124/2 124/7 124/7 138/19
139/10 139/14 139/23 140/2 140/8 172/3
172/9 172/15 172/23 172/23 174/27 178/3
181/4 182/27 187/20 187/22 188/23 189/28
202/4
rooms [6]  123/32 128/21 177/18 184/30
185/7 185/25
Rouge [8]  5/8 8/9 11/20 14/16 19/1 24/1
47/12 218/10
roughly [1]  167/17
route [1]  68/15
routinely [2]  20/4 20/19
ROY [1]  1/20
ruined [1]  184/3
rule [3]  42/24 85/18 111/3
ruled [2]  33/19 211/8
rules [1]  220/21
ruling [1]  217/27
running [2]  78/26 130/13
runny [12]  77/29 78/26 82/1 82/5 96/25
105/1 107/16 107/24 108/23 108/26 140/21
155/22
rural [1]  21/7

**S**

safe [4]  127/10 134/30 136/32 136/32
safely [1]  123/16
safety [1]  133/9
said [81]  4/30 6/4 14/1 18/18 18/25 21/22
22/3 22/6 26/22 28/16 31/26 32/7 42/12 45/25
46/14 54/28 56/30 57/6 63/19 75/26 75/28
76/17 78/7 78/11 84/14 87/21 88/9 88/14 94/5
94/30 95/3 96/8 100/18 105/16 106/30 107/14
110/2 110/6 110/18 112/12 113/20 113/28
113/29 121/13 122/3 123/28 125/11 125/23
126/4 140/7 142/4 145/9 148/3 150/23 157/23
157/28 160/30 168/29 171/5 171/11 172/5
176/20 176/22 178/13 181/15 189/32 190/1
191/26 193/13 194/7 194/28 200/20 200/21
203/30 205/29 205/30 209/23 210/28 214/30
215/5 217/11
sake [3]  19/24 210/6 217/15
salt [1]  39/27
same [44]  5/6 9/13 17/12 32/27 38/17 39/23
41/17 45/30 55/10 55/12 60/19 63/11 64/22
65/12 69/25 69/27 71/27 78/28 82/27 92/1
92/18 96/2 106/28 113/1 130/8 133/27 145/13
145/14 148/14 159/31 162/13 169/5 171/7
185/29 186/19 191/10 198/30 199/29 207/25
208/5 208/12 217/20 217/24 217/26
sample [1]  172/31
samples [20]  59/12 59/14 59/15 59/21 118/13
118/18 119/7 122/27 122/29 123/12 123/19
172/8 172/14 172/18 172/21 173/26 173/29
173/30 175/19 184/31
sat [3]  8/19 77/15 163/9
Save [1]  79/26
saw [8]  21/13 21/14 168/13 168/15 169/24
170/19 170/20 180/29
say [44]  7/6 8/1 32/26 47/20 52/5 57/18 57/28
58/2 58/6 74/31 87/26 88/9 88/10 98/1 100/26
101/6 106/4 111/2 115/4 119/30 124/3 130/11
134/30 137/13 139/15 140/5 144/29 151/4
155/28 163/27 173/17 180/3 183/26 191/10
194/20 194/31 196/1 196/26 200/12 200/17
201/3 208/10 208/21 214/18
saying [25]  4/10 62/5 75/19 77/25 90/26
94/24 97/30 103/29 104/23 105/28 110/19
114/18 134/12 134/26 135/21 135/21 160/8
168/26 168/28 171/31 173/14 178/29 205/29
212/2 215/9
says [22]  12/5 57/19 67/22 118/21 119/32
120/1 139/5 139/12 139/13 140/9 155/28
158/31 160/21 166/8 166/12 166/14 167/9
189/31 190/20 192/1 204/8 213/32
scale [1]  58/14
scaring [1]  81/24

S

scenario [1] 170/1
scheduling [1] 60/6
schlemm [4] 66/32 73/16 74/22 75/6
school [7] 7/4 7/5 9/11 10/1 15/14 16/29
19/25
schools [2] 8/23 14/10
science [6] 6/27 124/26 124/27 125/10 125/12
132/5
Sciences [3] 6/24 14/29 14/32
scientific [22] 28/13 29/24 32/20 41/6 41/6
43/27 43/27 44/6 46/8 108/22 108/14 116/4
116/14 117/1 118/9 165/20 165/24 165/32
166/6 166/7 167/1 167/8
scientist [1] 106/16
scope [1] 181/9
screen [4] 13/16 56/15 57/27 179/12
screening [2] 15/16 21/18
SCUBA [4] 183/30 184/11 184/12 184/18
se [1] 126/1
seal [1] 220/6
sealed [5] 47/22 47/25 181/5 181/6 181/16
seamstress [1] 135/5
seamstresses [1] 135/13
sebaceous [1] 56/11
second [13] 24/10 38/25 72/14 92/10 119/19
121/18 173/28 174/4 181/12 191/29 203/14
208/26 212/7
second-year [1] 24/10
secondly [1] 152/10
secreting [1] 107/20
secretions [1] 72/28
section [3] 19/29 19/31 52/32
sectional [1] 20/31
security [3] 135/32 137/2 146/13
see [86] 9/24 10/30 12/3 14/21 16/4 16/28
17/28 20/13 23/29 25/26 26/6 35/21 35/21
36/27 39/27 43/24 45/28 46/3 46/8 55/8 55/9
55/10 55/26 55/27 56/25 58/32 59/24 64/1
65/7 73/1 74/22 76/30 80/12 80/23 83/26
83/27 84/29 88/4 88/7 88/16 91/3 91/5 91/6
98/17 102/20 109/31 112/13 120/5 121/2
122/5 123/8 125/3 127/9 127/12 131/32 132/6
133/7 137/9 137/14 138/27 142/30 143/18
143/19 143/24 153/27 157/22 158/16 160/18
160/20 160/22 166/31 167/9 168/2 172/20
176/6 176/7 177/31 177/31 178/21 193/18
194/12 197/3 204/7 204/26 210/4 219/16
seeing [5] 17/25 75/17 75/23 97/28 137/12
seeking [2] 141/25 142/10
seem [1] 170/24
seen [19] 36/13 60/8 62/2 81/13 83/24 83/30
83/31 97/32 100/3 138/22 139/3 139/25
139/28 139/29 140/3 140/11 141/18 155/11
190/14
sees [1] 211/17
segue [1] 75/9
seldom [1] 127/12
self [14] 6/20 75/24 77/12 130/3 130/14
130/24 139/5 143/13 151/12 164/1 184/1
190/21 190/26 209/28
self-contained [1] 184/1
self-employment [1] 6/20
self-reported [10] 75/24 77/12 130/3 130/14
130/24 143/13 151/12 164/1 190/21 190/26
self-reports [1] 139/5
semester [2] 13/4 15/8
seminars [1] 23/18
Senator [4] 18/4 18/13 18/15 18/17
sending [1] 169/2
sense [1] 53/27
sent [1] 8/4
sentence [4] 58/27 110/22 190/24 191/30
separate [3] 39/19 142/28 209/32
separated [1] 161/7
separately [2] 30/29 31/1
September [2] 1/15 138/15
sequelae [2] 23/1 138/27
series [2] 101/10 104/5
serious [4] 68/14 71/2 140/16 143/7
Seriously [1] 156/13
serve [2] 7/1 27/11
served [1] 25/32
services [10] 61/5 62/29 136/8 164/16 172/20
172/21 178/6 186/4 188/22 190/6
Services' [2] 165/4 186/30
serving [1] 25/24
set [5] 22/29 47/22 128/21 169/12 170/12
SETAC [1] 16/1
sets [1] 107/3
setting [6] 124/25 125/6 127/14 134/24
184/17 218/22
settle [2] 26/5 26/7
settled [1] 32/18

setup [1] 125/6
seven [6] 14/4 14/26 43/25 44/10 116/16
201/21
several [10] 9/1 9/11 32/2 75/14 136/6 164/4
172/1 175/24 195/23 198/9
severe [5] 52/8 63/30 63/31 66/23 214/25
sews [1] 65/22
shape [2] 15/7 135/11
she [174] 35/21 38/12 38/13 38/14 38/15 39/5
42/11 42/12 42/13 42/16 42/16 42/21 42/21
46/28 49/6 53/19 69/4 84/14 84/29 85/27
85/28 88/22 88/25 88/25 88/28 89/3 99/28
100/2 100/2 100/9 100/18 100/26 100/28
100/29 103/13 103/29 103/30 104/6 104/6
104/13 105/24 106/3 106/4 106/4 106/11
106/12 111/9 111/10 111/11 113/20 113/28
113/28 113/29 114/14 114/18 114/18 114/18
114/22 138/18 138/18 139/5 139/7 139/12
139/15 139/16 139/23 140/1 140/1 140/7
140/7 140/7 140/9 140/9 140/16 140/17
140/18 140/23 140/24 140/25 140/26 140/26
141/10 141/11 141/12 141/15 141/18 143/3
143/5 143/6 143/25 143/27 143/28 144/6
145/13 145/14 145/20 147/13 147/18 147/19
147/20 147/22 147/26 147/27 148/1 148/8
148/18 148/18 148/19 148/20 148/21 148/21
150/19 150/19 151/15 151/21 151/30 152/4
152/4 152/7 152/8 152/9 152/10 152/15
152/18 152/19 154/31 155/10 155/11 155/21
155/24 155/28 156/25 156/29 156/30 156/30
168/28 173/10 174/13 174/19 179/29 180/1
180/2 181/12 181/15 181/16 185/32 185/32
186/7 186/9 189/2 189/4 189/14 189/16
191/26 191/26 192/16 195/2 195/15 195/19
195/20 195/21 202/30 204/8 206/30 207/8
207/9 208/28 210/29 211/3 213/25 214/3
216/1 217/2 217/3
She's [1] 11/29
sheet [6] 77/17 97/30 138/31 146/8 146/8
167/25
sheets [5] 98/4 108/13 157/21 157/27 165/24
shelf [1] 182/30
Sherlock [1] 76/19
Shh [1] 189/18
shield [1] 70/22
shipped [1] 99/20
shock [2] 66/9 69/4
shop [4] 172/10 172/11 172/16 172/17
shorten [1] 26/15
shortness [2] 70/27 169/6
shot [1] 119/13
should [9] 4/23 21/19 76/29 95/14 123/27
124/3 149/4 177/29 218/31
show [26] 18/25 44/28 45/3 46/2 66/32 74/10
83/10 83/12 84/28 90/14 91/2 92/6 93/27
93/28 100/31 105/29 110/21 114/21 137/24
155/30 160/27 177/17 184/21 185/1 186/27
203/28
showed [4] 20/15 45/13 92/21 179/12
showing [2] 58/14 98/17
shown [5] 93/9 116/23 185/25 186/17 194/11
shows [6] 3/20 31/22 67/6 109/25 109/26
121/28
Shreveport [8] 8/21 14/8 14/9 14/16 16/17
16/32 18/13 24/12
shrimp [1] 49/25
shut [1] 65/14
shutting [1] 75/6
sick [2] 197/5 197/6
side [6] 32/19 32/19 32/29 110/19 160/23
207/17
signal [3] 76/16 76/31 77/10
signals [1] 169/2
signature [2] 151/26 220/5
signed [7] 75/32 110/5 150/28 150/28 163/17
167/22 167/25
significance [1] 169/9
significant [3] 131/27 132/26 169/11
signs [1] 129/24
similar [2] 24/31 90/20
SIMILARLY [1] 1/8
simple [7] 99/15 117/19 117/32 126/17
126/18 134/2 154/28
simplify [1] 47/3
simply [10] 90/1 101/4 101/6 104/12 153/30
154/2 180/3 195/9 195/10 196/2
since [5] 26/14 52/29 61/27 79/18 218/6
sinus [10] 64/2 77/28 78/24 82/1 140/26
141/11 141/16 166/12 167/32 168/19
sinuses [4] 25/12 82/6 140/28 159/2
sinusitis [7] 140/18 140/21 143/7 143/25
144/11 144/12 144/13
sir [20] 31/30 32/31 44/20 46/13 46/23
126/30 132/5 135/24 139/29 145/16 146/23

sit [6] 7/27 8/1 8/3 146/28 147/27 148/6
site [1] 22/26
sits [1] 37/25
sitting [9] 51/28 130/6 133/26 144/21 178/3
181/4 182/17 182/21 182/30
SITUATED [1] 1/4
situation [1] 41/31
situations [1] 214/5
six [5] 43/25 44/9 116/8 116/11 116/16
size [2] 65/21 65/24
skin [28] 25/8 25/9 41/28 55/15 55/32 56/5
56/5 56/6 56/10 64/1 64/2 66/8 70/11 70/16
70/29 71/3 77/31 77/32 78/25 82/6 82/18
137/8 137/9 137/12 139/7 139/15 183/10
183/14
slaughter [1] 11/20
slide [18] 31/22 58/15 58/22 59/4 59/24 59/32
62/28 62/32 63/19 63/26 74/10 74/26 75/9
77/14 78/22 78/32 154/15 154/15
slides [5] 59/5 60/23 107/14 123/20 154/13
slightest [1] 63/19
slightly [5] 67/11 69/28 71/29 72/29 77/9
sloppy [1] 213/4
slot [1] 112/27
sloughing [1] 71/9
slow [2] 30/6 129/16
small [3] 69/5 71/3 76/31
smallest [1] 66/26
smelling [1] 50/13
smiley [1] 176/16
smoker [1] 51/9
smoking [3] 22/22 44/21 44/22
snapshot [1] 77/5
sniffling [1] 140/22
so [354]
Social [1] 146/12
societies [1] 15/27
Society [6] 6/29 7/23 7/26 15/30 15/32 16/2
sodium [2] 39/27 39/28
soil [4] 64/26 121/20 121/21 182/11
sold [3] 101/23 101/23 102/7
sole [2] 18/30 106/24
solution [3] 47/30 158/4 160/9
solutions [1] 47/28
solve [1] 53/23
some [113] 6/3 10/12 11/19 11/22 12/7 12/13
15/18 20/10 21/17 21/27 22/31 23/8 23/28
32/27 34/12 36/22 41/22 42/5 43/2 49/25
49/30 50/5 52/7 52/8 52/30 55/15 56/14 56/19
58/31 64/21 64/25 66/6 67/15 68/30 69/13
69/16 69/20 70/29 75/18 75/26 77/16 78/14
83/11 84/7 89/9 90/20 90/21 91/6 91/6 91/22
93/29 95/20 97/30 98/7 99/29 102/4 107/4
107/18 117/17 119/32 121/25 122/29 123/25
125/2 126/21 128/21 133/27 138/3 138/7
146/27 151/5 157/20 157/20 157/22 157/26
158/31 161/8 161/25 161/28 162/14 163/4
163/8 164/11 165/7 167/27 168/28 169/4
169/5 170/28 172/4 174/29 175/2 175/7
175/11 175/13 177/17 177/31 181/3 188/12
188/12 190/29 194/21 195/23 196/25 203/31
204/4 207/18 207/24 209/5 209/13 212/16
212/28 214/24
somebody [6] 22/25 76/2 90/29 167/3 194/23
207/5
someone [23] 21/31 45/22 47/20 58/32 68/30
68/32 82/4 82/8 85/19 129/12 134/28 137/13
143/17 143/26 151/17 151/21 173/2 195/10
207/4 207/23 209/4 214/22 218/12
someone's [3] 130/24 207/18 207/24
someplace [1] 204/2
something [47] 13/8 23/1 36/23 37/20 40/22
47/7 50/6 50/30 57/10 58/17 58/23 65/8 66/31
70/6 77/7 77/13 84/2 89/24 91/30 100/10
119/11 119/16 129/10 136/17 144/12 145/23
147/2 147/8 152/9 167/23 172/28 177/28
180/21 182/4 183/32 187/24 188/4 188/5
188/19 191/6 194/19 198/2 200/10 206/21
208/1 213/25 216/5
sometime [1] 32/18
sometimes [9] 20/21 24/8 26/17 26/30 56/10
65/8 76/8 126/22 167/6
somewhat [1] 101/20
somewhere [1] 8/31 16/22 17/4 17/29 25/27
25/30 58/17 85/29 163/21 163/28 182/10
sooner [1] 25/28
sore [2] 77/31 78/27
Soreness [1] 170/4
sorry [18] 4/31 30/10 38/4 43/30 54/9 81/24
88/26 94/4 94/17 116/8 120/30 131/2 137/20
141/20 144/32 156/17 179/18 180/8
sort [4] 12/3 69/2 138/3 162/10
sorted [1] 76/10

**S**

sorts [1] 101/22
source [5] 121/16 125/28 181/26 182/6 182/6
South [1] 32/2
speak [3] 22/13 62/17 72/3
speaking [2] 46/11 103/20
speaks [7] 155/4 155/18 155/24 156/4 156/27 211/9 211/20
special [2] 13/21 218/22
specialists [1] 183/29
specialization [1] 139/29
specific [59] 20/26 23/7 23/20 39/2 102/19 105/6 105/12 107/9 108/5 108/8 108/11 108/15 112/7 112/21 113/9 113/14 115/22 115/28 118/8 125/20 127/21 129/10 130/27 138/26 139/32 140/4 144/9 147/20 147/24 148/19 148/23 152/17 154/25 164/9 170/16 176/14 185/12 185/17 192/23 193/23 194/18 194/27 195/26 196/8 196/13 196/19 196/22 197/7 197/13 197/17 198/22 198/26 198/29 198/30 200/14 201/26 203/19 216/32 217/2
specifically [11] 27/15 29/31 38/13 118/6 141/15 142/4 147/19 150/20 173/6 195/19 212/26
speculate [2] 99/27 99/29
speculated [1] 99/30
speculation [3] 212/19 212/21 213/24
speed [2] 23/9 28/4
spend [2] 113/16 219/7
spent [1] 128/27
spill [5] 15/4 20/16 66/7 69/5 196/23
spilled [2] 68/30 190/3
spit [1] 55/25
splashed [2] 160/22 160/26
split [2] 5/31 6/2
spoke [3] 20/12 22/5 76/17
spoken [1] 112/4
spots [2] 14/22 151/5
spring [1] 13/17
ST [6] 1/28 2/7 2/10 69/1 162/28 205/16
St. [1] 205/14
St. Raymond [1] 205/14
staff [1] 18/32
stairs [2] 46/17 46/17
standard [2] 29/25 110/12
standards [1] 109/23
standpoint [1] 194/16
stands [1] 208/9
start [19] 5/6 5/21 14/10 14/13 15/23 15/25 48/3 73/8 79/4 79/5 103/20 127/16 129/31 145/27 173/14 173/14 183/24 196/30 218/7
started [9] 13/30 16/10 16/15 81/13 112/32 130/12 141/3 141/10 177/1
starts [4] 44/9 68/22 85/19 107/20
state [22] 1/3 13/23 14/17 14/20 18/10 18/27 19/18 19/18 21/2 26/23 28/11 38/4 38/21 38/21 39/17 39/18 69/26 78/4 78/5 152/2 220/10 220/13
stated [9] 38/13 87/7 89/29 100/1 100/2 105/24 147/19 148/21 185/32
statement [8] 98/3 124/19 126/11 126/31 126/32 133/1 162/10 191/16
statements [5] 75/27 190/32 191/17 191/19 191/24
states [9] 31/27 31/30 43/7 44/20 64/11 64/18 64/27 76/28 118/10
statewide [1] 8/20
status [3] 9/16 17/25 32/17
statute [1] 220/21
stay [1] 58/20
stayed [1] 67/8
stays [1] 123/14
steelworkers [2] 16/24 21/28
stenotype [1] 220/15
step [5] 20/24 75/21 90/2 154/2 217/31
STEWART [7] 1/25 2/11 3/28 4/17 38/7 162/28 203/13
stick [2] 40/23 159/1
still [11] 9/12 81/26 92/7 109/20 110/4 126/24 160/21 185/29 199/1 199/23 210/14
stipple [1] 19/20
stipulate [2] 3/31 152/27
stipulated [5] 3/12 3/22 4/21 92/29 98/24
stipulating [1] 152/32
stipulation [1] 81/1
stomach [21] 63/32 78/1 78/7 78/9 122/31 122/32 123/10 123/11 123/13 123/14 123/16 123/18 136/21 136/21 137/7 214/30 214/31 215/1 215/19 215/19 216/4
stood [1] 209/23
stop [13] 59/17 69/19 72/7 89/11 89/12 108/1 149/6 179/22 196/19 196/27 196/28 196/28 213/28
stopped [2] 26/2 174/15

storage [1] 37/10 56/18 56/31 57/4 124/
store [2] 213/8 213/15
stored [2] 99/20 177/19
stories [1] 126/21
story [3] 78/16 117/18 125/6
straight [4] 65/21 65/22 65/23 92/4
strain [1] 96/12
STREET [8] 1/9 3/21 36/31 140/14 143/6 148/9 167/4 203/18
strength [1] 44/27
strictly [3] 143/29 144/17 168/1
strong [9] 41/23 56/22 63/5 66/3 160/4 160/7 161/1 165/8 200/18
stronger [4] 69/29 69/30 96/5 128/19
structures [1] 71/10
students [11] 8/16 9/20 9/22 10/3 11/8 13/19 13/22 15/31 19/21 19/24 24/10
studies [17] 7/20 19/28 20/17 20/26 20/29 21/23 23/4 44/28 45/4 45/5 45/7 46/5 46/19 68/29 126/3 161/13 209/4
study [24] 15/11 18/14 18/28 18/29 19/17 19/18 19/30 19/32 29/17 35/16 44/31 44/31 124/25 125/6 126/1 146/5 159/12 159/17 159/21 159/21 160/3 160/9 161/10 161/19
stuff [15] 50/14 54/32 68/7 84/28 91/26 95/22 141/31 178/27 179/2 179/13 204/25 204/26 212/17 212/30 215/23
subdivided [1] 172/15
subjective [1] 125/17
submit [1] 80/29
submitted [1] 88/28
substance [4] 23/17 134/5 188/13 188/28
substances [1] 121/9
substitutes [1] 122/5
successful [1] 56/11
such [17] 13/10 15/6 38/21 43/3 48/12 105/11 113/2 118/13 118/31 119/12 121/26 124/24 147/6 147/21 152/3 187/25 205/7
suck [3] 49/22 69/14 212/17
sucked [3] 37/25 37/28 48/19
sucking [1] 90/10
sucks [2] 48/16 83/15
suction [3] 88/15 88/19 90/10
suffered [2] 194/23 195/10
sufficient [3] 129/4 129/19 130/29
suggests [2] 101/8 131/30
suing [1] 135/1
suit [2] 41/27 42/2
suits [1] 41/16
summary [3] 102/31 218/22 218/24
sun [1] 13/15
superficial [1] 69/3
supervision [1] 220/17
supplement [1] 4/19
supply [1] 71/11
support [2] 18/12 64/14
suppose [1] 125/26
supposed [7] 60/10 94/19 94/20 206/3 210/4 213/5 218/12
Supreme [2] 115/3 220/22
sure [28] 18/12 31/5 35/7 67/26 69/20 75/21 92/22 97/8 101/12 106/16 108/10 110/13 116/27 124/17 132/12 134/6 144/10 151/11 156/23 159/24 160/2 162/32 163/17 167/23 176/12 178/32 210/5 211/17
surface [14] 56/6 59/17 66/25 68/18 68/31 71/9 71/12 71/16 73/25 73/26 73/27 180/27 183/24 207/27
surfaces [1] 59/12
Surgeon [1] 44/19
surgery [1] 52/18
surrogate [2] 122/9 126/3
surrogates [3] 126/22 126/32 128/2
surveil [1] 18/1
surveillance [8] 18/22 27/26 28/29 30/1 30/8 30/21 34/26 34/27
survey [6] 23/7 112/25 113/5 113/7 143/32 196/24
surveyed [1] 14/19
surveys [8] 16/23 20/32 22/15 22/17 77/23 130/9 138/29 151/1
survive [1] 67/19
susceptibility [1] 157/11
susceptible [1] 143/22
suspect [1] 199/15
sustained [19] 48/27 106/2 118/5 150/9 155/4 155/32 156/4 156/9 156/25 156/27 179/4 179/8 185/12 186/21 197/26 199/3 199/7 211/8 211/13
swallow [1] 55/25
swallowing [1] 78/10
sweat [2] 56/7 56/7
Sweating [1] 56/9
swelling [3] 66/24 70/28 71/10

sworn [6] 6/6 76/1 77/21 191/17 191/19 191/24
symptom [4] 16/23 195/13 195/32 196/4
symptomology [23] 14/21 17/24 19/30 20/14 26/18 26/32 29/2 33/21 36/10 43/16 43/20 46/7 129/31 130/1 144/26 153/27 153/32 164/1 168/3 169/25 176/8 195/25 206/32
symptoms [87] 16/26 20/9 22/20 22/28 22/29 23/12 33/14 33/17 36/13 36/16 46/21 64/30 69/9 75/16 75/24 77/12 77/19 77/25 78/2 78/18 78/23 78/28 81/30 96/25 96/27 104/31 105/3 105/10 105/26 107/8 107/13 112/25 129/24 129/32 130/3 130/4 138/28 141/6 143/14 151/2 151/13 152/1 152/3 152/11 153/19 154/17 154/21 154/31 155/22 163/11 165/12 165/13 165/16 165/18 165/23 165/23 165/28 165/31 166/32 167/28 169/20 170/19 170/23 171/10 190/22 190/25 190/29 191/30 192/2 194/5 194/7 194/8 194/9 194/12 194/14 194/23 195/11 195/24 197/20 201/28 206/32 212/31 214/25 216/15 216/17 217/12 217/17
syndrome [1] 65/11
synopsis [1] 146/24
syphilis [1] 117/9
syphilitic [1] 117/11
system [14] 37/26 37/28 40/24 49/22 49/28 51/21 51/30 57/10 145/21 172/4 174/19 182/5 206/4 206/8
systemic [1] 70/14
systems [3] 38/14 38/32 41/23

**T**

table [5] 39/26 43/1 85/17 90/23 133/8
tag [1] 85/13
take [43] 29/10 30/28 30/32 31/2 35/23 46/8 55/9 55/12 55/13 58/17 58/24 63/8 69/18 71/17 76/7 85/7 90/2 91/9 95/31 99/23 118/6 119/3 124/28 126/25 129/7 134/21 134/29 136/27 138/1 145/20 146/29 148/27 149/4 163/15 168/17 171/23 202/4 203/31 208/12 210/15 213/13 214/23 218/29
taken [25] 1/14 59/14 59/15 59/21 62/28 79/11 85/6 85/22 92/14 92/17 97/25 115/13 123/12 123/20 123/22 123/26 123/30 149/11 152/3 172/9 172/18 173/15 186/8 200/14 220/14
takes [4] 12/4 56/26 127/11 208/6
taking [10] 20/24 30/29 48/5 72/13 77/18 85/14 97/5 110/22 141/6 149/8
talk [29] 7/7 7/16 11/19 11/21 18/28 24/24 24/27 37/7 37/17 38/15 40/16 41/19 47/18 47/30 51/28 64/29 66/13 71/16 71/32 95/17 110/28 122/22 124/9 130/16 190/18 205/26 206/7 206/10 206/17
talked [19] 20/11 37/23 40/25 64/4 72/23 73/22 83/19 91/25 96/27 130/17 137/8 172/3 182/14 200/29 205/16 206/22 207/4 210/20 210/29
talking [37] 40/13 40/27 45/11 49/17 52/23 54/5 54/29 54/30 62/27 68/2 81/30 81/32 93/25 95/18 98/2 98/29 112/15 112/17 113/16 134/8 139/8 152/10 157/13 157/13 165/8 167/10 176/15 177/4 177/5 182/12 195/31 202/2 202/23 206/4 211/26 216/30 216/31
talks [3] 44/32 195/20 205/23
tangible [1] 58/32
tank [4] 90/10 184/12 184/18 184/18
target [1] 162/15
Tarver [2] 18/13 18/17
taught [9] 9/21 9/25 9/32 15/12 15/14 15/17 23/16 24/10 206/21
tea [1] 39/28
teach [2] 8/14 8/15 9/19 9/20 10/2 11/7 13/2 15/6 17/8 23/19 24/16 34/11
teaching [4] 13/3 13/30 15/7 46/31
teaming [1] 85/14
tears [3] 72/27 73/22 73/23
Tech [1] 13/6
technical [1] 50/31
technology [9] 6/28 8/10 8/15 8/19 9/1 9/5 13/31 17/10 47/16
tell [53] 6/25 8/29 10/7 11/31 13/28 17/22 21/25 22/1 23/10 33/25 33/26 33/28 33/29 35/29 43/22 53/24 56/3 59/22 61/29 75/10 80/22 81/16 83/13 83/18 83/32 84/2 86/32 95/22 96/11 106/3 120/31 122/30 129/31 129/32 136/10 137/18 138/32 154/6 154/7 154/8 165/11 169/23 169/26 176/9 188/3 188/11 188/19 188/27 192/19 209/9 211/2 215/19 218/3
telling [11] 55/1 86/29 88/28 89/23 104/30 105/3 140/9 164/7 191/3 191/7 214/17
tells [4] 95/12 95/24 107/20 155/21
Templet [9] 36/22 36/24 56/29 56/30 109/17

Templ... [4] 177/15 186/5 188/24 218/10

Templet's [13] 56/17 59/7 83/26 86/3 86/6 99/4 109/16 136/8 165/5 171/26 172/8 176/27 186/30

temporal [13] 22/28 109/10 109/10 112/26 139/26 141/12 142/23 143/28 144/3 144/21 146/32 195/20 201/27

temporality [10] 45/9 46/16 109/4 109/7 109/9 129/30 139/21 195/30 195/31 197/2

temporally [2] 23/2 144/23

ten [8] 14/26 129/18 147/8 194/20 194/22 194/24 196/1 198/21

ten-year [1] 196/1

tend [1] 125/23

tender [4] 23/9 29/30 30/26 97/3

tenet [4] 117/5 117/7 117/14 117/29

tenets [1] 117/4

tenure [3] 16/31 17/1 17/12

tenured [6] 16/29 17/2 17/5 17/6 17/6 17/11

term [10] 23/1 52/14 55/2 96/28 123/27 126/28 127/24 128/9 128/11 190/29

terms [2] 63/10 96/25

terribly [2] 58/21 64/13

territory [1] 64/19

test [9] 18/9 65/27 95/32 184/28 185/27 186/1 187/11 187/14 217/16

testified [17] 6/8 20/25 32/13 33/11 85/27 110/10 110/16 111/11 112/24 148/19 152/18 156/30 195/19 204/23 206/30 214/4 216/2

testify [13] 23/6 39/6 60/16 89/17 111/10 155/25 174/14 181/12 202/19 202/31 213/26 215/8 218/13

testifying [15] 4/26 42/14 86/26 88/23 103/30 104/23 147/19 147/20 148/21 152/19 156/31 174/16 186/7 217/2 217/3

testimony [23] 26/9 35/11 53/18 54/22 68/6 77/21 80/2 91/22 92/13 95/19 97/18 101/28 105/13 111/14 111/22 171/28 174/12 179/10 179/11 181/3 186/26 194/24 220/14

testing [11] 56/19 59/6 118/13 119/2 119/3 119/22 121/30 122/26 122/29 129/3 177/16

testings [1] 118/14

tests [15] 19/11 62/27 121/26 122/3 165/6 185/6 185/24 186/14 187/15 187/19 190/13 190/15 200/13 200/16 200/21

tetrachloride [1] 45/24

than [51] 13/14 25/28 25/29 40/17 40/19 40/22 41/24 44/31 44/31 48/29 56/21 56/29 57/14 57/15 57/16 57/17 58/28 59/2 63/12 63/15 69/7 77/9 82/29 101/25 123/2 123/11 123/23 128/13 128/22 129/19 131/25 132/3 137/7 142/14 169/7 187/24 188/4 188/5 188/13 189/10 189/12 191/15 197/8 197/23 201/21 209/30 209/32 210/4 214/18 214/23 214/25

thank [35] 6/12 8/27 31/7 33/4 34/18 42/20 42/26 49/3 50/10 54/24 54/26 62/21 79/8 79/10 81/12 83/6 86/16 90/6 95/7 97/2 103/3 103/5 103/25 103/27 111/28 148/16 155/7 156/19 189/27 190/18 197/23 197/28 204/16 217/31 218/1

Thanks [3] 156/2 199/9 206/15

that [1257]

that's [209] 3/13 8/30 9/7 10/18 10/20 10/27 15/11 15/11 15/22 15/22 15/26 16/17 16/20 17/2 17/7 22/12 23/1 23/31 26/19 29/29 32/24 33/1 33/13 34/18 35/19 35/25 36/6 36/28 37/16 39/30 40/3 40/4 40/5 40/8 40/15 40/25 41/18 44/14 45/4 45/20 46/29 48/12 49/20 52/10 52/12 54/28 56/21 56/21 57/22 57/23 58/26 59/23 59/27 62/30 63/25 64/16 65/16 65/24 66/24 66/30 67/6 67/25 67/26 68/24 68/25 68/25 69/21 70/2 70/5 70/19 71/25 71/29 72/26 73/10 76/15 76/31 78/15 81/22 83/14 83/15 83/18 83/23 83/27 87/17 87/25 88/8 88/14 88/30 88/30 89/19 90/16 92/5 93/5 93/27 93/31 94/28 96/15 96/17 99/21 101/24 102/23 103/15 107/21 107/30 107/32 109/11 109/4 109/4 110/8 110/12 114/24 115/10 116/17 119/20 119/22 122/9 122/24 122/27 122/28 122/28 123/4 123/13 125/7 128/1 128/2 128/3 128/12 129/9 129/27 130/13 130/29 131/29 134/25 134/28 136/9 136/19 136/19 138/4 138/5 139/24 142/1 143/16 143/27 145/10 145/12 147/7 148/3 151/18 153/20 154/12 154/16 154/19 155/29 157/15 158/27 161/7 161/22 162/10 162/27 165/19 166/3 167/11 168/28 169/11 172/6 172/27 175/4 175/5 175/20 176/5 176/21 176/27 180/12 180/19 180/26 182/30 183/4 183/4 184/23 184/32 187/8 187/13 189/26 190/12 190/17 190/29 191/18 192/1 192/10 192/16 194/29 197/22 197/27 197/23

208/17 211/2 212/12 213/2 214/32 216/7 216/16

that's the [1] 45/4

their [69] 10/4 13/19 14/21 16/11 16/26 18/23 19/19 20/9 22/9 22/11 23/3 35/30 36/6 37/6 37/11 39/22 40/26 46/31 52/14 52/15 52/26 53/25 56/8 66/10 66/10 68/31 77/25 104/8 104/11 107/15 118/17 119/28 121/22 122/9 122/23 132/19 135/2 135/3 135/9 135/28 135/32 143/13 152/27 157/9 159/22 160/5 160/10 160/26 162/4 163/17 165/30 183/6 183/7 183/30 183/31 191/15 193/8 193/9 193/11 194/17 203/13 204/1 206/24 208/23 213/3 213/7 217/13 219/9 219/10 them [125] 4/26 7/24 10/5 13/22 15/17 15/31 15/32 16/6 16/26 19/7 19/11 19/12 19/24 20/2 20/10 20/15 21/1 21/10 21/12 21/20 21/27 22/13 26/4 26/5 27/7 35/29 35/32 36/4 37/2 42/8 42/31 46/15 46/23 46/26 46/28 48/7 51/9 51/32 58/10 60/12 60/15 60/32 64/17 64/20 65/6 67/29 76/3 76/4 76/10 76/10 77/17 79/26 83/27 88/3 91/9 91/17 93/31 107/8 107/16 107/17 108/18 113/17 115/2 115/12 115/13 130/6 130/8 130/13 132/32 136/28 136/31 138/29 139/4 141/7 146/3 146/3 146/5 146/5 146/29 146/30 149/30 150/31 150/32 157/8 157/14 157/22 162/6 163/6 163/8 163/9 163/13 163/15 163/20 163/4 167/13 167/20 168/1 168/13 168/13 168/28 170/20 174/29 174/32 175/4 175/15 180/22 182/8 182/27 183/25 184/19 185/10 188/16 189/3 191/5 191/10 200/23 202/5 202/25 202/25 206/26 209/29 211/30 211/30 213/6 214/23 themselves [2] 7/22 73/23 then [108] 3/7 3/7 3/8 8/2 8/4 10/25 12/29 13/2 13/32 14/6 14/15 14/22 16/1 16/3 16/15 17/10 18/32 19/3 19/7 19/11 22/27 22/28 25/31 29/11 32/8 41/15 45/10 45/16 45/32 46/16 47/26 48/2 51/30 51/32 52/31 53/21 55/9 65/7 67/1 68/22 68/23 72/5 72/8 72/24 72/27 72/31 73/12 73/19 73/23 73/29 73/32 74/1 74/7 74/24 74/28 76/4 76/26 77/15 78/13 84/30 85/30 93/7 95/21 100/11 101/4 101/9 107/1 107/8 109/8 111/21 117/24 123/15 124/32 126/7 126/23 129/17 132/4 139/5 139/13 140/13 141/3 142/8 142/14 142/26 151/17 152/16 152/24 161/20 163/12 163/13 163/26 164/6 166/30 168/17 169/11 173/13 173/16 180/17 180/27 182/5 182/9 182/13 188/15 194/11 194/21 199/11 212/26 215/30 there [242]

There's [1] 133/24

therefore [1] 75/8

thermal [1] 78/10

these [104] 11/14 11/19 13/13 14/24 16/23 19/5 22/15 22/29 24/22 28/3 29/6 29/7 36/16 39/31 40/21 41/20 41/25 41/28 43/19 44/19 44/22 44/29 44/32 46/10 46/12 47/1 48/14 48/19 49/30 51/16 52/31 53/10 53/24 55/14 57/29 58/7 59/29 60/8 61/3 61/4 61/11 62/27 65/1 70/3 70/5 70/8 76/25 77/11 77/26 78/2 78/23 80/1 93/28 95/3 97/20 103/19 118/3 118/13 118/14 122/19 130/9 133/23 133/25 134/32 135/11 135/22 135/24 135/31 137/1 137/1 137/3 139/23 145/6 146/2 146/11 146/27 146/27 146/31 147/2 150/5 151/12 151/13 152/28 154/12 157/19 157/27 165/21 166/32 169/18 175/25 178/9 182/28 186/26 192/6 194/5 194/22 194/23 195/10 207/29 208/24 212/14 212/27 213/11 214/28 they [302]

they've [1] 212/15

thick [1] 46/32

thing [22] 13/10 22/12 60/19 61/3 65/12 69/27 71/27 81/20 94/28 109/8 117/15 130/8 133/27 168/30 169/5 175/1 183/31 187/32 192/12 210/1 211/24 216/5

things [41] 10/32 15/20 18/24 22/16 29/22 41/18 51/21 64/17 72/10 75/15 76/5 76/8 82/19 89/19 90/17 90/20 105/29 108/9 108/22 108/27 108/28 108/31 109/2 109/7 113/2 125/2 126/14 130/21 142/19 144/19 144/20 158/17 170/29 170/31 182/8 184/3 184/9 187/15 197/8 213/4

think [100] 8/22 8/31 9/1 11/23 12/24 17/29 21/19 22/19 22/20 25/26 31/13 31/26 31/29 32/1 35/20 37/22 38/1 38/8 38/11 38/16 42/13 42/16 42/17 46/26 47/7 49/3 50/10 50/20 54/20 58/22 62/16 66/27 74/9 75/30 76/30 79/3 84/32 88/8 89/28 98/26 99/1 100/11 100/28 101/20 101/27 104/15 105/14 106/14 106/27 112/24 115/30 117/21 123/19 128/16 135/10 135/16 137/13 141/14 142/14 142/15 146/31 147/11 147/25 153/13 154/14 156/7

160/30 163/19 168/30 163/18 168/20 169/28 171/5 171/12 174/12 174/19 177/28 179/29 189/31 191/5 196/13 196/18 196/19 199/20 200/22 201/15 204/18 204/23 207/15 207/19 209/6 209/18 209/22 210/3 210/28 214/2 216/26 218/15 219/3 thinking [3] 32/2 50/24 218/26 third [6] 46/25 55/31 55/32 64/21 119/20 121/24 Thirteen [3] 59/12 200/24 200/25 this [360] THOMAS [9] 1/7 1/7 79/21 80/7 112/5 154/28 155/10 163/26 210/21 Thomas' [2] 150/17 151/24 those [144] 1/8 4/7 5/25 5/30 7/22 8/11 8/13 9/19 9/22 11/22 13/26 19/11 19/32 20/17 21/25 22/17 23/4 23/28 28/20 39/16 42/6 43/10 43/10 46/13 46/26 48/20 50/12 51/8 51/17 52/13 53/17 53/20 55/2 55/20 56/28 56/31 58/4 63/9 65/17 66/29 72/9 78/28 78/29 82/6 82/12 87/14 88/5 92/17 92/25 93/8 94/5 94/6 94/27 96/24 97/26 98/4 105/3 105/10 105/25 105/29 106/5 107/12 108/4 108/4 108/15 108/16 112/10 112/20 112/22 121/31 123/2 123/11 126/5 127/17 130/3 135/8 136/30 139/19 139/19 139/28 140/11 141/6 142/5 142/28 143/23 145/31 151/20 154/31 157/1 157/24 159/21 161/8 161/30 163/22 163/29 163/31 164/7 164/8 164/11 164/15 165/22 167/12 167/26 167/27 167/31 169/20 169/20 169/23 169/24 170/31 171/29 172/26 173/31 176/8 177/17 178/5 182/14 182/31 185/7 186/5 186/27 188/13 188/18 189/10 189/12 189/29 190/3 190/4 190/14 190/14 190/32 191/14 192/2 192/28 195/24 196/31 200/22 202/22 202/24 204/4 206/25 216/17 217/12 217/16

those photographs [1] 93/8

though [4] 139/28 143/20 160/8 188/11

thought [15] 4/30 21/32 94/30 95/3 97/20 98/28 100/19 104/18 104/22 117/19 120/18 120/30 185/15 203/17 215/31

thousand [3] 77/16 96/19 109/9

threatening [4] 58/29 63/20 63/21 64/24

three [34] 6/2 7/28 13/5 15/7 19/10 21/18 32/16 43/1 44/14 46/24 67/27 68/6 77/16 78/23 106/30 107/3 118/12 121/11 127/16 129/8 134/14 134/22 137/32 138/16 157/7 163/10 171/11 185/10 185/18 188/30 189/4 209/24 211/23 219/1

three-minute [1] 67/27

threshold [1] 132/9

thresholds [1] 157/15

threw [3] 207/5 207/23 209/4

throat [18] 63/32 64/31 70/11 70/28 77/30 77/30 77/31 78/27 78/27 78/27 139/16 139/18 140/25 143/30 168/21 169/4 169/4 196/28

through [35] 37/14 37/26 37/28 46/19 55/28 70/16 70/21 70/30 72/8 72/31 73/9 74/19 74/23 77/17 90/23 114/21 121/25 162/32 163/9 169/22 174/18 178/21 179/13 179/16 179/23 183/14 199/17 201/15 202/23 204/31 205/24 213/5 218/6 218/31 218/32

throughout [7] 14/20 38/23 82/14 90/12 90/18 91/26 164/3

throw [1] 67/14

thrown [8] 159/22 160/5 160/10 160/16 160/21 160/26 207/17 208/10

Thursday [4] 197/6 218/5 218/6 218/27

tie [1] 69/16

tied [2] 141/15 189/6

TIFFANY [1] 1/15

tight [1] 213/3

tiles [6] 90/15 90/16 90/26 90/28 90/29 91/3

time [78] 3/14 5/6 8/2 8/22 9/12 9/14 17/9 20/29 23/6 23/6 30/26 33/23 37/20 41/4 41/12 44/23 49/23 55/11 56/26 60/7 77/5 79/12 79/21 81/13 86/31 90/21 95/5 96/24 97/31 99/27 100/3 112/8 112/26 112/28 112/30 113/1 113/16 117/28 118/32 119/26 120/2 128/16 128/26 129/15 129/26 131/19 131/26 132/23 134/9 142/12 144/3 146/4 147/1 149/12 157/9 162/3 162/12 162/14 162/28 164/12 164/28 170/5 170/27 171/23 177/5 177/8 178/11 187/2 194/23 195/11 195/26 195/32 197/9 207/30 208/1 208/7 214/22 219/8

time-weighted [3] 131/19 131/26 132/23

times [15] 17/21 21/2 24/9 26/7 33/18 33/27 63/11 63/14 119/26 163/32 164/5 171/11 188/30 189/4 198/9

tinler [2] 65/3 65/3

tiny [6] 13/14 21/14 58/19 65/1 65/5 74/8

tip [2] 65/23 65/24

tissue [17] 10/24 15/25 25/7 49/26 50/29 58/1

tissue... [11]  63/22 63/29 68/21 71/16 71/28
74/24 84/32 92/2 92/3 180/11 208/3
tissues [15]  11/7 15/18 58/20 63/17 66/11
67/13 68/27 70/12 70/18 70/18 82/28 86/28
180/17 180/22 180/28
title [2]  7/13 16/18
today [9]  5/16 9/21 103/8 103/10 122/15
125/16 148/6 218/13 219/12
together [1]  142/19
told [17]  5/8 13/27 15/6 20/27 37/19 47/4
63/1 82/21 82/27 88/19 116/25 130/7 169/30
189/4 198/5 210/27 215/9
tolerated [1]  123/18
tomorrow [12]  5/7 5/11 5/13 5/14 60/16
182/27 218/7 218/8 218/18 219/1 219/5
219/16
tongue [1]  189/6
TONY [1]  1/21
too [9]  50/31 60/4 178/1 178/24 184/13
184/15 202/10 206/25 215/25
took [16]  18/20 19/4 19/5 37/8 59/4 61/23
63/2 77/26 81/26 84/2 84/25 129/25 138/27
163/11 164/3 204/22
tool [3]  22/19 124/16 125/11
tools [1]  20/6
toothpaste [4]  158/30 158/31 209/11 209/17
tops [1]  90/23
tort [1]  32/29
total [2]  18/12 75/30
totally [6]  22/9 57/20 67/17 114/31 179/20
182/17
touch [4]  14/29 51/30 72/9 124/28
touched [1]  70/30
touches [3]  176/1 183/25 187/9
toward [1]  9/8
towards [1]  82/28
town [1]  21/14
tox [1]  24/7
toxic [10]  17/15 23/26 28/6 29/2 32/29 134/5
158/10 158/17 158/18 158/20
toxicant [14]  10/11 25/3 41/5 51/5 55/28
57/30 64/7 108/2 122/12 175/26 175/30 187/3
187/8 187/10
toxicants [5]  10/10 20/10 43/3 76/9 165/29
toxicity [1]  70/14
toxicologic [2]  39/32 110/7
toxicologist [14]  38/24 39/15 40/10 40/11
55/7 76/17 77/10 87/24 109/21 109/22 110/3
152/10 162/11 213/32
toxicologist's [1]  109/30
toxicologists [4]  7/23 12/1 29/17 124/15
toxicology [66]  6/22 7/8 7/13 7/14 7/24 7/26
7/30 8/1 9/17 12/23 12/31 15/2 15/5 16/1 16/3
16/7 16/9 16/19 17/26 19/2 20/15 21/6 24/16
24/17 24/18 24/18 24/19 24/24 25/25 26/15
26/28 27/16 29/7 29/8 29/9 29/14 29/14 29/31
29/32 30/6 31/23 32/5 32/6 32/7 32/12 33/22
34/12 34/25 57/8 76/18 76/21 110/12 110/13
116/32 117/4 117/5 117/8 117/29 119/31
120/22 124/27 124/27 125/9 127/1 161/10
161/10
trachea [1]  65/2
tract [5]  25/11 51/1 55/27 64/28 64/31
trained [4]  21/7 21/8 137/3 183/32
training [6]  9/5 135/26 135/26 136/2 136/31
212/32
transcribed [1]  220/16
transcript [6]  80/10 80/19 220/5 220/18
220/19 220/20
transcripts [1]  80/30
transfer [3]  202/5 202/25 204/2
transferred [2]  17/10 202/23
transmission [2]  128/18 146/7
transport [2]  57/8 121/16
trapped [1]  50/13
travel [3]  16/21 16/23 69/6
traveled [1]  14/17
treat [2]  34/5 152/3
treated [1]  35/27
treatment [3]  69/23 139/7 139/14
tree [1]  65/4
tremendous [7]  9/14 21/15 37/21 43/9 45/14
45/18 59/2
trial [5]  26/4 50/20 50/22 104/4 127/9
trials [4]  104/5 114/13 127/15 127/7
tried [4]  6/3 58/23 198/7 209/9
tries [2]  134/29 208/9
trigeminal [4]  107/19 107/32 108/8 169/2
trigger [1]  144/15
triggered [2]  157/16 157/16
triggers [1]  144/15
trouble [2]  10/3 139/17
true [22]  45/5 45/7 96/9 111/11 124/27

133/23 137/11 151/29 154/31 155/28 157/10
158/14 159/20 216/17 217/15 220/17
Trust [2]  141/15 198/9
truth [2]  32/20 140/10
try [22]  14/24 19/12 23/9 25/26 33/20 51/5
63/5 72/7 72/30 85/1 107/20 108/1 128/29
134/29 151/1 156/21 162/32 181/31 199/11
202/5 209/2 212/14
trying [24]  4/7 16/26 29/21 55/22 56/9 58/4
58/31 69/23 84/28 88/9 100/30 102/3 102/4
111/19 128/2 136/27 159/9 168/4 185/19
196/9 197/20 202/16 203/20 211/27
tube [2]  88/15 88/19
tubes [1]  65/1
Tulane [1]  7/4
tune [1]  22/4
turn [2]  137/31 210/28
turning [1]  41/23
turnover [1]  52/7
turns [1]  48/18
Twenty [2]  43/1 145/29
Twenty-four [1]  145/29
Twenty-three [1]  43/1
twice [1]  159/29
two [63]  7/10 9/11 9/13 13/26 13/26 14/8
14/9 32/17 36/17 39/17 39/23 41/11 41/18
44/14 44/29 45/25 46/25 55/29 55/29 59/5
59/14 59/15 59/21 64/7 64/8 66/14 76/30
79/31 92/14 96/11 106/14 107/7 118/24
118/29 119/19 121/31 129/8 131/30 131/32
144/15 148/27 159/17 159/21 160/7 160/8
165/8 165/9 165/21 165/29 168/7 181/9 185/7
188/9 188/13 189/10 191/13 192/29 193/30
198/4 210/4 212/11 217/7 218/32
two-part [1]  217/7
tying [1]  141/9
type [14]  9/7 20/28 24/31 44/28 46/10 51/5
64/23 77/16 97/30 102/23 135/8 136/10
193/30 201/11
types [7]  29/10 43/11 107/8 142/25 142/25
142/27 213/1
typewritten [1]  146/24
typical [8]  96/22 105/11 105/26 105/30
106/23 196/26 216/18 217/17
typicality [4]  105/24 105/31 106/15 114/28
Tyvek [2]  41/27 42/2

**U**

U.S [8]  61/5 62/29 77/8 92/25 93/18 164/15
165/4 172/20
Uh [1]  131/4
Uh-huh [1]  131/4
ulcers [2]  78/8 78/14
ultimate [1]  84/30
ultimately [2]  30/22 77/8 90/16 110/2
133/26 167/18 191/17 191/19 191/24 200/20
220/17
underlying [1]  106/11
understand [28]  10/15 38/4 39/9 49/1 54/14
58/4 60/18 98/31 99/14 102/10 102/17 102/25
103/31 104/16 106/27 114/21 130/15 138/6
141/24 142/30 150/4 152/21 154/13 168/4
179/17 181/29 188/2 195/26
understanding [7]  45/22 80/1 101/32 177/6
189/29 206/5 220/19
understands [1]  179/29
unfortunately [1]  64/12
union [2]  14/19 23/18
unions [3]  16/11 16/21 21/30
unique [5]  76/23 76/26 192/6 192/10 201/25
unit [6]  18/20 18/21 58/28 63/11 122/8 126/6
United [8]  31/27 31/30 43/7 44/20 64/11
64/18 64/27 76/28
University [5]  6/21 8/17 9/21 10/2 24/20
unknown [1]  50/5
unless [7]  38/29 52/3 126/1 140/7 140/10
146/28 213/7
Unlike [1]  70/16
UNO [6]  8/17 13/4 13/31 14/29 16/28 17/12
unprotected [1]  133/13
unsuspecting [3]  134/26 134/30 135/31
until [4]  55/4 60/16 93/31 162/12
unusual [2]  159/17 210/2
up [74]  3/26 9/23 10/5 13/8 17/4 19/3 19/12
22/5 22/16 23/9 26/21 28/4 28/20 31/3 33/8
37/3 37/25 37/28 48/16 48/19 49/23 49/27
51/4 51/10 55/21 55/24 55/25 61/4 66/8 67/30
69/16 69/22 73/8 76/10 81/17 83/15 83/27
86/11 87/14 87/16 87/29 88/12 92/22 95/11
97/17 101/19 103/9 108/17 115/14 124/25
125/6 128/21 136/24 136/25 154/14 154/14
154/15 159/1 163/21 169/12 170/17 174/9
179/12 182/27 184/18 195/29 203/30 204/24

upgrade [1]  14/2
upon [10]  35/11 54/16 57/3 73/6 100/10
100/28 102/21 121/22 186/1 212/28
upset [2]  78/1 78/7
upside [1]  65/4
urinalysis [2]  9/3 121/27
urinary [1]  121/28
urinating [2]  118/16 118/30
us [30]  6/15 7/14 8/29 13/27 17/20 31/2 31/5
31/29 36/18 37/9 56/3 56/16 57/5 65/10 72/18
81/26 96/11 119/5 132/3 136/10 139/2 154/7
154/8 161/30 179/12 181/5 181/17 184/28
185/1 190/20
USDS [1]  141/30
use [47]  11/5 12/1 20/6 23/7 23/12 35/30
46/30 60/12 61/28 61/32 64/17 64/20 64/21
64/25 64/26 67/29 76/2 99/13 103/18 109/23
109/32 110/9 110/14 110/15 111/19 112/22
112/24 117/9 117/11 118/31 122/5 122/7
124/15 124/15 127/25 128/9 132/15 136/31
137/15 138/6 138/31 141/12 151/19 158/22
166/5 185/19 209/15
used [34]  11/8 11/10 18/21 20/32 23/4 41/15
43/8 43/22 43/24 44/17 56/23 59/29 64/12
99/4 107/5 107/12 117/31 123/27 136/8 138/4
138/5 138/28 141/12 144/31 151/19 164/12
164/17 171/25 172/5 172/29 181/20 186/5
192/27 215/19
uses [4]  29/27 121/14 126/27 126/28
using [17]  20/25 22/8 27/26 30/21 34/27
51/29 60/32 72/1 106/14 125/26 127/7 136/30
162/2 172/20 184/19 189/32 209/22
usually [5]  12/31 12/32 13/5 130/29 146/23
utilize [1]  29/17
utilized [1]  195/21
utilizing [1]  28/29

**V**

VA [1]  19/9
vacation [2]  43/10 64/13
vacuum [1]  11/15
vagal [2]  107/20 108/1
valid [2]  49/3 220/4
valuable [1]  175/5
value [1]  132/9
vapor [13]  56/18 56/31 88/11 96/4 96/13
139/27 183/3 183/5 183/9 183/9 183/11
202/24 205/7
vaporization [2]  87/22 87/25
vaporize [2]  39/25 57/11
vaporized [1]  48/17
vaporizes [3]  49/11 204/28 205/3
vaporizing [2]  57/3 182/24
vaporizing-to-gas [1]  57/3
vapors [11]  48/19 48/21 68/3 87/15 87/15
128/19 128/19 182/28 202/4 204/21 204/26
variable [2]  128/29 128/31
variety [1]  121/15
various [7]  27/15 71/10 76/27 104/31 161/29
163/11 177/22
varying [1]  161/25
Venetian [2]  93/26 93/29
vent [3]  48/20 172/32 205/25
ventilation [1]  131/16
vents [10]  59/8 59/10 59/13 59/26 123/25
171/30 171/31 172/23 172/24 172/26
verified [3]  190/22 190/30 191/16
Versailles [2]  145/8 145/18
version [1]  67/23
versus [6]  1/10 126/8 126/9 198/21 209/5
216/5
very [86]  8/3 11/13 12/5 13/13 13/13 14/32
25/1 39/14 40/1 41/5 45/20 45/29 49/21 50/32
51/13 51/14 55/18 57/8 58/10 58/19 58/31
59/11 59/23 59/23 59/23 63/5 64/26 65/5 65/5
65/20 65/24 66/7 66/12 71/15 74/8 74/21
74/21 76/23 76/25 86/16 92/7 92/7 95/26
97/11 108/8 117/14 122/4 122/14 124/26
126/20 127/12 130/8 134/27 136/20 142/28
143/16 143/22 146/22 146/27 158/24 158/28
158/29 159/23 160/4 160/4 160/7 162/2
162/16 169/11 169/13 169/13 174/30 175/17
175/20 193/16 193/21 200/12 200/16 200/18
200/18 200/18 200/26 200/28 204/28 205/9
209/20
vessels [4]  66/27 66/28 69/6 213/5
viability [1]  63/21
video [2]  80/11 80/23
videos [1]  80/28
videotape [1]  22/6
videotaped [1]  80/14
Virgin [4]  43/6 43/8 64/12 64/18
vision [6]  52/2 66/15 74/7 74/16 74/16 78/1
visit [5]  138/23 138/23 139/9 139/14 139/30

**V**

visited [2] 41/22 138/18
visits [2] 139/6 140/17
visual [1] 58/3
vitro [1] 127/3
volatilizes [1] 47/28
volume [2] 196/23 197/1
voluminous [1] 46/30

**W**

wait [18] 30/10 30/10 55/30 84/16 84/16
85/13 88/22 89/1 89/1 113/32 113/32 117/23
117/23 145/9 146/10 203/3 203/5 213/28
wakes [1] 51/10
walk [3] 47/6 178/21 204/1
wall [8] 90/15 90/16 90/27 90/28 90/30 91/3
91/9 173/1
want [57] 8/27 22/25 26/17 28/25 40/16
42/20 47/5 59/25 74/31 75/10 76/1 83/13
83/17 84/24 89/8 91/2 91/16 91/20 92/20
93/23 93/27 93/28 93/30 96/11 97/16 99/10
102/5 102/19 111/17 114/30 120/2 132/12
134/6 141/25 143/24 144/4 145/21 145/26
145/30 146/28 147/26 150/1 150/28 164/13
173/12 174/2 176/18 184/9 184/9 204/30
204/30 205/2 207/23 211/16 211/17 215/15
216/29
wanted [10] 21/32 22/2 28/24 37/16 67/26
80/22 87/25 150/32 167/22 204/3
wants [7] 46/27 89/18 94/11 94/15 94/26
149/1 152/15
War [2] 43/4 64/9
warfare [2] 43/4 64/9
warning [1] 209/19
warnings [1] 209/17
was [315]
wash [1] 72/30
wasn't [10] 54/9 75/25 98/28 110/1 139/15
163/25 168/29 170/27 171/2 211/18
waste [5] 16/4 16/7 17/30 18/1 22/26
watch [4] 18/1 43/5 75/21 217/31
water [11] 48/2 121/19 121/20 158/4 158/26
177/30 182/12 184/6 184/8 209/10 209/11
watering [1] 196/28
watery [1] 72/28
way [13] 12/31 35/29 49/11 58/5 69/28
135/11 148/6 163/12 168/17 182/13 202/2
202/4 203/31
ways [6] 6/3 58/11 115/13 118/12 121/11
219/14
we [283]
weak [2] 48/11 158/7
wear [1] 204/29
wearing [2] 42/1 42/2
Wednesday [4] 197/6 218/23 218/25 218/29
week [2] 131/23 132/23
weekly [1] 197/3
weeks [4] 45/25 128/14 131/23 132/24
weight [5] 118/8 119/15 119/15 119/29 127/8
weighted [3] 131/19 131/26 132/23
welcome [1] 42/28
well [95] 6/20 6/27 11/2 12/5 12/26 13/13
13/30 14/26 15/22 17/6 17/22 21/27 24/29
28/8 32/16 39/2 40/19 41/1 41/14 48/1 51/23
53/3 55/18 56/4 57/6 57/20 57/28 60/10 64/30
66/14 67/24 69/15 70/2 73/9 75/14 75/14 75/14
76/27 77/4 78/11 79/28 88/22 94/13 105/14
106/14 109/8 109/22 113/29 116/17 119/6
123/5 126/20 127/23 130/4 133/16 134/25
134/32 136/12 138/32 140/7 155/29 161/2
165/16 166/31 167/14 168/10 170/6 171/2
171/6 171/6 172/7 173/18 175/9 176/18
177/25 178/20 179/2 191/19 193/1 193/13
193/15 193/26 193/28 195/3 195/29 197/5
198/4 198/20 199/11 205/4 208/10 214/26
214/27 214/30 216/29
went [24] 7/23 8/30 18/31 18/32 29/6 32/16
37/19 59/12 69/4 77/17 82/7 91/9 91/16 96/25
136/6 139/23 140/8 140/24 163/9 178/27
182/27 188/22 194/12 194/13
were [224]
weren't [9] 20/11 56/25 107/7 123/25 157/24
163/20 167/22 177/12 187/14
west [12] 6/17 123/21 123/24 123/32 124/2
124/7 172/9 172/15 172/16 172/23 184/29
185/25
what [290]
what's [1] 175/4
whatever [26] 35/28 35/28 36/3 55/23 55/24
60/11 61/23 76/29 88/16 94/11 97/20 101/10
105/2 120/5 127/24 136/18 141/13 150/1
160/9 161/16 186/2 186/7 188/18 189/6
205/32 209/14
whatsoever [1] 105/12

when [117] 4/6 12/2 12/16 13/13 13/32
16/18 16/20 17/1 17/2 17/10 19/6 19/16 19/30
20/14 26/5 29/21 39/25 40/16 44/21 47/20
48/5 49/20 50/4 51/7 55/19 56/24 57/18 57/18
57/28 58/1 58/6 58/17 66/5 66/18 67/14 70/2
74/5 74/13 74/13 74/31 81/19 81/29 82/21
83/18 84/26 85/22 86/25 87/26 97/26 97/28
98/2 101/19 101/22 102/5 102/7 107/18
108/16 110/10 110/16 112/29 112/31 117/16
118/19 118/22 119/11 121/12 121/20 123/27
129/30 129/32 130/10 130/16 130/32 131/2
132/27 133/12 134/12 134/13 134/28 138/27
140/5 140/23 141/28 150/5 150/13 151/8
151/9 157/16 162/18 167/26 170/6 170/9
177/13 180/22 181/12 184/11 184/17 184/17
187/9 187/29 196/22 196/26 196/29 200/12
200/17 202/6 202/7 202/22 202/24 204/25
205/2 205/4 208/9 212/4 212/14 212/25
whenever [1] 141/10
where [63] 7/21 15/22 15/22 20/8 22/24
24/31 26/22 36/28 37/14 37/16 37/25
39/21 40/24 41/20 42/3 48/15 53/18 56/19
59/18 61/27 65/18 66/32 67/16 68/7 68/30
73/4 76/17 81/16 87/25 91/5 91/6 93/25
103/16 118/29 119/30 124/2 124/8 128/23
133/6 133/11 135/22 138/30 141/29 145/9
145/32 159/7 160/21 161/17 172/6 172/11
172/24 177/19 183/6 190/29 198/17 200/1
203/23 209/15 209/21 210/16 212/16 213/15
whereas [2] 41/31 125/10
whereby [1] 214/6
Whereupon [5] 72/15 79/11 81/3 111/29
149/11
wherever [3] 23/3 87/29 172/5
whether [50] 20/1 35/26 35/32 39/3 43/15
46/8 46/9 53/15 54/31 55/23 60/20 84/25 86/5
96/12 102/20 103/14 104/3 104/4 105/25
114/17 114/23 115/5 119/1 119/2 124/4
130/23 141/15 143/13 160/16 164/8 167/3
167/27 170/18 173/1 173/8 173/31 177/20
188/9 190/2 190/4 195/22 195/24 205/24
207/4 216/13 216/13 216/14 216/17 217/12
217/16
which [69] 3/20 3/20 6/28 8/32 10/25 15/30
16/1 16/2 16/5 18/7 19/1 23/11 25/1 36/18
41/10 41/27 43/3 43/5 43/30 45/8 46/24 48/12
49/22 52/1 57/13 57/30 58/9 64/8 64/10 68/10
69/1 72/29 74/1 76/12 86/3 93/10 93/28 97/5
98/23 99/3 104/31 105/9 112/28 118/25
121/14 121/28 123/16 124/12 125/27 130/1
139/29 140/17 146/6 148/8 154/3 165/22
170/12 170/13 171/1 172/15 174/30 176/19
180/29 185/4 189/23 196/26 207/16 210/11
218/26
while [3] 56/26 72/12 130/6
white [2] 27/2 204/26
who [69] 3/3 3/8 3/9 7/22 18/4 18/9 19/4
21/25 22/17 32/10 34/13 36/7 42/5 42/7 43/9
50/12 52/13 58/4 65/22 67/7 68/32 69/22
75/27 76/17 77/11 82/4 82/8 91/22 96/22
108/20 109/10 117/8 126/5 128/6 128/13
128/32 129/12 129/17 129/20 129/25 130/7
131/15 132/14 133/24 134/32 135/25 141/26
142/6 142/6 142/7 142/11 143/17 143/26
150/17 151/11 164/11 186/2 192/25 193/7
203/17 203/18 203/32 209/4 211/31 212/5
212/15 216/18 217/17 218/8
whoever [2] 32/19 113/10
whole [7] 21/29 50/32 67/17 100/14 117/18
171/31 214/20
whom [2] 6/19 220/13
whose [1] 111/22
why [22] 4/25 7/17 10/7 10/7 14/24 46/3
60/25 68/25 81/17 92/5 97/8 104/20 109/4
113/27 114/24 115/10 117/23 160/15 161/7
173/9 174/3 198/4
wider [1] 142/14
will [85] 3/25 5/13 6/25 11/15 20/21 25/13
25/18 27/3 27/14 28/24 30/6 31/2 31/3 31/5
31/7 33/22 35/11 35/23 36/4 47/19 48/2 48/19
49/28 49/29 55/19 55/27 55/30 56/26 57/11
57/31 58/15 58/20 59/24 60/5 61/29 66/3
66/28 66/32 71/32 72/22 73/6 74/10 74/26
74/29 79/5 80/26 80/29 84/22 85/1 85/26 86/1
89/32 89/32 90/4 90/14 104/15 106/6 110/18
110/21 111/2 114/12 122/7 126/22 128/9
130/15 138/32 140/9 145/16 145/27 161/14
164/24 164/28 187/2 188/26 189/2 197/8
199/15 208/12 209/7 209/13 210/17 218/7
218/26 219/5 219/16
William [1] 6/18
WILLIAMS [56] 2/4 3/6 5/25 6/5 6/17 31/10
34/7 34/24 35/12 72/18 78/2 81/29 97/16
98/23 100/18 103/7 103/11 104/13 104/30

when [117] 4/6 12/2 12/16 ... [continued]
17/16 116/31 117/20 118/1 119/6 122/18
127/15 132/20 133/18 133/29 134/32 137/31
138/18 144/27 145/2 145/6 145/30 148/5
149/23 149/29 150/16 154/27 159/3 159/20
163/4 168/4 173/25 184/26 184/27 196/8
205/23
willing [1] 152/26
WILLIS [4] 1/21 36/9 81/16 92/22
wind [2] 66/8 69/22
window [1] 58/19
wipe [34] 59/12 62/27 118/13 119/7 122/27
122/28 123/2 123/11 123/19 165/6 172/8
172/14 172/17 172/21 172/31 173/26 173/29
173/29 175/19 184/28 184/31 185/6 185/24
185/27 186/1 187/11 187/14 187/15 187/19
190/13 190/14 200/13 200/16 200/21
wipes [12] 63/9 92/6 136/4 136/8 136/10
136/12 164/15 171/25 171/28 171/32 173/15
174/6
wish [1] 127/25
wished [1] 7/22
withdraw [2] 25/18 86/23
withdrawal [1] 196/29
within [9] 61/7 61/9 61/13 62/10 142/11
142/12 194/24 195/11 196/1
without [7] 75/32 76/12 76/24 125/26 132/25
169/31 196/3
witness [28] 2/3 5/14 25/25 25/32 30/29
30/30 38/9 54/19 81/19 81/27 83/1 85/15 87/7
89/30 93/9 94/9 94/15 94/27 115/31 116/21
142/18 148/26 174/13 174/20 189/9 199/18
213/25 218/7
witness's [1] 142/20
witnesses [5] 30/32 50/4 80/29 218/29 218/32
woman [1] 69/11
women [1] 18/16
won't [4] 104/12 110/28 111/26 133/2
WONG [1] 1/8
word [17] 45/4 55/18 67/12 72/1 106/15
106/23 118/6 119/10 121/9 122/11 125/24
126/12 127/29 137/15 171/4 183/18 184/8
wording [1] 190/28
words [10] 11/20 11/22 22/29 29/10 55/7
63/23 70/2 141/12 178/29 212/9
wore [1] 56/24
work [37] 7/11 13/20 14/22 16/11 17/31 21/9
29/13 32/13 32/14 32/23 32/27 35/16 35/27
45/6 49/20 49/24 56/23 112/29 112/32 113/1
131/22 131/24 132/24 132/31 135/2 135/3
135/10 135/23 135/27 135/29 150/22 151/8
199/27 202/6 212/5 212/15 213/16
workday [1] 128/28
worked [23] 16/24 16/25 22/13 81/26 91/23
124/6 124/8 126/5 126/8 127/32 128/6 128/7
128/13 128/24 129/12 129/18 129/20 137/2
142/7 142/11 150/5 194/20 203/18
worker [8] 41/25 42/4 131/15 131/22 132/22
134/23 134/29 135/6
workers [31] 12/9 14/19 16/25 16/25 21/23
21/26 21/28 21/29 21/29 22/1 22/8 23/18
41/14 41/15 41/20 41/25 41/28 42/6 132/14
132/32 133/25 133/25 135/14 135/32 196/23
197/4 211/27 211/29 212/8 212/13 213/4
working [15] 22/19 49/24 56/26 68/32
129/23 130/7 135/6 135/25 140/14 141/3
141/10 143/5 203/32 204/29 211/31
workplace [11] 14/22 23/21 41/8 41/13
131/17 134/23 135/22 135/27 136/3 136/29
212/8
workplaces [3] 41/22 133/3 135/4
works [1] 145/20
workshops [1] 23/18
workup [1] 33/23
world [14] 7/15 12/18 12/19 31/31 31/32 32/3
35/21 43/4 64/9 64/21 67/30 161/27 209/16
209/22
worse [2] 59/27 92/3
worthwhile [1] 196/20
would [197] 3/29 17/26 18/5 19/6 19/7 19/10
19/11 20/23 22/11 24/7 26/31 32/25 38/22
41/32 45/26 45/30 45/31 47/5 47/7 48/20
49/22 50/12 51/9 51/30 51/31 52/1 52/1 52/3
52/19 54/21 55/13 56/5 56/13 56/14 56/24
56/24 58/7 58/9 58/24 59/7 62/6 65/9 68/1
68/28 69/18 71/9 72/7 73/7 73/23 74/1 74/1
74/2 74/3 74/4 75/26 77/21 78/15 79/18 80/12
80/23 82/7 82/18 82/27 84/31 87/1 87/16
87/27 87/28 87/30 90/22 92/1 92/3 98/8 99/3
99/24 102/21 105/14 106/22 112/22 112/28
112/29 112/31 113/6 113/10 113/11 113/12
113/15 113/16 114/22 117/3 117/12 117/20
118/18 119/3 119/4 124/12 125/20 125/21
126/9 127/14 127/15 127/15 127/17 127/27
127/29 127/31 128/21 128/23 128/26 128/31

# W

would... [87]  129/22 130/25 130/2 131/26
132/6 132/26 133/10 133/10 133/26 134/10
136/1 136/13 139/19 143/11 143/17 143/22
143/23 146/4 147/26 151/19 154/6 154/11
155/29 160/11 160/15 162/10 162/16 163/27
169/29 173/1 175/13 175/18 177/9 177/13
177/15 177/17 177/19 177/23 177/30 178/5
178/6 179/13 179/14 179/14 179/16 181/5
182/28 182/29 183/9 183/10 183/27 183/29
183/31 183/32 184/2 184/3 185/25 188/16
188/21 188/24 190/19 192/29 192/29 193/5
193/5 193/11 193/15 193/21 193/22 193/23
193/25 193/28 193/31 194/1 194/3 194/9
194/11 196/5 196/20 196/25 196/26 200/10
200/20 201/3 210/14 212/32 214/24
wouldn't [7]  6/4 51/29 105/17 144/4 181/5
181/17 213/6
wrap [1]  211/24
wrapped [1]  70/20
wrapping [1]  95/11
write [3]  30/3 30/11 168/30
writes [1]  22/4
writing [4]  8/5 62/6 146/23 209/24
written [5]  67/30 99/19 177/3 207/9 219/10
wrong [4]  22/12 181/17 184/28 207/20
wrote [4]  97/19 100/16 151/21 168/29
WWL [1]  3/20

# Y

y'all [4]  47/14 209/14 218/3 219/16
yeah [7]  5/13 22/3 64/24 151/22 193/22
209/30 216/14
year [8]  12/25 13/1 24/10 96/1 131/23 132/8
132/24 196/1
years [38]  7/28 8/2 8/7 9/11 14/4 14/26 14/26
37/19 55/5 55/5 68/7 97/21 99/21 99/24
100/20 100/32 101/2 101/9 101/25 102/3
102/4 102/22 122/7 122/8 126/8 126/9 126/9
129/13 129/18 138/16 147/8 193/19 193/19
194/21 194/22 194/24 198/21 203/19
yellow [1]  72/10
yes [178]  4/13 8/13 8/30 10/1 13/11 15/14
15/29 16/31 17/19 18/30 19/16 19/29 20/19
20/27 20/32 21/20 22/6 23/15 23/23 23/27
24/6 24/26 25/12 25/23 26/14 26/26 26/30
27/16 27/17 27/19 27/21 27/23 27/25 27/28
27/31 28/2 28/10 28/18 28/32 29/5 29/9 29/20
30/17 31/13 31/21 32/1 35/1 37/13 43/17
43/21 44/30 45/15 46/23 49/13 49/15 49/20
51/18 55/6 56/14 57/2 60/28 61/9 61/15 62/25
65/30 66/30 68/29 71/19 73/27 74/4 75/23
77/4 78/6 78/11 78/21 78/31 79/16 80/16
80/21 81/10 82/3 82/15 82/20 83/8 85/9 87/14
87/32 90/13 91/4 91/15 91/19 91/24 91/28
91/31 92/31 93/1 93/13 93/27 96/4 96/7 96/10
96/30 98/15 98/21 100/6 106/32 107/18
107/30 108/9 108/27 108/30 109/15 110/4
111/7 112/2 112/19 115/8 116/23 116/25
117/24 120/16 120/24 121/5 127/11 127/30
128/1 130/22 131/15 134/4 138/13 138/21
139/12 140/16 143/7 143/9 144/31 146/16
146/20 149/17 149/27 150/3 150/24 152/2
154/15 158/5 159/16 159/25 161/7 161/13
161/27 162/25 165/27 166/11 166/13 166/15
166/17 166/19 167/30 170/5 171/10 175/21
176/21 176/22 194/18 195/15 197/18 199/27
200/31 201/1 201/31 204/28 207/27 209/27
210/10 210/25 211/1 212/1 217/22
yesterday [1]  43/1
yet [2]  53/18 54/18
Yoohoo [2]  54/7 156/15
you [1103]
you're [4]  74/6 127/23 186/27 203/7
you've [6]  48/29 73/9 91/12 109/9 124/29
124/29
young [2]  193/16 193/24
your [216]  3/10 3/28 4/15 5/5 6/12 6/15 6/16
6/25 6/26 7/9 8/5 9/28 13/27 13/28 17/7 17/23
19/14 20/25 25/16 26/9 26/9 26/13 28/22
29/13 29/13 29/16 30/26 31/4 31/15 31/20
32/13 32/14 32/23 34/20 35/17 36/4 36/4
36/20 37/32 38/5 38/7 38/16 40/15 42/11 44/1
44/18 46/16 47/2 48/23 50/2 50/16 50/32 52/5
52/6 52/22 52/28 53/5 54/11 54/14 54/15
54/24 58/20 60/4 60/13 61/3 62/19 62/23
63/17 65/2 65/2 66/27 66/27 72/5 72/26 75/12
75/13 75/21 79/10 80/9 81/12 82/21 82/32
84/10 84/20 84/24 85/3 85/5 85/11 85/23 87/6
88/22 90/25 92/12 93/13 93/25 94/4 94/26
96/31 97/7 97/18 98/13 98/19 98/27 99/1
99/10 100/24 100/29 104/18 104/22 106/29
108/17 108/17 109/20 110/2 110/4 110/16
113/24 115/2 115/26 116/3 116/11 116/21

124/11 125/14 125/15 125/28 128/9 132/2
132/13 134/22 135/25 136/21 138/11 140/..
141/24 144/4 145/4 146/5 146/16 146/20
147/15 147/31 149/14 150/21 153/18 154/22
155/15 155/32 156/2 158/6 159/11 159/15
160/13 162/17 162/22 162/28 162/31 164/19
166/22 169/18 171/4 171/28 173/23 176/24
178/26 179/2 179/10 179/13 179/15 179/17
179/19 179/21 183/14 183/27 183/28 185/17
186/25 189/9 189/29 190/19 194/24 194/29
195/7 195/27 195/29 196/12 196/27 196/28
196/28 199/20 202/12 205/12 205/23 205/28
206/28 208/15 208/19 209/20 209/20 211/13
213/22 214/30 214/31 214/22 215/3 216/4
216/5 216/29 217/26 217/31
yours [1]  62/13
yourself [1]  112/10

# Z

Z1 [2]  43/1 133/8
zero [1]  171/1
zeroed [2]  170/24 171/5
zeroing [1]  171/2
zone [4]  108/20 169/10 183/6 183/7

**CIVIL DISTRICT COURT**
**PARISH OF ORLEANS**
**STATE OF LOUISIANA**

NO. 2000-7489            DIVISION "A"

THOMAS ANDERSON, PAMELA DAVENPORT, EVELLE THOMAS, JUNE HARVEY, JOSEPH WONG, individually, ON BEHALF OF THOSE SIMILARLY SITUATED, ALL PERSONS EXPOSED TO CHEMICALS AT 2400 CANAL STREET

**VERSUS**

**CITY OF NEW ORLEANS, ET AL**

PROCEEDINGS held in the above-captioned matter were taken in Open Court before the HONORABLE TIFFANY GAUTIER CHASE, Judge presiding, on September 29, 2015.

**APPEARANCES:**

FOR THE PLAINTIFFS:
ROY F. AMEDEE, JR., ESQ.
GARY J. GAMBEL, ESQ.
JENNIFER C. WILLIS, ESQ.
TONY CLAYTON, ESQ.
MICHAEL LETOURNEAU, ESQ.

FOR PAN-AMERICAN LIFE INSURANCE COMPANY:
DARRYL J. FOSTER, ESQ.

FOR NID CORPORATION:
JOHN A. STEWART, ESQ.
BRODIE G. GLENN, ESQ.

FOR THE CITY OF NEW ORLEANS:
KIMLIN S. LEE, ESQ.
CORWIN M. ST. RAYMOND, ESQ.

Reported by:
PATRICIA O'BRIEN, C.C.R.
Official Court Reporter

ANDERSON v CITY - class certification hearing  9//29/15

1

**I N D E X**

| WITNESS | PAGE |
|---|---|
| **THOMAS PETER ANDERSON** | |
| Mr. Clayton (direct) | 5 |
| Mr. Foster (cross) | 53 |
| Ms. Lee (cross) | 65 |
| Mr. Stewart (cross) | 78 |
| Mr. Clayton (redirect) | 95 |
| | |
| **PAUL HUGHES TEMPLET** | |
| Mr. Amadee (direct) | 107 |
| Mr. Stewart (cross) | 123 |
| Mr. Foster (cross) | 142 |
| Mr. Amedee (redirect) | 153 |
| | |
| **JOSEPH HANDLIN** | |
| Mr. Gambel (direct) | 158 |
| Mr. Glen (cross) | 175 |
| Mr. Foster (cross) | 211 |
| Mr. Gambel (redirect) | 212 |
| | |
| **JUNE ARMOUR** | |
| Mr. Letourneau (direct) | 215 |
| Mr. Foster (cross) | 229 |
| Mr. Stewart (cross) | 234 |
| Ms. Lee (cross) | 237 |

ANDERSON v CITY - class certification hearing  9//29/15

2

---

**P R O C E E D I N G S**

THE COURT:
    This is 2000-7489, Anderson, et al versus the City of New Orleans, et al.  Counsel, please make your appearances for the record.
MR. GAMBEL:
    Gary Gambel for the plaintiffs.
MR. AMEDEE:
    Roy Amedee for the plaintiffs.
MR. CLAYTON:
    Tony Clayton, Jennifer Willis, and Michael Letourneau for the plaintiffs.
MR. ST. RAYMOND:
    Corey St. Raymond for the City of New Orleans.
MS. LEE:
    Kimlin Lee for the City of New Orleans.
MR. FOSTER:
    Darryl Foster, Pan American Life Insurance Company.
MR. STEWART:
    John Stewart, NID Corporation.
MR. GLEN:
    Brodie Glen, NID Corporation.
THE COURT:
    Thank you.  This is a continuation of our class certification hearing.  And who is your next witness?
MR. CLAYTON:
    My next witness is Mr. Tom Anderson.
THE COURT:
    Mr. Anderson.

ANDERSON v CITY - class certification hearing  9//29/15

3

---

MR. CLAYTON:
    Judge, while he is coming forward, I gave a copy to Mr. Foster yesterday, but I would like to offer into evidence a copy of the Power Point that we played yesterday.
THE COURT:
    I thought that we had decided that you would just provide the Court with a copy as opposed to offering it into evidence because all of the information contained within the Power Point presentation is in the various documents that have already been filed in the joint bench book.  Is that correct?
MR. CLAYTON:
    That's correct, Your Honor.
THE COURT:
    And the same is to be said for the defendants.  If you guys also provide me — this is just for demonstrative purposes, and this just helps me to kind of keep everything in —
MR. FOSTER:
    We will provide you a copy of ours, Your Honor.
THE COURT:
    Perfect.  Did you guys send me the copies of the depositions that I had asked for on yesterday?
MR. CLAYTON:
    I don't know.  Did we?
MINUTE CLERK:
    They did it.  Miss Willis sent it.

ANDERSON v CITY - class certification hearing  9//29/15

4

1    THE COURT:
2        Good morning.
3    THE WITNESS:
4        Good morning.
5    THE COURT:
6        Watch your step.
7    THE WITNESS:
8        Thank you.
9        THOMAS PETER ANDERSON, after having been
10   first duly sworn or affirmed in the
11   above-entitled cause, was examined and
12   testified as follows:
13   MR. CLAYTON:
14       May I proceed?
15   THE COURT:
16       Yes, please.
17   MR. CLAYTON:
18       Thank you, Your Honor.
19           DIRECT EXAMINATION
20   BY MR. CLAYTON:
21   Q.    Give us your name, and what are you doing?
22   Tell us what you're doing.
23   A.    My name is Thomas Peter Anderson, and I was
24   employed with the City of New Orleans as booting
25   supervisor slash manager.
26   Q.    Before you go there, tell me your address.
27   Where do you live?
28   A.    13031 New Hampshire Drive, New Orleans,
29   Louisiana 70129. That's New Orleans East.
30   Q.    How old are you, Mr. Anderson?
31   A.    Sixty-five.
32   Q.    Tell me a little about yourself. Married,

ANDERSON v CITY - class certification hearing  9//29/15
5

1    children?
2    A.    Married, have two kids. One is deceased. My
3    son is deceased. My daughter is 38. I have one
4    grandson, 14, just made it, and my wife. Been
5    married 37 years.
6    Q.    You and I have something in common, we both
7    attended Southern University, right?
8    A.    That's correct.
9    Q.    Good football team?
10   A.    Right.
11   Q.    All right. Let's go to work?
12       THE COURT:
13           Y'all made the internet.
14       MR. CLAYTON:
15           Yeah, we did.
16       THE WITNESS:
17           Yes, ma'am. Let's go to work.
18   BY MR. CLAYTON:
19   Q.    Did you ever work at 2400 Canal Street.
20   A.    Yes.
21   Q.    What did do you there?
22   A.    I was supervisor of the immobilization
23   section, which I was the slash booting and slash
24   manager of that operation.
25   Q.    Explain to me booting. What is booting?
26   A.    Immobilization is a term -- it's used as
27   booting. What it is, we use it to enforce people
28   with outstanding parking violations and put the
29   orange boots on their cars and lock their wheels up.
30   Q.    You were the person who was doing that?
31   A.    I'm the one. I started it.
32   Q.    All right. Tell me what you remember about

ANDERSON v CITY - class certification hearing  9//29/15
6

1    the first time you went into that building. And why
2    were you there?
3    A.    The very first time I went in the building, we
4    went there as a group to see about getting offices.
5    It was in the basement area. We went on Cleveland
6    Street through the back doors, which is a double set
7    of back doors there. We went into that building to
8    observe and find space for offices. When we walked
9    in the double office doors, coming off Cleveland
10   Street from the back of the building, there was an
11   office to your right. The doors were open, and they
12   had some equipment in there, some barrels and stuff
13   like that. We just peeped in and looked at it.
14   Q.    You said something that, when you went to the
15   building, you went through the basement to get in?
16   A.    Yes.
17   Q.    Why?
18   A.    Because we couldn't go through the front, and
19   the area they wanted our offices in was in the
20   basement. The basement was like a subkitchen at one
21   time. It was all destroyed. And they asked us to
22   go in there and pick certain areas out where we
23   would renovate and have offices made out of it.
24   Q.    So how close was the basement or the entry
25   room into the building located to where the actual
26   barrels were stored?
27   A.    Well, my office was, say, about 15 feet from
28   it. You come through the double doors like I'm
29   facing this way, coming through. There was an
30   office to the right. The door was open. My office
31   was straight ahead, which was about that much -- not
32   too far from it, and the doors -- we all kind of

ANDERSON v CITY - class certification hearing  9//29/15
7

1    peeped in. We all were looking for offices. I
2    picked the first door as my office, which was right
3    there.
4    Q.    This is the first time you started working
5    there?
6    A.    That's the very first time we ever entered
7    that building.
8    Q.    Now follow me. Let's talk about all the other
9    employees that worked there.
10   A.    Okay.
11       THE COURT:
12           Can you give me a year?
13   BY MR. CLAYTON:
14   Q.    What year was that?
15   A.    I think it was about -- I would say roughly
16   '85, somewhere around in there, '85, something like
17   that. I left my first -- my second job in '83. I
18   got the job at booting, and we went straight over
19   there.
20   Q.    What was your first job?
21   A.    First job I had was at NOPD, New Orleans
22   Police Department.
23   Q.    Let's go back. Now, '83, '86, somewhere up in
24   there.
25   A.    Okay.
26   Q.    You were telling the Court that you went
27   through the basement to enter the building.
28   A.    Correct.
29   Q.    And I was asking you about all the other
30   folks, how did they get into the building?
31   A.    Same way. It was a group. We all followed
32   one another in there. Now, as far as if anybody

ANDERSON v CITY - class certification hearing  9//29/15
8

1   else was in the building already, the upper floors,
2   they were in the building.  I think they came
3   through the front.  I can't contest what they did.
4   But the group I was with, we all came off of
5   Cleveland Street through the back double doors,
6   which was the basement area.
7   Q.   How often would you use that during the course
8   of --
9   A.   All day.  That was the closest place for us.
10  All day.
11  Q.   Every day that you were there?
12  A.   Just about every day.  We had no reason to go
13  up to the first floor.
14  Q.   Was the basement occupied by anyone else at
15  that the time?
16  A.   After we moved in?
17  Q.   Yes.
18  A.   Yeah.  There was several offices down there.
19  My office was booting.  The office adjacent to mine
20  was meter operations.  Then there was the meter
21  operations manager.  Then there was collections, and
22  that's it.
23  Q.   Let's go back a step, and then we will go
24  forward again.
25  A.   Okay.
26  Q.   I don't know if I made this clear.  You first
27  started working there in that building around 1986,
28  you said?
29  A.   Somewhere around that.
30  Q.   How long was it that you stayed there, you
31  worked there?
32  A.   In that building?

1   Q.   Yes.
2   A.   Until they shut it down.
3   Q.   Which was when?
4   A.   Umm, when did we move out?  I was in there
5   over ten years, so roughly, I don't -- I really
6   can't remember when we left out the building.  It's
7   been awhile.
8   Q.   Fifteen years?
9   A.   Yeah, something like that.  We stayed in the
10  building for quite awhile.  I made most of my years
11  there working for the City.
12  Q.   Tell the Court when you observed the first
13  time, and on a daily basis -- when you worked in
14  that building, what did you observe when you went
15  from room to room?
16  A.   Well, for one thing, there was an odor in the
17  building.  Nobody knew what it was coming from.
18  Q.   What did it smell like?
19  A.   Excuse my French, it smelled like rotten eggs
20  or something like that.
21  Q.   There is nothing wrong with saying rotten
22  eggs.
23  A.   No?  It really had a bad odor.  People just
24  kind of -- after a while, we just kind of ignored
25  it.  We didn't know what to think of it because we
26  didn't know where it was coming from, so we had
27  nothing to say about it, so we just went on with it.
28  Q.   When you say people ignored it, what do you
29  mean by that?
30  A.   I mean like the odor was just there, and so we
31  got used to smelling it, so nobody worried about it.
32  Q.   But you said we?

1   A.   I meant the other employees as well as myself.
2   Everybody on the ground floor and the basement area
3   was smelling it.  And then, I used to go upstairs on
4   the -- they had five floors in the building.  I used
5   to go up periodically and see other employees,
6   friends of mine I knew, and everybody was
7   complaining about the odor in the building, and
8   nobody knew.  Nobody actually did anything about it.
9   Just kind of went along with it.
10  Q.   Did they complain about the odor, say on the
11  fifth --
12  A.   The odor was -- it stink.
13  Q.   Hear me out.  Let me finish my question.
14  Sometime I talk fast, and the Judge will get on me
15  with that.
16  A.   All right.  No problem.  Maybe I need to slow
17  down, too.
18  Q.   Yeah, we both talk too fast.  Look at the
19  Court Reporter, Miss Pat.  She's gonna get on us.
20  A.   I'm sorry.
21  Q.   I'm gonna slow down, and you slow down.
22  A.   I will.
23  Q.   Let's go back to the fifth floor.  Did you
24  smell the rotten egg smell when you were up on the
25  fifth floor?
26  A.   Yes, I did.
27  Q.   You used the pronoun we were complaining about
28  it?
29  A.   Okay, when I said we, other employees on other
30  different floors of the building I would go to and
31  visit would complain about different things,
32  symptoms, runny noses, eyes, coughing, you know,

1   different things of that nature, and it's kind of
2   strange that everybody had the same symptoms at
3   different period of times.  I'd go on the third
4   floor, and somebody complained about the -- you
5   know, I didn't talk to everybody, but certain people
6   I knew.
7   Q.   How many people would you say you heard
8   complain or seen with the stressful sinus?
9   A.   I don't want to exaggerate, but quite a -- you
10  want a number?
11  Q.   Just a guess.
12       MR. FOSTER:
13            Excuse me.  Objection, Your Honor.  Pure
14  speculation.  He says he doesn't know.  He
15  can't guess.
16       MR. CLAYTON:
17            That's not a question where I am asking
18  for specificity, in terms of --
19       THE COURT:
20            Overruled.
21       MR. CLAYTON:
22            Thank you, Judge.
23       THE COURT:
24            I think you asked the other question.  He
25  asked the subsequent question.
26  BY MR. CLAYTON:
27  Q.   Can you give me  a round about number of about
28  how many people --
29  A.   About 40.  I'd say 40 people.
30  Q.   In total, that's in one given time?
31  A.   Yeah, I say so.
32  Q.   We will go back to that.  So let's talk about

1  the whole course of the years that you have been
2  there.
3  A.    Okay.
4  Q.    How many people had you heard complain about
5  runny noses and rotten eggs and all that in that
6  period of time.
7  A.    Okay, if you want a number like that, I say
8  maybe a hundred, 200.
9  Q.    Two hundred?
10  A.    Something like that, yeah.
11  Q.    All right.  Thanks.  Finish telling me about
12  what the layout looked like on the basement floor.
13  What was inside some of the buildings?  Explain that
14  to us.
15  A.    You talking about the basement area itself?
16  Q.    Yes.
17  A.    Okay.  The back street of the building was
18  Cleveland Street.  We had a parking lot there.  You
19  come through that parking lot.  Coming up this way,
20  there was a loading dock.  Two sets of double doors
21  right here.  You open the doors.  Coming in, there
22  was an office here, a room there.  My office.
23        Going around the corner, there was meter
24  operations.  Turn the corner to your left again,
25  there was meter operations manager.  To your right,
26  there was collections.  And that's all the ones they
27  had in our area, in that room in that area.
28        MR. CLAYTON:
29            Permission to approach, Your Honor.
30  BY MR. CLAYTON:
31  Q.    I want you to sketch something so I can get a
32  clear picture of what you are talking about, all

1  right?
2  A.    Yes.
3  Q.    I am going to use the back of one of these
4  boards.
5  A.    I can draw it for you, if you'd like.
6  Q.    You can draw it?
7  A.    Yeah.
8        THE COURT:
9            Watch your step.
10        MS. LEE:
11            Excuse me, Your Honor.  Is there a way he
12  can maybe put the stencil on that side so we
13  can all see?
14        THE COURT:
15            You can step over here, but I need to be
16  able to see it.
17        MS. LEE:
18            I know.
19  BY MR. CLAYTON:
20  Q.    Mr. Anderson, what I basically want for you to
21  draw for the Court is the bottom floor, the way
22  folks entered.  I want to know if everybody had to
23  pass near that basement where those barrels were is
24  basically what I want to know.  Design it for me.
25  A.    Okay, let's go this way.  Let's start in the
26  street first.  This was Cleveland.  Excuse my
27  drawing.  You coming in, there was a parking lot
28  right here.  Okay, Cleveland Street was the main
29  street here.  You come off Cleveland Street, there
30  was a parking lot right here, parking area behind
31  this building.  You come across the parking lot
32  coming this way, there was a loading dock.  Excuse

1  my drawing here.
2        Okay, you step on top of the loading dock,
3  there was a platform.  There were two doors, double
4  doors right here.  You come through the double
5  doors, there was an office right here.  You come
6  straight ahead again, my office was the first one as
7  you see it adjacent to this one.  Turn this way,
8  there was meter operations.  Then you go back down
9  that hall, there was meter operations manager.
10  Q.    Where was the room with the barrels in it?
11  A.    This is it right here.
12  Q.    Put barrels there.  Just put B.  Where are the
13  double doors that folks came in?
14  A.    Right here.
15  Q.    Now, where were the front doors that folks
16  came in, could come in?
17  A.    There was no front doors.
18  Q.    All the employees had to come through that
19  door?
20  A.    This door right here, they had to come through
21  here.
22  Q.    And all the employees, hear me out, had to
23  travel by the room where those barrels were?
24  A.    That's correct.
25  Q.    That's what I wanted.
26  A.    That's correct.
27        MR. CLAYTON:
28            I'm going to mark this as Anderson No. 1.
29        MS. LEE:
30            Your Honor, I would like to place an
31  objection.  I think his original testimony was
32  the people who worked in the basement used the

1  double doors, but the rest of the employees in
2  the building used the front door.
3        MR. CLAYTON:
4            Judge.
5        THE COURT:
6            His specific statement was that the group
7  that he was with entered into that.  So he said
8  the group that he entered with, and I think
9  that that was just a clarification.
10        MS. LEE:
11            Okay.
12        MR. CLAYTON:
13            Thank you, Judge.
14        THE WITNESS:
15            May I?
16        THE COURT:
17            Yes, please.
18  BY MR. CLAYTON:
19  Q.    You drew a parking lot there.  Was that the
20  only parking lot for the employees to park?
21  A.    There was another one, but it was nowhere
22  near -- it was on the -- I think it was Rocheblave
23  Street.  On the side of the building, there was a
24  big lot where they kept all the equipment at, the
25  vans and stuff, they parked the vehicles.
26  Q.    But the employees, the workers, did they park
27  in that parking lot there?
28  A.    Some that had passes, they parked in there.
29  But the majority of them walked in there.  They
30  parked on the streets, and they came through that
31  door to come into the offices.
32  Q.    No matter what, they all came through that

1  same door?
2  A.   Yes.
3  Q.   Thanks.  And that was for the extended period
4  of time you had been there, 15 or 20 years, they
5  came through that door?
6  A.   Yes.
7  Q.   Let's go back to that room where the barrels
8  were.  Describe what it looked like.  Tell the Judge
9  what it looked like.
10  A.   When we first came in, we saw it, the door
11  were just adjacent.  We just peeped in.  It was like
12  a storage area, cruddy, it was real cruddy looking.
13  They had some equipment in there, drums or -- they
14  were kind of blue-looking drums, mildew stuff on it.
15  It was cruddy stuff.  We didn't spend a lot of time
16  because everybody was kind of excited about moving
17  in the building and getting an office.
18       I was excited myself, I could have an office
19  to myself.  But the office was, like I said, it was
20  adjacent to mine, and everybody peeped in, you know,
21  and looked at it.  And we just moved on from there.
22       MR. CLAYTON:
23            Permission to approach to show a picture
24       to the witness?
25       THE COURT:
26            Yes.
27  BY MR. CLAYTON:
28  Q.   I'm going to show you a photo that's been
29  previously introduced into evidence as D1.  Do you
30  recognize D1?
31  A.   Yes.
32  Q.   What is D1?

1  A.   D1 is the office where they had the equipment
2  stored at where we passed.
3  Q.   And anything else in D1 that looks familiar to
4  you?
5  A.   Yes, the drums.
6  Q.   Were those the drums that you saw?
7  A.   Yes.
8  Q.   Do they accurately depict the drums on the day
9  in which you saw them?
10  A.   Yes.
11  Q.   Back to this photo.  Do you see a blind?
12  A.   Yeah.
13  Q.   You see what I'm talking about?
14  A.   Yes, I see it.
15  Q.   Have you ever seen those blinds not in this
16  condition?
17  A.   No, not in that condition.
18  Q.   Let me ask my question a little better.  When
19  you first got there in 1983, did you see these
20  blinds?
21  A.   Yes.
22       MR. FOSTER:
23            Objection, Your Honor.  The witness
24       testified he first came in 1985.
25       THE COURT:
26            '85, then he said '86.  He could not
27       really -- I think you need to rephrase the
28       question.
29       MR. CLAYTON:
30            I'll rephrase it.
31  BY MR. CLAYTON:
32  Q.   Whenever you first got there, in the '80s, did

1  these blinds look like this?
2  A.   No.
3  Q.   Explain to the Judge what the blinds looked
4  like.
5  A.   A regular set of Venetian blinds.  You know
6  the blinds like you have at your house.
7  Q.   Did you use the word metal?
8  A.   Yeah, metal blinds, something like that.  Like
9  you use in your home.
10  Q.   I gotcha.  Over a period of time, what
11  happened to those blinds?
12  A.   They started to deteriorate.  They started
13  getting coloration and stuff like that, and after a
14  period of time, you know.
15  Q.   Now, sorry, but I want to take you back to
16  where we were having our colloquy talking about you
17  said you observed the blue barrels.  What condition
18  were the barrels in?
19  A.   Well, they was in cruddy condition.  Looked
20  like they had stuff running over the top.  They were
21  kind of dirty looking, filthy.  Like I say, we
22  didn't spend a lot of time in there.  We just kind
23  of peeped in.  They were cruddy looking.  So we --
24  we didn't know -- it looked like they just throw
25  them there, they just throw them in there.
26  Q.   Were there more barrels than in that photo at
27  the time?
28  A.   Oh, yeah.  It was much more than that.  The
29  room was full.  To that side, it was full.  They
30  didn't have no space in there.
31       THE COURT:
32            I am sorry, it was full with what?

1       THE WITNESS:
2            Barrels.  The same barrels.  And they were
3       all close together in one big bunch.  Not like
4       they separated there.
5  MR. CLAYTON:
6  Q.   And your office --
7       THE COURT:
8            I am sorry, Mr. Clayton.  Can you tell me
9       approximately how many barrels you think were
10       in that room?  If you do not know, that is
11       fine.
12       THE WITNESS:
13            I really don't know.  I really don't know.
14       THE COURT:
15            Okay.  Were they lined up?
16       THE WITNESS:
17            They were all in -- see like all these
18       chairs, like this whole corner here, they were
19       all in one bunch like that, just all shoved in
20       tight.  There was no spaces between them.
21       THE COURT:
22            So the entire room was filled with
23       barrels?
24       THE WITNESS:
25            Let's say this whole corner here was full.
26       THE COURT:
27            So not the entire room?
28       THE WITNESS:
29            No, the whole corner was full with barrels
30       in one spot.
31       MR. CLAYTON:
32            Permission to approach, Judge?

THE COURT:

Yes.

BY MR. CLAYTON:

Q.    I'm going to show you 10 in globo, which are more pictures. I show you 10 in globo. Can you identity that photo?

A.    Yeah.

Q.    Tell the Judge what that is.

A.    That's what I'm talking about. That's exactly what I'm talking about. See how they all bunched up together? I think it was more than that.

MR. FOSTER:

May I?

THE COURT:

Yes. It is the ones from -- it's 10, right?

MR. CLAYTON:

10.

BY MR. CLAYTON:

Q.    I'm sorry, go ahead. Wait. Okay, go ahead.

A.    Okay. This is what I was talking about. They were all bunched together. But it was more than this, I think.

Q.    Okay. This is just one picture. Those barrels that I just showed you in Exhibit 10, did you ever see anybody moving those barrels in and out?

A.    No.

Q.    Anybody from the City doing that?

A.    No.

Q.    Did you ever see anybody using those barrels?

A.    No.

Q.    While you were there, '85, '86, whichever year, until the time they shut the building down, did you ever see or observe anybody move into that room with those barrels to occupy it as an office?

A.    Yes. Meter operations had a section we called collections. These are the people that used to go in the street and take the money out of the meters. They needed more room because they had more employees, so they opened up that -- they got in there and swept the clean side, not where these things were, they were still in the room, but they cleaned a little spot in there on the other side for them to put a couple of desks in there so they could have somewhere to meet in the morning before they went on the street. So they put collections in that area. It was, I would say, about eight or nine employees. About eight employees.

Q.    Did they have telephones and an office?

A.    Well, no, they didn't put really phones. They used our hand radios. They communicated by radios. I didn't think they would be there that long, but they stayed much longer than we anticipated.

Q.    After a period of time, were you ever promoted while you worked there?

A.    Myself?

Q.    Yes.

A.    I was promoted to boot manager, booting manager.

Q.    Once you were promoted, tell us what, if any, changes did you have in your job duties, in terms of how often or how long were you in the building?

A.    Okay. As a manager, my job was to make sure,

same as supervisor, I was still doing both jobs, mainly getting my crew out in the morning. We have a meeting every morning, staff meeting before we go out.

Q.    Where would y'all meet?

A.    In my office.

THE COURT:

Wait, Mr. Clayton. Can you tell me when that was? When were you promoted?

THE WITNESS:

Let's see, when was I promoted? About the same year after I got there. Around about -- I can't remember that far back. It was a year after I had got there.

THE COURT:

Okay.

THE WITNESS:

They promoted me because there was no -- there was no booting supervisor either. First I took the test for supervisor. I aced that. Then there was no manager job. So a little while after that, they needed somebody to take over a management position. I was qualified, so I took over management all within the same year.

BY MR. CLAYTON:

Q.    The Court was concentrating on -- she is trying to get a figure on years.

A.    I'm trying to think what it was. I can't --

Q.    So if you got there in '86, in about a year, that's --

A.    About a year.

Q.    Hear me out.

A.    I'm sorry.

Q.    So if you got there in '86, that would be around 1987?

A.    Somewhere around in there, I guess.

Q.    From that time, you were telling me that you would call staff meetings with your employees?

A.    Yes.

Q.    Were those people who were your employees, did they occupy and work in the building, too?

A.    They came in and, yeah, they occupied the building in the mornings, but after about -- about 30 minutes after we had the meeting, they would go in the street. My job after that was to stay in the office a little while after that, I say about an hour, two hours after that, getting together all the paperwork and stuff like the computers, stuff like that. Then I would go in the street, I would randomly run the streets in case they had problems on the street. I wouldn't stay in the office totally all day.

Q.    So the folks who would meet with you in the morning, 30 minutes or so, did you observe them, did they have any complaints or did you observe anything unusual about them during the time --

A.    They complained. Some of them --

Q.    Hear me out. Let me finish so we don't talk over each other.

A.    I'm sorry.

Q.    Did you observe them, did they complain about anything? Did you notice anything unusual about them, as it relates to their health, while they were

**Page 25**

1    there with you?
2    A.    Okay.  Some of them complained about coughs
3    and colds, and, you know, it was kind -- wintertime,
4    so we figured it might just be colds.  Looked like
5    every time you turned round, somebody was taking off
6    because they had a cold or they were complaining
7    about headaches or something like that.  I'm a type
8    of person, I always kept stuff in the office, you
9    know, to keep us from having to go on the street.
10   Q.    What happens to your workers who you would
11   dispatch on rainy days, what would they do?
12   A.    They would come back to the office.
13   Q.    What would they do in the office?
14   A.    They came in, we do checks on boots, you know,
15   count, do inventory or something like that or catch
16   up on their paperwork, something like that.
17   Q.    Did you store the boots in that building?
18   A.    Yeah, we had boots stored in my office.  I
19   mean it was like over a hundred boots in my office.
20   We had three different types of boots.
21   Q.    As a manager or supervisor, did you ever have
22   the occasion to go to the upper floors?
23   A.    Oh, all the time.
24   Q.    Describe for Judge Chase what, if anything,
25   you smelled when you went to the upper floors --
26   A.    Same --
27   Q.    -- and/or what you experienced, health wise?
28   A.    Same smell throughout the building.  I used to
29   go through all the floors because I knew everybody
30   in the building.  Everybody knew me.  And I used to
31   go periodically holler at different people in the
32   building or find something, I might need some

**Page 26**

1    information from someone, I'd go check with them.
2    Q.    It's your testimony that that same smell of
3    rotten eggs that you smelled around the barrels was
4    the same smell you smelled on the top floor?
5    A.    Yes.
6    Q.    All right.  Let's talk about your health while
7    you worked in that building.
8    A.    Okay.
9    Q.    Did you notice anything unusual about your
10   health now, in retrospect, and then?  And tell Judge
11   Chase about it.
12   A.    Okay. After a period -- me, myself I spent
13   most of my time in the building.  I never was a
14   person to complain about anything.  One of the
15   things I noticed, periodically, I was having
16   headaches.  I was having them frequently, and that's
17   something I never had suffered with before.  So I'd
18   go buy me some Tylenol, and I'd try to keep working.
19   Okay, and it would pass, and then it come back.
20        Then, after a while, I started having problems
21   with my eyes.  That was something I never had
22   problems with was my eyes.  I never started wearing
23   glasses until I got to 2400 Canal Street, and that
24   really brought me to a concern because my eyes, I
25   need them for everything.  I use them for
26   everything, you know, in the building.
27        Then, on top of that, I had a thing where I
28   was getting these chest colds all the time.  I never
29   suffered with colds.  I never was a person who had
30   colds.
31   Q.    Did you complain to anybody about that?
32   A.    I told my boss about it, but I told him don't

**Page 27**

1    worry about it.  I said I'm going to take my
2    medicine, I'm going to stay on the job, don't worry
3    about it.
4    Q.    Did any of your employees complain to you?
5    A.    Some of them did.  Every now and then,
6    periodically, different ones complained about the
7    same things I was suffering with.  And I'd say, if
8    you want to go home or you want to stay on the job.
9    Can I go home, Tom?  Sure.
10   Q.    Were the people who complained to you and the
11   people who you heard complaining, were those people
12   only the people that worked in the basement?
13   A.    No.  As I said before, I used to go through
14   all the floors.  There were people on different -- I
15   can't tell you what floors, but different floors,
16   people did complain about some of the same things I
17   just described that I had myself.  So I mean, you
18   know, that kind of sent up a red flag to me, you
19   know, something is going on here, everybody get --
20   maybe there's something in the building and
21   everybody's catching it.
22        You know, I go drop down on the third floor,
23   and somebody said, man, you know, I feel bad.  I
24   said, what's wrong.  I got a headache.  I said, you
25   know, I been suffering with headaches myself lately.
26   But he said, then sometime he talking about -- you
27   know the smell in the building?  I say yeah,
28   downstairs in the basement.  I said I don't know
29   where it's coming from.  Periodic, we just talk like
30   that randomly.  Nobody ever took nothing serious.
31   Q.    Was the food stamp office in that building?
32   A.    It was in the basement.

**Page 28**

1    Q.    Tell the Judge, did anything unusual happen
2    with the food stamp office?
3    A.    What happened in the food stamp office, they
4    had an office there, and most of the employees over
5    there were complaining.  They closed it down.  They
6    shut it down for, what, a day or something like that
7    because they was trying to find out what was going
8    on.  Actually, they smelled the same thing.  What
9    they did, they did try to do something about it.
10   They tried to see if they could find what -- nobody
11   found anything.  So though brought them back to
12   work.
13       THE COURT:
14         Wait.  I am trying to figure out the
15   temporal element.  When was this?  And I am not
16   asking you for specific dates.
17       THE WITNESS:
18         I understand.
19       THE COURT:
20         But was it close to the time when you
21   started?  Was it in the middle of the time?
22       THE WITNESS:
23         During that middle time.
24       THE COURT:
25         Okay.
26       THE WITNESS:
27         When food stamps moved in, they never
28   really had -- they had a group of people in
29   there, and I think -- actually, I believe --
30   they the ones that really brought it out about
31   the smell in the building because they were
32   complaining about it a lot.  On this side of

1  the building, it looked like it was worse, and
2  they complained about it a lot, too. But on
3  our end, you know, everybody just complained
4  about it. Nobody worried about it.
5  BY MR. CLAYTON:
6  Q.   So when you say that they were trying to
7  figure out what the source of this smell was, this
8  irritant was, what did they do to try and find that
9  out?
10 A.   Well, they had the maintenance man come in and
11 check to see if they had a rat or something in
12 there, something like that. I mean really,
13 you know, strenuous. Just brought somebody in to
14 come smell, take a little smell at the building,
15 whatever.
16 Q.   Let's move up to December the 9th, 1999. Do
17 you recall that day?
18 A.   Yes.
19 Q.   Tell the Judge what happened on that day.
20 A.   Well, I'm an early bird. I comes to work
21 early. I don't have to be to work for 8:00 o'clock.
22 I come at 6:00. I come early, just a habit. I came
23 to work that morning. Another employee was there
24 that morning, too, about two, three of us. We went
25 through the double doors going to my office, and
26 there was smoke, and the smell was — I mean it was
27 loud. It was stinging.
28      So they opened the door, and the room was full
29 of smoke, and all of the equipment in there was
30 melting. I mean it had melted. So then they had a
31 little small fire start in the corner, so I up and
32 called my supervisor, his name was Richard Bosman, I

1  called him. Richard came over, and I notified him
2  what was going on. He came — I don't know how fast
3  he got there, but he got there quick. He called the
4  Fire Department.
5       The Fire Department came over, they made us
6  leave the building. They put us way on Cleveland
7  Street. They moved us away from the building. The
8  rest of the employees that did come, they didn't
9  have nobody come near that office. They taped it
10 all off. And from there, the Fire Department took
11 over.
12 Q.   Before or during the time that the Fire
13 Department was there, did you ever go back and look
14 into any of those rooms, your rooms or the rooms
15 with the barrels?
16 A.   They wouldn't allow us to. We wanted to, but
17 they wouldn't allow us to go back in.
18 Q.   Prior to the Fire Department coming there, did
19 you ever see that floor looking in that condition
20 as —
21 A.   No.
22 Q.   After the Fire Department made y'all leave,
23 were you able to get back into the building?
24 A.   For a short period of time, just a few minutes
25 to get our personal stuff out. That was all. They
26 shut that side down for a few days. They wouldn't
27 allow us to go back. I think they moved us in
28 another section to work just temporarily until they
29 could get haz-mat, or whoever goes in there, to
30 check and make sure everything was clear before we
31 could move back.
32 Q.   Did you ultimately get back in the building?

1  A.   Yeah, we did. We went back.
2  Q.   Where? Did you work in the same location?
3  A.   Yes, we did. Now, the people that was in that
4  area, which I said collectors, they didn't let them
5  go back in. They moved them on — they put them in
6  another room somewhere. They moved them out of
7  there completely. That door was shut completely.
8  Q.   Tell the Judge what, if anything, you observed
9  about your health now, and let's give the Court a
10 particular time period. So this is around 1999,
11 December, when you guys were evacuated and put in
12 another location. After you moved out of that
13 building, at what point did you move out of the
14 building completely, and you weren't able to go back
15 in?
16 A.   You mean permanently?
17 Q.   Permanently.
18 A.   When they moved us out permanent, they moved
19 us on Claiborne Street.
20 Q.   Around what year was that?
21 A.   That was around, let's see, around – about
22 '9 — no, about —
23 Q.   You are not good on dates, are you?
24 A.   No, I'm not.
25 Q.   2000s?
26 A.   My wife will tell you the same thing. I'm not
27 good with time and dates. I say roughly about five,
28 six years after that.
29 Q.   After that?
30 A.   Yeah.
31 Q.   All right. Now I want to concentrate on that
32 period after you left the building, years

1  afterwards, you were gone, tell the Court what, if
2  anything, you observed about your health then.
3  A.   Well, I wasn't suffering with headaches, and
4  my eyes was still bothering me, so that's why I
5  started to have to wear glasses. I got my glasses.
6  I couldn't see without my glasses. But I wasn't
7  suffering with severe headaches. I still had them,
8  but I wasn't suffering with them severely, like I
9  was when I was in the building. And I wasn't having
10 that real tightness in my chest all the time, like I
11 had a cold all the time. I had them periodically
12 but not like it was when I was in the building. It
13 was a difference.
14 Q.   But around the time of this Fire Department
15 deal, did you ever watch anything on the news and
16 saw that there was news coverage, and your wife,
17 when you got home maybe told you anything about it?
18     MR. FOSTER:
19         First of all, two objections. First, I
20     haven't objected to him leading his own
21     witness. I am objecting that that's a leading
22     question. Second, I think it's two questions.
23     He is asking did his wife tell him something
24     about something it, and that's hearsay.
25     THE COURT:
26         It is hearsay, and it is leading.
27     Rephrase.
28 BY MR. CLAYTON:
29 Q.   Did you ever see any news coverage of the
30 events that you witnessed in real time?
31 A.   No, not that I can remember, that I can think
32 of.

MR. CLAYTON:

Your Honor, at this time, I am going to offer a piece of news footage that took place contemporaneous with that time, during that time. One, I'm going to use it to refresh his memory to show what took place that day and whether or not that's actually what took place.

More importantly, you will get to see what -- that's committed to film what he was just telling you about, the chaos that was going on that day, and I think that it is important, and it's germane to assist you, the trier of facts, to, one, corroborate what the witness is saying, and it's just a piece of evidence, not offered for the truth of the matter of it, but it's offered to show what Mr. Anderson and the rest of those folks were experiencing during that emergency situation, i.e., the Fire Department and whomever else was out there, haz-mat moving the material, et cetera, so you can see what caused the problems that he was experiencing during that time and removing or extricating out the barrels and things of that nature.

MS. LEE:

Objection for several reasons. First of all, he has not laid a foundation with this particular witness to introduce that evidence. Mr. Thomas has already testified that he never saw any news coverage.

Secondly, the information in it is inadmissible and not relevant, and it's

prejudicial, Your Honor. There are -- we have seen it, and there are people speaking on there who purport to be experts who we have not been able to voir dire. We don't know what their real specialty is. We have experts who will testify as to various symptoms and other things that the employees -- and it's also hearsay. It is also hearsay.

THE COURT:

Let me ask you a question. Does the news footage actually show pictures of what happened on that day?

MS. LEE:

Your Honor, it shows people outside the building.

THE COURT:

So it is not showing the inside of the building?

MS. LEE:

No, Your Honor, and it shows employees giving, you know, hearsay information to the news reporter, and it also has someone on there who purports to be some type of, I guess, expert on chemicals and symptoms. But we have no clue who he is. He has not been vetted. Your Honor, it's totally not admissible.

MR. CLAYTON:

My brief response is, one, we don't need to play the audio. Two, it shows the barrels being moved out of the building. Three, it's no different from the picture, except it's moving. This video is showing you the removal

of those barrels that you are seeing there that caused the problem there.

THE COURT:

I do not have a problem -- I do not want to hear audio. I do not want to hear any persons who are testifying because I believe that it is, in fact, hearsay, and remember how news footage comes out. It is little snippets of reality, and so I note your objection, and I am going to overrule it to the extent that I will allow the video footage to show me simply the pictures of the barrels being moved out. So I do not want to see the video. I am going to ask you to make those pictures still photos.

MS. LEE:

Your Honor, if I may add, we have already introduced in the joint bench book pictures showing the barrels.

THE COURT:

Tell me what exhibit.

MS. LEE:

The barrels being removed. I believe it is Exhibit 10, and if you flip through, and he already said it was in globo.

THE COURT:

These are the pictures with the haz-mat people?

MS. LEE:

Yes, Your Honor. Your Honor, I just think the video is extremely prejudicial.

THE COURT:

Does the video show -- wait a minute.

Does the video show the barrels being moved from outside or is it showing --

MS. LEE:

No, it's just showing a big container with the barrels. Well, you can't even see the barrels. I believe it's already covered over.

MR. FOSTER:

There is no video from inside the building.

MS. LEE:

Right. I don't think it even shows anybody even moving anything.

THE COURT:

Let me do this. What I will do is, I will review the video and determine whether or not it is prejudicial, and I will do a 403 balancing test on it.

MR. CLAYTON:

Thanks, Judge.

MR. STEWART:

Your Honor, for the record, I join in the City's objection.

THE COURT:

I note your objection.

MR. CLAYTON:

Thank you, Your Honor.

THE COURT:

Before I overrule your objection, I am going to review the video and determine -- because if the pictures do, in fact, depict what I need them to depict, there may not be a need, and I may, in fact, sustain the

1  objection. But I will defer ruling on that.
2  MR. CLAYTON:
3      May I proceed with my questions, Your
4  Honor?
5  MR. FOSTER:
6      Your Honor, Pan American has no position
7  on the video.
8  THE COURT:
9      Okay.
10 MR. CLAYTON:
11     Does Your Honor want to take a brief
12 moment to review it -- may I resume the
13 questions, Judge, and we will come back to
14 that?
15 THE COURT:
16     Yes.
17 BY MR. CLAYTON:
18 Q.    Mr. Anderson, you were telling us about your
19 respiratory problems when we ventured off on the
20 video. Did you ever see a doctor for that?
21 A.    I went to Methodist Hospital on a couple of
22 occasions to check it out, to see what was wrong.
23 Q.    Do you have the medical records?
24 A.    I don't have any now, myself, no.
25 Q.    Do you know why not?
26 A.    No.
27 Q.    Mr. Anderson, you know that this is a class
28 action. Can you tell the Court what your
29 responsibility, or your understanding, your position
30 you hold as a class representative?
31 A.    Well, for one thing, I would like to see
32 whoever did this, left those barrels there, be

ANDERSON v CITY - class certification hearing  9//29/15
37

1  punished in some kind of way because a lot of my
2  friends and employees are deceased, and a lot of
3  them are still sick from these different things and
4  stuff that's going on. I been in contact with quite
5  a few people all the time, and a lot of them still
6  suffering these things, stuff like that.
7  Q.    Tell the Court briefly, how did you become
8  involved to become a class rep?
9  A.    Well, there was a gentleman that was ahead of
10 me. I think his name was Wong or something like
11 that. Him and I got together one day, and we
12 talking about it. He got sick. And the gentleman
13 got sick, and he passed on. And after that, I was
14 the next person in line. Everybody just started
15 coming to me, and I just took it over.
16 Q.    When you say everybody started coming to
17 you --
18 A.    Different employees of -- different, all the
19 different sections, people come to me that was in on
20 it. Most of the people are in the building, and
21 they heard that the gentleman, Mr. Wong, had passed,
22 and I was working with him on that. So after they
23 found out he wasn't here, he had passed on, they
24 started coming to me, you know, and I myself started
25 dealing with the people that was -- the attorneys he
26 had involved, and we took it from there.
27 Q.    So how many people would you say who worked in
28 the building wanted to be a part of this case?
29 A.    Oh, two, three, 400 people, maybe more. I
30 really --
31 Q.    It's in the hundreds?
32 A.    Yes, in the hundreds.

ANDERSON v CITY - class certification hearing  9//29/15
38

1  Q.    All right. What have you done, as the class
2  representative, to help move this case forward?
3  A.    I worked with the attorneys that's been
4  involved with me. Anything they ask me to do, you
5  know, and we go along, and talk, meet with them.
6  Everything -- anything that's possibly really, I
7  would try to get with them.
8  Q.    How often do you communicate with the lawyers?
9  A.    Quite a bit. I would say time frames, every
10 month, maybe a little more before that, something
11 like that.
12 Q.    Have you ever given a deposition in this case?
13 A.    Yes, I did.
14 Q.    Did you participate in the inspection that
15 took place in 2002?
16 A.    They wouldn't allow -- yes, I did. I did
17 take -- participate with that. Yes, I did.
18 Q.    You said you took part in that inspection?
19 A.    Yes.
20     MR. CLAYTON:
21        Your Honor, may I approach to show
22 pictures?
23     THE COURT:
24        Yes.
25 BY MR. CLAYTON:
26 Q.    Mr. Anderson, I'm going to show you what has
27 previously been marked as 10, but I'm going to
28 number them numerically. This is Mr. Stewart's
29 idea. I think he is right about that. I'm just
30 going to number them one through how many, then I'm
31 going to ask you -- 10 -- I have already -- I picked
32 up with 5. I've already got 10-1 through 4, but I'm

ANDERSON v CITY - class certification hearing  9//29/15
39

1  going to number them 10-1, 2, 3, 4, 5, 6, 7, 8.
2  Okay?
3  A.    Yes.
4      THE COURT:
5         That is the one that is Exhibit 10?
6      MR. CLAYTON:
7         Yes.
8      THE COURT:
9         So can we do A, B, C instead?
10     MR. CLAYTON:
11        I'm going to change it to A, B, C. I
12 might have to sing it because that's the only
13 way I can remember my ABCs.
14     MR. GLEN:
15        Are the pictures in the same order they
16 were in the book?
17     MR. CLAYTON:
18        I'm leaving them in that order, yes.
19        (Whereupon, there was a discussion off the
20 record).
21     THE COURT:
22        I am going to give y'all five minutes to
23 get this stuff together. Do you have the
24 video?
25     MR. CLAYTON:
26        Yes, we do.
27     MR. LETOURNEAU:
28        Perfect time.
29     MR. AMEDEE:
30        Judge, since we have marked the pictures
31 A, B, C, D, there is an 11A in there, and the
32 parties have agreed that the video will become

ANDERSON v CITY - class certification hearing  9//29/15
40

11AA.

THE COURT:

This video that is 35?

MR. FOSTER:

No, there is another video, Exhibit 11A.

THE COURT:

Okay.

(Whereupon, there was a discussion off the record).

THE COURT:

Okay. The Court has, in fact, reviewed the video. Everybody looks so young, Carl Arredondo and Karen Swenson on there. The video contains information, actually, in fact, that the Court has not even heard yet. I will let you proffer the video, but I do not think that the video actually gives anything to the Court because Mr. Anderson's testimony pretty much provides the Court with sufficient information, and the opinions about what was in there and what happened and what the State Police ultimately said is all in the news clip.

I think that I agree with the defendants, that it is somewhat prejudicial, and that there is sufficient evidence that has been presented to the Court. So that can be your Proffer 1.

MR. CLAYTON:

We will make it Proffer 1, thanks, Plaintiff's Proffer 1.

MR. STEWART:

Your Honor, for purposes of the proffer, we adopt our objections to the introduction of

the video.

THE COURT:

To the proffer?

MR. STEWART:

Yes.

THE COURT:

I have to allow a proffer in.

MR. STEWART:

I know, but I just want the record to reflect that we are objecting to the proffer.

THE COURT:

I do not think you can object to a proffer.

MR. CLAYTON:

First time I have heard it. May I continue, Your Honor?

THE COURT:

Yes, please.

BY MR. CLAYTON:

Q.   Mr. Anderson, before the break, I was about to show you 11 in globo, and I marked them A through, I think —

THE COURT:

V?

MR. CLAYTON:

V, yes, Your Honor. How did you know that, Your Honor?

THE COURT:

I read them. I looked at them.

BY MR. CLAYTON:

Q.   And we were talking about the 2002 inspection, and you said that you attended it. I want to show

you some pictures that were taken contemporaneous with that inspection and ask you do they accurately depict the scene on the day that you guys observed it? First I will show you 11A. Do you recognize that?

A.   Yeah.

Q.   What is that?

A.   That's the door.

Q.   Does it look the way —

A.   Yes.

Q.   Do you know where that door was —

A.   That's the one to the chemical room.

Q.   Okay. I show you 11B.

A.   Same door.

Q.   Okay. You might have to orient these pictures, but I will show you 11C. Hold that there, and I will show you 11D, and you can juxtapose them and compare them.

A.   Yeah, I remember this one.

Q.   This one, 11D, was what?

A.   This was the room where the collectors were. See they have the desks in here and stuff in there. I don't know what this is. This is kind of a generator or something.

Q.   11E is a closeup of the ceiling?

A.   Yeah, the ceiling up here.

MR. STEWART:

I'm sorry, I can't hear.

THE WITNESS:

I'm sorry.

BY MR. CLAYTON:

Q.   11C is a closeup of what?

A.   The ceiling.

MR. CLAYTON:

The ceiling.

BY MR. CLAYTON:

Q.   11E?

A.   That's the little glass sliding inside the door — on the side of the wall.

Q.   Okay. 11F?

A.   Ceiling again.

Q.   Okay. When you say ceiling, does it appear to be a vent?

A.   Yeah, it's a vent. The round circle is a vent at the top.

MS. LEE:

Your Honor, I'm going to object to any leading questions or the attorney coaching the witness as to what is depicted in the pictures.

THE COURT:

Mr. Clayton, you can ask a specific question.

MR. CLAYTON:

Yes, ma'am.

BY MR. CLAYTON:

Q.   Next, I'll show you 11G.

A.   This is part of the office, and in the corner is a little heater.

Q.   11H?

A.   This is the hall leading into the office of the chemical room.

Q.   11I?

A.   This was — this look like some — I know what it is, but I can't describe that.

1  Q.   I can't coach you.
2  A.   No. This look like some kind of machine -- I
3  remember the machine being there.
4  Q.   You remember seeing it?
5  A.   Yes, I remember seeing that.
6  Q.   That's good. We will get somebody to help you
7  with 11I. 11J?
8  A.   I don't what that one is.
9  Q.   You can't identify that one?
10 A.   No.
11 Q.   11K?
12 A.   This was a wall inside the building -- inside
13 that room. Stuff must have came off the wall here.
14 It was glued on.
15 Q.   What was the stuff, do you remember?
16 A.   Tiles. Tiles.
17 Q.   There you go. 11L?
18 A.   This was one of the fluorescent lights that
19 was on the ceiling.
20 Q.   What condition does it appear to be in?
21 A.   It's dilapidated, all corroded.
22 Q.   Corroded, that's the word I'm looking for.
23 Next I will show you 11M.
24 A.   This was a floor beside that wall where the
25 tile fell off at the floor, at the bottom.
26 Q.   All right. 11N?
27 A.   Basically, the same thing.
28 Q.   Okay. That metal piece there, can you
29 describe that for me? Do you know what that is?
30 Look at it closely.
31     MS. LEE:
32        Objection. You are kind of coaching the

1  witness.
2     THE COURT:
3        Overruled.
4     MS. LEE:
5        You ask him what --
6     THE COURT:
7        Overruled.
8  BY MR. CLAYTON:
9  Q.   Look at it closely. What is it? Can you
10 figure it out?
11 A.   It look like some kind of baseboard, a border.
12 Q.   What is running through it, if anything?
13 A.   I think what was running through it was
14 electrical wiring.
15 Q.   There you go. Describe the condition of it.
16 A.   Corroded.
17 Q.   All right. If Miss Kimlin wasn't here, I
18 could probably sneak in some coaching, but I can't
19 get nothing done by her. 11O?
20 A.   This was one of the vents at the ceiling.
21 Q.   All right. 11P?
22 A.   I don't know what that is.
23 Q.   You can't identify that, no problem. I will
24 hold 11 --
25 A.   Okay.
26 Q.   -- P there. Now I will show you 11Q, and
27 maybe you can figure it out there.
28 A.   Oh, okay.
29 Q.   All right.
30 A.   This is the frame around where the blinds
31 were. This is the frame in the window at the top of
32 the wall where you -- that's where the tile came

1  off, and above that is a window where the blinds
2  were.
3  Q.   Now I want you to go back to 11P and compare
4  that --
5  A.   Same thing. It's the blinds falling apart.
6  Q.   All right. Thank you. 11R?
7  A.   Okay. This was up at the ceiling.
8  Q.   Correct. Next is 11S.
9  A.   That's the top of the ceiling inside the room
10 itself.
11 Q.   All right. Two more to go. Three more to go.
12 11T?
13 A.   Ceiling.
14 Q.   All right. 11U?
15 A.   Ceiling and part of the room.
16 Q.   And 11V?
17 A.   That's inside the room showing the ceiling as
18 well.
19 Q.   And then --
20 A.   It's some kind of vent machine. Look like it
21 could have been air condition or something that
22 broke up, tore up.
23 Q.   Now, while we are there, I want to take you
24 back to December 9th, 1999, when all the fire trucks
25 and all that was there. Do you remember?
26 A.   Yes.
27 Q.   Did you notice this stuff on the floor then
28 after that date?
29 A.   Yes.
30 Q.   How much of the floor was covered?
31 A.   The whole floor was covered.
32 Q.   Do you now know what that stuff was?

1  A.   Yeah, some kind of a -- it was gooey looking,
2  some kind of jelly-looking stuff. I don't know
3  exactly what it was, but a lot of it was burnt.
4  Q.   Mr. Anderson, I asked you early on the date
5  that you were employed, and I asked you a question
6  about '83, and it was met with an objection, and I
7  think you said you may have been there in '85, '86.
8  Do you remember that?
9  A.   Yes.
10 Q.   I'm going to show you what has been previously
11 marked and introduced into evidence as your
12 employment records.
13    MR. CLAYTON:
14       Do you know the number that --
15    MR. AMEDEE:
16       20. It's included in Exhibit 20. I see
17 Mr. Stewart has -- permission to approach?
18    THE COURT:
19       Yes.
20 BY MR. CLAYTON:
21 Q.   I am showing you Exhibit 20, and I want you to
22 read it to yourself. First, tell me, can you
23 identify it?
24 A.   It's an application that I had to fill out for
25 the job as booting supervisor.
26 Q.   Read it to yourself, and then I'm going to ask
27 you what date you were employed or hired -- what
28 year you were hired. I won't ask you yet. Have you
29 read it?
30 A.   Uh-huh.
31 Q.   Have you refreshed your memory?
32 A.   Yes.

1  Q.    What year were employed?  Actually a specific
2  date.  What date were you employed to work in that
3  building?
4      MR. FOSTER:
5          Objection, Your Honor.
6      THE COURT:
7          He is using the document to refresh his
8  recollection.
9      MR. FOSTER:
10          I understand, but the document is an
11  application for employment, and Mr. Clayton
12  said what date were you employed in that
13  building.
14      MR. CLAYTON:
15          I don't know what he is talking about.
16  Can I —
17      THE COURT:
18          But the question is — it also has his
19  Social on here, so we are going to redact that,
20  right?
21      MR. CLAYTON:
22          Yes, ma'am.
23      THE COURT:
24          It has on here today's date, which is
25  4-11-83, and so I do not know whether or not
26  the application for examination and his hire
27  date are one in the same.
28      MR. CLAYTON:
29          That's a good question.
30      THE COURT:
31          Usually, you —
32

1  BY MR. CLAYTON:
2  Q.    Did you look at all three of the documents?
3  It's going to give you two days.
4  A.    No.
5  Q.    I thought you looked at all — okay, have you
6  reviewed all three documents?  You have this pensive
7  look on your face.
8  A.    Yeah.
9  Q.    All right.  One document — does one document
10  purport to show the date you hired out, filled out
11  the paperwork?  And does another document show the
12  date that you started work?
13  A.    Oh, okay, I see.  Yeah.
14  Q.    You met with them?
15  A.    Yeah, I see what you saying.
16  Q.    Good.  Now let me ask you again.  What date
17  did you fill out the application the first time you
18  went down there?
19  A.    4-11-83.
20  Q.    4-11-83.  Does it depict the date that you
21  started working?  Does it show a date which you
22  started working?
23  A.    The date —
24  Q.    Does the date of August —
25      MS. LEE:
26          Objection, Your Honor.
27      THE COURT:
28          Sustained.
29      THE WITNESS:
30          August of '83 —
31      MS. LEE:
32          Objection, Your Honor.  In regard to — he

1  is coaching the witness.
2      THE COURT:
3          He is not coaching the witness.  He is
4  just asking him a question.
5      MS. LEE:
6          Well —
7      THE COURT:
8          Let him read the document.
9      MS. LEE:
10          Okay.
11  BY MR. CLAYTON:
12  Q.    Tell us, Mr. Anderson.
13  A.    Okay.  One has 4-11-83, and the other one has
14  8-18-83.
15  Q.    Let me ask you a better question.  Do those
16  documents show your employment that was the same
17  employment when you worked as a booter or
18  immobilization person for the city?
19  A.    Yeah, as a booter.  And the other one shows
20  where I became booting supervisor.
21  Q.    All right.  So if both documents said 1983,
22  you were booting supervisor when you were working in
23  the building at 2400 Canal Street?
24  A.    That's correct.
25  Q.    So does that refresh your memory —
26  A.    Yes.
27  Q.    — that you obviously were employed in 1983?
28  A.    In '83, yes, it does.
29  Q.    Thank you, sir.  A couple of questions —
30      MS. LEE:
31          Your Honor, I would just like to place an
32  objection on the record in regard to Exhibit

1  20.  I don't think that — well, the record
2  will speak for itself, but it doesn't show
3  where he was actually employed.  It shows where
4  he applied for examination.  It doesn't show
5  when he was accepted to be a booter or an
6  attendant or a booting supervisor.
7      THE COURT:
8          The document speaks for itself.  I note
9  your objection.
10      MS. LEE:
11          All right.
12      MR. CLAYTON:
13          In response, it's in evidence.
14  BY MR. CLAYTON:
15  Q.    As of today, do you still communicate with the
16  class members?
17  A.    Yes, I do.
18  Q.    I think I may have asked you this.  If I did,
19  the Judge will stop me.  Tell me what you feel like
20  you are asking for these putative class members on
21  behalf of them.  As a class rep, what are you asking
22  for?
23  A.    Well, what I would like to see is that, far as
24  all this chemical stuff being involved, there is a
25  lot of people that got hurt, a lot of people that
26  are deceased, friends of mine.  There is quite a few
27  people that's relying on me to tell the truth and be
28  honest as much as I can, and I would like to see
29  some action taken, some kind of punishment being
30  done for the people that left this equipment in
31  there to do harm to us like it did, and we didn't
32  know anything about it.

**Page 53**

1  Q.   If this case is certified, are you willing to
2  assist the attorneys in going forward with this
3  litigation?
4  A.   Most definitely.
5  Q.   Have you been promised anything for being
6  class representative?
7  A.   No, I haven't.
8  Q.   Have we induced you in any type of manner?
9  A.   No.
10       MR. CLAYTON:
11           Answer any questions the defense may have
12       for you.  Thank you, sir.
13       THE WITNESS:
14           Yes, sir, thank you.
15       MR. CLAYTON:
16           You're welcome.
17       MR. FOSTER:
18           I think I'm elected to go first, Judge.
19       THE COURT:
20           Okay.  Everybody is listening, right?
21       MS. LEE:
22           We are listening.
23       MR. STEWART:
24           I'm trying, Your Honor.  I know you are
25       looking at me.
26           CROSS EXAMINATION
27  BY MR. FOSTER:
28  Q.   Good morning, Mr. Anderson.
29  A.   Good morning.
30       MR. FOSTER:
31           May I approach, Your Honor?
32       THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
53

**Page 54**

1           Yes.
2  BY MS. LEE:
3  Q.   Before I approach, Mr. Anderson, you never
4  stepped foot in 2400 Canal Street when Pan American
5  Life Insurance Company owned that building; isn't
6  that true?
7  A.   That's correct.
8  Q.   And you have no idea what condition the
9  building was in when Pan American moved out of that
10  building; isn't that correct?
11  A.   Yes.
12  Q.   Mr. Clayton showed you Exhibit 10-2 and asked
13  you to identify the Venetian blinds you called them,
14  right?
15  A.   Yes.
16  Q.   When you first went to work in that building
17  for the City of New Orleans, whether it was in '83,
18  '84, '85, whenever it was when you first went to
19  work in that building for the City of New Orleans,
20  that didn't look like that, did it?
21  A.   No.
22  Q.   In fact --
23       MR. STEWART:
24           Just for the record, I'm sorry, what
25       exhibit are you showing the witness now,
26       Darryl?
27       MR. FOSTER:
28           10-2.
29       MR. STEWART:
30           10-2?  I just want to make sure it's clear
31       for the record.
32       MR. AMEDEE:

ANDERSON v CITY - class certification hearing  9//29/15
54

**Page 55**

1       It's 10-0.
2       MR. FOSTER:
3           Okay.  Whatever number, 10-0.
4  BY MR. FOSTER:
5  Q.   When you first went to work in that building
6  for the City, whenever it was, we don't know exactly
7  when you went in that building, it didn't look like
8  that, did it?
9  A.   No, it didn't.
10  Q.   In fact, when you first went to work for the
11  City in that building --
12       MR. FOSTER:
13           This was marked 10-3, I'm not sure of the
14       number.
15       MR. STEWART:
16           Your Honor, I need to go back to those
17       exhibit numbers.  I think that that exhibit --
18       THE COURT:
19           I thought you guys fixed that when we took
20       the break.
21       MR. CLAYTON:
22           I think he is confusing the deal.
23       Mr. Foster is going through the exhibits which
24       are the blow-up pictures, and you can
25       distinguish them from the actual pictures in
26       evidence there.
27       THE COURT:
28           They are in the book.
29       MR. CLAYTON:
30           They consistently keep referring to them
31       the way they are.  But for him to keep coming
32       up -- they are marked what they are marked, as

ANDERSON v CITY - class certification hearing  9//29/15
55

**Page 56**

1  well as the pictures.
2       MR. STEWART:
3           Well, but I think it's -- Roy, I think you
4       said it was 10-0.
5       MR. CLAYTON:
6           What is 10Q?
7       THE COURT:
8           It was Mr. Clayton's witness, so.
9       MR. STEWART:
10           It's 10Q.  I'm just trying to get the
11       number straight, Your Honor, for the record.
12       MR. AMEDEE:
13           That's 10Q.
14       THE COURT:
15           I believe that Mr. Anderson's testimony
16       was that it did not look like that prior to
17       that December date.  So let's move on.  I
18       understand where you are going, but he has
19       clearly established, so it was kind of
20       asked and answered as it relates to whether or
21       not the blinds looked like that.  He
22       specifically testified that, over time, there
23       was some discoloration of the blinds.
24       THE WITNESS:
25           Yes.
26       THE COURT:
27           But the blinds did not look like that
28       prior to that December date.
29       MR. AMEDEE:
30           That's not what he said.
31       MR. FOSTER:
32           Thank you, Your Honor.

ANDERSON v CITY - class certification hearing  9//29/15
56

1    MR. AMEDEE:
2        He testified --
3    THE COURT:
4        That is his witness.
5    MR. AMEDEE:
6        Okay.
7    MR. FOSTER:
8        I'm sorry. You let me know when I can go
9    ahead.
10   THE COURT:
11       Go on.
12   BY MR. FOSTER:
13   Q.   Mr. Anderson, you were shown that photograph
14   of the floor and the walls. That floor and those
15   walls didn't look like that at all when you first
16   went to work in that building?
17   A.   No.
18   Q.   Would you agree with me -- you worked in the
19   building from whenever you started, '83, '84, '85,
20   until the time of the incident on December 9th,
21   1999. Would you agree with me, Mr. Anderson, that,
22   in your experience, the City really didn't take very
23   good care of that building, did they?
24       MS. LEE:
25           Objection, Your Honor.
26       THE COURT:
27           What is your objection?
28       MS. LEE:
29           Your Honor, he is -- it's not relevant.
30       THE COURT:
31           Overruled. Do you have another objection?
32       MS. LEE:

1        I'm trying to think of a good one.
2    MR. AMEDEE:
3        That was a good one.
4    THE COURT:
5        Rephrase your question because I do not
6    know whether or not he is competent to testify
7    as to whether or not it was, quote unquote,
8    taken good care of.
9        That one would be sustained.
10   MR. FOSTER:
11       Let me try it this way.
12   THE COURT:
13       Okay.
14   BY MR. FOSTER:
15   Q.   Mr. Anderson, in the years that you were in
16   the building, did you observe, or have occasion to
17   observe the type of maintenance or care that the
18   City did for that building?
19   A.   Not particularly, no.
20   Q.   Okay.
21   A.   No.
22   Q.   Now, you said that when you first went in the
23   building on the day that you were looking for what
24   office you might use?
25   A.   Correct.
26   Q.   You saw some drums in the corner that you
27   described?
28   A.   Yes.
29   Q.   When you saw those drums in the corner, when
30   you first went in the building, you didn't observe
31   any of those drums leaking; isn't that true?
32   A.   No. They were corroded, but -- I didn't see

1    them leaking, but they were corroded.
2    Q.   And when you first went in that room when you
3    were looking to see what office you might have, you
4    didn't smell anything; isn't that true?
5    A.   That's correct.
6    Q.   And you don't know who put the drums there, do
7    you?
8    A.   No, I don't.
9    Q.   But you said, besides the drums, you said
10   there was some equipment in the room.
11   A.   Yeah. There was some metal and iron up in
12   there they had throwed up in there, but mostly, it
13   was just the drums. They looked like they was using
14   it as a storage room or something of the nature.
15   Q.   The equipment that you saw in there, as far as
16   you know, that was City of New Orleans equipment;
17   isn't that true?
18   A.   I don't know. I really don't know.
19   Q.   In fact, prior to the incident of December 9,
20   1999, you never saw the drums leaking; isn't that
21   true?
22   A.   No, I didn't.
23   Q.   That's true?
24   A.   That's correct.
25   Q.   You said in that room on December 9th, 1999,
26   you opened the door -- you saw the smoke, you opened
27   the door, you saw some -- there were parking meters
28   and boots and other equipment in there.
29   A.   That's correct.
30   Q.   And it appeared on that day, when you opened
31   the door, that those parking meters or other
32   equipment had melted or corroded, as you described

1    it?
2    A.   Yes.
3    Q.   And you didn't see that at any time prior to
4    December 9th, 1999?
5    A.   No, I didn't.
6    Q.   You said, in answer to Mr. Clayton's question,
7    that you still communicate with some of the people
8    you wish to represent?
9    A.   Yes.
10   Q.   All right. Tell us who.
11   A.   Beg your pardon?
12   Q.   Tell us who.
13   A.   By names?
14   Q.   Yes.
15   A.   I can give you a few names, Carol Bentley.
16   Lionel Woolford. Cynthia Dabney, Thomas Williams,
17   Avril Williams, and I can go on. That's just a few.
18   Q.   That's five names you gave us. That's all --
19   A.   People that I used to work with.
20   Q.   At the City of New Orleans?
21   A.   That's correct. Some of them retired, some of
22   them still working for the City, getting ready to
23   retire.
24   Q.   Now, at some point, between the time you first
25   went to work in the building and December 9th of
26   1999, you observed mold in the building, correct?
27   A.   In that room. I would rather say corrosion or
28   something like that, if you want to put it mildly.
29   Q.   And on December 9th, 1999, when you went in
30   the room, you opened the door after seeing the
31   smoke, and you described the odor as like burned
32   rubber?

A.    No. I said it smelled like rotten eggs.
Q.    Mr. Anderson, do you recall, as —
      MR. CLAYTON:
            Let me see it.
BY MR. FOSTER:
Q.    Mr. Anderson, do you recall giving your
deposition in this matter at Miss Willis' office
back in April of 2014?
A.    I remember the deposition, yeah.
Q.    I asked you most of the questions that day?
A.    You sure did.
Q.    I hope I was polite.
A.    You were.
Q.    Thank you. You were asked on page 36 of your
deposition, I said: When you went back to go back
in the building three or four days later, did you
notice any odor?
      And you answered: Yes. The odor was still
there.
      I asked: What did it smell like?
      And you described it as —
A.    Burned rubber.
Q.    Burned rubber?
      MR. CLAYTON:
            Judge.
      THE COURT:
            Wait, wait, wait. If you are using it for
      purposes of impeachment, your specific question
      to him was: What did it smell like when you
      got there in the morning? He said: Rotten
      eggs. But then your question in the deposition
      was: What did it smell like when you went back

ANDERSON v CITY - class certification hearing  9//29/15
61

into the building? That is a different
temporal element.
      MR. FOSTER:
            I appreciate that, Judge.
      THE COURT:
            Okay.
      MR. FOSTER:
            Let me ask it this way.
BY MR. FOSTER:
Q.    The odor that you smelled when you went back
in the building two or three days later was the same
as you smelled that morning?
      MR. CLAYTON:
            Judge, lack of foundation. I mean he is
      asking him at a different time period, after
      the haz-mat had been in there with the carbon,
      whatever they did, the chemicals they put to
      dilute the stuff.
      THE COURT:
            It is two different times. I think you
      have to lay a foundation. It is two separate
      questions because it is two different temporal
      times.
      MR. FOSTER:
            I just want to ask him.
BY MR. FOSTER:
Q.    Was the smell that you smelled on the morning
of December 9th, 1999, the date of the incident that
you had to be evacuated, was that odor the same as
what you smelled when you came back in the building
a day or two later to collect your personal
belongings?

ANDERSON v CITY - class certification hearing  9//29/15
62

A.    Yes.
      MR. CLAYTON:
            That's the same time period, the day of
      the incident, and the folks are there cleaning
      it up.
      THE COURT:
            That was his answer.
      MR. CLAYTON:
            Okay.
BY MR. FOSTER:
Q.    Now, you said that after the incident, you —
at some point after the incident, you went to
Methodist Hospital?
A.    Yes.
Q.    Do you recall?
A.    Yes.
Q.    And you indicate that you have no records from
Methodist Hospital?
A.    No, I don't.
Q.    And isn't it also true, Mr. Anderson, that
when you went to Methodist Hospital, you did not
tell anyone there about this chemical accident,
chemical release on December 9th, 1999?
A.    No, I didn't.
Q.    Isn't it true that you don't know of anyone
else who went to a doctor or the hospital after
December 9th, 1999, for anything that they claim was
related to this incident?
A.    I know of — no, I don't. We don't discuss
that.
      MR. FOSTER:
            I apologize, Your Honor. I'm missing some

ANDERSON v CITY - class certification hearing  9//29/15
63

exhibits.
BY MR. FOSTER:
Q.    Mr. Anderson, I just want you to confirm
something for me, please.
      MR. FOSTER:
            Your Honor, this is Exhibit 18.
      THE COURT:
            Have you shown it to counsel?
      MR. FOSTER:
            This is Exhibit 18, his questionnaire.
BY MR. FOSTER:
Q.    Mr. Anderson, I would just like you to do one
thing for me with respect to this exhibit. Would
you confirm that that is your signature?
A.    Yes.
Q.    Mr. Anderson, you said, with respect to the
room where the drums or the barrels were found in
December of 1999, that, at some point, the City
actually moved a couple employees into that room.
A.    Yes.
Q.    Okay. And isn't it true that, prior to the
time the City actually moved a couple of its own
employees into that room, that the door to that room
was kept locked?
A.    Yes.
Q.    And when you went to Methodist Hospital, and
you checked out, isn't it true they told you
everything was normal?
A.    Correct.
      MR. FOSTER:
            Your Honor, I pass the witness.
      THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
64

Thank you.
CROSS EXAMINATION
BY MS. LEE:
Q.   Good morning, Mr. Anderson.
A.   Good morning.
Q.   Isn't it true that you have never filled out a medical claim form in this case?
A.   Yes.
Q.   And you have also never been asked to sign an affidavit as to whether or not you have been diagnosed with cataract, glaucoma or diabetes, correct?
A.   Correct.
Q.   While you were the supervisor over immobilization and also as a booting manager for the City of New Orleans, you had City employees who worked under you that you supervised, correct?
A.   That's correct.
Q.   And so if the employees that you supervised had any issues or problems while at the job, they would report those to you, correct?
A.   That's correct.
Q.   And they would have expected you to, you know, handle the matter in whatever way you decided was best to deal with it, correct?
A.   Yes.
Q.   Isn't it true that you, yourself, never reported these barrels in the room to anyone?
A.   That's right. That's correct.
Q.   You just never felt the need to, correct?
A.   That's correct.
Q.   But you did testify today that several

employees in the building complained about an odor to you?
A.   People throughout the building complained about odor, not just my department.
Q.   And you never knew what were in those barrels, correct?
A.   No, no idea.
Q.   Can you tell us — you said you went on different floors in the building, correct?
A.   Yes, periodically.
Q.   Right, and you would still get that smell?
A.   Yes.
Q.   Can you tell us what you were doing — what would you be doing on the different floors? Let's start on the first floor. What were you doing there?
A.   Just seeing other employees. You know, sometimes you go through the building and chat with people off and on, that's all.
Q.   Who on that floor complained to you about the smell?
A.   Different people in different sections of the building.
Q.   Can you give us their names?
A.   I don't know. A lot of them, I didn't know names. We just knew one another, what's going on or something like that, you know, just hi or whatnot. I didn't know all of their names.
Q.   Are any of those people some of the people that you kept up with over time? Because you said you speak to them regular.
A.   Not most of those. Most of the people I kept

up with are people that worked with me and that worked around me most of the time. That's the people that —
Q.   In the basement?
A.   Yes.
Q.   Okay. Can you tell us what offices were located on the first floor?
A.   On the first floor, sanitation was the biggest one, and that's mainly the only one I can really tell you about. Oh, sanitation and — what it was? The area where you pay your tickets at, where you had to pay your parking tickets at. Administrative hearing, that's what it was.
Q.   Okay. Where was the kitchen located?
A.   Kitchen?
Q.   Or cafeteria? Was there a kitchen or cafeteria?
A.   No.
Q.   What about the second floor, what was on the second floor?
A.   I'm not sure what the second floor was.
Q.   Do you know of any particular employee who worked the second floor who complained about the smell to you?
A.   Not really. I don't know by names.
Q.   What about the third floor?
A.   Same thing.
Q.   Fourth floor?
A.   Basically.
Q.   The last floor, all the way to the top, the fifth floor?
A.   Basically, the same thing. We just randomly

talked to people, you know, off and on. Nobody really knew names. You know, they come down, they pass, how you doing, something like that. Just randomly.
Q.   Now, we took your deposition last year, April 7th, 2014. You remember when we had it, correct?
A.   I remember when we had it, yes.
Q.   And we asked you whether or not you had discussed the case with any of the class members or class representatives. Do you recall that?
A.   Not really, no, I don't.
MS. LEE:
     May I approach the witness, Your Honor?
THE COURT:
     Yes. Have you shown it to Mr. Clayton?
MS. LEE:
     Oh, I'm sorry. Let me find my page. Page 24.
MR. CLAYTON:
     In his deposition?
MS. LEE:
     Yes. Actually, it starts on page 23. There was —
BY MS. LEE:
Q.   I will bring it to you.
MR. CLAYTON:
     Can you tell me which line?
MS. LEE:
     Starting at line 23 on page 23.
BY MS. LEE:
Q.   Mr. Anderson —
MR. CLAYTON:

1   Hold on one second. Objection. I don't
2   know what she is doing, Judge.
3   THE COURT:
4       She is using it for impeachment.
5   MS. LEE:
6       Yes, Your Honor. Or to refresh his
7   memory. He testified earlier he has been
8   speaking with class members on a regular basis,
9   and so I'm trying to impeach him and/or refresh
10  his memory as to what he testified to in his
11  deposition last year.
12  MR. CLAYTON:
13      So my appreciation of impeachment is you
14  are to ask him a question, the exact same
15  question that you asked in the deposition, and
16  give --
17  MS. LEE:
18      I will do so.
19  THE COURT:
20      I thought you had already done that.
21  MS. LEE:
22      I did, but he gave a different answer, so
23  now --
24  THE COURT:
25      The question was that you stated that you
26  kept in touch with different people. Can you
27  give me the names of those people?
28  MR. CLAYTON:
29      And I'm looking at page 23, and I don't
30  see it. Can you show me, tell me where it is,
31  Miss Kimlin? That's all I'm asking.
32

ANDERSON v CITY - class certification hearing   9//29/15
69

---

1   BY MS. LEE:
2   Q.   On page 23, line 23, the question was, by
3   Mr. Foster: Have you discussed the allegations of
4   the lawsuit with any other purported class member or
5   any other person that you think is involved in this?
6       There was an objection made by Mr. Buckley.
7   And then Mr. Foster said: You can't say anything
8   that you talked to your lawyers about, or you
9   shouldn't, because the objection was in regard to
10  attorney/client.
11  THE COURT:
12      Right.
13  MS. LEE:
14      And then Mr. Buckley said: You can
15  answer -- I'm on page 24, line 13: You can
16  answer, apart from saying any conversations
17  with your attorney.
18      And the answer was, on line 15, the
19  witness said?
20  THE WITNESS:
21      No.
22  BY MS. LEE:
23  Q.   Okay.
24  A.   Okay.
25  MR. CLAYTON:
26      My objection, Judge. Different question,
27  just for the record.
28  THE COURT:
29      Because, technically, it is a different
30  question.
31  MR. CLAYTON:
32      It's about the lawsuit.

ANDERSON v CITY - class certification hearing   9//29/15
70

---

1   THE COURT:
2       Wait, wait.
3   MR. CLAYTON:
4       I'm sorry, I apologize.
5   THE COURT:
6       It is about the lawsuit versus the -- and
7   I do not know whether or not that is really an
8   impeachment question because I think that there
9   were two separate questions. The question that
10  I heard was, did you discuss the lawsuit,
11  versus who have you talked to about the case.
12  MS. LEE:
13      Correct.
14  THE COURT:
15      And so I think that this is just a
16  distinction. It may be a distinction without
17  really a difference, but I think, to a lay
18  person, there is a difference, and so you may
19  ask the question again, but I think that it is,
20  in fact, a different question.
21  MS. LEE:
22      That's fine because he has already
23  testified that he didn't discuss the
24  allegations.
25  THE COURT:
26      All right.
27  BY MS. LEE:
28  Q.   But also, you also testified in your
29  deposition last year, on April 7, 2014, that you
30  were not familiar, I did not recog --
31  MR. CLAYTON:
32      Judge, that's improper use of a

ANDERSON v CITY - class certification hearing   9//29/15
71

---

1   deposition. She is taking a deposition and
2   reading --
3   THE COURT:
4       You can ask a question, and then, if you
5   need to --
6   BY MS. LEE:
7   Q.   Do you know who Evelle Thomas is?
8   A.   Evelle Thomas?
9   Q.   Correct.
10  A.   I know the name. I don't -- no, really, I
11  can't remember.
12  Q.   Okay.
13  A.   Who she is.
14  Q.   And you said the same thing in your deposition
15  last year, and I can refer you to page 23, line 7.
16  MR. CLAYTON:
17      Same objection.
18  MS. LEE:
19      Your Honor -- that's fine.
20  BY MS. LEE:
21  Q.   Do you know who June Harvey Armour is?
22  A.   Yes.
23  MS. LEE:
24      Okay. May I approach the witness, Your
25  Honor?
26  THE COURT:
27      Yes.
28  MR. CLAYTON:
29      Can I see what you are doing this time,
30  please?
31  MS. LEE:
32      Page 23.

ANDERSON v CITY - class certification hearing   9//29/15
72

**Page 73**

```
 1   MR. CLAYTON:
 2       Improper use of the deposition again.
 3   THE COURT:
 4       I do not know what the deposition says.
 5   MR. CLAYTON:
 6       I know.  You're going to get there,
 7   though, whenever --
 8   THE COURT:
 9       I do not know what it says.  You guys have
10   the deposition.  It may go a little bit quicker
11   if you let me see it so that I can --
12   MS. LEE:
13       Oh, I'm sorry.  You don't have the
14   deposition?
15   THE COURT:
16       No, I do not.
17   MS. LEE:
18       That's true.  I forgot.  May I bring it
19   you to?
20   THE COURT:
21       Sure.  Do you have another copy for me?
22   MR. FOSTER:
23       I can give you my copy, Judge.  May I
24   approach, Judge, if you'd like my copy?  It's
25   not marked up.  I didn't put any notes on it or
26   anything.
27   MS. LEE:
28       Actually, Your Honor, I will withdraw that
29   question.
30   MR. CLAYTON:
31       I figured she would.
32   THE COURT:
```

ANDERSON v CITY – class certification hearing  9//29/15

**Page 74**

```
 1       Let me keep this because I think I am
 2   going to need it.
 3   MR. CLAYTON:
 4       It's the same answer.
 5   BY MS. LEE:
 6   Q.   Earlier, you testified that one of the
 7   employees, I believe you said Mr. Wong.  Are you
 8   sure about that name?  Was it Mr. Wong?
 9   A.   It's Wong or something like that.  I can't
10   remember the gentleman's name.  We were contacted
11   together.  He started this.
12   Q.   All right?
13   A.   And I met him on brief occasions.  I didn't
14   really know him.  But the gentleman, after he
15   passed, I was working with him on it, everybody just
16   started coming to me, and I had no reason why.
17   Q.   Do you know why he passed?
18   A.   No.  I didn't know him that well.  On very
19   rare occasions we happened to meet.
20   Q.   You earlier testified, and I no longer know
21   what exhibit that is, but it's the one that shows
22   the blinds.  It was originally D1.  You testified
23   earlier that, when you were working at the office,
24   that the blinds appeared to be discolored.
25   A.   Yes.
26   Q.   Is that correct?
27   A.   Yes.
28   Q.   Do you know whether or not the blinds were
29   being cleaned?
30   A.   No, I don't.
31   Q.   The discoloration, did it get worse or did it
32   stay the same over the course of time?
```

ANDERSON v CITY – class certification hearing  9//29/15

**Page 75**

```
 1   A.   No, it looked like every day -- it looked like
 2   as time went on, it would look darker and darker in
 3   discolorations.  And I wasn't in there that much.  I
 4   was in there periodically.  I would be in and out,
 5   and you could tell.  Because through that area,
 6   that's where the sun would shine through there a
 7   lot, too.
 8   Q.   So just for clarification, when you held your
 9   meetings in the morning with the booters, it was not
10   in that same room?
11   A.   No, ma'am.  That wasn't my office.  That was
12   the office of collections.
13   Q.   And, just for clarification, how much time did
14   you actually spend in your office?
15   A.   I would say about half a day.
16   Q.   You earlier testified that several employees
17   were complaining, the ones who were under you, I
18   suppose, they would complain about coughs and colds,
19   correct?
20   A.   Yes.
21   Q.   Do you know what caused them to have the
22   coughs or colds?
23   A.   No, I don't.
24   Q.   So you don't know whether it was a common cold
25   or flu?
26   A.   We don't know.  No, I don't know that.  But I
27   know if they needed to leave or they were feeling
28   bad, I would set them up where they could leave and
29   go home or something like that.
30   Q.   And you earlier testified that you had to get,
31   start wearing glasses?
32   A.   Yes.
```

ANDERSON v CITY – class certification hearing  9//29/15

**Page 76**

```
 1   Q.   Do you -- why did you start to wear glasses?
 2   Did you feel -- did you have a symptom of something?
 3   A.   Well, I couldn't hardly see.  My eyes started
 4   getting blurry, and I had never had that problem
 5   before.  When I was working at the police
 6   department, I never did wear glass.
 7   Q.   So then you went to an eye doctor, correct?
 8   A.   Yes, and they told me my eyes were getting
 9   weak.  I needed reading glasses.
10   Q.   And you got your reading glasses, and you were
11   able to see?
12   A.   No, I still can't -- I can't see without my
13   glasses right now.
14   Q.   You said you needed reading glasses?
15   A.   That's correct, and I went back and they made
16   them stronger, and, as of right now, if I take them
17   off, everything out here would be blurred.
18   Q.   But you are wearing glasses today.  What kind
19   of glasses is that that you are wearing?
20   A.   What kind?
21   Q.   Yeah.  Is it for reading, does it have
22   bifocals?
23   A.   Yeah, it's bifocals.  No-line bifocals.
24   Q.   And you get your annual checkups?
25   A.   Yes.  Matter of fact, I'm due now.
26   Q.   Today, you testified that, on the morning of
27   December 9th 1999, when you opened the door, you saw
28   the smoke?
29   A.   Yes.
30   Q.   You said you also saw a fire?
31   A.   Yeah, they had a little small fire in the
32   corner where the hole was where it burned -- it must
```

ANDERSON v CITY – class certification hearing  9//29/15

1 have burned through. I don't know how long it had
2 been there, but they had a little small fire in the
3 little hole down there where it burned through, and
4 that's where the smoke was coming from.
5 Q.    Where was the hole?
6 A.    On the floor.
7 Q.    But the night -- the evening before you left
8 the office, that was not there, correct?
9 A.    I wouldn't know. I wasn't in that office. I
10 wasn't in that office then.
11 Q.    Okay. So you were in your office?
12 A.    My office.
13 Q.    Okay. Did the -- was there any change in the
14 smell in the office that you were in the evening
15 before you left?
16 A.    No. Everything was the same.
17 Q.    Do you recall last year when we took your
18 deposition, April 7th, 2014?
19 A.    I'm sorry? Do I remember when I was at the
20 deposition.
21 Q.    We took your deposition last year?
22 A.    I remember when I came in. Yeah, I remember
23 that.
24 Q.    Do you recall testifying about a fire in that
25 room on the day of December 9, 1999?
26 A.    No. I'm not going to say I do. I'm not going
27 to say I remember, no.
28 Q.    Who was your immediate supervisor at the City
29 when you were the supervisor?
30 A.    The gentleman name was Richard Bosman. He was
31 the parking administrator.
32 Q.    You are aware that, when you worked with the

1 City, that you could, if you had a medical problem,
2 you could be seen at Concentric Medical Group,
3 correct?
4 A.    That's correct. I went there. I did go
5 there, but not for that. Not for this particular
6 reason, not that. I got hurt one morning on the
7 job, and I had to go check my shoulder, and it was a
8 rotor cuff problem. Fortunately, it wasn't damaged,
9 but they set me off for a few weeks. I knew about
10 it. The one we used to go to was on Tchoupitoulas
11 Street.
12        MS. LEE:
13             Those are all the questions I have at this
14        time. Thank you.
15                CROSS EXAMINATION
16 BY MR. STEWART:
17 Q.    Mr. Anderson, do you recall that the air
18 conditioning was working in that room?
19 A.    Do I know if it was working?
20 Q.    Yes.
21 A.    I really couldn't contest to -- the whole
22 building. My office had air conditioning. I
23 figured the rest of the building did, too.
24 Q.    You don't know about that particular room, and
25 I'm talking about the room where the barrels were?
26 A.    Yes. I'm more than sure it did. I can't
27 contest to that because I was in there periodically.
28 But I know my office had, and I'm quite sure all the
29 rest of the floor had air.
30 Q.    You said that you were in there periodically.
31 Were you in there quite a bit?
32 A.    Yeah. Once my employees left, I was there

1 until I had to go on the street.
2 Q.    No, I'm talking about in that particular room.
3 A.    Oh, no. Not that room, no.
4 Q.    You were not in there quite a bit?
5 A.    Oh, I was in there quite a bit, but I mean
6 most of the time, I was in my own office.
7 Q.    I understand. I understand.
8 A.    Yeah.
9 Q.    And you kept equipment in there; is that
10 correct?
11 A.    That's correct.
12 Q.    Okay. Let me see if I can show you some
13 photographs now. Let me show you now a blow-up of a
14 photograph, and this has been identified as 10C, if
15 I recall correctly, in the book.
16        MR. STEWART:
17             Roy, can you confirm that for me?
18        MR. AMEDEE:
19             Yes, I will. Yeah, that's it.
20 BY MR. STEWART:
21 Q.    Let me just tell you that this was a
22 photograph that was taken by United States
23 Environmental Services on the day of the incident.
24 A.    Uh-huh.
25 Q.    In that room. Do you recognize this
26 photograph?
27 A.    Yeah.
28 Q.    Oh, okay. What Does it show?
29 A.    Okay. The bottom, with the handles on it,
30 that's meter carts. The one down at the bottom in
31 your right-hand corner, that's meter carts.
32 Q.    So this is a meter cart?

1 A.    That one, the one to your left, the one down
2 in the bottom corner, that's meter operations cart.
3 Q.    Right there?
4 A.    Yeah.
5 Q.    Okay.
6 A.    The top one is an emergency barrel that they
7 put out for floods or something, water, holes in the
8 street. The other boxes you see stacked there.
9 Q.    Okay, go ahead.
10 A.    That's meter operations parts.
11 Q.    What, right here?
12 A.    Yeah, right there.
13 Q.    Okay.
14 A.    All the way to the back, at the wall, that
15 white wall -- go back. Up. Go back to your right.
16 May I?
17 Q.    Don't trip.
18        THE COURT:
19             Just watch your step.
20        THE WITNESS:
21             Let me show you.
22 BY MR. STEWART:
23 Q.    Don't trip.
24 A.    Let me show you. These are meter operation
25 carts.
26 Q.    Right.
27 A.    Collections. That's what they pull on the
28 street to collect the money out the meters. This is
29 an emergency barrel for potholes or something like
30 that. This is one of those stools they had in
31 there. This equipment back here is meter heads.
32 And these boxes are meter parts.

1    Behind that, you can't really see them, is
2  some of your mobilization devices. These are
3  damaged ones that we had that got burnt up. This
4  piece right here is another meter operation cart,
5  just like this one.
6    Over here, you had some kind of pipes or
7  something. I don't know what this was. But over
8  here in the corner, you had some signs that got
9  messed up also right here.
10  Q.   What are these red things right here, out of
11  curiosity?
12  A.   I'm not sure. I think that's some kind of
13  like little jack they had they was using for meters
14  or something like that.
15  Q.   Okay. Is all of this equipment that you have
16  just mentioned, is that the City equipment?
17  A.   Yes.
18  Q.   Okay.
19  A.   Yes. Everything here belongs to parking.
20  Q.   And some of it was yours, too.
21  A.   Yes.
22  Q.   Okay. The meter, the meter equipment, the
23  meter jacks.
24  A.   Boots. They have some boots back in there,
25  too. You can't see them. You might have another
26  photograph where you can see them better.
27  Q.   We will get to that. Are the barrels anywhere
28  in here, the drums?
29  A.   Not on this side.
30  Q.   Not on this side?
31  A.   Not on this side.
32  Q.   Okay. Now, some of this, it looks like there

1  are some marks on these things. What do you call
2  that? Is that corrosion, this dripping here?
3  A.   Yeah, this is corrosion here.
4  Q.   Yeah.
5  A.   All this is corrosion.
6  Q.   Did it look like this on the day of the
7  incident, and now I'm talking about December 9 of
8  1999?
9  A.   Yeah.
10  Q.   Okay. Did it look like that before?
11  A.   No.
12  Q.   Okay. Let me show you now another photograph,
13  10A.
14    MR. STEWART:
15        10A, Roy, you want to make sure that I
16    have got the right one?
17    THE WITNESS:
18        You want me to describe --
19    MR. STEWART:
20        Hold on a second.
21    MR. AMEDEE:
22        That's it.
23    MR. STEWART:
24        That's it, okay.
25  BY MR. STEWART:
26  Q.   This is photograph 10A. What do we have here,
27  if you could please tell us?
28  A.   Okay, down here, this was meter parts. These
29  were the meters. They had some of the meters that
30  go inside the housing. These are some of the
31  barrels that you was just talking about. This is
32  booting equipment up here. This box here, this is

1  more meter operation parts here.
2    In here as well. Up above is the blinds, the
3  windows where the blinds were. And this was a cart
4  with the handle, this was some kind of cart with the
5  yellow handle.
6  Q.   Okay. Now, this picture, in addition to those
7  parts, items that you just described, also shows
8  drums, doesn't it?
9  A.   Yes.
10  Q.   So this, and it looks like this equipment that
11  you just described is stored on top of these drums,
12  some of them?
13  A.   Yes.
14  Q.   Okay. All right. Who put that -- those items
15  on top of the drums?
16  A.   I don't really know. Because I -- we
17  didn't -- I don't stack my equipment like that.
18  Q.   I understand.
19  A.   I don't know who did it like that, but it's up
20  there, but I don't know who stacked it up there like
21  that.
22  Q.   Okay. But that is City equipment?
23  A.   Yeah. Yes, it belongs to the parking
24  division.
25  Q.   All right. Okay. Do you know how long — now
26  this picture was taken, it's a United States
27  Environmental Services photograph taken on
28  December 9 of 1999. Do you know how long the
29  equipment had been placed on top of those drums?
30  A.   No, I don't. No, I don't.
31  Q.   Okay. Do you recall seeing that condition
32  before December 9, 1999?

1  A.   No, not that I can recall, no.
2  Q.   Okay. All right. Let me now -- I want to
3  show you now a blow-up of another picture.
4    MR. STEWART:
5        And, Roy, this is 10H. You want to
6    confirm that for me?
7    MR. AMEDEE:
8        I actually have 10F.
9    MR. STEWART:
10        10F? Well.
11    THE COURT:
12        We can figure that out later.
13    MR. STEWART:
14        Okay.
15  BY MR. STEWART:
16  Q.   This is another photograph, Mr. Anderson, that
17  was taken by United States Environmental Services on
18  the day of the incident, December 9, 1999. This
19  shows barrels in it, and a condition on the floor.
20  Is that correct?
21  A.   That's correct.
22  Q.   Apparently, some of these barrels have been
23  removed now?
24  A.   Yeah.
25  Q.   In order to take this photograph; is that
26  correct?
27  A.   I imagine so. I don't know.
28  Q.   Okay. Now, up at the top of this photograph,
29  it shows some blinds —
30  A.   Yeah.
31  Q.   -- that were deteriorated; is that correct?
32  A.   That's correct.

Q. Okay. And do you know when that deterioration occurred?

A. No. I know it -- at certain points of time, the coloration was getting -- changing.

Q. Okay.

A. Now what happened, must have happened during the time that the chemicals, whatever happened, exploded, whatever did in there and melted these down because this wasn't like this before.

Q. Okay. So that would have been somewhere around close to December 9 of 1999?

A. Yeah, I would say so.

Q. Okay. Right next to these blinds that were deteriorated is another set of blinds; is that correct?

A. That's correct.

Q. And those blinds, at least in this photograph, appear to be intact. Is that correct?

A. That's correct.

Q. Incidentally, do you know what those blinds were made out of? Were they made out of metal of some kind?

A. Regular Venetian blinds, yeah, met -- regular metal ones you have like that. Like you have at your house. That's all they were.

Q. Okay. I am just asking because --

A. Metal, tin, something like that.

Q. Yeah, sometimes those blinds are made out of plastic material sometimes.

A. Plastic, metal, wood.

THE COURT: Wait, wait. My Court Reporter can't write

down both of you talking.

THE WITNESS: You want my answer?

BY MR. STEWART:

Q. Hang on just a moment. Sometimes those blinds are made out of metal, a metallic material, sometimes out of a plastic, maybe even sometimes wood, but do you recall whether or not these blinds, either of these sets of blinds, were made out of one of those materials?

MR. CLAYTON: Hold on a second. Objection. Asked and answered.

THE COURT: I do not know if it is asked and answered. Is --

MR. CLAYTON: He's answered it already, and now he's trying to get him to change his mind, so --

MR. STEWART: No, I --

THE COURT: Stop, stop. The specific question, I believe, that was asked by Mr. Foster the first time was what type of blinds, and he said Venetian blinds.

MR. STEWART: Correct.

THE COURT: And then, I believe, Miss Lee asked the question -- no, Mr. Fos -- somebody else asked a question about the blinds. I do not know

whether he has answered to the best of his ability. I do not know whether or not he is an expert on blinds. I am sure that the City did not have any nice wood blinds in there.

THE WITNESS: No.

THE COURT: So we do not know what it was made of.

MR. STEWART: Yeah, and if the witness doesn't know, then that's fine, Your Honor.

THE COURT: But I am saying he said that they were Venetian blinds, to the best of his ability. There was a question regarding whether or not it was metal or not. But I mean he can answer to the best of his ability.

MR. STEWART: That's what I would like him to do.

THE WITNESS: Venetian hands.

THE COURT: But he has already testified ad nauseam about the blinds.

MR. CLAYTON: And that they were metal. He already said it to me and everybody else.

MR. STEWART: Okay, that's good. I'm trying my best to remember the prior testimony, Your Honor.

THE COURT: Okay.

BY MR. STEWART:

Q. This is now another photograph that was taken by United States Environmental Services on December 9, 1999.

MR. STEWART: And I'm showing a label of 10B, Roy. Does that conform --

MR. AMEDEE: 10B.

MR. STEWART: 10B, okay.

BY MR. STEWART:

Q. What is this now?

A. The same room.

Q. Right?

A. This box here contains meter heads, meter parts.

Q. Uh-huh.

A. This is signs.

Q. Okay.

A. Meter cart. Old fan they had up in there or something like that.

Q. Barrels aren't in this photograph, are they?

A. Not that I can see.

Q. Okay. Now, in looking at this photograph, 10B, and these other ones that we have seen, 10A and right here, 10 -- that's 10A. Well, looking at these photographs right here that we have identified before, and it's showing equipment items stored in a, would you call that a haphazard manner on top of each other?

MS. LEE:

## Page 89

1       Objection, Your Honor.
2   THE COURT:
3       She is objecting to the haphazard.
4   MS. LEE:
5       Also, it's been asked and answered.
6 BY MR. STEWART:
7 Q.   All right. Is this an August --
8   MS. LEE:
9       It's been asked and answered and --
10   THE COURT:
11       Well, how has it been asked and answered?
12   MS. LEE:
13       Additionally, I'm just going to say that
14 these pictures were taken after the incident,
15 after USES or whoever came into the building.
16 He has already testified that these pictures do
17 not depict the condition of the room prior to
18 the --
19   MR. STEWART:
20       Oh, no. He has never said that.
21   MS. LEE:
22       Prior to the morning of December 9, 1999.
23   MR. STEWART:
24       The witness has never said that, but that
25 is going to be a question.
26   THE COURT:
27       Rephrase your question, please.
28 BY MR. STEWART:
29 Q.   Okay. Let me ask you this. These photographs
30 that we are looking at, here, here and here, do
31 these show the condition that actually existed in
32 that room prior to the incident on December 9 of

## Page 90

1 1999, when you saw the smoke, say the day before?
2 A.   I don't know because I wasn't in the room at
3 that time. The only time after that, during that
4 time, I went in the room that same day.
5 Q.   Okay.
6 A.   And before that, you know, the room wasn't in
7 this kind of condition -- they had an office. They
8 cleared a spot for the office, and it was kept up
9 pretty good.
10 Q.   For the office?
11 A.   Yeah. For the office. Now, the rest of it
12 was to the side.
13 Q.   Right.
14 A.   Now, this -- no. No, this wasn't like that.
15 Q.   When was the -- before the incident, when was
16 the last time that you were in that room?
17 A.   Oh, wow. The early part of that week or
18 something like that.
19 Q.   Okay.
20 A.   Because I wasn't in there that often.
21 Periodically, I was in there.
22 Q.   Okay. Do you remember that last time that you
23 were in that room, that the room, that these
24 conditions depicted on these two, three photographs
25 existed?
26 A.   No, it wasn't like that. It wasn't like that.
27 Q.   Okay.
28 A.   It wasn't like that.
29 Q.   None of this existed?
30 A.   Huh-uh. It wasn't like that.
31 Q.   Okay. How were these materials kept in this
32 photograph?

## Page 91

1 A.   I don't really know.
2 Q.   Okay.
3 A.   I really don't know.
4 Q.   Okay. Same thing on this bottom photograph,
5 you don't know how those materials were kept and
6 stored?
7 A.   No.
8 Q.   Same thing -- well, on this photograph right
9 here?
10 A.   Well, this, with the barrels --
11   MR. CLAYTON:
12       Judge, my objection is, one, I don't know
13 what this is. I wish he would mark whatever he
14 was making a comment on because I plan to
15 redirect on it. He is saying this, this.
16   MR. STEWART:
17       What is this one?
18 BY MR. STEWART:
19 Q.   All right. We are looking at 10C, 10B and
20 10A, and I want to ask you, the last time that you
21 were in that building before December 9 of 1999 --
22 A.   Okay.
23 Q.   -- did any of the conditions that are depicted
24 in these three photographs exist?
25 A.   No.
26 Q.   Okay. And you don't know if -- did they exist
27 at the time of the incident on December 9 of 1999?
28   MR. CLAYTON:
29       Judge, I want to object. Asked and
30 answered. The witness has said several times
31 that he -- that the day that it happened he saw
32 that. He can't testify to anything else about

## Page 92

1 it. He doesn't know. I mean he has told him
2 that time and time again.
3   THE COURT:
4       Sustained.
5   MR. STEWART:
6       Okay. I think that that's all I have on
7 these photographs.
8   THE WITNESS:
9       Okay.
10 BY MR. STEWART:
11 Q.   You had testified that you were prescribed
12 glasses. Is that correct?
13 A.   That's correct.
14 Q.   Okay.
15   MR. STEWART:
16       It's a lead-in to another question, if you
17 don't mind.
18 BY MR. STEWART:
19 Q.   Did any doctor tell you that you needed
20 glasses as a result of the chemical exposure?
21 A.   No.
22 Q.   Okay. And, as I understand it, according to
23 your testimony, you are not claiming that you need
24 to wear glasses as a result of this chemical
25 incident; is that correct?
26 A.   That's correct.
27 Q.   Okay. You have said that you have headaches.
28 Is that correct?
29 A.   That's correct.
30 Q.   Okay. Do you recall whether or not the
31 headaches started before or after the incident on
32 December 9 of 1999?

1  A.     Started before that, when we moved in the
2  building. Once we moved in the building, that's
3  when they seem like they started. I never had
4  headaches before.
5  Q.     All right. And that was before the incident
6  on December 9, 1999?
7  A.     Yes, it was.
8  Q.     Now, you had testified earlier today that the
9  food stamp office, I think that that was in the —
10 that was in the basement as well?
11 A.     Yes, it was.
12 Q.     And you said that that office was closed down
13 at one point?
14 A.     They shut it down for a day to have the people
15 from maintenance come and check the vents out or
16 something like that to see if they had something in
17 the vents that might have been giving them that
18 odor. The people in the building that were working
19 there, they would complain, but food stamps had
20 people coming off the street in the building as well
21 to get stamps and apply for them, and they were
22 complaining about it. I think that's why they shut
23 it down for a day, to have it checked out.
24 Q.     I'm trying, and I'm sorry that I didn't quite
25 follow the testimony earlier about when that
26 actually occurred, when the food stamp office was
27 closed down for that period of time. In
28 relationship to the incident of December 9, 1999,
29 can you tell me that, when that occurred?
30 A.     It was before that.
31 Q.     It was before that?
32 A.     Yeah, before that. It was quite awhile before

1  that.
2  Q.     Okay.
3  A.     You know, because they were worried about the
4  citizens coming in there complaining about the odor,
5  so they had it checked out by maintenance.
6  Q.     When you say quite awhile, was it, what, a
7  year, two years?
8  A.     I say about — no, about seven, eight months,
9  something like that.
10 Q.     Okay. You had testified that some of your
11 materials that were stored in that room had melted?
12 A.     Yes.
13 Q.     Is that correct?
14 A.     Yes.
15 Q.     And that had not occurred before December 9,
16 1999, had it?
17 A.     No. Actually, it was brand new equipment.
18 Spanking brand new. We never got a chance to use
19 it.
20 Q.     Joseph Wong, did he work in the immobilization
21 department?
22 A.     No, he didn't.
23 Q.     What department did he work in?
24 A.     I'm not sure where he worked at, but the
25 gentleman, I met him on a couple of occasions
26 because he was handling this, this whole operation.
27 Q.     What do you mean by the whole operation?
28 A.     I mean when they first started about the —
29 the complaint about the smell and all of this, and
30 they took over for the lawsuit.
31 Q.     Right.
32 A.     He was — he went to the attorneys and was

1  setting things up for everybody.
2  Q.     Okay.
3  A.     And that's how I met him. Just saw him on a
4  couple of occasions. I never really did know the
5  gentleman.
6  Q.     And he died; is that correct?
7  A.     That's what I heard. That's when everybody
8  started coming to me, and I still don't know why.
9  Q.     Did you hear that he was murdered?
10 A.     I think I did. I'm not sure. I can't
11 remember what happened, but I know the gentleman had
12 passed.
13 Q.     Okay.
14 A.     And everybody was coming to me, and I just ran
15 with it.
16       MR. STEWART:
17          I think that's all I have. Thank you very
18       much.
19       THE COURT:
20          Mr. Clayton?
21              REDIRECT EXAMINATION
22 BY MR. CLAYTON:
23 Q.     I have a couple of questions for you. When
24 you went to the eye doctor, you told us earlier that
25 your eyes were running and things of that nature as
26 a result of working in this building, right?
27 A.     That's correct.
28 Q.     It started happening when you first started
29 working there, correct?
30 A.     That's correct.
31 Q.     You went to the eye doctor on Tulane, the City
32 doctor, right?

1  A.     That's correct.
2  Q.     He gave you glasses, right?
3  A.     That's correct.
4  Q.     And that kind of fixed your problem?
5  A.     I went there, and I left from there and went
6  to Methodist, too.
7  Q.     Mr. Stewart showed you what has previously
8  been marked as 10H. Look at 10H. Now he asked you
9  about this blind in this upper left-hand corner.
10 You don't know if one of those barrels was opened up
11 that caused the vapors to go directly on that, do
12 you?
13 A.     No.
14 Q.     And he asked you about whether or not this
15 happened in December 1999. You have been in that
16 building since 1983, '85, '86. It was progressively
17 looking like this the whole while, wasn't it?
18       MR. FOSTER:
19          Objection. He is leading his witness.
20       MR. STEWART:
21          If that's not a leading —
22       THE COURT:
23          Rephrase your question.
24       MR. CLAYTON:
25          I'll rephrase it.
26 BY MR. CLAYTON:
27 Q.     Was this room in this — not looking like this
28 after the incident, but you can tell something was
29 going on inside that room that it looked different?
30       MR. STEWART:
31          Objection. Asked and answered.
32       THE COURT:

**Page 97**

1          Rephrase.
2     MR. CLAYTON:
3          Let me try a better way.
4     BY MR. CLAYTON:
5     Q.   In 1986, when you first started working there,
6     inside that room, what did you observe?
7     A.   Barrels.
8     Q.   What did you smell?
9     A.   Eggs.
10    Q.   And it was smelling that way in 1986, right?
11    A.   Eggs.
12    Q.   You stayed out of that building -- that room?
13    A.   Yeah.
14    Q.   As much as you could?
15    A.   Well, they didn't allow us to go in there.  I
16    couldn't go in there too often because they had the
17    keys.
18    Q.   He showed you 10A, and he tried to say or he
19    was asking you did it look like that as a result of
20    December 9, 1999.  You don't know who stacked that
21    like that, do you?
22    A.   No, I don't.
23    Q.   The U.S. Environmental folks, when they were
24    there, you don't know if they moved all that stuff
25    around, do you?
26    A.   No, I don't.
27    Q.   He was trying to ask you on 10C, I remember
28    him asking Mr. Roy to work for him over there.  10C,
29    about this rusty little meter cart, you don't know
30    if they were put in there the day before December 8,
31    1999, do you?
32    A.   No.

**Page 98**

1     Q.   And he is trying to say to you, oh, that only
2     happened after December 9, 1999.  You can't say
3     that, can you?
4     A.   No.
5     Q.   And all that stuff that Mr. Foster, Miss Kim
6     Lee and Mr. Stewart was asking you about that
7     picture and if it happened December 9th, 1999, you
8     don't know, do you?
9     A.   No.
10        MR. FOSTER:
11             Objection, Your Honor.  Not only is he
12        leading his witness, he's cross-examining his
13        own witness.
14        MR. CLAYTON:
15             I am leading.  I take that back.  But it's
16        been done.  I'll move on.
17    BY MR. CLAYTON:
18    Q.   Let me ask you this.  Mr. Foster, I think,
19    asked you about -- I don't know if there is a
20    picture.  He asked you about conditions in that room
21    right when you started.  I think you told him
22    that -- strike that.  That would be leading.
23        THE COURT:
24             That never stopped you before.
25        MR. CLAYTON:
26             Yeah, I know.  Mr. Foster, I keep seeing
27        him in my peripheral vision jumping up.
28    BY MR. CLAYTON:
29    Q.   Have you ever had uniforms that y'all worked
30    in, did you ever notice any conditions of y'all's
31    uniforms that were on the shelf?
32        MS. LEE:

**Page 99**

1          Objection.
2     MR. FOSTER:
3          Excuse me, outside the scope.
4     MR. CLAYTON:
5          Well, if you'll give me a little leeway,
6     Judge.  It's in direct -- redirect to his
7     response about -- I'll ask him when those
8     uniforms were there and if he noticed anything
9     unusual that happened to those uniforms.  And
10    the reason why is it's going to show that it
11    happened before December 9, 1999.
12    THE COURT:
13         Sustained.
14    MR. CLAYTON:
15         Thanks.  I'll move on.
16    THE COURT:
17         Thank you.
18    BY MR. CLAYTON:
19    Q.   I remember him asking you about your medical
20    records from Methodist Hospital and whether or not
21    you told the doctor at Methodist Hospital that you
22    were exposed to hydrochloric acid.  Do you remember
23    they asked you that?
24    A.   Yes, I do.
25    Q.   You didn't know what was in those barrels at
26    that time, did you?
27    A.   No.
28        MR. FOSTER:
29             Excuse me, Your Honor.  Let me first
30        object to the question again.  It's already
31        asked and answered.  He said he didn't know
32        what was in the barrels.  He is also again

**Page 100**

1     cross-examining and leading his own witness.
2     No one ever mentioned the word hydrochloric
3     acid in cross-examination or direct examination
4     of this witness.
5     THE COURT:
6          His question was simply, you didn't know
7     that it was hydrochloric acid in there?  Which,
8     and his response was he did not know.
9     Overruled.
10    BY MR. CLAYTON:
11    Q.   Next, and I'm wrapping up with you,
12    Mr. Anderson.  They were asking you about -- how
13    many times did you go to Methodist Hospital, do you
14    recall?
15    A.   Twice.
16    Q.   All right.  Were you prescribed medicine?
17    A.   Yes.
18    Q.   And Mr., I want to say Mr. Foster asked you
19    about that, and I don't know what -- I think your
20    response was different, but you did go to Methodist
21    Hospital twice?
22    A.   Yes.
23    Q.   And do you know why you went there?
24    A.   The first time was for the cough and stuff I
25    had.  The second time I went to Tulane for my eyes,
26    and then I went to Methodist again for my eyes.
27    Q.   And I hadn't gone there, but Mr. Stewart asked
28    you about your eyes, and you said that you had
29    headaches or something of that nature.  Why did you
30    go to the eye doctor about your eyes?
31    A.   Because my vision was getting blurred.
32    Q.   As a result of that?

**Page 101**

```
 1    MR. FOSTER:
 2        Objection, Your Honor.
 3    MS. LEE:
 4        Objection.
 5    MR. FOSTER:
 6        He has already testified that he is not
 7    making any claim that his vision --
 8    THE WITNESS:
 9        I needed glasses.
10    THE COURT:
11        No, no, you have to let me rule.
12    MR. FOSTER:
13        Objection, Your Honor.  He is again
14    leading and cross-examining his own witness,
15    and the witness already testified that he is
16    not making any claim that his need for glasses
17    is --
18    THE WITNESS:
19        Oh, no, no, no.
20    MR. CLAYTON:
21        Judge, I don't know what he's talking
22    about.
23    THE COURT:
24        I am trying to figure out, what is the
25    legal basis for your objection?
26    MR. FOSTER:
27        The objection is leading and
28    argumentative.
29    MR. CLAYTON:
30        It's not leading.
31    THE COURT:
32        Miss Lee, you have an objection as well?
```

ANDERSON v CITY - class certification hearing   9//29/15

101

**Page 102**

```
 1    MS. LEE:
 2        My objection is that it was asked and
 3    answered.
 4    THE COURT:
 5        Okay.  Mr. Clayton?
 6    MR. CLAYTON:
 7        Judge, my question goes to the temporality
 8    of it, that Mr. Foster and Mr. Stewart asked
 9    him about his eyes, and he just stated he
10    doesn't have a claim for it.  Well, I will
11    respectfully disagree with him that the
12    temporality aspect of the eyes bothering him at
13    the scope and period of time that he was
14    working in the building smelling the rotten
15    eggs is the point I'm trying to make, that he
16    went to the doctor as a result of working and
17    having trouble with his eyes blurring, and the
18    eyeglasses fixed it.
19    MS. LEE:
20        Your Honor, I also object because I don't
21    think he is the proper witness to testify as to
22    what caused his eye problems.
23    MR. CLAYTON:
24        That's why I'm asking the question.  Now
25    you see, you get it.  And I want to say what
26    caused your eye problems?  General causation,
27    working in that building with that.
28    THE COURT:
29        He cannot testify as to that.
30    MR. CLAYTON:
31        The point I want to make, Judge --
32    MS. LEE:
```

ANDERSON v CITY - class certification hearing   9//29/15

102

**Page 103**

```
 1        I object to --
 2    MR. FOSTER:
 3        He just gave him the answer.
 4    THE COURT:
 5        Let's move on.
 6    BY MR. CLAYTON:
 7    Q.    Did you have eye problems while you were
 8    working at the building, yes or no?
 9    A.    Yes.
10    Q.    All right.  When you were there prior to 1999,
11    December 1999, were your boots, the immobilization
12    boots, were they stored inside that room?
13    A.    Yes.
14    Q.    Can you describe and tell the Judge what, if
15    anything, unusual was happening to your boots, your
16    metal boots while they were in that room?
17    MS. LEE:
18        Objection.  He is leading.
19    MR. STEWART:
20        Asked and answered.
21    BY MR. CLAYTON:
22    Q.    Can you describe what happened to your boots
23    while they were in that room?
24    MR. CLAYTON:
25        I don't think that's leading, Judge.
26    THE COURT:
27        I would agree.
28    MR. CLAYTON:
29        Oh.
30    MR. STEWART:
31        Then, Your Honor, I would say that that's
32    asked and answered.
```

ANDERSON v CITY - class certification hearing   9//29/15

103

**Page 104**

```
 1    THE COURT:
 2        Overruled.
 3    BY MR. CLAYTON:
 4    Q.    Can you tell me what, if anything, unusual
 5    happened to your boots?
 6    MS. LEE:
 7        Objection.
 8    THE COURT:
 9        Rephrase.  Were your boots in the room?
10    THE WITNESS:
11        Yes.
12    THE COURT:
13        Tell me what the boots looked like.
14    THE WITNESS:
15        Orange.
16    BY MR. CLAYTON:
17    Q.    Orange boots?
18    THE COURT:
19        That is New Orleans.  He is from Port
20    Allen.  They don't talk about terlets in Port
21    Allen.  We have zincs and terlets in New
22    Orleans.
23    THE WITNESS:
24        They were orange.
25    MR. CLAYTON:
26        I know what orange means.  They were
27    orange.
28    BY MR. CLAYTON:
29    Q.    Did you see any discoloration from the orange?
30    THE COURT:
31        Mr. Clayton.
32    MS. LEE:
```

ANDERSON v CITY - class certification hearing   9//29/15

104

1      Objection.
2  BY MR. CLAYTON:
3  Q.    Let me rephrase it.  Tell me about the color
4  of your boots.  Prior to December 9th, 1999, did
5  anything happen to the color on your boots?
6  A.    No.  No.  They were fine.
7  Q.    All right.  Did you notice the metal, were
8  your boots made of metal?
9  A.    No, they were made out of iron.
10  Q.    Iron, metal.  Did you see any -- did you see
11  anything unusual happen to the iron as a result --
12      THE COURT:
13          I am going to call y'all jack.  Jack in
14      the box and jack out the box.
15      MR. CLAYTON:
16          They look like the little game that you
17      play.  I wish I could just boom, boom, boom.
18      MR. STEWART:
19          I am going to continuously stand up, Your
20      Honor.
21      THE COURT:
22          Whack-a-mole.  There you go.
23      MR. CLAYTON:
24          I'll move on, Judge.
25      THE COURT:
26          All right.  Thank you.
27      MR. CLAYTON:
28          No further questions.  Thank you.
29      MR. STEWART:
30          Can I ask the witness a few questions?
31      THE COURT:
32          No, we don't have re-re-redirect.

1      MR. STEWART:
2          Okay.  I was just going to address some of
3      the questions that --
4      MR. CLAYTON:
5          Thank you, Judge.
6      THE COURT:
7          Thank you.  Watch your step.
8      THE WITNESS:
9          Okay.  Thank you.
10      THE COURT:
11          As far as timing is concerned.
12      MR. FOSTER:
13          Thank you, Mr. Anderson.
14      THE COURT:
15          Y'all, we are going to be here all week.
16      MR. AMEDEE:
17          I can do the next witness in 45 minutes.
18      THE COURT:
19          Mr. Clayton told me he was going to be
20      short.  I hate to stop now because then --
21      MR. AMEDEE:
22          Judge, by 12:15, I will be finished
23      direct.
24      THE COURT:
25          I am going to stop you at 12:15.
26      MR. AMEDEE:
27          Okay.
28      THE COURT:
29          You had better ask them because I am a
30      stickler on time.  I will stop you.
31      MR. AMEDEE:
32          How about the hourglass?

1      THE COURT:
2          No.  Who do we have?
3      MS. LEE:
4          It's going to be quick.  Dr. Templet.
5      THE COURT:
6          Dr. Templet.
7          Paul Hughes Templet, after having been
8      first duly sworn or affirmed in the
9      above-entitled cause, was examined and
10      testified as follows:
11          DIRECT EXAMINATION
12  BY MR. AMEDEE:
13  Q.    Would you give us your name and address
14  please?
15  A.    Paul Hughes Templet, 4888 Loyola Drive, Baton
16  Rouge 70808.
17  Q.    And it is Dr. Templet; is that correct?
18  A.    Yes.
19  Q.    Let's first start and see the road you have
20  traveled to get that distinction.  Give us your
21  educational background, please.
22  A.    Sure.  I got a BS from LSU in chemistry and
23  physics in 1926.  Went to Duke.  Got a Master's in
24  '64 in physical chemistry.  Worked for four years
25  for Shell, and then went back to school and got a
26  Ph.D. from LSU in chemical physics in 1974.
27  Q.    So you have been a Ph.D. since 1974; is that
28  correct?
29  A.    Correct.
30      MR. AMEDEE:
31          Your Honor, I am mainly going to be using
32      Exhibits 1A and 1B, which are Dr. Templet's

1  report and his CV, and then we will get into
2  some pictures, just in case you want to follow
3  it.
4      THE COURT:
5          Okay.  You said 1A and 1B?
6      MR. AMEDEE:
7          Yes, 1A and 1B.  1A is his report, and 1B
8      is his curriculum vitae.
9  BY MR. AMEDEE:
10  Q.    Beginning with 1974, could you briefly give us
11  your work history?
12  A.    Sure.  After graduation with my Ph.D., I went
13  to work for LSU for one year, and then I was offered
14  the position of program manager to develop the
15  State's coastal management program.  I did that
16  through '79.  Went to American Samoa and put
17  together a management program, similar management
18  program for them for their coastal area.
19          Then I worked privately for two companies in
20  Baton Rouge, one doing environmental chemistry, the
21  other doing environmental planning.  That takes me
22  up through '83.  And then I went to work at LSU and
23  became a professor and stayed there until I retired
24  in 2007.  I did take four years leave from LSU to be
25  the secretary of the DEQ from '88 to '92.
26  Q.    And that's the Louisiana Department of
27  Environmental Quality; is that correct?
28  A.    That's correct.
29  Q.    So you taught at LSU as a professor from 1983
30  through 2007; is that correct?
31  A.    Correct.
32  Q.    Were you a tenured professor?

1    A.    Yes.
2    Q.    On page 2 of your CV, and there are several
3    pages of it, you have honors and activities.  Are
4    these all -- are they all listed there?
5    A.    I think so, yes.
6    Q.    Okay.  Now, Doctor, you have what appears to
7    be 15 pages of publications and book chapters and
8    things of that nature.  Are those all listed here.
9    A.    I believe so, yes.
10   Q.    Have you been qualified as an expert in courts
11   of law in the State of Louisiana?
12   A.    Yes, and in other states, in state and federal
13   courts.
14   Q.    Both state and federal court, and your areas
15   of expertise, if I understand correctly, are
16   environmental science, management and chemistry.  Is
17   that correct?
18   A.    Environmental planning and management, yes.
19   That's correct.
20   Q.    Okay.  Have you ever been prohibited from
21   testifying, your qualifications been denied by any
22   court of law?
23   A.    No, not within my areas of expertise.
24   Q.    What other states have you been qualified in?
25   A.    Florida, Mississippi, Texas, West Virginia.
26   Maybe one or two more.  That's what I recall at the
27   moment.
28   Q.    And numerous courts here in the State of
29   Louisiana; is that correct?
30   A.    Yes.
31        MR. AMEDEE:
32        I'm going to tender the doctor as an

<tt>ANDERSON v CITY - class certification hearing  9//29/15</tt>
109

1    expert in environmental science, planning and
2    management and chemistry.  Anybody want to
3    question him?
4        MR. STEWART:
5        No, Your Honor.
6        THE COURT:
7        Okay.  The Court will accept Dr. Paul
8    Templet in the area of environmental science,
9    planning, management and chemistry.
10   BY MR. AMEDEE:
11   Q.    Doctor, you were hired by the plaintiffs in
12   this case?
13   A.    Yes.
14   Q.    What were you called upon to do?  What were
15   your tasks requested by the plaintiffs?
16   A.    There were a number of them, but basically to
17   review the reports that had been done in this
18   particular case, to determine what chemicals were
19   involved, and to discuss those chemicals and then to
20   opine as to how people may have been exposed to
21   chemicals from those drums in the basement of that
22   building.
23   Q.    Were all of the materials that you reviewed
24   and relied upon listed on page 8 and 9 of your
25   report?
26   A.    The ones that I relied upon, certainly, yes.
27   Q.    Now, the first five references are the USES,
28   the United States Environmental Services, report,
29   and then you also list various photographs.  After
30   your review of the report, photographs and other
31   materials, what were your findings and opinions as
32   to, let's first start off of what occurred on

<tt>ANDERSON v CITY - class certification hearing  9//29/15</tt>
110

1    December 9th, 1999?
2    A.    Sure.  I'm going to be referring to my report
3    and paraphrasing from it.
4    Q.    And that has been listed as Exhibit 1A.
5    A.    On the date in question, December 9, 1999, the
6    Fire Department responded to a call.  They got a
7    smoke report.  Smoke was a cloud of vapor emanating
8    from the drums stored inside what we are calling the
9    east room of the southeast corner of the building in
10   the basement.  The Fire Department contacted U.S.
11   Environmental Services.  I will call them USES.
12        They responded the same day, put three leaking
13   metal drums of corrosive materials in overpacks.
14   That's a big drum they use to contain leaking
15   things.  And there is a number of chemicals that
16   they found in the basement.  One of them with a very
17   long name, I will call it Nacap, and potassium
18   hydroxide.  Potassium hydroxide is basic, it has a
19   high pH, rather than a low.
20        They also found 16 additional drums, one with
21   hydrogen fluoride in it, three with hydrogen
22   chloride, and 12 drums of mineral acid.  There was
23   liquid on the floor surrounding the drums.  They
24   determined the acidity of the liquid, and it was
25   acid.  They put all the drums in overpacks, and they
26   did find liquid beneath floor tiles.  USES came back
27   after the weekend, on 12-13-99, to finish their acid
28   neutralization and cleanup.  They did find asbestos
29   in the tiles, and they recommended that a licensed
30   professional be brought in to take care of those.
31        The waste, and most of it was hazardous
32   because of the pH, that is, it was very acidic.  The

<tt>ANDERSON v CITY - class certification hearing  9//29/15</tt>
111

1    majority of it was very acidic.  Some of it -- the
2    one drum with potassium hydroxide would have been
3    basic, but it's all hazardous.
4    Q.    Just a moment there.
5    A.    Sure.
6    Q.    The drums sitting in that room are considered
7    hazardous waste, in your opinion?
8    A.    Well, once it begins to leak, yeah, it's a
9    waste, and it is hazardous, by UPA definition,
10   because of the pH primarily.  It is corrosive, as we
11   have seen from these pictures, for example.
12        Let's see, I was talking about the waste.  To
13   get to dispose of it, they sent it to PCI, which is
14   a company in Indiana for disposal, and I have a list
15   in my report of what PCI got.  And, basically, it's
16   those drums that I mentioned already.  We don't need
17   to go over it again unless there are questions about
18   it.
19   Q.    No.
20   A.    There was one nonhazardous waste, which was
21   aluminum phosphate, which was a solid.
22   Q.    Now, on page 4 of your report, you set forth
23   nine opinions that you have arrived at.  Would you
24   share those with the Court --
25   A.    Sure.  First one is that at least 19 drums of
26   chemicals, mostly hazardous, were abandoned at the
27   site in the east storage room.  Two, chemicals
28   contained aqueous HCL, that's hydrochloric acid.
29   Aqueous HF, that's hydrofluoric acid.  Mineral acid.
30   KOH, potassium hydroxide.  And Nacap, all of which
31   are hazardous.  The HCL and the HF were in aqueous
32   solutions.  They were in water in the drums, but

<tt>ANDERSON v CITY - class certification hearing  9//29/15</tt>
112

1 they can also be gases, if that material -- if that
2 HCL leaks, the actual gas, HCL, will come out of the
3 water. There was also a powder, aluminum phosphate,
4 and surfactin in the Aluma-Brite cleaner.
5     Number three, some or all the drums leaked
6 their contents onto the floor and air in the room
7 where they were stored. Acidity test of the floor
8 liquids proved that the acids had leaked. Once
9 leaked, the HCL and AF would have begun to evaporate
10 into the air as gases because of the positive vapor
11 pressures.
12     Other chemicals that leaked may have also
13 vaporized or reacted with the floor acids. The
14 adjacent west room was open to the acid gases. The
15 very acidic pHs found in the two rooms surfaces and
16 HVAC system were proof of the presence of acid gases
17 in the rooms and the HVAC system.
18 Q.    These are the wipe samples that you are
19 talking about?
20 A.    Yes. I hadn't mentioned the wipe samples, but
21 USES did some wipe samples, and they found the
22 highest concentrations of acid from the wipe samples
23 in the east room, less acid in the west room, and
24 the highest concentrations were found in the HVAC
25 system.
26     A wipe test is you take a piece of paper, and
27 you wipe a certain area the size, usually, ten by
28 ten centimeters, six by six inches, and then you put
29 that in water, and you measure the pH of the water.
30 Q.    Would the fact that the highest samples were
31 found in the intake and the ductwork in the HVAC
32 system that serviced those rooms indicate that the

ANDERSON v CITY - class certification hearing  9//29/15
113

1 acids were getting into the air conditioning system?
2     MR. STEWART:
3         Objection.
4     THE WITNESS:
5         Yes. Oh, excuse me.
6     MR. STEWART:
7         I'm not sure that this witness is
8 qualified to answer the question about the
9 ability of those or the fact that those gases
10 or vapors actually went through the air
11 conditioning system and through to the rest of
12 the building.
13     THE COURT:
14         Overruled. He was qualified in
15 environmental science, planning management and
16 chemistry, and I think that he probably -- he
17 is competent to testify as to how gases and how
18 chemicals move.
19     MR. STEWART:
20         Your Honor, I think that the -- that the
21 testimony, though, is going to go to the
22 functioning of the air conditioning, the HVAC
23 system in that building.
24     THE COURT:
25         And the environmental controls are all
26 within that purview.
27     MR. STEWART:
28         The HVAC system?
29     THE COURT:
30         I believe that the way that the gases are
31 moving is within the purview of environmental
32 science and environmental planning.

ANDERSON v CITY - class certification hearing  9//29/15
114

1     MR. AMEDEE:
2         Can I --
3     MR. STEWART:
4         The fact that the gases can move, yes, but
5 the fact that they did move is open to
6 question.
7     THE COURT:
8         Okay.
9     MR. AMEDEE:
10         I did not ask him throughout the building.
11 I asked him in the area serviced by --
12     THE COURT:
13         It is overruled.
14     MR. AMEDEE:
15         Okay. Thank you.
16     MR. STEWART:
17         Okay.
18     THE WITNESS:
19         Can you restate the question? I kind of
20 lost it there.
21 BY MR. AMEDEE:
22 Q.    The presence of high pH acid, ions in the
23 ductwork and in the intake, is that proof that there
24 was acid gases passing through the system and into
25 the area serviced by the air conditioning system in
26 that area? Now whether or not it went to other
27 areas of the building, that is -- you know, that's
28 somebody else's expertise, but the fact that it's on
29 the ductwork, it was moving through the ventilation
30 system?
31     MR. STEWART:
32         Objection, Your Honor. I don't know that

ANDERSON v CITY - class certification hearing  9//29/15
115

1 a wipe test was actually taken on the inside of
2 the ductwork. On the outside, perhaps, but not
3 on the inside.
4     MR. AMEDEE:
5         I think, if you read the report, it was
6 taken --
7     MR. STEWART:
8         If the witness can tell us.
9 BY MR. AMEDEE:
10 Q.    Where were the --
11 A.    There was one, at least one taken on the
12 inside, and the highest concentrations were found on
13 the inside of the duct.
14 Q.    Thank you.
15 A.    So we know the acid gases were getting in
16 there, and that just makes sense. I mean if you
17 have got an air conditioning system pulling air out
18 of a room, it's going to pick up whatever is in the
19 room air, and it's my opinion that these acid gases
20 were in that room coming out of those barrels,
21 leaking barrels, and it got into the system, and
22 that's what the wipe test showed.
23 Q.    Okay. Would you go on with your opinions?
24 I'm sorry.
25 A.    Sure. Number five, the last sentence has to
26 do with the fact that I think this occurred over an
27 extended period of time. It didn't just happen on
28 that one day. The east room was a storage area.
29 The west room was occupied. There was an HVAC
30 intake in the east room and vents in the rooms.
31 Wipe samples taken in the rooms demonstrated acid
32 gas contamination in the rooms and in the

ANDERSON v CITY - class certification hearing  9//29/15
116

ventilation system intakes.

It is likely and probable that that acid gas is primarily HCL and HF, hydrogen chloride and hydrogen fluoride, would be pulled into the HVAC system, into the areas in the City Hall Annex. And I'm getting that from -- affected by the ventilation system, I get that from Handlin's report. And that inhalation exposure to acid gases was very likely and probable in the building.

Q.    Let's revisit your opinion that you believe the acid gases were present in the building over an extended period of time. What is the basis for this opinion?

A.    Several bases. One is the history of complaints. We heard a lot about that this morning, from people over a fairly long period of time. Secondly is that, the way corrosion happens typically is that you don't start with a big hole in a barrel. You start with a very small hole, a pin hole leak we call it, and, over time, that gets bigger and bigger, and your leak gets worse. But it takes time for that to happen. That's another reason why I think it happened over a longer period of time, and -- the history, that's the pin hole, and maybe another reason, it won't come to me right now, but those are the major ones.

Q.    How about the corrosion in the surrounding areas, such as the door frames, door knobs, Venetian blinds, evidence of corrosion in the building itself?

A.    Yes. What I'm seeing from the photographs, for example, is chemical corrosion, and typically,

those happen over fairly -- over longer periods of time. You would have to get an enormous amount of acid to cause that in a very short period of time. For example, those blinds we have been looking at this morning, it looks like they melted.

Q.    And it's your opinion that that occurred over an extended period of time, as opposed to one event that was immediately addressed by the USES people; is that correct?

A.    Yeah. No, this -- I think this happened over a longer period of time, and that's what we also heard this morning from Mr. Anderson.

Q.    In addition to the blinds, are there any other photographs that you feel are relevant in that this corrosive evidence of the long-term effects of the acid, and I'm going show you what has been marked as Exhibit 11, and if you could share with Judge Chase those photographs in Exhibit 11 that you feel illustrate your point?

A.    11C appears to be the ceiling and some vents, and they are obviously corroded. So just signs of corrosion. The door shown in B, 11B is corroded. The paint has been eaten away. The door frame and the handle of the door in A are all corroded. The ceiling, again, is shown in, I think that's an O or a D. I'm not real sure.

Door corrosion again is shown in G. This looks like part of the HVAC system. It's pretty well gone, it's been corroded so badly. That's in I. Some tubing, probably copper underneath that corrosion. That's in J. A picture of the wall where it looks like the wall board has come off, K.

And the lighting fixture is badly corroded in L. This may be the base of the wall. It's hard to tell, but that's M, and it's been badly corroded. The same thing in N.

Again, a ceiling vent for the air conditioning system, P, I believe. I don't know what that is. The blinds are shown in Q, and again, it looks like they just melted. Bad sign of corrosion. Ceiling again. The floor, I presume after the barrels have been taken out, and there are many signs of corrosion, a lot of it at the ceiling.

The reason the ceiling is important is because the only thing that could have gotten up there, I believe, are gases that were floating in the air. This isn't some other kind of contamination. The ceiling is again shown in U and T. And then the whole room, or the back of the room, it appears, with badly corroded fixtures, is V.

So there is plenty of evidence that corrosion has taken place. I believe it was acid gases that caused that corrosion, and that's what I say in my report.

Q.    And these acid gases, in your opinion, were present over an extended period of time; is that correct?

A.    Yes. This doesn't happen overnight, for the reasons I gave you. It takes time for this kind of corrosion to occur, and the pin hole leak idea is that leaks usually start small. They don't start with a big, one-inch hole. They start with a tiny pin hole and, over time, those pin holes get bigger, and then, of course, the complaints that we heard

from people over a fairly long period of time.

Q.    Now, even though the date of these pictures disprove any attempts that it was Katrina waters that did this corrosion, because they are 2002 and 1999, is there a difference between water -- can you distinguish between water-caused corrosion and corrosion caused by chemicals?

A.    Well, yeah, but you do it by looking at exposure. How was this -- let's say the ceiling vents, how were these ceiling vents exposed? I don't believe they went under during Katrina. I could stand to be corrected.

Q.    No.

A.    But they were attacked by acid gases. That's the most likely scenario that I can see. I don't believe the humidity caused it because you had an AC system going in this room, and the humidity would have been kept at a reasonable level. It's not like it's outside, where it's 80 or 90 percent humidity. The room is probably half of that.

So I don't believe that these were caused by anything other than acid gases that were in the room.

Q.    I'm going to ask you to comment on a portion of the expert report done by one of the experts for the defendants, and I think you have seen pictures. I think there is one right to the left of you there, of the room, a good part of the room after the barrels were removed, and you also heard testimony of Dr. Anderson -- I mean Mr. Anderson regarding the amount of acid that was in that room after the barrels were taken out.

1      Now, Dr. Rasmuson attempted to do an air
2  model, and based upon your experience, your
3  expertise and what you have learned now about the
4  amount of area covered, would you comment on the
5  efficacy of the air modeling adventure that he took?
6      MR. FOSTER:
7      Let me object to the form of the question.
8  I mean object to the question. I don't think,
9  at least in the tender, Dr. Templet has been
10  qualified as an industrial hygienist or any
11  type of expert in air modeling, first.
12      And, second, I think it is improper and
13  argumentative to ask one expert to comment upon
14  another expert's report. That is for the Court
15  to determine in that regard. Those are my two
16  objections to that question.
17  MR. AMEDEE:
18      Judge, I think it's called rebuttal. I
19  think we have the burden of proof, and in every
20  case I --
21  THE COURT:
22      Overruled.
23  BY MR. AMEDEE:
24  Q.   You have done air modeling before, haven't
25  you?
26  A.   Yeah, I have done some simple air models. I'm
27  not an air modeler. That's something you have to do
28  full time. But I certainly -- I know what goes into
29  them, and I have taught air modeling at LSU to my
30  students. He did what is called a hypothetical
31  model, which means you don't have the facts, and so
32  you have to create this hypothet, and it means you

1  make a whole lot of assumptions along the way. It's
2  fairly speculative what you come out with.
3      And one thing I noticed that Rasmuson did is
4  that he assumed a fairly small area was the source
5  of the gases that were coming off. In fact, it was
6  one-fourth of a square meter. A square meter is
7  only about a little over three feet by three feet,
8  so you take one-fourth of that, and he was saying
9  that's all that was the source for his model, and we
10  have testimony that there were many square feet,
11  many square meters of the room that had acid on the
12  floor. And so the source would have been much
13  larger.
14      Again, that's a problem with a hypothetical
15  model. You have to make assumptions. And if they
16  are not based on good fact, good science fact, then
17  your results are purely speculative.
18  Q.   Right. And I guess in the field of air
19  modeling, it's called garbage-in, garbage-out; is
20  that right?
21  A.   That's correct.
22  Q.   If you put garbage in, you're going to get
23  garbage?
24  A.   Yes.
25  Q.   You haven't put a definitive number as far as
26  how many years back that this release of gases was
27  taking place, other than that it was an extended
28  period of time; is that correct?
29  A.   That is correct. What we heard this morning
30  is that it may have started as early as 1983?
31  MR. AMEDEE:
32      I tender the witness.

1  THE COURT:
2      Okay. We are going to take a break. We
3  will take a lunch break, and I will have
4  everyone back here at 1:15 so that we can start
5  at 1:20. All right?
6      (Whereupon, a lunch recess was taken at
7  this time.)
8  THE COURT:
9      Good afternoon, you may be seated.
10  MR. STEWART:
11      Your Honor, I have done my best to
12  remember prior testimony. So I can assure you
13  that --
14  THE COURT:
15      You are first, though.
16  MR. STEWART:
17      Well, but he was taken on direct.
18  THE COURT:
19      Yes. All right.
20         CROSS EXAMINATION
21  BY MR. STEWART:
22  Q.   Dr. Templet, my name is John Stewart.
23  A.   Nice to meet you.
24  Q.   Nice to meet you, sir. You were shown some
25  photographs, and they were under a general exhibit,
26  Exhibit 11. Do you know the date that those
27  photographs were taken?
28  A.   No. It could have been that second set, which
29  was 2002.
30  Q.   They were. I just didn't know if you were
31  aware of that.
32  A.   Yeah. There was an earlier set. But that was

1  the second set.
2  Q.   Right. The earlier set was December 9 of
3  1999, when the USES folks came in and responded to
4  the incident and actually took the photographs.
5  A.   That's correct.
6  Q.   Okay. So the photographs that you looked at
7  were approximately later, in Exhibit 11, about two
8  and a half years after the incident?
9  A.   Yeah, but I have reviewed the earlier ones,
10  also.
11  Q.   I understand.
12  A.   Okay.
13  Q.   You talked about the spread of acid on the
14  floor as of -- I think in connection with Dr.
15  Rasmuson's report; is that correct?
16  A.   That's one time I talked about it, yes.
17  Q.   Is that the only time you talked about it?
18  A.   No. I said that there was leakage of acid
19  onto the floor in my report.
20  Q.   Right. But you talked about the size of
21  the -- of the leakage, so to speak, on the floor.
22  A.   Correct.
23  Q.   In connection with Dr. Rasmuson's report?
24  A.   Yes.
25  Q.   My only question to you about that is, do you
26  know the size of the spread of the acid on
27  December 9, as opposed to any other time earlier
28  than December 9, 1999?
29  A.   Yeah. I think it was much larger than
30  anything Rasmuson used.
31  Q.   What time, December 9, 1999?
32  A.   Yes, yes.

1   Q.   Okay.  You don't know the size of the leakage
2   or the spread of the material on the floor prior to
3   December 9, 1999, do you?
4   A.   Prior, no.  We have no evidence prior to 1999.
5   Q.   Okay.  You were -- oh, good, it's already up
6   there.  You were shown this photograph of these
7   blinds, and if I recall correctly, this photograph
8   that is now on the easel, it is N -- pardon me,
9   10L --
10      MR. STEWART:
11          Roy, is that --
12      MR. AMEDEE:
13          It's 10.  It is a USES report.  I'd have
14      to look --
15      MR. STEWART:
16          All right.  It's out of Exhibit 10, out of
17      the USES report for December 9, 1999.
18  BY MR. STEWART:
19  Q.   And this photograph shows a set of blinds that
20  have deteriorated; is that correct?
21  A.   Collapsed.
22  Q.   Collapsed, okay.  Right next to it, though, is
23  another set of blinds that looks to be completely
24  intact; is that correct?
25  A.   Yeah.  My only assumption is that somebody put
26  up a new set or a more recent set.
27  Q.   Really?  Do you have any evidence of that?
28  A.   No.  No, I don't.  It's hard for me to see how
29  the acid gases could have attacked this blind but
30  not that one.  That's the only way I could explain
31  that difference.
32  Q.   Okay.  Because if these blinds were later

1   deteriorated, then that would mean something else is
2   going on in that room; is that correct?
3       MR. AMEDEE:
4           Object, Your Honor.  That calls for
5       speculation.
6       THE COURT:
7           Overruled.
8       MR. STEWART:
9           He has just given me speculation.
10      THE COURT:
11          Overruled.
12      THE WITNESS:
13          I don't know what you are asking, counsel.
14  BY MR. STEWART:
15  Q.   Well, assume that these blinds -- here, we
16  have the deteriorated blinds on December 9, 1999,
17  and they are shown in a deteriorated state.  Assume
18  these blinds right next to it were the same, were in
19  existence on the same day, which, apparently, they
20  were, and they are not new blinds.  Would that
21  indicate that there is something else going on in
22  that room?
23  A.   Well, it just means the acid gases were more
24  directed at this blind than at that one, that's all
25  I can assume.
26  Q.   Perhaps that would have been more of a
27  short-term event when those blinds deteriorated?
28  A.   No, I don't think so.
29  Q.   You don't think.  Okay.  Now you, as I
30  understand it, you do not hold yourself out to be a
31  health expert; is that correct?
32  A.   That's correct.

1   Q.   And you are not going to -- you have not
2   today, and you are not going to opine on whether or
3   not any individuals in that building suffered
4   adverse health effects; is that correct?
5   A.   I'm not going to talk about any individuals.
6   In my report, I do discuss the effects of acid gases
7   on humans.
8   Q.   I understand that.
9   A.   I get that from other scientists' reports.
10  Q.   Okay.  Thank you.  So you are not going to be
11  involved in what we call specific causation; is that
12  correct?
13  A.   I think that's correct, yes.
14  Q.   Okay.  According to the USES report, there
15  were three metal drums that were found leaking.  Is
16  that correct?
17  A.   Three metal drums, yeah.  They couldn't really
18  tell what was leaking, so they just took them all
19  eventually.
20  Q.   The USES report, I thought, said that the
21  metal drums were leaking.
22  A.   Let me see what I said in my report.
23  Q.   I am just looking at the USES report of
24  December 9, 1999.  I can read to you the part that
25  I'm talking about.  It's the first paragraph.
26      MR. FOSTER:
27          I can provide him a copy, if you want.
28      MR. STEWART:
29          Okay.
30      THE WITNESS:
31          Yes, in my report, I say USES responded
32      the same day and put three leaking metal drums

1   of corrosive materials in overpacks.
2   BY MR. STEWART:
3   Q.   Okay.  There is no indication in the USES
4   report that any other drums were leaking; is that
5   correct?
6   A.   All they said was that they couldn't tell, so
7   they took all of them.
8   Q.   Right.
9   A.   And disposed of all of them.
10  Q.   I think they used the term it was impossible
11  to tell if there were any other drums leaking; is
12  that correct?
13  A.   Something like that, yes.
14  Q.   Okay.  The three metal drums that were
15  leaking, I believe they contained something called
16  Cecotrol.
17  A.   They may have.  I -- Cecotrol came in a
18  smaller drum.
19  Q.   Well, and maybe I am wrong about this, but
20  they describe in the USES report that the three
21  drums that were -- three metal drums that were found
22  leaking contained corrosive material containing
23  sodium two, and I don't think I can pronounce that
24  name.
25  A.   Mercapto.
26      MR. AMEDEE:
27          Would you direct us to what line and page
28      you are talking about?
29      MR. STEWART:
30          I'm talking about the first page of the
31      USES report of December 9, 1999.
32      THE WITNESS:

1    I don't have the report, so I can't verify
2  it.
3    MR. FOSTER:
4      May I?
5    THE COURT:
6      Yes. Which exhibit number is that in?
7    MR. FOSTER:
8      It's in Exhibit 9. It's the big exhibit.
9  It's about two pages into Exhibit 9.
10   THE COURT:
11     I have it.
12   MR. FOSTER:
13     If the Court — there are actually three
14  USES — he is looking at December 9.
15  BY MR. STEWART:
16  Q.   I'm talking about the first paragraph of this
17  report, Doctor.
18  A.   Yes, I see it.
19   THE COURT:
20     December 9?
21   MR. FOSTER:
22     9, and there is 13, and there is —
23   THE COURT:
24     I see 13. I see January —
25   MR. AMEDEE:
26     It's about four or five pages in.
27   THE COURT:
28     December 9th, got it.
29   MR. FOSTER:
30     Thank you, Your Honor.
31  BY MR. STEWART:
32  Q.   Do you see what I'm talking about, Dr.

1  Templet?
2  A.   Yes, I see the paragraph.
3  Q.   It's the first paragraph, third line. The
4  initial assessment indicated that three drums or
5  drum of corrosive material containing sodium two and
6  I can't pronounce the word.
7  A.   Mercaptobenzothiazole.
8  Q.   And potassium hydroxide were leaking. And I
9  may be under the wrong impression, but is that
10  called Cecotrol?
11  A.   It could be. There were three or four brand
12  names in there. Cecotrol was one of them. The
13  problem with that statement is that when they tested
14  the floor, the floor liquids were very acidic, acid,
15  whereas this material they are describing in the
16  first paragraph is basic.
17  Q.   I hear you, and let me — now that you have
18  mentioned that, let me ask you this. Apparently,
19  the material that was on the floor, there was pH
20  done of that; is that correct?
21  A.   Of the floor, yes.
22  Q.   Of the floor. We do not know what level was
23  recorded or —
24  A.   No, they just said —
25  Q.   PH level, they just said acidic; is that
26  correct?
27  A.   Yes. They just said acidic.
28  Q.   Okay. So that could be a wide range; is that
29  correct?
30  A.   Well, it's probably — yeah, it's not 7. It's
31  probably not 6, but it's getting in the 5, 4, 3, 2,
32  1 range.

1  Q.   So 7 is what, neutral?
2  A.   Neutral.
3  Q.   So it would be something above 7, perhaps?
4  A.   Below 7.
5  Q.   Below 7, I'm sorry. Higher number, lower?
6  A.   Yeah, it's an inverse relationship.
7  Q.   Right. I understand. Okay.
8  A.   Right.
9  Q.   So I'm correct, though, we were talking about
10  the same thing, it could be —
11  A.   Hate to say you were correct, but.
12  Q.   Most people I cross-examine say the same
13  thing.
14  A.   I was trying to make the point that, while the
15  floor tested acid, these drums that they are
16  describing, the three that they think had this
17  material in it is basic, so if that was the leaking
18  drums, then you would have found base numbers on the
19  floor, that is hydroxides on the floor rather than
20  acids.
21  Q.   Okay.
22  A.   So it's confusing. There probably were other
23  things leaking that they couldn't tell.
24  Q.   Okay. Let me ask you this. Are you aware
25  that one of the, apparently, acid drums was open at
26  the time this occurred?
27  A.   Open, you mean the whole top was off or a
28  little bung was open?
29  Q.   I don't know. Open.
30  A.   I'm not aware that it was open, no.
31  Q.   If we could look at Exhibit 28, please?
32  A.   It wasn't in this report.

1  Q.   No, it's not. Exhibit 28. Where is this?
2  A.   He just took it.
3  Q.   Well, I know that one. You don't have an
4  exhibit book there, Doctor?
5  A.   No. I have only my report.
6    MR. FOSTER:
7      That's 28.
8    MR. STEWART:
9      Okay.
10  BY MR. STEWART:
11  Q.   I'm going to show you now an exhibit that we
12  have identified as Exhibit No. 28, Doctor, and I
13  want to ask you to turn to, I believe it is the
14  second page, and these are documents that were
15  produced by the City of New Orleans, and it looks
16  like generally entitled Hazardous Materials Incident
17  Report, and on the second page, it's page two, and
18  it's based stamped CNO 04518. Do you see that?
19  A.   04518, yes.
20  Q.   Okay. And if you look at the first — on that
21  page, the second handwritten paragraph, it's under
22  the section entitled actions taken.
23  A.   Yes.
24  Q.   Okay. If you look at the third line down, it
25  says: Later determined one 55-gallon open plastic
26  drum contained many — contained very strong acid.
27  Do you see that?
28  A.   Yes, I see that.
29  Q.   Okay. So, according to this report, we have a
30  drum of very strong acid that was opened at the time
31  of the report. Is that correct?
32  A.   Yes. And just above that, it says several

1  unmarked 55-gallon plastic drums were leaking.
2  Q.   Yeah, and those were the Cecotrol, it says
3  Cecotrol metal drums.
4  A.   No, the Cecotrol were the 20-gallon drums.
5  You see the 20-gallon above that?
6  Q.   I do. I do.
7  A.   So Cecotrol was leaking. There was acid, a
8  big acid drum, 55-gallon that was leaking, and one
9  drum was open at the top. But a drum open, you
10  know, there is a thing you take off, a bung they
11  call it, it is two to three inches across, and you
12  might get some acid vapor out of that, but that
13  doesn't put acid on the floor, for example.
14  Q.   Well, let me ask you this. When a container
15  of, say, hydrochloric acid is open, the acid starts
16  to vaporize; is that correct?
17  A.   The acid gas, yeah, ACL.
18  Q.   Acid gas and goes into the air; is that
19  correct?
20  A.   Right. It will slowly vaporize, yes.
21  Q.   Okay. And will it settle on the floor?
22  A.   No, it's a gas. It stays in the air.
23  Q.   So it's not going settle down?
24  A.   No. It likes -- it prefers to stay in the
25  air. It might absorb into water that's on the floor
26  or moisture.
27  Q.   Okay, that's what I mean. If there is a
28  liquid on the floor already, it could very well be
29  absorbed into the liquid; is that correct?
30  A.   Right. And there were liquids on the floor,
31  there were acidic liquids.
32  Q.   Yeah, but the liquids that were on the floor,

ANDERSON v CITY - class certification hearing  9//29/15
133

1  do I understand correct that one of them was
2  something that you have termed Nacap; is that
3  correct, that's the sodium two?
4  A.   Yes.
5  Q.   And that is a corrosive material; is that
6  correct?
7  A.   Not in the sense that acid is corrosive. I
8  would have to look at the MSDS to make sure of that.
9  Q.   Okay. I thought that you had testified in
10  your deposition --
11  A.   It's hazardous. I don't know if it's
12  corrosive or not. You can be hazardous for a number
13  of different reasons, or a chemical can be
14  hazardous.
15  Q.   If we look at, and I think it was in your
16  report, yeah, on page six of your report, the last
17  paragraph. You talk about sodium two, or Nacap, and
18  the second sentence, last paragraph, it says it is
19  caustic slash corrosive.
20  A.   Yes, in that mixture because it's in with
21  potassium hydroxide.
22  Q.   Okay. So we know that those three drums were
23  leaking, and they contained corrosive material.
24  A.   Yes. Some of it was basic, some of it was
25  acid.
26  Q.   I understand. And I think that the pH of the
27  Cecotrol is between 9 and 10; is that correct? I
28  think your report might say that as well.
29  A.   Well, in that paragraph we were looking at on
30  page six, it looks like it was 11 and a half,
31  according to the MSDS sheet. But it's in that
32  range. It's caustic.

ANDERSON v CITY - class certification hearing  9//29/15
134

1  Q.   Okay. All right. It's not acidic?
2  A.   No. You can't be caustic and acidic at the
3  same time, except for water.
4  Q.   The — now, we know that the hydrofluoric and
5  the — well, the hydrochloric acid has a PEL of five
6  parts per million, is that — no, three?
7  A.   I believe, yeah, it's three. HCL is five, I
8  believe.
9  Q.   HCL is five, right.
10  A.   Yes.
11  Q.   You don't know, do you, whether or not that
12  PEL, and that's the permissible exposure limit, is
13  that correct, of OSHA?
14  A.   Yes.
15  Q.   We don't know if that was exceeded; is that
16  correct?
17  A.   No. There is no way to know.
18  Q.   Okay.
19  A.   Let me also say that those standards, PEL, are
20  promulgated based on an eight-hour workday, and they
21  are negotiated. I mean industry is involved in
22  setting those, so it doesn't mean that there is no
23  harm if you are below the standard, somewhat below
24  the standard. It just means that the risk is
25  acceptable to EPA, who sets these, or OSHA, who sets
26  these.
27  Q.   In this particular case, we are talking about
28  the OSHA PEL?
29  A.   Yes.
30  Q.   So it's okay with OSHA?
31  A.   It's okay with OSHA. There is still residual
32  risk. It doesn't mean that some harm can't occur.

ANDERSON v CITY - class certification hearing  9//29/15
135

1  Q.   I hear you.
2  A.   But since we don't know if it was exceeded or
3  not, then it's hard to make a statement.
4  Q.   Okay. And there is no real way to predict
5  what the concentration might have been without some
6  form of a major study; is that correct?
7  A.   I'm not sure that even a major study -- you
8  could try to duplicate the conditions, create a
9  similar building and put some leaking drums in the
10  basement and run a big study, you could try that. I
11  am not sure it would work.
12  Q.   Okay. That's fine. These chemicals, do you
13  have any — these chemicals are used, are they not,
14  in HVAC systems?
15  A.   Some of them were. The ones that were there
16  in the smaller barrels, I believe were HVAC. The
17  others were big drums of very strong acids which are
18  not normally used in HVAC, certainly not in those
19  quantities. The only thing I can see is that they
20  were left from some other metal cleaning operation,
21  like the printing operation.
22  Q.   Or, perhaps, stored there by someone for use,
23  if not in that building, in another building; is
24  that correct?
25  A.   Anything is possible. That doesn't sound very
26  likely to me, though. What use would they be to the
27  City?
28      MR. AMEDEE:
29          I'm going to object. He is asking the
30      witness to speculate.
31      THE COURT:
32          Sustained.

ANDERSON v CITY - class certification hearing  9//29/15
136

1   MR. AMEDEE:
2        And he has not laid a foundation.
3   THE COURT:
4        Sustained. Lay a foundation, please.
5   BY MR. STEWART:
6   Q.   Let me ask you this. Can we assume that the
7   materials were in those drums and in that room for a
8   purpose?
9   A.   Not after they got abandoned, I couldn't see
10  what a purpose would be.
11  Q.   Are you sure they were abandoned?
12  A.   Nobody has claimed responsibility for them.
13  That means they are abandoned, right?
14  Q.   Well, there is a lawsuit right now. I think
15  that a lot of people are trying to distance
16  themselves from those chemicals.
17  A.   In my field, if a drum has no apparent owner,
18  if it's an orphan, then it's considered a waste.
19  Q.   Now we don't know really when those drums were
20  actually placed in that building, do we?
21  A.   Prior to '83, according to Mr. Anderson.
22  Q.   Okay. But it could have been a month prior to
23  '83, we don't know, do we?
24  A.   We don't know that, no.
25  Q.   Okay.
26  A.   Let me mention one thing.
27  Q.   Sure.
28  A.   I gave you my MSDS sheets, and one of the MSDS
29  sheets said that the sodium, I think it was the
30  sodium, the -- yeah, the Cecotrol was not used after
31  198 -- not used after 1984. Just a handwritten
32  note. I'm assuming it's correct, but you don't find

ANDERSON v CITY - class certification hearing  9//29/15
137

1   it today, for example, and I went on the web trying
2   to find it. So by '84, it had been phased out.
3   Q.   Okay.
4   A.   So we know it was there before '84. And, of
5   course, that's what Mr. Anderson said.
6   Q.   So it was no longer available on the market?
7   A.   I think not. Some of these get -- what is the
8   word? EPA will ban some, but this is a USDA, U.S.
9   Department of Agriculture pesticide. So they may
10  have banned it.
11  Q.   And that's the Cecotrol?
12  A.   I believe so, yes. I would have to look at
13  that MSDS sheet, and I don't have it with me right
14  now.
15  Q.   And that Cecotrol, did you say it would or
16  would not be used in the HVAC system?
17  A.   It might be. I don't really know. That is
18  one of its uses.
19  Q.   Okay.
20  A.   And it came in small barrels, and I would tend
21  to think if you are going to use it in HVAC, you
22  would keep kind of small quantities around. What is
23  unknown is why there were these very large drums
24  there full of acid.
25  Q.   I want to now, if we could, turn to Exhibit 4.
26  Let's see if it's in your book. No, it's not going
27  to be in this particular book.
28      MR. STEWART:
29          Can somebody lend me the book with Exhibit
30      4 in it?
31      MS. LEE:
32          Here.

ANDERSON v CITY - class certification hearing  9//29/15
138

1   BY MR. STEWART:
2   Q.   I'm sorry, I thought there was a book up here
3   for the witness, but, apparently, there is not.
4   A.   There is now.
5   Q.   There is now. For the time being, anyway.
6   Okay. We are looking at Exhibit 4, and this is
7   what?
8   A.   This is the Fire Department's report.
9   Q.   The third paragraph?
10  A.   It's only one paragraph.
11  Q.   Well, okay.
12  A.   Oh, I see what you are saying.
13  Q.   Yeah. I understand what you are saying, too.
14  A.   Upon further investigation?
15  Q.   Yes. It was found that there were 20 drums of
16  various sizes, possibly containing potassium
17  hydroxide, hydrochloric acid and hydrofluoric acid.
18  Further analyses are being performed. These
19  chemicals are used in the cleaning of large air
20  chilling units. Do you see that?
21  A.   Yes.
22  Q.   Okay. So this is a report of the New Orleans
23  Fire Department. Is that correct?
24  A.   Yes. I don't think they are saying that's the
25  only use, however.
26  Q.   I am not disagreeing with you.
27  A.   Okay. And it's unlikely you would have 19 or
28  20 drums of this stuff for that size unit.
29  Q.   Unless you were going to use them in more than
30  one building?
31  A.   But the other drums were these big drums full
32  of, quote, the mineral acid. That was the bulk of

ANDERSON v CITY - class certification hearing  9//29/15
139

1   it, and those, as far as I know, aren't used in
2   cleaning out HVAC units.
3   Q.   No, but they could be used for other purposes
4   in other buildings as well as that building; is that
5   correct?
6   A.   Anything is possible.
7       MR. AMEDEE:
8           I object. It calls for speculation.
9       THE COURT:
10          It calls for speculation.
11  BY MR. STEWART:
12  Q.   Corrosion, that is what, oxidation of metal?
13  A.   Normally, that's what it means, yes.
14  Q.   Okay. The hydrogen ion in an acid, is that --
15  that is corrosive; is that correct?
16  A.   Yeah. It will destroy the metal, ultimately.
17  Q.   Okay.
18  A.   And other things. Not just metals.
19  Q.   Right. The Cecotrol, would you -- would you
20  term that a base material?
21  A.   It's in potassium hydroxide, so the strata
22  that it's in, the liquid it's in is basic.
23  Q.   Okay. Thank you. I'm not a chemist, so I
24  don't know this.
25  A.   You're doing pretty good.
26  Q.   You'll just have to bear with me. And metals
27  corrode from base materials?
28  A.   No, not so much. Aluminum will, but iron
29  isn't really affected by base materials.
30  Q.   Okay.
31  A.   Or steel. Only aluminum, as far as I know. A
32  little bit of clarification. When the EPA uses the

ANDERSON v CITY - class certification hearing  9//29/15
140

1  word corrosive, they might mean corrosive to your
2  skin, for example, and base would be corrosive to
3  your skin.
4  Q.    As I understand it, Doctor, you don't know,
5  and there is no way for you to know whether or not
6  the barrels, or any of the barrels were leaking in
7  1982 through 1985; is that correct?
8  A.    I think they were leaking by 1985, according
9  to Mr. Anderson's testimony.
10 Q.    Okay. By 1985.
11 A.    He said in '83 he was smelling stuff, bad
12 smells. So that indicates to me that they were
13 leaking in '83.
14 Q.    So if there was a drum that was open, though,
15 the smell could be coming from the open drum; is
16 that correct?
17 A.    Not the smell he described, no.
18 Q.    No?
19 A.    Huh-uh.
20 Q.    Why is that?
21 A.    He described a rotten egg smell. That's
22 generally a sulphide or some sulphur compound. The
23 mercapto compound that we have just been talking
24 about has that similar smell.
25 Q.    But that's not the — the hydrochloride and
26 the hydrofluoride acid, that wouldn't —
27 A.    No, that's an acrid, biting smell. It's
28 not — in high concentrations.
29 Q.    Okay. So you wouldn't get the rotten egg
30 smell from that?
31 A.    Unless it's reacting with something else.
32 Q.    Right. And we have no evidence of that right

1  now, do we?
2  A.    Just his testimony that it was H2S — excuse
3  me, that it was rotten egg smell.
4  Q.    Right, right.
5  A.    And there was a sulphur — rotten egg is a
6  sulphur compound, and there was some of that down in
7  that basement.
8  Q.    A sulphur compound?
9  A.    Yeah. That's the mercapto NA thing we have
10 been talking about.
11 Q.    So we would have to assume that the — that
12 the material was at the HCL — the hydrochloric or
13 the hydrofluoric acid was actually reacting with
14 that; is that correct?
15 A.    Possibly on the floor, not in the drums.
16 Q.    Okay.
17       MR. STEWART:
18       I think that's all I have. Thank you very
19       much.
20             CROSS EXAMINATION
21       MR. FOSTER:
22       Good afternoon, Your Honor, Dr. Templet.
23 I will make every effort to be brief and try
24 not to repeat anything.
25 BY MR. FOSTER:
26 Q.    Dr. Templet, nice to meet you again.
27 A.    You, too.
28 Q.    I'm interested in discussing a little bit
29 about the Cecotrol, what USES described as the three
30 metal drums, the 20-gallon drums containing
31 Cecotrol?
32 A.    Yeah, I'm not sure that's what it says,

1  but it's close enough.
2  Q.    Okay. That's the — the material that has the
3  pH of 11, I believe you said?
4  A.    Yeah, in that range.
5  Q.    So it's not acidic at all?
6  A.    No, it's basic.
7  Q.    And Cecotrol, your understanding of the use,
8  as I recall, of Cecotrol, that was — it's a — it
9  was a water treatment chemical mixture that was used
10 for treating water in cooling towers?
11 A.    I believe that's one of its uses, and it came
12 in a smaller drum.
13 Q.    And you don't know, sir, whether or not, when
14 Pan American owned that building, whether that
15 building had a cooling tower or not, do you?
16 A.    A cooling tower?
17 Q.    Yes.
18 A.    No. I don't know if it had a cooling tower.
19 It had an HVAC system of some sort.
20 Q.    But you don't know whether it had a cooling
21 tower?
22 A.    No, but this is — I assume — you should ask
23 Handlin these questions.
24       MR. AMEDEE:
25       Judge, we are getting into the merits
26       here. This has nothing to do with class cert,
27       and it has nothing to do with his expertise.
28       This question goes toward whether Pan American
29       owned those barrels or not.
30       MR. FOSTER:
31       I will move on.
32       THE COURT:

1        Okay.
2        MR. FOSTER:
3        I will move on.
4        THE COURT:
5        Okay.
6  BY MR. FOSTER:
7  Q.    USES, when they did their investigation, it's
8  been testified about, they performed wipe samples?
9  A.    Yes.
10 Q.    All the wipe samples they performed were
11 either in what we call the east room or the west
12 room of that ground floor at the City Hall Annex,
13 correct?
14 A.    I think they took one on their container
15 outside, also.
16 Q.    Okay, you're right. There were no wipe
17 samples taken in any other area of the building, any
18 other area of the ground floor, other than the east
19 room or west room, and no wipe samples take taken on
20 the first, second, third or fourth floor?
21 A.    I'm not aware of any.
22 Q.    Okay. Well, we have no evidence of any
23 others?
24 A.    That's correct.
25 Q.    Okay. And the drums of chemicals were found
26 in what we call the east room, correct?
27 A.    That's correct.
28 Q.    And the wipe samples from the west room,
29 which, as I understand, there was a partition
30 between the rooms.
31 A.    Yes.
32 Q.    The wipe samples from the west room, the

1  average of those was, the pH was 6.23, correct?
2  A.    That's in my report.
3        MR. AMEDEE:
4              I'm going to object. Why don't you direct
5        him? Your Honor --
6        THE COURT:
7              If you have a specific question regarding
8        something in the report, you can refer him to
9        the report.
10       MR. FOSTER:
11             He can look at his report. I have no
12       objection to that.
13       MR. AMEDEE:
14             You are testifying. Ask him a question.
15       MR. FOSTER:
16             He is under cross-examination.
17 BY MR. FOSTER:
18 Q.    What I'm asking is, isn't it true that the pH
19 for the west room, the average pH was 6.23? Isn't
20 that correct?
21 A.    That's what I'm looking up. That is correct,
22 6.23.
23 Q.    And normal is 7.0?
24 A.    Neutral is 7.0.
25 Q.    I'm sorry, neutral is 7.0.
26 A.    Yes.
27 Q.    So it was pretty close to neutral. Let me ask
28 you something else, Dr. Templet.
29 A.    Well, let me correct you there. PH is a
30 logarithmic scale, so 6.23 probably is six or eight
31 times more acidic than a 7.
32 Q.    Okay. Let's look at -- go back to the USES,

ANDERSON v CITY - class certification hearing  9//29/15
145

1  the USES report, and this one is dated --
2        THE COURT:
3              That's actually in Exhibit 4, I think.
4  BY MR. FOSTER:
5  Q.    This is Exhibit 9.
6        THE COURT:
7              I am sorry, 9, at the very back.
8  BY MR. FOSTER:
9  Q.    This is the one we looked at, the
10 December 13th, 1999 report.
11 A.    All right. That's what I'm supposed to be
12 looking for?
13 Q.    Yes.
14 A.    Okay.
15 Q.    It should be a couple of pages in.
16 A.    Is this it?
17 Q.    No. December 13th.
18 A.    Got it.
19 Q.    Okay. And that USES report that's dated
20 December 13th is directed to the New Orleans Fire
21 Department, correct?
22 A.    Yes.
23 Q.    And one of their recommendations, particularly
24 recommendation number six, USES recommended to the
25 City to do some air monitoring -- air monitoring to
26 establish the extent of any airborne contamination
27 as a result of the chemical release they were called
28 to remediate, correct?
29 A.    Yes.
30 Q.    All right. And you have seen no evidence in
31 this case that the City of New Orleans followed
32 USES' recommendations and actually did any air

ANDERSON v CITY - class certification hearing  9//29/15
146

1  monitoring to look for potential concentrations that
2  anyone in the building may have been exposed to?
3  A.    I did not see such a report or any such air
4  monitoring, but it would be a little like locking
5  the gate after the horses left because the drums are
6  gone now. So you don't have the source any more.
7  Q.    We know the report is dated December 13th,
8  four days after the incident, but we don't know when
9  USES actually made the recommendations to the City,
10 whether they made it on December 9th or
11 December 13th?
12 A.    I'm assuming they are making it right here,
13 but by then -- the drums would have been gone, in
14 any event, even if they had put in an air sampling
15 on the 9th.
16 Q.    Do you know the United States Environmental
17 Services?
18 A.    Do I know them?
19 Q.    Have you ever dealt with them?
20 A.    Yeah.
21 Q.    You presume they are competent?
22 A.    Yeah, they seem to be.
23 Q.    All right. And you would assume they made
24 this recommendation for a reason?
25 A.    Yeah. Going forward, they would say, you
26 should use this eight-hour air sampling form, and it
27 would be a good thing to do, but what I'm saying is,
28 the drums are gone now. The source of your problem
29 is gone.
30 Q.    Wouldn't you agree, Dr. Templet, that if the
31 City had followed USES' recommendations, that would
32 have given us some -- maybe not everything you need,

ANDERSON v CITY - class certification hearing  9//29/15
147

1  but it would give us some additional information
2  about what dose or what concentration, if any,
3  anyone in the building was exposed to?
4        MS. LEE:
5              Objection, Your Honor.
6        THE COURT:
7              Sustained. Outside the scope of his
8        knowledge and his expertise.
9  BY MR. FOSTER:
10 Q.    Okay. Now, the Fire Department report that
11 you looked at, that was exhibit number --
12 A.    Is that four?
13 Q.    Four?
14 A.    Yes.
15       MR. FOSTER:
16             That's not what I'm looking for.
17       MS. LEE:
18             No, 28.
19       MR. FOSTER:
20             I'm looking for 28.
21 BY MR. FOSTER:
22 Q.    Dr. Templet, let me let you look at Exhibit
23 28.
24       MR. FOSTER:
25             May I approach?
26       THE COURT:
27             Yes.
28       MR. FOSTER:
29             We have so many books and binders.
30       THE WITNESS:
31             You can just lay it on top, if you want
32       to.

ANDERSON v CITY - class certification hearing  9//29/15
148

MR. FOSTER:

I'm not sure who this one belongs to.  Is that the one I gave you?

THE WITNESS:

Me either.  You want it back?

MS. LEE:

That's mine.

BY MR. FOSTER:

Q.   Thank you, sir.

MR. FOSTER:

May I approach?

THE COURT:

Yes.

BY MR. FOSTER:

Q.   The Fire Department, when they went in the building on December 9th, they did -- they did actually some sort of testing of the air in the building, correct?

A.   They did something, yes.  I'm not sure it was relevant, but they did something.

Q.   That's what we have to work with, right?

A.   Yeah.  But you have to look at what they did and see if it applies.

Q.   I understand.  It says -- am I correct that this report says air monitored all floors?

MS. LEE:

Your Honor -- Mr. Foster, can you advise what page you are looking at?

MR. FOSTER:

CNO 04523.

THE COURT:

That's in Exhibit 28?

MR. FOSTER:

It's in Exhibit 28.

MS. LEE:

Could you repeat that?

MR. FOSTER:

It's Bates stamped CNO 04523.  Do you have it, Miss Lee?

MS. LEE:

Yes.

MR. FOSTER:

May I continue, Your Honor?

THE COURT:

Yes.

BY MR. FOSTER:

Q.   Dr. Templet, am I correct that the Fire Department reported an air monitoring --

THE COURT:

My Court Reporter has to hear you.

MR. FOSTER:

I'm sorry.

BY MR. FOSTER:

Q.   Am I correct that the Fire Department reported that air monitoring of the building to be conducted, we don't know whether it was done, air monitoring of all floors conducted at 0730, 1030 and 0330, using pH paper, PID and CGI negative pH reaction, correct?

A.   That's what it says, yes.

Q.   Then it says 0 PID reading.

A.   Yes.

Q.   Do you know what that is?

A.   Yeah, I do.  It's not going to help you in this case.

Q.   Then it says.  I can't even read the last one.

A.   I can't -- those are just times, I think.

Q.   Okay.

A.   They are telling us how much O2 was there, but we know that already.  So pH paper works as a liquid.  When you dip it in a liquid, if you are going to use it in the air, you have to wet it, and let it sit for awhile so that it picks up some of those acid gases.  I didn't see any description of how they were using it, so I don't know if they did that.

PID is a photoionization detector, and it's only applicable for organic compounds.  It won't pick up acid gases, which are inorganic.  The last one, I don't know what that is, it's some sort of fire instrument, probably having to do with explosive limits, are there organics in the atmosphere, like gasoline that's going to explode.  It wouldn't be useful in this case either.  So the testing they did doesn't tell us anything.

Q.   Well, I understand what you are saying there, but that is -- as far as what occurred on that day in terms of any monitoring or testing of the air, that's all we have, right?

A.   Yeah, but that's like saying I lost my money over there, but I'm going to look here under the street light because the light is here.  The tests are inapplicable.  They don't work for acid gases.

Q.   Now, the results of the wipe tests in the east room and west room, those results, Dr. Templet, you cannot correlate those results with any particular dose that any particular individual may have

received.  Isn't that true?

A.   That is true.  I don't know of any way to correlate it.  You would have to do a big study to find the answer to that, but what it does tell you is that there are acid gases or have been acid gases in those areas where you are doing the wipe tests.

THE COURT:

Wait.  Can you read the question back, please?

(Whereupon, the Court Reporter read back as requested).

BY MR. FOSTER:

Q.   And dose makes the poison, correct?

A.   Excuse me?

Q.   Dose makes the poison?

A.   Well, that's what they say.  I don't really know the answer to that.  You would have to ask a toxicologist.  But the wipe test isn't designed to give you the dose.  It's designed to tell you if there is acid gases in the vicinity and on the material that you are testing.

Q.   It's also correct, Dr. Templet, that none of the drums that USES removed on December 9th, 1999, none of those drums were empty at the time, correct?

A.   I don't -- they didn't say anything about any empty drums, no.

MR. FOSTER:

I think that's all the questions I have for right now, sir.  I appreciate it.

They covered everything.

THE COURT:

Wait, can you record that for me so I can

1  hit play?
2  MS. LEE:
3       Surprise.
4  THE COURT:
5       Surprise, surprise. Redirect? You mean
6  to tell me we might get through two witnesses
7  today? Maybe three?
8  MR. AMEDEE:
9       The plaintiffs are going to finish today,
10  Your Honor.
11  MR. FOSTER:
12       I thought I was pretty brief.
13  THE COURT:
14       Oh, you are?
15  MR. AMEDEE:
16       We have two more witnesses, and one
17  shouldn't be more than a half hour.
18  THE COURT:
19       Who is taking him? Mr. Clayton is gone.
20  MR. GAMBEL:
21       He's coming back. He just wants to ask a
22  few questions, Judge.
23  THE COURT:
24       We know what his few questions are, right?
25       REDIRECT EXAMINATION
26  BY MR. AMEDEE:
27  Q.    You were questioned, Dr. Templet, about
28  Exhibit 28, which is the Fire Department report, and
29  I wanted to ask you, there is a statement in there
30  that states that there were signs of extensive
31  corrosion throughout the entire room.
32       THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
153

1       I think Miss Lee is trying to figure out
2  where you are.
3  MR. AMEDEE:
4       I'm sorry, CNO 4518, and it's in the first
5  paragraph at the top.
6  BY MR. AMEDEE:
7  Q.    There were signs of extensive corrosion
8  throughout the entire room and also the adjacent
9  room. Is that indicative, and does that support
10  your theory that -- your opinion, rather, that there
11  was corrosion -- I mean release of acid gases for an
12  extended period of time in this building?
13  A.    Yeah, I think it does. I mean couple that
14  with the fact that you had complaints all the way
15  back to '83, and it gives you a pretty strong case.
16  Q.    You were also, in that same report, questioned
17  about the letter that was sent by USES, well not in
18  that same report, in the U.S. Environmental report,
19  which is Exhibit No. 9, you remember that particular
20  letter, where they recommended that there be some
21  air monitoring?
22  A.    Yes.
23  Q.    Who was that letter sent to, do you remember?
24       MR. AMEDEE:
25       Can I approach?
26  THE WITNESS:
27       It was sent to the Fire Department.
28  BY MR. AMEDEE:
29  Q.    It was sent to the Fire Department four days
30  later?
31  A.    Yes.
32  Q.    We don't know whether the Fire Department told

ANDERSON v CITY - class certification hearing  9//29/15
154

1  the City anything, do we?
2  A.    I don't know. I see no documentation.
3  Q.    All right. And would air monitoring have done
4  anything to prove the existence of chemicals, once
5  the drums were taken out of the building four days
6  before and the acid on the floor neutralized?
7  A.    Only if there is some residual acid gases in
8  the HVAC system, and I don't know that that's the
9  case.
10  Q.    So it's like you said, it's closing the barn
11  door after the horses have gone out?
12  A.    That's correct.
13  Q.    Am I right in making this statement, that the
14  best evidence of whether or not there were strong
15  acid gases, regardless of whether they were a
16  mixture of acids, whether they were hydrochloric,
17  hydrofluoric or a mixture of all, is the low pHs on
18  the wipe samples and the pH testing on that floor?
19       MR. STEWART:
20       Your Honor, I'm going to object to the
21       question. I think it's going beyond the scope
22       of cross-examination, and I think the
23       questioning at this point ought to be limited
24       to that.
25  THE COURT:
26       Overruled. I believe that that was
27  covered, actually, in his direct as well as --
28  I'm not certain if it was your questioning or
29  Mr. Foster's questioning, but there was some
30  indication regarding the wipes.
31  MR. AMEDEE:
32       And there was also, Your Honor --

ANDERSON v CITY - class certification hearing  9//29/15
155

1  THE COURT:
2       It is overruled.
3  MR. AMEDEE:
4       Overruled, okay.
5  BY MR. AMEDEE:
6  Q.    So, that is the best evidence that whatever
7  was leaking was acidic and was corrosive; is that
8  correct?
9  A.    Yes, and science, technical people like
10  myself, we look for the numbers, we look for the
11  data, and that's the data we have.
12  Q.    One additional question. There is, in this
13  testing, and I don't know -- I'm asking you to
14  interpret it, although it -- this is the air
15  monitoring done by the City, and you said it was
16  not -- by the Fire Department, I should say, it was
17  not effective, and it says --
18       MR. AMEDEE:
19       May I approach the witness?
20  THE COURT:
21       Yes.
22  THE WITNESS:
23       Well, it's not relevant.
24  BY MR. AMEDEE:
25  Q.    It's not relevant, but it says here negative.
26  Can you interpret that?
27  A.    Let me get my other glasses. No, I can't make
28  out that word. Negative reaction, I think. But I
29  explained about the pH paper. It's got to be wet,
30  and you have to let it sit for awhile to pick up
31  acid gas, any acid gases that might be around. And
32  PID is a photoionization detector, so that's going

ANDERSON v CITY - class certification hearing  9//29/15
156

1 to pick up any organics.  If you have gasoline, it
2 would pick up that, or any other organic.  We are
3 talking about inorganic acid gases.  It's not going
4 to pick those up.  I know that as a chemist.
5 Q.     Right.  They would have needed something like
6 a Draeger tube or something like that?
7 A.     Yeah, there are various tests you can do.
8 Draeger tubes are one of them.
9 Q.     There is no evidence that that was utilized or
10 anything like that; is that correct?
11 A.     That's correct.
12         MR. AMEDEE:
13             That's all I have, Your Honor.
14         THE COURT:
15             Thank you.
16         THE WITNESS:
17             Thank you, Your Honor.
18         THE COURT:
19             Please watch you your step.  Have a good
20 day.
21         THE WITNESS:
22             You, too.
23         MR. GAMBEL:
24             Your Honor, we are going call Joe Handlin.
25         THE COURT:
26             Y'all give me a minute, and go ahead on
27 and swear him in.  I will be right back.
28             JOSEPH HANDLIN, after having been first
29 duly sworn or affirmed in the above-entitled
30 cause, was examined and testified as follows:
31             DIRECT EXAMINATION
32

ANDERSON v CITY - class certification hearing  9//29/15
157

BY MR. GAMBEL:
Q.     Could you please state your name?
A.     Joseph Handlin.
     THE COURT:
         Oh, wait.  Let's wait for the defendants
to come in.
     MR. GAMBEL:
         I was starting without them.
         (Whereupon, there was a discussion off the
record).
BY MR. GAMBEL:
Q.     Would you please state your name?
A.     Joseph Handlin.
Q.     And your address?
A.     3301 Cleary Avenue, Suite 100.
Q.     Mr. Handlin, your report and CV have been
admitted into evidence.  Your CV and your report,
does that accurately set forth your qualifications
and your experience and education as a mechanical
engineer?
A.     Yes.
Q.     All right.
     THE COURT:
         Which exhibit is that?
     MR. GAMBEL:
         I'm sorry, it's Exhibit 3A and 3B.
     THE COURT:
         Thank you.
BY MR. GAMBEL:
Q.     How long have you been a mechanical engineer?
A.     Thirty-nine years.
Q.     Thirty-nine years.  And you are licensed in

ANDERSON v CITY - class certification hearing  9//29/15
158

the State of Louisiana?
A.     Yes.
Q.     What is your educational background?
A.     College, BS, MA at Louisiana Tech University.
Q.     And over your 38 years as a mechanical
engineer, what type of work do you do?
A.     Mechanical air conditioning -- consulting --
mechanical consulting engineer, which consists of
HVAC plumbing design, analysis of commercial
building systems that incorporate HVAC and plumbing
design, the investigations and retrofitting of those
systems and examinations of those systems.
Q.     Tell me what HVAC stands for.
A.     Heating, ventilation and air conditioning.
Q.     Okay.  An HVAC system moves air around the
building?
A.     Correct.
     MR. GAMBEL:
         Your Honor, they have agreed to stipulate
to his qualifications, so I'm not going to beat
this dead horse.  We tender Mr. Handlin as an
expert mechanical engineer, in
air flow, HVAC systems, design, operation
assessment and inspection.
     THE COURT:
         I cannot write that fast.  With expertise
in?  I have mechanical engineer with expertise
in --
     MR. GAMBEL:
         Air flow, HVAC systems, designs, operation
assessment and inspection.
     THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
·                           159

         Thank you.
BY MR. GAMBEL:
Q.     I am not sure if I asked you this a moment
ago, but I may have.  Your report that you submitted
in connection with this case, Exhibit 3A, is it true
and correct?
A.     Yes.
     MR. GAMBEL:
         I'm trying to streamline things here,
Judge.
BY MR. GAMBEL:
Q.     What were you asked by the plaintiffs to do in
this case?
A.     I'm sorry?
Q.     What were you asked by the plaintiffs to do in
this case?
A.     I was asked to assess whether or not air could
have moved, the contaminated air could have moved
from room -- the east room in the basement area
throughout the remainder of the building.
Q.     And what was your answer to that question.
A.     Yes, it would.  It did.
Q.     And to respond to that question, what did you
do?  What did you review?
A.     I went to the building on two different,
separate occasions, and I examined certain areas and
then reviewed the plans and applied my knowledge of
the visit with those plans to determine an opinion.
And I also met with a Samuel Harrison, who was a
roving maintenance engineer, who worked at the
building.
Q.     Did you also review any photographs?

ANDERSON v CITY - class certification hearing  9//29/15
160

1    A.    Yes.
2    Q.    And did you review reports of other experts in
3    this case?
4    A.    Yes, I did.
5    Q.    Addressing your opinion that hazardous
6    chemicals could move from the basement area, where
7    the barrels were stored, throughout the rest of the
8    building --
9          THE COURT:
10              I am sorry.  Can I ask a question?
11         MR. GAMBEL:
12              Yes.
13         THE COURT:
14              Your report indicates that you made two
15         site visits, one in November of 2007, and that
16         a second site visit that was made on
17         January 24th, 2008.
18         THE WITNESS:
19              Yes, ma'am.
20         THE COURT:
21              So were the HVAC systems still operational
22         during that time?
23         THE WITNESS:
24              No.
25         THE COURT:
26              And you said you reviewed plans as well?
27         THE WITNESS:
28              Yes.  The original building plans.
29         THE COURT:
30              Okay.
31    BY MR. GAMBEL:
32    Q.    I was going to ask you, in connection with

1    that, you indicated that you reviewed the plans and
2    also did these two site inspections in, did you say
3    2008 and '9?
4    A.    2007 and 2008.
5    Q.    Okay.  In your inspection of the building, did
6    you find instances where the HVAC system had been
7    modified from its original construction 50 years
8    prior and through the time of your inspection?
9    A.    The area that I found the most modification
10   was in the east and west rooms of that corner of the
11   ground floor.
12   Q.    And that would be expected, that a 50-year-old
13   air conditioning system would be modified over the
14   life of the building, over the life of the system.
15   A.    It's not uncommon.
16   Q.    All right.  Let me just get right to it.  What
17   routes did you see by which the chemicals could be
18   carried or transmitted or moved from the basement
19   area through -- throughout the rest of the building?
20   A.    Okay.
21   Q.    If you would like --
22         MR. GAMBEL:
23              Judge, can he stand up and show us?
24         THE COURT:
25              Watch your step, okay?
26         MR. GAMBEL:
27              Your Honor, may I approach?
28         THE COURT:
29              That is so little.  Do you have a copy of
30         that for me in the book?
31         MR. GAMBEL:
32              We do, and this is Exhibit --

1          THE COURT:
2              I am going to give you this.
3          MR. GAMBEL:
4              36-AC-I.
5          THE COURT:
6              If you press this button, you can use that
7          as a pointer, and then you can leave it on
8          there, and you can see it.  And then that way,
9          we can see it.
10         MR. GAMBEL:
11              Would it help if I move it closer?
12         MR. AMEDEE:
13              I will hold it.
14         THE COURT:
15              No, because all of y'all are going to try
16         to be looking at it, too.  If he turns it that
17         way, if you put it on there, and then if he
18         stands -- the pointer is going to be very close
19         to him, so once you put it on there, I will be
20         able to see it.
21              (Whereupon, there was a discussion off the
22         record.)
23         THE COURT:
24              Go ahead.
25    BY MR. GAMBEL:
26    Q.    Mr. Handlin, if you would, why don't you
27    orient us broad --
28         MR. GLEN:
29              I have a bigger copy.
30         THE COURT:
31              Let's do that.
32         MR. GAMBEL:

1              I will just put it in front of mine.
2              After you show her, we will have you draw on
3              the other one.
4    BY MR. GAMBEL:
5    Q.    In you could just orient us?  Tell us, where
6    is Canal Street on this picture?
7    A.    Down here.
8    Q.    Where is Cleveland Street?
9    A.    I'm not sure.  Is Cleveland parallel to Canal?
10   Q.    It is the one --
11   A.    It would be back here.
12   Q.    Where were the chemicals stored?
13   A.    Back in the back part of this room.
14   Q.    And let the record reflect he is pointing to a
15   room listed --
16   A.    This was formerly the paint shop.
17   Q.    Print.
18   A.    I'm sorry, print shop that was subdivided by a
19   partition into the east room and west room.
20   Q.    Okay.  All right.  Let me show you another
21   drawing.  I don't know if you have this one big or
22   not.  Here you go.  This is Exhibit 36-AC-8.  Let me
23   ask you, the drawing we referred to before, AC-1,
24   what is this a picture of?
25   A.    This is a picture of the ductwork, the duct
26   system that served the ground floor.  The ground
27   floor is above -- I mean is below the five upper
28   floors of the building, and what this system
29   showed -- what this plan shows is the arrangement of
30   the ductwork, and there is a unit here that serves
31   this back area.  This area was served by a unit here
32   called GE or fan room, and this area was served by

## Page 165

1  fan room GW.
2       Now, GA was connected to the room GE, and our
3  position -- opinion is that contaminated air flowed
4  from GE into fan room GA, from which fan room GA, it
5  followed a duct path back to GE. And to GE, it
6  would be reconditioned in the fan room and
7  distributed to the upper floors via a duct chase. A
8  chase is a vertical pathway that ducts are routed up
9  to the upper floors to circulate air.
10  Q.   Did I show you 36-AC-8?
11  A.   Yeah.
12  Q.   What does that drawing depict?
13  A.   Okay. This is the ducts in the chase. This
14  is a view of the vertical ducts in the chase.
15       THE COURT:
16            Is that -- I am sorry. Is this a blowup
17       of what was on that big one?
18       THE WITNESS:
19            No.
20       MR. GAMBEL:
21            No. This is going up.
22       THE COURT:
23            Okay.
24       MR. GAMBEL:
25            This is --
26       THE COURT:
27            That is the ground floor, the basement?
28       MR. GAMBEL:
29            This is a bird's eye view of the ground
30       floor, and this is the rest of the building on
31       a vertical.
32

ANDERSON v CITY - class certification hearing   9//29/15

## Page 166

1  BY MR. GAMBEL:
2  Q.   Let me ask you, what is this area down here?
3  A.   That is the fan room.
4  Q.   So this is the ground floor?
5  A.   Fan room GE.
6  Q.   What do these lines over here indicate?
7  A.   This is the first floor, second, third, fourth
8  and fifth floor, and this was the equipment
9  penthouse.
10  Q.   Was there HVAC equipment also in the penthouse
11  on the roof?
12  A.   Yes. Yeah.
13  Q.   So you have HVAC systems feeding the building
14  from the ground floor and from the penthouse; is
15  that correct?
16  A.   Yes. And the ducts fed from both directions.
17  Several served the same floors. And they returned
18  air from the same floors back to these units. So
19  via this riser, air communicated from this fan room
20  to this fan room, this floor. And, similarly, on
21  the other side of the building was a similar chase,
22  from west room and west penthouse, and those ducts
23  were similarly arranged in a similar chase to
24  distribute air, conditioned air to zones on the
25  upper floors.
26  Q.   Now, were these systems, with the air coming
27  from the top and the air coming from the bottom,
28  were they interconnected?
29  A.   Yes.
30  Q.   Let me ask you, a building -- well, let's ask
31  about 2400 Canal Street. Is that a sealed building,
32  in which positive pressure is maintained?

ANDERSON v CITY - class certification hearing   9//29/15

## Page 167

1  A.   For practical purposes, it is.
2  Q.   What does that mean when a building is
3  positively pressurized?
4  A.   It's intended to positively pressurize a
5  building so that moisture is not introduced through
6  a doorway or a window. To maintain a positive
7  pressure, the benefit is when you open the front
8  door to a building, you want the air to flow out of
9  the building, and you will feel that in your face in
10  a positively-pressurized building.
11       And what that does is it prevents moisture
12  from just coming in from untreated humid air to
13  entering the building, coming up to the cooler
14  surface, which would be a diffuser at the ceiling,
15  condense, stain the ceiling tiles and drip down on
16  the floor.
17  Q.   So this building is basically a closed
18  environment?
19  A.   As originally designed.
20  Q.   All right. But in that closed environment,
21  there were also some exhaust fans to take air out of
22  the building, correct?
23  A.   Yes.
24  Q.   Where were these located? Just generally.
25  You don't need to --
26  A.   In the penthouse, it had exhaust risers. You
27  had several exhaust risers, taking exhaust from
28  toilet rooms on these floors, and then that was
29  typical of the upper five floors, and then, in the
30  back part of the ground floor, you had two exhaust
31  fans there.
32  Q.   Okay. How about in the print room that you

ANDERSON v CITY - class certification hearing   9//29/15

## Page 168

1  showed, was there or had there been an exhaust fan
2  there on the original drawings?
3  A.   Yes. It was right above here.
4  Q.   And why would you have an exhaust fan in a
5  print room?
6  A.   The print room -- the exhaust fan for the
7  print room exhausted air from the print room itself.
8  Q.   Smells and chemicals, that sort of stuff?
9  A.   Yes, because air was never returned from the
10  print room to GA that originally served this room.
11  This was all exhausted, and there was air that was
12  distributed elsewhere. This was a kitchen, and it
13  was exhausted.
14  Q.   Now, when you inspected the building, was the
15  exhaust fan in the print room operational?
16  A.   It was -- the duct was capped off. So there
17  was no longer exhaust from the print room.
18  Q.   Okay. In addition -- let me back up and go
19  back a minute, just so we can do this. Referring
20  you to AC - 36-AC-1, could you take a pen and
21  basically draw the route by way of the air
22  conditioning, HVAC system that airborne chemicals
23  could be taken from the print room through to the
24  rest of the building?
25  A.   Well, could I show you the other drawing also?
26  The modified sketch?
27  Q.   Yes. Would this help you?
28  A.   Yes.
29  Q.   I'm referring, at the witness's request, to --
30  I wish I could see better, 3A.
31  A.   Okay. This is somewhat of a blowup sketch of
32  what I drew on my second visit there. And what it

ANDERSON v CITY - class certification hearing   9//29/15

1  shows is, here is the east and west room, and the
2  duct system was modified, and what was once a supply
3  duct was now a return.
4  Q.     What is a supply duct, and what is a return?
5  A.     Okay. When you have a cooling coil, you are
6  treating the air, you are filtering the air or you
7  are heating the air, and you have a fan that will
8  blow it throughout the building.
9  Q.     And the fan that blows out is your supply
10 duct?
11 A.     It's a duct to serve an area.  That's a zone.
12 And the thermostat adjusts the air temperature to
13 satisfy that zone.  And then the air is typically
14 returned back to that unit to be reconditioned.
15 That's a return duct.  So this ductwork was modified
16 to accommodate an air conditioning unit, we call it
17 air handling unit E for east room, and there was
18 another one added to the west room, AHUW.
19        And what we say happened is that the air that
20 was in this room was called contaminated air, was
21 drawn into this unit, and it was ducted -- you had
22 two different duct paths, but this one would have
23 circulated within this room through supplied grills,
24 and this duct would have brought it over to the west
25 room, where it would supply air through those
26 grills, and then it would back feed into fan room GA
27 that housed air handling unit GA.  Now, another
28 path --
29 Q.     Excuse me, let me stop you there.  From there,
30 it would have been taken up into the building?
31 A.     Not directly.  From here, this return grill
32 also went into fan room GA.  Now, fan room GA was

1  connected by this duct to fan room GE, and going
2  back to this plan --
3  Q.     Referring to 36-AC-1.
4  A.     Here is fan room GA.  That other duct would
5  have come back through here into here, and then
6  there was that other -- I'm sorry, there was a
7  return here that went into GE, and then this duct
8  would have gone down here, and this duct goes down
9  below this stairwell, and below this stairwell, it
10 would join this air coming down this riser.  That's
11 here.  It would come down into this space through
12 this duct here, and it would be drawn into -- do you
13 have the air handler -- fan room?
14        MS. LEE:
15             Your Honor, if possible, could the witness
16        use any identifications on the map?  He keeps
17        saying here and here, and if there is anything
18        that he can use that's already on the map to
19        identify what here means, that would really
20        clear up the record.
21        MR. GAMBEL:
22             Let the record reflect that on AC --
23        36-AC-1, the witness has drawn a line.
24 BY MR. GAMBEL:
25 Q.     Could you mark, I know this is the print room,
26 could you maybe circle or put a B here for where the
27 barrels were?
28 A.     Oh.
29 Q.     I know they weren't there when you were there,
30 but --
31        THE COURT:
32             Let's do this.  Do east room and then west

1        room.  Since that is what we have been
2        referring to.
3        MR. GAMBEL:
4             Let the record reflect he has marked with
5        a pink pen a circled B for barrel and then east
6        and west, at Your Honor's suggestion.
7  BY MR. GAMBEL:
8  Q.     Now, tell us, there is a pink line that
9  starts --
10 A.     Where this --
11 Q.     -- at the bottom, and you have drawn a square.
12 What does that square indicate?
13 A.     That was air handling unit E.
14 Q.     Okay.
15 A.     It was taking air out of this room into it.
16 Q.     Indicating the east room.
17 A.     And the fan would have pushed that air into
18 the duct, and it would have served here, here.
19 Q.     Indicating on 3A.
20 A.     The east room, west room, and it would have
21 gone back to GA.  And once in GA, it would have been
22 drawn out of this room to fan room GE, and once in
23 GE, it gets circulated up those vertical ducts that
24 go to the upper floors.
25 Q.     Okay.  And those are the ones you are
26 referencing on 36 -- 36-AC-8?
27 A.     Yes.
28 Q.     Let me show you this.  I'm going to show
29 you -- well, let me show you a photograph that's
30 been marked -- that was taken on July 2nd, 2002,
31 which has been marked Exhibit 11-1.  Can you tell
32 the Court what that is?

1  A.     Okay.  Here is the air handling unit E.  That
2  is the air conditioning unit in the east room.
3  Q.     Which, if you show on your drawing, where --
4        THE COURT:
5             I'm sorry, you said that is 11-A, that
6        picture?  Or 11-1?
7        MR. GAMBEL:
8             It's 11-1.  Hang on, Judge, I have
9        glasses.  I'll read this for you now.  Yes,
10       11-1.
11       THE COURT:
12            All right.
13 BY MR. GAMBEL:
14 Q.     You have shown us where that is.  Can you
15 point again, Mr. Handlin?
16 A.     Okay.
17 Q.     What does that photographic depict?
18 A.     This is air handling unit E, with the front
19 cover removed, and this is the scroll.  It's hard to
20 see.  I don't know if you have a blowup of this one?
21 Q.     No. No.
22 A.     Okay.  That's it, okay.  But anyway, the fan
23 scroll is what -- the fan moves air.  It creates a
24 difference in pressure.  That's why a fan -- that's
25 why air moves, and it draws air through a cooling
26 coil.  It looks as though this was a louvered face
27 back here.  It would have drawn air from this room
28 into that louvered face, across a cooling coil, and
29 the fan would have pulled it up and then sent it
30 through this ductwork to those rooms we spoke about.
31       Now, it's hard to see, but this fan was
32 severely corroded, like nothing I have ever seen in

1  a normal air conditioning practice.
2  Q.    Let me ask you this. There is also a door
3  here.
4  A.    Yeah.
5  Q.    Does that door lead through to the rest of the
6  building?
7  A.    Yes. This was -- this area was somewhat
8  modified. There used to be a toilet room here, but
9  I don't think that was on -- this is a corridor
10  behind here now. It didn't show as a corridor
11  originally, and I believe this is an office space
12  here, but this door went to a corridor, and right
13  here is actually a stairwell.
14  Q.    Would that stairwell also be a route of
15  movement of air?
16  A.    Yes.
17  Q.    And chemicals?
18  A.    There were many passageways of air to
19  circulate throughout the building. It could go
20  through a doorway, a stairwell, an elevator shaft.
21  Q.    Was there an elevator shaft that went to the
22  ground floor?
23  A.    Yes. There were four elevators.
24  Q.    How would an elevator move contaminated air
25  throughout the building?
26  A.    It's a vertical shaft, and the motion of cars
27  going up and down are going to create turbulence or
28  pressure differences in the elevator that, again,
29  air is going to flow when there is a pressure
30  difference on the side -- on either side of an
31  opening.
32  Q.    All right. Just for completeness, you had

ANDERSON v CITY - class certification hearing   9//29/15

173

1  asked for a photograph that showed this air handler
2  more closely. I'm going to show you what has been
3  marked as 11-I. Does that help you explain to the
4  Judge whatever you were going to explain to her?
5  A.    Yes.
6       THE COURT:
7           I have it.
8       THE WITNESS:
9           Okay.
10  BY MR. GAMBEL:
11  Q.    Go ahead. Are you going to point to
12  something? She can follow.
13  A.    Yeah. As you can see, this scroll was
14  severely corroded. There is a big hole in it. It
15  was eaten up.
16  Q.    How far is that air handler away from the
17  wall? Is it situated against the wall or does it
18  suck from all sides?
19  A.    It's about three inches off the wall, three or
20  four.
21  Q.    Okay.
22  A.    And this appears to be the inlet, these
23  louvered openings here. So it would have drawn air
24  through this -- from this room, through these coils,
25  the coils are no longer there, but through the fan,
26  and then through the duct system.
27  Q.    Now, even without this unit operating, would
28  air still move throughout the building?
29  A.    Yes.
30  Q.    And how is that?
31  A.    Again, there are several ways. Going back to
32  our floor plan with the pink on it.

ANDERSON v CITY - class certification hearing   9//29/15

174

1  Q.    Referring to AH -- 36-AH-1?
2  A.    Yes. The equipment -- the fan room GE below
3  here is a large fan room with several fans in it
4  that circulates the air to the upper floors, and it
5  would have drawn air from this room or even this
6  room, it would have drawn air back as a return, just
7  as it would have pulled air from the upper floors.
8  Again, air moves when there is a difference in
9  pressure.
10  Q.    So, in short, it's your opinion, if that's the
11  right word, it's your mechanical engineering view
12  that air would have moved from the air in the print
13  room, east print room where the chemicals were
14  originally stored, and circulated throughout the
15  building, either through the HVAC system, through
16  the elevators or through corridors and stairwells;
17  is that correct?
18  A.    Yes. There were several paths.
19  Q.    Now, if chemicals were leaked over a longer
20  time, would that result in a greater amount of
21  chemicals being circulated throughout the building?
22  A.    Yes.
23       MR. GAMBEL:
24           Your Honor, we will tender the witness.
25       MR. GLEN:
26           One minute, Your Honor.
27       THE COURT:
28           All right.
29              CROSS EXAMINATION
30  BY MR. GLEN:
31  Q.    Mr. Handlin -- I'll get back down here. I
32  will get up here when I talk about that.

ANDERSON v CITY - class certification hearing   9//29/15

175

1       THE COURT:
2           You can have a seat.
3       THE WITNESS:
4           Okay.
5  BY MR. GLEN:
6  Q.    So if I understand your opinion correctly, fan
7  GE pulled contaminated air, as you used it, from the
8  east room, through fan room GA, into fan room GE,
9  and then circulated it throughout the building?
10  A.    That is the most direct, largest pathway.
11  Q.    All right. You also mentioned that there was
12  communication through doorways, stairwells, elevator
13  shafts, things of that nature; is that correct?
14  A.    Yes.
15  Q.    Did you mention that in your report anywhere?
16  A.    I believe I did. I believe I mentioned the
17  elevators.
18  Q.    If you wouldn't mind, do you have a copy of
19  your report in front of you?
20  A.    No, I don't.
21  Q.    I've got a copy.
22       THE COURT:
23           3A?
24       MR. GLEN:
25           Yes, ma'am.
26  BY MR. GLEN:
27  Q.    I could be wrong. I just don't recall that in
28  your report. So if you could find it and let me
29  know, I would appreciate it. And, again, I may have
30  just missed it.
31  A.    Oh, it may have been in the deposition.
32  Q.    I got your deposition transcript, and I

ANDERSON v CITY - class certification hearing   9//29/15

176

**Page 177**

1  reviewed it pretty thoroughly, and I don't recall
2  that being --
3      MR. GAMBEL:
4          Your Honor, it's irrelevant. If he wants
5  to ask him questions about it, he can ask him
6  questions about it.
7      MR. GLEN:
8          Well, if it wasn't in his report, I'm
9  going to move to exclude it. This is news to
10 me that we have communication throughout the
11 building of contaminated air through
12 stairwells, doorways, elevator shafts. It was
13 not in his report, and I don't recall deposing
14 him on it.
15     MR. GAMBEL:
16         I think the report and deposition speak
17 for themselves.
18     THE COURT:
19         Well, but the deposition is not coming
20 into evidence.
21     MR. GLEN:
22         Correct.
23     THE COURT:
24         It is his testimony, and his testimony, as
25 it relates to your final question, how did the
26 air move, and his testimony was that it moved
27 from the east front room through corridors,
28 stairwells, elevator shafts, and so that -- his
29 question as to whether or not he stated that in
30 the report or not. But if he has testified to
31 it, then you can simply cross-examine him on
32 why it was not contained in his report.

**Page 178**

1      MR. GLEN:
2          Fair enough. Fair enough. I'll take that
3  back.
4  BY MR. GLEN:
5  Q.    Now, to come up with your opinion that fan
6  room GE pulled air through the east room and
7  circulated it through the building, you made a
8  number of assumptions, did you not?
9  A.    Yes.
10 Q.    Tell the Court the assumptions that you made
11 to create that -- to come up with your opinion.
12 A.    Okay. Originally, there was a fan GE-6 below
13 that stairwell, and the way the building was
14 originally designed -- can I show you up here?
15 Q.    Sure.
16 A.    If you remember, the print shop was exhausted.
17 There was a grill here that went up to an exhaust
18 fan on the roof, and a certain amount of air was
19 pulled out of here, and what happened was, where the
20 return air shaft came down here, below this stair
21 was the fan. It was called GE-6. And GE-6 would
22 draw return air out of this shaft and pump it into
23 this fan room GA to supplement the air that was
24 exhausted from room E.
25     Now, since room E was no longer a print shop,
26 they capped that exhaust grill, and also, air that
27 apparently made up the storage room that was
28 interconnected to a kitchen with a hood, fan GE was
29 no longer necessary. And so -- in fact, if GE ran,
30 it would create a conflict of running any other
31 units, such as GE, it would have forced air
32 backwards into the duct system, and air handling

**Page 179**

1  unit E or air handling unit W would not have worked,
2  and you would have over-pressurized this space.
3  Q.    So if I can recap, you are assuming -- let's
4  back up a second. You inspected the building in
5  2007 and 2008?
6  A.    Yes.
7  Q.    You don't know when AHUE was installed,
8  correct?
9  A.    No.
10 Q.    You don't know when AHUW was installed,
11 correct?
12 A.    No.
13 Q.    You don't know when this room was partitioned?
14 A.    Correct.
15 Q.    You don't know when the ductwork was changed?
16 A.    Modified, correct.
17 Q.    Modified. Fair enough. You also mention in
18 your report that there were some dampers on the roof
19 in the penthouse room, correct?
20 A.    Yes.
21 Q.    And you said in your report that you believed
22 those dampers were pneumatically controlled,
23 correct?
24 A.    Uh-huh, yes.
25 Q.    And that they would fail to a closed position,
26 correct?
27 A.    Yes.
28 Q.    And if they did fail to a closed position,
29 that would be one less source of fresh air into the
30 building, right?
31 A.    Yes.
32 Q.    Now you went onto the roof in 2007, right?

**Page 180**

1  A.    Yes.
2  Q.    Did you inspect --
3  A.    2008.
4  Q.    Okay. 2008. Did you inspect the dampers --
5  A.    No.
6  Q.    -- at that time?
7  A.    No.
8  Q.    So you didn't get a model number?
9  A.    No.
10 Q.    You don't know if they were pneumatic?
11 A.    No.
12 Q.    Okay. And you don't know if they were closed?
13 A.    No.
14 Q.    And I believe you based your opinion that they
15 were closed was because the system would not be
16 maintained, and they would fail, and they would
17 close, correct?
18 A.    Correct.
19 Q.    All right. But you don't know any of that?
20 A.    Correct.
21 Q.    All right. So another assumption that you
22 made was AHUE was working?
23 A.    At one time.
24 Q.    At one time. But you don't know when it was
25 working?
26 A.    Correct.
27 Q.    Did it stop working at any time, that you know
28 of?
29 A.    Apparently so.
30 Q.    Now, if you will recall from your deposition,
31 we looked at some pictures of AHUE that USES took in
32 1999, and you told me that it would not function

1   because it didn't have a door on it. Do you recall
2   that?
3   A.      I didn't take the pictures in '99.
4   Q.      Correct, but we discussed them. And we can
5   look at them again, if you would like to, but we
6   discussed the pictures in '99, and I asked you if
7   AHUE --
8        MR. GAMBEL:
9            Your Honor, objection. He needs to just
10       ask a question. If the question is, does it
11       work without the cover? Just ask that
12       question. All about what he asked in the
13       deposition is improper.
14       MR. GLEN:
15           That's fine. That's fine.
16   BY MR. GLEN:
17   Q.      Would AHUE work without a door on it?
18   A.      No.
19   Q.      Let me find the page. We will make this
20   easier.
21       MR. GLEN:
22           So this is 10U. I have got you a copy, if
23       that makes it any better.
24       THE COURT:
25           I have a copy.
26       MR. GLEN:
27           All right.
28   BY MR. GLEN:
29   Q.      So this is Exhibit 10U in the exhibit book,
30   and we went over this picture in your deposition, if
31   you will recall. It's been established that this is
32   AHUE; is that correct?

1   A.      Correct.
2   Q.      In this condition, would AHUE function?
3   A.      No.
4   Q.      All right. So you assume that the dampers
5   failed closed upstairs. You assumed that AHUE was
6   working, but we have shown that, at least on
7   December 9th, 1999, AHUE was not working.
8   A.      I don't know if that's correct.
9   Q.      All right. You can explain.
10   A.      December 9th 1999, it might have worked that
11   day.
12   Q.      You just told me that it would not work in
13   this condition?
14   A.      Is that the condition it was on December 9th?
15   Q.      Yes, sir. As far as we know. These pictures
16   were taken on or about December 9th, 1999, by United
17   States Environmental Services?
18   A.      Did they clean this unit up?
19   Q.      Not that I'm aware of.
20   A.      Okay. Did they touch this unit at all? They
21   took wipes on it.
22   Q.      Let me ask the questions. All right. So at
23   least in this picture, that is a nonfunctioning
24   unit, correct?
25   A.      Correct.
26   Q.      All right. So we have got two assumptions.
27   And then you make a third assumption, sort of along
28   the line of the new ductwork, there were some
29   dampers you added in, correct?
30   A.      Correct.
31   Q.      And these dampers could do what?
32   A.      You could isolate one room from the other, and

1   we could have served just this room or just this
2   room, and isolated this unit, but the dampers were
3   open, so -- in the position that I saw it, so it
4   served the east room, the west room and would have
5   back-fed air handling fan room GA.
6   Q.      Now you saw the dampers in an open position in
7   2008, correct?
8   A.      Yeah.
9   Q.      But you don't know what position they were in
10   any time prior to that?
11   A.      Correct.
12   Q.      And you don't know when those dampers were
13   added to the system?
14   A.      It was added when the duct was added.
15   Q.      But we don't know when -- you don't know when
16   the duct was added?
17   A.      Correct.
18   Q.      All right. So three assumptions. The roof,
19   AHUE and the dampers being open. All right. The
20   next assumption you make, correct me if I'm wrong,
21   is AHUGA was nonfunctioning; is that correct?
22   A.      I didn't know that.
23   Q.      Okay. Let's get --
24   A.      We did say it would not have functioned when
25   either of these units were on.
26   Q.      Okay. So you said earlier you assumed that
27   AHUE was functioning?
28   A.      Yeah, at one time.
29   Q.      So if AHUE was functioning, AHUA would not be
30   functioning?
31   A.      Correct.
32   Q.      So the air is coming through here. It comes

1   into GA fan room, and then your next assertion is
2   that it comes through this duct into here, and this
3   gets into fan room GE and carries it through the
4   building?
5   A.      Yes.
6   Q.      All right. So correct me if I'm wrong, the
7   next assumption you make is the fan that would have
8   blown air into fan room GA, and that is fan GE-6 on
9   the prints, you say that that is not working,
10   correct?
11   A.      Right.
12   Q.      All right. So to recap the assumptions, the
13   roof failed closed, AHUE was working, the dampers
14   were open, AHUA was nonfunctioning, and fan GE-6 was
15   nonfunctioning?
16   A.      Correct.
17   Q.      Is that a fair statement?
18   A.      Yes.
19   Q.      So with all that in mind, fan room GE-6, the
20   suction created by -- excuse me, fan room GE is
21   pulling air basically in this route right here?
22   A.      Yeah.
23   Q.      All right. Now, there was a fresh air vent
24   that fed fan room GE, correct?
25   A.      Right here.
26   Q.      And how many cubic feet a minute --
27   A.      Okay. We would have to go to a different
28   drawing. Can I use this one?
29   Q.      Sure. Just don't draw on that, if you don't
30   mind.
31   A.      Okay. This is the ground floor basement fan
32   room area, and this is the large equipment. The

1  ductwork, as seen on the ground floor, is above
2  this. And here is the large equipment room. We
3  have boilers, chillers. This chills water to
4  circulate through the cooling coils. We have pumps
5  and other equipment related to the operation of the
6  building. This is fan room GE.
7      Now, there is a fan room GB, and now here is
8  fan room GW? Okay? Here is where those ducts go up
9  the riser chase to serve the upper floors, and those
10 ducts all — the return ducts empty into this little
11 room here. This little room has a screen.
12     THE COURT:
13         Do me a favor. The light is hitting it,
14     so I cannot see anything on that side.
15     THE WITNESS:
16         Is this better?
17     THE COURT:
18         There you go. That is much better.
19     THE WITNESS:
20         Okay. The air comes down this shaft, and
21     it comes through this woven wire mesh
22     partition. It comes through this opening.
23     Now, this is a wall here for GE. This is a
24     metal, like on a ship, floor to floor above.
25     This separates this air path all the way here
26     to here. The only opening is here, and this is
27     a bank of filters.
28         So the air would come down this shaft, and
29     it would come through this opening, around this
30     little alleyway, let's call it, between the
31     steel and the exterior wall, and it could come
32     around here into these filters. Once it goes

ANDERSON v CITY - class certification hearing  9//29/.5
185

1      through the filters, it's getting pulled
2      through the cooling coils.
3          Now, that's fan room GE. Fan room GE has
4      a separation here. That's the steel bulkhead.
5      Here is a door. I walked through this door. I
6      saw these filters. I walked around here. I
7      saw that wire mesh opening in the wall.
8          Now, there is a similar steel bulkhead
9      wall here. That separates fan room GB. Here
10     is fan room GB, okay. Now, here is the shaft,
11     the outside air shaft that goes up to a
12     terrace. The terrace — the front of the
13     building has stairs that rise up to the first
14     floor, and there is a grass-covered terrace
15     surrounding the front of the building.
16         This shaft is a concrete shaft that
17     extended up above the ground about a foot. So
18     air is drawn down this shaft, and it's drawn
19     into these filters of fan room GB, okay, and it
20     says 24,000 CFM. Okay. Once it goes through
21     these filters, it goes through a well water
22     coil. They use well water to cool the
23     chillers, but they also use well water to
24     precondition the air that's circulated in the
25     basement, and the fresh air to the building.
26         And, okay, so now there are two fans in
27     fan room GB. For GB-1, this circulated air
28     within the mechanical equipment room, and it
29     went out of the mechanical room through a
30     similar shaft on the other side of the
31     building, and that was — the amount of air is
32     shown on the fan schedule, but the remaining

ANDERSON v CITY - class certification hearing  9//29/15
186

1      amount of air would have gone through fan GB,
2      and looking at the other plans, you see one
3      duct going from GB all the way around into fan
4      room GW, and then the other split of this duct
5      would come around to fan room GE.
6  BY MR. GLEN:
7  Q.    All right. So, if I can summarize?
8  A.    Fan GB-2 would have to work to supply the
9  amount of air that is on the schedule shown for
10 GB-2, and the dampers in the ducts going to this
11 room and that room would have to be adjusted for
12 that amount of air. If GB-2 was open — was
13 working.
14     If GB-2 was not working, fan room GE still
15 would have drawn some air through this path, and fan
16 room GW would have drawn fresh air through that
17 path.
18 Q.    All right. So, again, back to the assumption
19 that the damper on the roof was closed, you make
20 that assumption.
21 A.    Okay.
22 Q.    Correct?
23 A.    Yeah.
24 Q.    And that is forcing — that is limiting the
25 fresh air to fan room GE?
26 A.    It's changing the balance of the system.
27 Q.    Understood. All right?
28 A.    It's making this more negative, if that were
29 the case.
30 Q.    Right. All right. So you are assuming that
31 GA is not working. You are assuming that GE-6 is
32 not working, and GE-6 —

ANDERSON v CITY - class certification hearing  9//29/15
187

1  A.    Is right here.
2  Q.    Here, and that ties in directly to fan room
3  GA, correct?
4  A.    Close to GA.
5  Q.    So that's your main source of connection to
6  the east room?
7  A.    The main probable path.
8  Q.    All right. But you don't know whether fan
9  GE-6 was working or not?
10 A.    It wouldn't make sense for it to work because
11 it would have affected the performance of any of the
12 other units except GA.
13 Q.    Okay. And, in fact, when you were there in
14 2008, the duct from fan GE-6 going into fan room GA
15 was blocked, correct?
16 A.    It appears as though someone had tried to
17 cover it.
18 Q.    All right. So if it was blocked, does that
19 not cut off the main source of communication between
20 fan room GE and fan room GA and, thus, the east
21 room?
22 A.    You know, people have a hard time of picturing
23 air flow. It's like a fish in the water. Does the
24 fish know it's in water? If that was a hole in the
25 boat, we would be in trouble. Yes, air would flow
26 through it. Water — air flows easier than water.
27 Q.    All right. So you are saying that if — help
28 me understand this because if the ductwork to fan
29 GE-6 was blocked, how could fans in the room GE pull
30 air through it if that duct was blocked?
31 A.    It was poorly blocked.
32 Q.    What do you mean by poorly blocked?

ANDERSON v CITY - class certification hearing  9//29/15
188

A.   It looked like it was a piece of felt, lightly
taped in place. It was not an airtight seal.
Q.   Did you closely inspect it?
A.   No.
Q.   Okay.
A.   But I mean I could see it. It was not a tight
seal.
Q.   Okay. But would it have inhibited air flow?
A.   As opposed to being fully open?
Q.   Yes.
A.   Yes.
Q.   All right. And, again, we don't know whether
fan GA was off or whether GE-6 was off?
A.   GE-6 wouldn't have been on. It -- GE-6 pushed
6,000 CFM, and from my appreciation of that unit,
GE -- air handling unit E, this was about a 10-ton
unit. A 10-ton unit would have pushed 4,000 CFM.
So you have 6,000 CFM coming in from GE-6, and four
coming out of here, it would have disrupted the
circulation of air handling unit E.
     Furthermore, in order to get air from GE-6 to
GA, GE-6, if you look on the schedule, is a five
horsepower air handling unit with a static pressure
of two inches. That's a lot of pressure. Without
GE-6 being on, that air would have come back this
way.
Q.   You are assuming again that AHUE is
operational, correct?
A.   Or W.
Q.   Okay. Now, did you -- speaking of W, did you
inspect W closely?
A.   Not closely.

Q.   So you don't know whether it was operating and
when it was operating?
A.   No.
Q.   You mentioned quite a few times in your report
that the air was contaminated. What do you mean by
contaminated?
A.   If the air was contaminated, from what we
understand, and even Dr. Williams' testimony
yesterday, she said if the containers are open or at
least that air, the vapor pressure of that chemical
will combine into the air.
Q.   So you are basing your contamination
statements on the other expert reports that you
read?
A.   Yes, and Dr. Templet.
Q.   Okay. But you don't know what -- you
personally have no knowledge of what chemicals might
have leaked and so forth?
A.   Just what were in the other reports.
Q.   Okay. You talked a lot about corrosion in
your report. Do you hold yourself out as an expert
in corrosion?
A.   No, I do not.
Q.   Okay. Does any of your education bear on
corrosion specifically?
A.   Just a casual familiarity of it.
Q.   Okay.
A.   I know what corrosion looks like.
Q.   How about any of your prior work experience,
does any of that deal with corrosion specifically?
A.   Not specifically.
Q.   Do you know what caused the corrosion that you

witnessed on your site visits?
A.   I would assume it would have been the
contaminated air. I think that would not be a
stretch.
Q.   Was it after Katrina, your visits?
A.   Yes. But the pictures before Katrina showed
the same corrosion on the equipment.
Q.   Could condensation on the ductwork have caused
the corrosion that you saw?
A.   From what I understand, for this particular
acid, moisture exacerbates the corrosive effect, and
also velocity. And the velocity of the fan, the
velocity is increased -- when you have a change in
velocity, it's either accelerating or decelerating,
so the change in the air speed that goes through the
fan to create the pressure difference for air to
move down the ductwork, you increase the velocity,
and the acidic, corrosive air is more corrosive at a
higher velocity, and also the fact that when you
pull air across a cooling coil, the temperature of
the air is approaching the dew point, and that's the
condensate that you see coming off a dripping coil.
     So when it comes out of the cooling coil, it
is saturated. It is a hundred percent moist. So
that moisture adhering to the scroll of the fan and
the fan wheel may make it more corrosive, and the
air that comes out of the supply grill is similarly
at a high dew point.
Q.   I'm not sure you answered my question. Let me
try to rephrase it.
     MR. GAMBEL:
          Objection. He answered his question. If

he wants to ask a question --
     THE WITNESS:
          And then some.
     THE COURT:
          Since you asked him if he is an expert in
corrosion and then you proceeded to ask him a
question about corrosion.
     MR. GLEN:
          Fair enough.
BY MR. GLEN:
Q.   My question was, could water or condensation
have been the sole cause of the corrosion that you
saw?
A.   No, not to this extent. This looks highly
abnormal for a normal-functioning system.
Q.   Now, why do you say highly abnormal?
A.   I've never seen that in a normal-functioning
system. It looks like it could have been sitting in
a garbage dump for 30 years.
Q.   Well, we know it sat in Katrina, correct?
A.   I'm sorry?
Q.   We know it sat in Katrina water for a few
weeks, correct?
A.   This was above the water of Katrina.
Q.   That's a good point. How deep was the water?
A.   There is a waterline here that's shown on this
picture, an apparent water line on Exhibit 10U, and
that is, I think I said in the deposition, it was
about two to two and a half feet below the fan.
Q.   Standing on the ground, you know, how high was
it?
A.   Okay. Three feet was the water line.

1  Q.   Okay.
2  A.   I would say, I don't know, five feet would
3  have been the fan.
4  Q.   All right. Well, you said AHUE you believe
5  was operational because of the corrosion that you
6  saw, correct?
7  A.   At one time.
8  Q.   All right. You went in fan room GE, did you
9  not?
10  A.   Yeah.
11  Q.   Did you see any abnormal corrosion in fan room
12  GE?
13  A.   Not beyond what you would normally expect for
14  post-Katrina.
15  Q.   Okay.
16  A.   And I did not examine the fan itself nor the
17  coils of GA or GE. Did you say GE or GA?
18  Q.   I said GE.
19  A.   Oh, GE. Now, GE, I did go, if I can draw
20  here, or point here, I did go through this common,
21  for lack of better words, corridor between the two
22  fan rooms, and I did look into fan room GE, and I
23  saw these fans. They looked in very poor condition,
24  and they looked old, they looked original. And on
25  this column, I saw a spaghetti work of pneumatic
26  tubing, and --
27  Q.   And that's in fan room GE?
28  A.   That's in fan room GE. Now, if I would have
29  gone further down this hall, and I would have looked
30  in this door, then I would have seen the coils.
31  There is a passageway between the coils, but at that
32  time, we did not understand the nature of the

1  problem, and we did not look there.
2  Q.   So you did no, I guess, detailed investigation
3  of fan room GE?
4  A.   No.
5  Q.   You did a cursory inspection of fan room GE?
6  A.   We just happened to go through there and saw
7  it for what it was.
8  Q.   And I believe you testified that you saw no
9  abnormal corrosion in GE, outside of what you
10  attributed to Hurricane Katrina?
11  A.   Yeah. Well, looking at the fan, the fan is
12  drawing through the coils. You don't see the coils
13  from this opening. You don't see the inlet scroll
14  of the fan. The fan inlet scroll is in a plenum on
15  the other -- on the other side where the coils -- on
16  the discharge side of the coils.
17  Q.   Now, why didn't you see significant corrosion
18  on GE, on the fans in GE, like you saw in AHUE?
19  Assuming those fans were pulling corrosive air --
20  A.   Yeah.
21  Q.   -- into GE, why did you not see the same
22  amount of corrosion as in GE?
23  A.   We did not see the air path of GE. We saw the
24  outer part of the scroll, but we did not see the
25  inner part of the scroll.
26  Q.   Okay.
27  A.   Now, you know, chances are, it could have been
28  somewhat more diluted, the effect, you know, of the
29  corrosiveness would not be as great as ground zero
30  here.
31  Q.   All right. So you bring up another good
32  point. Is it correct to say that the further you

1  get away from the, I guess, source of the
2  contamination, the more diluted the air becomes?
3  A.   I think it would be reasonable to make that
4  assumption. The more diluted the air gets, by other
5  air being entrained into the air stream.
6  Q.   Just so I know, how is other air entrained
7  into the air stream?
8  A.   You would have return air coming down from the
9  floor above, and you would have outside air being
10  drawn in through fan room GB.
11  Q.   All right. And that would be diluting any
12  contaminated air, as you used it, pulled from fan
13  room --
14  A.   Yes.
15  Q.   Excuse me, pulled from the east room?
16  A.   GA.
17  Q.   Alphabet soup here. Did you do any fresh air
18  calculations?
19  A.   No, and I didn't see the point. The fact that
20  this building was designed and constructed, you
21  know, shortly after 1950, the chances of this
22  room -- this building functioning and being balanced
23  is the way it was originally designed would be --
24  you know, the chances of that are far and few
25  between.
26  Q.   Now, did you do a full inspection of the
27  entire building to look at all the ductwork and all
28  the components?
29  A.   No.
30  Q.   So you don't know what changes might have been
31  made from 1950 to 2008?
32  A.   No.

1  Q.   All right. Now, back to your inspections.
2  Did you go into fan room GA?
3  A.   Yes.
4  Q.   Did you witness any abnormal corrosion in fan
5  room GA?
6  A.   Not more than what you would expect for
7  Katrina. Nor did we inspect the interior of the
8  units where the air would have passed.
9  Q.   Okay. And as far as the exhaust in the east
10  room, you don't know when that was blocked, right?
11  A.   No.
12  Q.   All right. Did you do any calculations on
13  negative pressure?
14  A.   No.
15  Q.   Could you have done calculations on negative
16  pressure?
17  A.   Again, the building would not have functioned
18  as originally balanced, and it would be hard to
19  assume what that would be.
20  Q.   But you formed an opinion on how it was
21  functioning, correct?
22  A.   Yeah.
23  Q.   Could you have conducted a negative pressure
24  calculation based on your prescribed function of the
25  building --
26  A.   Okay. I cannot quantify, but I can somewhat
27  qualify. If the return -- if the air from the upper
28  floors is to come down that shaft -- could I get
29  another picture here?
30  Q.   Sure.
31  A.   Okay.
32  Q.   Mr. Handlin, could you tell us what print page

1  you are looking at?
2       THE COURT:
3           That's AC-3?  It is at the very bottom.
4       THE WITNESS:
5           Oh, AC-8.
6       MR. GLEN:
7           And that's Exhibit 36.
8  BY MR. GLEN:
9  Q.      Okay.
10 A.      This is a large return air that goes all the
11 way up to the penthouse that is also connected to
12 the fan room in the basement, or the ground floor.
13 And what you see here, these are duct connections to
14 that floor, and you are looking at it in an
15 elevation, but if I was to look at that one, with a
16 side view, each one of these openings has a duct
17 that's connected to grills on that floor.
18          For the air in that floor to get down to here,
19 the air at the grill at the ceiling has to be
20 negative compared to that of the room, okay.  From
21 that grill in the room to get to this connection to
22 this vertical duct, the pressure in this duct has to
23 be negative, more negative here than it is at that
24 grill to get the air to move.  For the air to get
25 from this end of the duct down to this opening, to
26 GE, the air pressure has to be more negative here
27 than it is here.
28          And so, by the time you get to the fan itself,
29 there is a larger negative pressure.  That negative
30 pressure has to draw that air through another
31 pressure drop, the filters.  It has to draw it
32 through cooling coils and then into the fan.  Once

1  it gets to the fan, it becomes positive pressure,
2  and then it's being forced up the duct to the floors
3  above.
4  Q.      Okay.  But you did not do a calculation with
5  hard numbers regarding negative pressure?
6  A.      No.
7  Q.      Okay.
8  A.      But let's say fan GE-6, that has a two-inch
9  static pressure.  That's a high static pressure, and
10 that was what's necessary to push air into fan room
11 GA.  But fan GE-6 did not function because it would
12 have disrupted the systems connected to GA.  So if
13 you don't have two inch of static pressure going
14 from GE-6 going to GA, the air is going to go the
15 other way.
16          That was the reason for fan GE-6, to create
17 that pressure difference.  Without that, fan room GE
18 has 23-horsepower of fans.  23-horsepower of fans is
19 going to suck the air from GA, even if air handling
20 unit GA was on.
21 Q.      Okay.
22       THE COURT:
23           Off the record.
24           (Whereupon, there was a discussion off the
25 record).
26 BY MR. GLEN:
27 Q.      Did you measure any of the ducts in any of
28 your inspections?
29 A.      No.
30 Q.      All right.  Now, assuming AHUE and W were not
31 in operation.
32 A.      Okay.

1  Q.      What would have cooled the east and west
2  rooms?
3  A.      Possibly air handling unit GA.
4  Q.      Okay.  Because I'm not sure if you were here
5  earlier, but Mr. Anderson testified that they had
6  air conditioning in that area.
7  A.      Okay.  But now GA only covered what was called
8  the service area of the ground floor.  You had other
9  areas of the ground floor, the file room served by
10 fan room GE, and you also had the IBM room, which is
11 a large area, served by fan room GW.  So the ground
12 floor was served by other units as well.
13 Q.      All right.
14 A.      And those units also connected to the shafts
15 going up to the other floors.
16 Q.      Back to the first thing we talked about, or
17 one of the first things.  You mentioned that air was
18 communicating throughout the building through
19 stairways, elevators, things of that nature?
20 A.      Yeah.
21 Q.      You did not mention that in your report,
22 correct?
23 A.      I don't remember offhand.
24 Q.      Why did you not put that in your report?
25 A.      I don't know if it's in it or not.  I would
26 have to check.
27 Q.      Assuming it's not in your report, why would
28 you not -- why would you not have mentioned it?
29 A.      It's a given.
30 Q.      What do you mean by it's a given?
31 A.      Air circulates under doors.  In your home,
32 if -- a typical residential air conditioning unit,

1  if you close a door to the bedroom, you would have a
2  supply grill in that room.  How does the air get
3  out?  It goes under the door.
4  Q.      And that goes back to negative and positive
5  pressure?
6  A.      Yes.  The room becomes positive, and then the
7  air condition unit in the house is sucking the air
8  back into it, and the only way out of that room
9  back, the only path is under the door.
10 Q.      Okay.  One quick question about your diagram.
11 It was Exhibit A to your report.  I think there is a
12 blowup of it.  Just to clarify, your drawing is not
13 to scale, correct?
14 A.      Correct.
15 Q.      And as we discussed in your deposition, I
16 believe GA would have been much farther forward?
17 A.      Yeah, further down.
18 Q.      So we can go by the original floor plan to get
19 the actual scale, correct?
20 A.      Correct.
21 Q.      And if GA was farther toward the front of the
22 building, fan room GE would have a more difficult
23 time pulling air from the east room, correct?
24 A.      Fan room GE -- that would have been a longer
25 path to here, correct.
26 Q.      And a longer path equates to more friction --
27 A.      From here to there (witness indicating).
28 Q.      But, as I was saying, a longer path creates
29 more friction and more difficulty for the fan to
30 draw the air, correct?
31 A.      Now this was a large duct to here, so that was
32 not bad, and then, if air handling unit E was

1 functioning, it would have pushed air into GA.
2 Likewise, air handling unit W would have pushed air
3 into GA.
4 Q.    Okay.  One more topic, and then we will be
5 done.  Mr. Handlin, is that you in that picture?
6 A.    A few pounds lighter.  A little darker color
7 hair.
8 Q.    And this is from your 2008 inspection?
9 A.    Yes.
10        THE COURT:
11            Do me a favor.  You know what you can do?
12        If you push it back, he has the pointer there,
13        so that way, everybody can see it because
14        everybody is straining their necks to see.
15        MR. GLEN:
16            Well, I was going to set them up on the
17        back row.
18        THE COURT:
19            You can set it back there.  And he has his
20        pointer, so he can --
21        MR. GLEN:
22            Let's do that.
23        THE COURT:
24            I thought you were going to put it on the
25        one in the middle.
26        MR. GLEN:
27            I've got more than one, so.
28        THE COURT:
29            The light is better over there.  It is
30        really hard to see.
31        MR. GLEN:
32            Is that better?

ANDERSON v CITY - class certification hearing  9//29/15
201

1        THE COURT:
2            Yes.
3 BY MR. GLEN:
4 Q.    So that's you in 2008, correct?
5 A.    Correct.
6 Q.    Can you tell me where in the building you are
7 standing right there?  Feel free to use a floor
8 plan.  Just so the record is clear, the picture we
9 are looking at is part of Exhibit 12.  We did not
10 individually number them, but these are from
11 Mr. Handlin's 2008 visit.
12        MR. AMEDEE:
13            I think there are 55 photos,
14        approximately.
15        MR. GLEN:
16            Correct.
17 BY MR. GLEN:
18 Q.    And this exhibit we are referring to now is
19 3A.
20 A.    That picture would have been -- that window
21 there would have probably been right around here or
22 here on that back wall.
23 Q.    Okay.  And, to your knowledge, the barrels
24 were found along that back wall?
25 A.    Somewhere along this back.  They weren't there
26 when I was there.
27 Q.    All right.  And this is picture 10Q.  Do
28 you -- can you tell where you were standing in
29 relation to this picture, 10Q?
30        MR. GAMBEL:
31            Before you answer, can I just ask a
32        question?  When were these each taken?  Do you

ANDERSON v CITY - class certification hearing  9//29/15
202

1 know what the dates of them are?
2        MR. GLEN:
3            Yes.  The one from Exhibit 12 is 2008.
4        MR. AMEDEE:
5            That's correct.
6        MR. GLEN:
7            And this one is a USES photo, 10Q, so
8        December 9th, '99.
9        THE WITNESS:
10            Well, I didn't take that one.
11        MR. GAMBEL:
12            Indicating the one from 1999.
13 BY MR. GLEN:
14 Q.    Can you tell where, in relationship --
15 A.    That would appear to have been in this corner
16 of the east room.
17        THE COURT:
18            Wait.  When you said that, which photo?
19        THE WITNESS:
20            Okay, the photo on the right, that mullion
21        appears to be the corner of this corner of the
22        room, of GE --
23        THE COURT:
24            That is the east --
25        THE WITNESS:
26            East room.
27        THE COURT:
28            Okay.
29 BY MR. GLEN:
30 Q.    Do you recall what the blinds were made out
31 of?
32 A.    I think they were a plastic, if I remember

ANDERSON v CITY - class certification hearing  9//29/15
203

1 correctly.  If I remember correctly.
2 Q.    Could they have been metal?
3 A.    They could have been.  I don't remember.
4 Q.    Everybody is laughing.  There was testimony
5 earlier that we went round and round about this.
6 A.    I thought they were plastic, but I could be
7 wrong.
8 Q.    You can see from photo 10Q that the blind on
9 the left appears to be melted, for lack of a better
10 term, degraded.  The blind on the right appears to
11 be intact, correct?
12 A.    Uh-huh.
13        THE COURT:
14            Wait, you mean on the right of that photo?
15        MR. GLEN:
16            Yes, ma'am, on the right of 10Q.
17        MR. GAMBEL:
18            I object.  I think the picture speaks for
19        itself.  This witness is not aiding the trier
20        of fact.  You can look as well as he can.
21        THE COURT:
22            You can ask the question.  I think he was
23        trying to lay a foundation.  Ask your question.
24        MR. GLEN:
25            That's exactly right.
26 BY MR. GLEN:
27 Q.    Mr. Handlin, can you tell, by looking at the
28 two photos, whether you are standing in front of the
29 formerly intact set of blinds on photo 10Q?
30 A.    No.
31 Q.    All right.  Well, let's take a closer look,
32 and we can find photos.

ANDERSON v CITY - class certification hearing  9//29/15
204

**Page 205**

1  MR. GAMBEL:
2      Your Honor, again, I object, I don't
3  think --
4  THE COURT:
5      Where are you going with this?
6  MR. GLEN:
7      Where I am going is, Your Honor, we have
8  got a picture in 1999. We have got the left
9  blind degraded. The right blind appears to be
10 intact. I believe that the blind that Mr.
11 Handlin is standing in front of is that
12 formerly intact blind on the right side.
13 MR. AMEDEE:
14     No, you can see it's not.
15 MR. GAMBEL:
16     I object to the colloquy.
17 THE COURT:
18     Wait.
19 MR. GLEN:
20     Excuse me.
21 THE COURT:
22     Thank you. I do not know whether or not
23 he is going to be able to answer that question.
24 MR. GLEN:
25     He may not be. He may not be.
26 THE COURT:
27     And I do not see where it is relevant
28 either.
29 BY MR. GLEN:
30 Q.   Well, Mr. Handlin, let me see if I can --
31 where is my pointer?
32 THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
205

**Page 206**

1      You know what, here is -- this is where I
2  am confused because, and maybe I am wrong, and
3  maybe I am looking at this wrong, but that --
4  the photo, is that 11?
5  MR. GLEN:
6      10Q.
7  THE COURT:
8      Appears to be a corner.
9  MS. LEE:
10     Right.
11 THE COURT:
12     That picture with Mr. Handlin does not
13 appear to be a corner.
14 MR. GLEN:
15     Well, I think because this picture with
16 Mr. Handlin appears to be farther to the right.
17 Let's take a closer look at it. We've got --
18 THE COURT:
19     You can make that argument, but he has
20 already testified that he does not really know,
21 and you cannot tell from the photo.
22 BY MR. GLEN:
23 Q.   Do you recall --
24 THE COURT:
25     If you want to make that argument, you can
26 make that argument to me, but I do not know
27 whether or not -- and you can ask him the
28 specific question, if he knows, but I do not
29 see how he is going to be able to determine
30 that.
31 MR. AMEDEE:
32     The wall stops right there, and then it

ANDERSON v CITY - class certification hearing  9//29/15
206

**Page 207**

1  comes back this way.
2  THE COURT:
3      That is why I said it looks like a corner.
4  MR. AMEDEE:
5      It looks like it is a corner.
6  MR. GLEN:
7      If you will indulge me, let's take another
8  picture. I have studied it, Your Honor, and
9  you can tell from the glue dots and the ropes
10 that these are the same blinds.
11 MR. GAMBEL:
12     Objection.
13 THE COURT:
14     When were these pictures -- my question is
15 why is he the witness for this?
16 MR. GLEN:
17     Because, well, one, he took this picture.
18 THE COURT:
19     Okay.
20 MR. GLEN:
21     I was trying to determine --
22 MS. LEE:
23     He is in the picture.
24 MR. GLEN:
25     Right, right.
26 THE COURT:
27     That was prior to selfies.
28 MR. GLEN:
29     It was taken during his inspection.
30 THE COURT:
31     It is getting late. Okay. It was taken
32 during his inspection.

ANDERSON v CITY - class certification hearing  9//29/15
207

**Page 208**

1  MR. GLEN:
2      Correct, and he is the one examining the
3  blinds. So I don't know who would be a better
4  witness to do it.
5  THE COURT:
6      I do not know whether or not he is
7  actually the person -- I mean you can ask him
8  questions about the picture that he is in. He
9  clearly did not take the picture. And, two, I
10 understand where you are going, but if I start
11 counting the dots and the different colors, and
12 you are talking about a difference in eight
13 years?
14 MR. GLEN:
15     Yes, ma'am.
16 THE COURT:
17     Right. So I --
18 MR. GLEN:
19     That's my point, Your Honor.
20 THE COURT:
21     Okay. I got it. Let's move on.
22 MR. GLEN:
23     That's what I was trying to get to.
24 THE COURT:
25     Let's move on.
26 MR. GAMBEL:
27     Your Honor, just for the record, to the
28 extent that he has -- counsel has testified
29 about his beliefs and what he has seen, I can
30 easily say I was in there and picked up a metal
31 piece and know that it's metal. I am not
32 testifying.

ANDERSON v CITY - class certification hearing  9//29/15
208

THE COURT:

It is argument. When he does his post-trial brief, if he wants to put that in there, in his arguments and have me count the dots, I will. I am not going to connect them, but I am going to count them.

MR. GLEN:

That's fine. I was simply trying to explain where I was going with it.

MR. GAMBEL:

To round it off, just relevancy and failure to lay a foundation and whatever else we talked about.

THE COURT:

Got it.

MR. GAMBEL:

I will sit down.

MR. GLEN:

Fair enough. I will take one shot at this.

BY MR. GLEN:

Q.    Assuming, Mr. Handlin, that you are standing in front of the formerly-intact blind, and assuming you took this picture in 2008, and this picture was taken in 1999, after the cleanup, do you have any explanation as to why that blind would be melted or degraded after the cleanup was purportedly done?

THE COURT:

He is not competent --

MR. GLEN:

That's a mile-long question.

THE COURT:

He is not competent to testify as to that.

MR. GAMBEL:

Objection.

THE COURT:

Remember, he is our HVAC expert.

THE WITNESS:

That's right, I —

THE COURT:

Wait, wait, wait. He is the HVAC expert. Sustained.

MR. GLEN:

I think that's all I have.

THE COURT:

All right. Who is next?

MR. GLEN:

Let me double check. That is all I have.

MR. FOSTER:

Your Honor, I believe I have three, actually four questions.

THE COURT:

How can you say three and hold up four fingers? For the record.

MR. FOSTER:

Like My Cousin Vinny.

THE COURT:

I've got three questions, three.

MR. FOSTER:

Like My Cousin Vinny.

THE COURT:

That is like – where is Mr. Clayton? I am going to be five minutes.

MR. FOSTER:

This will be really quick, Judge.

CROSS EXAMINATION

BY MR. FOSTER:

Q.    Mr. Handlin, would you agree with me that this HVAC system, as designed, was state-of-the-art for its time when that building was built in 1950, '51?

A.    Yes.

Q.    And the — I wouldn't know where to find the picture, but the — there was a vent in the east — there was a vent in the east room that had been blocked off?

A.    Yes.

Q.    Okay. And would you -- based upon the original building drawings, when the building was built, when Pan Am occupied the building, that was a print room?

A.    Yes, correct.

Q.    So you would expect that there was a vent to the outside when it was a print shop?

A.    For their purposes, evidently, there was.

Q.    Okay. And you would not expect that that vent would have been blocked off until someone else came in, and that room was no longer used as a print shop, correct?

MR. GAMBEL:

Objection. No foundation. Asking him to speculate.

MR. FOSTER:

He is an expert.

THE COURT:

He can speculate to it, but I think you need to rephrase that question because you are

asking him to speculate as to what someone else -- maybe, based upon his expertise as an engineer —

MR. FOSTER:

I tell you what, Judge, I'll make it easy, I'll withdraw the question. That was my three questions.

THE COURT:

I was counting. That was like five. Are you done really?

MR. FOSTER:

I'm done.

THE COURT:

You have redirect?

MR. GAMBEL:

Redirect very quickly.

THE COURT:

That doesn't mean talk fast, Mr. Gambel.

MR. GAMBEL:

That's a problem I do have.

REDIRECT EXAMINATION

BY MR. GAMBEL:

Q.    Mr. Glen kept using the word your assumption, your assumption, and he asked you to assume that that's you standing on the ladder. All those assumptions he asked you about are facts based on your personal observation of the building and your review of the plans; isn't that right?

A.    Yes.

Q.    And then he asked you about a few things that you said, I don't know the answer to that. The things that you didn't know about did not bear upon

1  your opinion here, correct?
2  A.    Correct.
3  Q.    And those things were irrelevant to the
4  determination that you made about the air flow
5  through this building?
6  A.    Right.
7  Q.    In this building, as shown on the plans, there
8  are various fans or squirrel cages, blowers that
9  move the air either from the basement to the upper
10  floors or throughout the upper floors or from the
11  ceiling down to the middle floors.  Is that correct?
12  A.    Correct.
13  Q.    And those fans, by blowing or sucking, create
14  pressure within the building?
15  A.    Correct.
16  Q.    And, in a nut shell, whether the blower is
17  blowing it or whether there is an open elevator
18  shaft or whether there is an open corridor or
19  stairwell, then negative pressure on the higher
20  floors causes air to move from the bottom to the
21  upper floors, correct?
22  A.    Well, you have systems throughout the
23  building.  Any fan is a system, and it's going to
24  circulate air about that fan, whether it's from low
25  to high, high to low.  It communicated throughout
26  the building.
27  Q.    Okay.  And isn't it correct that there are
28  several patterns that the air could follow?
29  A.    Yes.
30  Q.    You have ductwork going up to the first floor,
31  you have the elevator shaft that -- I'm sorry, I'm
32  reading your deposition, and I can't see it.  You

ANDERSON v CITY - class certification hearing   9//29/15
213

1  have the elevator shafts that are all
2  interconnecting the upper floors to this area; is
3  that true?
4        MR. GLEN:
5             Objection, Your Honor.  This is all asked
6        and answered.
7        THE COURT:
8             I do not remember.
9        MR. GAMBEL:
10            Your Honor, it probably has been, but my
11       point was, he did testify about it in his --
12       I'm reading from his deposition.  He was asked
13       about the elevator shafts.
14       THE COURT:
15            No, wait.  The objection is asked and
16       answered as it pertains to his testimony today?
17       MR. GLEN:
18            Correct.
19       THE COURT:
20            I do not remember hearing that today,
21       but -- I do not know because I have heard so
22       much today.
23       MR. GAMBEL:
24            All right.  He has answered the question.
25       THE COURT:
26            All right.
27       MR. GAMBEL:
28            I was just making the point that the
29       elevator shafts are all in play.
30       THE COURT:
31            All right.
32       MR. GAMBEL:

ANDERSON v CITY - class certification hearing   9//29/15
214

1             I'm done.
2        THE COURT:
3             Watch your step.
4        THE WITNESS:
5             Okay.  Thank you very much.
6        THE COURT:
7             I need like five minutes, y'all.  Who is
8        the last witness?
9        MR. AMEDEE:
10            A class rep.
11            JUNE ARMOUR, after having been first duly
12       sworn or affirmed in the above-entitled cause,
13       was examined and testified as follows:
14       THE COURT:
15            Are you ready?
16            DIRECT EXAMINATION
17  BY MR. LETOURNEAU:
18  Q.    Miss Armour, could you please state your name
19  and address for the record?
20  A.    June Armour, 7707 Primrose Drive, New Orleans,
21  Louisiana 70126.
22  Q.    What do you do for a living currently?
23  A.    I'm a specialty cashier at Harrah's Casino.
24  Q.    And that's in New Orleans?
25  A.    Yes.
26  Q.    Was there ever a time that you worked at 2400
27  Canal Street?
28  A.    Yes.
29  Q.    What did you do there?
30  A.    I was a parking control officer.
31  Q.    So tell me what your responsibilities were as
32  a parking control officer.

ANDERSON v CITY - class certification hearing   9//29/15
215

1  A.    We were responsible for ticket violations.
2  Q.    Actually writing the tickets?
3  A.    Yes.
4  Q.    When did you start working at 2400 Canal
5  Street?
6  A.    October of 1999.
7        MR. FOSTER:
8             What year, I'm sorry?
9        THE WITNESS:
10            1999.
11  BY MR. LETOURNEAU:
12  Q.    While you were working at 2400, can you tell
13  me a little bit about your daily schedule?
14  A.    We would report to work for 8:30 so that we
15  can gather our equipment and have roll call, and
16  once we got done with that, we would go out on the
17  street for 9:00 o'clock.
18  Q.    About what time would you wrap up roll call
19  and get on the street?
20  A.    We would be from 8:30 to 9:00 o'clock.
21  Q.    In the building?
22  A.    Yes.
23  Q.    So you would go out and work whatever area you
24  had assigned to you, and what would you do at the
25  end of the day?
26  A.    We would get picked up about 4:30, so we can
27  be en route to the office, and we would enter the
28  office until it was time to clock out for the day.
29  Q.    What time was clock-out time?
30  A.    5:00 o'clock.
31  Q.    So each -- each day you were there, within the
32  building, for approximately at least an hour?

ANDERSON v CITY - class certification hearing   9//29/15
216

1   A.   At least.
2   Q.   And when you would report to 2400, the
3   building at 2400 Canal, what part of the building
4   were you reporting to?
5   A.   The basement.
6   Q.   When you would enter the building, we have
7   heard some testimony from Mr. Anderson, but did you
8   enter from the same entrance as he was talking about
9   through the parking lot on the Cleveland Street
10  side?
11  A.   Yes.
12  Q.   Let's say on any given day, if it was raining,
13  when I am out on the streets driving around, I
14  usually don't see ticket writers out in the rain.
15  So what are the ticket writers doing, say, on a
16  rainy day?
17  A.   We stay in the office on rainy days.
18  Q.   And when you -- and where was that office
19  located?
20  A.   2400.
21  Q.   In the basement?
22  A.   Yes.
23  Q.   When you would have your roll calls before
24  going out into the areas that you were assigned to,
25  approximately how many people were there on each
26  shift?
27  A.   I can say maybe approximately about 20.
28  Q.   And during the time that you worked at 2400,
29  how was your health?
30  A.   It was good.
31  Q.   Did you experience any irregularities or any
32  health irregularities while you were working there?

1        MR. FOSTER:
2            Objection, Your Honor.  He is leading the
3        witness.
4        THE COURT:
5            Leading, rephrase.
6   BY MR. LETOURNEAU:
7   Q.   Did you notice anything unusual about the
8   building?
9   A.   It had a funny smell.
10  Q.   Can you tell me anything more about the smell?
11  A.   It was very unpleasant, and we would -- well,
12  I would complain to the supervisor about the smell
13  because it was an unusual smell that you didn't
14  smell every day, and to come to -- we come to work,
15  and you would smell that smell while you were in the
16  building.
17  Q.   While you were in the building every day?
18  A.   Yes.
19  Q.   And was the smell worse or more intense at
20  some times?
21  A.   It just was an unpleasant smell that you just
22  couldn't get used to.
23  Q.   When you say you couldn't get used to, what do
24  you mean by that?
25  A.   It was something that you just couldn't put
26  out of your mind because you were constantly
27  smelling it every day.
28  Q.   While you were working at the building, while
29  you were working in the building, did you ever start
30  to experience headaches?
31      MR. FOSTER:
32          Objection, Your Honor.  Again, it's

1        leading the witness.
2   THE COURT:
3        Overruled.
4   MR. LETOURNEAU:
5        That's a direct question.  Sorry, what?
6   THE COURT:
7        Overruled.
8   MR. LETOURNEAU:
9        Okay.
10  BY MR. LETOURNEAU:
11  Q.   Did you experience any headaches?
12  A.   I experienced itchy eyes and a runny nose.
13  Q.   And any headaches?
14  A.   Yes.
15  Q.   Any respiratory problems?
16  A.   Yes.
17  Q.   Now we heard yesterday some testimony
18  regarding questions in one of your questionnaires
19  regarding past history of some certain things, so
20  I'm just going to go ahead and ask you about that.
21  Have you ever been diagnosed with asthma?
22  A.   Um, when I was pregnant with my son, and I had
23  breathing problems, and they did give me an inhaler,
24  but it wasn't like an ongoing thing that I had to
25  have an inhaler all the time.
26  Q.   Was this a long time before you were working
27  in 2400?
28  A.   Yes.
29  Q.   Since working in 2400, has your asthma gotten
30  worse?
31  A.   Yes.
32  Q.   And have you been prescribed anything to help

1   you with your asthma since you have worked in 2400?
2   A.   Yes.  I have an inhaler that I carry with me,
3   and at home, I have a breathing machine.
4   Q.   I believe we also heard -- well, let me say,
5   did your sinusitis get worse while you were working
6   at 2400?
7        MS. LEE:
8            Objection.
9        THE COURT:
10           Wait, she has never testified that she had
11       sinusitis.
12  BY MR. LETOURNEAU:
13  Q.   Well, yesterday, we saw from your
14  questionnaire that you had indicated that you had
15  had a past history of sinusitis and allergies.  Have
16  you ever been diagnosed with sinusitis?
17  A.   Yes.
18  Q.   Did it get worse after working at 2400 Canal
19  Street?
20  A.   Yes.
21  Q.   And are you prescribed medicines for that?
22  A.   Yes.
23  Q.   Do you experience migraines because of this?
24  A.   Yes.
25  Q.   Did you experience migraines before working at
26  2400?
27  A.   No.
28  Q.   Did your allergies get worse after working at
29  2400?
30      MS. LEE:
31          Objection.
32      THE COURT:

1        Lay the foundation.
2    MR. LETOURNEAU:
3        I said --
4    THE COURT:
5        You said sinusitis.
6    BY MR. LETOURNEAU:
7    Q.    Yesterday, we also heard that you had
8    indicated a past history of allergies.
9    THE COURT:
10       You have been studying from this one.  You
11   are talking too fast.  Slow down.
12   BY MR. LETOURNEAU:
13   Q.    Prior to working at 2400, did you have
14   problems with your allergies?
15   A.    Yes.
16   Q.    After working at 2400, were your allergies
17   worse?
18   A.    Yes.
19   Q.    Did it come to the point where you had to go
20   see a doctor for it?
21   A.    Yes, I did.
22   Q.    Can you tell me what the doctor did?
23   A.    He performed an allergy test to see what was
24   causing it and what triggered the allergies.
25   Q.    And did that test reveal that you were having
26   allergic reactions to certain things?
27   A.    Yes.
28   Q.    And are you prescribed any medications for
29   these?
30   THE COURT:
31       Let me back up.  Temporal element.  When
32   did she go to the doctor?

ANDERSON v CITY - class certification hearing   9//29/15
221

1    MR. LETOURNEAU:
2        After working --
3    BY MR. LETOURNEAU:
4    Q.    Do you remember when you went to the doctor?
5    MR. STEWART:
6        For what?
7    THE WITNESS:
8        It was years later.
9    THE COURT:
10       Wait, let's kind of -- I am just trying to
11   get a temporal element because she started
12   working at 2400 Canal in October of 1999,
13   correct?
14   MR. LETOURNEAU:
15       Yes.
16   THE COURT:
17       So you asked her about the itchy eyes --
18   well, you asked her a question about her
19   symptoms.  She said she had itchy eyes and
20   runny nose.  And then you asked her did she go
21   to the doctor.  And my question is when did she
22   go to the doctor so that I can form kind of a
23   timeline?
24   BY MR. LETOURNEAU:
25   Q.    Okay.  Do you remember when it was that you
26   went to see doctors after working at 2400 for your
27   allergies?
28   A.    It was years later.  I don't recall how many
29   years later it was, but it was years later.
30   Q.    And between working at 2400 and when you went
31   to the doctor, were things getting progressively
32   worse?

ANDERSON v CITY - class certification hearing   9//29/15
222

1    A.    Yes.
2    MS. LEE:
3        Objection, leading.
4    THE COURT:
5        Overruled.  I will allow it.
6    BY MR. LETOURNEAU:
7    Q.    While working at 2400, did you complain about
8    the smell to any supervisors?
9    A.    Yes, I did.
10   Q.    Can you remember who it was that you reported
11   it to?
12   A.    Bailey Solomon, Carmen Thomas.
13   Q.    Those are two of your supervisors?
14   A.    Yes, they were.
15   Q.    Did you have any other supervisors?
16   A.    Yes, they had many supervisors.
17   Q.    Was there general conversation regarding the
18   smell in the building between the workers who you
19   worked with?
20   A.    I don't remember, but I know that I always
21   complained about the smell because I thought it --
22   it was unusual to smell that smell every day.
23   Q.    And did anyone ever figure out what was
24   causing it?
25   A.    No.
26   Q.    Did you know what was causing it?
27   A.    No.
28   Q.    Was anything done in response to your
29   complaints regarding the smell?
30   A.    Not that I'm aware of.
31   Q.    Let's move forward to December 9th, 1999.  Do
32   you remember that day?

ANDERSON v CITY - class certification hearing   9//29/15
223

1    A.    Yes.
2    Q.    Tell us what happened on that day.
3    A.    We went to work, as usual, and went out in our
4    work areas, as usual, and later on, I don't know how
5    many hours later, we were called to report back to
6    the dropoff site, and we were picked up by our
7    supervisors and brought back to the office.
8    Q.    Were you told -- well, what did you see when
9    you came back to the office?
10   A.    The Fire Department.
11   Q.    And do you know why the Fire Department was
12   there?
13   A.    No.
14   Q.    Initially, did they allow you back into the
15   building?
16   A.    When they got the all clear, they allowed us
17   to go in and get our belongings and leave out.
18   Q.    So on the day of December 9th, 1999, they
19   actually let you go back into the building to
20   retrieve your belongings?
21   A.    Yes.
22   Q.    Did you eventually start working at a
23   different location?
24   A.    Yes, I did.
25   Q.    Was this right after the December 9th, 1999
26   incident?
27   A.    Yes.
28   Q.    When you arrived back to 2400 on the day of
29   December 9th, 1999, was there anybody in the
30   building?
31   A.    Um, I don't --
32   Q.    Sorry, any City employees in the building?

ANDERSON v CITY - class certification hearing   9//29/15
224



**Page 225**

1  A.   No.
2  Q.   Had they been evacuated?
3  A.   Yes.
4  Q.   Did anyone ever tell you on December 9th,
5  1999, or shortly thereafter, did anyone ever tell
6  you what caused the building to be evacuated?
7       MR. FOSTER:
8            Objection, Your Honor.  That's clearly
9       hearsay to ask did someone tell her something.
10      THE COURT:
11           Rephrase the question.
12      MR. LETOURNEAU:
13           Sorry.
14  BY MR. LETOURNEAU:
15  Q.   Were you ever informed or did you ever become
16  aware of why the building was evacuated on
17  December 9th, 1999?
18  A.   Not at the present time.
19  Q.   Not at that present time, right?
20  A.   No.
21  Q.   Were you ever aware, while you were working at
22  2400 Canal, that there were barrels of chemicals and
23  acids in the basement?
24  A.   No.
25  Q.   So then if there were barrels, you obviously
26  had no idea what was in them, correct?
27  A.   No.
28  Q.   Did anyone ever tell you that you were exposed
29  to chemicals while working at 2400?
30  A.   No.
31  Q.   So I take it then that nobody ever told you
32  which chemicals those were?

ANDERSON v CITY - class certification hearing  9//29/15
225

**Page 226**

1  A.   No.
2  Q.   That you were exposed to?
3  A.   No.
4       MS. LEE:
5            Objection.
6       THE COURT:
7            Sustained.
8       MR. LETOURNEAU:
9            What was Miss Lee's objection?
10      THE COURT:
11           She has already -- she didn't state it on
12      the record, but I sustained it because she has
13      already testified that she didn't even know, so
14      how would she know what type of chemicals?
15      MR. LETOURNEAU:
16           I was just trying to punch it in a second
17      time.
18      THE COURT:
19           All right.
20  BY MR. LETOURNEAU:
21  Q.   Mrs. Armour, as you are aware, as we have
22  talked about in the days that we have been here and
23  that you have been sitting in the courtroom, you are
24  aware that this is a class action?
25  A.   Yes.
26  Q.   What do you understand your position, as a
27  class representative, to be?
28  A.   To speak on behalf of the others.
29  Q.   Who are the others?
30  A.   The other complainants that are -- that would
31  be represented in the class action suit.
32  Q.   And are those other City workers who worked at

ANDERSON v CITY - class certification hearing  9//29/15
226

**Page 227**

1  2400 Canal Street?
2  A.   Yes.
3  Q.   Tell us how you came to be involved in the
4  case.  Let's start there.  How did you come to be
5  involved in the case?
6  A.   A group of us went down to the lawyer's office
7  some months later, after we were moved to 1340
8  Poydras, when we found out what was going on, what
9  happened at the building.
10  Q.   So it wasn't actually until months later that
11  you actually found out that you were exposed to any
12  sort of chemicals while working at 2400?
13      MS. LEE:
14           Objection.
15      THE COURT:
16           What is your objection?
17      MS. LEE:
18           Assuming facts not in evidence.
19      THE COURT:
20           Overruled.  She just testified that it was
21      after.  But you cannot testify to anything that
22      you discussed with the lawyers.  Okay?
23      THE WITNESS:
24           Uh-huh.
25      MR. LETOURNEAU:
26           My point was solely that this --
27      THE COURT:
28           I overruled it.
29      MR. LETOURNEAU:
30           Okay.
31  BY MR. LETOURNEAU:
32  Q.   So you can answer the question.

ANDERSON v CITY - class certification hearing  9//29/15
227

**Page 228**

1  A.   Yes.
2  Q.   How was it that you wound up volunteering to
3  be a class representative?
4  A.   I'm not sure how I, you know, was elected to
5  be the class representative because it was a group
6  of us that went down to the lawyer's office.
7  Q.   Let me ask you these questions.  Were you one
8  of the claimants who was communicating with the
9  lawyers in this case?
10  A.   Yes.
11  Q.   Okay.  Have you given a deposition in this
12  matter?
13  A.   Yes, I did.
14  Q.   Did you give that, I believe, earlier last
15  year?
16  A.   Yes.
17  Q.   Okay.  And if this case is certified, are you
18  willing to assist the attorneys in going forward
19  with this case?
20  A.   Yes.
21  Q.   And have you asked for or been promised
22  anything additional for being a class
23  representative?
24  A.   No.
25  Q.   Can you tell me what you understand this case
26  to be about?
27  A.   About being a spokesperson for the City
28  employees that worked in the building during the
29  time of the chemicals.
30      MR. LETOURNEAU:
31           That's all I have for direct.
32      THE COURT:

ANDERSON v CITY - class certification hearing  9//29/15
228

**229**

1    Cross? Ready?
2    MR. FOSTER:
3        I'm ready. If the Court is ready, I'm
4    ready.
5                CROSS EXAMINATION
6    BY MR. FOSTER:
7    Q.    Good afternoon, Miss -- do you go by Miss
8    Armour or Miss Harvey Armour?
9    A.    You can call me Miss Armour.
10   Q.    Miss Armour?
11   A.    Uh-huh?
12   Q.    Thank you, ma'am. Now, as I understand it,
13   and from the records that we have seen, you actually
14   began working for the City at 2400 Canal Street on
15   Halloween, on October 31st, 1999. Isn't that
16   correct?
17   A.    Yes.
18   Q.    So you were only in the building for about
19   five weeks when the December 9th, 1999 incident
20   occurred, correct?
21   A.    Yes.
22   Q.    And other than going back in the building that
23   afternoon to get your personal belongings, you never
24   went back in the building after December 9th, 1999,
25   correct?
26   A.    No.
27   Q.    I am wrong?
28   A.    No, I haven't.
29   Q.    No, you have not gone back in the building
30   after December 9th, 1999?
31   A.    No.
32   Q.    And you never stepped foot in that building

ANDERSON v CITY - class certification hearing   9//29/15

**230**

1    when it was owned by Pan American Life Insurance
2    Company?
3    A.    No.
4    Q.    In fact, you had never been in the building
5    before October 31st, 1999?
6    A.    No.
7    Q.    Correct?
8    A.    Right.
9    Q.    And while you were in the building,
10   October 31st through December 9th, 1999, I think you
11   told us you spent half an hour in the morning, you
12   would go out and do your job as a parking meter
13   officer -- parking control officer, and then you
14   would come back for about a half an hour in the
15   afternoon?
16   A.    Yes.
17   Q.    So you were not -- when you went in that
18   morning of December 9th, 1999, you didn't see or
19   notice anything unusual that morning?
20   A.    No.
21        MR. LETOURNEAU:
22            Objection, Your Honor.
23        THE COURT:
24            Explain unusual. Is that -- was that --
25        MR. LETOURNEAU:
26            Yes, asked and answered. We have asked
27        whether or not --
28        THE COURT:
29            But I guess the question is unusual.
30   Let's rephrase it.
31        MR. FOSTER:
32            Let me rephrase the question.

ANDERSON v CITY - class certification hearing   9//29/15

**231**

1    BY MR. FOSTER:
2    Q.    When you went to work that morning on
3    December 9th, 1999, you didn't notice anything
4    different than from what you saw or what you
5    experienced on December 8th, 1999, or December 7th,
6    1999, correct?
7    A.    Correct.
8    Q.    Now, you talked about some of your symptoms,
9    and with respect to your allergies and your sinus,
10   you saw Dr. Occipinti for that, correct?
11   A.    Yes.
12   Q.    And you saw Dr. Occipinti for those complaints
13   several years after December 9th, 1999, correct?
14   A.    Yes.
15   Q.    And, in fact, you saw -- this lawsuit in which
16   you allege these injuries was filed in 2000. It was
17   well after the year 2000 that you first saw Dr.
18   Occipinti for any complaints with respect to
19   potential allergies or sinuses, correct?
20   A.    Yes.
21   Q.    And when you saw Dr. Occipinti, however many
22   years that was after, I think we may have his
23   records, you didn't tell him or relate to him
24   anything about any exposure you thought you might
25   have had at 2400 Canal Street during that five-week
26   period you were there, did you?
27   A.    No.
28   Q.    And after you left working -- you said y'all
29   were moved the day after the incident, y'all were
30   moved to 1450 Poydras?
31   A.    1340.
32   Q.    I'm sorry, 1340 Poydras, but to a different

ANDERSON v CITY - class certification hearing   9//29/15

**232**

1    building. And, at some point, you left the employ
2    of the City, and you went to work for Harrah's
3    Casino?
4    A.    Yes.
5    Q.    And you still work for Harrah's Casino?
6    A.    Yes.
7    Q.    All right. And in connection with your
8    employment with Harrah's Casino, you have access to
9    Harrah's Casino's health care, correct?
10   A.    Yes.
11   Q.    And, in fact, you see Susan Lee, or -- if she
12   is still there, you saw Susan Lee on several
13   occasions after you began working at Harrah's,
14   correct?
15   A.    Yes.
16   Q.    All right. And that was -- again, you started
17   at Harrah's when? It was after Katrina, wasn't it?
18   A.    Yes.
19   Q.    So we know it was at least after 2005, I think
20   maybe you told me earlier, it might have been 2006,
21   but it was at least after Katrina when you started
22   at Harrah's?
23   A.    Yes.
24   Q.    All right. And when you went to see Susan Lee
25   at Harrah's Health Care several years, at least five
26   or six years after this lawsuit was filed, you
27   didn't tell her about any allegations that any of
28   your problems were related to anything that happened
29   while you were at 2400 Canal Street, correct?
30   A.    No.
31   Q.    I'm wrong?
32   A.    No, I didn't tell her.

ANDERSON v CITY - class certification hearing   9//29/15

Q.    You didn't tell her.  And no physician or
doctor has told you that any of the complaints that
you have related after December 9th, 1999 were in
any way related to anything that may have occurred
while you were employed at 2400 Canal Street; isn't
that true?

    MR. LETOURNEAU:

        Objection, Your Honor.  It goes
    to the merits for an individual claim.

    MR. FOSTER:

        No, Judge.  I think it goes more than just
    to the merits of her individual claim.  She is
    asking to be a class representative.  She filed
    suit in 2000, alleging, claiming this list of
    problems.  I think it's very relevant to A,
    certification, B, her potential -- she didn't
    tell any of these doctors about any of her
    problems, as she claimed in 2000, when she
    filed suit were related, but in 2006 or '7, she
    goes to the doctors and doesn't tell them
    anything.

    THE COURT:

        Okay, okay.

    MR. LETOURNEAU:

        As we heard yesterday from Dr. Williams,
    these things -- she was the one doing the
    general causation analysis, and she is the one
    who is aware of the toxicity and the medical
    things.  Miss Armour is not.  I can do that on
    redirect, if we need to.  She is not a chemist,
    she is not a doctor.  The things we told her
    are the things that would be looked into in a

secondary --

    THE COURT:

        I am going to overrule the objection.
    Just allow her to testify.  I mean her
    testimony is what it is.  I can take into
    consideration the testimony of the previous
    experts that talk about when things manifest.

    MR. LETOURNEAU:

        Okay.

BY MR. FOSTER:

Q.    In fact, Miss Armour, when you have gone to
see Dr. Lee --

    MR. FOSTER:

        Her records are in evidence, Your Honor.

BY MR. FOSTER:

Q.    When you have gone to see Dr. Lee, isn't it
true that, not only did you not tell her about any
potential issues with 2400 Canal Street, you didn't
even ask her what was causing your headaches?  You
didn't ask her, did you?

A.    No.

    MR. FOSTER:

        That's all the questions I have, Your
    Honor.

    THE COURT:

        Thank you.

                CROSS EXAMINATION

BY MR. STEWART:

Q.    I want to follow up a question that Mr. Foster
had asked you, and I don't -- and the reason I want
to do that is because I don't think there was an
answer.  There was an objection, but I don't think

the witness actually answered the question, and that
was that no doctor has said that any of your
complaints were related to anything that occurred
at -- while working at 2400 Canal Street?

A.    No.

Q.    No doctor has said that?

A.    No.

Q.    Okay.  And no doctor has said that any of your
complaints are related to exposure to any chemicals;
is that correct?

A.    No.

Q.    That's correct?

A.    Yes.

Q.    Okay.  You are -- you are a class
representative, correct?

A.    Yes.

Q.    Okay.  Have you ever read the petition in this
case?

A.    Yes.

Q.    When did you read it first?

A.    I can't remember when I read it.

Q.    Okay.  Can I refresh your memory with your
deposition that was taken on August the 7th of 2014?

A.    Okay.

Q.    You had testified then, and correct me if I'm
wrong, that you first read the petition Friday of
that week.  Does that sound right to you?

A.    Yes.

Q.    Okay.  Did you ever see -- your office was in
the -- as a parking control officer; is that
correct?  That's what you were, a parking control
officer?

A.    Yes.

Q.    And your office was in the basement of the
building on Canal Street?

A.    Yes, it was.

Q.    Okay.  Did you ever see a film or anything of
that nature on a desk or desks while you were
working there?

A.    Not that I can remember.

    THE COURT:

        You said on what, desks?

    MR. STEWART:

        Film.

    THE COURT:

        On a desk or death?

    MR. STEWART:

        Film on a desk, I'm sorry.

    THE COURT:

        Oh, film, I am sorry.

    MR. STEWART:

        My fault.  I'm not articulating.

BY MR. STEWART:

Q.    Would that same thing still be the same answer
for a powdery substance on a desk?

A.    Not that I can remember.

Q.    Okay.  I'm showing -- I've looked at your
medical records, and you have said that you saw Dr.
Occipinti, and I think the first time you saw Dr.
Occipinti was around August of 2002.  Does that
sound about right to you?

A.    I'm not sure, but I know I have saw him.

Q.    You have mentioned Dr. Occipinti, you have
mentioned Susan Lee.  Susan Lee is not a doctor.

1   She is a nurse practitioner, right?
2   A.   Yes, she is.
3   Q.   Do you recall seeing any other doctors for
4   your complaints?
5   A.   Um, I have seen many doctors. I'm a very
6   health-conscious person.
7   Q.   I understand.
8   A.   If something isn't right with me, I'm going to
9   go to the doctor.
10  Q.   I understand. But my question is, for the
11  complaints that you have told us about today, have
12  you seen anyone other than Susan Lee and Dr.
13  Occipinti?
14  A.   I have seen several doctors.
15  Q.   For those complaints?
16  A.   For whatever was wrong. If I had a headache
17  or if my sinus was acting up, and whatever doctor
18  was in my insurance plan, that's what doctor I would
19  go to.
20  Q.   Okay. No names come to mind, though; is that
21  correct?
22  A.   No, sir.
23  Q.   Okay.
24       MR. STEWART:
25       That's all I have. Thank you, very much.
26            CROSS EXAMINATION
27  BY MS. LEE:
28  Q.   Miss Armour, isn't it true that you never
29  filled out a medical form?
30  A.   Medical form for what?
31  Q.   Were you ever provided a form, a one-page form
32  with questions from, I guess, your attorney, as to

1   what your alleged symptoms were?
2   A.   I don't remember.
3   Q.   Okay. And isn't it true that you have never
4   completed an affidavit, at any time, as to whether
5   or not you have been diagnosed with glaucoma,
6   cataracts or diabetes?
7   A.   I don't recall.
8   Q.   You are a class representative, correct?
9   A.   Yes.
10  Q.   You have not brought any prior employees as a
11  witness to this hearing to testify as to what they
12  observed and what they experienced if they worked on
13  the other floors of the building besides the
14  basement?
15       MR. LETOURNEAU:
16       Objection. Lack of foundation, relevance.
17       THE COURT:
18       Relevance?
19       MS. LEE:
20       The relevance, Your Honor, is that we
21  are -- the plaintiffs are attempting to form a
22  class.
23       THE COURT:
24       But that would be plaintiffs' counsel, not
25  this particular plaintiff.
26       MS. LEE:
27       I was just asking her. She said she --
28  BY MS. LEE:
29  Q.   Did you know any of the employees while you
30  were working at 2400 Canal Street?
31  A.   Only the ones that I worked with.
32  Q.   Okay. And you said that a group of you all

1   went to the attorney at one point, correct?
2   A.   Yes.
3   Q.   Okay. And do you know whom else was involved
4   in that group?
5   A.   No, not offhand because that was a long time
6   ago.
7   Q.   And you don't keep up with these people any
8   more?
9   A.   No.
10  Q.   When you reported to work in the mornings,
11  what -- you didn't report to the room where the
12  barrels were kept, correct?
13  A.   No.
14  Q.   And, in fact, you never saw the barrels during
15  the six weeks -- five to six weeks that you worked
16  in the basement at 2400 Canal, correct?
17  A.   No.
18  Q.   And you did not know where the barrels were
19  located, correct?
20  A.   Correct.
21  Q.   You earlier testified that you did complain
22  about the odor in the basement to supervisors. Is
23  that correct?
24  A.   Yes.
25  Q.   But you never submitted a complaint in writing
26  to any of the supervisors or the director of
27  streets; is that correct?
28  A.   No. Correct.
29  Q.   Okay. You said on rainy days, you would --
30  you would work in -- at 2400 Canal, correct?
31  A.   We stayed in the office.
32  Q.   At 2400 Canal?

1   A.   Yes.
2   Q.   But you do not know how many rainy days there
3   were between October the 31st, 1999, and December
4   the 9th, 1999, correct?
5   A.   No.
6        MS. LEE:
7        I tender the witness, Your Honor.
8        THE COURT:
9        Thank you. Redirect?
10       MR. LETOURNEAU:
11       One quick second. No redirect, Your
12  Honor.
13       THE COURT:
14       Thank you. You are done. Watch your
15  step. That's a quick step, and that's a quick
16  step.
17       (Whereupon, there was a discussion off the
18  record).
19
20
21
22
23
24
25
26
27
28
29
30
31
32

# CERTIFICATE

     This certificate is valid only for a
transcript accompanied by my original signature and
original required seal on this page.

     I, PATRICIA O'BRIEN,
Official Court Reporter in and for the State of
Louisiana, employed as an official Court Reporter by
the Civil District Court of Orleans Parish for the
State of Louisiana, as the officer before whom this
testimony was taken, do hereby certify this
proceeding was reported by me in the stenotype
reporting method, was prepared and transcribed by me
or under my direction and supervision, and is a true
and correct transcript, to the best of my ability
and understanding; that the transcript has been
prepared in compliance with transcript format
guidelines required by statute or by rules of the
board or by the Supreme Court of Louisiana, and that
I am not related to counsel or to the parties
herein, nor am I otherwise interested in the outcome
of this matter.



PATRICIA O'BRIEN
CERTIFIED COURT REPORTER
LOUISIANA CCR NO. 83035

ANDERSON v CITY - class certification hearing  9//29/15

241

**'51** [1] 211/6
**'64** [1] 107/24
**'7** [1] 233/19
**'79** [1] 108/16
**'80s** [1] 18/32
**'83** [1] 8/17 8/23 48/6 50/30 51/28 54/17
57/19 108/22 137/21 137/23 141/11 141/13
154/15
**'84** [4] 54/18 57/19 138/2 138/4
**'85** [8] 8/16 8/16 18/26 22/1 48/7 54/18 57/19
96/16
**'86** [7] 8/23 18/26 22/1 23/30 24/3 48/7 96/16
**'88** [1] 108/25
**'9** [2] 31/22 162/3
**'92** [1] 108/25
**'99** [3] 181/3 181/6 203/8

**0**

**0330** [1] 150/25
**04518** [2] 132/18 132/19
**04523** [2] 149/30 150/6
**0730** [1] 150/25

**1**

**10** [13] 21/4 21/5 21/15 21/18 21/25 35/23
39/27 39/31 40/5 88/27 125/13 125/16 134/27
**10-0** [3] 55/1 55/3 56/4
**10-1** [2] 39/32 40/1
**10-2** [3] 54/12 54/28 54/30
**10-3** [1] 55/13
**10-ton** [2] 189/16 189/17
**100** [1] 158/15
**1030** [1] 150/25
**107** [1] 2/12
**10A** [7] 82/13 82/15 82/26 88/26 88/27 91/20
97/18
**10B** [5] 88/6 88/9 88/11 88/26 91/19
**10C** [4] 79/14 91/19 97/27 97/28
**10F** [2] 84/8 84/10
**10H** [3] 84/5 96/8 96/8
**10L** [1] 125/9
**10Q** [10] 56/6 56/10 56/13 202/27 202/29
203/7 204/8 204/16 204/29 206/6
**10U** [3] 181/22 181/29 192/27
**11** [9] 42/21 46/24 118/17 118/18 123/26
124/7 134/30 143/3 206/4
**11-1** [4] 171/31 172/6 172/8 172/10
**11-A** [1] 172/5
**11-I** [1] 174/3
**11A** [3] 40/31 41/5 43/4
**11AA** [1] 41/1
**11B** [2] 43/13 118/22
**11C** [3] 43/16 43/32 118/20
**11D** [2] 43/17 43/20
**11E** [2] 43/25 44/5
**11F** [1] 44/8
**11G** [1] 44/24
**11H** [1] 44/27
**11I** [2] 44/30 45/7
**11J** [1] 45/7
**11K** [1] 45/11
**11L** [1] 45/17
**11M** [1] 45/23
**11N** [1] 45/26
**11O** [1] 46/19
**11P** [2] 46/21 47/3
**11Q** [1] 46/26
**11R** [1] 47/6
**11S** [1] 47/8
**11T** [1] 47/12
**11U** [1] 47/14
**11V** [1] 47/16
**12** [3] 111/22 202/9 203/3
**12-13-99** [1] 111/27
**123** [1] 2/13
**12:15** [2] 106/22 106/25
**13** [3] 70/15 129/22 129/24
**13031** [1] 5/28
**1340** [3] 227/7 231/31 231/32
**13th** [5] 146/10 146/17 146/20 147/7 147/11
**14** [1] 6/4
**142** [1] 2/14
**1450** [1] 231/30
**15** [3] 17/4 70/18 109/7
**15 feet** [1] 7/27
**153** [1] 2/15
**158** [1] 2/18
**16** [1] 111/20
**175** [1] 2/19
**18** [2] 64/6 64/10
**19** [2] 112/25 139/27
**1926** [1] 107/23
**1950** [3] 195/21 195/31 211/6

**198** [1] 137/31
**1982** [1] 141/7
**1983** [6] 18/19 51/21 51/27 96/16 108/29
122/30
**1984** [1] 137/31
**1985** [4] 18/24 141/7 141/8 141/10
**1986** [3] 9/27 97/5 97/10
**1987** [1] 24/4
**1999** [82] 29/16 31/10 47/24 57/21 59/20
59/25 60/4 60/26 60/29 62/28 63/23 63/27
64/18 76/27 77/25 82/8 83/28 83/32 84/18
85/11 88/4 89/22 90/1 91/21 91/27 92/32 93/6
93/28 94/16 96/15 97/20 97/31 98/2 98/7
99/11 103/10 103/11 105/4 111/1 111/5 120/5
124/3 124/28 124/31 125/3 125/4 125/17
126/16 127/24 128/31 146/10 152/23 180/32
182/7 182/10 182/16 203/12 205/8 209/25
216/6 216/10 222/12 223/31 224/18 224/25
224/29 225/5 225/17 229/15 229/19 229/24
229/30 230/5 230/10 230/18 231/3 231/5
231/6 231/13 233/3 240/3 240/4
**1:15** [1] 123/4
**1:20** [1] 123/5
**1A** [5] 107/32 108/5 108/7 108/7 111/4
**1B** [4] 107/32 108/5 108/7 108/7

**2**

**20** [8] 17/4 48/16 48/16 48/21 52/1 139/15
139/28 217/27
**20-gallon** [3] 133/4 133/5 142/30
**200** [1] 13/8
**2000** [4] 231/16 231/17 233/14 233/18
**2000-7489** [2] 1/5 3/3
**2000s** [1] 31/25
**2002** [6] 39/15 42/31 120/4 123/29 171/30
236/28
**2005** [1] 232/19
**2006** [2] 232/20 233/19
**2007** [6] 108/24 108/30 161/15 162/4 179/5
179/32
**2008** [14] 161/17 162/3 162/4 179/5 180/3
180/4 183/7 188/14 195/31 201/8 202/4
202/11 203/3 209/24
**2014** [5] 61/8 68/6 71/29 77/18 235/23
**2015** [1] 1/16
**211** [1] 2/20
**212** [1] 2/21
**215** [1] 2/24
**229** [1] 2/25
**23** [8] 68/22 68/29 68/29 69/29 70/2 70/2
72/15 72/32
**23-horsepower** [2] 198/18 198/18
**234** [1] 2/26
**237** [1] 2/27
**24** [2] 68/18 70/15
**24,000** [1] 186/20
**2400** [41] 1/9 6/19 26/23 51/23 54/4 166/31
215/26 216/4 216/12 217/2 217/3 217/20
217/28 219/27 219/29 220/1 220/6 220/18
220/26 220/29 221/13 221/16 222/12 222/26
222/30 223/7 224/28 225/22 225/29 227/1
227/12 229/14 231/25 232/29 233/5 234/18
235/4 238/30 239/16 239/30 239/32
**24th** [1] 161/17
**28** [10] 131/31 132/1 132/7 132/12 148/18
148/20 148/23 149/32 150/2 153/28
**29** [1] 1/16
**2nd** [1] 171/30

**3**

**30** [3] 24/13 24/23 192/19
**31st** [4] 229/15 230/5 230/10 240/3
**3201** [1] 158/15
**35** [1] 41/3
**36** [3] 61/14 171/26 197/7
**36-AC-1** [4] 163/4 168/20 170/3 170/23
**36-AC-8** [3] 164/22 165/10 171/26
**36-AH-1** [1] 175/1
**37** [1] 6/5
**38** [2] 6/3 159/5
**3A** [6] 158/26 160/5 168/30 171/19 176/23
202/19
**3B** [1] 158/26

**4**

**4,000** [1] 189/17
**4-11-83** [4] 49/25 50/19 50/20 51/13
**40** [2] 12/29 12/29
**400** [1] 38/29
**403** [1] 36/16
**45** [1] 106/17
**4518** [1] 154/4
**4888** [1] 107/15
**4:30** [1] 216/26

**50** [1] 162/7
**50-year-old** [1] 162/12
**53** [1] 2/6
**55** [1] 202/13
**55-gallon** [3] 132/25 133/1 133/8
**5:00 o'clock** [1] 216/30

**6**

**6,000** [2] 189/15 189/18
**6.23** [4] 145/1 145/19 145/22 145/30
**65** [1] 2/7
**6:00** [1] 29/22

**7**

**7.0** [3] 145/23 145/24 145/25
**70126** [1] 215/21
**70129** [1] 5/29
**70808** [1] 107/16
**7489** [2] 1/5 3/3
**7707** [1] 215/20
**78** [1] 2/8
**7th** [4] 68/6 77/18 231/5 235/23

**8**

**8-18-83** [1] 51/14
**80** [1] 120/19
**83** [5] 49/25 50/19 50/20 51/13 51/14
**83035** [1] 241/30
**8:00 o'clock** [1] 29/21
**8:30** [2] 216/14 216/20
**8th** [1] 231/5

**9**

**90 percent** [1] 120/19
**95** [1] 2/9
**99** [1] 111/27
**9:00** [1] 216/17
**9:00 o'clock** [1] 216/20
**9th** [39] 29/16 47/24 57/20 59/25 60/4 60/25
60/29 62/28 63/23 63/27 76/27 98/7 105/4
111/1 129/28 147/10 147/15 149/16 152/23
182/7 182/10 182/14 182/16 203/8 223/31
224/18 224/25 224/29 225/4 225/17 229/19
229/24 229/30 230/10 230/18 231/3 231/5
233/3 240/4

**A**

**abandoned** [4] 112/26 137/9 137/11 137/13
**ABCs** [1] 40/13
**ability** [5] 87/2 87/14 87/17 114/9 241/18
**able** [9] 14/16 30/23 31/14 34/4 61/15 76/11
163/20 205/23 206/29
**abnormal** [5] 192/15 192/16 193/11 194/9
196/4
**about** [222] 5/32 6/32 7/4 7/27 7/31 8/8 8/15
8/29 9/12 10/27 10/31 11/7 11/8 11/10 11/27
11/31 12/4 12/27 12/27 12/29 12/32 13/4
13/11 13/15 13/32 17/16 18/13 19/16 21/9
21/10 21/21 22/16 22/17 23/11 23/12 23/30
23/32 24/12 24/12 24/15 24/25 24/30 24/31
25/2 25/7 26/6 26/9 26/11 26/14 26/31 26/32
27/1 27/3 27/6 27/16 27/26 28/9 28/30 28/32
29/2 29/4 29/4 29/24 31/9 31/21 31/22 31/27
32/2 32/17 32/24 33/10 37/18 38/12 39/29
41/20 42/20 42/31 48/6 49/15 52/32 63/22
66/1 66/4 66/20 67/10 67/19 67/23 67/26 70/8
70/32 71/6 71/11 74/8 75/15 75/18 77/24 78/9
78/24 78/25 79/2 82/7 82/31 86/32 87/24
91/32 93/22 93/25 94/3 94/4 94/8 94/8 94/28
94/29 96/9 96/14 97/29 98/6 98/19 98/20 99/7
99/19 100/12 100/19 100/28 100/30 101/22
102/9 104/20 105/3 106/32 112/12 112/17
113/19 114/8 117/15 117/27 121/3 122/7
124/7 124/13 124/16 124/17 124/20 124/25
127/5 127/25 128/19 128/28 128/30 129/9
129/16 129/26 129/32 131/9 134/17 135/27
141/24 142/10 142/29 144/8 148/2 152/25
153/27 154/17 156/29 157/3 166/31 167/32
172/30 174/19 175/32 177/5 177/6 181/12
182/16 186/17 189/16 190/20 190/29 192/7
192/29 199/16 200/10 204/5 208/8 208/12
208/29 209/13 212/26 212/30 212/32 213/4
213/24 214/11 214/13 216/13 216/18 216/26
217/8 217/27 218/7 218/10 218/12 219/20
222/17 222/18 223/7 223/21 226/22 228/26
228/27 229/18 230/14 231/8 231/24 232/27
233/17 234/7 234/17 236/29 237/11 239/22
**above** [18] 1/13 5/11 47/1 83/2 107/9 131/3
132/32 133/5 157/29 164/27 168/3 185/1
185/24 186/17 192/24 195/9 198/3 215/12
**above-captioned** [1] 1/13
**above-entitled** [4] 5/11 107/9 157/29 215/12
**absorb** [1] 133/25

**A**

absorbed [1] 133/29
AC [13] 120/16 163/4 164/22 164/23 165/10 168/20 168/20 170/3 170/22 170/23 171/26 197/3 197/5
AC-1 [1] 164/23
AC-3 [1] 197/3
AC-8 [1] 197/5
accelerating [1] 191/14
accept [1] 110/7
acceptable [1] 135/25
accepted [1] 52/5
access [1] 232/8
accident [1] 63/22
accommodate [1] 169/16
accompanied [1] 241/5
according [6] 92/22 127/14 132/29 134/31 137/21 141/8
accurately [3] 18/8 43/2 158/18
aced [1] 23/20
acid [72] 99/22 100/3 100/7 111/22 111/25 111/27 112/28 112/29 112/29 113/14 113/16 113/22 113/23 115/22 115/24 116/15 116/19 116/31 117/2 117/8 117/11 118/3 118/16 119/20 119/23 120/14 120/22 120/31 122/11 124/13 124/18 124/26 125/29 126/23 127/6 130/14 131/15 131/25 132/26 132/30 133/7 133/8 133/12 133/13 133/15 133/15 133/17 133/18 134/7 134/25 135/5 138/24 139/17 139/17 139/32 140/14 141/26 142/13 151/9 151/14 151/28 152/5 152/5 152/20 154/11 155/6 155/7 155/15 156/31 156/31 157/3 191/11
acidic [13] 111/32 112/1 113/15 130/14 130/25 130/27 133/31 135/1 135/2 143/5 145/31 156/7 191/18
acidity [2] 111/24 113/7
acids [7] 113/8 113/13 114/1 131/20 136/17 155/16 225/23
ACL [1] 133/17
acrid [1] 141/27
across [4] 14/31 133/11 172/28 191/20
acting [1] 237/17
action [4] 37/28 52/29 226/24 226/31
actions [1] 132/22
activities [1] 109/3
actual [4] 7/25 55/25 113/2 200/19
actually [38] 11/8 28/8 28/29 33/7 34/11 41/14 41/17 49/1 52/3 64/19 64/22 68/22 73/28 75/14 84/8 89/31 93/26 94/17 114/10 116/1 124/4 129/13 137/20 142/13 146/3 146/32 147/9 149/17 155/27 173/13 208/7 210/19 216/2 224/19 227/10 227/11 229/13 235/1
ad [1] 87/23
add [1] 35/16
added [6] 169/18 182/29 183/13 183/14 183/14 183/16
addition [3] 83/6 118/13 168/18
additional [4] 111/20 148/1 156/12 228/22
Additionally [1] 89/13
address [5] 5/26 106/2 107/13 158/14 215/19
addressed [1] 118/8
Addressing [1] 161/5
adhering [1] 191/25
adjacent [6] 9/19 15/7 17/11 17/20 113/14 154/8
adjusted [1] 187/11
adjusts [1] 169/12
Administrative [1] 67/12
administrator [1] 77/31
admissible [1] 34/26
admitted [1] 158/17
adopt [1] 41/32
adventure [1] 121/5
adverse [1] 127/4
advise [1] 149/27
AF [1] 113/9
affected [3] 117/6 140/29 188/11
affidavit [2] 65/10 238/4
affirmed [4] 5/10 107/8 157/29 215/12
after [77] 5/9 9/16 10/24 19/13 22/13 23/2 23/14 23/22 24/12 24/13 24/14 24/15 24/16 26/12 26/20 30/22 31/12 31/28 31/29 31/32 38/13 38/22 47/28 60/30 62/15 63/11 63/12 63/26 74/14 89/14 89/15 90/3 92/31 96/28 98/2 107/7 108/12 110/29 111/27 119/9 120/28 120/31 124/8 137/9 137/30 137/31 147/5 147/8 155/11 157/28 164/2 191/5 195/21 209/25 209/27 215/11 220/18 220/28 221/16 222/2 222/26 224/25 227/7 227/28 229/24 229/30 231/13 231/17 231/22 231/28 231/29 232/13 232/17 232/19 232/21 232/26 233/3

afterwards [1] 32/1
again [34] 9/24 13/24 15/6 44/9 50/16 71/19 73/2 92/2 99/30 99/32 100/26 101/13 112/17 118/25 118/27 119/5 119/7 119/9 119/16 122/14 142/26 172/15 173/28 174/31 175/8 176/29 181/5 187/18 189/12 189/27 196/17 205/2 218/32 232/16
against [1] 174/17
ago [2] 160/4 239/6
agree [6] 41/23 57/18 57/21 103/27 147/30 211/4
agreed [2] 40/32 159/19
Agriculture [1] 138/9
AH [2] 175/1 175/1
ahead [11] 7/31 15/6 21/20 21/20 38/9 57/9 80/9 157/26 163/24 174/11 175/20
AHUA [2] 183/29 184/14
AHUE [17] 179/7 180/22 180/31 181/7 181/17 181/32 182/2 182/5 182/7 183/19 183/27 183/29 184/13 189/27 193/4 194/18 198/30
AHUGA [1] 183/21
AHUW [2] 169/18 179/10
aiding [1] 204/19
air [203] 47/21 78/17 78/22 78/29 113/6 113/10 114/1 114/10 114/22 115/25 116/17 116/17 116/19 119/5 119/14 121/1 121/5 121/11 121/24 121/26 121/27 121/29 122/18 133/18 133/22 133/25 139/19 146/25 146/25 146/32 147/3 147/14 147/26 149/17 149/25 150/16 150/23 150/24 151/7 151/23 154/21 155/3 156/14 159/7 159/14 159/15 159/23 159/30 160/17 160/18 162/13 165/3 165/9 166/18 166/19 166/24 166/24 166/26 166/27 167/8 167/12 167/21 168/7 168/9 168/11 168/21 169/6 169/6 169/7 169/12 169/13 169/16 169/17 169/19 169/20 169/25 169/27 170/10 170/13 171/13 171/15 171/17 172/1 172/2 172/18 172/23 172/25 172/25 172/27 173/1 173/15 173/18 173/24 173/29 174/1 174/16 174/23 174/28 175/4 175/5 175/6 175/7 175/8 175/12 175/12 176/7 177/11 177/26 178/6 178/18 178/20 178/22 178/23 178/26 178/31 178/32 179/1 179/29 183/5 183/32 184/8 184/21 184/23 185/20 185/25 185/28 186/11 186/18 186/24 186/25 186/27 186/31 187/1 187/9 187/12 187/15 187/16 187/25 188/23 188/25 188/26 188/30 189/8 189/16 189/20 189/21 189/25 190/5 190/7 190/10 190/11 191/3 191/15 191/16 191/18 191/20 191/21 191/27 194/19 194/23 195/2 195/4 195/5 195/5 195/6 195/7 195/8 195/9 195/12 195/17 195/18 196/28 196/27 197/10 197/18 197/19 197/24 197/26 197/30 198/10 198/14 198/19 198/19 199/3 199/6 199/11 199/31 199/32 200/2 200/7 200/7 200/23 200/30 200/32 201/1 201/2 201/2 213/4 213/9 213/20 213/24 213/24 213/28
airborne [2] 146/26 168/22
airtight [1] 189/2
al [3] 1/11 3/3 3/4
all [202] 1/8 4/10 6/11 6/32 7/21 7/32 8/1 8/8 8/29 8/31 9/4 9/9 9/10 11/16 13/5 13/11 13/26 13/32 14/13 15/18 15/22 16/24 16/32 20/3 20/17 20/17 20/19 20/19 21/10 21/22 23/24 24/16 24/21 25/23 25/29 26/6 26/28 27/14 29/29 30/10 30/25 31/31 32/10 32/11 32/19 33/27 38/5 38/18 39/1 41/22 45/21 45/26 46/17 46/21 46/29 47/6 47/11 47/14 47/24 47/25 50/2 50/5 50/6 50/9 51/21 52/11 52/24 57/15 60/10 60/18 66/19 66/28 67/30 69/31 71/26 74/12 78/13 78/28 80/14 81/15 82/5 83/14 83/25 84/2 85/25 89/7 91/19 92/6 93/5 94/29 95/17 97/24 98/5 100/16 103/10 105/7 105/26 106/15 109/4 109/8 110/23 111/25 112/3 112/30 113/5 114/25 118/24 122/9 123/5 123/19 125/16 126/24 127/18 128/6 128/7 128/9 135/1 142/18 143/5 144/10 146/11 146/30 147/23 149/25 150/25 151/24 152/28 154/14 155/3 155/17 157/13 158/22 162/16 163/15 164/20 167/20 168/11 172/12 173/32 174/18 175/28 176/11 180/19 180/21 181/12 181/17 182/4 182/9 182/30 182/26 183/8 183/19 184/6 184/12 184/19 184/23 185/10 185/25 187/5 187/30 188/8 188/18 188/27 189/12 193/4 193/8 194/31 195/11 195/17 196/4 196/12 198/27 198/27 209/25 213/23 217/12 217/31 217/31 219/11 219/13 219/15 221/28 223/8 223/15 224/22 227/11 231/18 231/24 232/27 232/27 233/2 233/4 233/17 233/17 234/17 235/2 235/9 237/3 238/4 238/10 238/29 239/7 239/26
allegations [3] 70/3 71/24 232/27

alleged [1] 238/1
alleging [1] 233/14
Allen [2] 104/20 104/21
allergic [1] 221/26
allergies [9] 220/15 220/28 221/8 221/14 221/16 221/24 222/27 231/9 231/19
allergy [1] 221/23
alleyway [1] 185/30
allow [10] 30/16 30/17 30/27 35/11 39/16 42/7 97/15 223/5 224/14 234/4
allowed [1] 224/16
along [6] 11/9 39/5 122/1 182/27 202/24 202/25
Alphabet [1] 195/17
already [26] 4/12 9/1 33/29 35/16 35/24 36/6 39/31 39/32 56/19 69/20 71/22 86/18 87/23 87/26 89/16 99/30 101/6 101/15 112/16 125/5 133/28 151/5 170/18 206/20 226/11 226/13
also [50] 4/18 34/7 34/8 34/22 49/18 63/20 65/9 65/15 71/28 71/28 76/30 81/9 83/7 89/5 99/32 102/20 110/29 111/20 113/1 113/3 113/12 118/11 120/29 124/10 135/19 144/15 152/22 154/8 154/16 155/32 160/29 160/32 162/2 166/10 167/21 168/25 169/32 173/2 173/14 176/11 178/26 179/17 186/23 191/12 191/19 197/11 199/10 199/14 220/4 221/7
although [1] 156/14
Aluma [1] 113/4
Aluma-Brite [1] 113/4
aluminum [4] 112/21 113/3 140/28 140/31
always [2] 25/8 223/20
am [53] 12/27 14/3 19/32 20/8 28/14 28/15 32/21 33/2 35/10 35/13 36/28 40/22 48/21 74/1 85/26 87/3 87/13 98/15 101/24 105/13 105/19 106/25 106/29 107/31 127/23 128/19 136/11 139/26 146/7 149/24 150/15 150/22 155/13 160/3 161/10 163/2 165/16 205/7 206/2 206/2 206/3 208/31 209/5 209/6 210/31 211/15 217/13 222/10 229/27 234/3 236/18 241/23 241/24
Amadee [1] 2/12
AMEDEE [3] 1/20 2/15 3/9
AMERICAN [9] 1/23 3/19 37/6 54/4 54/9 108/16 143/14 143/28 230/1
amount [10] 118/2 120/31 121/4 175/20 178/18 186/31 187/1 187/9 187/12 194/22
analyses [1] 139/18
analysis [2] 159/9 233/27
and/or [2] 25/27 69/9
ANDERSON [41] 1/7 2/4 3/3 3/30 3/32 5/9 5/23 5/30 14/20 15/28 33/17 37/18 37/27 39/26 42/20 48/4 51/12 53/28 54/3 57/13 57/21 58/15 61/2 61/6 63/20 64/3 64/12 64/16 65/4 68/31 78/17 84/16 100/12 106/13 118/12 120/30 120/30 137/21 138/5 199/5 217/7
Anderson's [3] 41/18 56/15 141/9
Annex [2] 117/5 144/12
annual [1] 76/24
another [32] 8/32 16/21 29/23 30/28 31/6 31/12 41/5 50/11 57/31 66/26 73/21 81/4 81/25 82/12 84/3 84/16 85/14 88/2 92/16 117/22 117/25 121/14 125/23 136/23 164/20 169/18 169/27 180/21 194/31 196/29 197/30 207/7
answer [21] 53/11 60/6 63/7 69/22 70/15 70/16 70/18 74/4 86/3 87/16 103/3 114/8 152/4 152/17 160/21 202/31 205/23 212/31 227/32 234/32 236/22
answered [22] 56/20 61/18 86/13 86/15 86/18 87/1 89/5 89/9 89/11 91/30 96/31 99/31 102/3 103/20 103/32 191/29 191/32 214/6 214/14 214/24 214/26 215/16
anticipated [1] 22/22
any [111] 22/29 24/24 27/4 30/14 32/29 33/30 35/5 37/24 44/15 53/8 53/11 58/31 60/3 61/17 65/20 66/29 67/22 68/9 70/4 70/5 70/16 73/25 77/13 87/4 91/23 92/19 98/30 101/7 101/16 104/29 105/10 109/21 118/13 120/3 121/10 124/27 125/27 127/3 127/5 128/4 128/11 136/13 141/6 144/17 144/17 144/21 144/22 146/26 146/32 147/3 147/6 147/14 148/2 151/9 151/23 151/31 152/2 152/25 156/31 157/1 157/2 160/32 170/16 178/30 180/19 180/27 181/23 183/10 188/11 190/24 190/29 190/30 193/11 195/11 195/17 196/4 196/12 198/27 198/28 213/23 217/12 217/31 217/31 219/11 219/13 219/15 221/28 223/8 223/15 224/22 227/11 231/18 231/24 231/32 232/27 232/27 233/2 233/4 233/17 233/17 234/17 234/17 235/2 235/9 237/3 238/4 238/10 238/29 239/7 239/26
anybody [9] 8/32 21/26 21/29 21/31 22/3 26/31 36/12 110/2 224/29
anyone [11] 9/14 63/22 63/25 65/28 147/2

A 23/P. HIX/PT03/06/241
230/15

**A**

anyone... [6]  148/3 223/23 225/4 225/5 225/28 237/12
anything [57]  11/8 18/3 24/24 24/31 24/31 25/24 26/9 26/14 28/1 28/11 31/8 32/2 32/15 32/17 36/12 39/4 39/6 41/17 46/12 52/32 53/5 59/4 63/27 70/7 73/26 91/32 99/8 103/15 104/4 105/5 105/11 120/22 124/30 136/25 140/6 142/24 151/20 152/25 155/1 155/4 157/10 170/17 185/14 218/7 218/10 219/32 223/28 227/21 228/22 230/19 231/3 231/24 232/28 233/4 233/21 235/3 236/5
anyway [2]  139/5 172/22
anywhere [2]  81/27 176/15
apart [2]  47/5 70/16
apologize [2]  63/32 71/4
apparent [2]  137/17 192/27
apparently [7]  84/22 126/19 130/18 131/25 139/3 178/27 180/29
appear [5]  44/10 45/20 85/18 203/15 206/13
appearances [2]  1/18 3/5
appeared [2]  59/30 74/24
appears [11]  109/6 118/20 119/17 174/22 188/16 203/21 204/9 204/10 205/9 206/8 206/16
applicable [1]  151/13
application [4]  48/24 49/11 49/26 50/17
applied [2]  52/4 160/27
applies [1]  149/23
apply [1]  93/21
appreciate [3]  62/4 152/29 176/29
appreciation [2]  69/13 189/15
approach [15]  13/29 17/23 20/32 39/21 48/17 53/31 54/3 68/13 72/24 73/24 148/25 149/11 154/25 156/19 162/27
approaching [1]  191/21
approximately [6]  20/9 124/7 202/14 216/32 217/25 217/27
April [4]  61/8 68/6 71/29 77/18
April 7 [1]  71/29
April 7th [2]  68/6 77/18
aqueous [3]  112/28 112/29 112/31
are [209]  5/21 5/30 13/32 15/12 21/4 22/6 31/23 31/23 34/1 34/2 35/1 35/6 35/26 38/2 38/3 38/20 40/15 42/10 45/32 47/23 49/19 49/27 52/20 52/21 52/26 53/1 53/22 53/24 54/25 55/24 55/28 55/31 55/32 55/32 56/18 61/27 63/4 66/29 67/1 69/14 72/29 74/7 76/18 76/19 77/32 78/13 80/24 80/32 81/2 81/10 81/27 82/1 82/30 85/28 86/6 88/23 89/30 91/19 91/23 92/23 106/15 107/32 109/2 109/3 109/4 109/8 109/15 110/27 111/8 112/6 112/17 112/31 113/18 113/18 114/25 114/30 117/26 118/13 118/14 118/21 118/24 119/7 119/10 119/14 120/4 121/15 122/16 122/17 123/2 123/15 126/13 126/17 126/20 127/1 127/2 127/10 128/28 129/13 130/15 131/15 131/24 132/14 135/19 135/21 135/23 135/27 136/13 136/13 136/17 137/11 137/13 137/15 138/21 139/6 139/12 139/13 139/18 139/19 139/24 143/25 145/14 147/5 147/12 147/21 147/28 149/28 151/2 151/4 151/6 151/14 151/17 151/21 151/28 152/5 152/6 152/21 153/9 153/14 153/24 154/2 157/2 157/7 157/8 157/24 158/32 163/15 165/8 169/5 169/6 169/7 171/25 171/25 173/27 174/11 174/25 174/31 179/3 186/26 187/30 187/31 188/27 189/27 190/9 190/12 194/27 195/24 197/1 197/13 197/14 202/6 202/9 202/10 202/13 202/18 203/1 204/28 205/5 207/10 208/10 208/12 209/22 211/32 212/9 212/26 213/8 213/27 214/1 214/29 215/15 217/15 220/21 221/11 221/28 223/13 226/21 226/23 226/29 226/30 226/32 228/17 233/32 234/14 235/9 235/14 235/14 238/8 238/21 238/21 240/14
area [40]  7/5 7/19 9/6 11/2 13/15 13/27 13/27 14/30 17/12 22/16 31/4 67/11 75/5 108/18 110/8 113/27 115/11 115/25 115/26 116/28 121/4 122/4 144/17 144/18 160/19 161/6 162/9 162/19 164/31 164/31 164/32 166/2 169/11 173/7 184/32 199/6 199/8 199/11 214/2 216/23
areas [11]  7/22 109/14 109/23 115/27 117/5 117/28 152/6 160/26 199/9 217/24 224/4
aren't [2]  88/23 140/1
argument [4]  206/19 206/25 206/26 209/2
argumentative [2]  101/28 121/13
arguments [1]  209/4
ARMOUR [13]  2/23 72/21 215/11 215/18 215/20 226/21 229/8 229/8 229/9 229/10 233/29 234/11 237/28
around [28]  8/16 9/27 9/29 13/23 23/12 24/4 24/5 26/3 31/10 31/20 31/21 31/21 32/14 46/30 67/2 85/11 97/25 138/22 156/31 159/15

**B** (continued mid-column)

217/13 236/28
arranged [1]  166/23
arrangement [1]  164/29
Arredondo [1]  41/13
arrived [2]  112/23 224/28
art [1]  211/5
articulating [1]  236/20
as [176]  4/8 5/12 5/24 6/26 7/4 8/2 8/32 11/1 11/1 15/6 15/28 17/29 23/6 23/21 24/31 24/32 25/21 27/13 30/20 34/6 37/30 39/1 39/27 44/17 47/17 48/11 48/25 51/17 51/19 52/15 52/21 52/28 52/28 55/32 56/1 56/20 58/7 59/14 59/15 59/15 59/32 60/31 61/2 61/21 62/12 62/29 65/10 65/15 69/10 75/2 76/16 79/14 83/2 92/20 92/22 92/24 93/10 93/20 95/25 96/8 97/14 97/14 97/19 100/32 101/32 102/16 102/21 102/29 105/11 106/11 106/11 107/10 108/29 109/10 109/32 110/20 110/31 111/4 112/10 113/10 114/17 117/28 118/7 118/16 121/10 122/25 122/25 122/30 122/30 124/14 124/27 126/29 132/12 134/28 140/1 140/1 140/4 140/4 140/31 140/31 141/4 142/29 143/8 144/29 146/27 151/5 151/22 151/22 152/11 155/27 155/27 157/4 157/30 158/19 159/5 159/21 161/26 163/7 167/19 172/26 173/10 174/3 174/13 175/6 175/7 176/7 177/24 177/29 178/31 182/15 182/15 185/1 186/16 189/9 190/21 194/22 194/29 194/29 195/12 196/9 196/9 196/18 199/12 200/15 200/28 204/20 204/20 209/26 210/1 211/5 211/23 212/1 212/2 213/7 214/16 215/13 215/31 217/8 224/3 224/4 226/21 226/21 226/26 229/12 230/12 233/18 233/25 235/30 237/32 238/4 238/10 238/11 241/11 241/13
asbestos [1]  111/28
ask [62]  18/18 34/10 35/14 39/4 39/31 43/2 44/19 46/5 48/26 48/28 50/16 51/15 62/8 62/25 69/14 71/19 72/4 89/29 91/20 97/27 98/18 99/7 105/30 106/29 115/10 120/24 121/13 130/18 131/24 132/13 133/14 137/6 143/22 145/14 145/27 152/17 153/21 153/29 161/10 161/32 164/23 166/2 166/30 166/30 173/2 177/5 177/5 181/10 181/11 182/22 192/1 192/6 202/31 204/22 204/23 206/27 208/7 219/20 225/9 228/7 234/19 234/20
asked [59]  4/27 7/21 12/24 12/25 48/4 48/5 52/18 54/12 56/20 61/10 61/14 61/20 65/9 68/8 69/15 86/12 86/15 86/24 86/30 86/31 89/5 89/9 89/11 91/29 96/8 96/14 96/31 98/19 98/20 99/23 109/1 100/18 100/27 102/8 103/20 103/32 115/11 160/3 160/12 160/15 160/17 174/1 181/6 181/12 192/5 212/24 218/20 222/18 222/20 228/21 230/26 230/26 234/30 asking [24]  8/29 12/17 28/16 32/23 51/4 52/20 52/21 62/15 69/31 85/26 97/19 97/28 98/6 99/19 100/12 102/24 126/13 136/29 145/18 156/13 211/26 212/1 233/13 238/27
aspect [1]  102/12
assertion [1]  184/1
assess [1]  160/17
assessment [3]  130/4 159/24 159/31
assigned [2]  216/24 217/24
assist [3]  33/12 53/2 228/18
assume [11]  126/15 126/17 126/25 137/6 142/11 143/22 147/23 182/4 191/2 196/19 212/24
assumed [3]  122/4 182/5 183/26
assuming [12]  137/32 147/12 179/3 187/30 187/31 189/27 194/19 198/30 199/27 209/22 209/23 227/18
assumption [10]  125/25 180/21 182/27 183/20 184/7 187/18 187/20 195/4 212/23 212/24
assumptions [8]  122/1 122/15 178/8 178/10 182/26 183/18 184/12 212/26
assure [1]  123/12
asthma [3]  219/21 219/29 220/1
atmosphere [1]  151/18
attacked [2]  120/14 125/29
attempted [1]  121/1
attempting [1]  238/21
attempts [1]  120/3
attendant [1]  52/6
attended [2]  6/7 42/32
attorney [5]  44/16 70/10 70/17 237/32 239/1
attorney/client [1]  70/10
attorneys [5]  38/25 39/3 53/2 94/32 228/18
attributed [1]  194/10
audio [2]  34/29 35/5
August [5]  50/24 50/30 89/7 235/23 236/28
August of [1]  50/30
available [1]  138/6

**(right column, starting under B)**

average [2]  145/1 145/19
Avril [1]  60/17
aware [12]  77/32 123/31 131/24 131/30 144/21 182/19 223/30 225/16 225/21 226/21 226/24 233/28
away [4]  30/7 118/23 174/16 195/1
awhile [6]  10/7 10/10 93/32 94/6 151/8 156/30

**B**

back [102]  7/6 7/7 7/10 8/23 9/5 9/23 11/23 12/32 13/17 14/3 15/8 17/7 18/11 19/15 23/13 25/12 26/19 28/11 30/13 30/17 30/23 30/27 30/31 30/32 31/1 31/5 31/14 37/13 47/3 47/24 55/16 61/8 61/15 61/32 62/10 62/30 76/15 80/14 80/15 80/15 80/31 81/24 98/15 107/25 111/26 119/17 122/26 123/4 145/32 146/7 149/5 152/8 152/10 153/21 154/15 157/27 164/11 164/13 164/13 164/31 165/5 166/18 167/30 168/18 168/19 169/14 169/26 170/2 170/5 171/21 172/27 174/31 175/6 175/31 178/3 179/4 183/5 187/18 189/25 196/1 199/16 200/4 200/8 200/9 201/12 201/10 201/17 201/19 202/22 202/24 202/25 207/1 221/31 224/5 224/7 224/9 224/14 224/19 224/28 229/22 229/24 229/29 230/14
back-fed [1]  183/5
background [2]  107/21 159/3
backwards [1]  178/32
bad [6]  10/23 27/23 75/28 119/8 141/11 200/32
badly [4]  118/29 119/1 119/3 119/18
Bailey [1]  223/12
balance [1]  187/26
balanced [2]  195/22 196/18
balancing [1]  36/17
ban [1]  138/8
bank [1]  185/27
banned [1]  138/10
barn [1]  155/10
barrel [4]  80/6 80/29 117/19 171/5
barrels [63]  7/12 7/26 14/23 15/10 15/12 15/23 17/7 19/17 19/18 19/26 20/2 20/2 20/9 20/23 20/29 21/25 21/26 21/31 22/4 26/3 30/15 33/23 34/29 35/1 35/12 35/18 35/22 36/1 36/5 36/6 37/32 64/17 65/28 66/5 78/25 81/27 82/31 84/19 84/22 88/23 91/10 96/10 97/7 99/25 99/32 116/20 116/21 119/9 120/29 120/32 136/16 138/20 141/6 141/6 143/29 161/7 170/27 202/23 225/22 225/25 239/12 239/14 239/18
base [6]  119/2 131/18 140/20 140/27 140/29 141/2
baseboard [1]  46/11
based [9]  121/2 122/16 132/18 135/20 180/14 196/24 211/13 212/12 212/26
basement [38]  7/5 7/15 7/20 7/20 7/24 8/27 9/6 9/14 11/2 13/12 13/15 14/23 15/32 27/12 27/28 27/32 67/4 93/10 110/21 111/10 111/16 136/10 142/7 160/19 161/6 162/18 165/27 184/31 186/25 197/12 213/9 217/5 217/21 225/23 236/2 238/14 239/16 239/22
bases [1]  117/14
basic [7]  111/18 112/3 130/16 131/17 134/24 140/22 143/6
basically [10]  14/20 14/24 45/27 67/29 67/32 110/16 112/15 167/17 168/21 184/21
basing [1]  190/12
basis [4]  10/13 69/8 101/25 117/12
Bates [1]  150/6
Baton [2]  107/15 108/20
be [138]  4/17 14/15 22/21 24/3 25/4 29/21 34/3 34/23 36/31 37/32 38/28 41/26 44/11 45/20 52/5 52/27 58/9 62/29 66/14 71/16 74/24 75/4 76/17 78/2 85/18 89/25 98/22 106/15 106/19 106/22 107/4 107/31 108/24 109/7 111/2 111/30 113/1 117/4 118/20 119/2 120/12 123/9 125/23 126/30 127/10 130/9 130/11 130/28 131/3 131/10 133/28 134/12 134/13 135/2 136/26 137/28 138/16 138/17 138/27 140/3 141/2 141/15 142/23 146/1 146/15 147/4 147/22 147/27 150/23 151/19 153/17 154/20 155/23 156/29 156/31 157/27 162/12 162/13 162/17 163/16 163/18 163/19 164/11 165/6 167/14 168/23 169/14 170/12 173/8 173/14 174/22 176/27 179/29 180/15 183/29 187/11 188/25 191/3 194/29 195/3 195/11 195/23 196/18 196/19 197/19 197/23 197/26 201/4 203/21 204/6 204/9 204/11 205/9 205/23 205/25 205/25 206/8 206/13 206/16 206/29 208/3 209/26 210/31 211/1 216/20 216/27 225/6 226/27 226/31 227/3 227/4 228/3 228/5 228/26 233/13 233/32 236/22 238/24

bear [3] 140/26 190/24 212/32
beat [1] 159/20
became [2] 51/20 108/23
because [73] 4/9 7/18 10/25 17/16 22/8 23/18 25/6 25/29 26/24 28/7 28/31 35/6 36/30 38/1 40/12 41/18 58/5 62/22 66/30 70/9 70/29 71/8 71/22 74/1 75/5 78/27 83/16 85/9 85/26 90/2 90/20 91/14 94/3 94/26 97/16 100/31 102/20 106/20 106/29 111/32 112/10 113/10 119/12 120/4 120/16 125/32 134/20 147/5 151/27 163/15 168/9 180/15 181/1 188/10 188/28 193/5 198/11 199/4 201/13 206/2 206/15 207/17 211/32 214/21 218/13 218/26 220/23 222/11 223/21 226/12 228/5 234/31 239/5
become [4] 38/7 38/8 40/32 225/15
becomes [3] 195/2 198/1 200/6
bedroom [1] 200/1
been [107] 4/12 5/9 6/4 10/7 13/1 17/4 17/28 27/25 34/3 34/25 38/4 39/3 39/27 41/25 47/21 48/7 48/10 53/5 62/16 65/9 65/10 69/7 77/2 79/14 83/29 84/22 85/10 89/5 89/9 89/11 93/17 96/8 96/15 98/16 107/7 107/27 109/10 109/20 109/21 109/24 110/17 110/20 111/4 112/2 118/4 118/16 118/23 118/29 119/3 119/10 120/18 121/9 122/12 123/28 126/26 136/5 137/22 138/2 141/23 142/10 144/8 147/2 147/13 152/5 157/28 158/16 158/30 162/6 168/1 169/30 171/1 171/21 171/30 171/31 174/2 176/31 181/31 189/14 191/2 192/12 192/18 193/3 194/27 195/30 200/16 200/24 202/20 202/21 203/15 204/2 204/3 211/10 211/12 214/10 215/11 219/21 219/32 220/16 221/10 225/2 226/22 226/23 228/21 230/4 232/20 238/5 241/19
before [46] 1/14 5/26 22/14 23/3 26/17 27/13 30/12 30/30 36/28 39/10 42/20 54/3 76/5 77/7 77/15 82/10 83/32 85/9 88/29 90/1 90/6 90/15 91/21 92/31 93/1 93/4 93/5 93/30 93/31 93/32 93/32 94/15 97/30 98/24 99/11 121/24 138/4 155/6 164/23 191/6 202/31 217/23 219/26 220/25 230/5 241/13
Beg [1] 60/11
began [2] 229/14 232/13
Beginning [1] 108/10
begins [1] 112/8
begun [1] 113/9
behalf [3] 1/8 52/21 226/28
behind [3] 14/30 81/1 173/10
being [22] 34/30 35/12 35/22 36/1 45/3 52/24 52/29 53/5 74/29 139/5 139/18 175/21 177/2 183/19 189/9 189/25 195/5 195/9 195/22 198/2 228/22 228/27
beliefs [1] 208/29
believe [37] 28/29 35/6 35/22 36/6 56/15 74/7 86/24 86/30 109/9 114/30 117/10 119/6 119/14 119/20 120/11 120/16 120/21 128/15 132/13 135/7 135/8 136/16 138/12 143/3 143/11 155/26 173/11 176/16 176/16 180/14 193/4 194/8 200/16 205/10 210/18 220/4 228/14
believed [1] 179/21
belongings [4] 62/32 224/17 224/20 229/23
belongs [3] 81/19 83/23 149/3
below [11] 131/4 131/5 135/23 135/23 164/27 170/9 170/9 175/2 178/12 178/20 192/29
bench [2] 4/13 35/17
beneath [1] 111/26
benefit [1] 167/7
Bentley [1] 60/15
beside [1] 45/24
besides [2] 59/9 238/13
best [9] 65/25 87/1 87/14 87/17 87/29 123/11 155/14 156/6 241/18
better [14] 18/18 51/15 81/26 97/3 106/29 168/30 181/23 185/16 185/18 193/21 201/29 201/32 204/9 208/3
between [14] 20/20 60/24 120/5 120/6 134/27 144/30 185/30 188/19 193/21 193/31 195/25 222/30 223/18 240/3
beyond [2] 155/21 193/13
bifocals [3] 76/22 76/23 76/23
big [15] 16/24 20/3 36/4 111/14 117/18 119/30 129/8 133/8 136/10 136/17 139/31 152/3 164/21 165/17 174/14
bigger [4] 117/21 117/21 119/31 163/29
biggest [1] 67/8
binders [1] 148/29
bird [1] 29/20
bird's [1] 165/29
bit [8] 39/9 73/10 78/31 79/4 79/5 140/32 142/28 216/13
biting [1] 141/27
blind [12] 18/11 96/9 125/29 126/24 204/8

blinds [54] 18/15 18/20 19/1 19/3 19/5 19/6 19/8 19/11 46/30 47/1 47/5 54/13 56/21 56/23 56/27 74/22 74/24 74/28 83/2 83/3 84/29 85/13 85/14 85/17 85/20 85/23 85/28 86/5 86/8 86/9 86/25 86/26 86/32 87/3 87/4 87/14 87/24 117/29 118/4 118/13 119/7 125/7 125/19 125/23 125/32 126/15 126/16 126/18 126/20 126/27 203/30 204/29 207/10 208/3 blocked [9] 188/15 188/18 188/29 188/30 188/31 188/32 196/10 211/11 211/22 blow [4] 55/24 79/13 84/3 109/3 blow-up [3] 55/24 79/13 84/3 blower [1] 213/16 blowers [1] 213/8 blowing [2] 213/13 213/17 blown [1] 184/8 blows [1] 169/9 blowup [4] 165/16 168/31 172/20 200/12 blue [2] 17/14 19/17 blue-looking [1] 17/14 blurred [2] 76/17 100/31 blurring [1] 102/17 blurry [1] 76/4 board [2] 118/32 241/22 boards [1] 14/4 boat [1] 188/25 boilers [1] 185/3 book [13] 4/13 35/17 40/16 55/28 79/15 109/7 132/4 138/26 !38/27 138/29 139/2 162/30 181/29 books [1] 148/29 boom [3] 105/17 105/17 105/17 boot [1] 22/27 booter [3] 51/17 51/19 52/5 booters [1] 75/9 booting [15] 5/24 6/23 6/25 6/25 6/27 8/18 9/19 22/27 23/19 48/25 51/20 51/22 52/6 65/15 82/32 boots [21] 6/29 25/14 25/17 25/18 25/19 25/20 59/28 81/24 81/24 103/11 103/12 103/15 103/16 103/22 104/5 104/9 104/13 104/17 105/4 105/5 105/8 border [1] 46/11 Bosman [2] 29/32 77/30 boss [1] 26/32 both [7] 6/6 11/18 23/1 51/21 86/1 109/14 166/16 bothering [2] 32/4 102/12 bottom [10] 14/21 45/25 79/29 79/30 80/2 91/4 166/27 171/11 197/3 213/20 box [4] 82/32 88/16 105/14 105/14 boxes [2] 80/8 80/32 brand [3] 94/17 94/18 130/11 break [4] 42/20 55/20 123/2 123/3 breathing [2] 219/23 220/3 brief [6] 34/28 37/11 74/13 142/23 153/12 209/3 briefly [2] 38/7 108/10 bring [3] 68/25 73/18 194/31 Brite [1] 113/4 broad [1] 163/27 BRODIE [2] 1/26 3/24 broke [1] 47/22 brought [8] 26/24 28/11 28/30 29/13 111/30 169/24 224/7 238/10 BS [2] 107/22 159/4 Buckley [2] 70/6 70/14 building [221] 7/1 7/3 7/7 7/10 7/15 7/25 8/7 8/27 8/30 9/1 9/2 9/27 9/32 10/6 10/10 10/14 10/17 11/4 11/7 11/30 13/17 14/31 16/2 16/23 17/17 22/2 22/31 24/10 24/12 25/17 25/28 25/30 25/32 26/7 26/13 26/26 27/20 27/27 27/31 28/31 29/1 29/14 30/6 30/7 30/23 30/32 31/13 31/14 31/32 32/9 32/12 34/15 34/18 34/30 36/9 38/20 38/28 45/12 49/3 49/13 51/23 54/5 54/9 54/10 54/16 54/19 55/5 55/7 55/11 57/16 57/19 57/23 58/16 58/18 58/23 58/30 60/25 60/26 61/16 62/1 62/11 62/30 66/1 66/3 66/9 66/18 66/23 78/22 78/23 89/15 91/21 93/2 93/2 93/18 93/20 95/26 96/16 97/12 102/14 102/27 103/8 110/22 111/9 114/12 114/23 115/10 115/27 117/9 117/11 117/29 127/3 136/9 136/23 137/20 139/30 140/4 143/14 143/15 144/17 147/2 148/3 149/16 149/18 150/23 154/12 155/5 159/10 159/16 160/20 160/25 160/31 161/8 161/28 162/5 162/14 162/19 164/28 165/30 166/13 166/21 166/30 166/31 167/2 167/5 167/8 167/9 167/10 167/13 167/17 167/22 168/14 168/24 169/8 169/30 173/6 173/19 173/25 174/28 175/15 175/21 176/9 177/11 178/7 178/13 179/4 179/30 184/4 185/6 186/13 186/15 186/25 186/31 195/20 195/22

035 199/18 200/22 202/6 211/6 211/14 211/14 211/15 212/27 213/5 213/7 213/14 213/23 213/26 216/21 216/32 217/3 217/3 217/6 218/8 218/16 218/17 218/28 218/29 223/18 224/9 224/15 224/19 224/30 224/32 225/6 225/16 227/9 228/28 229/18 229/22 229/24 229/29 229/32 230/4 230/9 232/1 236/3 238/13 buildings [2] 13/13 140/4 built [2] 211/6 211/15 bulk [1] 139/32 bulkhead [2] 186/4 186/8 bunch [2] 20/3 20/19 bunched [2] 21/10 21/22 bung [2] 131/28 133/10 burden [1] 121/19 burned [6] 60/31 61/22 61/23 76/32 77/1 77/3 burnt [2] 48/3 81/3 button [1] 163/6 buy [1] 26/18

## C

C.C.R [1] 1/31 cafeteria [2] 67/16 67/17 cages [1] 213/8 calculation [2] 196/24 198/4 calculations [3] 195/18 196/12 196/15 call [18] 24/7 82/1 88/30 105/13 111/6 111/11 111/17 117/20 127/11 133/11 144/11 144/26 157/24 169/16 185/30 216/15 216/18 229/9 called [17] 22/5 29/32 30/1 30/3 54/13 110/14 121/18 121/30 122/19 128/15 130/10 146/27 164/32 169/20 178/21 199/7 224/5 calling [1] 111/8 calls [4] 126/4 140/8 140/10 217/23 came [29] 9/2 9/4 15/13 15/16 16/30 16/32 17/5 17/10 18/24 24/11 25/14 29/22 30/1 30/2 30/5 45/13 46/32 62/30 77/22 89/15 111/26 124/3 128/17 128/20 143/11 178/20 211/22 224/9 227/3 can [154] 8/12 12/27 13/31 14/5 14/6 14/12 14/13 14/15 20/8 21/5 23/8 27/9 32/31 32/31 33/21 37/28 40/9 40/13 41/26 42/12 43/17 44/19 45/28 46/9 46/27 48/22 49/16 52/28 55/24 57/8 60/15 60/17 66/8 66/13 66/24 67/6 67/9 68/27 69/26 69/30 70/14 70/15 72/4 72/15 72/29 73/11 73/23 79/12 79/17 81/26 84/1 84/12 87/16 88/24 93/29 96/28 98/3 103/14 103/22 104/4 105/30 106/17 113/1 115/2 115/4 115/19 116/8 120/5 120/15 123/4 123/12 126/25 127/24 127/27 128/23 134/12 134/13 136/19 137/6 138/29 145/8 145/11 148/31 149/27 152/8 152/32 152/32 154/25 156/26 157/7 161/10 162/23 163/6 163/7 163/8 163/9 168/19 170/18 171/31 172/14 174/12 174/13 176/2 177/5 177/31 178/14 179/3 181/4 182/9 184/28 187/7 193/19 196/26 200/18 201/11 201/13 201/19 201/20 202/6 202/28 202/31 203/14 204/8 204/20 204/20 204/22 204/27 204/32 205/14 205/30 206/19 206/25 206/27 207/9 208/7 208/29 210/21 211/31 216/12 216/15 216/26 217/27 218/10 221/22 222/22 223/10 227/32 228/25 229/9 233/29 234/5 235/22 236/8 236/24 can't [34] 9/3 10/6 12/15 23/13 23/29 27/15 36/5 43/28 44/32 45/1 45/9 46/18 46/23 70/7 72/11 74/9 76/12 76/12 78/26 81/1 81/25 85/32 91/32 95/10 98/2 129/1 130/6 135/2 135/32 151/1 151/2 156/27 213/32 235/21 CANAL [26] 1/9 6/19 26/23 51/23 54/4 164/6 164/9 166/31 215/27 216/4 217/3 220/18 222/12 225/22 227/1 229/14 231/25 232/29 233/5 234/18 235/4 236/3 238/30 239/16 239/30 239/32 cannot [7] 102/29 151/31 159/26 185/14 196/26 206/21 227/21 capped [2] 168/16 178/26 captioned [1] 1/13 carbon [1] 62/16 care [6] 57/23 58/8 58/17 111/30 232/9 232/25 Carl [1] 41/12 Carmen [1] 223/12 Carol [1] 60/15 carried [1] 162/18 carries [1] 184/3 carry [1] 220/2 cars [2] 6/29 173/26 cart [7] 79/32 80/2 81/4 83/3 83/4 88/21 97/29 carts [3] 79/30 79/31 80/25 case [30] 24/19 38/28 39/2 39/12 53/1 65/7 68/9 71/11 108/2 110/12 110/18 121/20 135/27 146/31 150/32 151/19 154/15 155/9

case... [12] 160/5 160/13 160/16 161/3 187/29 227/4 227/5 228/9 228/17 228/19 228/25 235/18
cashier [1] 215/23
Casino [4] 215/23 232/3 232/5 232/8
Casino's [1] 232/9
casual [1] 190/26
cataract [1] 65/11
cataracts [1] 238/6
catch [1] 25/15
catching [1] 27/21
causation [3] 102/26 127/11 233/27
cause [6] 5/11 107/9 118/3 157/30 192/12 215/12
caused [14] 33/21 35/2 75/21 96/11 102/22 102/26 119/21 120/6 120/7 120/16 120/21 190/32 191/8 225/6
causes [1] 213/20
causing [4] 221/24 223/24 223/26 234/19
caustic [3] 134/19 134/32 135/2
CCR [1] 241/30
Cecotrol [17] 128/16 128/17 130/10 130/12 133/2 133/3 133/4 133/7 134/27 137/30 138/11 138/15 140/19 142/29 142/31 143/7 143/8
ceiling [26] 43/25 43/26 44/1 44/3 44/9 44/10 45/19 46/20 47/7 47/9 47/13 47/15 47/17 118/20 118/25 119/5 119/8 119/11 119/12 119/16 120/9 120/10 167/14 167/15 197/19 213/11
centimeters [1] 113/28
cert [1] 143/26
certain [9] 7/22 12/5 85/3 113/27 155/28 160/26 178/18 219/19 221/26
certainly [3] 110/26 121/28 136/18
certificate [2] 241/1 241/4
certification [2] 3/27 233/16
certified [3] 53/1 228/17 241/30
certify [1] 241/14
cetera [1] 33/21
CFM [4] 186/20 189/15 189/17 189/18
CGI [1] 150/26
chairs [1] 20/18
chance [1] 94/18
chances [3] 194/27 195/21 195/24
change [5] 40/11 77/13 86/19 191/13 191/15
changed [1] 179/15
changes [2] 22/30 195/30
changing [2] 85/4 187/26
chaos [1] 33/10
chapters [1] 109/7
chase [11] 1/15 25/24 26/11 118/17 165/7 165/8 165/13 165/14 166/21 166/23 185/9
chat [1] 66/18
check [8] 26/1 29/11 30/30 37/22 78/7 93/15 199/26 210/16
checked [3] 64/27 93/23 94/5
checks [1] 25/14
checkups [1] 76/24
chemical [13] 43/12 44/29 52/24 63/22 63/23 92/20 92/24 107/26 117/32 134/13 143/9 146/27 190/10
chemicals [36] 1/9 34/24 62/17 85/7 110/18 110/19 110/21 111/15 112/26 112/27 113/12 114/18 120/7 136/12 136/13 137/16 139/19 144/25 155/4 161/6 162/17 164/12 168/8 168/22 173/17 175/13 175/19 175/21 190/17 225/22 225/29 225/32 226/14 227/12 228/29 235/9
chemist [3] 140/23 157/4 233/30
chemistry [7] 107/22 107/24 108/20 109/16 110/2 110/9 114/16
chest [2] 26/28 32/10
children [1] 6/1
chillers [2] 185/3 186/23
chilling [1] 139/20
chills [1] 185/3
chloride [2] 111/22 117/3
circle [2] 44/12 170/26
circled [1] 171/5
circulate [4] 165/9 173/19 185/4 213/24
circulated [8] 169/23 171/23 175/14 175/21 176/9 178/7 186/24 186/27
circulates [2] 175/4 199/31
circulation [1] 189/20
citizens [1] 94/4
city [43] 1/11 1/27 3/4 3/14 3/17 5/24 10/11 21/29 51/18 54/17 54/19 55/6 55/11 57/22 58/18 59/16 60/20 60/22 64/18 64/22 65/16 65/16 77/28 78/1 81/16 83/22 87/3 95/31 117/5 132/15 136/27 144/12 146/25 146/31 147/9 147/31 155/1 156/15 224/32 226/32 228/27 229/14 232/2

CIVIL [2] 1/1 241/12
Claiborne [1] 31/19
claim [7] 63/27 65/7 101/7 101/16 102/10 233/9 233/12
claimants [1] 226/30
claimed [2] 137/12 233/18
claiming [2] 92/23 233/14
clarification [4] 16/9 75/8 75/13 140/32
clarify [1] 200/12
class [25] 3/27 37/27 37/30 38/8 39/1 52/16 52/20 52/21 53/6 68/9 68/10 69/8 70/4 143/26 215/10 226/24 226/27 226/31 228/3 228/5 228/22 233/13 234/8 238/8 238/22
CLAYTON [16] 1/21 2/5 2/9 3/11 20/8 23/8 44/19 49/11 54/12 68/15 95/20 102/5 104/31 106/19 153/19 210/30
Clayton's [2] 56/8 60/6
clean [2] 22/10 182/18
cleaned [2] 22/12 74/29
cleaner [1] 113/4
cleaning [4] 63/4 136/20 139/19 140/2
cleanup [3] 111/28 209/25 209/27
clear [7] 9/26 13/32 30/30 54/30 170/20 202/8 224/16
cleared [1] 90/8
clearly [3] 56/19 208/9 225/8
Cleary [1] 158/15
Cleveland [11] 7/5 7/9 9/5 13/18 14/26 14/28 14/29 30/6 164/8 164/9 217/9
client [1] 70/10
clip [1] 41/22
clock [2] 216/28 216/29
clock-out [1] 216/29
close [10] 7/24 20/3 28/20 85/11 143/1 145/27 163/18 180/17 188/4 200/1
closed [12] 28/5 93/12 93/27 167/17 167/20 179/25 179/28 180/12 180/15 182/5 184/13 187/19
closely [6] 45/30 46/9 174/2 189/3 189/31 189/32
closer [3] 163/11 204/31 206/17
closest [1] 9/9
closeup [2] 43/25 43/32
closing [1] 155/10
cloud [1] 111/7
clue [1] 34/25
CNO [4] 132/18 149/30 150/6 154/4
coach [1] 45/1
coaching [5] 44/16 45/32 46/18 51/1 51/3
coastal [2] 108/15 108/18
coil [7] 169/5 172/26 172/28 186/22 191/20 191/22 191/23
coils [12] 174/24 174/25 185/4 186/2 193/17 193/30 193/31 194/12 194/12 194/15 194/16 197/32
cold [3] 25/6 32/11 75/24
colds [7] 25/3 25/4 25/26 26/29 26/30 75/18 75/22
Collapsed [2] 125/21 125/22
collect [2] 62/31 80/28
collections [6] 9/21 13/26 22/6 22/15 75/12 80/27
collectors [2] 31/4 43/21
College [1] 159/4
colloquy [2] 19/16 205/16
color [3] 105/3 105/5 201/6
coloration [2] 19/13 85/4
colors [1] 208/11
column [1] 193/25
combine [1] 190/15
come [43] 7/28 13/19 14/29 14/31 15/4 15/5 15/16 15/18 15/20 16/31 25/12 26/19 29/10 29/14 29/22 29/22 30/8 30/9 37/13 38/19 68/2 93/15 113/2 117/25 118/32 122/2 158/6 170/5 170/11 178/5 178/11 185/28 185/29 185/31 187/5 189/25 196/28 218/14 218/14 221/19 227/4 230/14 237/20
comes [10] 29/20 35/8 183/32 184/2 185/20 185/21 185/22 191/23 191/27 207/1
coming [36] 4/2 7/9 7/29 10/17 10/26 13/19 13/21 14/27 14/32 27/29 30/18 38/15 38/16 38/24 55/31 74/16 77/4 93/20 94/4 95/8 95/14 116/20 122/5 141/15 153/21 166/26 166/27 167/12 167/13 170/10 177/19 183/32 189/18 189/19 191/22 195/8
comment [4] 91/14 120/24 121/4 121/13
commercial [1] 159/9
committed [1] 33/9
common [3] 6/6 75/24 193/20
communicate [3] 39/8 52/15 60/7
communicated [3] 22/20 166/19 213/25
communicating [2] 199/18 228/8
communication [3] 176/12 177/10 188/19
companies [1] 108/19

compare [2] 43/18 47/3
compared [1] 197/20
competent [5] 58/6 114/17 147/21 209/29 210/1
complain [14] 11/10 11/31 12/8 13/4 24/30 26/14 26/31 27/4 27/16 75/18 93/19 218/12 223/7 239/21
complainants [1] 226/30
complained [12] 12/4 24/26 25/2 27/6 27/10 29/2 29/3 66/1 66/3 66/20 67/23 223/21
complaining [1] 11/7 11/27 25/6 27/11 28/5 28/32 75/17 93/22 94/4
complaint [2] 94/29 239/25
complaints [13] 24/24 117/15 119/32 154/14 223/29 231/12 231/18 233/2 235/3 235/9 237/4 237/11 237/15
completed [1] 238/4
completely [4] 31/7 31/7 31/14 125/23
completeness [1] 173/32
compliance [1] 241/20
components [1] 195/28
compound [4] 141/22 141/23 142/6 142/8
compounds [1] 151/13
computers [1] 24/17
concentrate [1] 31/31
concentrating [1] 23/27
concentration [2] 136/5 148/2
concentrations [5] 113/22 113/24 116/12 141/28 147/1
Concentric [1] 78/2
concern [1] 26/24
concerned [1] 106/11
concrete [1] 186/16
condensate [1] 191/22
condensation [2] 191/8 192/11
condense [1] 167/15
condition [19] 18/16 18/17 19/17 19/19 30/19 45/20 46/15 47/21 54/8 83/31 84/19 89/17 89/31 90/7 182/2 182/13 182/14 193/23 200/7
conditioned [1] 166/24
conditioning [17] 78/18 78/22 114/1 114/11 114/22 115/25 116/17 119/5 159/7 159/14 162/13 168/22 169/16 172/2 173/1 199/6 199/32
conditions [5] 90/24 91/23 98/20 98/30 136/8
conducted [3] 150/23 150/25 196/23
confirm [4] 64/3 64/14 79/17 84/6
conflict [1] 178/30
conform [1] 88/7
confused [1] 206/2
confusing [2] 55/22 131/22
connect [1] 209/5
connected [6] 165/2 170/1 197/11 197/17 198/12 199/14
connection [7] 124/14 124/23 160/5 161/32 188/5 197/21 232/7
connections [1] 197/13
conscious [1] 237/6
consideration [1] 234/6
considered [2] 112/6 137/18
consistently [1] 55/30
consists [1] 159/8
constantly [1] 218/26
constructed [1] 195/28
construction [1] 162/7
consulting [2] 159/7 159/8
contact [1] 38/4
contacted [2] 74/10 111/10
contain [1] 111/14
contained [8] 4/10 112/28 128/15 128/22 132/26 132/26 134/23 177/32
container [3] 36/4 133/14 144/14
containers [1] 190/9
containing [4] 128/22 130/5 139/16 142/30
contains [2] 41/14 88/16
contaminated [11] 160/18 165/3 169/20 173/24 176/7 177/11 190/5 190/6 190/7 191/3 195/12
contamination [5] 116/32 119/15 146/26 190/12 195/2
contemporaneous [2] 33/4 43/1
contents [1] 113/6
contest [3] 9/3 78/21 78/27
continuation [1] 3/26
continue [2] 42/16 150/11
continuously [1] 105/19
control [5] 215/30 215/32 230/13 235/30 235/31
controlled [1] 179/22
controls [1] 114/25
conversation [1] 223/17
conversations [1] 70/16
cool [1] 186/22
cooled [1] 199/1

**C**

cooler [1] 167/13
cooling [13] 143/10 143/15 143/16 143/18
143/20 169/5 172/25 172/28 185/4 186/2
191/20 191/23 197/32
copies [1] 4/26
copper [1] 118/30
copy [14] 4/3 4/4 4/8 4/23 73/21 73/23 73/24
127/27 162/29 163/29 176/18 176/21 181/22
181/25
Corey [1] 3/14
corner [23] 13/23 13/24 20/18 20/25 20/29
29/31 44/25 58/26 58/29 76/32 79/31 80/2
81/8 96/9 111/9 162/10 203/15 203/21 203/21
206/8 206/13 207/3 207/5
CORPORATION [3] 1/25 3/22 3/24
correct [241] 4/13 4/15 6/8 8/28 15/24 15/26
47/8 51/24 54/7 54/10 58/25 59/5 59/24 59/29
60/21 60/26 64/29 65/12 65/13 65/15 65/18
65/21 65/22 65/25 65/29 65/30 65/31 66/6
66/9 68/6 71/13 72/9 74/26 75/19 76/7 76/15
77/8 78/3 78/4 79/10 79/11 84/20 84/21 84/26
84/31 84/32 85/15 85/16 85/18 85/19 86/28
92/12 92/13 92/25 92/26 92/28 92/29 94/13
95/6 95/27 95/29 95/30 96/1 96/3 107/17
107/28 107/29 108/27 108/28 108/30 108/31
109/17 109/19 109/29 118/9 119/25 122/21
122/28 122/29 124/5 124/15 124/22 125/20
125/24 126/2 126/31 126/32 127/4 127/12
127/13 127/16 128/5 128/12 130/20 130/26
130/29 131/9 131/11 132/31 133/16 133/19
133/29 134/1 134/3 134/6 134/27 135/13
135/16 136/6 136/24 137/32 139/23 140/5
140/15 141/7 141/16 142/14 144/13 144/24
144/26 144/27 145/1 145/20 145/21 145/29
146/21 146/28 149/18 149/24 150/15 150/22
150/26 152/13 152/22 152/24 155/12 156/8
157/10 157/11 159/17 160/6 166/15 167/22
175/17 176/13 177/22 179/8 179/11 179/14
179/16 179/19 179/23 179/26 180/17 180/18
180/20 180/26 181/4 181/32 182/1 182/8
182/24 182/25 182/29 182/30 183/7 183/11
183/17 183/20 183/21 183/31 184/6 184/10
184/16 184/24 187/22 188/3 188/15 189/28
192/20 192/23 193/6 194/32 196/10 196/21
199/22 200/13 200/14 200/19 200/20 200/23
200/25 200/30 202/4 202/5 202/16 203/5
204/11 208/2 211/17 211/24 213/1 213/2
213/11 213/12 213/15 213/21 213/27 214/18
222/13 225/26 229/16 229/20 229/25 230/7
231/6 231/7 231/10 231/13 231/19 232/9
232/14 232/29 235/10 235/12 235/15 235/25
235/31 237/21 238/8 239/1 239/12 239/16
239/19 239/20 239/23 239/27 239/28 239/30
240/4 241/18
corrected [1] 120/12
correctly [6] 79/15 109/15 125/7 176/6 204/1
204/1
correlate [2] 151/31 152/3
corridor [5] 173/9 173/10 173/12 193/21
213/18
corridors [2] 175/16 177/27
corroborate [1] 33/13
corrode [1] 140/27
corroded [15] 45/21 45/22 46/16 58/32 59/1
59/32 118/21 118/22 118/24 118/29 119/1
119/3 119/18 172/32 174/14
corrosion [40] 60/27 82/2 82/3 82/5 117/17
117/27 117/29 117/32 118/22 118/27 118/31
119/8 119/11 119/19 119/21 119/28 120/4
120/6 120/7 140/12 153/31 154/7 154/11
190/20 190/22 190/25 190/28 190/30 190/32
191/7 191/9 192/6 192/7 192/12 193/5 193/11
194/9 194/17 194/22 196/4
corrosive [21] 111/13 112/10 118/15 128/1
128/22 130/5 134/5 134/7 134/12 134/19
134/23 140/15 141/1 141/1 141/2 156/7
191/11 191/18 191/18 191/26 194/19
corrosiveness [1] 194/29
CORWIN [1] 1/28
cough [1] 100/24
coughing [1] 11/32
coughs [3] 25/2 75/18 75/22
could [70] 15/16 17/18 18/26 22/13 28/10
30/29 30/31 46/18 47/21 75/5 75/28 78/1 78/2
82/27 97/14 105/17 108/10 118/17 119/13
120/12 123/28 125/29 125/30 130/11 130/28
131/10 131/31 133/28 136/8 136/10 137/22
138/25 140/3 141/15 150/4 158/2 160/17
160/18 161/6 162/17 164/5 168/20 168/23
168/25 168/30 170/15 170/25 170/26 173/19
176/27 176/28 182/31 182/32 183/1 185/31
188/29 189/6 191/8 192/11 192/18 194/27
196/15 196/23 196/28 196/32 204/2 204/3
couldn't [12] 7/18 32/6 76/3 78/21 97/
127/17 128/6 131/23 137/9 218/22 218/25
218/25
counsel [6] 3/4 64/8 126/13 208/28 238/24
241/23
count [3] 25/15 209/4 209/6
counting [2] 208/11 212/9
couple [10] 22/13 37/21 51/29 64/19 64/22
94/25 95/4 95/23 '4/6/15 154/13
course [5] 9/7 13/1 74/32 119/32 138/5
court [35] 1/1 1/14 1/32 4/8 8/26 10/12 11/19
14/21 23/27 31/9 32/1 37/28 38/7 41/11 41/15
41/18 41/19 41/26 85/32 109/14 109/22 110/7
112/24 121/14 129/13 150/18 152/10 171/32
178/10 229/3 241/10 241/11 241/12 241/22
241/30
courtroom [1] 226/23
courts [3] 109/10 109/13 109/28
Cousin [2] 210/24 210/28
cover [3] 172/19 181/11 188/17
coverage [3] 32/16 32/29 33/30
covered [8] 36/6 47/30 47/31 121/4 152/30
155/27 186/14 199/7
create [8] 121/32 136/8 173/27 178/11
178/30 191/16 198/16 213/13
created [1] 184/20
creates [2] 172/23 200/28
crew [1] 23/2
cross [29] 2/6 2/7 2/8 2/13 2/14 2/19 2/20
2/25 2/26 2/27 53/26 65/2 78/15 98/12 100/1
100/3 101/14 123/20 131/12 142/20 145/16
155/22 175/29 177/31 211/2 229/1 229/5
234/27 237/26
cross-examination [3] 100/3 145/16 155/22
cross-examine [2] 131/12 177/31
cross-examining [3] 98/12 100/1 101/14
cruddy [5] 17/12 17/12 17/15 19/19 19/23
cubic [1] 184/26
cuff [1] 78/8
curiosity [1] 81/11
currently [1] 215/32
curriculum [1] 108/8
cursory [1] 194/5
cut [1] 188/19
CV [4] 108/1 109/2 158/16 158/17
Cynthia [1] 60/16

**D**

D1 [6] 17/29 17/30 17/32 18/1 18/3 74/22
Dabney [1] 60/16
daily [2] 10/13 216/13
damaged [2] 78/8 81/3
damper [1] 187/19
dampers [12] 179/18 179/22 180/4 182/4
182/29 182/31 183/2 183/6 183/12 183/19
184/13 187/10
darker [3] 75/2 75/2 201/6
DARRYL [3] 1/24 3/19 54/26
data [2] 156/11 156/11
date [21] 47/28 48/4 48/27 49/2 49/2 49/12
49/24 49/27 50/10 50/12 50/16 50/20 50/21
50/23 50/24 56/17 56/28 62/28 111/5 120/2
123/26
dated [3] 146/1 146/19 147/7
dates [4] 28/16 31/23 31/27 203/1
daughter [1] 6/3
DAVENPORT [1] 1/7
day [52] 9/9 9/10 9/11 9/12 18/8 24/21 28/6
29/17 29/19 33/6 33/11 34/12 38/11 43/3
58/23 59/30 84/31 62/31 63/3 75/1 75/15
77/25 79/23 82/6 84/18 90/1 90/4 91/31 93/14
93/23 97/30 111/12 116/28 126/19 127/32
151/22 157/20 182/11 216/25 216/28 216/31
217/12 217/16 218/14 218/17 218/27 223/22
223/32 224/2 224/18 224/28 231/29
days [12] 25/11 30/26 50/3 61/16 62/11 147/8
154/29 155/5 217/17 226/22 239/29 240/2
dead [1] 159/21
deal [4] 32/15 55/22 65/25 190/30
dealing [1] 38/25
dealt [1] 147/19
death [1] 236/14
deceased [4] 6/2 6/3 38/2 52/26
decelerating [1] 191/14
December [83] 29/16 31/11 47/24 56/17
56/28 57/20 59/19 59/25 60/4 60/25 60/29
62/28 63/23 63/27 64/18 76/27 77/25 82/7
83/28 83/32 84/18 85/1 88/4 89/22 89/32
91/21 91/27 92/32 93/6 93/28 94/15 96/15
97/20 97/30 98/2 98/7 99/11 103/11 105/4
111/1 111/5 124/2 124/27 124/28 124/31
125/3 125/17 126/16 127/24 128/31 129/14
129/20 129/28 146/10 146/17 146/20 147/7
147/10 147/11 149/16 152/23 182/7 182/10

182/14 182/16 223/8 223/31 224/18 224/25
224/29 225/4 226/17 229/19 229/24 230/3
230/10 230/18 231/3 231/5 231/5 231/13
233/3 240/3
December 13th [5] 146/10 146/17 146/20
147/7 147/11
December 1999 [2] 96/15 103/11
December 7th [1] 231/5
December 8 [1] 97/30
December 8th [1] 231/5
December 9 [31] 59/19 77/25 82/7 83/28
83/32 84/18 85/11 88/4 89/22 89/32 91/21
91/27 92/32 93/6 93/28 94/15 97/20 98/2
99/11 111/5 124/2 124/27 124/28 124/31
125/3 125/17 126/16 127/24 128/31 129/14
129/20
December 9th [33] 47/24 57/20 59/25 60/4
60/25 60/29 63/23 63/27 98/7 105/4 111/1
129/28 147/10 149/16 152/23 182/7 182/14
182/16 203/8 223/31 224/18 224/25 224/29
225/4 225/17 229/19 229/24 229/30 230/10
230/18 231/3 231/13 233/3
December the [1] 29/16
decided [2] 4/7 65/24
deep [1] 192/25
defendants [4] 4/18 41/23 120/26 158/5
defense [1] 53/11
defer [1] 37/1
definitely [1] 53/4
definition [1] 112/9
definitive [1] 124/25
degraded [3] 204/10 205/9 209/27
demonstrated [1] 116/31
demonstrative [1] 4/19
denied [1] 109/21
department [30] 8/22 30/4 30/5 30/10 30/13
30/18 30/22 32/14 33/19 66/4 76/6 94/21
94/23 108/26 111/6 111/10 138/9 139/23
146/21 148/10 149/15 150/16 150/22 153/28
154/27 154/29 154/32 156/16 224/10 224/11
Department's [1] 139/18
depict [8] 18/8 36/30 36/31 43/3 50/20 89/17
165/12 172/17
depicted [3] 44/17 90/24 91/23
deposing [1] 177/13
deposition [34] 39/12 61/7 61/9 61/15 61/31
68/5 68/20 69/11 69/15 71/29 72/1 72/1 72/14
73/2 73/4 73/10 73/14 77/18 77/20 77/21
134/10 176/31 176/32 177/16 177/19 180/30
181/13 181/30 192/28 200/15 213/32 214/12
228/11 235/23
depositions [1] 4/27
DEQ [1] 108/25
describe [9] 17/8 25/24 44/32 45/29 46/15
82/18 103/14 103/22 128/20
described [10] 27/17 58/27 59/32 60/31
61/21 83/7 83/11 141/17 141/21 142/29
describing [2] 130/15 131/16
description [1] 151/9
design [4] 14/24 159/9 159/11 159/23
designed [7] 152/18 152/19 167/19 178/14
195/20 195/23 211/5
designs [1] 159/9
desk [4] 236/6 236/14 236/16 236/23
desks [4] 22/13 43/22 236/6 236/10
destroy [1] 140/16
destroyed [1] 7/21
detailed [1] 194/2
detector [2] 151/12 156/32
deteriorate [1] 19/12
deteriorated [7] 84/31 85/14 125/20 126/1
126/16 126/17 126/27
deterioration [1] 85/1
determination [1] 213/4
determine [7] 36/15 36/29 110/18 121/15
160/28 206/29 207/21
determined [2] 111/24 132/25
develop [1] 108/14
devices [1] 81/2
dew [2] 191/21 191/28
diabetes [2] 65/11 238/6
diagnosed [4] 65/11 219/21 220/16 238/5
diagram [1] 200/10
did [245]
didn't [63] 10/25 10/26 12/5 17/15 19/22
19/24 19/30 22/19 22/21 30/8 31/4 52/31
54/20 55/7 55/9 57/15 57/22 58/30 58/32 59/4
59/22 60/3 60/5 63/24 66/25 66/28 71/23
73/25 74/13 74/18 83/17 93/24 94/22 97/15
99/25 99/31 100/6 116/27 123/30 151/9
152/25 173/10 180/8 181/1 181/3 183/22
194/17 195/19 203/10 212/32 218/13 226/11
226/13 230/18 231/3 231/23 232/27 232/32
233/1 233/16 234/18 234/20 239/11
died [1] 95/6

difference [11] 32/13 71/17 71/... 120/5 125/31 172/24 173/30 175/8 191/16 198/17 208/12
differences [1] 173/28
different [37] 11/30 11/31 12/1 12/3 25/20 25/31 27/6 27/14 27/15 34/31 38/3 38/18 38/18 38/19 62/1 62/15 62/20 62/22 66/9 66/14 66/22 66/22 69/22 69/26 70/26 70/29 71/20 96/29 100/20 134/13 160/25 169/22 184/27 208/11 224/23 231/4 231/32
difficult [1] 200/22
difficulty [1] 200/29
diffuser [1] 167/14
dilapidated [1] 45/21
dilute [1] 62/18
diluted [3] 194/28 195/2 195/4
diluting [1] 195/11
dip [1] 151/6
dire [1] 34/4
direct [18] 2/5 2/12 2/18 2/24 5/19 99/6 100/3 106/23 107/11 123/17 128/27 145/4 155/27 157/31 176/10 215/16 219/5 228/31
directed [2] 126/24 146/20
direction [1] 241/17
directions [1] 166/16
directly [3] 96/11 169/31 188/2
director [1] 239/26
dirty [1] 19/21
disagree [1] 102/11
disagreeing [1] 139/26
discharge [1] 194/16
discoloration [3] 56/23 74/31 104/29
discolorations [1] 75/3
discolored [1] 74/24
discuss [5] 63/29 71/10 71/23 110/19 127/6
discussed [6] 68/9 70/3 181/4 181/6 200/15 227/22
discussing [1] 142/28
discussion [6] 40/19 41/8 158/9 163/21 198/24 240/17
dispatch [1] 25/11
disposal [1] 112/14
dispose [1] 112/13
disposed [1] 128/9
disprove [1] 120/3
disrupted [2] 189/19 198/12
distance [1] 137/15
distinction [3] 71/16 71/16 107/20
distinguish [2] 55/25 120/6
distribute [1] 166/24
distributed [2] 165/7 168/12
DISTRICT [1] 1/1 241/12
division [1] 1/5 83/24
do [206] 5/27 6/21 10/28 17/29 18/8 18/11 20/10 25/11 25/13 25/14 25/15 28/9 29/8 29/16 35/4 35/4 35/5 35/13 36/14 36/14 36/16 36/30 37/23 37/25 39/4 39/8 40/9 40/23 40/26 41/16 42/12 43/2 43/4 43/11 45/15 45/29 47/25 47/32 48/8 48/14 49/25 51/15 52/15 52/17 52/31 57/31 58/5 59/6 61/2 61/6 63/15 64/12 67/22 68/10 69/18 71/7 72/7 72/21 73/4 73/9 73/16 73/21 74/17 74/28 75/21 76/1 77/17 77/19 77/24 77/26 78/17 78/19 79/25 82/1 82/26 83/25 83/28 83/31 85/1 85/20 86/8 86/15 86/32 87/2 87/8 87/19 89/16 89/30 90/22 92/30 94/27 96/11 97/21 97/25 97/31 98/8 99/22 99/24 100/13 100/23 106/17 107/2 110/14 116/26 120/8 121/1 121/27 123/26 124/25 125/3 125/27 126/30 127/6 129/32 130/22 132/18 132/27 133/6 133/6 134/1 135/11 136/12 137/20 137/23 139/20 142/1 143/15 143/26 143/27 146/25 147/16 147/18 147/27 150/6 150/30 150/31 151/16 152/3 154/23 155/1 157/7 159/6 159/6 160/12 160/15 160/24 162/29 162/32 163/31 166/6 168/19 170/12 170/32 170/32 176/18 181/1 182/31 185/13 188/32 190/5 190/21 190/23 190/32 192/16 195/17 195/26 196/12 198/4 199/30 201/11 201/11 201/22 202/27 202/32 203/30 205/25 205/27 206/23 206/26 206/28 208/4 208/6 209/25 212/20 214/8 214/20 214/21 215/22 215/22 215/29 216/24 218/23 220/23 222/4 222/25 223/31 224/11 226/26 229/7 230/12 233/29 234/31 237/3 239/3 240/2 241/14
dock [3] 13/20 14/32 15/2
doctor [33] 37/20 63/26 76/7 92/19 95/24 95/31 95/32 99/21 100/30 102/16 109/6 109/32 110/11 129/17 132/4 132/11 141/4 221/20 221/22 221/32 222/4 222/21 222/22 222/31 233/21 233/25 235/6 235/8 236/32 237/9 237/17 237/18
doctors [6] 222/26 233/17 233/20 237/3

document [7] .../5/22 37/14 49/7 49/10 50/9 50/9 50/... 51/8 52/8
documentation [1] 155/2
documents [6] 4/12 50/2 50/6 51/16 51/21 132/14
does [40] 34/10 35/32 36/1 37/11 43/9 44/10 45/20 50/9 50/11 50/20 50/21 50/24 51/25 51/28 76/21 79/28 88/6 152/4 154/9 154/13 158/18 165/12 167/2 167/11 171/12 172/17 173/5 174/3 174/17 181/10 188/18 188/23 190/24 190/30 200/2 206/12 206/20 209/2 235/27 236/28
doesn't [15] 12/14 52/2 52/4 83/8 87/10 92/1 102/10 119/26 133/13 135/22 135/32 136/25 151/20 212/18 233/20
doing [17] 5/21 5/22 6/30 21/29 23/1 66/13 66/14 66/15 68/3 69/2 72/29 108/20 108/21 140/25 152/6 217/15 233/26
don't [177] 4/30 9/26 10/5 12/9 20/13 20/13 24/27 26/32 27/2 27/28 29/21 30/2 34/4 34/28 36/11 37/24 43/23 45/8 46/22 48/2 49/15 52/1 55/6 59/6 59/8 59/18 59/18 63/19 63/25 63/29 63/29 66/25 67/25 68/11 69/1 69/29 72/10 73/13 74/30 75/23 75/24 75/26 75/26 77/1 78/24 80/17 80/23 81/7 83/16 83/17 83/19 83/20 83/30 83/30 84/27 90/2 91/1 91/3 91/5 91/12 91/26 92/17 95/8 96/10 97/20 97/22 97/24 97/26 97/29 98/8 98/19 100/19 101/21 102/20 103/25 104/20 105/32 112/16 115/32 117/18 119/6 119/29 120/11 120/15 120/21 121/8 121/31 125/1 125/28 126/13 126/28 126/29 128/23 129/1 131/29 132/3 134/11 135/11 135/15 136/2 137/19 137/23 137/24 137/32 138/13 138/17 139/24 140/24 141/4 143/13 143/18 143/20 145/4 147/6 147/8 150/24 151/10 151/15 151/28 152/12 152/16 152/25 154/32 155/22 155/8 156/13 163/26 164/21 167/25 172/20 173/9 176/20 176/27 177/11 177/13 179/7 179/10 179/13 179/15 180/10 180/12 180/19 180/24 182/8 183/9 183/12 183/15 183/15 184/29 184/29 188/8 189/12 190/1 190/16 193/2 194/12 194/13 195/30 196/10 198/13 199/23 199/25 204/3 205/2 208/3 212/31 217/14 222/28 223/20 224/4 224/31 234/30 234/31 234/32 238/2 238/7 239/7
done [23] 39/1 46/19 52/30 69/20 98/16 110/17 120/25 121/24 121/26 123/11 130/20 150/24 155/3 156/15 196/15 201/5 209/27 212/10 212/12 215/1 216/16 223/28 240/14
door [40] 7/30 8/2 15/19 15/20 16/2 16/31 17/1 17/5 17/10 29/28 31/7 43/8 43/11 43/14 44/7 59/26 59/27 59/31 60/30 64/23 76/27 117/28 117/28 118/22 118/23 118/24 118/27 155/11 167/8 173/2 173/5 173/12 181/1 181/17 186/5 186/5 193/30 200/1 200/3 200/9 209/17 213/11 221/11 227/6 228/6
doorway [2] 167/6 173/20
doorways [2] 176/12 177/12
dose [5] 148/2 151/32 152/13 152/15 152/19
dots [3] 207/9 208/11 209/5
double [11] 7/6 7/9 7/28 9/5 13/20 15/3 15/4 15/13 16/1 29/25 210/16
down [51] 9/18 10/2 11/17 11/21 11/21 15/8 22/2 27/22 28/5 28/6 30/26 50/18 68/2 77/3 79/30 80/1 82/28 85/9 86/1 93/12 93/14 93/23 93/27 132/24 133/23 142/6 164/7 166/2 167/15 170/8 170/8 170/10 170/11 173/27 175/31 178/20 185/20 185/28 186/18 191/17 193/29 195/8 196/28 197/18 197/25 200/17 209/17 213/11 221/11 227/6 228/6
downstairs [1] 27/28
Dr [34] 107/4 107/6 107/17 107/32 110/7 120/30 121/1 121/9 123/22 124/14 124/23 129/32 142/22 142/26 145/28 147/30 148/22 150/15 151/30 152/22 153/27 190/8 190/15 231/10 231/12 231/17 231/21 233/25 234/12 234/16 236/26 236/27 236/31 237/12
Draeger [2] 157/6 157/8
draw [11] 14/5 14/6 14/21 164/2 168/21 178/22 184/29 193/19 197/30 197/31 200/30
drawing [10] 14/27 15/1 164/21 164/23 165/12 168/25 172/3 184/28 194/12 200/12
drawings [2] 168/2 211/14
drawn [14] 169/21 170/12 170/23 171/11 171/22 172/27 174/23 175/5 175/6 186/18 186/18 187/15 187/16 195/10
draws [1] 172/25
drew [2] 16/19 168/32
drip [1] 167/15
dripping [2] 82/2 191/22
Drive [3] 5/28 107/15 215/20

driving [1] 217/23
drop [2] 27/22 197/31
dropoff [1] 224/6
drum [13] 111/14 112/2 128/18 130/5 132/26 132/30 133/8 133/9 133/9 137/17 141/14 141/15 143/12
drums [67] 17/13 17/14 18/5 18/6 18/8 58/26 58/29 58/31 59/6 59/9 59/13 59/20 64/17 81/28 83/8 83/11 83/15 83/29 110/21 111/8 111/13 111/20 111/22 111/23 111/25 112/6 112/16 112/25 112/32 113/5 127/15 127/17 127/21 127/32 128/4 128/11 128/14 128/21 128/21 130/4 131/15 131/18 131/25 133/1 133/3 133/4 134/22 136/9 136/17 137/7 137/19 138/23 139/15 139/28 139/31 139/31 142/15 142/30 142/30 144/25 147/5 147/13 147/28 152/23 152/24 152/26 155/5
duct [35] 116/13 164/25 165/5 165/7 168/16 169/2 169/3 169/4 169/10 169/11 169/15 169/22 169/24 170/1 170/4 170/7 170/8 170/12 171/18 174/26 178/32 183/14 183/16 184/2 187/3 187/4 188/14 188/30 197/13 197/16 197/22 197/22 197/25 198/2 200/31
ducted [1] 169/21
ducts [11] 165/8 165/13 165/14 166/16 166/22 171/23 185/8 185/10 185/10 187/10 198/27
ductwork [16] 113/31 115/23 115/29 116/2 164/25 164/30 169/15 172/30 179/15 182/28 185/1 188/28 191/8 191/17 195/27 213/30
due [1] 76/25
Duke [1] 107/23
duly [4] 5/10 107/8 157/29 215/11
dump [1] 192/19
duplicate [1] 136/8
during [17] 9/7 24/25 28/23 30/12 33/4 33/18 33/22 85/6 90/3 120/11 161/22 207/29 207/32 217/28 228/28 235/14 239/14
duties [1] 22/30

**E**

each [7] 24/28 88/31 197/16 202/32 216/31 216/31 217/25
earlier [19] 69/7 74/6 74/20 74/23 75/16 75/30 93/8 93/25 95/24 123/32 124/2 124/9 124/27 183/26 199/5 204/5 228/14 232/20 239/21
early [6] 29/20 29/21 29/22 48/4 90/17 122/30
easel [1] 125/8
easier [2] 181/20 188/26
easily [1] 208/30
east [36] 5/29 111/9 112/7 113/23 116/28 116/30 144/11 144/18 144/26 151/29 160/19 162/10 164/19 169/1 169/17 170/32 171/5 171/16 171/20 172/2 175/13 176/8 177/27 178/6 183/4 188/6 188/20 195/15 196/9 199/1 200/23 203/16 203/24 203/26 211/9 211/10
easy [1] 212/5
eaten [2] 118/23 174/15
education [2] 158/19 190/24
educational [2] 107/21 159/3
effect [2] 191/11 194/28
effective [1] 156/17
effects [3] 118/15 127/4 127/6
efficacy [1] 121/5
effort [1] 142/23
egg [5] 11/24 141/21 141/29 142/3 142/5
eggs [9] 10/19 10/22 13/5 26/3 61/1 61/31 97/9 97/11 102/15
eight [7] 22/16 22/17 94/8 135/20 145/30 147/26 208/12
eight-hour [2] 135/20 147/26
either [11] 23/19 86/9 144/11 149/5 151/19 173/30 175/15 183/25 191/14 205/28 213/9
elected [2] 53/18 228/4
electrical [1] 46/14
element [4] 28/15 62/2 221/31 222/11
elevation [1] 197/15
elevator [12] 173/20 173/21 173/24 173/28 176/12 177/12 177/28 213/17 213/31 214/1 214/13 214/29
elevators [4] 173/23 175/16 176/17 199/19
else [16] 9/1 9/14 18/3 33/19 63/26 86/31 87/27 91/32 126/1 126/21 141/31 145/28 209/12 211/22 212/2 239/3
else's [1] 115/28
elsewhere [1] 168/12
emanating [1] 111/7
emergency [3] 33/18 80/6 80/29
employ [1] 232/1
employed [10] 5/24 48/5 48/27 49/1 49/2 49/12 51/27 52/3 233/5 241/11
employee [2] 29/23 67/22
employees [34] 8/9 11/1 11/5 11/29 15/18

**E**

employees... [29]  15/22 16/1 16/20 16/26
22/9 22/17 22/17 24/7 24/9 27/4 28/4 30/8
34/7 34/20 38/2 38/18 64/19 64/23 65/16
65/19 66/1 66/17 74/7 75/16 78/32 224/32
228/28 238/10 238/29
employment [5]  48/12 49/11 51/16 51/17
232/8
empty [3]  152/24 152/26 185/10
en [1]  216/27
end [3]  29/3 197/25 216/25
enforce [1]  6/27
engineer [8]  158/20 158/30 159/6 159/8
159/22 159/27 160/30 212/3
engineering [1]  175/11
enormous [1]  118/2
enough [6]  143/1 178/2 178/2 179/17 192/9
209/19
enter [4]  8/27 216/27 217/6 217/8
entered [4]  8/6 14/22 16/7 16/8
entering [1]  167/13
entire [5]  20/22 20/27 153/31 154/8 195/27
entitled [5]  5/11 107/9 132/16 132/22 157/29
215/12
entrained [2]  195/5 195/6
entrance [1]  217/8
entry [1]  7/24
environment [2]  167/18 167/20
environmental [21]  79/23 83/27 84/17 88/3
97/23 108/20 108/21 108/27 109/16 109/18
110/1 110/8 110/28 111/11 114/15 114/25
114/31 114/32 147/16 154/18 182/17
EPA [3]  135/25 138/8 140/32
equates [1]  200/26
equipment [32]  7/12 16/24 17/13 18/1 29/29
52/30 59/10 59/15 59/16 59/28 59/32 79/9
80/31 81/15 81/16 81/22 82/32 83/10 83/17
83/22 83/29 88/29 94/17 166/8 166/10 175/2
184/32 185/2 185/5 186/28 191/7 216/15
ESQ [10]  1/20 1/20 1/21 1/21 1/22 1/24 1/25
1/26 1/27 1/28
establish [1]  146/26
established [2]  56/19 181/31
et [4]  1/11 3/3 3/4 33/20
evacuated [5]  31/11 61/29 225/2 225/6
225/16
evaporate [1]  113/9
EVELLE [3]  1/7 72/7 72/8
even [15]  36/5 36/11 36/12 41/15 86/7 120/2
136/7 147/14 151/1 174/27 175/5 190/8
198/19 226/13 234/19
evening [2]  77/7 77/14
event [3]  118/7 126/27 147/14
events [1]  32/30
eventually [2]  127/19 224/22
ever [37]  6/19 8/6 18/15 21/26 21/31 22/3
22/23 25/21 27/30 30/13 30/19 32/15 32/29
37/20 39/12 98/29 98/30 100/2 109/20 147/19
172/32 215/26 218/29 219/21 220/16 223/23
225/4 225/5 225/15 225/15 225/21 225/28
225/31 235/17 235/29 236/5 237/31
every [13]  9/11 9/12 23/3 25/5 27/5 39/9 75/1
121/19 142/23 218/14 218/17 218/27 223/22
everybody [23]  11/2 11/6 12/2 12/5 14/22
17/16 17/20 25/29 25/30 27/19 29/3 38/14
38/16 41/12 53/20 74/15 87/27 95/1 95/7
95/14 201/13 201/14 204/4
everybody's [1]  27/21
everyone [1]  123/4
everything [11]  4/20 26/25 26/26 30/30 39/6
64/28 76/17 77/16 81/19 147/32 152/30
evidence [24]  4/4 4/9 17/29 33/15 33/28
41/25 48/11 52/13 55/26 117/29 118/15
119/19 125/4 125/27 141/32 144/22 146/30
155/14 156/6 157/9 158/17 177/20 227/18
234/14
evidently [1]  211/20
exacerbates [1]  191/11
exact [1]  69/14
exactly [4]  21/9 48/3 55/6 204/25
exaggerate [1]  12/9
examination [23]  5/19 49/26 52/4 53/26 65/2
78/15 95/21 100/3 100/3 107/11 123/20
142/20 145/16 153/25 155/22 157/31 175/29
211/2 212/21 215/16 229/5 234/27 237/26
examinations [1]  159/12
examine [3]  131/12 177/31 193/16
examined [5]  5/11 107/9 157/30 160/26
215/13
examining [4]  98/12 100/1 101/14 208/2
example [6]  112/11 117/32 118/4 133/13
138/1 141/2
exceeded [2]  135/15 136/2
except [3]  34/31 135/3 188/12
exclude [1]  177/9
excuse [14]  10/19 12/13 14/11 14/26 14/32
99/3 99/29 114/5 142/2 152/14 169/29 184/20
195/15 205/20
exhaust [13]  167/21 167/26 167/27 167/27
167/30 168/1 168/4 168/6 168/15 168/17
178/17 178/26 196/9
exhausted [5]  168/7 168/11 168/13 178/16
178/24
exhibit [57]  21/25 35/20 35/23 40/5 41/5
48/16 48/21 51/32 54/12 54/25 55/17 55/17
64/6 64/10 64/13 74/21 111/4 118/17 118/18
123/25 123/26 124/7 125/16 129/6 129/8
129/8 129/9 131/31 132/1 132/4 132/11
132/12 138/25 138/29 139/6 146/3 146/5
148/11 148/22 149/32 150/2 153/28 154/19
158/24 158/26 160/5 162/32 164/22 171/31
181/29 181/29 192/27 197/7 200/11 202/9
202/18 203/3
exhibits [3]  55/23 64/1 107/32
exist [2]  91/24 91/26
existed [3]  89/31 90/25 90/29
existence [2]  126/19 155/4
expect [4]  193/13 196/6 211/18 211/21
expected [2]  65/23 162/12
experience [9]  57/22 121/2 158/19 190/29
217/31 218/30 219/11 220/23 220/25
experienced [4]  25/27 219/12 231/5 238/12
experiencing [2]  33/18 33/22
expert [15]  34/24 87/3 109/10 110/1 120/25
121/11 121/13 126/31 159/22 190/13 190/21
192/5 210/5 210/9 211/29
expert's [1]  121/14
expertise [10]  109/15 109/23 115/28 121/3
143/27 148/8 159/22 159/26 159/27 212/2
experts [5]  34/3 34/5 120/25 161/2 234/7
explain [9]  6/25 13/13 19/3 125/30 174/3
174/4 182/9 209/9 230/24
explained [1]  156/29
explanation [1]  209/26
explode [1]  151/18
exploded [1]  85/8
explosive [1]  151/17
exposed [9]  1/8 99/22 110/20 120/10 147/2
148/3 225/28 226/2 227/11
exposure [6]  92/20 117/8 120/9 135/12
231/24 235/9
extended [8]  17/3 116/27 117/12 118/7
119/24 122/27 154/12 186/17
extensive [2]  153/30 154/7
extent [4]  35/10 146/26 192/14 208/28
exterior [1]  185/31
extremely [1]  35/30
extricating [1]  33/23
eye [8]  76/7 95/24 95/31 100/30 102/22
102/26 103/7 165/29
eyeglasses [1]  102/18
eyes [18]  11/32 26/21 26/22 26/24 32/4 76/3
76/8 95/25 100/25 100/26 100/28 100/30
102/9 102/12 102/17 219/12 222/17 222/19

**F**

face [4]  50/7 167/9 172/26 172/28
facing [1]  7/29
fact [30]  35/7 36/30 36/32 41/11 41/14 54/22
55/10 59/19 71/20 76/25 113/30 114/9 115/14
115/5 115/28 116/26 122/5 122/16 122/16
154/14 178/29 188/13 191/19 195/19 204/20
230/4 231/15 232/11 234/11 239/14
facts [4]  33/13 121/31 212/26 227/18
fail [3]  179/25 179/28 180/16
failed [2]  182/5 184/13
failure [1]  209/12
fair [6]  178/2 178/2 179/17 184/17 192/9
209/19
fairly [5]  117/16 118/1 120/1 122/2 122/4
falling [1]  47/5
familiar [2]  18/3 71/30
familiarity [1]  190/26
fan [117]  88/21 164/32 165/1 165/4 165/4
165/6 166/3 166/5 166/19 166/20 168/1 168/4
168/6 168/15 169/7 169/9 169/26 169/32
169/32 170/1 170/4 170/13 171/17 171/22
172/22 172/23 172/24 172/29 172/31 174/25
175/2 175/3 176/6 176/8 176/8 178/5 178/12
178/18 178/21 178/23 178/28 183/5 184/1
184/3 184/7 184/8 184/8 184/14 184/19
184/20 184/24 184/31 185/6 185/7 185/8
186/3 186/3 186/9 186/10 186/19 186/27
186/27 186/32 187/1 187/3 187/5 187/8
187/14 187/15 187/25 188/2 188/8 188/14
188/14 188/20 188/20 188/28 189/13 191/12
191/16 191/25 191/26 192/29 193/3 193/8
193/11 193/16 193/22 193/22 193/27 193/28
195/5 195/6 196/2 196/9 197/28
fans [12]  167/21 167/31 175/3 186/26 188/29
193/23 194/18 194/19 198/18 198/18 213/8
213/13
far [14]  7/32 8/32 23/13 52/23 59/15 106/11
122/25 140/1 140/31 151/22 174/16 182/15
195/24 196/9
farther [3]  200/16 200/21 206/16
fast [6]  11/14 11/18 30/2 159/26 212/18
221/11
fault [1]  236/20
favor [2]  185/13 201/11
fed [3]  166/16 183/5 184/24
federal [2]  109/12 109/14
feed [1]  169/26
feeding [1]  166/13
feel [7]  27/23 52/19 76/2 118/14 118/18 167/9
202/7
feeling [1]  75/27
feet [8]  7/27 122/7 122/7 122/10 184/26
192/29 192/32 193/2
fell [1]  45/25
felt [2]  65/30 189/1
few [15]  30/24 30/26 38/5 52/26 60/15 60/17
78/9 105/30 153/22 153/24 190/4 192/22
195/24 201/6 212/30
field [2]  122/18 137/17
Fifteen [1]  10/8
fifth [5]  11/11 11/23 11/25 67/31 166/8
figure [9]  23/28 28/14 29/7 46/10 46/27
84/12 101/24 154/1 223/23
figured [3]  25/4 73/31 78/23
file [1]  199/9
filed [5]  4/12 231/16 232/26 233/13 233/19
fill [2]  48/24 50/17
filled [4]  20/22 50/10 65/6 237/29
film [5]  33/9 236/5 236/12 236/16 236/18
filtering [1]  169/6
filters [7]  185/27 185/32 186/1 186/6 186/19
186/21 197/31
filthy [1]  19/21
final [1]  177/25
find [16]  7/8 25/32 28/7 28/10 29/8 68/17
111/26 111/28 137/32 138/2 152/4 162/6
176/28 181/19 204/32 211/8
findings [1]  110/31
fine [9]  20/11 71/22 72/19 87/11 105/6
136/12 181/15 181/15 209/8
fingers [1]  210/22
finish [5]  11/13 13/11 24/27 111/27 153/9
finished [1]  106/22
fire [31]  29/31 30/4 30/5 30/10 30/12 30/18
30/22 32/14 33/19 47/24 76/30 76/31 77/2
77/24 111/6 111/10 139/8 139/23 146/20
148/10 149/15 150/15 150/22 151/16 153/28
154/27 154/29 154/32 156/16 224/10 224/11
first [71]  5/10 7/1 7/3 8/2 8/4 8/6 8/17 8/20
8/21 9/13 9/26 10/12 14/26 15/6 17/10 18/19
18/24 18/32 23/19 32/19 32/19 33/26 42/15
43/4 48/22 50/17 53/18 54/16 54/18 55/5
55/10 57/15 58/22 58/30 59/2 60/6 60/15
67/7 67/8 86/24 94/28 95/28 97/5 99/29
100/24 107/8 107/19 110/27 110/32 112/25
121/11 123/15 127/25 128/30 129/16 130/3
130/16 132/20 144/20 154/4 157/28 166/7
186/13 199/16 199/17 213/30 215/11 231/17
235/20 235/26 236/2
fish [2]  188/23 188/24
five [22]  5/31 11/4 31/27 40/22 60/18 110/27
116/25 129/26 135/5 135/7 135/9 164/27
167/29 189/22 193/2 210/31 212/9 215/7
229/19 231/25 232/25 239/15
five feet [1]  193/2
five-week [1]  231/25
fixed [3]  55/19 96/4 102/18
fixture [1]  119/1
fixtures [1]  119/18
flag [1]  27/18
flip [1]  35/23
floating [1]  119/14
floods [1]  80/7
floor [94]  9/13 11/2 11/23 11/25 12/4 13/12
14/21 26/4 27/22 30/19 45/24 45/25 47/27
47/30 47/31 57/14 57/14 66/15 66/20 67/7
67/8 67/19 67/20 67/21 67/23 67/26 67/28
67/30 67/31 77/6 78/29 84/19 111/23 111/26
113/6 113/7 113/13 119/9 122/12 124/14
124/19 124/21 125/2 130/14 130/14 130/19
130/21 130/22 131/15 131/19 131/19 133/13
133/21 133/25 133/28 133/30 133/32 142/15
144/12 144/18 144/20 155/6 155/18 162/11

# F

floor... [30] 164/26 164/27 165/1 165/30
164/4 166/7 166/8 166/14 166/17 166/20
167/16 167/30 173/22 174/32 184/31 185/1
185/24 185/24 186/14 195/9 197/12 197/14
197/17 197/18 199/8 199/9 199/12 200/18
202/7 213/30
floors [34]  9/1 11/4 11/30 25/22 25/25 25/29
27/14 27/15 27/15 66/9 66/14 149/25 150/25
164/28 165/7 165/9 166/18 166/25 167/28
167/29 171/24 175/4 175/7 185/9 196/28
198/2 199/15 213/10 213/10 213/11 213/20
213/21 214/2 238/13
Florida [1]  109/25
flow [8]  159/23 159/30 167/8 173/29 188/23
188/25 189/8 213/4
flowed [1]  165/3
flows [1]  188/26
flu [1]  75/25
fluorescent [1]  45/18
fluoride [2]  111/21 117/4
folks [9]  8/30 14/22 15/13 15/15 24/22 33/17
63/4 97/23 124/3
follow [6]  8/8 93/25 108/2 174/12 213/28
234/29
followed [4]  8/31 146/31 147/31 165/5
follows [4]  5/12 107/10 157/30 215/13
food [7]  27/31 28/2 28/3 28/27 93/9 93/19
93/26
foot [3]  54/4 186/17 229/32
footage [4]  33/3 34/11 35/8 35/11
football [1]  6/9
forced [2]  178/31 198/2
forcing [1]  187/24
forgot [1]  73/18
form [10]  65/7 121/7 136/6 147/26 222/22
237/29 237/30 237/31 237/31 238/21
format [1]  241/20
formed [1]  196/20
formerly [4]  164/16 204/29 205/12 209/23
forth [3]  112/22 158/18 190/18
Fortunately [1]  78/8
forward [8]  4/2 9/24 39/2 53/2 147/25 200/16
223/31 228/18
Fos [1]  86/31
FOSTER [18]  1/24 2/6 2/14 2/20 2/25 3/19
4/3 55/23 70/3 70/7 86/24 98/5 98/18 98/26
100/18 102/8 149/27 234/29
Foster's [1]  155/29
found [19]  28/11 38/23 64/17 111/16 111/20
113/15 113/21 113/24 113/31 116/12 127/15
128/21 131/18 139/15 144/25 162/9 202/24
227/8 227/11
foundation [10]  33/27 62/14 62/21 137/2
137/4 204/23 209/12 211/26 221/1 238/16
four [15]  61/16 107/24 108/24 129/26 130/11
147/8 148/12 148/13 154/29 155/5 173/23
174/20 189/18 210/19 210/21
fourth [5]  67/28 122/6 122/8 144/20 166/7
frame [3]  46/30 46/31 118/23
frames [2]  39/9 117/28
free [1]  202/7
French [1]  10/19
frequently [1]  26/16
fresh [6]  179/29 184/23 186/25 187/16
187/25 195/17
friction [2]  200/26 200/29
Friday [1]  235/26
friends [3]  11/6 38/2 52/26
front [15]  7/18 9/3 15/15 15/17 16/2 164/1
167/7 172/18 176/19 186/12 186/15 200/21
204/28 205/11 209/23
full [10]  19/29 19/29 19/32 20/25 20/29 29/28
121/28 138/24 139/31 195/26
fully [1]  189/9
function [4]  180/32 182/2 196/24 198/11
function of [1]  196/24
functioned [2]  183/24 196/17
functioning [9]  114/22 183/27 183/29 183/30
192/15 192/17 195/22 196/21 201/1
funny [1]  218/9
further [6]  105/28 139/14 139/18 193/29
194/32 200/17
Furthermore [1]  189/21

# G

GA [40]  165/2 165/4 165/4 168/10 169/26
169/27 169/32 169/32 170/4 171/21 171/21
176/8 178/23 183/5 184/1 184/8 187/31 188/3
188/4 188/12 188/14 188/20 189/13 189/22
193/17 193/17 195/16 196/2 196/5 198/11
198/12 198/14 198/19 198/20 199/3 199/7
200/16 200/21 201/1 201/3

gallon [6]  122/25 123/1 133/1 133/6 133/8
142/30
GAMBEL [5]  1/20 2/18 2/21 3/7 212/1
game [1]  105/16
garbage [5]  122/19 122/19 122/22 122/23
192/19
garbage-in [1]  122/19
garbage-out [1]  122/19
GARY [2]  1/20 3/7
gas [7]  113/2 116/32 117/2 133/17 133/18
133/22 156/31
gases [34]  113/1 113/10 113/14 113/16 114/9
114/17 114/30 115/4 115/24 116/15 116/19
117/8 117/11 119/14 119/20 119/23 120/14
120/22 122/5 122/26 125/29 126/23 127/6
151/9 151/14 151/28 152/5 152/5 152/20
154/11 155/7 155/15 156/31 157/3
gasoline [2]  151/18 157/1
gate [1]  147/5
gather [1]  216/15
GAUTIER [1]  1/15
gave [8]  4/2 60/18 69/22 96/2 103/3 119/27
137/28 149/3
GB [13]  185/7 186/9 186/10 186/19 186/27
186/27 187/1 187/3 187/8 187/10 187/12
187/14 195/10
GB-1 [1]  186/27
GB-2 [4]  187/8 187/10 187/12 187/14
GE [76]  164/32 165/2 165/4 165/5 165/5
166/5 170/1 170/7 171/22 171/23 175/2 176/7
176/8 178/6 178/12 178/21 178/21 178/28
178/29 178/31 184/3 184/8 184/14 184/19
184/20 184/24 185/6 185/23 186/3 186/9
187/5 187/14 187/25 187/31 187/32 188/9
188/14 188/20 188/29 188/29 189/1 189/14
189/14 189/16 189/18 189/21 189/22 189/25
193/8 193/12 193/17 193/18 193/18 193/19
193/19 193/22 193/27 193/28 194/3 194/5
194/9 194/18 194/18 194/21 194/22 194/23
197/26 198/8 198/11 198/14 198/16 198/17
199/10 200/22 200/24 203/22
GE-6 [22]  178/12 178/21 178/21 184/8
184/14 184/19 187/31 187/32 188/9 188/14
188/29 189/13 189/14 189/14 189/18 189/21
189/22 189/25 198/8 198/11 198/14 198/16
general [4]  102/26 123/25 223/17 233/27
generally [3]  132/16 141/22 167/24
generator [1]  43/24
gentleman [8]  38/9 38/12 38/21 74/14 77/30
94/25 95/5 95/11
gentleman's [1]  74/10
germane [1]  33/12
get [65]  7/15 8/30 11/14 11/19 13/31 23/28
27/19 30/23 30/25 30/29 30/32 33/8 39/7
40/23 45/6 46/19 56/10 66/11 73/6 74/31
75/30 76/24 81/27 86/19 93/21 102/25 107/20
108/1 112/13 117/7 118/2 119/31 122/22
127/9 133/12 138/7 141/29 153/6 156/27
162/16 175/31 175/32 180/8 183/23 189/21
195/1 196/28 197/18 197/21 197/24 197/24
197/28 200/2 200/18 208/23 216/19 216/26
218/22 218/23 220/5 220/18 220/28 222/11
224/17 229/23
gets [6]  117/20 117/21 171/23 184/3 195/4
198/1
given [8]  12/30 39/12 126/9 147/32 199/29
199/30 217/12 228/11
gives [2]  41/17 154/15
giving [3]  34/21 61/6 93/17
glass [2]  44/6 76/6
glasses [20]  26/23 32/5 32/5 32/6 75/31 76/1
76/9 76/10 76/13 76/14 76/18 76/19 92/12
92/20 92/24 96/2 101/9 101/16 156/27 172/9
glaucoma [2]  65/11 238/5
Glen [3]  2/19 3/24 212/23
GLENN [1]  1/26
globo [4]  21/4 21/5 35/24 42/21
glue [1]  207/9
glued [1]  45/14
go [102]  5/26 6/11 6/17 7/18 7/22 8/23 9/12
9/23 9/23 11/3 11/5 11/23 11/30 12/3 12/32
14/25 15/8 17/7 21/20 21/20 22/6 23/3 24/13
24/18 25/9 25/22 25/29 25/31 26/1 26/18 27/8
27/9 27/13 27/22 30/13 30/17 30/27 31/5
31/14 39/5 45/17 46/15 47/3 47/11 47/11
53/18 55/16 57/8 57/11 60/17 61/15 66/18
73/10 75/29 78/4 78/7 78/10 79/1 80/9 80/15
80/15 82/30 96/11 97/15 97/16 100/13 100/20

100/30 105/23 112/27 114/21 116/23 145/32
157/26 163/24 164/22 168/18 171/24 173/19
174/11 184/27 185/8 185/18 193/19 193/20
194/6 196/2 198/14 200/18 216/16 216/23
219/20 221/19 221/31 222/22 222/27 224/17
224/19 229/7 230/12 230/14 237/9 237/16
goes [17]  30/29 102/7 121/28 133/18 143/28
170/8 185/32 186/11 186/20 186/21 191/15
197/10 200/3 200/4 233/8 233/11 233/20
going [127]  13/23 14/3 15/28 17/28 21/4 27/1
27/2 27/19 28/7 29/25 30/2 33/2 33/5 33/11
35/10 35/13 36/29 38/4 39/26 39/27 39/30
39/31 40/1 40/11 40/22 44/15 48/10 48/26
49/19 50/3 53/2 55/23 56/18 66/26 73/6 74/2
77/26 77/26 89/13 89/25 96/29 99/10 105/13
105/19 106/2 106/15 106/19 106/25 107/4
107/31 109/32 111/2 114/21 116/18 118/16
120/17 120/24 122/22 123/2 126/2 126/21
127/1 127/2 127/5 127/10 132/11 133/23
136/29 138/21 138/26 139/29 145/4 147/25
150/31 151/7 151/18 151/26 153/9 155/20
155/21 156/32 157/3 157/24 159/20 161/32
163/2 163/15 163/18 165/21 170/1 171/28
173/27 173/27 173/29 174/2 174/4 174/11
174/31 177/9 187/3 187/10 188/14 198/13
198/14 198/14 198/19 199/15 201/16 201/24
205/5 205/7 205/23 206/29 208/10 209/5
209/6 209/9 210/21 213/23 213/30 217/24
219/20 227/8 228/18 229/22 234/3 237/8
gone [16]  32/1 100/27 118/29 147/6 147/13
147/28 147/29 153/19 155/11 170/8 171/21
187/1 193/29 229/29 234/11 234/16
gonna [2]  11/19 11/21
good [31]  5/24 6/9 31/23 31/27 45/6 49/29
50/16 53/28 53/29 57/23 58/1 58/3 58/8 65/4
65/5 87/29 90/9 120/28 122/16 122/16 123/9
125/5 140/25 142/22 147/27 157/19 192/25
194/31 217/30 229/7
gooey [1]  48/1
got [51]  8/18 10/31 18/19 18/32 22/9 23/12
23/14 23/30 24/3 26/23 27/24 30/3 30/3 32/5
32/17 38/11 38/12 38/13 39/32 52/25 61/30
76/10 78/6 81/3 81/8 82/16 94/18 107/22
107/23 107/25 111/6 112/15 116/17 116/21
129/28 137/9 146/18 156/29 176/21 176/32
181/22 182/26 201/27 205/8 205/8 206/17
208/21 209/15 210/26 216/16 224/16
gotcha [1]  19/10
gotten [2]  119/13 219/29
graduation [1]  108/12
grandson [1]  6/4
grass [1]  186/14
grass-covered [1]  186/14
great [1]  194/29
greater [1]  175/20
grill [8]  169/31 178/17 178/26 191/27 197/19
197/21 197/24 200/2
grills [3]  169/23 169/26 197/17
ground [21]  11/2 144/12 144/18 162/11
164/26 164/26 165/27 165/29 166/4 166/14
167/30 173/22 184/31 185/1 186/17 192/30
194/29 197/12 199/8 199/9 199/11
group [11]  7/4 8/31 9/4 16/6 16/8 28/28 78/2
227/6 228/5 238/32 239/4
guess [9]  12/11 12/15 24/5 34/23 122/18
194/2 195/1 230/29 237/32
guidelines [1]  241/21
guys [6]  4/18 4/26 31/11 43/3 55/19 73/9
GW [5]  165/1 185/8 187/4 187/16 199/11

# H

H2S [1]  142/2
habit [1]  29/22
had [141]  4/7 4/27 7/12 8/21 9/12 10/23
10/26 11/4 12/2 13/4 13/18 13/27 14/22 15/18
15/20 15/22 16/28 17/4 17/13 18/1 19/20 22/5
22/8 23/14 24/13 24/19 25/6 25/18 25/20
26/17 26/21 26/27 26/29 27/17 28/4 28/28
28/28 29/10 29/11 29/30 29/30 32/7 32/11
32/11 38/21 38/23 38/26 48/24 59/12 59/32
62/16 62/29 65/16 65/20 67/12 68/7 68/8
69/20 74/16 75/30 76/4 76/4 76/31 77/1 77/2
78/1 78/7 78/22 78/28 78/29 79/1 80/30 81/3
81/6 81/8 81/13 82/29 83/29 88/21 90/7 92/11
93/3 93/8 93/16 93/19 94/5 94/10 94/11 94/15
94/16 95/11 97/16 98/29 100/25 100/28
106/29 110/17 113/8 120/16 122/11 131/16
134/9 138/2 143/15 143/18 143/19 143/20
147/14 147/31 154/14 162/6 167/26 167/27
167/30 168/1 169/21 173/32 188/16 199/5
199/8 199/10 211/10 216/24 218/9 219/22
219/24 220/10 220/14 220/14 220/15 221/7
221/19 222/19 223/16 225/2 225/26 230/4
231/25 234/30 235/25 237/16
hadn't [2]  100/27 113/20

# H

hair [1] 201/7
half [8] 75/15 120/20 124/8 134/30 153/17 192/29 230/11 230/14
hall [5] 15/9 44/28 117/5 144/12 193/29
Halloween [1] 229/15
Hampshire [1] 5/28
hand [3] 22/20 79/31 96/9
handle [4] 65/24 83/4 83/5 118/24
handler [3] 170/13 174/1 174/16
handles [1] 79/29
HANDLIN [20] 2/17 143/23 157/24 157/28 158/3 158/13 158/16 159/21 163/26 172/15 175/31 196/32 201/5 204/27 205/11 205/30 206/12 206/16 209/22 211/4
Handlin's [2] 117/7 202/11
handling [16] 94/26 169/17 169/27 171/13 172/1 172/18 178/32 179/1 183/5 189/16 189/20 189/23 198/19 199/3 200/32 201/2
hands [1] 87/21
handwritten [2] 132/21 137/31
Hang [2] 86/5 172/8
haphazard [2] 88/30 89/3
happen [7] 28/1 105/5 105/11 116/27 117/22 118/1 119/26
happened [26] 19/11 28/3 29/19 34/11 41/21 74/19 85/6 85/6 85/7 91/31 95/11 96/15 98/2 98/7 99/9 99/11 103/22 104/5 117/23 118/10 169/19 178/19 194/6 224/2 227/9 232/28
happening [2] 95/28 103/15
happens [2] 25/10 117/17
hard [9] 119/2 125/28 136/3 172/19 172/31 188/22 196/18 198/5 201/30
hardly [1] 76/3
harm [3] 52/31 135/23 135/32
Harrah's [9] 215/23 232/2 232/5 232/8 232/9 232/13 232/17 232/22 232/25
Harrison [1] 160/29
HARVEY [3] 1/8 72/21 229/8
has [80] 33/27 33/29 34/22 34/25 37/6 39/26 41/11 41/15 41/25 48/10 48/17 49/18 49/24 51/13 51/13 56/18 69/7 71/22 79/14 87/1 87/23 89/11 89/16 89/20 89/24 91/30 92/1 96/7 101/6 111/4 111/18 116/25 118/16 118/23 118/32 119/20 121/9 126/9 135/5 137/2 137/12 137/17 141/24 143/2 143/26 143/27 150/18 170/23 171/4 171/31 174/2 177/30 185/11 186/3 186/13 197/16 197/19 197/22 197/26 197/30 197/31 198/8 198/18 201/12 201/19 206/19 208/28 208/28 208/29 214/10 214/24 219/29 220/10 226/11 226/12 233/2 235/2 235/6 235/8 241/19
hate [2] 106/20 131/11
have [368]
haven't [5] 32/20 53/7 121/24 122/25 229/28
having [13] 5/9 19/16 25/9 26/15 26/16 26/20 32/9 102/17 107/7 151/16 157/28 215/11 221/25
haz [4] 30/29 33/20 35/26 62/16
haz-mat [4] 30/29 33/20 35/26 62/16
hazardous [11] 111/31 112/3 112/7 112/9 112/26 112/31 132/16 134/11 134/12 134/14 161/5
HCL [9] 112/28 112/31 113/2 113/2 113/9 117/3 135/7 135/9 142/12
he [189] 4/2 12/14 12/14 12/14 12/24 14/1 16/7 16/7 16/8 18/24 18/26 18/26 27/26 27/26 30/2 30/3 30/3 30/3 32/23 33/9 33/22 33/27 33/29 34/25 34/25 35/23 38/12 38/13 38/23 38/25 39/29 49/7 49/15 50/32 51/3 51/3 52/3 52/4 52/5 55/22 56/18 56/21 56/30 57/2 57/29 58/6 61/30 62/14 69/7 69/7 69/10 69/22 71/22 71/23 74/11 74/14 74/17 77/30 86/25 87/1 87/2 87/13 87/16 87/23 87/26 89/16 89/20 91/13 91/13 91/15 91/31 91/31 91/32 92/1 92/1 94/20 94/22 94/24 94/26 94/32 94/32 95/6 95/9 96/2 96/8 96/14 96/19 97/18 97/18 97/18 97/27 98/1 98/11 98/20 99/8 99/31 99/32 99/32 100/8 101/6 101/6 101/15 102/9 102/12 102/15 102/21 102/29 102/32 102/13 102/15 102/21 103/8 103/18 104/9 106/19 114/14 114/16 114/16 121/5 121/30 122/4 122/8 123/17 126/9 129/14 132/2 136/29 137/2 141/11 141/11 141/17 141/21 145/11 145/16 153/21 162/23 163/16 163/17 164/14 170/16 170/18 171/4 177/4 177/5 177/29 177/30 181/9 181/12 191/32 192/1 192/5 201/12 201/19 201/20 204/20 204/22 205/23 205/25 205/25 206/19 206/20 206/28 206/29 207/15 207/17 207/23 208/2 208/6 208/8 208/8 208/28 208/29 209/2 209/3 209/29 210/1 210/5 210/9 211/29 211/31 212/24 212/26 212/30 214/11 214/12 214/24 217/8 218/2 221/23
headache [1] 27/24 27/16
headaches [13] 25/7 26/16 27/25 32/3 35/7 92/27 92/31 93/4 100/29 218/30 219/11 219/13 234/19
heads [2] 80/31 88/16
health [13] 24/32 25/27 26/6 26/10 31/9 32/2 126/31 127/4 217/29 217/32 232/9 232/25 237/6
health-conscious [1] 237/6
hear [11] 11/13 15/22 24/1 24/27 35/5 35/5 43/28 95/9 130/17 136/1 150/18
heard [19] 12/7 13/4 27/11 38/21 41/15 42/15 71/10 95/7 117/15 118/12 119/32 120/29 122/29 214/21 217/7 219/17 220/4 221/7 233/25
hearing [4] 3/27 67/13 214/20 238/11
hearsay [7] 32/24 32/26 34/7 34/8 34/21 35/7 225/9
heater [1] 44/26
heating [2] 159/14 169/7
held [2] 1/13 75/8
help [8] 39/2 45/6 150/31 163/11 168/27 174/3 188/27 219/32
helps [1] 4/20
her [22] 46/19 164/2 174/4 222/17 222/18 222/18 222/20 225/9 232/27 232/32 233/1 233/12 233/16 233/17 233/4 234/4 234/14 234/17 234/19 234/20 238/27
here [141] 13/21 13/22 14/15 14/28 14/29 14/30 15/1 15/4 15/5 15/11 15/14 15/20 15/21 20/18 20/25 27/19 38/23 43/22 43/26 45/13 46/17 49/19 49/24 76/17 80/11 80/31 81/4 81/6 81/8 81/9 81/10 81/19 81/28 82/2 82/3 82/6 82/8 82/28 82/32 82/32 83/1 83/2 88/16 88/27 88/28 89/30 89/30 91/9 106/15 109/8 109/28 123/4 126/15 138/32 139/2 143/26 147/12 151/26 151/27 156/25 160/9 164/7 164/11 164/22 164/30 164/31 166/2 166/6 168/3 169/1 169/31 170/4 170/5 170/5 170/17 170/18 170/19 171/18 172/1 172/27 173/3 173/8 173/10 173/12 173/13 174/23 175/3 175/31 175/32 178/14 178/17 178/19 178/20 183/32 184/2 184/21 184/25 185/2 185/7 185/8 185/11 185/23 185/25 185/26 185/26 185/32 186/4 186/5 186/9 186/9 186/10 188/1 188/2 189/19 192/26 193/20 193/20 194/30 195/17 196/29 197/13 197/18 197/23 197/26 197/27 199/4 200/25 200/27 200/31 202/21 202/22 206/1 213/1 226/22
hereby [1] 241/14
herein [1] 241/24
HF [3] 112/29 112/31 117/3
hi [1] 66/27
high [8] 111/19 115/22 141/28 191/28 192/30 198/9 213/25 213/25
higher [3] 131/5 191/19 213/19
highest [4] 113/22 113/24 113/30 116/12
highly [2] 192/14 192/16
him [59] 26/32 30/1 30/1 32/20 32/23 38/11 38/22 46/5 51/4 51/8 55/31 61/29 62/15 62/25 69/9 69/14 74/13 74/14 74/15 74/18 86/19 87/19 92/1 94/25 95/3 95/3 97/28 97/28 98/21 98/27 99/7 99/19 102/9 102/11 102/12 103/3 110/3 115/10 115/11 127/27 145/5 145/8 145/14 153/19 157/27 163/19 177/5 177/5 177/14 177/31 192/5 192/6 206/27 208/7 211/26 212/1 231/23 231/23 236/30
hire [1] 49/26
hired [4] 48/27 48/28 50/10 110/11
his [65] 15/31 16/6 29/32 32/20 33/20 33/5 38/10 49/7 49/18 49/26 57/4 63/7 64/10 68/20 69/6 69/10 69/10 86/19 87/1 87/14 87/17 96/19 98/12 98/12 99/6 100/1 100/6 100/8 101/7 101/14 101/16 102/9 102/17 102/22 108/1 108/7 108/8 108/8 120/8 120/11 120/11 121/30 148/7 148/8 153/24 155/27 159/20 177/8 177/13 177/24 177/24 177/31 191/32 201/19 207/29 207/32 208/29 209/2 209/4 212/2 214/11 214/12 214/16 231/22 history [6] 108/11 117/14 117/24 219/19 220/15 221/8
hit [1] 153/1
hitting [1] 185/13
hold [10] 37/30 43/16 46/24 69/1 82/20 86/12 126/30 163/13 190/21 210/21
hole [12] 76/32 77/3 77/5 117/18 117/19 117/20 117/24 119/28 119/30 119/31 174/14 188/24
holes [2] 80/7 119/31
holler [1] 25/31
home [7] 19/9 27/8 27/9 32/17 75/29 199/31 220/3
honest [1] 52/28
Honor's [1] 171/6
HONORABLE [1] 1/14
honors [1] 109/3
hood [1] 178/28
hope [1] 61/12
horse [1] 159/21
horsepower [3] 189/23 198/18 198/18
horses [2] 147/5 155/11
hospital [10] 37/21 63/13 63/18 63/21 63/26 64/26 99/20 99/21 100/13 100/21
hour [7] 24/16 135/20 147/26 153/17 216/32 230/11 230/14
hourglass [1] 106/32
hours [2] 24/16 224/5
house [3] 19/6 85/25 200/7
housed [1] 169/27
housing [1] 82/30
how [67] 5/30 7/24 8/30 9/7 9/30 12/7 12/28 13/4 20/9 21/10 22/31 22/31 30/2 35/7 38/7 38/27 39/8 39/30 42/26 47/30 68/3 75/13 77/1 83/25 83/28 89/11 90/31 91/5 95/3 100/12 106/32 110/20 114/17 114/17 117/27 120/9 120/10 122/26 125/28 151/4 151/10 158/30 167/32 173/24 174/16 174/30 177/25 184/26 188/29 190/29 192/25 192/30 195/6 196/20 200/2 206/29 210/21 217/25 217/29 222/28 224/4 226/14 227/3 227/24 228/8 228/4 240/2
however [2] 139/25 231/21
HUGHES [3] 2/11 107/7 107/15
huh [9] 48/30 70/24 88/18 90/30 141/19 179/24 204/12 227/24 229/11
Huh-uh [2] 90/30 141/19
humans [1] 127/7
humid [1] 167/12
humidity [3] 120/16 120/17 120/19
hundred [4] 13/8 13/9 25/19 191/24
hundreds [2] 38/31 38/32
Hurricane [1] 194/10
hurt [2] 52/25 78/6
HVAC [32] 113/16 113/17 113/24 113/31 114/22 114/28 116/29 117/4 118/28 136/14 136/16 136/18 138/16 138/21 140/2 143/19 155/8 159/9 159/10 159/13 159/15 159/23 159/30 161/21 162/6 166/10 166/13 168/22 175/15 210/5 210/9 211/5
hydrochloric [9] 99/22 100/2 100/7 112/28 133/15 135/5 139/17 142/12 155/16
hydrochloride [1] 141/25
hydrofluoric [5] 112/29 135/4 139/17 142/13 155/17
hydrofluoride [1] 141/26
hydrogen [5] 111/21 111/21 117/3 117/4 140/14
hydroxide [8] 111/18 111/18 112/2 112/30 130/8 134/21 139/17 140/21
hydroxides [1] 131/19
hygienist [1] 121/10
hypothet [1] 121/32
hypothetical [2] 121/30 122/14

# I

I N D E X [1] 2/2
I'd [7] 12/3 12/29 26/1 26/17 26/18 27/7 125/13
I'll [12] 18/30 44/24 96/25 98/16 99/7 99/15 105/24 172/9 175/31 178/2 212/5 212/6
I'm [153] 6/31 7/28 11/20 11/21 15/28 17/28 18/13 21/4 21/9 21/10 21/20 23/29 24/2 24/29 25/7 27/1 27/2 29/20 31/24 31/26 33/5 39/26 39/27 39/29 39/30 39/32 40/11 40/18 43/28 43/30 44/15 45/22 48/10 48/26 53/18 53/24 54/24 55/13 56/10 57/8 58/1 63/32 67/21 68/17 69/9 69/29 69/31 70/15 71/4 73/13 76/25 77/19 77/26 77/26 78/25 78/26 78/28 79/2 81/12 82/7 87/29 88/6 89/13 93/24 93/24 94/24 95/10 100/11 102/15 102/24 109/32 111/2 114/7 116/24 117/6 117/31 118/16 118/26 120/24 121/26 127/5 127/25 128/30 129/16 129/32 131/5 131/9 131/30 132/11

# I

I'm... [64] 136/7 136/29 137/32 139/2 140/23 142/28 142/32 144/21 145/4 145/18 145/21 145/25 146/11 147/12 147/27 148/16 148/20 149/2 149/19 150/20 151/26 154/4 155/20 155/28 156/13 158/26 159/20 160/9 160/14 164/9 164/18 168/29 170/6 171/28 172/5 174/2 177/8 182/19 183/20 184/6 191/29 192/21 199/4 212/12 213/31 213/31 214/12 215/1 215/23 216/8 219/20 223/30 228/4 229/3 229/3 231/32 232/31 235/25 236/16 236/20 236/25 236/30 237/5 237/8
I've [6] 39/32 176/21 192/17 201/27 210/26 236/25
i.e [1] 33/19
IBM [1] 199/10
idea [5] 39/29 54/8 66/7 119/28 225/26
identifications [1] 170/16
identified [3] 79/14 88/28 132/12
identify [5] 45/9 46/23 48/23 54/13 170/19
identity [1] 2/6
ignored [2] 10/24 10/28
illustrate [1] 118/19
imagine [1] 84/27
immediate [1] 77/28
immediately [1] 118/8
immobilization [6] 6/22 6/26 51/18 65/15 94/20 103/11
impeach [1] 69/9
impeachment [4] 61/28 69/4 69/13 71/8
important [2] 33/12 119/12
importantly [1] 33/8
impossible [1] 128/10
impression [1] 130/9
improper [4] 71/32 73/2 121/12 181/13
inadmissible [1] 33/32
inapplicable [1] 115/28
inch [3] 119/30 198/8 198/13
inches [4] 113/28 133/11 174/19 189/24
incident [26] 57/20 59/19 62/28 63/4 63/11 63/12 63/28 79/23 82/7 84/18 89/14 89/32 90/15 91/27 92/25 92/31 93/5 93/28 96/28 124/4 124/8 132/16 147/8 224/26 229/19 231/29
Incidentally [1] 85/20
included [1] 48/16
incorporate [1] 159/10
increase [1] 191/17
increased [1] 191/13
Indiana [1] 112/14
indicate [5] 63/17 113/32 126/21 166/6 171/12
indicated [4] 130/4 162/1 220/14 221/8
indicates [2] 141/12 161/14
indicating [4] 171/16 171/19 200/27 203/12
indication [2] 128/3 155/30
indicative [1] 154/9
individual [3] 151/32 233/9 233/12
individually [2] 1/8 202/10
individuals [2] 127/3 127/5
induced [1] 53/8
indulge [1] 207/7
industrial [1] 121/10
industry [1] 135/21
information [7] 4/10 26/1 33/31 34/21 41/14 41/20 148/1
informed [1] 225/15
inhalation [1] 117/8
inhaler [3] 219/23 219/25 220/2
inhibited [1] 189/8
initial [1] 130/4
Initially [1] 224/14
injuries [1] 231/16
inlet [3] 174/22 194/13 194/14
inner [1] 194/25
inorganic [2] 151/14 157/3
inside [17] 13/13 34/17 36/8 44/6 45/12 45/12 47/9 47/17 82/30 96/29 97/6 103/12 111/8 116/1 116/3 116/12 116/13
inspect [5] 180/2 180/4 189/3 189/31 196/7
inspected [2] 168/14 179/4
inspection [13] 39/14 39/18 42/31 43/2 159/24 159/31 162/5 162/8 194/5 195/26 201/8 207/29 207/32
inspections [3] 162/2 196/1 198/28
installed [2] 179/7 179/10
instances [1] 162/6
instead [1] 40/9
instrument [1] 151/16
insurance [5] 1/23 3/19 54/5 230/1 237/18
intact [7] 85/18 125/24 204/11 204/29 205/10 205/12 209/23
intake [3] 113/31 115/23 116/30
intakes [1] 117/1
intense [1] 218/19
interconnected [2] 166/28 178/28
interconnecting [1] 214/2
interested [2] 142/28 241/24
interior [1] 196/7
internet [1] 6/13
interpret [2] 156/14 156/26
introduce [1] 33/28
introduced [4] 17/29 35/17 48/11 167/5
introduction [1] 41/32
inventory [1] 25/15
inverse [1] 131/6
investigation [3] 139/14 144/7 194/2
investigations [1] 159/11
involved [11] 38/8 38/26 39/4 52/24 70/5 110/19 127/11 135/21 227/3 227/5 239/3
ion [1] 140/14
ions [1] 115/22
iron [5] 59/11 105/9 105/10 105/11 140/28
irregularities [2] 217/31 217/32
irrelevant [2] 177/4 213/3
irritant [1] 29/8
is [632]
isn't [26] 54/5 54/10 58/31 59/4 59/17 59/20 63/20 63/25 64/21 64/27 65/6 65/27 119/15 140/29 145/18 145/19 152/1 152/18 212/28 213/27 229/15 233/5 234/16 237/8 237/28 238/3
isolate [1] 182/32
isolated [1] 183/2
issues [2] 65/20 234/18
it [739]
it's [161] 6/26 10/6 12/1 21/15 26/2 27/29 32/22 33/12 33/14 33/16 33/32 34/7 34/26 34/30 34/31 36/4 36/6 38/31 44/12 45/21 47/5 47/20 48/16 48/24 50/3 52/13 54/30 55/1 56/3 56/10 57/29 70/32 73/24 74/4 74/9 74/21 76/23 83/19 83/26 88/29 89/5 89/9 92/16 98/15 99/6 99/10 99/30 101/30 107/4 112/3 112/8 112/15 115/28 116/18 116/19 118/6 118/28 118/29 119/2 119/3 120/18 120/19 120/19 121/18 122/1 122/19 125/5 125/13 125/26 125/28 127/25 129/8 129/8 129/9 129/26 130/3 130/30 130/30 130/30 130/31 131/6 131/22 132/1 132/17 132/18 132/21 133/22 133/23 134/11 134/10 134/31 134/32 135/1 135/7 135/30 135/31 136/3 137/18 137/18 137/32 138/26 138/26 139/10 139/27 140/21 140/22 140/22 141/27 141/31 143/1 143/5 143/6 143/8 144/7 150/2 150/6 150/31 151/12 151/15 152/19 152/22 154/4 155/10 155/10 155/21 156/23 156/25 156/29 157/3 158/26 162/15 167/4 169/11 172/8 172/19 172/31 173/26 174/19 175/10 175/11 177/4 181/31 186/1 186/18 187/26 187/28 188/23 188/24 191/14 198/2 199/25 199/27 199/29 199/30 205/14 208/31 213/23 213/24 218/32 233/15
itchy [3] 219/12 222/17 222/19
items [3] 83/7 83/14 88/29
its [5] 64/22 138/18 143/11 162/7 211/6
itself [9] 13/15 47/10 52/2 52/8 117/30 168/7 193/16 197/28 204/19

# J

jack [4] 81/13 105/13 105/13 105/14
jacks [1] 81/23
January [2] 129/24 161/17
January 24th [1] 161/17
jelly [1] 48/2
jelly-looking [1] 48/2
JENNIFER [2] 1/21 3/11
job [14] 8/17 8/18 8/20 8/21 22/30 22/32 23/21 24/14 27/2 27/8 48/25 65/20 78/7 230/12
jobs [1] 23/1
Joe [1] 157/24
JOHN [3] 1/25 3/22 123/22
join [2] 36/21 170/10
joint [2] 4/13 35/17
JOSEPH [6] 1/8 2/17 94/20 157/28 158/3 158/13
JR [1] 1/20
Judge [50] 1/15 4/2 11/14 12/22 16/4 16/13 17/8 19/3 20/32 21/8 25/24 26/10 28/1 29/19 31/8 36/19 37/13 40/30 52/19 53/18 61/25 62/4 62/14 69/2 70/26 71/32 73/23 73/24 91/12 91/29 99/6 101/21 102/7 102/31 103/14 103/25 105/24 106/5 106/22 118/17 121/18 143/25 152/22 160/10 162/23 172/8 174/4 211/1 212/5 233/11
July [1] 171/30
July 2nd [1] 171/30
jumping [1] 98/27

# JUNE [5] 1st 2/23

just [139]  4/8 4/19 4/20 6/4 7/13 9/12 10/23 10/24 10/27 10/30 11/9 12/11 15/12 16/9 17/11 17/11 17/21 19/22 19/24 19/25 20/19 21/24 21/25 25/4 27/17 27/29 29/3 29/12 29/13 29/22 30/24 30/28 33/10 33/14 35/29 36/4 38/14 38/15 39/29 42/9 51/4 51/31 54/24 54/30 56/10 59/13 60/17 62/25 64/3 64/12 65/30 66/4 66/17 66/26 66/27 67/32 68/3 70/27 71/15 74/15 75/8 75/13 79/21 80/19 81/5 81/16 82/31 83/7 83/11 85/26 86/5 89/13 95/3 95/14 102/9 103/3 105/17 106/2 108/2 112/4 116/16 116/27 118/21 119/8 123/30 126/9 126/23 127/18 127/23 130/24 130/25 130/27 132/2 132/32 135/24 137/31 140/18 140/26 141/23 142/2 148/31 151/2 153/21 162/16 164/1 164/5 167/12 167/24 168/19 173/32 175/6 176/27 176/30 181/9 181/11 182/12 183/1 183/1 184/29 190/19 190/26 194/6 195/6 200/12 202/8 202/31 208/27 209/11 214/28 218/21 218/21 218/25 219/20 222/10 226/16 227/20 233/11 234/4 238/27
juxtapose [1]  43/17

# K

Karen [1]  41/13
Katrina [12]  120/3 120/11 191/5 191/6 192/20 192/22 192/24 193/14 194/10 196/7 232/17 232/21
keep [9]  4/20 25/9 26/18 55/30 55/31 74/1 98/26 138/22 239/7
keeps [1]  170/16
kept [13]  16/24 25/8 64/24 66/30 66/32 69/26 79/9 90/8 90/31 91/5 120/18 212/23 239/12
keys [1]  97/17
kids [1]  6/2
Kim [1]  98/5
KIMLIN [4]  1/27 3/17 46/17 69/31
kind [36]  4/20 7/32 10/24 11/9 11/29 11/14 12/1 17/14 17/16 19/21 19/22 25/3 27/18 38/1 43/23 45/2 45/32 46/11 47/20 48/1 48/2 52/29 56/19 76/18 76/20 81/6 81/12 83/4 85/22 90/7 96/4 115/19 119/15 129/27 138/22 222/22 222/22
kitchen [5]  67/14 67/15 67/16 168/12 178/28
knew [10]  10/17 11/6 11/8 12/6 25/29 25/30 66/5 66/26 68/2 78/9
knobs [1]  117/28
know [253]
knowledge [4]  148/8 160/27 190/17 202/23
knows [1]  206/28
KOH [1]  112/30

# L

label [1]  88/6
lack [4]  62/14 193/21 204/9 238/16
ladder [1]  212/25
laid [2]  33/27 137/2
large [8]  138/23 139/19 175/3 184/32 185/2 197/10 199/11 200/31
larger [3]  122/13 124/29 197/29
largest [1]  176/10
last [17]  47/30 68/5 69/11 71/29 72/15 77/17 77/21 90/16 90/22 91/20 116/25 134/16 134/18 151/1 151/14 215/8 228/14
late [1]  207/31
lately [1]  27/25
later [15]  61/16 62/11 62/31 84/12 125/32 132/25 154/30 222/8 222/28 222/29 224/4 224/5 227/7 227/10
laughing [1]  204/4
law [2]  109/11 109/22
lawsuit [8]  70/4 70/32 71/6 71/10 94/30 137/14 231/15 232/26
lawyer's [2]  227/6 228/6
lawyers [4]  39/8 70/8 227/22 228/9
lay [7]  62/21 71/17 137/4 148/31 204/23 209/12 221/1
layout [1]  113/2
lead [2]  92/16 173/5
lead-in [1]  92/16
leading [20]  32/20 32/21 32/26 44/16 44/28 96/19 96/21 98/12 98/15 100/1 100/1 101/1 101/27 101/30 103/18 103/25 218/2 218/5 219/1 223/3
leak [4]  112/8 117/20 117/21 119/28
leakage [3]  124/18 124/21 125/1
leaked [6]  113/5 113/8 113/9 113/12 175/19 190/18
leaking [26]  58/31 59/1 59/20 111/12 111/14 116/21 127/15 127/18 127/21 127/32 128/4 128/11 128/15 128/22 130/8 131/17 131/23 133/1 133/7 133/8 134/23 136/9 141/6 141/8 141/13 156/7
leaks [2]  113/2 119/29

learned [1]  121/3
least [12]  85/17 112/25 116/11 121/9 182/6
182/23 190/10 216/32 217/1 232/19 232/21
232/25
leave [7]  30/6 30/22 75/27 75/28 108/24
163/7 224/17
leaving [1]  40/18
LEE [17]  1/27 2/7 2/27 3/17 86/30 98/6
101/32 150/7 154/1 232/11 232/12 232/24
234/12 234/16 236/32 236/32 237/12
Lee's [1]  226/9
leeway [1]  99/5
left [19]  8/17 10/6 13/24 31/32 37/32 52/30
77/7 77/15 78/32 80/1 96/5 96/9 120/27
136/20 147/5 204/9 205/8 231/28 232/1
left-hand [1]  96/9
legal [1]  101/25
lend [1]  138/29
less [2]  113/23 179/29
let [70]  11/13 18/18 24/27 31/4 34/10 36/14
41/16 50/16 51/8 51/15 57/8 58/11 61/4 62/8
68/17 73/11 74/1 79/12 79/13 79/21 80/21
80/24 82/12 84/2 89/29 97/3 98/18 99/29
101/11 105/3 121/7 127/22 130/17 130/18
131/24 133/14 135/19 137/6 137/26 145/27
145/29 148/22 148/22 151/8 156/27 156/30
162/16 164/14 164/20 164/22 166/2 166/30
168/18 169/29 170/22 171/4 171/28 171/29
173/2 176/28 181/19 182/22 191/29 205/30
210/16 220/4 221/31 224/19 228/7 230/32
let's [45]  6/11 6/17 8/8 8/23 9/23 11/23 12/32
14/25 14/25 17/7 20/25 23/11 26/6 29/16 31/9
31/21 56/17 66/14 103/5 107/19 110/32
112/12 117/10 120/9 138/26 145/32 158/5
163/31 166/30 170/32 179/3 183/23 185/30
198/8 201/22 204/31 206/17 207/7 208/21
208/25 217/12 222/10 223/31 227/4 230/30
LETOURNEAU [3]  1/22 2/24 3/12
letter [3]  154/17 154/20 154/23
level [3]  120/18 130/22 130/25
licensed [2]  111/29 158/32
life [6]  1/23 3/19 54/5 162/14 162/14 230/1
light [4]  151/27 151/27 185/13 201/29
lighter [1]  201/6
lighting [1]  119/1
lightly [1]  189/1
lights [1]  45/18
like [146]  4/4 7/13 7/20 7/28 8/16 10/9 10/18
10/19 10/20 10/30 13/7 13/10 13/12 14/5
15/30 17/8 17/9 17/11 17/19 19/1 19/4 19/6
19/8 19/8 19/13 19/20 19/21 19/24 20/3 20/17
20/18 20/19 24/17 24/17 25/4 25/7 25/15
25/16 25/19 27/29 28/6 29/1 29/12 32/8 32/10
32/12 37/31 38/6 38/10 39/11 44/31 45/2
46/11 47/20 51/31 52/19 52/23 52/28 52/31
54/20 55/7 56/16 56/21 56/27 57/15 59/13
60/28 60/31 61/1 61/20 61/29 61/32 64/12
66/27 68/3 73/24 74/9 75/1 75/1 75/29 80/29
81/5 81/13 81/14 81/32 82/6 82/10 83/10
83/17 83/19 83/20 85/9 85/24 85/24 85/27
87/19 88/22 90/14 90/18 90/26 90/26 90/28
90/30 93/3 93/16 94/9 96/17 96/27 97/19
97/21 104/13 105/16 118/5 118/28 118/32
119/7 120/18 128/13 132/16 134/30 136/21
147/4 151/18 151/25 155/10 156/9 157/5
157/6 157/10 162/21 172/32 181/5 185/24
188/23 189/1 190/28 192/18 194/18 207/3
207/5 210/24 210/28 210/30 212/9 215/7
219/24
likely [4]  117/2 117/8 120/15 136/26
likes [1]  133/24
Likewise [1]  201/2
limit [1]  135/12
limited [1]  155/23
limiting [1]  187/24
limits [1]  151/17
line [16]  38/14 68/27 68/29 70/2 70/15 70/18
72/15 76/23 128/27 130/3 132/24 170/23
171/8 182/28 192/27 192/32
lined [1]  20/15
lines [1]  166/6
Lionel [1]  60/16
liquid [8]  111/23 111/24 111/26 133/28
133/29 140/22 151/6 151/6
liquids [5]  113/8 130/14 133/30 133/31
133/32
list [3]  110/29 112/14 233/14
listed [5]  109/4 109/8 110/24 111/4 164/15
listening [2]  53/20 53/22
litigation [1]  53/3
little [30]  5/32 18/18 22/12 23/21 24/15 29/14
29/31 35/8 39/10 44/6 44/26 73/10 76/31 77/2
77/3 81/13 97/29 99/5 105/16 122/7 131/28

live [1]  5/27
living [1]  215/22
loading [3]  13/20 14/32 15/2
located [2]  7/25 67/7 67/14 167/24 217/19
239/19
location [3]  31/2 31/12 224/23
lock [1]  6/29
locked [1]  64/24
locking [1]  147/4
logarithmic [1]  145/30
long [14]  9/30 22/21 22/31 77/1 83/25 83/28
111/17 117/16 117/15 120/1 158/30 209/31
219/26 239/5
long-term [1]  118/15
longer [15]  22/22 74/20 117/23 118/1 118/11
138/6 168/17 174/25 175/19 178/25 178/29
200/24 200/26 200/28 211/23
look [47]  11/18 19/1 30/13 43/9 44/31 45/2
45/30 46/9 46/11 47/20 50/2 50/7 54/20 55/7
56/16 56/27 57/15 75/2 82/6 82/10 96/8 97/19
105/16 125/14 131/31 132/20 132/24 134/8
134/15 138/12 145/11 145/32 147/1 148/22
149/22 151/26 156/10 156/10 181/5 189/22
193/22 194/1 195/27 197/15 204/20 204/31
206/17
looked [29]  7/13 13/12 17/8 17/9 17/21 19/3
19/19 19/24 25/4 29/1 42/29 50/5 56/21 59/13
75/1 75/1 96/29 104/13 124/6 146/9 148/11
180/31 189/1 193/23 193/24 193/24 193/29
233/32 236/25
looking [38]  8/1 17/12 17/14 19/21 19/23
30/19 45/22 48/1 48/2 53/25 58/23 59/3 69/29
88/25 88/27 89/30 91/19 96/17 96/27 118/4
120/8 127/23 129/14 134/29 139/6 145/21
146/12 148/16 148/20 149/28 163/16 187/2
194/11 197/1 197/14 202/9 204/27 206/3
looks [17]  18/3 41/12 81/32 83/10 118/5
118/28 118/32 118/7 125/23 132/15 134/30
172/26 190/28 192/14 192/18 207/3 207/5
lost [2]  115/20 151/25
lot [28]  13/18 13/19 14/27 14/30 14/31 16/19
16/20 16/24 16/27 17/15 19/22 28/32 29/2
38/1 38/2 38/5 48/3 52/25 52/25 66/25 75/7
117/15 119/11 122/1 137/15 189/24 190/20
217/9
loud [1]  29/27
LOUISIANA [1]  1/3 5/29 108/26 109/11
109/29 159/1 159/4 215/21 241/11 241/13
241/22 241/30
louvered [3]  172/26 172/28 174/23
low [4]  111/19 155/17 213/24 213/25
lower [1]  131/5
Loyola [1]  107/15
LSU [7]  107/22 107/26 108/13 108/22 108/24
108/29 121/29
lunch [2]  123/3 123/6

# M

MA [1]  159/4
ma'am [9]  6/17 44/22 49/22 75/11 161/19
176/25 204/16 208/15 229/12
machine [4]  45/2 45/3 47/20 220/3
made [29]  6/4 6/13 7/23 9/26 10/10 10/30
30/22 70/6 76/15 85/21 85/21 85/28 86/6 86/9
87/8 105/8 105/9 147/9 147/10 147/23 161/14
161/16 178/7 178/10 178/27 182/20 195/31
203/30 213/4
main [4]  14/28 188/5 188/7 188/19
mainly [3]  23/2 67/9 107/31
maintain [1]  167/6
maintained [2]  166/32 180/16
maintenance [5]  29/10 58/17 93/15 94/5
160/30
major [3]  117/26 136/6 136/7
majority [2]  16/29 112/1
make [28]  3/5 22/32 30/30 35/14 41/28 54/30
82/15 102/15 102/31 122/1 122/15 131/14
134/8 136/3 142/23 156/27 181/19 182/27
183/20 184/7 187/19 188/10 191/26 195/5
206/19 206/25 206/26 212/5
makes [4]  116/16 152/13 152/15 181/23
making [7]  91/14 101/7 101/16 147/12
155/13 187/28 214/28
man [2]  27/23 29/10
management [10]  23/23 23/24 108/15 108/17
108/17 109/16 109/18 110/2 110/9 114/15
manager [12]  5/25 6/24 9/21 123/5 129/5
22/27 22/28 22/32 23/21 25/21 65/15 108/14
manifest [1]  234/7
manner [2]  53/8 88/30
many [22]  12/7 12/28 13/4 20/9 38/27 39/30
100/13 119/10 122/10 122/11 122/26 132/26
148/29 173/18 184/26 217/25 222/28 223/16

map [2]  170/16 170/18
mark [3]  15/28 91/13 170/25
marked [14]  39/27 40/30 42/21 48/11 55/13
55/32 55/32 73/25 96/8 118/16 171/4 171/30
171/31 174/3
market [1]  138/6
marks [1]  82/1
married [3]  5/32 6/2 6/5
Master's [1]  107/23
mat [4]  30/29 33/20 35/26 62/16
material [16]  33/20 85/29 86/6 113/1 125/2
128/22 130/5 130/15 130/19 131/17 134/5
134/23 140/20 142/12 143/2 152/21
materials [12]  86/10 90/31 91/5 94/11 110/23
110/31 111/13 128/1 132/16 137/7 140/27
140/29
matter [8]  1/13 16/32 33/16 61/7 65/24 76/25
228/12 241/25
may [46]  5/14 16/15 21/13 35/16 36/31 36/32
37/3 37/12 39/21 42/15 48/7 52/18 53/11
53/31 68/13 71/16 71/18 72/24 73/10 73/18
73/23 80/16 110/20 113/12 119/2 122/30
123/9 128/17 129/4 130/9 138/9 147/2 148/25
149/11 150/11 151/32 156/19 160/4 162/27
176/29 176/31 191/26 205/25 205/25 231/22
233/4
maybe [20]  11/16 13/8 14/12 27/20 32/17
38/29 39/10 46/27 86/7 109/26 117/25 128/19
147/32 153/7 170/26 206/2 206/3 212/2
217/27 232/20
me [180]  4/18 4/20 4/26 5/26 5/32 6/25 6/32
8/8 8/12 11/13 11/13 11/14 12/13 12/27 13/11
14/11 14/24 15/22 18/18 20/8 23/8 23/18 24/1
24/6 24/27 24/27 25/30 26/12 26/18 26/24
27/18 32/4 34/10 35/11 35/20 36/14 38/10
38/15 38/19 38/24 39/4 39/4 45/29 48/22
50/16 51/15 52/19 52/19 52/27 53/25 57/8
57/18 57/21 58/11 61/4 62/8 64/4 64/13 67/1
67/2 68/17 68/27 69/27 69/30 69/30 73/11
73/21 74/1 74/16 76/8 78/9 79/12 79/13 79/17
79/21 80/21 80/24 82/12 82/18 84/2 84/6
87/27 89/29 93/29 95/8 95/14 97/3 98/18 99/3
99/5 99/29 99/29 101/11 104/4 104/13 105/3
105/3 106/19 108/21 114/5 117/25 121/7
125/8 125/28 126/9 127/22 130/17 130/18
131/24 133/14 135/19 136/26 137/6 137/26
138/13 138/29 140/26 141/12 142/3 145/27
145/29 148/22 149/5 152/14 152/32 153/6
156/27 157/26 159/13 162/16 162/30 164/20
164/22 166/2 166/30 168/18 169/29 169/29
171/28 171/29 173/2 176/28 177/10 180/32
181/19 182/12 182/22 183/20 184/6 184/20
185/13 188/28 191/29 195/15 201/11 202/6
205/20 205/30 206/26 207/7 209/4 210/16
211/4 215/31 216/13 218/10 219/23 220/2
220/4 221/22 221/31 228/7 228/25 229/9
230/32 232/20 235/25 237/8 241/15 241/16
mean [37]  10/29 10/30 25/19 27/17 29/26
29/30 31/16 62/14 79/5 87/16 92/1 94/27
94/28 116/16 120/30 121/8 126/1 131/27
133/27 135/21 135/22 135/32 141/1 153/5
154/11 154/13 164/27 167/12 188/32 189/6
190/5 199/30 204/14 208/7 212/18 218/24
234/4
means [8]  104/26 121/31 121/32 126/23
135/24 137/13 140/13 170/19
meant [1]  11/1
measure [2]  113/29 198/27
mechanical [10]  158/19 158/30 159/5 159/7
159/8 159/22 159/27 175/11 186/28 186/29
medical [9]  37/23 65/7 78/1 78/2 99/19
233/28 236/26 237/29 237/30
medications [1]  221/28
medicine [2]  27/2 100/16
medicines [1]  220/21
meet [8]  22/14 23/5 24/22 39/5 74/19 123/23
123/24 142/26
meeting [3]  23/3 23/3 24/13
meetings [2]  24/7 75/9
melted [8]  29/30 59/32 85/8 94/11 118/5
119/8 204/9 209/26
melting [1]  29/30
member [1]  70/4
members [4]  52/16 52/20 68/9 69/8
memory [6]  33/6 48/31 51/25 69/7 69/10
235/22
mention [4]  137/26 176/15 179/17 199/21
mentioned [12]  81/16 108/12 112/16 113/20
130/18 176/11 176/16 190/4 199/17 199/28
236/31 236/32
mercapto [3]  128/25 141/23 142/9
Mercaptobenzothiazole [1]  130/7
merits [3]  143/25 233/9 233/12
mesh [2]  185/21 186/7

**M**

messed [1] 81/9
met [7] 48/6 50/14 74/13 85/23 94/25 95/3
160/29
metal [31] 19/7 19/8 45/28 59/11 85/21 85/24
85/27 85/30 86/6 87/16 87/26 103/16 105/7
105/8 105/10 111/13 127/15 127/17 127/21
127/32 128/14 128/21 133/3 136/20 140/12
140/16 142/30 185/24 204/2 208/30 208/31
metallic [1] 86/6
metals [2] 140/18 140/26
meter [28] 9/20 9/20 13/23 13/25 15/8 15/9
22/5 79/30 79/31 79/32 80/2 80/10 80/24
80/31 80/32 81/4 81/22 81/22 81/23 82/28
83/1 88/16 88/16 88/21 97/29 122/6 122/6
230/12
meters [8] 22/7 59/27 59/31 80/28 81/13
82/29 82/29 122/11
method [1] 241/16
Methodist [1] 37/21 63/13 63/18 63/21
64/26 96/6 99/20 99/21 100/13 100/20 100/26
MICHAEL [2] 1/22 3/11
middle [4] 28/21 28/23 201/25 213/11
might [21] 25/4 25/32 40/12 43/15 58/24 59/3
81/25 93/17 133/12 133/25 134/28 136/5
138/17 141/1 153/6 156/31 182/10 190/17
195/30 231/24 232/20
migraines [2] 220/23 220/25
mildew [1] 17/14
mildly [1] 60/28
mile [1] 209/31
mile-long [1] 209/31
million [1] 135/6
mind [7] 86/19 92/17 176/18 184/19 184/30
218/26 237/20
mine [6] 9/19 11/6 17/20 52/26 149/7 164/1
mineral [3] 111/22 112/29 139/32
minute [5] 35/32 157/26 168/19 175/26
184/26
minutes [7] 24/13 24/23 30/24 40/22 106/17
210/31 215/7
Miss [20] 4/32 11/19 46/17 61/7 69/31 86/30
98/5 101/32 150/7 154/1 215/18 226/9 229/7
229/7 229/8 229/9 229/10 233/29 234/11
237/28
Miss Lee [4] 86/30 101/32 150/7 154/1
Miss Willis [1] 4/32
Miss Willis' [1] 61/7
missed [1] 176/30
missing [1] 63/32
Mississippi [1] 109/25
mixture [4] 134/20 143/9 155/16 155/17
mobilization [1] 81/2
model [5] 121/2 121/31 122/9 122/15 180/8
modeler [1] 121/27
modeling [5] 121/5 121/11 121/24 121/29
122/19
models [1] 121/26
modification [1] 162/9
modified [8] 162/7 162/13 168/26 169/2
169/15 173/8 179/16 179/17
moist [1] 191/24
moisture [5] 133/26 167/5 167/11 191/11
191/25
mold [1] 60/26
mole [1] 105/22
moment [5] 37/12 86/5 109/27 112/4 160/3
money [3] 22/7 80/28 151/25
monitored [1] 149/25
monitoring [11] 146/25 146/25 147/1 147/4
150/16 150/23 150/24 151/23 154/21 155/3
156/15
month [2] 39/10 137/22
months [3] 94/8 227/7 227/10
more [43] 19/26 19/28 21/5 21/11 21/22 22/8
22/8 33/8 38/29 39/10 47/11 47/11 78/26 83/1
109/26 125/26 126/23 126/26 139/29 145/31
147/6 153/16 153/17 174/2 187/28 191/18
191/26 194/28 195/2 195/4 196/6 197/23
197/26 200/22 200/26 200/29 200/29 201/4
201/27 218/10 218/19 233/11 239/8
morning [27] 5/2 5/4 22/14 23/2 23/3 24/23
29/23 29/24 53/28 53/29 61/30 62/12 62/27
65/4 65/5 75/9 76/26 78/6 89/22 117/15 118/5
118/12 122/29 230/11 230/18 230/19 231/2
mornings [2] 134/12 139/10
most [15] 10/10 26/13 28/4 38/20 53/4 61/10
66/32 66/32 67/2 79/6 111/31 120/15 131/12
162/9 176/10
mostly [2] 59/12 112/26
motion [1] 173/26
move [29] 10/4 22/3 29/16 30/31 31/13 39/2
56/17 98/16 99/15 103/5 105/24 114/18 115/4
115/5 143/31 144/3 161/6 163/11 173/24

moved [27] 9/16 17/21 28/27 30/7 30/27 31/5
31/6 31/12 31/18 31/30 34/30 35/12 36/1 54/9
64/19 64/22 93/1 93/2 97/24 160/18 160/18
162/18 175/12 177/26 227/7 231/29 231/30
movement [2] 173/15
moves [4] 159/15 172/23 172/25 175/8
moving [7] 17/16 21/26 33/20 34/32 36/12
114/31 115/29
Mr [35] 2/5 2/6 2/8 2/9 2/12 2/13 2/14 2/15
2/18 2/19 2/20 2/21 2/24 2/25 2/26 3/30 14/20
23/8 33/16 39/28 42/20 48/17 49/11 57/13
97/28 98/6 100/18 159/21 163/26 172/15
175/31 205/10 205/30 209/22 212/18
Mr. [76] 3/32 4/3 5/30 20/8 33/29 37/18
37/27 38/21 39/26 41/18 44/19 48/4 51/12
53/28 54/3 54/12 55/23 56/8 56/15 57/21
58/15 60/6 61/2 61/6 63/20 64/3 64/12 64/16
65/4 68/15 68/31 70/3 70/6 70/7 70/14 74/7
74/8 78/17 84/16 86/24 86/31 95/20 96/7 98/5
98/18 98/26 100/12 100/18 100/27 102/5
102/8 102/8 104/31 106/13 106/19 118/12
120/30 137/21 138/5 141/9 149/27 153/19
155/29 158/16 196/32 199/5 201/5 202/11
204/27 206/12 206/16 210/30 211/4 212/23
217/7 234/29
Mr. Anderson [29] 3/32 5/30 37/18 37/27
39/26 48/4 51/12 53/28 54/3 57/21 58/15 61/2
61/6 63/20 64/3 64/12 64/16 65/4 68/31 78/17
84/16 100/12 106/13 118/12 120/30 137/21
138/5 199/5 217/7
Mr. Anderson's [3] 41/18 56/15 141/9
Mr. Buckley [2] 70/6 70/14
Mr. Clayton [10] 20/8 44/19 54/12 68/15
95/20 102/5 104/31 106/19 153/19 210/30
Mr. Clayton's [2] 56/8 60/6
Mr. Fos [1] 86/31
Mr. Foster [12] 4/3 55/23 70/3 70/7 86/24
98/5 98/18 98/26 100/18 102/8 149/27 234/29
Mr. Foster's [1] 155/29
Mr. Glen [1] 212/23
Mr. Handlin [7] 158/16 196/32 201/5 204/27
206/12 206/16 211/4
Mr. Handlin's [1] 202/11
Mr. Stewart [3] 96/7 100/27 102/8
Mr. Thomas [1] 33/29
Mr. Wong [3] 38/21 74/7 74/8
Mrs. [1] 226/21
Mrs. Armour [1] 226/21
Ms [2] 2/7 2/27
MSDS [5] 134/8 134/31 137/28 137/28
138/13
much [20] 7/31 19/28 22/22 41/19 47/30
52/28 75/3 75/13 95/18 97/14 122/12 124/29
140/28 142/19 151/4 185/18 200/16 214/22
215/5 237/25
mullion [1] 203/20
murdered [1] 95/9
must [3] 45/13 76/32 85/6
my [114] 3/30 5/23 6/2 6/3 6/4 7/27 7/30 8/2
8/17 8/17 9/19 10/10 10/19 11/13 13/22 14/26
15/1 15/6 18/18 22/32 23/2 23/6 24/14 25/18
25/19 26/13 26/21 26/22 26/24 26/32 27/1
29/25 29/32 31/26 32/4 32/5 32/6 32/10 34/28
37/3 38/1 40/13 66/4 68/17 69/13 70/26 73/23
73/24 75/11 76/3 76/8 76/12 77/12 78/7 78/22
78/28 78/32 79/6 83/17 85/32 86/3 87/29
91/12 98/27 100/25 100/26 100/31 102/2
102/7 108/12 109/23 111/2 112/15 116/19
119/21 121/15 121/29 123/11 123/22 124/19
124/25 125/25 127/6 127/22 127/31 132/5
137/17 137/28 145/2 150/18 151/25 156/27
160/27 168/32 189/15 191/29 192/11 205/31
207/14 208/19 210/24 210/28 212/6 214/10
219/22 222/21 227/26 236/20 237/10 237/17
237/18 241/5 241/17 241/18
myself [10] 11/1 17/18 17/19 22/25 26/12
27/17 27/25 37/24 38/24 156/10

**N**

NA [1] 142/9
Nacap [4] 111/7 112/30 134/2 134/17
name [15] 5/21 5/23 29/32 38/10 72/10 74/8
74/10 77/10 107/13 111/17 123/22 128/24
158/2 158/12 215/18
names [11] 60/13 60/18 64/24 66/26 66/26
66/28 67/25 68/2 69/27 130/12 237/20
nature [10] 12/1 33/24 59/14 95/25 100/29
109/8 176/13 193/32 199/19 236/6
nauseam [1] 87/23
near [3] 14/23 16/22 30/9
necessary [2] 178/29 198/10
necks [1] 201/14
need [20] 11/16 14/15 18/27 25/32 26/25

208/25 213/9 213/20 223/31
215/7 233/30
needed [8] 22/8 23/22 75/27 76/9 76/14 92/19
101/9 157/5
needs [1] 181/9
negative [16] 150/26 156/25 156/28 187/28
196/13 196/15 196/23 197/20 197/23 197/23
197/26 197/29 197/29 198/5 200/4 213/19
negotiated [1] 135/21
neutral [5] 131/1 131/2 145/24 145/25
145/27
neutralization [1] 111/28
neutralized [1] 155/6
never [33] 26/13 26/17 26/21 26/22 26/28
26/29 28/27 33/29 54/3 59/20 65/6 65/9 65/27
65/30 66/5 76/4 76/6 89/20 89/24 93/3 94/18
95/4 98/24 168/9 192/17 220/10 229/23
229/32 230/4 237/28 238/3 239/14 239/25
new [28] 1/11 1/27 3/4 3/14 3/17 5/24 5/28
5/28 5/29 8/21 54/17 54/19 59/16 60/20 65/16
94/17 94/18 104/19 104/21 125/26 126/20
132/15 139/22 146/20 146/31 182/28 215/20
215/24
news [10] 32/15 32/16 32/29 33/3 33/30
34/10 34/22 35/8 41/22 177/9
next [15] 3/28 3/30 38/14 44/24 45/23 47/8
85/13 100/11 106/17 125/22 126/18 183/20
184/1 184/7 210/14
nice [4] 87/4 123/23 123/24 142/26
NID [3] 1/25 3/22 3/24
night [1] 77/7
nine [4] 22/16 112/23 158/31 158/32
no [252]
No-line [1] 76/23
nobody [11] 10/17 10/31 11/8 11/8 27/30
28/10 29/4 30/9 68/1 137/12 225/31
none [3] 90/29 152/22 152/24
nonfunctioning [4] 182/23 183/21 184/14
184/15
nonhazardous [1] 112/20
NOPD [1] 8/21
normal [5] 64/28 145/23 173/1 192/15
192/17
normal-functioning [2] 192/15 192/17
normally [3] 136/18 140/13 193/13
nose [2] 219/12 222/20
noses [2] 11/32 13/5
not [284]
not aiding [1] 204/19
not the [1] 141/25
note [4] 35/9 36/24 52/8 137/32
notes [1] 73/25
nothing [8] 10/21 10/27 27/30 29/12 46/19
143/26 143/27 172/32
notice [9] 24/31 26/9 47/27 61/17 98/30
105/7 218/7 230/19 231/3
noticed [3] 26/15 99/8 122/3
notified [1] 30/1
November [1] 161/15
now [112] 8/8 8/23 8/32 15/15 19/15 26/10
27/5 31/3 31/9 31/31 37/24 46/26 47/3 47/23
47/32 50/16 54/25 58/22 60/24 63/11 68/5
69/23 76/13 76/16 76/25 79/13 79/13 81/32
82/7 82/12 83/6 83/25 84/2 84/3 84/23 84/28
85/6 86/18 88/2 88/13 88/25 90/11 90/14 93/8
96/8 102/24 106/20 109/6 110/27 112/22
115/26 117/26 120/2 121/1 121/3 125/8
126/29 130/17 132/11 135/4 137/14 137/19
138/14 138/25 139/4 139/5 142/1 147/6
147/28 148/10 151/29 152/29 165/2 166/26
168/14 169/3 169/27 169/32 171/8 172/9
172/31 173/10 174/27 175/19 178/5 178/25
179/32 180/30 183/6 184/23 185/7 185/7
185/23 186/3 186/8 186/10 186/26 189/30
192/16 193/19 193/28 194/17 194/27 195/26
196/1 198/30 199/7 200/31 202/18 219/17
229/12 231/8
nowhere [1] 16/21
number [23] 12/10 12/27 13/7 39/28 39/30
40/1 48/14 55/3 55/14 56/11 110/16 111/15
113/5 116/25 122/25 129/6 131/5 134/12
146/24 148/11 178/8 180/8 202/10
numbers [4] 55/17 131/18 156/10 198/5
numerically [1] 39/28
numerous [1] 109/28
nurse [1] 213/7
nut [1] 213/16

**O**

O'BRIEN [3] 1/31 241/9 241/29
o'clock [4] 29/21 216/17 216/20 216/30
O2 [1] 151/4
object [16] 42/12 44/15 91/29 99/30 102/20
103/1 121/7 121/8 126/4 136/29 140/8 145/4

Filed 03/12/25 Page 1 of 2 page outstanding [1] 6/28

object... [4]  155/20 204/18 205... ...05/16
objected [1]  32/20
objecting [3]  32/21 42/10 89/3
objection [67]  12/13 15/31 18/23 33/26 35/9
36/22 36/24 36/28 37/1 45/32 48/6 49/5 50/26
50/32 51/32 52/9 57/25 57/27 57/31 69/1 70/6
70/9 70/26 72/17 86/12 89/1 91/12 96/19
96/31 98/11 99/1 101/2 101/4 101/13 101/25
101/27 101/32 102/2 103/18 104/7 105/1
114/3 115/32 145/12 148/5 181/9 191/32
207/12 210/3 211/26 214/5 214/15 218/2
218/32 220/8 220/31 223/3 225/8 226/5 226/9
227/14 227/16 230/22 233/8 234/3 234/32
238/16
objections [3]  32/19 41/32 121/16
observation [1]  212/27
observe [10]  7/8 10/14 22/3 24/23 24/24
24/30 58/16 58/17 58/30 97/6
observed [7]  10/12 19/17 31/8 32/2 43/3
60/26 238/12
obviously [3]  51/27 118/21 225/25
occasion [2]  25/22 58/16
occasions [7]  37/22 74/13 74/19 94/25 95/4
160/26 232/13
Occipinti [8]  231/10 231/12 231/18 231/21
236/27 236/28 236/31 237/13
occupied [4]  9/14 24/11 116/29 211/15
occupy [2]  22/4 24/10
occur [2]  119/28 135/32
occurred [12]  85/2 93/26 93/29 94/15 110/32
116/26 118/6 131/26 151/22 229/20 233/4
235/3
October [6]  216/6 222/12 229/15 230/5
230/10 240/3
October 31st [3]  229/15 230/5 230/10
odor [16]  10/16 10/23 10/30 11/7 11/10 11/12
60/31 61/17 61/18 62/10 62/29 66/1 66/4
93/18 94/4 239/22
off [35]  7/9 9/4 14/29 25/5 30/10 37/19 40/19
41/8 45/13 45/25 47/1 66/19 68/1 76/17 78/9
93/20 110/32 118/32 122/5 131/27 133/10
158/9 163/21 168/16 174/19 188/19 189/13
189/13 191/22 198/23 198/24 209/11 211/11
211/22 240/17
offer [2]  4/4 33/3
offered [3]  33/15 33/16 108/13
offering [1]  4/9
offhand [2]  199/23 239/5
office [69]  7/9 7/11 7/27 7/30 7/30 8/2 9/19
9/19 13/22 13/22 15/5 15/6 17/17 17/18 17/19
18/1 20/6 22/4 22/18 23/6 24/15 24/20 25/8
25/12 25/13 25/18 25/19 27/31 28/2 28/3 28/4
29/25 30/9 44/25 44/28 58/24 59/3 60/1 74/23
75/11 75/12 75/14 77/8 77/9 77/10 77/11
77/12 77/14 78/22 78/28 79/6 90/7 90/8 90/10
90/11 93/9 93/12 93/26 173/11 216/27 216/28
217/17 217/18 224/7 227/6 228/6 235/29
236/2 239/31
officer [7]  215/30 215/32 230/13 230/13
235/30 235/32 241/13
offices [8]  7/4 7/8 7/19 7/23 8/1 9/18 16/31
67/6
official [3]  1/32 241/10 241/11
often [5]  9/7 22/31 39/8 90/20 97/16
oh [26]  19/28 25/23 38/29 46/28 50/13 67/10
68/17 73/13 79/3 79/5 79/28 89/20 90/17 98/1
101/19 103/29 114/5 125/5 139/12 153/14
158/5 170/28 176/31 193/19 197/5 236/18
okay [270]
old [4]  5/30 88/21 162/12 193/24
once [14]  22/29 78/32 93/2 112/8 113/8 155/4
163/19 169/2 171/21 171/22 185/32 186/20
197/32 216/16
one [147]  6/2 6/3 6/31 7/20 8/32 10/16 12/30
14/3 15/6 15/7 16/21 20/3 20/19 20/30 21/24
26/14 33/5 33/13 34/28 37/31 38/11 39/30
40/5 43/12 43/19 43/20 45/8 45/9 45/18 46/20
49/27 50/9 50/9 51/13 51/13 51/19 58/1 58/3
58/9 64/12 66/26 67/9 67/9 69/1 74/6 74/21
78/6 78/10 79/30 80/1 80/1 80/1 80/6 80/30
81/5 82/16 86/9 91/12 91/17 93/13 96/10
100/2 108/13 108/20 109/26 111/16 111/20
112/2 112/20 112/25 116/11 116/11 116/28
117/14 118/7 119/30 120/25 120/27 121/13
122/3 122/6 122/8 124/16 125/30 126/24
130/12 131/25 132/3 132/25 133/8 134/1
137/26 137/28 138/18 139/10 139/30 143/11
144/14 146/1 146/9 146/23 149/2 149/3 151/1
151/15 153/16 156/12 157/8 161/15 164/3
164/10 164/21 165/17 169/18 169/22 172/20
175/26 179/29 180/23 180/24 182/32 183/28
184/28 187/2 193/7 197/15 197/16 199/17
200/10 201/4 201/25 201/27 203/3 203/7

one-fourth [2]  122/6 122/8
one-inch [1]  119/30
one-page [1]  237/31
ones [14]  13/26 21/15 27/6 28/30 75/17 81/3
85/24 88/26 110/26 117/26 124/9 136/15
171/25 238/31
ongoing [1]  219/24
only [28]  16/20 27/12 40/12 67/9 90/3 98/1
98/11 119/13 122/7 124/17 124/25 125/25
125/30 132/5 136/19 139/10 139/25 140/31
151/13 155/7 185/26 199/7 200/8 200/9
229/18 234/17 238/31 241/4
open [27]  1/14 7/11 7/30 13/21 113/14 115/5
131/25 131/27 131/28 131/29 131/30 132/25
133/9 133/9 133/15 141/14 141/15 167/7
183/3 183/6 183/19 184/14 187/12 189/9
190/9 213/17 213/18
opened [9]  22/9 29/28 59/26 59/26 59/30
60/30 76/27 96/10 132/30
opening [6]  173/31 185/22 185/26 185/29
186/7 194/13
openings [2]  174/23 197/16
operating [3]  174/27 190/1 190/2
operation [12]  6/24 80/24 81/4 83/1 94/26
94/27 136/20 136/21 159/23 159/30 185/5
198/31
operational [4]  161/21 168/15 189/28 193/5
operations [9]  9/20 9/21 13/24 13/25 15/8
15/9 22/5 80/2 80/10
opine [2]  110/20 127/2
opinion [17]  112/7 116/19 117/10 117/13
118/6 119/23 154/10 160/28 161/5 165/3
175/10 176/6 178/5 178/11 180/14 196/20
213/1
opinions [4]  41/20 110/31 112/23 116/23
opposed [4]  4/9 118/7 124/27 189/9
orange [7]  6/29 104/15 104/17 104/24 104/26
104/27 104/29
order [4]  40/15 40/18 84/25 189/21
organic [2]  151/13 157/2
organics [2]  151/17 157/1
orient [3]  43/15 163/27 164/5
original [9]  15/31 161/28 162/7 168/2 193/24
200/18 211/14 241/5 241/6
originally [9]  74/22 167/19 168/10 173/11
175/14 178/12 178/14 195/23 196/18
ORLEANS [24]  1/2 1/11 1/27 3/4 3/15 3/17
5/24 5/28 5/29 8/21 54/17 54/19 59/16 60/20
65/16 104/19 104/22 132/15 139/22 146/20
146/31 215/20 215/24 241/12
orphan [1]  137/18
OSHA [5]  135/13 135/25 135/28 135/30
135/31
other [75]  8/8 8/29 11/1 11/5 11/29 11/29
12/24 22/12 24/28 34/6 51/13 51/19 59/28
59/31 66/17 70/4 70/5 80/8 88/26 88/31
108/21 109/12 109/24 110/30 113/12 115/26
118/13 119/15 120/22 122/27 124/27 127/9
128/4 128/11 131/22 136/20 139/31 140/3
140/4 140/18 144/17 144/18 144/18 156/27
157/2 161/2 164/3 166/21 168/25 170/4 170/6
178/30 182/32 185/5 186/30 187/2 187/4
188/12 190/13 190/19 194/15 194/15 195/4
195/6 198/15 199/8 199/12 199/15 223/15
226/30 226/32 229/22 237/3 237/12 238/13
others [4]  136/17 144/23 226/28 226/29
otherwise [1]  241/24
ought [1]  155/23
our [15]  3/26 7/19 13/27 19/16 22/20 29/3
30/25 41/32 165/2 174/32 210/5 216/15 224/3
224/6 224/17
ours [1]  4/23
out [104]  7/22 7/23 10/4 10/6 11/13 15/22
21/27 22/7 23/2 23/4 24/1 24/27 28/7 28/14
28/30 29/7 29/9 30/25 31/6 31/12 31/13 31/18
33/20 33/23 34/30 35/8 35/12 37/22 38/23
46/10 46/27 48/24 50/10 50/10 50/17 54/9
64/27 65/6 75/4 76/17 80/7 80/28 81/10 84/12
85/21 85/21 85/28 86/6 86/7 86/9 93/15 93/23
94/5 97/12 101/24 105/9 105/14 112/3 116/17
116/20 119/10 120/32 122/2 122/19 125/16
125/16 126/30 133/12 138/2 140/27 152/1
155/5 155/11 156/28 167/8 167/21 169/9
171/15 171/22 178/19 178/22 186/29 187/9
190/21 191/23 191/27 200/3 200/8 203/30
216/16 216/23 216/28 216/29 217/13 217/14
217/24 218/26 223/23 224/3 224/17 227/8
227/11 230/12 237/29
outcome [1]  241/24
outer [1]  194/24
outside [11]  34/14 36/2 99/3 116/2 120/19
144/15 148/7 186/11 194/9 195/9 211/19

over [47]  8/18 10/5 14/15 19/10 19/20 20/23
23/24 24/28 25/19 28/4 30/1 30/5 30/11 30/6
38/15 56/22 65/14 66/30 74/32 81/6 81/7
94/30 97/28 112/17 116/26 117/11 117/16
117/20 117/23 118/1 118/1 118/6 118/10
119/24 119/31 120/1 122/7 151/26 159/5
162/13 162/14 166/6 169/24 175/19 179/2
181/30 201/29
over-pressurized [1]  179/2
overnight [1]  119/26
overpacks [3]  111/13 111/25 128/1
overrule [3]  35/10 36/28 234/3
overruled [19]  12/20 46/3 46/7 57/31 100/9
104/2 114/14 115/13 121/22 126/7 126/11
155/26 156/2 156/4 219/3 219/7 223/5 227/20
227/28
own [6]  32/20 64/22 79/6 98/13 100/1 101/14
owned [4]  54/5 143/14 143/29 230/1
owner [1]  137/17
oxidation [1]  140/12

# P

P R O C E E D I N G [1]  3/1
page [27]  2/3 61/14 68/17 68/17 68/22 68/29
69/29 70/2 70/15 72/15 72/32 109/2 110/24
112/22 128/27 128/30 132/14 132/17 132/17
132/21 134/16 134/30 149/28 181/19 196/32
237/31 241/6
pages [5]  109/3 109/7 129/9 129/26 146/15
paint [2]  118/23 164/16
PAMELA [1]  1/7
PAN [9]  1/23 3/19 37/6 54/4 54/9 143/14
143/28 211/15 230/1
PAN-AMERICAN [1]  1/23
paper [4]  13/26 150/26 151/5 156/29
paperwork [3]  24/17 25/16 50/11
paragraph [12]  127/25 129/16 130/2 130/3
130/16 132/21 134/17 134/18 134/29 139/9
139/10 154/5
parallel [1]  164/9
paraphrasing [1]  111/3
pardon [2]  60/11 125/8
PARISH [2]  1/2 241/12
park [2]  16/20 16/26
parked [3]  16/25 16/28 16/30
parking [23]  6/28 13/18 13/19 14/27 14/30
14/30 14/31 16/19 16/20 16/27 59/27 59/31
67/12 77/31 81/19 83/23 215/30 215/32 217/9
230/12 230/13 235/30 235/31
part [14]  38/28 39/18 44/25 47/15 90/17
118/28 120/28 127/24 164/13 167/30 194/24
194/25 202/9 217/3
participate [2]  39/14 39/17
particular [14]  31/10 33/28 67/22 78/5 78/24
79/2 110/18 135/27 138/27 151/31 151/32
154/19 191/10 238/25
particularly [2]  58/19 146/23
parties [2]  40/32 241/23
partition [3]  144/29 164/19 185/22
partitioned [1]  179/13
parts [7]  80/10 80/32 82/28 83/1 83/7 88/17
135/6
pass [4]  14/23 26/19 64/31 68/3
passageway [1]  193/31
passageways [1]  173/18
passed [8]  18/2 38/13 38/21 38/23 74/15
74/17 95/12 196/8
passes [1]  16/28
passing [1]  115/24
past [3]  219/19 220/15 221/8
Pat [1]  11/19
path [11]  165/5 169/28 185/25 187/15 187/17
188/7 194/23 200/9 200/25 200/26 200/28
paths [2]  169/22 175/18
pathway [2]  165/8 176/10
PATRICIA [3]  1/31 241/9 241/29
patterns [1]  213/28
PAUL [4]  2/11 107/7 107/15 110/7
pay [2]  67/11 67/12
PCI [2]  112/13 112/15
peeped [5]  7/13 8/1 17/11 17/20 19/23
PEL [4]  135/5 135/12 135/19 135/28
pen [2]  168/20 171/5
pensive [1]  50/6
penthouse [7]  166/9 166/10 166/14 166/22
167/26 179/19 197/11
people [59]  6/27 10/23 10/28 12/5 12/7 12/28
12/29 13/4 15/32 22/6 24/9 25/31 27/10 27/11
27/11 27/12 27/14 27/16 28/28 31/3 34/2
34/14 35/27 38/5 38/19 38/20 38/25 38/27
38/29 52/25 52/25 52/27 52/30 60/7 60/19
66/3 66/19 66/22 66/29 66/29 66/32 67/1 67/3
68/1 69/26 69/27 93/14 93/18 93/20 110/30
117/16 118/8 120/1 131/12 137/15 156/9

**P**

people... [3]  188/22 217/25 234/7
per [1]  135/6
percent [2]  120/19 191/24
Perfect [2]  4/26 40/28
performance [1]  188/11
performed [4]  139/18 144/8 144/10 221/23
perhaps [4]  116/2 126/26 131/3 136/22
period [26]  12/3 13/6 17/3 19/10 19/14 22/23 26/12 30/24 31/10 31/32 62/15 63/3 93/27 102/13 116/27 117/12 117/16 117/23 118/3 118/7 118/11 119/24 120/1 122/28 154/12 231/26
Periodic [1]  27/29
periodically [10]  11/5 25/31 26/15 27/6 32/11 66/10 75/4 78/27 78/30 90/21
periods [1]  118/1
peripheral [1]  98/27
permanent [1]  31/18
permanently [2]  31/16 31/17
permissible [1]  135/12
permission [4]  13/29 17/23 20/32 48/17
person [10]  6/30 25/8 26/14 26/29 38/14 51/18 70/5 71/18 208/7 237/6
personal [4]  30/25 62/31 212/27 229/23
personally [1]  190/17
persons [2]  1/8 35/6
pertains [1]  214/16
pesticide [1]  138/9
PETER [3]  2/4 5/9 5/23
petition [2]  235/17 235/26
pH [18]  111/19 111/32 112/10 113/29 115/22 130/19 130/25 134/26 143/3 145/1 145/18 145/19 145/29 150/26 150/26 151/5 155/18 156/29
Ph.D [3]  107/26 107/27 108/12
phased [1]  138/2
phones [1]  22/19
phosphate [2]  112/21 113/3
photo [12]  17/28 18/11 19/26 21/6 203/7 203/18 203/20 204/8 204/14 204/29 206/4 206/21
photograph [23]  57/13 79/14 79/22 79/26 81/26 82/12 82/26 83/27 84/16 84/25 84/28 85/17 88/2 88/23 88/25 90/32 91/4 91/8 125/6 125/7 125/19 171/29 174/1
photographic [1]  172/17
photographs [16]  79/13 88/28 89/29 90/24 91/24 92/7 110/29 110/30 117/31 118/14 118/18 123/25 123/27 124/4 124/6 160/32
photoionization [2]  151/12 156/32
photos [4]  35/14 202/13 204/28 204/32
pHs [2]  113/15 155/17
physical [1]  107/24
physician [1]  233/1
physics [2]  107/23 107/26
pick [7]  7/22 116/18 151/14 156/30 157/1 157/2 157/4
picked [5]  8/2 39/31 208/30 216/26 224/6
picks [1]  151/8
picture [35]  13/32 17/23 21/24 34/31 83/6 83/26 84/3 98/7 98/20 118/31 164/6 164/24 164/25 172/6 181/30 182/23 192/27 196/29 201/5 202/8 202/20 202/27 202/29 204/18 205/8 206/12 206/15 207/8 207/17 207/23 208/8 208/9 209/24 209/24 211/9
pictures [28]  21/5 34/11 35/12 35/14 35/17 35/26 36/30 39/22 40/15 40/30 43/1 43/16 44/17 55/24 55/25 56/1 89/14 89/16 108/2 112/11 120/2 120/26 180/31 181/3 181/6 182/15 191/6 207/14
picturing [1]  188/22
PID [4]  150/26 150/28 151/12 156/32
piece [7]  33/3 33/14 45/28 81/4 113/26 189/1 208/31
pin [5]  117/19 117/24 119/28 119/31 119/31
pink [3]  171/5 171/8 174/32
pipes [1]  81/6
place [10]  9/9 15/30 33/3 33/6 33/7 39/15 51/31 119/20 122/27 189/2
placed [2]  83/29 137/20
plaintiff [1]  238/25
Plaintiff's [1]  41/29
plaintiffs [10]  1/19 3/7 3/9 3/12 110/11 110/15 153/9 160/12 160/15 238/21
plaintiffs' [1]  238/24
plan [7]  91/14 164/29 170/2 174/32 200/18 202/8 237/18
planning [6]  108/21 109/18 110/1 110/9 114/15 114/32
plans [8]  160/27 160/28 161/26 161/28 162/1 187/2 212/28 213/7
plastic [7]  85/29 85/30 86/7 132/25 133/1 203/32 204/6

play [4]  34/29 105/17 153/1 214/29
played [1]  4/5
please [17]  3/5 5/16 16/17 42/18 64/4 72/30 82/27 89/27 107/14 107/21 131/31 137/4 152/9 157/19 158/2 158/12 215/18
plenty [1]  119/19
plenum [2]  194/14 197/25
plumbing [2]  159/9 159/10
pneumatic [2]  180/10 193/25
pneumatically [1]  179/22
point [27]  4/5 4/11 31/13 60/24 63/12 64/18 93/13 102/15 102/31 118/19 131/14 155/23 172/15 174/11 191/21 191/28 192/25 193/20 194/32 195/19 208/19 214/11 214/28 221/19 227/26 232/1 239/1
pointer [5]  163/7 163/18 201/12 201/20 205/31
pointing [1]  164/14
points [1]  85/3
poison [2]  152/13 152/15
police [3]  8/22 41/22 76/5
polite [1]  61/12
poor [1]  193/23
poorly [2]  188/31 188/32
Port [2]  104/19 104/20
portion [1]  120/24
position [11]  23/23 37/6 37/29 108/14 165/3 179/25 179/28 183/3 183/6 183/9 226/26
positive [6]  113/10 166/32 167/6 198/1 200/4 200/6
positively [3]  167/3 167/4 167/10
positively-pressurized [1]  167/10
possible [3]  137/26 140/6 170/15
possibly [4]  39/6 139/16 142/15 199/3
post [2]  193/14 209/3
post-Katrina [1]  193/14
post-trial [1]  209/3
potassium [8]  111/17 111/18 112/2 112/30 130/8 134/21 139/16 140/21
potential [4]  147/1 231/19 233/16 234/18
potholes [1]  80/29
pounds [1]  201/6
powder [1]  113/3
powdery [1]  236/23
Power [2]  4/4 4/11
Poydras [3]  227/8 231/30 231/32
practical [1]  167/1
practice [1]  173/1
practitioner [1]  237/1
precondition [1]  186/24
predict [1]  136/4
prefers [1]  133/24
pregnant [1]  219/22
prejudicial [4]  34/1 35/30 36/16 41/24
prepared [2]  241/16 241/20
prescribed [6]  92/11 100/16 196/24 219/32 220/21 221/28
presence [2]  113/16 115/22
present [4]  117/11 119/24 225/18 225/19
presentation [1]  4/11
presented [1]  41/25
presiding [1]  1/15
press [1]  163/6
pressure [27]  166/32 167/7 172/24 173/28 173/29 175/9 189/23 189/24 190/10 191/16 196/13 196/16 196/23 197/22 197/26 197/29 197/30 197/31 198/1 198/5 198/9 198/9 198/13 198/17 200/5 213/14 213/19
pressures [1]  113/11
pressurize [1]  167/4
pressurized [3]  167/3 167/10 179/2
presume [2]  119/9 147/21
pretty [8]  41/18 90/9 118/28 140/25 145/27 153/12 154/15 177/1
prevents [1]  167/11
previous [1]  234/6
previously [4]  17/29 39/27 48/10 96/7
primarily [2]  112/10 117/3
Primrose [1]  215/20
prior [21]  164/17 164/18 167/32 168/5 168/6 168/7 168/7 168/10 168/15 168/17 168/23 170/25 175/12 175/13 177/27 178/16 178/25 196/32 211/16 211/19 211/23
printing [1]  186/3
prints [1]  184/9
prior [24]  30/18 56/16 56/28 59/19 60/3 64/21 87/30 89/17 89/22 89/32 103/10 105/4 123/12 125/2 125/4 125/4 137/21 137/22 162/8 183/10 190/29 207/27 221/13 238/10
privately [1]  108/19
probable [3]  117/2 117/9 188/7
probably [11]  46/18 114/16 118/30 120/20 130/30 131/22 145/30 151/16 202/21 214/10

36/25 42/16 35/2 35/4 46/23 76/4 78/1 78/8 96/4 122/14 130/13 147/28 194/1 212/20
problems [15]  24/19 26/20 26/22 33/21 37/19 65/20 102/22 102/26 103/7 219/15 219/23 221/14 232/28 233/15 233/18
proceed [2]  5/14 37/3
proceeded [1]  192/6
proceeding [1]  241/15
PROCEEDINGS [1]  1/13
produced [1]  132/15
professional [1]  111/30
professor [3]  108/23 108/29 108/32
proffer [9]  41/16 41/26 41/28 41/29 41/31 42/3 42/7 42/10 42/13
program [4]  108/14 108/15 108/17 108/18
progressively [2]  96/16 222/31
prohibited [1]  109/20
promised [2]  53/5 228/21
promoted [6]  22/23 22/27 22/29 23/9 23/11 23/18
promulgated [1]  135/20
pronoun [1]  11/27
pronounce [2]  128/23 130/6
proof [3]  113/16 115/23 121/19
proper [1]  102/21
prove [1]  155/4
proved [1]  113/8
provide [4]  4/8 4/18 4/23 127/27
provided [1]  237/31
provides [1]  41/19
publications [1]  109/7
pull [3]  80/27 188/29 191/20
pulled [9]  117/4 172/29 175/7 176/7 178/6 178/19 186/1 195/12 195/15
pulling [4]  116/17 184/21 194/19 200/23
pump [1]  178/22
pumps [1]  185/4
punch [1]  226/16
punished [1]  38/1
punishment [1]  52/29
Pure [1]  12/13
purely [1]  122/17
purport [2]  34/3 50/10
purported [1]  70/4
purportedly [1]  209/27
purports [1]  34/23
purpose [2]  137/8 137/10
purposes [6]  4/19 41/31 61/28 140/3 167/1 211/20
purview [2]  114/26 114/31
push [2]  198/10 201/12
pushed [5]  171/17 189/14 189/17 201/1 201/2
put [36]  6/28 14/12 15/12 15/12 22/13 22/15 22/19 30/6 31/5 31/11 59/6 60/28 62/17 73/25 80/7 83/14 97/30 108/16 111/12 111/25 113/28 122/22 122/25 125/25 127/32 133/13 136/9 147/14 163/17 163/19 164/1 170/26 199/24 201/24 209/3 218/25
**putative [1]  52/20**

**Q**

qualifications [3]  109/21 158/18 159/20
qualified [6]  23/23 109/10 109/24 114/8 114/14 121/10
qualify [1]  196/27
Quality [1]  108/27
quantify [1]  196/26
quantities [2]  136/19 138/22
question [91]  11/13 12/17 12/24 12/25 18/18 18/28 32/22 34/10 44/20 48/5 49/18 49/29 51/4 51/15 58/5 60/6 61/28 61/31 69/14 69/15 69/25 70/2 70/26 70/30 71/8 71/9 71/19 71/20 72/4 73/29 86/23 86/31 86/32 87/15 89/25 89/27 92/16 96/23 99/30 100/6 102/7 102/24 110/3 111/5 114/8 115/16 115/19 121/7 121/8 121/16 124/25 143/28 145/7 145/14 152/8 155/21 156/12 160/21 160/23 161/10 177/25 177/29 181/10 181/10 181/13 191/29 191/32 192/1 192/7 192/11 200/10 202/32 204/22 204/23 205/23 206/28 207/14 209/31 211/32 212/6 214/24 219/5 222/18 222/21 225/11 227/32 230/29 230/32 234/29 235/1 237/10
questioned [2]  153/27 154/16
questioning [3]  155/23 155/28 155/29
questionnaire [2]  64/10 220/14
questionnaires [1]  219/18
questions [30]  32/22 37/3 37/13 44/16 51/29 53/11 61/10 62/22 71/9 78/13 95/23 105/28 105/30 106/3 112/17 143/23 152/28 153/2 153/24 177/5 177/6 182/22 208/8 210/19 210/26 212/7 219/18 228/7 234/23 237/32
quick [7]  30/3 107/4 200/10 211/1 240/11 240/15 240/15

# Q

quicker [1]  73/10
quickly [1]  212/16
quite [13]  10/10 12/9 38/4 39/9 52/26 78/28
 78/31 79/4 79/5 93/24 93/32 94/6 190/4
quite a [1]  12/9
quote [2]  58/7 139/32

# R

radios [2]  22/20 22/20
rain [1]  217/14
raining [1]  217/12
rainy [5]  25/11 217/16 217/17 239/29 240/2
ran [2]  95/14 178/29
randomly [4]  24/19 27/30 67/32 68/4
range [4]  130/28 130/32 134/32 143/4
rare [1]  74/19
Rasmuson [3]  121/1 122/3 124/30
Rasmuson's [2]  124/15 124/23
rat [1]  29/11
rather [4]  60/27 111/19 131/19 154/10
RAYMOND [2]  1/28 3/14
re [2]  105/32 105/32
re-re-redirect [1]  105/32
reacted [1]  113/13
reacting [2]  141/31 142/13
reaction [2]  150/26 156/28
reactions [1]  221/26
read [16]  42/29 48/22 48/26 48/29 51/8 116/5
 127/24 151/1 152/8 152/10 172/9 190/14
 235/17 235/20 235/21 235/26
reading [8]  72/2 76/9 76/10 76/14 76/21
 150/28 213/32 214/12
ready [6]  60/22 215/15 229/1 229/3 229/3
 229/4
real [6]  17/12 32/10 32/30 34/5 118/26 136/4
reality [1]  35/9
really [39]  10/5 10/23 18/27 20/13 20/13
 22/19 26/24 28/28 28/30 29/12 33/30 39/6
 57/22 59/18 67/9 67/25 68/2 68/11 71/7 71/17
 72/10 74/14 78/21 81/1 83/16 91/1 91/3 95/4
 125/27 127/17 137/19 138/17 140/29 152/16
 170/19 201/30 206/20 211/1 212/10
really bad [1]  28/28
reason [10]  9/12 74/16 78/6 99/10 117/23
 117/25 119/12 147/24 198/16 234/30
reasonable [2]  120/18 195/3
reasons [3]  33/26 119/27 134/13
rebuttal [1]  121/18
recall [28]  29/17 61/2 61/6 63/15 68/10 77/17
 77/24 78/17 79/15 83/31 84/1 86/8 92/30
 100/14 109/26 125/7 143/8 176/27 177/1
 177/13 180/30 181/11 181/31 203/30 206/23
 222/28 237/3 238/7
recap [2]  179/3 184/12
received [1]  152/1
recent [1]  125/26
recess [1]  123/6
recog [1]  71/30
recognize [3]  17/30 43/4 79/25
recollection [1]  49/8
recommendation [2]  146/24 147/24
recommendations [4]  146/23 146/32 147/9
 147/31
recommended [3]  111/29 146/24 154/20
reconditioned [2]  165/6 169/14
record [26]  3/5 36/21 40/20 41/9 42/9 51/32
 52/1 54/24 54/31 56/11 70/27 152/32 158/10
 163/22 164/14 170/20 170/22 171/4 198/23
 198/25 202/8 208/27 210/22 215/19 226/12
 240/18
recorded [1]  130/23
records [8]  37/23 48/12 63/17 99/20 229/13
 231/23 234/14 236/26
red [2]  27/18 81/10
redact [1]  49/19
redirect [15]  2/9 2/15 2/21 91/15 95/21 99/6
 105/32 153/5 153/25 212/14 212/16 212/21
 233/30 240/9 240/11
refer [2]  72/15 145/8
references [1]  110/27
referencing [1]  171/26
referred [1]  164/23
referring [8]  55/30 111/2 168/19 168/29
 170/3 171/2 175/1 202/18
reflect [4]  42/10 164/14 170/22 171/4
refresh [6]  33/5 49/7 51/25 69/6 69/9 235/22
refreshed [1]  48/31
regard [4]  50/32 51/32 70/9 121/15
regarding [9]  87/15 120/30 145/7 155/30
 198/5 219/18 219/19 223/17 223/29
regardless [1]  155/15
regular [5]  19/5 66/31 69/8 85/23 85/23
relate [1]  231/23

233/19 235/3 235/9 241/23
relates [3]  24/32 56/20 177/25
relation [1]  202/29
relationship [3]  93/28 131/6 203/14
release [4]  63/23 122/26 146/27 154/11
relevance [4]  233/8 238/16 238/18 238/20
relevancy [1]  209/11
relevant [8]  33/32 57/29 118/14 149/20
 156/23 156/25 205/27 233/15
relied [2]  110/24 110/26
relying [2]  52/27
remainder [1]  160/20
remaining [1]  186/32
remediate [1]  146/28
remember [48]  6/32 10/6 23/13 32/31 35/7
 40/13 43/19 45/3 45/4 45/5 45/15 47/25 48/8
 61/9 68/6 68/7 72/11 74/10 77/19 77/22 77/22
 77/27 87/30 90/22 95/11 97/27 99/19 99/22
 123/12 154/19 154/23 178/16 199/23 203/32
 204/1 204/3 210/5 214/8 214/20 222/4 222/25
 223/10 223/20 223/32 235/21 236/8 236/24
 238/2
removal [1]  34/32
removed [5]  35/22 84/23 120/29 152/23
 172/19
removing [1]  33/23
renovate [1]  7/23
rep [3]  38/8 52/21 215/10
repeat [2]  142/24 150/4
rephrase [16]  18/27 18/30 32/27 58/5 89/27
 96/23 96/25 97/1 104/9 105/3 191/30 211/32
 218/5 225/11 230/30 230/32
report [80]  65/21 108/1 108/7 110/25 110/28
 110/30 111/2 111/7 112/5 112/22 116/5
 117/7 119/22 120/25 121/14 124/15 124/19
 124/23 125/13 125/17 127/6 127/14 127/20
 127/22 127/23 127/31 128/4 128/20 128/31
 129/1 129/17 131/32 132/5 132/17 132/29
 132/31 134/16 134/16 134/28 139/8 139/22
 145/2 145/8 145/9 145/11 146/1 146/10
 146/19 147/3 147/7 148/10 149/25 153/28
 154/16 154/18 154/18 158/16 158/17 160/4
 161/14 176/15 176/19 176/28 177/8 177/13
 177/16 177/30 177/32 179/18 179/21 190/4
 190/21 199/21 199/24 199/27 200/11 216/14
 217/2 224/5 239/11
reported [7]  1/31 65/28 150/16 150/22
 223/10 239/10 241/15
reporter [9]  1/32 11/19 34/22 85/32 150/18
 152/10 241/10 241/11 241/30
reporting [2]  217/4 241/16
reports [5]  110/17 127/9 161/2 190/13
 190/19
represent [1]  60/8
representative [10]  37/30 39/2 53/6 226/27
 228/3 228/5 228/23 233/13 235/15 238/8
representatives [1]  68/10
represented [1]  226/31
request [1]  168/29
requested [2]  110/15 152/11
required [2]  241/5 241/21
residential [1]  199/32
residual [2]  135/31 155/7
respect [4]  64/13 64/16 231/9 231/18
respectfully [1]  102/11
respiratory [2]  37/19 219/15
respond [1]  160/23
responded [4]  111/6 111/12 124/3 127/31
response [6]  34/28 52/13 99/7 100/8 100/20
 223/28
responsibilities [1]  215/31
responsibility [2]  37/29 137/12
responsible [1]  216/1
rest [12]  16/1 30/8 33/17 78/23 78/29 90/11
 114/11 161/7 162/19 165/30 168/24 173/5
restate [1]  115/19
result [9]  92/20 92/24 95/26 97/19 100/32
 102/16 105/11 146/27 175/20
results [4]  122/17 151/29 151/30 151/31
resume [1]  37/12
retire [1]  60/23
retired [2]  60/21 108/23
retrieve [1]  224/20
retrofitting [1]  159/11
retrospect [1]  26/10
return [12]  169/3 169/4 169/15 169/31 170/7
 175/6 178/20 178/22 185/10 195/8 196/27
 197/10
returned [3]  166/17 168/9 169/14
reveal [1]  221/25
review [9]  36/15 36/29 37/12 110/17 110/30
 160/24 160/32 161/2 212/28
reviewed [8]  41/11 56/6 110/23 124/9 160/27
 161/26 162/1 177/1

Richard [3]  29/32 30/1 77/30
right [199]  6/7 6/10 6/11 6/32 7/11 7/30 8/2
 11/16 13/11 13/21 13/25 14/1 14/28 14/30
 15/4 15/5 15/11 15/14 15/20 21/16 26/6 31/31
 36/11 39/1 39/29 45/26 46/17 46/21 46/29
 47/6 47/11 47/14 49/20 50/9 51/21 52/11
 53/20 54/14 60/10 65/29 66/11 70/12 71/26
 74/12 76/13 76/16 79/31 80/3 80/11 80/12
 80/15 80/26 81/4 81/9 81/10 82/16 83/4
 83/25 84/2 85/13 88/15 88/27 88/28 89/7
 90/13 91/8 91/19 93/5 94/31 95/26 95/32 96/2
 97/10 98/21 100/16 103/10 105/7 105/26
 117/25 120/27 122/18 122/20 123/5 123/19
 124/2 124/20 125/16 125/22 126/18 128/8
 131/7 131/8 133/20 133/30 135/1 135/9
 137/13 137/14 138/13 140/19 141/32 141/32
 142/4 142/4 144/16 146/11 146/30 147/12
 147/23 149/21 151/24 152/29 153/24 155/3
 155/13 157/5 157/27 158/22 162/16 162/16
 164/20 167/20 168/3 172/12 173/12 173/32
 175/11 175/28 176/11 179/30 179/32 180/19
 180/21 181/27 182/4 182/9 182/22 182/26
 183/18 183/19 184/6 184/11 184/12 184/21
 184/23 184/25 187/7 187/18 187/27 187/30
 187/30 188/1 188/8 188/18 188/27 189/12
 193/4 193/8 194/31 195/11 196/1 196/12
 198/30 199/13 202/7 202/21 202/27 203/20
 204/10 204/14 204/16 204/25 204/31 205/9
 205/12 206/10 206/16 206/32 207/25 207/25
 208/17 210/7 210/14 212/28 213/6 214/24
 214/26 214/31 224/25 225/19 226/19 230/8
 232/7 232/16 232/24 235/27 236/29 237/1
 237/8
right-hand [1]  79/31
rise [1]  186/13
riser [3]  166/19 170/10 185/9
risers [2]  167/26 167/27
risk [2]  135/24 135/32
road [1]  107/19
Rocheblave [1]  16/22
roll [3]  216/15 216/18 217/23
roof [7]  166/11 178/18 179/18 179/32 183/18
 184/13 187/19
room [247]
rooms [15]  30/14 30/14 30/14 113/15 113/17
 113/32 116/30 116/31 116/32 144/30 162/10
 167/28 172/30 193/22 199/2
ropes [1]  207/9
rotor [1]  78/8
rotten [12]  10/19 10/21 11/24 13/5 26/3 61/1
 61/30 102/14 141/21 141/29 142/3 142/5
Rouge [2]  107/16 108/20
roughly [3]  8/15 10/5 31/27
round [6]  12/27 25/5 44/12 204/5 204/5
 209/11
route [4]  168/21 173/14 184/21 216/27
routed [1]  165/8
routes [1]  162/17
roving [1]  160/30
row [1]  201/17
ROY [9]  1/20 3/9 56/3 79/17 82/15 84/5 88/6
 97/28 125/11
rubber [3]  60/32 61/22 61/23
rule [1]  101/11
rules [1]  241/21
ruling [2]  37/1
run [2]  24/19 136/10
running [5]  19/20 46/12 46/13 95/25 178/30
runny [4]  11/32 13/5 219/12 222/20
rusty [1]  97/29

# S

said [93]  4/17 7/14 9/28 10/32 11/29 16/7
 17/19 18/26 19/17 27/1 27/13 27/23 27/24
 27/24 27/26 27/28 31/4 35/24 39/18 41/22
 42/32 48/7 49/12 51/21 56/4 56/30 58/22 59/9
 59/9 59/25 60/6 61/1 61/15 61/30 63/11 64/16
 66/8 66/30 70/7 70/14 70/19 72/14 74/7 76/14
 76/30 78/30 86/25 87/13 87/26 89/20 89/24
 91/30 92/27 93/12 99/31 100/28 108/5 124/18
 127/20 127/22 128/6 130/24 130/25 130/27
 137/29 138/5 141/11 143/3 155/10 156/15
 161/26 172/5 179/21 183/26 190/9 192/28
 193/4 193/18 203/18 207/3 212/31 221/3
 221/5 222/19 231/28 235/2 235/6 235/8
 236/10 236/26 238/27 238/32 239/29
same [57]  4/17 8/31 12/2 17/1 20/2 23/1
 23/12 23/24 25/26 25/28 26/2 26/4 27/7 27/16
 28/8 31/2 31/26 40/15 43/14 45/27 47/5 49/27
 51/16 62/11 62/29 63/3 67/27 67/32 69/14
 72/14 72/17 74/4 74/32 75/10 77/16 88/14
 90/4 91/4 91/8 111/12 119/4 126/18 126/19
 127/32 131/10 131/12 135/3 154/16 154/18
 166/17 166/18 191/7 194/21 207/10 217/8

same... [2]  236/22 236/22
Samoa [1]  108/16
samples [13]  113/18 113/20 113/21 113/22
113/30 116/31 144/8 144/10 144/17 144/19
144/28 144/32 155/18
sampling [2]  147/14 147/26
Samuel [1]  160/29
sanitation [2]  67/8 67/10
sat [2]  192/20 192/22
satisfy [1]  169/13
saturated [1]  191/24
saw [41]  17/10 18/6 18/9 32/16 33/30 58/26
58/29 59/15 59/20 59/26 59/27 76/27 76/30
90/1 91/31 95/3 183/3 183/6 186/6 186/7
191/9 192/13 193/6 193/23 193/25 194/6
194/8 194/18 194/23 220/13 231/4 231/10
231/12 231/15 231/17 231/21 232/12 236/26
236/27 236/30 239/14
say [66]  7/27 8/15 10/27 10/28 11/10 12/7
12/29 12/31 13/7 19/21 20/25 22/16 24/15
27/7 27/27 29/6 31/27 38/16 38/27 39/9 44/10
60/27 70/7 75/15 77/26 77/27 85/12 89/13
90/1 94/6 94/8 97/18 98/1 98/2 100/18 102/25
103/31 119/21 120/9 127/31 131/11 131/12
133/15 134/28 135/19 138/15 147/25 152/16
152/25 156/16 162/2 169/19 183/24 184/9
192/16 193/2 193/17 194/32 198/8 208/30
210/21 217/12 217/15 217/27 218/23 220/4
saying [16]  10/21 33/14 50/15 70/16 87/13
91/15 122/8 139/12 139/13 139/24 147/27
151/21 151/25 170/17 188/27 200/28
says [16]  12/14 73/4 73/9 132/25 132/32
133/2 134/18 142/32 149/24 149/25 150/27
150/28 151/1 156/17 156/25 186/20
scale [3]  145/30 200/13 200/19
scenario [1]  120/15
scene [1]  43/3
schedule [4]  186/32 187/9 189/22 216/13
school [1]  107/25
science [7]  109/16 110/1 110/8 114/15 114/32
122/16 156/9
scientists' [1]  127/9
scope [4]  90/3 102/13 148/7 155/21
screen [1]  185/11
scroll [8]  172/19 172/23 174/13 191/25
194/13 194/14 194/24 194/25
seal [3]  189/2 189/7 241/6
sealed [1]  166/31
seat [1]  176/2
seated [1]  123/9
second [24]  8/17 32/22 67/19 67/20 67/21
67/23 69/1 82/20 86/12 100/25 121/12 123/28
124/1 132/14 132/17 132/21 134/18 144/20
161/16 166/7 168/32 179/4 226/16 240/11
secondary [1]  234/1
Secondly [2]  33/31 117/17
secretary [1]  108/25
section [4]  6/23 22/5 30/28 132/22
sections [2]  38/19 66/22
see [120]  7/4 11/5 14/13 14/16 15/7 18/11
18/13 18/14 18/19 20/17 21/10 21/26 21/31
22/3 23/11 28/10 29/11 30/19 31/21 32/6
32/29 33/8 33/21 35/13 36/5 37/20 37/22
37/31 43/22 48/16 50/13 50/15 52/23 52/28
58/32 59/3 60/3 61/4 69/30 72/29 73/11 76/3
76/11 76/12 79/12 80/8 81/1 81/25 81/26
88/24 93/16 102/25 104/29 105/10 105/10
107/19 112/12 120/15 125/28 127/22 129/18
129/24 129/24 129/32 130/2 132/18 132/27
132/28 133/5 136/19 137/9 138/26 139/12
139/20 147/3 149/23 151/9 155/2 162/17
163/8 163/9 163/20 168/30 172/20 172/31
174/13 185/14 187/2 189/6 191/22 193/11
194/12 194/13 194/17 194/21 194/23 194/24
195/19 197/13 201/13 201/14 201/30 204/8
205/14 205/27 205/30 206/29 213/32 217/14
221/20 221/23 222/26 224/8 230/18 232/11
232/24 234/12 234/16 235/29 236/5
seeing [9]  35/1 45/4 45/5 60/30 66/17 83/31
98/26 117/31 237/3
seem [2]  93/3 147/22
seen [17]  12/8 18/15 34/2 78/2 88/26 112/11
120/26 146/30 172/32 185/1 192/17 193/30
208/29 229/13 237/5 237/12 237/14
selfies [1]  207/27
send [1]  4/26
sense [3]  116/16 134/7 188/10
sent [8]  4/32 27/18 112/13 154/17 154/23
154/27 154/29 172/29
sentence [2]  116/25 134/18
separate [3]  62/21 71/9 160/26
separated [1]  20/4
separates [2]  185/25 186/9

September [1]  1/15
serious [1]  27/30
serve [2]  169/11 185/9
served [11]  164/26 164/31 164/32 166/17
168/10 171/18 183/1 183/4 199/9 199/11
199/12
serves [1]  164/30
service [1]  199/8
serviced [3]  113/32 115/11 115/25
Services [8]  79/23 83/27 84/17 88/3 110/28
111/11 147/17 182/17
set [18]  7/6 19/5 75/28 78/9 85/14 112/22
123/28 123/32 124/1 124/2 125/19 125/23
125/26 125/26 158/18 201/16 201/19 204/29
sets [4]  13/20 86/9 135/25 135/25
setting [2]  95/1 135/22
settle [2]  133/21 133/23
seven [1]  94/8
several [18]  9/18 33/26 65/32 75/16 91/30
109/2 117/14 132/32 166/17 167/27 174/31
175/3 175/18 213/28 231/13 232/12 232/25
237/14
severe [1]  32/7
severely [3]  32/8 172/32 174/14
shaft [16]  173/20 173/21 173/26 178/20
178/22 185/20 185/28 186/10 186/11 186/16
186/16 186/18 186/30 196/28 213/18 213/31
shafts [7]  176/13 177/12 177/28 199/14 214/1
214/13 214/29
share [2]  112/24 118/17
she [38]  23/27 69/2 69/4 72/1 72/13 73/31
89/3 174/12 190/9 220/10 220/10 221/32
222/11 222/19 222/19 222/20 222/21 226/11
226/11 226/12 226/13 226/14 227/20 232/11
233/12 233/13 233/16 233/18 233/18 233/19
233/26 233/27 233/30 233/31 237/1 237/2
238/27 238/27
She's [1]  11/19
sheet [2]  134/31 138/13
sheets [2]  137/28 137/29
shelf [1]  98/31
shell [2]  107/25 213/16
shift [1]  217/26
shine [1]  75/6
ship [1]  185/24
shop [6]  164/16 164/18 178/16 178/25 211/19
211/24
short [5]  30/24 106/20 118/3 126/27 175/10
short-term [1]  126/27
shortly [2]  195/21 225/5
shot [1]  209/19
should [4]  143/22 146/15 147/26 156/16
shoulder [1]  78/7
shouldn't [2]  70/9 153/17
shoved [1]  20/19
show [52]  17/23 17/28 21/4 21/5 33/6 33/16
34/11 35/11 35/32 36/1 39/21 39/26 42/21
42/32 43/4 43/13 43/16 43/17 44/24 45/23
46/26 48/10 50/10 50/11 50/21 51/16 52/2
52/4 69/30 79/12 79/13 79/28 80/21 80/24
82/12 84/3 89/31 99/10 118/16 132/11 162/23
164/2 164/20 165/10 168/25 171/28 171/28
171/29 172/3 173/10 174/2 178/14
showed [9]  21/25 54/12 96/7 97/18 116/22
164/29 168/1 174/1 191/6
showing [11]  34/17 34/32 35/18 36/2 36/4
47/17 48/21 54/25 88/6 88/29 236/25
shown [17]  57/13 64/8 68/15 118/22 118/25
118/27 119/7 119/16 123/24 125/6 126/17
172/14 182/6 186/32 187/9 192/26 213/7
shows [13]  34/14 34/20 34/29 36/11 51/19
52/3 74/21 83/7 84/19 84/29 125/19 164/29
169/1
shut [7]  10/2 22/2 28/6 30/26 31/7 93/14
93/22
sick [3]  38/3 38/12 38/13
side [22]  14/12 16/23 19/29 22/10 22/12
28/32 30/26 44/7 81/29 81/30 81/31 90/12
166/21 173/30 173/30 185/14 186/30 194/15
194/16 197/16 205/12 217/10
sides [1]  174/18
sign [2]  65/9 119/8
signature [2]  64/14 241/5
significant [1]  194/17
signs [6]  81/8 88/19 118/21 119/10 153/30
154/7
similar [7]  108/17 136/9 141/24 166/21
166/23 186/8 186/30
similarly [4]  1/8 166/20 166/23 191/27
simple [1]  121/26
simply [4]  35/11 100/6 177/31 209/8
since [9]  40/30 96/16 107/27 136/2 171/1
178/25 192/5 219/29 220/1
sing [1]  40/12

sinuses [1]  231/9
sinusitis [5]  220/5 220/11 220/15 220/16
221/5
sir [9]  51/29 53/12 53/14 123/24 143/13
149/9 152/29 182/15 237/22
sit [3]  151/8 156/30 209/17
site [6]  112/27 161/15 161/16 162/2 191/1
224/6
sitting [3]  112/6 192/18 226/23
situated [2]  1/8 174/17
situation [1]  33/18
six [10]  31/28 113/28 113/28 134/16 134/30
145/30 146/24 232/26 239/15 239/15
six inches [1]  113/28
Sixty [1]  5/31
Sixty-five [1]  5/31
size [5]  113/27 124/20 124/26 125/1 139/28
sizes [1]  139/16
sketch [3]  13/31 168/26 168/31
skin [2]  141/2 141/3
slash [4]  5/25 6/23 6/23 134/19
sliding [1]  44/6
slow [4]  11/16 11/21 11/21 221/11
slowly [1]  133/20
small [8]  29/31 76/31 77/2 117/19 119/29
122/4 138/20 138/22
smaller [3]  128/18 136/16 143/12
smell [45]  10/18 11/24 11/24 25/28 26/2 26/4
27/27 28/31 29/7 29/14 29/14 29/26 59/4
61/20 61/29 61/32 62/27 66/11 66/21 67/24
77/14 94/29 97/8 141/15 141/17 141/21
141/24 141/27 141/30 142/3 218/9 218/10
218/12 218/13 218/14 218/15 218/15 218/19
218/21 223/8 223/18 223/21 223/22 223/22
223/29
smelled [10]  10/19 25/25 26/3 26/4 28/8 61/1
62/10 62/12 62/27 62/30
smelling [6]  10/31 11/3 97/10 102/14 141/11
218/27
smells [2]  141/12 168/8
smoke [9]  29/26 29/29 29/29 59/26 60/31 76/28
77/4 90/1 111/7 111/7
sneak [1]  46/18
snippets [1]  35/8
so [219]  7/24 10/5 10/26 10/27 10/30 10/31
12/31 12/32 13/31 14/12 16/7 19/23 20/22
20/27 22/9 22/13 22/15 23/21 23/24 23/30
24/3 24/22 24/23 24/27 25/4 26/17 27/17
28/11 29/6 29/28 29/30 29/31 31/10 32/4
33/21 34/17 35/9 35/13 38/22 38/27 40/9
41/12 41/26 49/19 49/25 51/21 51/25 56/8
56/17 56/19 65/19 69/9 69/13 69/18 69/22
71/15 71/18 73/11 75/8 75/24 76/7 77/11
79/32 83/10 84/27 85/10 85/12 86/19 87/8
94/5 107/27 108/29 109/5 109/9 116/15
118/21 118/29 119/19 120/21 121/31 122/8
122/12 123/4 123/12 124/6 124/21 126/28
127/10 127/18 128/6 129/1 130/28 131/1
131/3 131/9 131/17 131/22 132/29 133/7
133/23 134/22 135/22 135/30 138/2 138/4
138/6 138/9 138/12 139/22 140/21 140/23
140/28 141/12 141/14 141/29 142/11 143/5
145/27 145/30 147/6 148/29 151/5 151/8
151/10 151/19 152/32 155/10 156/6 156/32
159/20 161/21 162/29 163/19 166/4 166/13
166/18 167/5 167/17 168/16 168/19 169/15
174/23 175/10 176/6 176/28 177/28 178/29
179/3 180/8 180/21 180/29 181/22 181/29
182/4 182/22 182/26 183/3 183/3 183/18
183/26 183/29 183/32 184/6 184/12 184/19
185/14 185/28 186/17 186/26 187/7 187/18
187/30 188/5 188/18 188/27 189/18 190/1
190/12 190/18 191/15 191/23 191/24 194/2
194/31 195/6 195/30 197/28 198/12 199/11
200/18 200/31 201/13 201/20 201/27 202/4
202/8 203/7 208/3 208/17 211/18 214/21
215/31 216/14 216/23 216/26 216/31 217/15
219/19 222/17 222/22 224/18 225/25 225/31
226/13 227/10 227/32 229/18 230/17 232/19
Social [1]  49/19
sodium [6]  128/23 130/5 134/3 134/17
137/29 137/30
sole [1]  192/12
solely [1]  227/26
solid [1]  112/21
Solomon [1]  223/12
solutions [1]  112/32
some [98]  7/12 7/12 13/13 16/28 17/13 24/26
25/2 25/32 26/18 27/5 27/16 34/23 38/1 43/1
44/31 45/2 46/11 46/18 47/20 48/1 48/2 52/29
52/29 56/23 58/26 59/10 59/11 59/27 60/7
60/21 60/21 60/24 63/12 63/32 64/18 66/29
79/12 81/2 81/6 81/8 81/12 81/20 81/24 81/32
82/1 82/29 82/30 83/4 83/12 84/22 84/29

some... [47] 85/22 94/10 106/2 ...3/2 112/1
113/5 113/21 118/20 118/30 119/15 121/26
123/24 133/12 134/24 134/24 135/32 136/5
136/9 136/15 136/20 138/7 138/8 141/22
142/6 143/19 146/25 147/32 148/1 149/17
151/8 151/15 154/20 155/7 155/29 167/21
179/18 180/31 182/28 187/15 192/3 217/7
218/20 219/17 219/19 227/7 231/8 232/1
somebody [10]  12/4 23/22 25/5 27/23 29/13
45/6 86/31 115/28 125/25 138/29
someone [7]  26/1 34/22 136/22 188/16
211/22 212/1 225/9
something [64]  6/6 7/14 8/16 10/9 10/20
13/10 13/31 19/8 25/7 25/15 25/16 25/32
26/17 26/21 27/19 27/20 28/6 28/9 29/11
29/12 32/23 32/24 38/10 39/10 43/24 47/21
59/14 60/28 64/4 66/27 68/3 74/9 75/29 76/2
80/7 80/29 81/7 81/14 85/27 88/22 90/18
93/16 93/16 94/9 96/28 100/29 121/27 126/1
126/21 128/13 128/15 131/3 134/2 141/31
145/8 145/28 149/19 149/20 157/5 157/6
174/12 218/25 225/9 237/8
sometime [2]  11/14 27/26
sometimes [6]  66/18 85/28 85/29 86/5 86/7
86/7
somewhat [6]  41/24 135/23 168/31 173/7
194/28 196/26
somewhere [8]  8/16 8/23 9/29 22/14 24/5
31/6 85/10 202/25
son [2]  6/3 219/22
sorry [39]  11/20 19/15 19/32 20/8 21/20 24/2
24/29 43/28 43/30 54/24 57/8 68/17 71/4
73/13 77/19 93/24 116/24 131/5 139/2 145/25
146/7 150/20 154/4 158/26 160/14 161/10
164/18 165/16 170/6 172/5 192/21 213/31
216/8 219/5 224/32 225/13 231/32 236/16
236/18
sort [6]  143/19 149/17 151/15 168/8 182/27
227/12
sound [3]  136/25 235/27 236/29
soup [1]  195/17
source [10]  29/7 122/4 122/9 122/12 147/6
147/28 179/29 188/5 188/19 195/1
southeast [1]  111/9
Southern [1]  6/7
space [5]  7/8 19/30 170/11 173/11 179/2
spaces [1]  20/20
spaghetti [1]  193/25
Spanking [1]  94/18
speak [5]  52/2 66/31 124/21 177/16 226/28
speaking [3]  34/2 69/8 189/30
speaks [2]  52/8 204/18
specialty [2]  34/5 215/23
specific [9]  16/6 28/16 44/19 49/1 61/28
86/23 127/11 145/7 206/28
specifically [4]  56/22 190/25 190/30 190/31
specificity [1]  12/18
speculate [4]  136/30 211/27 211/31 212/1
speculation [5]  12/14 126/5 126/9 140/8
140/10
speculative [2]  122/2 122/17
speed [1]  191/15
spend [3]  17/15 19/22 75/14
spent [2]  26/12 230/11
split [1]  187/4
spoke [1]  172/30
spokesperson [1]  228/27
spot [3]  20/30 22/12 90/8
spread [3]  124/13 124/26 125/2
square [6]  122/6 122/6 122/10 122/11 171/11
171/12
squirrel [1]  213/8
ST [1]  1/28
St. [1]  3/14
St. Raymond [1]  3/14
stack [1]  83/17
stacked [3]  80/8 83/20 97/20
staff [2]  23/3 24/7
stain [1]  167/15
stair [1]  178/20
stairs [1]  186/13
stairways [1]  199/19
stairwell [7]  170/9 170/9 173/13 173/14
173/20 178/13 213/19
stairwells [4]  175/16 176/12 177/12 177/28
stamp [5]  27/31 28/2 28/3 93/9 93/26
stamped [2]  132/18 150/6
stamps [3]  28/27 93/19 93/21
stand [3]  105/19 120/12 162/23
standard [2]  135/23 135/24
standards [1]  135/19
standing [7]  192/30 202/7 202/28 204/28
205/11 209/22 212/25

stends [2]  159/13 163/18
stan [16]  4/15 29/31 60/15 73/31 76/1
107/19 110/32 117/18 117/19 119/29 117... 9
119/30 123/4 208/10 216/4 218/29 224/22
227/4
started [33]  6/31 8/4 9/27 19/12 19/12 26/20
26/22 28/21 32/5 38/14 38/16 38/24 38/24
50/12 50/21 50/22 57/19 74/11 74/16 76/3
92/31 93/1 93/3 94/28 95/8 95/28 95/28 97/5
98/21 122/30 222/11 232/16 232/21
starting [2]  68/29 158/8
starts [3]  68/22 133/15 171/9
state [15]  1/3 41/21 109/11 109/12 109/14
109/28 126/17 158/2 158/12 159/1 211/5
215/18 226/11 241/10 241/13
State's [1]  108/15
state-of-the-art [1]  211/5
stated [3]  69/25 102/9 177/29
statement [6]  16/6 130/13 136/3 153/29
155/13 184/17
statements [1]  190/13
states [10]  79/22 83/26 84/17 88/3 109/12
109/24 110/28 147/16 153/30 182/17
static [4]  189/23 198/9 198/9 198/13
statute [1]  241/21
stay [7]  24/14 24/20 27/2 27/8 74/32 133/24
217/17
stayed [6]  9/30 10/9 22/22 97/12 108/23
239/31
stays [1]  133/22
steel [4]  140/31 185/31 186/4 186/8
stencil [1]  14/12
stenotype [1]  241/15
step [13]  5/6 9/23 14/9 14/15 15/2 80/19
106/7 157/19 162/25 215/3 240/15 240/15
240/16
stepped [2]  54/4 229/32
STEWART [11]  1/25 2/8 2/13 2/26 3/22
48/17 96/7 98/6 100/27 102/8 123/22
Stewart's [1]  39/26
stickler [1]  106/30
still [21]  22/11 23/1 32/4 32/7 35/14 38/3
38/5 52/15 60/7 60/22 61/18 66/11 76/12 95/8
135/31 161/21 174/28 187/14 232/5 232/12
236/22
stinging [1]  29/27
stink [1]  11/12
stipulate [1]  159/19
stools [1]  80/30
stop [8]  52/19 86/23 86/23 106/20 106/25
106/30 169/29 180/27
stopped [1]  98/24
stops [1]  206/32
storage [5]  17/12 59/14 112/27 116/28
178/27
store [1]  25/17
stored [14]  7/26 18/2 25/18 83/11 88/29 91/6
94/11 103/12 111/8 113/7 136/22 161/7
164/12 175/14
straight [4]  7/31 8/18 15/6 56/11
straining [1]  201/14
strange [1]  12/2
strata [1]  140/21
stream [2]  195/5 195/7
streamline [1]  180/10
street [47]  1/9 6/19 7/6 7/10 9/5 13/17 13/18
14/26 14/28 14/29 14/29 16/23 22/7 22/15
24/14 24/18 24/20 25/9 26/23 30/7 31/19
51/23 54/4 78/11 79/1 80/8 80/28 93/20
151/27 164/6 164/8 166/31 215/27 216/5
216/17 216/19 217/9 220/19 227/1 229/14
231/25 232/29 233/5 234/18 235/4 236/3
238/30
streets [4]  16/30 24/19 217/13 239/27
strenuous [1]  29/13
stressful [1]  12/8
stretch [1]  191/4
strike [1]  98/22
strong [5]  132/26 132/30 136/17 154/15
155/14
stronger [1]  76/16
students [1]  121/30
studied [1]  207/8
study [4]  136/6 136/7 136/10 152/3
studying [1]  221/10
stuff [27]  7/12 16/25 17/14 17/15 19/13 19/20
24/17 24/17 25/8 30/25 38/4 38/6 40/23 43/22
45/13 45/15 47/27 47/32 48/2 52/24 62/18
97/24 98/5 100/24 129/18 141/11 168/8
subdivided [1]  164/18
subkitchen [1]  7/20
submitted [2]  160/4 239/25
subsequent [1]  12/25
substance [1]  236/23
such [4]  117/28 147/3 147/3 178/31

suck [2]  174/18 198/19
sucking [2]  200/7 223/13
suction [1]  184/20
suffered [3]  26/17 26/29 127/3
suffering [6]  27/7 27/25 32/3 32/7 32/8 38/6
sufficient [2]  41/19 41/25
suggestion [1]  171/6
suit [3]  226/31 233/14 233/19
Suite [1]  158/15
sulphide [1]  141/22
sulphur [4]  141/22 142/5 142/6 142/8
summarize [1]  187/7
sun [1]  75/6
supervised [2]  65/17 65/19
supervision [1]  241/17
supervisor [15]  5/25 6/22 23/1 23/19 23/20
25/21 29/32 48/25 51/20 51/22 52/6 65/14
77/28 77/29 218/12
supervisors [7]  223/8 223/13 223/15 223/16
224/7 239/22 239/26
supplement [1]  178/23
supplied [1]  169/23
supply [7]  169/2 169/4 169/9 169/25 187/8
191/27 200/2
support [1]  154/9
suppose [1]  75/18
supposed [1]  146/11
Supreme [1]  241/22
sure [41]  22/32 27/9 30/30 54/30 55/13 61/11
67/21 73/21 74/8 78/26 78/28 81/12 82/15
87/3 94/24 95/10 107/22 108/12 111/2 112/5
112/25 114/7 116/25 118/26 134/8 136/7
136/11 137/11 137/27 142/32 149/2 149/19
160/3 164/9 178/15 184/29 191/29 196/30
199/4 228/4 236/30
surface [1]  167/14
surfaces [1]  113/15
surfactin [1]  113/4
surprise [3]  153/3 153/5 153/5
surrounding [3]  111/23 117/27 186/15
Susan [6]  232/11 232/12 232/24 236/32
236/32 237/12
sustain [1]  36/32
sustained [10]  50/28 58/9 92/4 99/13 136/32
137/4 148/7 210/10 226/7 226/12
swear [1]  157/27
Swenson [1]  41/13
swept [1]  22/10
sworn [4]  5/10 107/8 157/29 215/12
symptom [1]  76/2
symptoms [7]  11/32 12/2 34/6 34/24 222/19
231/8 238/1
system [40]  113/16 113/17 113/25 113/32
114/1 114/11 114/23 114/28 115/24 115/25
115/30 116/17 116/21 117/1 117/5 117/7
118/28 119/6 120/17 138/16 143/19 155/8
159/15 162/6 162/13 162/14 164/26 164/28
168/22 169/2 174/26 175/15 178/32 180/15
183/13 187/26 192/15 192/18 211/5 213/23
systems [11]  136/14 159/10 159/12 159/12
159/23 159/30 161/21 166/13 166/26 198/12
213/22

**T**

take [32]  19/15 22/7 23/22 27/1 29/14 37/11
39/17 47/23 57/12 76/16 84/25 98/15 108/24
111/30 113/26 122/8 123/2 123/3 133/10
144/19 167/21 168/20 178/2 181/3 203/10
204/31 206/17 207/7 208/9 209/19 225/31
234/5
taken [35]  1/14 43/1 52/29 58/8 79/22 83/26
83/27 84/17 88/2 89/14 116/1 116/6 116/11
116/31 119/10 119/20 120/32 123/6 123/17
123/27 124/7 132/22 144/17 144/19 155/5
168/23 169/30 171/30 182/16 202/32 207/29
207/31 209/25 235/23 241/14
takes [3]  108/21 117/22 119/27
taking [6]  25/5 72/1 122/27 153/19 167/27
171/15
talk [15]  8/8 11/14 11/18 12/5 12/32 24/27
26/6 27/29 39/5 104/20 127/5 134/17 175/32
212/18 234/7
talked [12]  68/1 70/8 71/11 124/13 124/16
124/17 124/20 190/20 199/16 209/13 226/22
231/8
talking [32]  13/15 13/32 18/13 19/16 21/9
21/10 21/21 27/26 38/4 42/31 49/15 78/25
79/2 82/7 82/31 86/1 101/21 112/12 113/19
127/25 128/28 128/30 129/16 129/32 131/9
135/27 141/23 142/10 157/3 208/12 217/8
221/11
taped [2]  30/9 189/2
tasks [1]  110/15
taught [2]  108/29 121/29
Tchoupitoulas [1]  78/10

team [1]  6/9

Tech [1]  159/4

technical [1]  156/9

technically [1]  70/29

telephones [1]  22/18

tell [85]  5/22 5/26 5/32 6/32 10/12 17/8 20/8 21/8 22/29 23/8 26/10 27/15 28/1 29/19 31/8 31/26 32/1 32/23 35/20 37/28 38/7 48/22 51/12 52/19 52/27 60/10 60/12 63/22 66/8 66/13 67/6 67/10 68/27 69/30 75/5 79/21 82/27 92/19 93/29 96/28 103/14 104/4 104/13 105/3 116/8 119/3 127/18 128/6 128/11 131/23 151/20 152/4 152/19 153/6 159/13 164/5 171/8 171/31 178/10 196/32 202/6 202/28 203/14 204/27 206/21 207/9 212/5 215/31 216/12 218/10 221/22 224/2 225/4 225/5 225/9 225/28 227/3 228/25 231/23 232/27 232/32 233/1 233/17 233/20 234/17

telling [6]  8/26 13/11 24/6 33/10 37/18 151/4

temperature [2]  169/12 191/20

TEMPLET [20]  2/11 107/4 107/6 107/7 107/15 107/17 110/8 121/9 123/22 130/1 142/22 142/26 145/28 147/30 148/22 150/15 151/30 152/22 153/27 190/15

Templet's [1]  107/32

temporal [5]  28/15 62/2 62/22 221/31 222/11

temporality [2]  102/7 102/12

temporarily [1]  30/28

ten [3]  10/5 113/27 113/28

ten centimeters [1]  113/28

tend [1]  138/20

tender [6]  109/32 121/9 122/32 159/21 175/24 240/7

tenured [1]  108/32

terlets [2]  104/20 104/21

term [6]  6/26 118/15 126/27 128/10 140/20 204/10

termed [1]  134/2

terms [3]  12/18 22/30 151/23

terrace [3]  186/12 186/12 186/14

test [9]  23/20 36/17 113/7 113/26 116/1 116/22 152/18 221/23 221/25

tested [2]  130/13 131/15

testified [37]  5/12 18/24 33/29 56/22 57/2 69/7 69/10 71/23 71/28 74/6 74/20 74/22 75/16 75/30 76/26 87/23 89/16 92/11 93/8 94/10 101/6 101/15 107/10 134/9 144/8 157/30 177/30 194/8 199/5 206/20 208/28 215/13 220/10 226/13 227/20 235/25 239/21

testified about [1]  144/8

testify [12]  34/6 58/6 65/32 91/32 102/21 102/29 114/17 210/1 214/11 227/21 234/4 238/11

testifying [5]  35/6 77/24 109/21 145/14 208/32

testimony [24]  15/31 26/2 41/18 56/15 87/30 92/23 93/25 114/21 120/29 122/10 123/12 141/9 142/2 177/24 177/24 177/26 190/8 204/4 214/16 217/7 219/17 234/5 234/6 241/14

testing [6]  149/17 151/20 151/23 152/21 155/18 156/13

tests [4]  151/27 151/29 152/6 157/7

Texas [1]  109/25

than [26]  19/26 19/28 21/11 21/22 22/22 78/26 111/19 120/22 122/27 124/28 124/29 126/24 131/19 139/29 144/18 145/31 153/17 188/26 196/6 197/23 197/27 201/27 229/22 231/4 233/11 237/12

thank [40]  3/26 5/8 5/18 12/22 16/13 36/26 47/6 51/29 53/12 53/14 56/32 61/14 65/1 78/14 95/17 99/17 105/26 105/28 106/5 106/7 106/9 106/13 115/15 116/14 127/10 129/30 140/23 142/18 149/9 157/15 157/17 158/28 160/1 205/22 215/5 229/12 234/26 237/25 240/9 240/14

thanks [5]  13/11 17/3 36/19 41/28 99/15

that [1323]

that's [220]  4/15 5/29 6/8 8/6 9/22 12/17 12/30 13/26 15/24 15/26 17/28 17/28 21/9 21/9 23/31 26/16 32/4 32/21 32/24 33/7 33/9 38/4 39/3 39/6 40/12 43/8 43/12 44/6 45/6 45/22 46/32 47/9 47/17 49/29 51/24 52/27 54/7 56/13 56/30 59/5 59/23 59/24 59/29 60/17 60/18 60/18 60/21 63/3 65/18 65/22 65/29 65/29 65/31 66/19 67/2 67/9 67/13 69/31 71/22 71/32 72/19 73/18 75/6 76/15 77/4 78/4 79/11 79/19 79/30 79/31 80/2 80/10 80/27 81/12 82/22 82/24 84/21 84/32 85/16 85/19 85/25 87/11 87/19 87/29 88/27 92/6 92/13 92/26 92/29 93/2 93/22 95/3 95/7 95/7 95/17 95/27 95/30 96/1 96/3 96/21 102/24 103/25 103/31 108/26 108/28 109/19 109/26

117/24 118/11 118/25 118/29 118/31 119/21 120/14 121/27 122/9 122/14 122/21 124/5 124/16 125/30 126/24 126/32 127/13 132/7 133/25 133/27 134/3 135/12 136/12 138/5 138/11 139/24 140/13 141/21 141/25 141/27 142/9 142/18 142/32 143/2 143/11 144/24 144/27 145/22 145/21 146/3 146/11 146/19 148/16 149/7 149/21 149/32 150/27 151/18 151/24 151/25 152/16 152/28 155/8 155/12 156/11 156/32 157/11 157/13 169/11 169/15 170/10 170/18 171/29 172/22 172/24 172/24 175/10 181/15 181/15 182/8 186/3 186/4 186/24 188/5 189/24 191/21 192/25 192/26 193/27 193/28 197/3 197/7 197/17 198/9 202/4 203/5 204/25 208/19 208/23 209/8 209/31 210/7 210/12 212/20 212/25 215/24 219/5 225/8 228/31 234/23 235/12 235/31 237/18 237/25 240/15 240/15

the claimants [1]  228/8

their [15]  6/29 6/29 24/32 25/16 34/4 66/24 66/28 108/18 111/27 113/6 144/7 144/14 146/23 201/14 211/20

them [86]  16/29 18/9 19/25 19/25 20/20 22/13 24/23 24/25 24/26 24/30 24/32 25/2 26/1 26/16 26/25 26/25 27/5 28/11 31/4 31/5 31/5 31/6 32/7 32/8 32/11 36/31 38/3 38/5 39/5 39/7 39/28 39/30 40/18 42/21 42/29 42/29 43/17 43/18 50/14 52/21 54/13 55/25 55/30 59/1 60/21 60/22 66/25 66/31 75/21 75/28 76/16 76/16 81/1 81/25 81/26 83/12 93/17 93/21 106/29 108/18 110/16 111/11 111/16 121/29 127/18 128/7 128/9 130/12 134/1 136/15 137/12 139/29 147/18 147/19 157/8 158/8 181/4 181/5 201/16 202/10 203/1 209/5 209/6 225/26 233/20

themselves [2]  137/16 177/17

then [84]  9/20 9/21 9/23 11/3 15/8 18/26 23/21 24/18 26/10 26/19 26/20 26/27 27/5 27/26 29/30 32/2 39/30 47/19 47/27 48/26 61/31 70/7 70/14 72/4 76/7 77/10 86/30 87/11 100/26 103/31 106/20 107/25 108/1 108/13 108/19 108/22 110/19 110/29 113/28 119/16 119/32 122/16 126/1 131/18 136/3 137/18 147/13 150/28 151/1 160/27 163/7 163/8 163/17 167/28 167/29 169/13 169/26 170/5 170/7 170/32 171/5 172/29 174/26 176/9 177/31 182/27 184/1 187/4 192/3 192/6 193/30 197/32 198/2 200/6 200/32 201/4 206/32 212/30 213/19 222/20 225/25 225/31 230/13 235/25

theory [1]  154/10

there [379]

there's [1]  27/20

thereafter [1]  225/5

thermostat [1]  169/12

these [88]  14/3 18/19 19/1 20/17 22/6 22/10 26/28 35/26 38/3 38/6 43/15 52/20 65/28 80/24 80/32 81/2 81/10 82/1 82/28 82/30 83/11 84/22 85/8 85/13 86/8 86/9 88/26 88/28 89/14 89/16 89/29 89/31 90/23 90/24 90/31 91/24 92/7 109/4 112/11 113/18 116/19 119/23 120/22 120/10 120/21 125/6 125/32 126/15 126/18 131/15 132/14 135/25 135/26 136/12 136/13 138/7 138/23 139/18 139/31 143/23 162/2 166/6 166/18 166/26 167/24 167/28 174/22 174/24 182/15 182/31 183/25 185/32 186/6 186/19 186/21 193/23 197/13 197/16 202/10 202/32 207/10 207/14 221/29 228/7 231/16 233/17 233/26 239/7

they [321]

thing [26]  10/16 26/27 28/8 31/26 37/31 45/27 47/5 64/13 67/27 67/32 72/14 91/4 91/8 119/4 119/13 122/3 131/10 131/13 133/10 136/19 137/26 142/9 147/27 199/16 219/24 236/22

things [33]  11/31 12/1 22/11 26/15 27/7 27/16 33/24 34/6 38/3 38/6 81/10 82/1 95/5 95/25 109/8 111/15 131/23 140/18 160/9 176/13 199/17 199/19 212/30 212/32 213/3 219/19 221/26 222/31 233/26 233/29 233/31 233/32 234/7

think [117]  8/15 9/2 10/25 12/24 15/31 16/8 16/22 18/27 20/9 21/11 21/23 22/21 23/29 28/29 30/27 32/22 32/31 33/11 35/29 36/11 38/10 39/29 41/16 41/23 42/12 42/22 46/13 48/7 52/1 52/18 53/18 55/17 55/22 56/3 56/3 58/1 62/20 70/5 71/8 71/15 71/17 71/19 74/1 81/12 92/6 93/9 93/22 95/10 95/17 98/18 98/21 100/19 102/1 103/25 109/5 114/16 114/20 116/5 116/26 117/23 118/10 118/20 120/26 120/27 121/8 121/12 121/18 121/19 124/14 124/29 126/28 126/29 127/13 128/10 128/23 131/16 134/15 134/26 134/28 137/14 137/29 138/7 138/21 139/24 141/8 142/18

152/28 154/1 154/13 155/21 155/22 156/28 173/9 177/16 191/3 192/28 195/3 200/11 202/13 203/32 204/18 204/22 205/3 206/15 210/12 211/31 230/10 231/22 232/19 233/11 233/15 234/31 234/32 236/27

third [9]  12/3 27/22 67/26 130/3 132/24 139/9 144/20 166/7 182/27

Thirty [2]  158/31 158/32

Thirty-nine [2]  158/31 158/32

this [434]

THOMAS [10]  1/7 1/7 2/4 5/9 5/23 33/29 60/16 72/7 72/8 223/11

thoroughly [1]  177/1

those [101]  1/8 14/23 15/23 18/6 18/15 19/11 21/24 21/26 21/31 22/4 24/9 27/11 30/14 33/17 35/1 35/14 37/32 51/15 55/16 57/14 58/29 58/31 59/31 65/21 66/5 66/29 66/32 69/27 78/13 80/30 83/6 83/14 83/29 85/17 85/20 85/28 86/5 86/10 91/5 96/10 99/7 99/9 99/25 109/8 110/19 110/21 111/30 112/16 112/24 113/32 114/9 114/9 116/20 117/26 118/1 118/4 118/18 119/31 121/15 123/26 126/27 133/2 134/22 135/19 135/22 136/18 137/7 137/16 137/19 140/1 143/29 145/1 151/2 151/9 151/30 151/31 152/6 152/24 157/4 159/11 159/12 160/28 166/22 169/25 171/23 171/25 172/30 179/22 183/12 185/8 185/9 194/19 194/14 212/25 213/3 213/13 223/13 225/32 226/32 231/12 237/15

though [12]  28/11 73/7 114/21 120/2 123/15 125/22 131/9 136/26 141/14 172/26 188/16 237/20

thought [12]  4/7 50/5 55/19 69/20 127/20 134/9 139/2 153/12 201/24 204/6 223/21 231/24

three [41]  25/20 29/24 34/30 38/29 47/11 50/2 50/6 61/16 62/11 90/24 91/24 111/12 111/21 113/5 122/7 122/7 127/15 127/17 127/32 128/14 128/20 128/21 129/13 130/4 130/11 131/16 133/11 134/22 135/6 135/7 142/29 153/7 174/19 174/19 183/18 192/32 210/18 210/21 210/26 210/26 212/6

three feet [3]  122/7 122/7 192/32

three inches [1]  133/11

through [93]  7/6 7/15 7/18 7/28 7/29 8/27 9/3 9/5 13/19 15/4 15/18 15/20 16/30 16/32 17/5 25/29 27/13 29/25 35/23 39/30 39/32 42/21 46/12 46/13 55/23 66/18 75/5 75/6 77/1 77/3 108/16 108/22 108/30 114/10 114/11 115/24 115/29 141/7 153/6 162/8 162/19 167/5 168/23 169/23 169/25 170/5 170/11 172/25 172/30 173/5 173/20 174/24 174/24 174/25 174/26 175/15 175/15 175/16 176/8 176/12 177/11 177/27 178/6 178/7 183/32 184/2 184/3 185/4 185/21 185/22 185/29 186/1 186/2 186/5 186/20 186/21 186/29 187/1 187/15 187/16 188/26 188/30 191/15 193/20 194/6 194/12 195/10 197/30 197/32 199/18 213/5 217/9 230/10

throughout [20]  25/28 66/3 115/10 153/31 154/8 160/20 161/7 162/19 169/8 173/19 173/25 174/28 175/14 175/21 176/9 177/10 199/18 213/10 213/22 213/25

throw [2]  19/24 19/25

throwed [1]  59/12

thus [1]  188/20

ticket [3]  216/1 217/14 217/15

tickets [3]  67/11 67/12 216/2

ties [1]  188/2

TIFFANY [1]  1/15

tight [2]  20/20 189/6

tightness [1]  32/10

tile [2]  45/25 46/32

tiles [5]  45/16 45/16 111/26 111/29 167/15

time [133]  7/1 7/3 7/21 8/4 8/6 9/15 10/13 12/30 13/6 17/4 17/15 19/10 19/14 19/22 19/27 22/2 22/23 24/6 24/25 25/5 25/23 26/13 26/28 28/20 28/21 28/23 30/12 30/24 31/10 31/27 32/10 32/11 32/14 32/30 33/2 33/4 33/5 33/22 38/5 39/9 40/28 42/15 50/17 56/22 57/20 60/3 60/24 62/15 63/3 64/22 66/30 67/2 72/29 74/32 75/2 75/13 78/14 79/6 85/3 85/7 86/25 90/3 90/3 90/4 90/16 90/22 91/20 91/27 92/2 92/2 93/27 99/26 100/24 100/25 102/13 106/30 116/27 117/12 117/16 117/20 117/22 117/24 118/2 118/3 118/7 118/11 119/24 119/27 119/31 120/1 121/28 122/28 123/7 124/16 124/17 124/27 124/31 131/26 132/30 135/3 139/5 152/24 154/12 161/22 162/8 175/20 180/6 180/23 180/24 180/27 183/18 183/28 188/22 193/7 193/32 197/28 200/23 211/6 215/26 216/18 216/28 216/29 217/28 219/25 219/26 225/18 225/19 226/17 228/29 236/27 238/4 239/5

timeline [1] 222/23
times [9] 12/3 62/20 62/23 91/30 100/13 145/31 151/2 190/4 218/20
timing [1] 106/11
tin [1] 85/27
tiny [1] 119/30
today [13] 52/15 65/32 76/18 76/26 93/8 127/2 138/1 153/7 153/9 214/16 214/20 214/22 237/11
today's [1] 49/24
together [8] 20/3 21/11 21/22 24/16 38/11 40/23 74/11 108/17
toilet [2] 167/28 173/8
told [20] 26/32 26/32 32/17 64/27 76/8 92/1 95/24 98/21 99/21 106/19 154/32 180/32 182/12 224/8 225/31 230/11 232/20 233/2 233/31 237/11
Tom [2] 3/30 27/9
ton [2] 189/16 189/17
TONY [2] 1/21 3/11
too [17] 7/32 11/17 11/18 24/10 29/2 29/24 75/7 78/23 81/20 81/25 96/6 97/16 139/13 142/27 157/22 163/16 221/11
took [26] 23/20 23/24 27/30 30/10 33/3 33/6 33/7 38/15 38/26 39/15 39/18 55/19 68/5 77/17 77/21 94/30 121/5 124/4 127/18 128/7 132/2 144/14 180/31 182/21 207/17 209/24
top [19] 15/2 19/20 26/4 26/27 44/13 46/31 47/9 67/30 80/6 83/11 83/15 83/29 84/28 88/30 131/27 133/9 148/31 154/5 166/27
topic [1] 201/4
tore [1] 47/22
total [1] 12/30
totally [2] 24/21 34/26
touch [2] 69/26 182/20
toward [2] 143/28 200/21
tower [4] 143/15 143/16 143/18 143/21
towers [1] 143/10
toxicity [1] 233/28
toxicologist [1] 152/18
transcribed [1] 241/16
transcript [5] 176/32 241/5 241/18 241/19 241/20
transmitted [1] 162/18
travel [1] 15/23
traveled [1] 107/20
treating [2] 143/10 169/6
treatment [1] 143/9
trial [1] 209/3
tried [3] 28/10 97/18 188/16
trier [2] 33/13 204/19
triggered [1] 221/24
trip [2] 80/17 80/23
trouble [2] 102/17 188/25
trucks [1] 47/24
true [23] 54/6 58/31 59/4 59/17 59/21 59/23 63/20 63/25 64/21 64/27 65/6 65/27 73/18 145/18 152/1 152/2 160/5 214/3 233/6 234/17 237/28 238/3 241/17
truth [2] 33/15 52/27
try [11] 26/18 28/9 29/8 39/7 58/11 97/3 136/8 136/10 142/23 163/15 191/30
trying [27] 23/28 23/29 28/7 28/14 29/6 53/24 56/10 58/1 69/9 86/19 87/29 93/24 97/27 98/1 101/24 102/15 131/14 137/15 138/1 154/1 160/9 204/23 207/21 208/23 209/8 222/10 226/16
tube [1] 157/6
tubes [1] 157/8
tubing [2] 193/10 193/26
Tulane [2] 95/31 100/25
turbulence [1] 173/27
turn [4] 13/24 15/7 132/13 138/25
turned [1] 25/5
turns [1] 163/16
twice [2] 100/15 100/21
two [51] 6/2 13/9 13/20 15/3 24/16 29/24 32/19 32/22 34/29 38/29 47/11 50/3 62/11 62/20 62/21 62/22 62/31 71/9 90/24 94/7 108/19 109/26 112/27 113/15 121/15 124/7 128/23 129/9 130/5 132/17 133/11 134/3 134/17 153/6 153/16 160/25 161/14 162/2 167/30 169/22 182/26 186/26 189/24 192/29 192/29 193/21 198/8 198/13 204/28 208/9 223/13
two inches [1] 189/24
two-inch [1] 198/8
Tylenol [1] 26/18
type [8] 25/7 34/23 53/8 58/17 86/25 121/11 159/6 226/14
types [1] 25/20
typical [2] 167/29 199/32
typically [3] 117/18 117/32 169/13

U.S [4] 97/23 111/10 138/8 154/18
uh [9] 48/30 79/24 88/18 90/30 141/19 179/24 204/12 227/24 229/11
Uh-huh [7] 48/30 79/24 88/18 179/24 204/12 227/24 229/11
ultimately [3] 30/32 41/22 140/16
Um [3] 219/22 224/31 237/5
Umm [1] 10/4
uncommon [1] 162/15
under [12] 65/17 75/17 120/11 123/25 130/9 132/21 145/16 151/26 199/31 200/3 200/9 241/17
underneath [1] 118/30
understand [30] 28/18 49/10 56/18 79/7 79/7 83/18 92/22 109/15 124/11 126/30 127/8 131/7 134/1 134/26 139/13 141/4 144/29 149/24 151/21 176/6 188/28 190/8 191/10 193/32 208/10 226/26 228/25 229/12 237/7 237/10
understanding [3] 37/29 143/7 241/19
Understood [1] 187/27
uniforms [4] 98/29 98/31 99/8 99/9
unit [31] 139/28 164/30 164/31 169/14 169/16 169/17 169/21 169/27 171/13 172/1 172/2 172/18 174/27 179/1 179/1 182/18 182/20 182/24 183/2 189/15 189/16 189/17 189/17 189/20 189/23 198/20 199/3 199/32 200/7 200/32 201/2
United [17] 79/22 83/26 84/17 88/3 110/28 147/16 182/16
units [9] 139/20 140/2 166/18 178/31 183/25 188/12 196/8 199/12 199/14
University [2] 6/7 159/4
unknown [1] 138/23
unless [3] 112/17 139/29 141/31
unlikely [1] 139/27
unmarked [1] 133/1
unpleasant [2] 218/11 218/21
unquote [1] 58/7
until [10] 10/2 22/2 26/23 30/28 57/20 79/1 108/23 211/22 216/28 227/10
untreated [1] 167/12
unusual [14] 24/25 24/31 26/9 28/1 99/9 103/15 104/4 105/11 218/7 218/13 223/22 230/19 230/24 230/29
up [96] 6/29 8/23 9/13 11/5 11/24 13/19 20/15 21/10 22/9 25/16 27/18 29/16 29/31 39/32 43/26 47/7 47/22 47/22 55/24 55/32 59/11 59/12 63/5 GS/30 67/1 73/25 75/28 79/13 80/15 81/3 81/9 82/32 83/2 83/19 83/20 84/3 84/28 88/21 90/8 95/1 96/10 98/27 100/11 105/19 108/22 116/18 119/13 125/5 125/26 139/2 145/21 151/8 151/14 156/30 157/1 157/4 157/14 162/23 165/8 165/21 167/13 168/18 169/30 170/20 171/23 172/29 173/27 174/15 175/32 178/5 178/11 178/14 178/17 178/27 179/4 182/18 185/8 186/11 186/13 186/17 194/31 197/11 198/2 199/15 201/16 208/30 210/31 213/30 216/18 216/26 221/31 224/6 228/2 234/29 237/17 239/7
UPA [1] 112/9
upon [9] 110/14 110/24 110/26 121/2 121/13 139/14 211/13 212/22 212/32
upper [18] 9/1 25/22 25/25 96/9 164/27 165/7 165/9 166/25 167/29 171/24 175/4 175/7 185/9 196/27 213/10 213/21 214/2
upstairs [2] 11/3 182/5
us [54] 5/21 5/22 7/21 9/9 11/19 13/14 22/29 25/9 29/24 30/5 30/6 30/7 30/16 30/17 30/27 30/27 31/18 31/19 37/18 51/12 52/31 60/10 60/12 60/18 66/8 66/13 66/24 67/6 82/27 95/24 97/15 107/13 107/20 108/10 116/8 128/27 147/32 148/1 151/4 151/20 162/23 163/27 164/5 164/5 171/8 172/14 196/32 224/2 224/16 227/3 227/6 228/6 230/11 237/11
USDA [1] 138/8
use [27] 6/27 9/7 14/3 19/7 19/9 26/25 33/5 58/24 71/32 73/2 94/18 111/14 136/22 136/26 138/21 139/25 139/29 143/7 147/26 151/7 163/6 170/16 170/18 184/28 186/22 186/23 202/7
used [31] 6/26 10/31 11/3 11/4 11/27 15/32 16/2 22/6 22/20 25/28 25/30 27/13 60/19 78/10 124/30 128/10 136/13 136/18 137/30 137/31 138/16 139/19 140/1 140/3 143/9 173/8 176/7 195/12 211/23 218/22 218/23
useful [1] 151/19
uses [31] 89/15 110/27 111/11 111/26 113/21 118/8 124/3 125/13 125/17 127/14 127/20 127/23 127/31 128/3 128/20 128/31 129/14 138/18 140/32 142/29 143/11 144/7 145/32

USES' [2] 146/32 147/31
using [10] 21/31 49/7 59/13 61/27 69/4 81/13 107/31 150/25 151/10 212/23
usual [2] 224/3 224/4
usually [4] 49/31 113/27 119/29 217/14
utilized [1] 157/9

valid [1] 241/4
vans [1] 16/25
vapor [4] 111/7 113/10 133/12 190/10
vaporize [2] 133/16 133/20
vaporized [1] 113/13
vapors [2] 96/11 114/10
various [6] 4/11 34/6 110/29 139/16 157/7 213/8
vehicles [1] 16/25
velocity [6] 191/12 191/12 191/13 191/14 191/17 191/19
Venetian [7] 19/5 54/13 85/23 86/26 87/14 87/21 117/28
vent [10] 44/11 44/12 44/12 47/20 119/5 184/23 211/9 211/10 211/18 211/21
ventilation [4] 115/29 117/1 117/6 159/14
vents [7] 46/20 93/15 93/17 116/30 118/20 120/10 120/10
ventured [1] 37/19
verify [1] 129/1
versus [4] 1/10 3/3 71/6 71/11
vertical [6] 165/8 165/14 165/31 171/23 173/26 197/22
very [30] 7/3 8/6 57/22 74/18 95/17 111/16 111/32 112/1 113/15 117/8 117/19 118/3 130/14 132/26 132/30 133/28 136/17 136/25 138/23 142/18 146/7 163/18 193/23 197/3 212/16 215/5 218/11 233/15 237/5 237/25
vetted [1] 34/25
via [2] 165/7 166/19
vicinity [1] 132/23
video [20] 34/32 35/11 35/13 35/30 35/32 36/1 36/8 36/15 36/29 37/7 37/20 40/24 40/32 41/3 41/5 41/12 41/14 41/16 41/17 42/1
view [4] 165/14 165/29 175/11 197/16
Vinny [2] 210/24 210/28
violations [2] 6/28 216/1
Virginia [1] 109/25
vision [3] 98/27 100/31 101/7
visit [5] 1/31 160/28 161/16 168/32 202/11
visits [3] 161/15 191/1 191/5
vitae [1] 108/8
voir [1] 34/4
volunteering [1] 228/2

wait [24] 21/20 23/8 28/14 35/32 61/27 61/27 61/27 71/2 71/2 85/32 85/32 152/8 152/32 158/5 158/5 203/18 204/14 205/18 210/9 210/9 210/9 214/15 220/10 222/10
walked [4] 7/8 16/29 186/5 186/6
wall [20] 44/7 45/12 45/13 45/24 46/32 80/14 80/15 118/31 118/32 119/2 174/17 174/17 174/19 185/23 185/31 186/7 186/9 202/22 202/24 206/32
walls [2] 57/14 57/15
want [45] 12/9 12/10 13/7 13/31 14/20 14/22 14/24 19/15 27/8 27/8 31/31 35/4 35/5 35/13 37/11 42/9 42/32 47/3 47/23 48/21 54/30 60/28 62/25 64/3 82/15 82/18 84/2 84/5 86/3 91/20 91/29 100/18 102/25 102/31 108/2 110/2 127/27 132/13 138/25 148/31 149/5 167/8 206/25 234/29 234/30
wanted [5] 7/19 15/25 30/16 38/28 153/29
wants [4] 153/21 177/4 192/1 209/3
was [681]
was on [1] 173/9
wasn't [26] 32/3 32/6 32/8 32/9 38/23 46/17 75/3 75/11 77/9 77/10 78/8 85/9 90/2 90/6 90/14 90/20 90/26 90/26 90/28 90/30 96/17 131/32 177/8 219/24 227/10 232/17
waste [6] 111/31 112/7 112/9 112/12 112/20 137/18
watch [9] 5/6 14/9 32/15 80/19 106/7 157/19 162/25 215/3 240/14
water [25] 80/7 112/32 113/3 113/29 113/29 120/5 120/6 133/25 135/3 143/9 143/10 185/3 186/21 186/22 186/23 188/3 188/24 188/26 188/26 192/11 192/22 192/24 192/25 192/27 192/32
water-caused [1] 120/6
waterline [1] 192/26
waters [1] 120/3
way [43] 7/29 8/31 13/19 14/11 14/21 14/25 14/32 15/7 30/6 38/1 40/13 43/9 55/31 58/11

way... [29]  62/8 65/24 67/30 80/4 97/3 97/10
114/30 117/17 122/1 125/30 135/17 136/4
141/5 152/2 154/14 163/8 163/17 168/21
178/13 185/25 187/3 189/26 195/23 197/11
198/15 200/8 201/13 207/1 233/4
ways [1]  174/31
we [274]
We've [1]  206/17
weak [1]  76/9
wear [4]  32/5 76/1 76/6 92/24
wearing [4]  26/22 75/31 76/18 76/19
web [1]  138/1
week [4]  90/17 106/15 231/25 235/27
weekend [1]  111/27
weeks [5]  78/9 192/23 229/19 239/15 239/15
welcome [1]  53/16
well [82]  7/27 10/16 11/1 19/19 22/19 29/10
29/20 32/3 36/5 37/31 38/9 47/18 51/6 52/1
52/23 56/1 56/3 74/18 76/3 83/2 84/10 88/27
89/11 91/8 91/10 93/10 93/20 97/15 99/5
101/32 102/10 112/8 118/29 120/8 123/17
126/15 126/23 128/19 130/30 132/3 133/14
133/28 134/28 134/29 135/5 137/14 139/11
140/4 144/22 145/29 151/21 152/16 154/17
155/27 156/23 161/26 166/30 168/25 171/29
177/8 177/19 186/21 186/22 186/23 192/20
193/4 194/11 199/12 201/16 203/10 204/20
204/31 205/30 206/15 207/17 213/22 218/11
220/4 220/13 222/18 224/8 231/17
went [84]  7/1 7/3 7/4 7/5 7/7 7/14 7/15 8/18
8/26 10/14 10/27 11/9 22/15 25/25 29/24 31/1
37/21 50/18 54/16 54/18 55/5 55/7 55/10
57/16 58/22 58/30 59/2 60/25 60/29 61/32
62/10 63/12 63/21 63/26 64/26 66/8 75/2 76/7
76/15 78/4 90/4 94/32 95/24 95/31 96/5 96/5
100/23 100/25 100/26 102/16 107/23 107/25
108/12 108/16 108/22 114/10 115/26 120/11
138/1 149/15 160/25 169/32 170/7 173/12
173/21 178/17 179/32 181/30 186/29 193/8
204/5 222/4 222/26 222/30 224/3 224/3 227/6
228/6 229/24 230/17 231/2 232/2 232/24
239/1
were [336]
weren't [3]  31/14 170/29 202/25
west [22]  109/25 113/14 113/23 116/29
144/11 144/19 144/28 144/32 145/19 151/30
162/10 164/19 166/22 166/22 169/1 169/18
169/24 170/32 171/6 171/20 183/4 199/1
wet [2]  151/7 156/29
Whack [1]  105/22
Whack-a-mole [1]  105/22
what [339]
what's [3]  27/24 66/26 198/10
whatever [14]  29/15 55/3 62/17 65/24 85/7
85/8 91/13 116/18 156/6 174/4 209/12 216/23
237/16 237/17
whatnot [1]  66/27
wheel [1]  191/26
wheels [1]  6/29
when [161]  7/8 7/14 10/3 10/4 10/6 10/13
10/14 10/28 11/24 11/29 17/10 18/18 23/8
23/9 23/11 25/25 28/15 28/20 28/27 29/6
31/11 31/18 32/9 32/12 32/17 37/19 38/16
44/10 47/24 51/17 51/22 52/5 54/4 54/9 54/16
54/18 55/5 55/7 55/10 55/19 57/8 57/15 58/22
58/29 58/29 59/2 59/30 60/29 61/15
61/29 61/32 62/10 62/30 63/21 64/26 68/7
74/23 75/8 76/5 76/27 77/17 77/19 77/22
77/29 77/32 85/1 90/1 90/15 90/15 93/1 93/3
93/25 93/26 93/29 94/6 94/28 95/7 95/23
95/28 97/5 97/23 98/21 99/7 103/10 124/3
126/27 130/13 133/14 137/19 140/32 143/13
144/7 147/8 149/15 151/6 167/2 167/7 168/14
169/5 170/29 173/29 175/8 175/32 179/7
179/10 179/13 179/15 180/24 183/12 183/14
183/15 183/15 183/24 188/13 190/2 191/13
191/19 191/23 196/10 202/26 202/32 203/18
207/14 209/2 211/6 211/14 211/15 211/19
216/4 217/2 217/6 217/13 217/18 217/23
218/23 219/12 221/31 222/4 222/21 222/25
222/30 224/8 224/16 224/28 227/8 229/19
230/1 230/17 231/2 231/21 232/17 232/21
232/24 233/18 234/7 234/11 234/16 235/20
235/21 239/10
whenever [5]  18/32 54/18 55/6 57/19 73/7
where [87]  5/27 7/22 7/25 10/26 12/17 14/23
15/10 15/12 15/15 15/23 16/24 17/7 18/1 18/2
19/16 22/10 23/5 26/27 27/29 31/2 43/11
43/21 45/24 46/30 46/32 46/32 47/1 51/20
52/3 52/3 56/18 64/17 67/11 67/11 67/14
69/30 75/6 75/28 76/32 76/32 77/3 77/4 77/5
78/25 81/26 83/3 94/24 113/7 116/10 118/32
120/19 132/1 152/6 154/2 154/20 161/6 162/6

171/10 172/3 172/14 175/13 178/19 185
194/15 196/8 202/6 202/28 203/14 205/5
205/7 205/27 205/31 206/1 208/10 209/9
210/30 211/8 217/18 221/19 239/11 239/18
whereas [1]  130/15
Whereupon [8]  40/19 41/8 123/6 152/10
158/9 163/21 198/24 240/17
whether [49]  33/7 36/15 49/25 54/17 56/20
58/6 58/7 65/10 68/8 71/7 74/28 75/24 86/8
87/1 87/2 87/15 92/30 96/14 99/20 115/26
127/2 135/11 141/5 143/13 143/14 143/20
143/28 147/10 150/24 154/32 155/14 155/15
155/16 160/17 177/29 188/8 189/12 189/13
190/1 204/28 205/22 206/27 208/6 213/16
213/17 213/18 213/24 230/27 238/4
which [40]  6/23 7/6 7/31 8/2 9/6 10/3 18/9
21/4 31/4 49/24 50/21 55/23 68/27 100/7
107/32 112/13 112/20 112/21 112/30 121/31
123/28 126/19 129/6 136/17 144/29 151/14
153/28 154/19 158/24 159/8 162/17 165/4
166/32 167/14 171/31 172/3 199/10 203/18
225/32 231/15
whichever [1]  22/1
while [34]  4/2 10/24 22/1 22/24 23/22 24/15
24/32 26/6 26/20 47/23 65/14 65/20 96/17
103/7 103/16 103/23 131/14 216/12 217/32
218/15 218/17 218/28 218/28 220/5 223/7
225/21 225/29 227/12 230/9 232/29 233/5
235/4 236/6 238/29
white [1]  80/15
who [51]  3/27 6/30 15/32 24/9 24/22 25/10
26/29 27/10 27/11 34/3 34/3 34/5 34/23 34/25
35/6 38/27 59/6 60/10 60/12 63/26 65/16
66/20 67/22 67/23 71/11 72/7 72/13 72/21
75/17 77/28 83/14 83/19 83/20 97/20 107/2
135/25 135/25 149/2 153/19 154/23 160/29
160/30 208/3 210/14 215/7 223/10 223/18
226/29 226/32 228/8 233/28
whoever [3]  30/29 37/32 89/15
whole [12]  13/1 20/18 20/25 20/29 47/31
78/21 94/26 94/27 96/17 119/17 122/1 131/27
whom [2]  239/3 241/13
whomever [1]  33/19
why [33]  7/1 7/17 32/4 37/25 74/16 74/17
76/1 93/22 95/8 99/10 100/23 100/29 102/24
117/23 138/23 141/20 145/4 163/26 168/4
172/24 172/25 177/32 192/16 194/17 194/21
199/24 199/27 199/28 207/3 207/15 209/26
224/11 225/16
wide [1]  130/28
wife [4]  6/4 31/26 32/16 32/23
will [69]  4/23 9/23 11/14 11/22 12/32 31/26
33/8 34/5 35/11 36/14 36/14 36/16 37/1 37/13
40/32 41/15 41/28 43/4 43/16 43/17 45/6
45/23 46/23 46/26 52/2 52/19 68/25 69/18
73/28 79/19 81/27 102/10 106/22 106/30
108/1 110/7 111/11 111/17 113/2 123/3 123/3
133/20 133/21 138/8 140/16 140/28 142/23
143/31 144/3 157/27 163/13 163/19 164/1
164/2 167/9 169/7 175/24 175/32 180/30
181/19 181/31 190/11 201/4 207/7 209/5
209/17 209/19 211/1 223/5
Williams [3]  60/16 60/17 233/25
Williams' [1]  190/8
willing [2]  53/1 228/18
WILLIS [3]  1/21 3/11 4/32
Willis' [1]  61/7
window [4]  46/31 47/1 167/6 202/20
windows [1]  83/3
wintertime [1]  25/3
wipe [19]  113/18 113/20 113/21 113/22
113/26 113/27 116/1 116/22 116/31 144/8
144/10 144/16 144/19 144/28 144/32 151/29
152/6 152/18 155/18
wipes [2]  155/30 182/21
wire [2]  185/21 186/7
wiring [1]  46/14
wise [1]  25/27
wish [4]  60/8 91/13 105/17 168/30
withdraw [2]  73/28 212/6
within [9]  4/10 23/24 109/23 114/26 114/31
169/23 186/28 213/14 216/31
without [10]  32/6 71/16 76/12 136/5 158/8
174/27 181/11 181/17 189/24 198/17
witness [52]  2/3 3/28 3/30 17/24 18/23 32/21
33/14 33/28 44/17 46/1 51/1 51/3 54/25 56/8
57/4 64/31 68/13 70/19 72/24 87/10 89/24
91/30 96/19 98/12 98/13 100/1 100/4 101/14
101/15 102/21 105/30 106/17 114/7 116/8
122/32 136/30 139/3 156/19 170/15 170/23
175/24 196/4 200/27 204/19 207/15 208/4
215/8 218/3 219/1 235/1 238/11 240/7
witness's [1]  168/29
witnessed [2]  32/30 191/1

won't [3]  48/28 117/25 151/3
WONG [7]  1/8 38/10 38/21 74/7 74/8 74/9
94/20
wood [3]  85/30 86/8 87/4
Woolford [1]  60/16
word [9]  19/7 45/22 100/2 130/6 138/8 141/1
156/28 175/11 212/23
words [1]  193/21
work [46]  6/11 6/17 6/19 24/10 28/12 29/20
29/21 29/23 30/28 31/2 49/2 50/12 54/16
54/19 55/5 55/10 57/16 60/19 60/25 94/20
94/23 97/28 108/11 108/13 108/22 136/11
149/21 151/28 159/6 181/11 181/17 182/12
187/8 188/10 190/29 193/25 216/14 216/23
218/14 224/3 224/4 231/2 232/2 232/5 239/10
239/30
workday [1]  135/20
worked [32]  8/9 9/31 10/13 15/32 22/24 26/7
27/12 38/27 39/3 51/17 57/18 65/17 67/1 67/2
67/23 77/32 94/24 98/29 107/24 108/19
160/30 179/1 182/10 215/26 217/28 220/1
223/19 226/32 228/28 238/12 238/31 239/15
workers [4]  16/26 25/10 223/18 226/32
working [62]  8/4 9/27 10/11 26/18 38/22
50/21 50/22 51/22 60/22 74/15 74/23 76/5
78/18 78/19 93/18 95/26 95/29 97/5 102/14
102/16 102/27 103/8 180/22 180/25 180/27
182/6 182/7 184/9 184/13 187/13 187/14
187/31 187/32 188/9 216/4 216/12 217/32
218/28 218/29 219/26 219/29 220/5 220/18
220/25 220/28 221/13 221/16 222/2 222/12
222/26 222/30 223/7 224/22 225/21 225/29
227/12 229/14 231/28 232/13 235/4 236/7
238/30
works [1]  151/5
worried [3]  10/31 29/4 94/3
worry [2]  27/1 27/2
worse [10]  29/1 74/31 117/21 218/19 219/30
220/5 220/18 220/28 221/17 222/32
would [239]  4/3 4/8 7/23 8/15 9/7 11/30
11/31 12/7 15/30 22/16 22/21 23/5 24/3 24/7
24/13 24/18 24/18 24/22 25/10 25/11 25/12
25/13 26/19 37/31 38/27 39/7 39/9 51/31
52/23 52/28 57/18 57/21 58/9 60/27 64/12
64/13 65/21 65/23 66/11 66/14 73/31 75/2
75/4 75/6 75/15 75/18 75/28 76/17 85/10
85/12 87/19 88/30 91/13 93/19 98/22 103/27
103/31 107/13 112/2 112/23 113/9 113/30
116/23 117/4 118/2 120/17 121/4 122/12
126/1 126/20 126/26 128/27 131/3 131/18
134/8 136/11 136/26 137/10 138/12 138/15
138/16 138/20 138/22 139/27 140/19 140/19
141/2 142/11 147/4 147/13 147/23 147/25
147/27 147/31 148/1 152/3 152/17 155/3
157/2 157/5 158/12 160/22 162/12 162/13
162/21 163/11 163/26 164/11 165/6 167/14
168/4 168/27 169/22 169/24 169/25 169/26
169/30 170/4 170/8 170/10 170/11 170/12
170/19 171/17 171/18 171/20 171/21 172/27
172/29 173/14 173/24 174/23 174/27 175/5
175/6 175/7 175/12 175/20 176/29 178/21
178/30 178/31 179/1 179/2 179/25 179/29
180/15 180/16 180/16 180/32 181/5 181/17
182/2 182/12 183/4 183/24 183/29 184/7
184/27 185/28 185/29 187/1 187/5 187/8
187/11 187/15 187/16 188/11 188/25 188/25
189/8 189/17 189/19 189/25 191/2 191/2
191/3 193/2 193/2 193/13 193/28 193/29
193/30 194/29 195/3 195/8 195/9 195/11
195/23 196/6 196/8 196/17 196/18 196/19
198/11 199/1 199/25 199/27 199/28 200/1
200/16 200/22 200/24 201/1 201/2 202/20
202/21 203/15 208/3 209/26 211/4 211/13
211/18 211/21 211/22 216/14 216/16 216/18
216/20 216/23 216/24 216/26 216/27 217/2
217/6 217/23 218/11 218/12 218/15 226/14
226/30 230/12 230/14 233/32 236/22 237/18
238/24 239/29 239/30
wouldn't [14]  24/20 30/16 30/17 30/26 39/16
77/9 141/26 141/29 147/30 151/19 176/18
188/10 189/14 211/8
wound [1]  228/2
woven [1]  185/21
wow [1]  90/17
wrap [1]  216/18
wrapping [1]  100/11
write [2]  85/32 159/26
writers [2]  217/14 217/15
writing [2]  216/2 239/25
wrong [15]  10/21 27/24 37/22 128/19 130/9
176/27 183/20 184/6 204/7 206/2 206/3
229/27 232/31 235/26 237/16

## Y

y'all's [1]  98/30
yeah [95]  6/15 9/18 10/9 11/18 12/31 13/10
 14/7 18/12 19/8 19/28 21/7 24/11 25/18 27/27
 31/1 31/30 43/6 43/19 43/26 44/12 48/1 50/8
 50/13 50/15 51/19 59/11 61/9 76/21 76/23
 76/31 77/22 78/32 79/8 79/19 79/27 80/4
 80/12 82/3 82/4 82/9 83/23 84/24 84/30 85/12
 85/23 85/28 87/10 90/11 93/32 97/13 98/26
 112/8 118/10 120/8 121/26 123/32 124/9
 124/29 125/25 127/17 130/30 131/6 133/2
 133/17 133/32 134/16 135/7 137/30 139/13
 140/16 142/9 142/32 143/4 147/20 147/22
 147/25 149/22 150/31 151/25 154/13 157/7
 165/11 166/12 173/4 174/13 183/8 183/28
 184/22 187/23 193/10 194/11 194/20 196/22
 199/20 200/17
year [23]  8/12 8/14 22/2 23/12 23/13 23/25
 23/30 23/32 31/20 48/28 49/1 68/5 69/11
 71/29 72/15 77/17 77/21 94/7 108/13 162/12
 216/8 228/15 231/17
years [29]  6/5 10/5 10/8 10/10 13/1 17/4
 23/28 31/28 31/32 58/15 94/7 107/24 108/24
 122/26 124/8 158/31 158/32 159/5 162/7
 192/19 208/13 222/8 222/28 222/29 222/29
 231/13 231/22 232/25 232/26
yellow [1]  83/5
yes [290]
yesterday [8]  4/3 4/5 4/28 190/9 219/17
 220/13 221/7 233/25
yet [2]  41/15 48/28
you [1453]
you'd [2]  14/5 73/24
you'll [2]  99/5 140/26
you're [6]  5/22 53/16 73/6 122/22 140/25
 144/16
young [1]  41/12
your [330]
yours [1]  81/20
yourself [6]  5/32 48/22 48/26 65/27 126/30
 190/21

## Z

zero [1]  194/29
zincs [1]  104/21
zone [2]  169/11 169/13
zones [1]  166/24

**Page 1**

```
              CIVIL DISTRICT COURT
              PARISH OF ORLEANS
              STATE OF LOUISIANA

NO. 2000-7489          DIVISION "A"


THOMAS ANDERSON, PAMELA DAVENPORT, EVELLE THOMAS,
JUDY HARVEY, JOSEPH WONG, individually, ON BEHALF OF
    THOSE SIMILARLY SITUATED, ALL PERSONS EXPOSED TO
        CHEMICALS AT 2400 CANAL STREET

                  VERSUS

           CITY OF NEW ORLEANS, ET AL


    PROCEEDINGS held in the above-captioned matter
were taken in Open Court before the HONORABLE
TIFFANY GAUTIER CHASE, Judge presiding, on September
30, 2015.


APPEARANCES:


FOR THE PLAINTIFFS:
    ROY F. AMADEE JR., ESQ.
    GARY J. GAMBEL, ESQ.
    JENNIFER C. WILLIS, ESQ.
    TONY M. CLAYTON, ESQ.

FOR PAN-AMERICAN LIFE INSURANCE
COMPANY:
    DARRYL J. FOSTER, ESQ.

FOR NID CORPORATION:
    JOHN A. STEWART, ESQ.
    BRODIE G. GLENN, ESQ.

FOR THE CITY OF NEW ORLEANS:
    KIMLIN S. LEE, ESQ.
    CORWIN M. ST. RAYMOND, ESQ.




Reported by:
PATRICIA O'BRIEN, C.C.R.
Official Court Reporter
```

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
1

**Page 2**

I N D E X

| WITNESS | PAGE |
|---|---|
| ERVIN L. RITTER | |
| Mr. Glen (direct) | 5 |
| Mr. Foster (direct) | 47 |
| Mr. Gambel (cross) | 51 |
| Mr. Glen (redirect) | 66 |

E X H I B I T S

| NUMBER | OFFERED | ADMITTED |
|---|---|---|
| Joint 33 | 4 | |

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
2

**Page 3**

```
              P R O C E E D I N G S
THE COURT:
    This is 2007-489, Anderson versus City of
New Orleans. All counsel are present and
accounted for. You may be seated. Who is up?
MR. GLEN:
    Defendants call Mr. Ervin Ritter. This is
Brodie Glen on behalf of NID Corporation.
MS. LEE:
    Your Honor, Kimlin Lee for the City of New
Orleans. I know originally that I said that I
was not bringing Mr. Thomas Terry to testify,
but I have decided to bring him. I would like
him to come tomorrow, if possible, first thing
in the morning. It shouldn't take that long,
or after.
MR. ST. RAYMOND:
    After.
MS. LEE:
    After Mr. Rasmuson testifies.
THE COURT:
    Okay.
MR. GAMBEL:
    Who is this?
THE COURT:
    Thomas Terry. He was on the witness list.
MR. GAMBEL:
    I believe that, I just didn't understand.
MR. CLAYTON:
    Judge, the problem I have with it is that
I thought we were told that they weren't going
to call him, and, therefore, we don't have a
```

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
3

**Page 4**

```
deposition or anything of him. We don't know
what he is going to say.
THE COURT:
    But you did not know that they were not
going to call him until Monday, so --
MS. LEE:
    He is on my witness list.
THE COURT:
    He is on the witness list.
MS. LEE:
    She asked about that on Monday. At that
point, you know, I wasn't sure if I was going
to actually call him, but I have decided to
call him. He will be here tomorrow.
MR. CLAYTON:
    I'm sorry. All right.
THE COURT:
    Let's go.
MR. GLEN:
    All right. Brodie Glen on behalf of NID
Corporation. Defendants call Mr. Ervin Ritter.
    ERVIN L. RITTER, after having been first
duly sworn or affirmed in the above-entitled
cause, was examined and testified as follows:
MR. GLEN:
    Your Honor, Mr. Ritter's report and
incorporated CV are submitted as Joint Exhibit
33.
THE COURT:
    3 what?
MR. GLEN:
    33.
```

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
4

DIRECT EXAMINATION

BY MR. GLEN:

Q.   Mr. Ritter, can you spell your name for the record, please?

A.   Ervin, E-r-v-i-n, middle initial L, Ritter, R-i-t-t-e-r.

Q.   Please state your address.

A.   My residence is 201 Bocage, B-o-c-a-g-e, Circle, Lafayette, Louisiana 70503.

Q.   All right. Tell the Court briefly about your educational background.

A.   After high school, I attended the University of Southwestern Louisiana, known as the University of Louisiana Lafayette, attained a Bachelor's in mechanical engineering, licensed as a professional engineer 1977. Today, I am licensed to practice in 13 states.

My practice area has been building engineering systems, that being designing HVAC, plumbing, fire sprinkler, specialty mechanical systems, et cetera for buildings. My client list is from public and private owners and so on.

Q.   So you have -- you went into it a little bit, but you have experience in designing HVAC systems, correct?

A.   Yes, sir.

Q.   Do you have experience in maintenance programs for HVAC systems?

A.   Yes, sir.

MR. GLEN:

All right. At this point, we will tender Mr. Ritter as an expert in the field of HVAC

engineering, design and maintenance.

MR. GAMBEL:

No objection, Your Honor.

BY MR. GLEN:

Q.   Mr. Ritter, are you familiar with the type or types of HVAC systems that you encountered in 2400 Canal Street?

A.   Yes, I am.

Q.   Explain to the Court, as briefly and as concisely as possible, how the system in 2400 Canal Street worked, as originally designed.

A.   Okay. 2400 Canal Street had a chilled water air conditioning system, which used two water wells for its condenser water side. The chilled water then is circulated through coils in the building, cooling coils. This is a hybrid coil system which has spray coils, which means that you have air that is going to go into direct contact with chilled water and then flow through a chilled water coil also.

That air is then sometimes mixed with warmed air from the heating system to attain the temperature that's desired in the building in the different zones for the floors above.

You have several zones, two fan rooms on the ground level and two fan rooms in the penthouse, with ducts that feed from the ground level upward and ducts feeding from the fan rooms downward, and they are connected together.

Q.   Let me stop you right. You mentioned the zones. Would you mind either drawing on the first board to the left, which is, I believe, 36-AC-I

exhibit --

THE COURT:

Just watch your step, okay?

THE WITNESS:

Okay.

MR. GLEN:

Judge Chase, can you see clearly that one?

THE COURT:

I can the see bigness of it. I cannot read what is on the board.

BY MR. GLEN:

Q.   Mr. Ritter, you can either use your pointer or use a marker to show --

A.   Let's see if I can do it with the pointer.

Q.   If you could show where -- I'd like you to show --

A.   Let me do this where the Judge can see.

Q.   I would like you to first show the zones that were serviced by the ground floor air unit.

A.   Okay. The area of the question is, we have an air handler unit room here, which is covering this area.

Q.   That's our old friend AHUGA, correct?

A.   That is correct.

Q.   GA is actually a multi-zone unit. Off of it, you have several ducts. Each one of those ducts is feeding an area that is thermostatically controlled. So, and I am going to take a quick guess, it looks like we have got about seven zones right there, so we have seven thermostats that are in control of seven areas. That is one area.

Down in the east side, we have another area

with ductwork, and then the west side of the building, we have another area with ductwork. Those are off of, being fed from fan room GE and fan room GW, and the reason they are fan rooms, whereas, Your Honor, this is one unit here, and in 1951, it was probably a commercially-manufactured unit. But in 1951, when they designed this, this area where fan room GE and fan room GW are, they built coil banks and put fans that would draw the air through them for the different zones.

So it was a little more sophisticated than this box up here, with the zones coming off. They have fans. They designed it with a fan that would feed each zone upward, and then control the temperature of those zones.

And that's the reason why the use of building engineers comes about. You had to have someone controlling the building. It wasn't as -- it was automatic for its day, but not as automatic as today.

Q.   Mr. Ritter, if you wouldn't mind, take your marker and outline the areas serviced by GA. And, again, this was as originally designed.

A.   Okay, GA. This is the area --

Q.   Mr. Ritter, let me stop you real quick. Could you tell -- I'll tell the Court Reporter. We are drawing on -- Mr. Ritter is drawing on Exhibit 36, AC-1, and he is drawing in pink highlighter.

A.   Okay. This is the area that is served by GA. Also, GA, for this area, there is a small area of ductwork on the floor above that it also controls. I think it's this area and this area, and then there

1   is a unit up there, that is what — I know I'm
2   rambling, Your Honor, I'm sorry.
3           But my point is, there is a little bit of an
4   area beyond here that's on the floor above that GA
5   also serves.
6   Q.    That's good, Mr. Ritter. Let's move on to --
7   actually, before we move on, where — show the
8   Court, and we discussed this briefly yesterday,
9   there was a supply duct into fan room GA that was
10   supplied by fan GE-6, correct?
11   A.    That is correct.
12   Q.    For return air?
13   A.    Okay.
14   Q.    And if you would, highlight that.
15   A.    I will.
16   Q.    Mr. Ritter is marking that on AC-1 with yellow
17   highlighter. And, Mr. Ritter, I believe it's shown
18   on drawing AC-10, the continuation, and that's
19   Exhibit 36, AC-10?
20   A.    Okay. I have stared at these things so much
21   that sometimes my eyes cross a little bit when I
22   walk close to them this big.
23           THE COURT:
24              Wait, you made the tender. Mr. Gambel had
25   no objection. I will accept Mr. Ritter as an
26   HVAC systems engineer in design and
27   maintenance.
28   BY MR. GLEN:
29   Q.    All right, Mr. Ritter. You can take your seat
30   again.
31   A.    Okay.
32   Q.    So you mentioned, as the system was originally

1   designed, air would pass through chilled water or
2   cooled water, correct?
3   A.    That is correct.
4   Q.    Now, as the air passed through this cooled
5   water, would that have the effect of drawing
6   contaminates out of the water?
7           MR. GAMBEL:
8              Your Honor, I'm going to object. I don't
9   think he has the expertise to testify on how to
10   handle it. Maybe contaminates is a big word,
11   but the contaminates we are dealing with here
12   are hydrochloric and hydrofluoric acid, and I
13   don't think he has expertise --
14           THE COURT:
15              Lay a foundation first, and I will see
16   whether or not he will be able to testify as to
17   that, because — and I think that what Mr.
18   Gambel is talking about is the use of the word
19   contaminates. He is competent to testify as to
20   how air flows, but then the component regarding
21   the contaminates, I think you need to lay a
22   foundation for.
23           MR. GLEN:
24              Well, my next question was going to be
25   could, as the air passed through — I'll
26   rephrase my main question.
27   BY MR. GLEN:
28   Q.    As the air passed through the chilled water
29   going through the system, would that chilled water
30   draw acids out of that water?
31           MR. GAMBEL:
32              Objection, Your Honor.

1          THE COURT:
2             Sustained. I do not know if he is
3   competent to testify as to that.
4          MR. MR. GLEN:
5             Can I try to lay a foundation as to this
6   part?
7          THE COURT:
8             Sure.
9   BY MR. GLEN:
10   Q.    Mr. Ritter, as you explained earlier, you are
11   familiar with how these systems work, correct?
12   A.    Yes, sir.
13   Q.    And is it common knowledge, or is it knowledge
14   within the industry that, as water passes through
15   these chilled water units, it withdraws certain
16   things from the water?
17   A.    In the case of this system, which is, as you
18   mentioned earlier, is a hybrid coil. It's a spray
19   coil. You have actual chilled water being sprayed
20   and in direct contact with the air, and then the air
21   flows through a fin tube coil. Today's air
22   conditioning systems use just fin tube coils, and
23   the only direct contact within --
24           THE COURT:
25             Use what?
26          THE WITNESS:
27             Fin tube coils.
28          THE COURT:
29             F-i-n?
30          THE WITNESS:
31             F-i-n.
32          THE COURT:

1          What is that?
2          THE WITNESS:
3             In simple terms, Your Honor, it's the
4   cooling coil in the inside unit of your air
5   conditioning unit at home, except we are just
6   taking that small system and making it on a
7   larger scale.
8   BY MR. GLEN:
9   Q.    So if I understand you correctly, a modern
10   system would not have the effect of drawing
11   contaminates, anything of that nature, out of the
12   water? Is that what I understand you to be saying,
13   a modern system with the fin tube coils?
14           MR. GAMBEL:
15             Your Honor, I'm going to object, just
16   because he is still beyond his area of
17   expertise. He is just asking now what a modern
18   system wouldn't do.
19           THE COURT:
20             Sustained.
21          MR. GAMBEL:
22             And I know it's not applicable here, but
23   you're talking about contaminates, one, it's
24   not clear enough, and two --
25          MS. WILLIS:
26             Gary, she sustained your objection.
27          MR. GAMBEL:
28             Oh, sorry. I'm deaf.
29          MR. GLEN:
30             I was just trying to show that it's within
31   his area of expertise, but Mr. Gambel --
32          THE COURT:

1       But I have already ruled.  Sustained.
2   MR. GLEN:
3       We will move on.
4   BY MR. GLEN:
5   Q.   Let's get to your opinion.  As I understand
6   it, the gist of your opinion is that air from the
7   east room, which is, apparently, where the barrels
8   were found, air from that east room could not be
9   circulated throughout the building.  Is that
10  correct?
11  A.   That is correct.
12  Q.   And please explain to the Court your basis for
13  that opinion.
14  A.   Okay.  Well, as Mr. Handlin had said
15  yesterday, the building is under a positive
16  pressure, and that was something I was going to
17  explain today is that the building is positively
18  pressurized.  We both agree on that.  And may I —
19  Q.   Yeah, sure.  Again, explain to the court
20  reporter, you know, which exhibit you are on.
21  A.   I'm going to be on Exhibit 36, marked AC-1.
22  To positive pressure the building, we need to force
23  more air into it so that it's wanting to expel air
24  out of any opening.  Buildings are tight boxes, but
25  they still leak air, and in our area of the country,
26  it's very important that we maintain positive
27  pressures in buildings.
28      As Mr. Handlin said, you notice when you walk
29  into a building, open a door, and air hits you in
30  the face.  By the same token, you notice in a
31  negative building is when you try opening a door and
32  a suction tries to keep it closed on you.  That's,

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
13

1   in simple terms, positive and negative buildings.
2       Water vapor, which is in our air, is seeking
3   to come in through the buildings, and that's the
4   reason for positive pressure, forcing it backwards,
5   in a nutshell.  Okay?  So we bring it in, positive
6   pressure of the building, keep water vapor out, and
7   replace the oxygen that the occupants are breathing,
8   ventilation rate.
9       The ventilation rates for buildings are
10  prescribed by ASHRAE, A-S-H-R-A-E, American Society
11  of Heating and Refrigeration Engineers.  They write
12  the rule books for us engineers that do this.
13  Anyway, we are going to positive pressure the
14  building.  We are going to bring in air.  We have a
15  large grill here, as Mr. Handlin said.  We are
16  bringing in outside air here for the building.
17  Q.   When you say here, can you indicate?
18  A.   Indicating through a large louver at the front
19  of the building, the Canal Street side of the
20  building.
21  Q.   And that's down by fan room GE, correct?
22  A.   That is correct.  We are going into actually
23  fan room GB.
24  Q.   Okay?
25  A.   And there are two fans in GB.  One forces air
26  into the machine room, and the other one distributes
27  the air to GE and GW.
28  Q.   Okay.  Now, how does that affect your opinion
29  that — well, strike that.  You can continue.
30  A.   Okay.  That's giving me air that's in excess
31  of what is here.  We also, on the penthouse, up at
32  the top, we have up there two rooms, RE and RW, fan

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
14

1   rooms, and they are bringing in air also, and these
2   are feeding air down to the duct zones, which are
3   being met up with the duct zones from the ground
4   level.
5       We have roughly 30,000 CFM going into this
6   building.  All CFM is is cubic feet of air, okay.
7   It's hard to even visualize, but just a little box,
8   30,000 of them, being forced in every minute.  Okay.
9   About 15,000 of them are dedicated to this machine
10  room.  So the other 15,000 is dedicated to the rest
11  of the building, and it's trying to get out of the
12  building through any opening.
13      So my point is that this fan room, this fan
14  room, and the two at the top is where the excess air
15  is coming into the building.  This room is getting
16  excess air, 6,000 of it, here.
17  Q.   And that's fan GA, correct?
18  A.   That's fan GA where that's going into this
19  room.  So this area is positive pressure.  Now, you
20  have the exhaust right here in the east room, where
21  AHUE was located, that would have brought it out,
22  but they blocked it off.  For some reason, no one
23  knows.  I don't.
24  Q.   That's according to Mr. Handlin?
25  A.   According to Mr. Handlin's report and his
26  sketch.
27  Q.   We don't know where they blocked it off or who
28  blocked it off or why?
29  A.   Don't know who, when, what reason, but it was
30  done, according to Mr. Handlin.  This — and when I
31  say positive pressure, that is more pressure in this
32  area with respect to the outside.  So it's going to

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
15

1   flow, want to go to the outside.  If we open a door
2   up, air is going out of the building.  If we open a
3   window, air is going out of the building.  If there
4   is a crack in the wall, air is going out of the
5   building.  That's the purpose of positive pressure.
6   So we have got this positive pressure, and you asked
7   me why do I believe that the chemical fumes stay in
8   that area, am I right?
9   Q.   That's correct.
10  A.   Okay.
11  Q.   I would say air from the east room.
12  A.   Air from the east room stayed in the east room
13  or went somewhere in that direction, but not back
14  towards GA.
15  Q.   And not throughout the building?
16  A.   Okay.  I will explain.  Looking at the
17  evidence of damage to AHUE, and looking for similar
18  damage to AHUGA.
19  Q.   Let me stop you right there.  When you say
20  damage to, let's back up a step.
21  A.   Okay.
22  Q.   Draw on there, if you will, where AHUE and
23  AHUW were, please.  And that's on number 36-AC-1?
24  A.   Correct, and I'm using a blue marker.  AHUE is
25  here.  AHUW is here.
26  Q.   Now you mentioned — you started talking about
27  corrosion or degradation to AHUGA, and, in reference
28  to AHUE.  Mr. Handlin mentioned that AHUE, he
29  witnessed severe corrosion in AHUE, correct?
30  A.   That is correct.
31  Q.   And that was his basis for saying that AHUE
32  operated at some time, as I recall, correct?  Do you

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
16

1  recall that?
2    A.    That is correct.
3    Q.    And —
4         MR. GAMBEL:
5              I'm going to object just to the
6         recharacterization of Mr. Handlin. He
7         testified for however long yesterday. He said
8         a lot more than that characterization.
9         THE COURT:
10             I note your objection. If you would like
11        to ask — I think you could just rephrase the
12        question.
13        MR. GLEN:
14             Sure.
15   BY MR. GLEN:
16   Q.    What do you recall Mr. Handlin saying about
17   AHUE, either in his report or in his testimony
18   yesterday?
19        MR. GLEN:
20             I'm not putting words in his mouth?
21        MR. GAMBEL:
22             Your Honor.
23        THE COURT:
24             At what point? He said a lot of stuff
25        yesterday. I mean I guess the question —
26        MR. GLEN:
27             I will narrow it with regard to AHUE and
28        corrosion.
29        THE COURT:
30             His testimony speaks for itself. You can
31        ask him whether or not he agrees or disagrees
32        with the assertion, but you have to tell him

1  what that assertion is.
2         MR. GAMBEL:
3              I also think it's irrelevant what he
4         remembers Mr. Handlin saying or not. It's
5         whatever his opinions are.
6         THE COURT:
7              That is what —
8         MR. GAMBEL:
9              I don't want to be obstructive.
10        THE COURT:
11             No, but that is why I am saying the
12        question could be properly phrased as to Mr.
13        Handlin stated X, Y and Z. Do you believe that
14        that is correct? If it is not correct — it
15        does not really matter, and I agree with you
16        that it is not really relevant as to what his
17        testimony was. His testimony speaks for
18        itself.
19        MR. GLEN:
20             Sure. Sure.
21        THE COURT:
22             It is his opinion.
23        MR. GLEN:
24             We will go back to his report then. We
25        will talk to Mr. Handlin's report.
26   BY MR. GLEN:
27   Q.    Do you recall, in Mr. Handlin's report, him
28   mentioning that AHUE was severely corroded?
29   A.    Yes, sir.
30   Q.    And he said they we don't know — that's what
31   he said. That was his words. He also said that he
32   went into fan room GA in his report, correct?

1    A.    That is correct.
2    Q.    And he said in his report that AHUGA was not
3    as corroded as AHUE?
4    A.    That is correct.
5    Q.    So if I can back up a step, if I understand
6    you correctly, you are saying that, because AHUGA
7    was not as corroded as AHUE, you believe AHUGA
8    continued to operate?
9    A.    That is correct.
10   Q.    And positively pressurized, the zone was
11   originally serviced by the unit, AHUGA?
12   A.    That is also correct.
13   Q.    All right. Let's circle back here. So, in a
14   nut shell, if I understand you correctly, we have
15   got positive pressure that's coming out of the
16   building as fresh air. It is corralling the air, if
17   you will, into the east room or the area immediately
18   located or surrounded by the east room. Is that a
19   fair statement?
20   A.    That is.
21   Q.    Did you perform any fresh air calculations?
22   A.    Yes, I did.
23   Q.    Were those, as you stated, and drew on the
24   board, the 30,000 cubic feet a minute of fresh air
25   into the building?
26   A.    Those are rounded numbers for simplistic —
27   yes.
28        THE COURT:
29             I am sorry. When did you perform the
30        fresh air calculation?
31        THE WITNESS:
32             During the time that I was writing my

1    report.
2    BY MR. GLEN:
3    Q.    And based on the original plans, correct?
4    A.    That is correct. The evidence I had to use
5    was the original plans.
6    Q.    Right.
7         THE COURT:
8              And the system was not working at the
9         time, it was not functioning?
10        THE WITNESS:
11             Your Honor, at the time that I became
12        involved in this case, the — was post-Katrina,
13        and the systems were already in process or had
14        been removed. So I haven't been asked this
15        question, but I will volunteer, I have not —
16        did not have the opportunity to see it. So I
17        am relying on the pictures that — anything
18        that I could get my hands on.
19   BY MR. GLEN:
20   Q.    Let's clarify that a little bit. You had a
21   set of the original plans to review, correct?
22   A.    That is correct.
23   Q.    You had Mr. Handlin's report to review,
24   correct?
25   A.    That is correct.
26   Q.    You had Mr. Handlin's exhibits to review,
27   correct?
28   A.    That is also correct.
29   Q.    You had the photos taken by Mr. Handlin to
30   review, correct?
31   A.    Yes, sir.
32   Q.    And you had the United States Environmental

1  photos to review, correct?
2  A.    Yes, sir.
3  Q.    And there were some other photos taken, as far
4  as we know, in 2002. You also had those to review,
5  right?
6  A.    That is correct.
7  Q.    So -- but again, your basic opinion and your
8  basic assumption is the system was, more or less,
9  functioning as it was designed. Is that correct?
10  A.    That is correct.
11         MR. GAMBEL:
12             Objection. At what time, Your Honor?
13         MR. GLEN:
14             That's a difficult question. It is.
15  BY MR. GLEN:
16  Q.    I would say at any time generally --
17         THE COURT:
18             Wait. He is just trying to figure out a
19         temporal element.
20         MR. GAMBEL:
21             Is he saying that it worked perfectly when
22         it was installed in 1950? Or was it working
23         yesterday?
24         THE COURT:
25             I am agreeing with you. I am trying to --
26         MR. GLEN:
27             And that is a good objection. That is a
28         difficult thing to say because the truth is,
29         nobody knows when and what was changed.
30         THE COURT:
31             Now you are testifying. He just simply
32         asked you to --

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
21

---

1         MR. GAMBEL:
2             I want him on the stand.
3         MR. GLEN:
4             I will get a pinpoint date.
5         THE COURT:
6             Okay, let's rephrase and lay a foundation.
7         MR. GLEN:
8             Sure.
9  BY MR. GLEN:
10  Q.    December 9th, 1999. On December 9th, 1999,
11  you assume that the system, generally as designed,
12  was functioning as it was intended. Is that
13  correct?
14  A.    That is correct.
15  Q.    Let's delve into how you reached your
16  conclusion that the building was functioning, as
17  designed, on or about December 9th, 1999. You don't
18  believe that AHUE was functioning on December 9th,
19  1999, do you?
20  A.    No, I do not.
21  Q.    And why is that?
22  A.    The pictures I reviewed showed that the unit
23  was basically gutted, and those are prior to
24  Mr. Handlin's pictures. I think they were from the
25  United States Environmental photos. AHUW, I do not
26  know the operating condition of it, but AHUE could
27  not have been operating. It looked like it had
28  been -- the coils removed, the controls were ripped
29  out of it, pulled out of it, so it could not have
30  been in operation.
31             Looking at the amount of rust on it, it had
32  not been operating for some time. Whatever those

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
22

---

1  causes of rust, being moisture, chemicals, whatever,
2  it was there, okay.
3  Q.    And, based on Mr. Handlin's comments in his
4  report that AHUGA was less corroded than AHUE, you
5  believe, or you are making the assumption that AHUGA
6  was also functioning on December 9th, 1999, correct?
7  A.    Yes, sir.
8  Q.    All right. Now, let me get my bearings here.
9  Would your opinions be altered by the presence of
10  elevator shafts, doorways, stairwells and things of
11  that nature?
12  A.    No.
13  Q.    And explain why not.
14  A.    Okay. The stairwells are exit requirements
15  for buildings, and they are required to be rated
16  with rated doors. Now, there is going to be a
17  little bit of a crack around them, and you will -- I
18  will not say that you are sealed a hundred percent,
19  but it is going to restrict between 90 and
20  99 percent of the air flow when the doors are
21  closed.
22             When elevator shafts are built, they are also
23  rated shafts, and doors open and close, and they are
24  designed to be relatively tight, not as tight as
25  stairwell doors, and you may have a little bit, but
26  not large volumes.
27             Also, on the buildings at that time, it was
28  required that elevator shafts be ventilated. These
29  shafts use traction elevators, which the machine
30  room was at the top that opened to the shaft, and
31  those were ventilated. That's shown on the plans.
32             You would have had a smoke vent in the top of

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
23

---

1  the stairwells. So the air movement from moving of
2  cars -- the elevator car moving up and down is going
3  to pull air from the penthouse area, where the
4  equipment is located more so. That is not going to
5  be a major change in the pressure. And the building
6  is positively pressurized, so, here again, any air,
7  I have got the openings there, I'm pushing it out.
8  Yes, sir, I'm sorry.
9         MR. GAMBEL:
10             I'm just waiting until he finishes. I
11         think, again, Your Honor, he is an HVAC expert,
12         and his explanation of the elevators, I think,
13         is beyond what he is qualified to do.
14         THE COURT:
15             Overruled, because Mr. Handlin's testimony
16         was specifically about that, which is why his
17         questions --
18         MR. GAMBEL:
19             But he was so much more imminently
20         qualified, Judge.
21         MR. GLEN:
22             That's why it was in his report.
23         THE WITNESS:
24             I disagree with you.
25         THE COURT:
26             That was overruled.
27         MR. GAMBEL:
28             He was my expert.
29         THE COURT:
30             He was your expert. And he didn't object,
31         right?
32

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
24

BY MR. GLEN:

Q.   So the bottom line is, the presence of stairwells, doorways, elevator shafts would have a negligible effect, if any, on the migration of air out of the east room throughout the building.  Is that a fair statement?

A.   That is correct.

Q.   All right.  Speaking of air migrating.  Assuming air could migrate out of the east room, as Mr. Handlin reports, would it be diluted, the farther away from the east room that it went?

MR. GAMBEL:

Again, Your Honor, I think this is beyond his expertise, to talk about what these chemicals would do.

MR. GLEN:

I disagree, Your Honor.  On the first day, when Dr. Williams was on the stand, we talked about if someone was standing on the top floor, how dilute, if you will, the air would be.

THE COURT:

Right, but Dr. Williams is a toxicologist.

MR. GLEN:

But you said, and you didn't allow her to testify, and you said, if I recall correctly, that that was the realm of the HVAC.

THE COURT:

The manner in which things travel through the system.  But you are asking him about how chemicals react and how --

MR. GLEN:

Not necessarily how they react.  Let me

rephrase.

THE COURT:

Okay.

BY MR. GLEN:

Q.   Does air, as it moves, let's say from a source through the air conditioning system, throughout the building, is it becoming more dilute the farther it moves away from that source as it moves through the system?

MR. GAMBEL:

Judge, I'm not -- well, never mind.

MR. GLEN:

I can further qualify it by, we have got fresh air coming into the building.

THE COURT:

He can answer the question.

MR. GLEN:

Sure, just go ahead.  I don't want to hold you up.

THE WITNESS:

Okay.  That is -- you are talking about indoor air quality, which is an area that I do also work in, Your Honor, but -- and if you have an odor, per se, the further I get away from it, the less I'm going to smell it, and if I have air moving in a direction, I can move that odor, and I can even put enough air, I can dilute it, too.

If I take a -- if I took an odorant and, let's say this morning, and I am not a cologne-wearing person, but if I had put on cologne, Your Honor, you would definitely know

I was sitting here.  But the young lady at the back may not know it because it has to travel, and by the time my odor gets to her, it dilutes.  And I think that's the gist of your question in an example form.

BY MR. GLEN:

Q.   That is.  That's exactly correct.  How would that be affected by the HVAC system, assuming you do have fresh air coming into the building and things of that nature?

A.   Well, in the HVAC system, if we did not bring in outside air, didn't maintain the positive pressure -- primarily the outside air, we would keep that same air turning over and over, and, eventually, my level of odors would increase.

The purpose of outside air, fresh air, is to bring in, dilute and flush out the contaminates of the human body.  And when I say contaminates, I'm breathing out water vapor, I'm breathing out carbon dioxide, and one way we measure how much contaminated air is in the room is a carbon dioxide level, and we can relate that to the number of people in a space.

So we have those measures, and those are -- I know there may be some feeling that I'm stepping beyond, but, as the mechanical engineer, looking at buildings from this courtroom to hospitals to residential to shops, I have to cover a lot of different buildings, a lot of different requirements, a lot of different odors, feel-good designs and so on.  So I'm very broad based, and Mr. Handlin is the same way.  He is very broad based

on HVAC.

I'm not saying I am any more qualified than Mr. Handlin, and I know I have stepped over the line in going further than your question, but I respect Mr. Handlin as a colleague out there, and that's why I feel comfortable referring to things he said.

Q.   Sure.  So to get to the nut of the issue, you did a fresh air exchange rate for the building, correct?

A.   That is correct.

Q.   And how often would the air in the building be exchanged?

A.   Basically, we would see a turnover rate in the building of one air change per hour.  That is, the entire volume of the building would be replaced with fresh air every hour, or roughly every 12 minutes per floor, you would change that air out on a floor.

Q.   Okay.  Let's talk about Mr. Handlin's report, since you bring him up.  He made a number of assumptions in forming his opinion, correct?

A.   Yes, sir.

Q.   And I don't want to put words in Mr. Handlin's mouth, but as I understood it, Mr. Handlin's report was that air could escape from the east room and be circulated throughout the building.  I think that's a fair statement.  Is that your understanding of Mr. Handlin's report, or opinion, excuse me?

A.   That is correct.

Q.   Let's talk about the first assumption that he made, that the dampers on the roof, the fresh air dampers on the roof had failed to a closed position.  Are you aware that he made that assumption?

1   A.   He did make that assumption.
2   Q.   Are you aware of any evidence that these
3   dampers had failed to a closed position?
4   A.   I see no evidence. The only evidence that
5   could have been presented would have been the
6   original controls shop drawings from when the system
7   was installed or the original specifications for the
8   control system of that damper because dampers are
9   either normally closed or normally opened, and I
10  could have assumed that -- you can assume either way
11  to get a result is what I'm saying.
12  Q.   All right. But you are not aware of any
13  evidence, one way or the other?
14  A.   No evidence, that's correct. It's strictly
15  assumption.
16  Q.   Mr. Handlin also assumed that the dampers that
17  were added to the east and west rooms, he assumed
18  that they were open, based on what he saw in his
19  2008 site visit. Is that correct?
20  A.   That's correct.
21  Q.   Are you aware of any evidence suggesting the
22  position of those dampers at any time prior to
23  Mr. Handlin's visit in 2008?
24  A.   No, sir.
25  Q.   So they could have been open; is that correct?
26  A.   That is correct. I could not tell you what
27  position, as I have no evidence, and I'm not -- and
28  based on what I saw, I'm not sure it's anything more
29  than an assumption on his part.
30  Q.   Sure.
31       (Whereupon, there was a discussion off the
32       record).

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
29

1   BY MR. GLEN:
2   Q.   Let's get through Mr. Handlin's assumptions,
3   and we will go from there. Mr. Handlin, he assumed
4   that AHU and/or AHUW were in operation to form his
5   opinion; is that correct?
6   A.   That is correct.
7   Q.   And, as you mentioned earlier, you don't
8   believe that AHUE was in operation, at least as of
9   December 9th, 1999; is that correct?
10  A.   As of that date, no, it was not in operation,
11  from the pictures I could see.
12  Q.   All right. And by pictures, I think you refer
13  to the United States Environmental Services
14  pictures?
15  A.   That is correct.
16  Q.   And I think those are Exhibit 10, if I'm not
17  mistaken. As you said, you don't know really
18  anything about AHUW?
19  A.   Not really. I can't speak on that.
20  Q.   And that's because Mr. Handlin didn't mention
21  much about AHUW in his report; is that correct?
22  A.   That's correct, and there are no pictures of
23  the internals either.
24  Q.   All right. We touched on this briefly, but to
25  go over it, he assumed that AHUGA was not in
26  operation; is that correct?
27  A.   That is correct.
28  Q.   Are you aware of any evidence suggesting AHUGA
29  was not in operation before Katrina flooded it in
30  2005?
31  A.   No.
32  Q.   And you heard Mr. Anderson testify yesterday

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
30

1   that there was air conditioning on the ground floor,
2   correct?
3   A.   That is correct.
4   Q.   If AHUE or AHUW were in operation, and AHUGA
5   was not, explain to the Court what the effects of
6   that would be on the air conditioning system on the
7   ground floor.
8   A.   Okay. Let me make sure I understand what
9   you're asking. AHUE and AHUW are not in operation?
10  Let me ask you, could you repeat your question to
11  me?
12  Q.   Sure, sure. Yes, you stated it correctly.
13  Let's take one at a time. If AHUE was in operation
14  and AHUGA was out of operation, what would the
15  effects be on the system, on the ground floor
16  system?
17  A.   If AHUE is in operation, and AHUGA is not
18  operating, AHUE is only air conditioning in the area
19  that it is located in and possibly the area of AHUW,
20  if those dampers are in an open position for it to
21  condition that space.
22  Q.   So if AHUE was in operation, and only AHUE was
23  in operation, it would effectively just circulate
24  the area of the east room and possibly the west
25  room?
26  A.   That is correct.
27  Q.   All right. And is that the same with AHUW,
28  assuming only AHUW is in operation?
29  A.   That is also correct.
30  Q.   It would circulate the air in the east and
31  west rooms, possibly?
32  A.   That is correct.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
31

1   Q.   Now, beyond the areas of the east and west
2   room, would there be air conditioning, if either one
3   of those air conditioning units was on, east or
4   west?
5   A.   If those -- either one of those two units are
6   operating, and they are only conditioning those
7   spaces they are located in, nothing beyond that
8   area. So if, going back to the question you started
9   with, if GA, AHUGA is not operating, is there any
10  air conditioning unit in -- I'm trying to restate
11  or -- I'll stop.
12  Q.   Let me put it this way. If AHUGA was not
13  operational, would there be air conditioning outside
14  of the east and west rooms?
15  A.   No, sir.
16  Q.   Okay. So Mr. Anderson's testimony that there
17  was air conditioning on the first floor, does that
18  indicate to you that AHUGA was in operation?
19  A.   Yes, sir.
20  Q.   And you also indicated that Mr. Handlin's
21  statements about the level of corrosion in AHUGA
22  indicate that GA was operational or functional on
23  December 9, 1999?
24  A.   Yes, sir.
25  Q.   Mr. Handlin's next assumption is that fan GE-6
26  was not in operation. Are you aware of any evidence
27  to suggest that fan GE-6 was not in operation before
28  Katrina flooded it in 2005?
29       MR. GAMBEL:
30       Your Honor, I'm going to object for a
31       number of reasons. One, to say everything is
32       an assumption, when the other witness, Mr.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
32

1  Handlin, went to the building and made
2  observations, those aren't assumptions. Those
3  are observations.
4      And then, on this question, I thought I
5  would double them up, there is no evidence
6  whatsoever that these units flooded in Katrina
7  or what the level of the water was or that this
8  witness has any knowledge of that, and so I'll
9  just --
10  MR. GLEN:
11      That's not correct. Mr. Handlin testified
12  yesterday that the water was about three feet
13  deep on the ground floor, and all of these
14  units were on the ground floor, but I can
15  rephrase.
16  THE COURT:
17      Okay.
18  MR. GLEN:
19      I can rephrase. I was just using Katrina
20  as a benchmark. Let me rephrase this question.
21  BY MR. GLEN:
22  Q.   Are you aware of any evidence suggesting fan
23  GE-6 was ever taken out of operation?
24  A.   No, sir.
25  Q.   What about the ductwork connecting fan GE-6 to
26  GEA being blocked off, according to Mr. Handlin?
27  A.   The only information I have on it being
28  blocked is what I heard in Mr. Handlin's testimony
29  yesterday.
30  Q.   But he did say that it was blocked off, to
31  some extent, correct?
32  A.   He did say that it was blocked off with, if I

1  recall, felt paper, loosely attached. So it was a
2  restriction in the ductwork, from what I understood.
3  Q.   All right. Now, you said you respect Mr.
4  Handlin and his opinions and his experience in the
5  field, but do you agree with his ultimate opinion,
6  that air was pulled from the east room through fan
7  room GA into fan room GE-6 and circulated throughout
8  the building?
9  A.   No, sir.
10  Q.   What are your main bones of contention with
11  his opinion?
12  A.   Well, going back to my building pressurization
13  study, from the ground level fan rooms and the roof
14  fan rooms, the building is positive pressured. Fan
15  room AHUG -- AHUGA, not room, but AHUGA is
16  receiving 6,000 CFM of air from the return air
17  through its fan.
18      If that fan, for some reason, were to not be
19  operating, and, as Mr. Handlin said, it was
20  partially blocked, that air unit is still, due to a
21  pressure differential, going to pull air through
22  that duct, through that fan. The fan does not seal.
23  But it would pull it through that fan and make the
24  area of GA a positive-pressured area also. So that
25  the area of AHUE and AHUW would be receiving a
26  pressure differential across.
27      And, as Mr. Handlin explained yesterday, the
28  air is going to seek to go that way underneath doors
29  and be pushing in that direction, so it's going to
30  tend to hold whatever is going on in that room in
31  that room.
32  Q.   Okay. So even under Mr. Handlin's opinion,

1  positive pressure is going to contain the air in the
2  east and west rooms, or at least in that relatively
3  small area; is that correct?
4  A.   That is correct, and I back that up by looking
5  at the damage, the rust, corrosion damage, be it
6  from whatever that is, to AHUE. It was in that
7  area. Everything was staying in that area.
8  Q.   So if I can just develop that point a little
9  more, Mr. Ritter testified and said in his report
10  that --
11  THE COURT:
12      This is Mr. Ritter.
13  MR. GLEN:
14      Oh, excuse me.
15  BY MR. GLEN:
16  Q.   Mr. Handlin testified yesterday and mentioned
17  in his report that he saw no abnormal corrosion in
18  fan room GE-6, correct?
19  A.   That is correct.
20  MR. GAMBEL:
21      Your Honor, I'm just going to -- same
22  objection as earlier. What Mr. Handlin says
23  speaks for itself. That's his understanding,
24  if that's what he understands out of that.
25  MR. GLEN:
26      I understand.
27  THE COURT:
28      That is just his method of starting his
29  questions.
30  MR. GAMBEL:
31      I understand, but.
32

1  BY MR. GLEN:
2  Q.   The point being, you relied on Mr. Handlin,
3  his observations, his report, the pictures he took
4  for some of your conclusions, correct?
5  THE COURT:
6      And I think the only thing that Mr. Gambel
7  was objecting to was the manner in which the
8  questions are being asked are -- it is okay to
9  ask him about the statements that were made by
10  Mr. Handlin, but we want to make certain that
11  it is actually what he said.
12  MR. GLEN:
13      Right. I agree. I agree. And I'm trying
14  to state to the best of my ability my
15  recollection of his report and his testimony.
16  THE WITNESS:
17      So do you want to me to answer your last
18  question?
19  BY MR. GLEN:
20  Q.   Yes, sure.
21  A.   Okay.
22  Q.   I can sum it up. I will withdraw that last
23  question. You respect Mr. Handlin's opinion?
24  A.   Yes.
25  Q.   You just disagree with his conclusions in his
26  opinion?
27  A.   Yes, sir.
28  Q.   And, in your opinion, your opinions are more
29  reasonable than Mr. Handlin's opinions?
30  A.   Of course.
31  Q.   Good answer.
32      (Whereupon, there was a discussion off the

## Page 37

1  record).
2  MR. GLEN:
3      Before we move on, let me make sure I'm
4  not missing anything.
5  THE COURT:
6      Okay.
7  MR. GLEN:
8      Your Honor, may I approach? I want to set
9  up a few pictures, and then we will wrap it up.
10 THE COURT:
11     Come on.
12 BY MR. GLEN:
13 Q.    Mr. Ritter, take a look at these photos. The
14 one on the left, I believe that is part of Exhibit
15 12. That's one of Mr. Handlin's photos. They are
16 unnumbered as of yet. The middle photo is Exhibit
17 10Q, I believe, and that's one of the United States
18 Environmental photos, Exhibit 10, and the one on the
19 right is, I believe, part of the 2002 photos, which
20 is Exhibit 11. Do you see evidence of water
21 intrusion into -- in any of these photos?
22 A.    Yes.
23     MR. GAMBEL:
24         Your Honor, I object. I think the photos
25     speak for themselves. This doesn't require an
26     expert --
27     THE COURT:
28         Do you have a specific question for him?
29     MR. GLEN:
30         Let me rephrase.
31 BY MR. GLEN:
32 Q.    Based on these pictures, do you believe that

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

## Page 38

1  water was entering into the building?
2      MR. GAMBEL:
3          Your Honor, the pictures speak for
4      themselves, and I'm not sure that this is
5      something that, A, would require an expert or,
6      B, that he has expertise in.
7      THE COURT:
8          Overruled.
9      MR. GLEN:
10         I don't think they do speak for
11     themselves, Your Honor.
12     THE COURT:
13         Overruled.
14 BY MR. GLEN:
15 Q.    All right. Mr. Ritter, do you see evidence of
16 water intrusion coming into the building?
17 A.    Yes, I do.
18 Q.    Could you either use your pointer or go up to
19 one of the photos and show, explain to the Court why
20 you think water is entering the building?
21 A.    Well, looking at the one where Mr. Handlin is
22 in, there is obvious staining here, water damage to
23 plaster. Looking at this mullion down here, you can
24 see that there is moisture trails. Looking at the
25 plaster even lower, you can see the moisture trails
26 here. So water was coming in either from a leak
27 from above or through these windows or through the
28 wall itself.
29 Q.    Let me stop you there. You are talking about
30 the unnumbered photo that's part of Exhibit 12?
31 A.    That is correct. Now, if I go to the middle
32 photo, which is 10Q, the U.S. Environmental's photo,

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

## Page 39

1  you can see the staining of the plaster ceiling.
2  You can see where the plaster has failed. Your
3  Honor, it may be a glare on here, you may not be
4  able to see it, but there is water streaking here
5  and staining all in this area.
6      Looking at this damage here quite possibly,
7  whatever amount of water was coming here, some of it
8  ended up on these blinds.
9  THE COURT:
10     Wait, hold on one second.
11 MR. GAMBEL:
12     I was going to let him finish. Your
13 Honor, I'm going to object. I mean he lacks
14 personal knowledge. Whether that's acid or
15 anything else, he has no idea, no basis or
16 foundation.
17 THE COURT:
18     I am going to sustain that.
19 MR. GLEN:
20     Are you sure, Your Honor? He's speaking
21 from --
22 THE WITNESS:
23     Yes, I am.
24 MR. GLEN:
25     He is speaking from his personal
26 knowledge.
27 THE COURT:
28     I can look at the pictures and see that it
29 is some sort of water damage, but I do not know
30 whether or not the expert in HVAC systems,
31 because I do not see how that is really
32 relevant.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

## Page 40

1  MR. GLEN:
2      Relevant or in his expertise?
3  THE COURT:
4      I don't think either one.
5  MR. GLEN:
6      Either one. Well, I think it's relevant,
7  Your Honor, to show that -- and where I was
8  going with this was, he is testifying about the
9  HVAC system. I was going to ask him whether or
10 not he was familiar with or had to consider the
11 effects of moisture in a given space to
12 properly design --
13 THE COURT:
14     You can ask that question, but I do not
15 think that you need the foundational questions
16 of asking him about the -- you can simply ask
17 him about moisture because he has already
18 testified as to that, in the way that air moves
19 in a more humid environment. And I think that
20 he touched upon that issue initially.
21 MR. GLEN:
22     Well, ultimately, and I will tell you
23 where I was going to go with this.
24 THE COURT:
25     Why don't you just ask him the question.
26 If it is not a proper question, Mr. Gambel will
27 object.
28 MR. GLEN:
29     Sure.
30 BY MR. GLEN:
31 Q.    Mr. Ritter, in your experience designing,
32 coming up with maintenance plans for HVAC systems,

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

## Page 41

1  do you have to consider the amount of relative
2  humidity or moisture in a given space?
3  A.   Yes, sir.
4  Q.   All right. And you testified earlier that you
5  believe that moisture was entering this space as
6  evidenced by the pictures that you just reviewed?
7       MR. GAMBEL:
8          Your Honor, at what time frame?
9       THE COURT:
10         Sustained.
11      MR. GAMBEL:
12         Are we talking when these pictures were
13  taken over however many years? Are we talking
14  when the building was in operation?
15      THE COURT:
16         Sustained.
17      MR. GAMBEL:
18         I object. It's an unclear question.
19      MR. GLEN:
20         I think we are limiting, obviously, by the
21  time frame of the picture. I am not trying to
22  expand anywhere beyond the date of the picture?
23      THE COURT:
24         Why don't you ask him that specific
25  question.
26      MR. GLEN:
27         Sure.
28      MR. GAMBEL:
29         Which picture? Because that's an
30  eight-year span, at least.
31      MR. GLEN:
32         Sure.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
41

## Page 42

1  BY MR. GLEN:
2  Q.   Mr. Ritter, let's start with the first one,
3  the USES picture, that's 10Q, that's in the middle.
4  That was taken on or about December 9th, 1999. Do
5  you see evidence of water intrusion on or before
6  December 9th, 1999?
7       MR. GAMBEL:
8          Your Honor, I object again. I don't think
9  it takes an expert, and there is a picture, and
10  if there is water intrusion, we don't know is
11  it intrusion, is it them hosing down the room
12  to clean out chem -- I mean nobody has any
13  idea. This witness, there is no foundation
14  whatsoever to ask him -- for him to answer
15  these questions.
16      MR. GLEN:
17         I think that's a fair point, but I'm
18  trying to explore whether or not that is
19  evidence of moisture on that wall coming
20  into -- in the room.
21      THE COURT:
22         Why does he need to testify as to that? I
23  can see the moisture.
24      MR. GLEN:
25         Well, ultimately --
26      MR. GAMBEL:
27         Or is it acid?
28      THE COURT:
29         I do not know.
30      MR. GAMBEL:
31         I mean who knows? None of us know, as we
32  sit here, because none us have that expertise.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
42

## Page 43

1       Objection.
2       MR. GLEN:
3          There has been a lot of talk about
4  corrosion in the HVAC system by Mr. Handlin.
5  Mr. Ritter criticized Mr. Handlin for it.
6  Ultimately, my ultimate question -- and I will
7  ask you this.
8  BY MR. GLEN:
9  Q.   Assuming there was higher moisture -- assuming
10  there was moisture in the room or coming in the room
11  from outside, would that increase or -- let me back
12  up, and let me say it this way. Assuming there was
13  moisture coming in the room from outside the
14  building, would that increase the level of corrosion
15  that we have seen in the pictures, that you have
16  seen in the pictures?
17  A.   I'm waiting for Mr. Gambel.
18      THE COURT:
19         No, it is a good question. It is a
20  hypothetical, and you are an expert, so you can
21  answer it.
22      THE WITNESS:
23         Moisture levels in any given space,
24  humidity, will be a source of causing
25  corrosion, deterioration of finishes. On
26  metals, such as steels and irons, it will be in
27  the form of rust. If it's aluminums, it could
28  be in the form of the white corrosion that you
29  see on aluminum. It's always in the form of
30  some metal, salt. If it's wood products, it
31  could be wood rot.
32         High levels of humidity, which the air

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
43

## Page 44

1  conditioning system cannot remove, will cause
2  damage, and that is one of the areas I do lots
3  of investigations on, indoor air quality
4  problems.
5       MR. GLEN:
6          Sure. All right. I think that's all I
7  have. Let me double check.
8       MR. FOSTER:
9          May we have a minute, Your Honor?
10      THE COURT:
11         Okay.
12      MR. GLEN:
13         That's it. Thank you.
14         (Whereupon, there was a discussion off the
15  record).
16  BY MR. GLEN:
17  Q.   Mr. Ritter, let's look back at the first
18  picture on your left. That's part of Exhibit 12.
19  In your opinion, and based on your experience, to
20  what do you attribute the stain on the roof?
21      MR. GAMBEL:
22         Objection. No foundation. He is looking
23  at a picture. The picture speaks for itself.
24  It doesn't require an expert opinion. He
25  doesn't have the expertise to make that
26  determination or the background or knowledge.
27      MR. GLEN:
28         I disagree.
29      THE COURT:
30         Wait, wait, wait.
31      MR. GAMBEL:
32         And it's beyond his report.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
44

**THE COURT:**

Let me ask you a question. Are you saying that the -- he is qualified in the area of HVAC systems, engineering, design and maintenance. Are you saying that that is caused by dripping HVAC systems?

**MR. GLEN:**

No, ma'am.

**THE COURT:**

Okay. Then how is he going to be qualified to testify as to -- because I do not know what that is. I mean I do not know whether or not he can opine as to what that is.

**MR. GLEN:**

Well, he is a mechanical engineer. He has got a lot of experience with HVAC systems, design, maintenance, things of that nature, and if --

**THE COURT:**

But you did not qualify him in mechanical engineering.

**MR. GLEN:**

That's correct. We can set that aside. What is important here is his HVAC experience, and he has to determine --

**THE COURT:**

Let me see --

**MR. GAMBEL:**

Ask him, does that look like water damage, and I won't object.

**MR. GLEN:**

Fine.

**BY MR. GLEN:**

Q.   Mr. Ritter, on the Exhibit 12 picture, does that look like water staining to you along the roof?

A.   Yes, sir.

Q.   Same question for Exhibit 10Q, does that look like water staining to you?

A.   Yes, sir.

Q.   And on 10Q, the vertical stripes, dripping, I don't know, whatever you want to call it, does that look like water staining to you below the window?

**MR. GAMBEL:**

Objection.

**THE WITNESS:**

Yes, sir.

**THE COURT:**

Okay.

**MR. GLEN:**

That's all I have.

**THE COURT:**

Mr. Gambel, are you ready?

**MR. FOSTER:**

Your Honor, I have a question.

**THE COURT:**

Oh, I thought --

**MR. FOSTER:**

I do.

**THE COURT:**

Oh.

**MR. GAMBEL:**

I know, because you talked about this yesterday, but I object because I think they have a commonality of interest, but -- I am

just preserving the record with my objection.

**THE COURT:**

I thought I asked that specific question as to whether or not everyone was --

**MR. FOSTER:**

I wasn't expecting to, honestly. I really wasn't. This will be easy. I just need to find the right picture.

**THE COURT:**

Okay.

**DIRECT EXAMINATION**

**BY MR. FOSTER:**

Q.   Mr. Ritter, I will tell you I'm lost by all the GEs and GAs and sixes and threes and twos. I want to ask you a simple question. Assuming that there was some vapor, whether it be acid or otherwise, escaping from one or more, I don't know, escaping from one or more of these drums that were found on December 9th, 1999 by USES in the east room of that building, assuming that happened, can you just tell me, so I can understand, in plain words why it's your opinion that those vapors, be they acid or otherwise, were confined to the ground floor and did not go into any other part of 2400 Canal Street?

A.   The area that we have been talking about, the east and west rooms, it was the print -- that was the print room where the two air conditioning units were added, was pretty much an independent air conditioning system for that area, with a duct connection to AHUGA.

Q.   AHUE and AHUW, those were not original to the

building?

A.   That's correct.

Q.   Those were added on sometime later, we don't know when?

A.   Those were the two units that were added on at some point, and I will venture to say after 1981.

Q.   Okay.

A.   Okay? It's not in an appraisal that I did read that was produced about that time. But it was an independent air conditioning system for that area. That AHUE and AHUW, the way it was designed is interesting, in that both units could operate or one unit could operate for both rooms, either or.

Should they be both broken, through some dampers, they could open up and force air conditioning from AHUGA. It was several options there, but it operated on its own. Regardless, there was no fresh air to it, so it kept a neutral pressure with relationship to -- so that any positive pressure would be moving air towards the east room and the west room and through any doors to the exterior of the building or through any cracks in the wall, through any -- and I'm talking about small cracks, it would be moving in that direction.

That's the -- the part about pressurization, as Mr. Handlin said yesterday, we move air by changing pressures. We do it through mechanical means with fans and so on. So GA, AHUGA would be receiving 6,000 CFM if GB-6, if I recall, is operating. If it were not operating, it would be through a differential in pressure, you are pulling a certain amount through that same ductwork,

1  probably less than 6,000, but the whole area
2  underneath the back portion, the two-story section
3  of the building on the Cleveland Street side of the
4  building, that area would be positively pressurized,
5  and air would have been -- that pressurization would
6  have held those fumes into that area.
7      What makes me believe it is looking at the
8  damage to AHUE. It was corroded, rusted, whatever,
9  to the point that it could no longer be serviceable
10 and operable. AHUW, I don't know about, but as far
11 as I know, as of 1999, AHUGA was still operating and
12 had not been corroded by any atmosphere that could
13 have migrated to it. And if that had not migrated
14 to it, it held everything in there, and the five
15 stories above would not have been receiving a major
16 air exchange or air from that area that would affect
17 those areas because that air unit was not corroded
18 to the point.
19     It was probably, as Mr. Handlin said, what he
20 would probably have expected, as I'm assuming, as I
21 would have done, looking at a 40-year-old air
22 handler, which was about 20 years past its useful
23 life --
24     MR. GAMBEL:
25        Your Honor, I'm going to object. I think
26     you -- I've been sitting here -- A, it's a
27     narrative, so it's impossible to object until
28     he gets finished, and I realize it's a bench
29     trial, but he is way beyond the question. It's
30     nonresponsive, and --
31     MR. FOSTER:
32        Excuse me, Judge. We listened to hours of

1      narrative --
2  THE COURT:
3     He can he finish.
4  MR. FOSTER:
5     I'm sorry. I apologize.
6  MR. GAMBEL:
7     It's nonresponsive. He asked a question,
8  and now we are going into all sorts of other
9  issues that are objectionable and that he lacks
10 personal knowledge about and that are not
11 opinion testimony, and, for that reason, I
12 object. I hate to interrupt him, but I had to.
13 THE COURT:
14    It is sustained.
15 MR. FOSTER:
16    It was --
17 THE COURT:
18    Sustained.
19 MR. FOSTER:
20    Okay.
21 BY MR. FOSTER:
22 Q.    And AHUGA, which did not show the same level
23 of rust or corrosion as AHUE, that's actually on the
24 same floor, on the ground floor, correct?
25 A.    That is correct.
26 MR. FOSTER:
27    That's all the questions I have, Judge. I
28 apologize for having more than one.
29 THE COURT:
30    Okay. Are you ready?
31 MR. GAMBEL:
32    I'm up?

1         CROSS EXAMINATION
2  BY MR. GAMBEL:
3  Q.   Good morning, Mr. Ritter -- afternoon.
4  A.   Good afternoon.
5  Q.   Tell me about a case called Louis Robinson
6  versus Tylan Meaux, et al. What did you do in that
7  case?
8  A.   Louis Robinson, I called that the great grease
9  trap case, if I recall.
10 Q.   So you testified about a grease trap in that
11 case?
12 A.   That's correct.
13 Q.   All right. How about St. Tammany Parish
14 School Board versus Lachin Oubre & Associates, what
15 did you testify about in that case?
16 A.   The litigation between the School Board and
17 their architect on the mechanical systems and
18 problems with them.
19 MR. GLEN:
20    Your Honor, I'm going to object. We have
21 already stipulated to his qualifications and
22 qualified him as an expert. I'm not sure where
23 he is going with these questions. What is the
24 relevance?
25 MR. GAMBEL:
26    It goes to the weight to be afforded the
27 expert. I don't disagree that he is an expert
28 mechanical engineer.
29 THE COURT:
30    Not mechanical engineer.
31 MR. GAMBEL:
32    I mean, right, HVAC or whatever. But I'm

1  getting ready to --
2  THE COURT:
3     Are you trying to say that he was not
4  qualified in those cases or -- because I do not
5  think you asked a question of whether or not he
6  has testified in any other state courts or
7  federal courts.
8  MR. GAMBEL:
9     I will tell you where I am going. I
10 stipulated that he was qualified for what he
11 was tendered for, but I do think that it's
12 relevant when a person has testified in a
13 number of cases on a lot of different subjects
14 and then -- and that goes to the weight to be
15 afforded his expertise in this case, where a
16 person is an expert in asbestos, in grease
17 traps, in a variety of things, and I'm just
18 trying to allow the Court to have a basis, and
19 for me, to gauge the weight of what he says.
20 THE COURT:
21    Okay.
22 MR. GLEN:
23    It sounds like they all go to HVAC issues
24 to me, and that's why he has been qualified.
25 MR. GAMBEL:
26    Your Honor, I --
27 THE COURT:
28    I will give him a little bit of leeway on
29 this, and I will see where it is going. If it
30 goes too far astray, I will pull you back.
31 BY MR. GAMBEL:
32 Q.   In the St. Tammany Parish School Board case,

1  that was a case involving mechanical systems, but it
2  involved the plumbing and electrical, correct?
3  A.      With the St. Tammany Parish --
4  Q.      And fire, whatever you call them, sprinklers.
5  A.      Yes, because that is an area that -- I design
6  buildings. I design plumbing systems, HVAC systems
7  and fire sprinklers, medical gas systems in
8  hospitals, waste systems in industrial complexes,
9  storm drainage systems in buildings, you know.
10 Q.      Okay. But in that case, that's what I was
11 asking you about, so thank you. Let me ask you
12 about Bud Chapman versus Ensco Offshore Company.
13 What specific issue were you called to testify about
14 in that?
15 A.      Those are gentlemen that had received a
16 refrigeration burn from opening a valve, and liquid
17 refrigerant coming in contact with his hands,
18 receiving a severe freezer burn, if you would like
19 to say. But, yes, sir, that was the plaintiff's
20 side that I was representing there.
21 Q.      Okay. And then you testified in seven or so
22 formaldehyde cases, right?
23 A.      That is correct.
24 Q.      What was the nature of your testimony in those
25 cases?
26 A.      Mechanical engineer, describing to the -- as
27 an expert as to how formaldehyde could move through
28 the travel trailer and be a contaminate, in support
29 of the environmental consultants.
30 Q.      What are we talking about is the travel
31 trailer, what, 50, 100 square feet?
32 A.      Oh, no, sir, approximately 260 square feet.

1  Q.      Two hundred, a big one, like a motor home?
2  A.      You said 1,500 square feet, I think you said.
3  Q.      I will go with you on whatever you tell me.
4  You are the engineer. You were there.
5  A.      No, just now, you said travel trailer, about
6  1,500 square feet, I thought you said.
7  Q.      Let me ask you. How big were those travel
8  trailers?
9  A.      Approximately 280 square feet.
10 Q.      They were nowhere near the nearly 200,000
11 square feet we have in the 2400 Canal Street
12 building, though?
13 A.      No, sir.
14 Q.      And then there are a number of cases that you
15 list where you gave depositions, and no judge ever
16 qualified you as an expert in anything in those
17 cases, right?
18      MS. LEE:
19          Objection.
20      MR. FOSTER:
21          Let me object. He has already been
22 qualified.
23      THE COURT:
24          I gave you some leeway on this.
25      MR. GAMBEL:
26          I'm at the end of my lee?
27      THE COURT:
28          Yes. It's one of those retractable
29 leashes.
30      MR. GAMBEL:
31          All right.
32

1  BY MR. GAMBEL:
2  Q.      Do you claim to be an expert in asbestos
3  inspections?
4  A.      Yes, sir. State of Louisiana has --
5      MR. GLEN:
6          I'm going to object here, too. What do
7  asbestos inspections have anything to do with
8  this case?
9      THE COURT:
10          Yes.
11     MR. GLEN:
12          We have already gone --
13     MR. GAMBEL:
14          That's exactly my point. I mean he is an
15 expert in everything.
16     THE COURT:
17          Let's move on, Mr. Gambel.
18     MR. GAMBEL:
19          All right.
20     THE COURT:
21          I'm going to start calling you
22 Mr. Clayton.
23     MR. GAMBEL:
24          Nobody ever compliments me like that,
25 Judge.
26 BY MR. GAMBEL:
27 Q.      Let's move to your report since it seems the
28 Judge wants to go there. You never inspected 2400
29 Canal Street, did you?
30 A.      No, sir.
31 Q.      So on page three of your report, on the first
32 line, where you said your report is based on

1  inspections, observations, investigations,
2  calculation and research by Ervin L. Ritter, PE,
3  that's not true?
4  A.      Inspection of the evidence I was provided, the
5  documentation. I did not say that I went to the
6  building.
7  Q.      So beyond the plans and the photos and this --
8  and beyond that, beyond the plans and the photos,
9  you don't have any knowledge about the conditions at
10 2400 Canal Street, do you?
11 A.      Only based on the documentation files that I
12 was given, sir.
13     MR. GLEN:
14          Your Honor, I'm going to object here.
15 That mischaracterizes his earlier testimony
16 when said he relied on the reports of the other
17 experts.
18     THE COURT:
19          That is what he said. He said plans and
20 photos, and he said he relied upon the
21 documentation that he looked at.
22     MR. GLEN:
23          As long as that includes the report.
24     THE COURT:
25          He said the documentation that he looked
26 at.
27     MR. GLEN:
28          Okay.
29 BY MR. GAMBEL:
30 Q.      In the first line of your executive summary,
31 it's page ten, I'm sorry, in the first line of the
32 second paragraph, you indicate that this report is

1  an evaluation of the air conditioning system at 2400
2  Canal. Is that right?
3  A.    Yes, sir. I evaluated it based on the plans.
4  Q.    Okay. But then down in paragraph five of that
5  report, you said, but your report focuses on the
6  ventilation system. So you focused on the
7  ventilation system, not the air conditioning aspect
8  of the system, correct?
9  A.    I looked at the air conditioning, but for
10  moving the air around the building, the ventilation
11  part of HVAC comes into play.
12  Q.    Just to back up on what knowledge you have,
13  you don't know, from your own personal knowledge,
14  when any chemical leaked at this building, correct?
15  A.    The only knowledge I have is based on the
16  reports that were provided to me.
17  Q.    And the testimony you have heard here in this
18  courtroom, correct?
19  A.    That is correct.
20  Q.    And that, those reports and that evidence and
21  that testimony informs you that there was a leak on
22  December 9th, 1999, correct?
23  A.    That is correct.
24  Q.    And that there was a long-term leaking of
25  this, where people were smelling the chemical and
26  feeling the results of acid in the building; isn't
27  that true?
28        MR. GLEN:
29            Objection, Your Honor. I think that
30        mischaracterizes the sum of the testimony, and
31        if we are going to talk about characterization
32        of testimony that we have all heard, I think --

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
57

1        THE COURT:
2            Sustained. Rephrase.
3  BY MR. GAMBEL:
4  Q.    You have knowledge that people have testified
5  that they smelled chemical in this building for a
6  long period of time, correct?
7        MR. FOSTER:
8            Objection, Your Honor. They never
9        testified they smelled chemical. They
10        testified they held an odor.
11        THE COURT:
12            An egg-like odor.
13  BY MR. GAMBEL:
14  Q.    People testified they smelled an egg-like odor
15  throughout the building?
16        THE COURT:
17            Rotten eggs.
18        MR. GAMBEL:
19            Rotten eggs.
20        MR. GLEN:
21            Only one did.
22        THE COURT:
23            Oh.
24        THE WITNESS:
25            I have heard two witnesses talk about the
26        odors they smelled, and they have mentioned
27        that others had smelled, also, these odors.
28  BY MR. GAMBEL:
29  Q.    Okay. So you are informed that those odors
30  were smelled, not only on the ground floor, but also
31  on other floors throughout the building, right?
32  A.    I believe the witnesses I listened to worked

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
58

1  in the basement, and -- I'm going from memory. I do
2  not recall them mentioning anyone above the floor,
3  but I could be wrong, over the last three days -- or
4  two days, I should say.
5  Q.    Okay. Well, if I ask you to assume that they
6  were smelling -- that they testified that the odor
7  was smelled throughout the building, you would have
8  no reason to dispute that, correct?
9  A.    To dispute that they smelled an odor in the
10  building, I wouldn't argue whether they smelled an
11  odor in the building. I would say that what I see
12  is, I'd go looking for where the odor was coming
13  from.
14  Q.    Now, you talked about the building. 2400
15  Canal Street is basically a closed or sealed type
16  building. Is that correct?
17  A.    That is correct.
18  Q.    And you indicated that the building was
19  positively pressured.
20  A.    That is correct.
21  Q.    Okay, and I think you have explained it a
22  number of times, so we all know what that means.
23  Now, the fact that the building is positively
24  pressured is a term relative to the inside of the
25  building versus the outside of the building,
26  correct?
27  A.    That is correct.
28  Q.    All right. But within that positive pressure
29  area the building creates, there are different
30  pressure levels within that area, correct?
31  A.    That is correct.
32  Q.    For instance, fans blow, fans suck, air moves,

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
59

1  and all of those things move air, correct?
2  A.    That is correct.
3  Q.    When a fan on a top floor sucks air into an
4  air handler, it's creating a negative pressure on
5  one side and a positive pressure on the other in
6  order to move that air, correct?
7  A.    That is correct.
8  Q.    When air blows out of a vent, that causes
9  pressure because other air, due to Bernoulli's
10  principle and others, air moves towards moving air,
11  correct? And those are well-known principles in air
12  conditioning design?
13  A.    Excuse me. We are forcing air out. You threw
14  Bernoulli's principle in there, and I mean to a --
15  that's not the main principle, sir. I mean it's
16  kind of a confusion point there.
17  Q.    Okay. But you agree that that air moving out
18  of there draws other air to it, correct, and moves
19  air within the room?
20  A.    It's going to cause air currents to mix, and
21  you will have some high and low pressures, and
22  turbulence and eddy current and so on, yes, sir.
23  Q.    You mentioned eddy currents. And if you look
24  at a swimming pool, you can see water a lot better
25  than you can see air moving, and in a swimming pool,
26  you have certain out ducts, which would be your
27  return air moving back to the pump, and you have
28  certain jets that are pushing water into the pool,
29  correct?
30  A.    Yes, sir.
31  Q.    And those create currents within that pool?
32  A.    Yes, sir.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
60

1  Q.    Even though you might only have a couple of
2  jets in a couple places in a pool, you can see that
3  water moving throughout that pool, right?
4  A.    That's correct.
5  Q.    And a similar thing occurs within a building,
6  right, when certain air condition units kick on and
7  blow air, it moves air not just in this room, but if
8  these are blowing, it's going to move air out of
9  those doors, out of these doors, and around this
10  room, true?
11  A.    That's correct.
12  Q.    And, in addition to that, if you have various
13  zones or floors or areas, like in your house, where
14  you have multiple units, or in this building, there
15  is not a bright dividing line.  Air moves between
16  those zones, doesn't it?
17  A.    That is correct.
18  Q.    In this building, we said that it was a closed
19  building, but that's not totally true because there
20  are actually some exhaust fans for the bathrooms,
21  for the print rooms, for other areas, right?
22  A.    That's correct.
23  Q.    And also, in addition to that, you have makeup
24  air, fresh air that is injected into the building,
25  right?
26  A.    Yes, sir.
27  Q.    Okay.  And so while that occurs, the positive
28  pressure in the building is, nonetheless, hopefully
29  maintained, right?
30  A.    That is correct.
31  Q.    And, in your experience, as an HVAC man, you
32  know that, at times, you have to go to buildings,

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
61

1  and part of what guys like you do and what air
2  conditioning people do is to go and balance the
3  building, right?
4  A.    That is correct.
5  Q.    What does that mean?
6  A.    Okay.  At the time -- a balancing company, an
7  agent, a technician, he goes into a building, and he
8  measures all of the air flows.  He takes the set of
9  plans that a consulting engineer, professional
10  engineer, like myself, prepares and the system that
11  has been installed by a contractor, he verifies and
12  adjusts the systems to satisfy the design engineer's
13  plans, yes, sir.
14  Q.    Exactly.  And after a building is designed and
15  built, it might be the air conditioning or the
16  system might be balanced in the beginning, and then,
17  after a few years, people discover that it's no
18  longer in balance, and that occurs for a number of
19  reasons, because equipment gets old, bearings get
20  worn out, fans don't turn as fast, secretaries tape
21  things over their vents and various things happen,
22  true?
23      MS. LEE:
24          Objection.  I think counsel is starting to
25      testify rather than ask a question.
26      THE COURT:
27          Do you have a question?
28  BY MR. GAMBEL:
29  Q.    True? Question mark? Right?  Isn't that how
30  it happens?
31  A.    You are absolutely correct.  But many times, I
32  find that owners do maintain the balance, and I have

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
62

1  no idea, no records of whether that was done or not
2  done in this case.
3  Q.    Exactly.  There was an exhaust fan, as
4  designed, in the print room.  Now, as an engineer, a
5  designer, you would have put an exhaust fan in a
6  place like a print room in order to take chemicals
7  and smells, what have you, contaminates out of the
8  building, right?
9  A.    Yes, sir.
10  Q.    Once that exhaust fan was taken out of
11  commission, it no longer exhausted from that room,
12  correct?
13  A.    In the case of the east room, the grill was
14  blanked off, but the exhaust fan was still part of
15  an exhaust system for the restroom exhaust on that
16  floor.
17  Q.    Okay.  So the exhaust from the print room was
18  blanked off?
19  A.    That is correct.
20  Q.    In your testimony earlier, you drew a bunch --
21      MR. GAMBEL:
22          Your Honor, may I approach?
23      THE COURT:
24          Yes.
25  BY MR. GAMBEL:
26  Q.    You drew some drawings marking where various
27  units were and various zones, correct?
28  A.    Yes, sir.
29  Q.    All right.  Now these units down here not only
30  fed the ground floor, but they also fed rooms and
31  areas on the first floor, correct?
32  A.    I said that.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
63

1  Q.    Yeah, I know you did.  And the fact is is that
2  we both know, and we are going to agree, that the
3  air then moved and through that one system, from the
4  ground floor to the first floor, right?
5  A.    That is correct.
6  Q.    Okay.  So if there is contaminated air, air
7  with entrained acid molecules or whatever the
8  technical term is, entrained acid, that is going to
9  move through that system to the first floor.
10  Agreed?
11      MR. GLEN:
12          Objection, Your Honor.  You wouldn't let
13      me ask him about --
14      THE COURT:
15          Right.  You cannot ask about the molecules
16      because, remember, you objected to him on that.
17      MR. GAMBEL:
18          Ahh.
19      THE COURT:
20          What is good for the goose.
21      MR. GAMBEL:
22          I have been caught.
23      THE COURT:
24          You have been caught.  You cannot ask
25      that.  You can ask him about air.
26      MR. GAMBEL:
27          Okay.
28  BY MR. GAMBEL:
29  Q.    Air laden with something would move from the
30  first floor --
31      MR. GLEN:
32          Objection.

ANDERSON v CITY   (Class Certification Hearing) 9/30/15
64

THE COURT:

Same objection.  Air.

BY MR. GAMBEL:

Q.     Air from the ground floor would move to the first floor by way of that system, correct?

A.     Some of the air from that area would communicate up there, but not all of it, sir.

Q.     Okay.  And when some of that air, but not all of that air from the ground floor moved to the first floor, it could then be drawn into other systems on the first floor that tied into the various systems throughout the building, true?

A.     Yes, sir.  That's the purpose of the air exchange.

Q.     Gotcha.  And looking at all those pictures, my favorite one was missing, so I'm going to get it for you.  And this is, for the record, 36 AC-8.  If we are looking at 36 AC-1 here, this is a bird's eye view of the ground floor, correct?

A.     That's correct.

Q.     So it's above it, looking down at what happened.  This one, 36 AC-8 is a depiction of the building in a vertical fashion, correct?

A.     Yes.

Q.     In other words, it would fit like this, it goes up from those systems, right?

A.     That is correct, sir.

Q.     And these are the various floors, and this is the various ductwork on these floors, right?

A.     That is true.

Q.     We have air going up, air being circulated around by the various air handlers on each of these

floors, and then drawn back into the common return air system and gone back down to the ground floor, being chilled or conditioned and sent back up again, correct?

A.     That's correct.

Q.     And the same comes from the roof?

A.     That's correct.

Q.     You testified earlier those systems are combined?

A.     Yes, sir.

Q.     So if air gets — from the ground floor gets into the system, we will agree that it moves throughout the building?

A.     Yes, sir.  If it gets there.

MR. GAMBEL:

I am going to look to see if I have something real brilliant to ask.  Otherwise, I'm just going to stop.

THE COURT:

Okay.

MR. GAMBEL:

Your Honor, I'm going to stop.

THE COURT:

So you are finished?  Redirect?

REDIRECT EXAMINATION

BY MR. GLEN:

Q.     Mr. Ritter, you testified earlier that, assuming AHUGA was in operation, some of the air would go to the first floor, correct?

A.     That is correct.

Q.     Now, take a minute, if you would, take your marker over there to 36 AC-2, and take a minute and

show exactly — show the Court exactly where the air would go from AHUGA into the first floor.  Take the time you need.

A.     Okay.

MR. GAMBEL:

Your Honor, I kind of think this is beyond the scope of my cross.  I mean he had all the time in the world to draw anything he wanted to.

THE COURT:

Overruled because you asked a question about how it went up.

MR. GLEN:

Right.

THE COURT:

Overruled.  So that means you have to use two.

THE WITNESS:

These things are so faded, I want to be sure that I catch the ducts that are going up to those floors.

BY MR. GLEN:

Q.     Do you have your set of prints, Mr. Ritter?

A.     I do.  Your Honor, if you don't mind, I will look at some of the ones I have here.

THE COURT:

Okay.

MR. GAMBEL:

Just for the record, what is he referencing?

THE COURT:

I think he is just trying to look at

those — at his other notes.

MR. GAMBEL:

I just wanted — I didn't know what he was talking about.

THE COURT:

Give me a second, guys.

(Whereupon, there was a discussion off the record.)

(A brief recess was taken at this time.)

BY MR. GLEN:

Q.     Mr. Ritter, if you would, draw again with the pink marker so we can tell what is being serviced by AHUGA.

A.     That is the area noted as the private dining room, and that's this area right here, a very small area up there.

Q.     All right.  So to recap, the pink areas that you have outlined on 36 AC-1 and 36 AC-2, that is the extent of supply air coming from AHUGA; is that correct?

A.     That is correct.

Q.     Now, Mr. Gambel said that, because it would get on the first floor, it would go throughout the building.

MR. GAMBEL:

Your Honor, I object.  I didn't say that. He said that.  The witness said that.

MR. GLEN:

Let me rephrase.

THE COURT:

Rephrase.

**Page 69**

```
 1   BY MR. GLEN:
 2   Q.    Once it gets on the first floor, is it
 3   confined to that specific area that you have
 4   outlined in pink?
 5            MR. GAMBEL:
 6               Your Honor, asked and answered.
 7            THE COURT:
 8               Overruled.
 9            THE WITNESS:
10               It is confined to this area.  The question
11               was, could it go beyond, and by reference to
12               Mr. Handlin, the fact that there are doors,
13               some of this air could make its way out of that
14               room.
15   BY MR. GLEN:
16   Q.    When you say --
17   A.    Not all of it, but some of it could if the
18   doors are opened.  Even if the doors are closed,
19   through the cracks under the door.
20   Q.    So when you say some air, how much air?  Can
21   you guesstimate?
22            MR. GAMBEL:
23               Objection, Your Honor.
24            THE WITNESS:
25               This is approximately 1,400 CFM.
26            MR. GAMBEL:
27               I don't think estimation is the standard,
28               but --
29            MR. GLEN:
30               It's a scientific term.
31   BY MR. GLEN:
32   Q.    Continue.
```

**Page 70**

```
 1   A.    That is approximately.
 2            THE COURT:
 3               He opened this door.  I do not know why he
 4               keeps asking him questions, but that is okay.
 5            THE WITNESS:
 6               The total air --
 7            THE COURT:
 8               Let it go.
 9            THE WITNESS:
10               The total building air that is being moved
11               throughout this building, I'm going from
12               memory, without going back to my notes, if I
13               recall -- I want to use a different color.  I
14               will use this one.  Total building is, like I
15               said, is like 75,000 CFM of air.  So, yes,
16               mixing in 1,400 CFM, if all of it were to leave
17               the room of 75,000, Your Honor, it's a very
18               small amount of air, okay.  It's like, oh,
19               stsch, stsch, putting a drop of food coloring
20               in a bathtub, maybe.  Are you going to turn the
21               color of the water dark to the color as it went
22               in?  I don't think so.
23   BY MR. GLEN:
24   Q.    And as we discussed earlier, the effect of all
25   the fresh air coming into the building would be to
26   further dilute any of the air that might have
27   escaped from the east room?
28            MR. GAMBEL:
29               Your Honor, I did not talk about dilution.
30               He is beyond the scope.
31            THE COURT:
32               Beyond the scope?
```

**Page 71**

```
 1            THE WITNESS:
 2               Okay, well --
 3            MR. GLEN:
 4               Fair enough.
 5   BY MR. GLEN:
 6   Q.    Hold that thought.
 7   A.    Okay.
 8   Q.    Now, under Mr. Handlin's theory, AHUGA was
 9   nonfunctioning, no air would escape to the first
10   floor; is that correct?
11            MR. GAMBEL:
12               Your Honor, again.
13            THE COURT:
14               Asked and answered.
15            MR. GAMBEL:
16               And it's beyond the scope.  I didn't ask
17               Mr. Scandlin --
18            THE COURT:
19               Asked and answered.
20            MR. GLEN:
21               Your Honor, I want to bring up something
22               that my co-counsel pointed out.  If you turn to
23               page 18 of Mr. Ritter's report, which is
24               Exhibit 3 --
25            THE COURT:
26               Are you finished with this witness?
27            MR. GLEN:
28               Not yet.  I want to bring up something
29               that we discussed earlier.
30            MR. GAMBEL:
31               Your Honor, this is beyond the scope.
32               I'll wait to see where he goes.
```

**Page 72**

```
 1            MR. GLEN:
 2               Well, there was an error that we
 3               discussed.  Remember when we were talking about
 4               the effect of the flow of the air through the
 5               water, and there was an objection, and it was
 6               sustained as beyond the scope?  If you look at
 7               the first full sentence under analysis of the
 8               HVAC design --
 9            THE COURT:
10               Wait.  I am not following where you are.
11               Do you have a question for this witness or is
12               this something that you are trying to bring up?
13            MR. GLEN:
14               I want to ask the question that I asked
15               earlier that I was not allowed to ask because
16               the objection was sustained, but the report
17               clearly --
18            THE COURT:
19               Oh, no.  We have moved on.  We have moved
20               on.
21            MR. GLEN:
22               All right.  Do you have anything?
23            MR. FOSTER:
24               No.
25            MR. GLEN:
26               Nothing further.
27            THE COURT:
28               Thank you.  Watch your step.
29            MR. GAMBEL:
30               No further questions, Your Honor.
31            THE COURT:
32               You don't have re-redirect.
```

MR. GAMBEL:

I was going to try.

MR. FOSTER:

Judge, there is one thing we do need to do. On behalf of -- on behalf of Pan American Life Insurance Company, we are going to present, by way of deposition, and you have already scanned them, so you have copies, but I need to put the depositions into evidence as if the witnesses were testifying live.

The deposition of Mr. Huey Weber, the deposition of Mr. Michael Chetellier, the deposition of Mr. Matthew Brandy, Jr., and Pan American jointly with NID, and I'm not sure about the City, the deposition of John DeMajo, and, for the record, these have already been scanned by your office. I have, for the record, the transcripts of those depositions that I will give to you, the Court Reporter --

THE COURT:

Let's go off the record.

(Whereupon, there was a discussion off the record).

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

73

---

CERTIFICATE

This certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, PATRICIA O'BRIEN, Official Court Reporter in and for the State of Louisiana, employed as an official Court Reporter by the Civil District Court of Orleans Parish for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify this proceeding was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my direction and supervision, and is a true and correct transcript, to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board or by the Supreme Court of Louisiana, and that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

PATRICIA O'BRIEN
CERTIFIED COURT REPORTER
LOUISIANA CCR NO. 83035

ANDERSON v CITY   (Class Certification Hearing) 9/30/15

74

**1**

**1,400** [2] 69/25 70/16
**1,500** [2] 54/2 54/6
**10** [4] 9/18 9/19 30/16 37/18
**100** [1] 53/31
**10Q** [5] 37/17 38/32 42/3 46/5 46/8
**11** [1] 37/20
**12** [5] 28/16 37/15 38/30 44/18 46/2
**13** [1] 5/17
**15,000** [2] 15/9 15/10
**18** [1] 71/23
**1950** [1] 21/22
**1951** [2] 8/5 8/7
**1977** [1] 5/16
**1981** [1] 48/6
**1999** [12] 22/10 22/10 22/17 22/19 23/6 30/9
32/23 42/4 42/6 47/19 49/11 57/22

**2**

**20** [1] 49/22
**200,000** [1] 54/10
**2000-7489** [1] 1/5
**2002** [2] 21/4 37/19
**2005** [2] 30/30 32/28
**2007-489** [1] 3/3
**2008** [2] 29/19 29/23
**201** [1] 5/8
**2015** [1] 1/16
**2400** [10] 1/9 6/6 6/10 6/12 47/24 54/11
55/28 56/10 57/1 59/14
**260** [1] 53/32
**280** [1] 54/9

**3**

**30** [1] 1/16
**30,000** [2] 15/5 15/8
**30,000 cubic** [1] 19/24
**33** [3] 2/13 4/28 4/32
**36** [9] 8/27 9/19 13/21 65/17 65/18 65/22
66/32 68/18 68/18
**36-AC-1** [2] 6/32 16/23

**4**

**40-year-old** [1] 49/21
**47** [1] 2/5
**489** [1] 3/3

**5**

**50** [1] 53/31
**51** [1] 2/6

**6**

**6,000** [4] 15/16 34/16 48/29 49/1
**66** [1] 2/7

**7**

**70503** [1] 5/9
**7489** [1] 1/5
**75,000** [2] 70/15 70/17

**8**

**83035** [1] 74/30

**9**

**90** [1] 23/19
**99 percent** [1] 23/20
**9th** [10] 22/10 22/10 22/17 22/18 23/6 30/9
42/4 42/6 47/19 57/22

**A**

**A-S-H-R-A-E** [1] 14/10
**ability** [2] 36/14 74/18
**able** [2] 10/16 39/4
**abnormal** [1] 35/17
**about** [58] 4/11 5/10 7/29 8/17 10/18 12/23
15/9 16/26 17/16 22/17 24/16 25/14 25/19
25/29 26/21 28/18 28/29 30/18 30/21 32/21
33/12 33/25 36/9 38/29 40/8 40/16 40/17 42/4
43/3 46/30 47/26 48/9 48/23 48/25 49/10
49/22 50/10 51/5 51/10 51/13 51/15 53/11
53/12 53/13 53/30 54/5 56/9 57/31 58/25
59/14 64/13 64/15 64/25 67/12 68/4 70/29
72/3 73/15
**above** [9] 1/13 4/23 6/24 8/31 9/4 38/27 49/15
59/2 65/21
**above-captioned** [1] 1/13
**above-entitled** [1] 4/23
**absolutely** [1] 62/31
**AC** [13] 6/32 8/28 9/16 9/18 9/19 13/21 16/23
65/17 65/18 65/22 66/32 68/18 68/18
**AC-1** [5] 8/28 9/16 13/21 65/18 68/18
**AC-10** [2] 9/18 9/19
**AC-2** [2] 66/32 68/18
**AC-8** [2] 65/17 65/22
**accept** [1] 9/25

**screenprinted** [1] 74/6
**according** [4] 15/24 15/25 15/30 33/26
**accounted** [1] 3/5
**acid** [8] 10/12 39/14 42/27 47/16 47/23 57/26
64/7 64/8
**acids** [1] 10/30
**across** [1] 34/26
**actual** [1] 17/19
**actually** [7] 4/13 7/25 9/7 14/22 36/11 50/23
61/20
**added** [4] 29/17 47/29 48/3 48/5
**addition** [2] 61/12 61/23
**address** [1] 5/7
**adjusts** [1] 47/28
**ADMITTED** [1] 2/12
**affect** [2] 14/28 49/16
**affected** [1] 27/8
**affirmed** [1] 4/23
**afforded** [2] 51/26 52/15
**after** [8] 3/16 3/18 3/20 4/22 5/12 48/6 62/14
62/17
**afternoon** [2] 51/3 51/4
**again** [11] 8/23 9/30 13/19 21/7 24/6 24/11
25/13 42/8 66/3 68/11 71/12
**agent** [1] 62/7
**agree** [8] 13/18 18/15 34/5 36/13 36/13 60/17
64/2 66/12
**Agreed** [1] 64/10
**agreeing** [1] 21/25
**agrees** [1] 17/31
**ahead** [1] 26/18
**Ahh** [1] 64/18
**AHU** [1] 30/4
**AHUE** [30] 15/21 16/17 16/22 16/24 16/28
66/28 16/29 16/31 17/17 17/27 18/28 19/3
19/7 22/18 22/26 23/4 30/8 31/4 31/9 31/13
31/17 31/18 31/22 31/22 34/25 35/6 47/32
48/11 49/8 50/23
**AHUG** [1] 34/15
**AHUGA** [30] 7/23 16/18 16/27 19/2 19/6
19/7 19/11 23/4 23/5 30/25 30/28 31/4 31/14
31/17 32/9 32/12 32/18 32/21 34/15 34/15
47/31 48/16 48/28 49/11 50/22 66/28 67/2
68/13 68/19 71/8
**AHUW** [15] 16/23 16/25 22/25 30/4 30/18
30/21 31/4 31/9 31/19 31/27 31/28 34/25
47/32 48/11 49/10
**air** [164]
**al** [2] 1/11 51/6
**all** [45] 1/8 3/4 4/16 4/20 5/10 5/31 9/29 15/6
19/13 23/8 25/8 29/12 30/12 30/24 31/27
33/13 34/3 38/15 39/5 41/4 44/6 44/6 46/18
47/13 50/8 50/27 51/13 52/23 53/11 55/19
57/32 59/22 59/28 60/1 62/8 63/29 65/7 65/8
65/15 67/7 68/17 69/17 70/16 70/24 72/22
**allow** [2] 25/24 52/18
**allowed** [1] 72/15
**along** [1] 46/3
**already** [8] 13/1 20/13 40/17 51/21 54/21
55/12 73/8 73/16
**also** [23] 6/20 8/30 8/31 9/5 14/31 15/1 18/3
18/31 19/12 20/28 21/4 23/6 23/22 23/27
26/23 29/16 31/29 32/20 34/24 58/27 58/30
61/23 63/30
**altered** [1] 23/9
**aluminum** [1] 43/29
**aluminums** [1] 43/27
**always** [1] 43/29
**am** [20] 5/16 6/8 7/28 16/8 18/11 19/29 20/17
21/25 21/25 26/30 28/2 39/18 39/23 41/21
46/32 52/9 66/16 72/10 74/23 74/24
**AMADEE** [1] 1/20
**AMERICAN** [4] 1/23 14/10 73/5 73/14
**amount** [5] 22/31 39/7 41/1 48/32 70/18
**analysis** [1] 72/7
**and/or** [1] 30/4
**ANDERSON** [3] 1/7 3/3 30/32
**Anderson's** [1] 32/16
**another** [2] 7/32 8/2
**answer** [5] 26/16 36/17 36/31 42/14 43/21
**answered** [3] 69/6 71/14 71/19
**any** [29] 13/24 15/12 19/21 21/16 24/6 25/4
28/2 29/2 29/12 29/21 29/22 30/28 32/9 32/26
33/8 33/22 37/21 42/12 43/23 47/24 48/19
48/21 48/22 48/23 49/12 52/6 56/9 57/14
70/26
**anyone** [1] 59/2
**anything** [11] 4/1 12/11 20/17 29/28 30/18
37/4 39/15 54/16 55/7 67/8 72/22
**Anyway** [1] 14/13
**anywhere** [1] 41/22
**apologize** [2] 50/5 50/28
**apparently** [1] 13/7
**APPEARANCES** [1] 1/18
**applicable** [1] 12/22

**approach** [2] 37/8 63/22
**approximately** [4] 53/32 54/9 69/25 70/1
**architect** [1] 5/17
**are** [106]
**area** [52] 5/18 7/20 7/22 7/27 7/31 7/32 8/2
8/7 8/24 8/29 8/30 8/30 8/32 8/32 9/4 12/16
12/31 13/25 15/19 15/32 16/8 19/17 24/3
26/22 31/18 31/19 31/24 32/8 34/24 34/24
34/25 35/3 35/7 35/7 39/5 45/3 47/26 47/30
48/11 49/1 49/4 49/6 49/16 53/5 59/29 59/30
65/6 68/14 68/15 68/16 69/3 69/21
**areas** [9] 7/31 8/22 32/1 44/2 49/17 61/13
61/21 63/31 68/17
**aren't** [1] 33/2
**argue** [1] 59/10
**around** [4] 23/17 57/10 61/9 65/32
**as** [94]
**asbestos** [3] 52/16 55/2 55/7
**ASHRAE** [1] 14/10
**aside** [1] 45/23
**ask** [26] 17/11 17/31 31/10 36/9 40/9 40/14
40/16 40/25 41/24 42/14 43/7 45/2 45/29
47/15 53/11 54/7 59/5 62/25 64/13 64/15
64/24 64/25 66/17 71/16 72/14 72/15
**asked** [13] 4/11 16/6 20/14 21/32 36/8 47/3
50/7 52/5 67/11 69/6 71/14 71/19 72/14
**asking** [6] 12/17 25/29 31/9 40/16 53/11 70/4
**aspect** [1] 57/7
**assertion** [2] 17/32 18/1
**Associates** [1] 51/14
**assume** [3] 22/11 29/10 59/5
**assumed** [5] 29/10 29/16 29/17 30/3 30/25
**assuming** [16] 25/9 27/8 31/28 43/9 43/9
43/12 47/15 47/20 49/20 66/28
**assumption** [9] 21/8 23/5 28/29 28/32 29/1
29/15 29/29 32/25 32/32
**assumptions** [3] 28/20 30/2 33/2
**astray** [1] 52/30
**atmosphere** [1] 49/12
**attached** [1] 34/1
**attain** [1] 6/22
**attained** [1] 5/14
**attended** [1] 5/12
**attribute** [1] 44/20
**automatic** [2] 8/19 8/19
**aware** [7] 28/32 29/2 29/12 29/21 30/28
32/26 33/22
**away** [3] 25/11 26/8 26/24

**B**

**B-o-c-a-g-e** [1] 5/8
**Bachelor's** [1] 5/14
**back** [19] 16/13 16/20 18/24 19/5 19/13 27/2
32/8 34/12 35/4 43/11 44/17 49/2 52/30 57/12
60/27 66/1 66/2 66/3 70/12
**background** [2] 5/11 44/26
**backwards** [1] 14/4
**balance** [3] 62/2 62/18 62/32
**balanced** [2] 62/16
**balancing** [1] 62/6
**banks** [1] 8/8
**barrels** [1] 13/7
**based** [12] 20/3 23/3 27/31 27/32 29/18 29/28
37/32 44/19 55/32 56/11 57/3 57/15
**basement** [1] 59/1
**basic** [2] 21/7 21/8
**basically** [3] 22/23 28/13 59/15
**basis** [4] 13/12 16/31 39/15 52/18
**bathrooms** [1] 61/20
**bathtub** [1] 70/22
**be** [58] 3/5 4/14 10/16 10/24 12/12 13/8 13/21
18/9 18/12 23/9 23/15 23/16 23/24 23/28 24/5
25/10 25/20 27/8 27/25 28/11 28/15 28/24
31/6 31/15 32/2 32/13 34/18 34/25 34/29 35/5
39/3 39/3 43/24 43/26 43/28 43/31 45/10 47/7
47/16 47/22 48/14 48/20 48/24 48/28 48/30
49/4 49/9 51/26 52/14 53/28 55/2 59/3 60/26
62/15 62/16 65/10 67/19 70/25
**bearings** [2] 23/8 62/19
**became** [1] 20/11
**because** [25] 10/17 12/16 19/6 21/28 24/15
28/27 30/30 39/31 40/17 41/29 42/32
45/11 46/30 46/31 49/17 52/4 53/5 60/9 61/19
62/19 64/16 67/11 68/22 72/15
**becoming** [1] 26/7
**been** [24] 4/22 5/18 20/14 20/14 22/27 22/28
22/30 22/32 29/5 29/5 29/25 43/3 47/26 49/5
49/12 49/15 49/26 52/24 54/21 62/11 64/22
64/24 73/16 74/19
**before** [7] 1/14 9/7 30/29 32/27 37/3 42/5
74/13
**beginning** [1] 62/16
**behalf** [4] 3/8 4/20 73/5 73/5
**BEHLAF** [1] 1/8

**B**

being [14] 5/19 8/3 11/19 15/3 15/8 23/1 33/26 33/27 36/2 36/8 65/31 66/3 68/12 70/10
believe [16] 3/28 6/32 9/17 16/7 18/13 19/7 22/18 23/5 30/8 37/14 37/17 37/19 37/32 41/5 49/7 58/32
below [1] 46/10
bench [1] 49/28
benchmark [1] 33/20
Bernoulli's [2] 60/9 60/14
best [2] 36/14 74/18
better [1] 60/24
between [3] 23/19 51/16 61/15
beyond [20] 9/4 12/16 24/13 25/13 27/26 32/1 32/7 41/22 44/32 49/29 56/7 56/8 56/8 67/6 69/11 70/30 70/32 71/16 71/31 72/6
big [4] 9/22 10/10 54/1 54/7
bigness [1] 7/9
bird's [1] 65/18
bit [7] 5/23 9/3 9/21 20/20 23/17 23/25 52/28
blanked [2] 63/14 63/18
blinds [1] 39/8
blocked [8] 15/22 15/27 15/28 33/26 33/28 33/30 33/32 34/20
blow [2] 59/32 61/7
blowing [1] 61/8
blows [1] 60/8
blue [1] 16/24
board [7] 6/32 7/10 19/24 51/14 51/16 52/32 74/22
Bocage [1] 5/8
body [1] 27/18
bones [1] 34/10
books [1] 14/12
both [5] 13/18 48/12 48/13 48/14 64/2
bottom [1] 25/2
box [2] 8/12 15/7
boxes [1] 13/24
Brandy [1] 73/13
breathing [3] 14/7 27/19 27/19
brief [1] 68/9
briefly [4] 5/10 6/9 9/8 30/24
bright [1] 61/15
brilliant [1] 66/17
bring [9] 3/13 14/5 14/14 27/11 27/17 28/19 71/21 71/28 72/12
bringing [3] 3/12 14/16 15/1
broad [2] 27/31 27/32
BRODIE [1] 1/26 3/8 4/20
broken [1] 48/14
brought [1] 15/21
Bud [1] 53/12
building [88]
buildings [13] 5/21 13/24 13/27 14/1 14/3 14/9 23/15 23/27 27/27 27/29 53/6 53/9 61/32
built [3] 8/8 23/22 62/15
bunch [1] 63/20
burn [2] 53/16 53/18

**C**

C.C.R [1] 1/31
calculation [2] 19/30 56/2
calculations [1] 19/21
call [8] 3/7 3/32 4/5 4/13 4/14 4/21 46/9 53/4
called [3] 51/5 51/8 53/13
calling [1] 55/21
can [43] 5/3 7/7 7/9 7/12 7/14 7/17 9/29 11/5 14/17 14/29 17/30 19/5 26/13 26/16 26/26 26/27 26/27 27/22 29/10 33/14 33/19 35/8 36/22 38/23 38/25 39/1 39/2 39/28 40/14 40/16 42/23 43/20 45/13 45/23 47/20 47/21 50/3 60/24 60/25 61/2 64/25 68/12 69/20
can't [1] 30/19
CANAL [11] 1/9 6/7 6/10 6/12 14/19 47/24 54/11 55/29 56/10 57/2 59/15
cannot [4] 7/9 44/1 64/15 64/24
captioned [1] 1/13
car [1] 24/2
carbon [2] 27/19 27/21
cars [1] 24/2
case [14] 11/17 20/12 51/5 51/7 51/9 51/11 51/15 52/15 52/32 53/1 53/10 55/8 63/2 63/13
cases [6] 52/4 52/13 53/22 53/25 54/14 54/17
catch [1] 67/20
caught [2] 64/22 64/24
cause [3] 4/24 44/1 60/20
caused [1] 45/5
causes [2] 23/1 60/8
causing [1] 43/24
CCR [1] 1/31
ceiling [1] 39/1
certain [6] 11/15 36/10 48/32 60/26 60/28 61/6
certificate [2] 74/1 74/4

cetera [1] 5/20
CFM [7] 15/5 15/6 34/16 48/29 69/25 70/15 70/16
change [2] 24/5 28/14 28/17
changed [1] 21/29
changing [1] 48/27
Chapman [1] 53/12
characterization [2] 17/8 57/31
CHASE [2] 1/15 7/7
check [1] 44/7
chem [1] 42/12
chemical [5] 16/7 57/14 57/25 58/5 58/9
chemicals [5] 1/9 23/1 25/15 25/30 63/6
Chetellier [1] 73/12
chilled [10] 6/12 6/14 6/18 6/19 10/1 10/28 10/29 11/15 11/19 66/3
circle [2] 5/9 19/13
circulate [2] 31/23 31/30
circulated [5] 6/15 13/9 28/25 34/7 65/31
CITY [5] 1/11 1/27 3/3 3/10 73/15
CIVIL [2] 1/1 74/12
claim [1] 55/2
clarify [1] 20/20
CLAYTON [2] 1/21 55/22
clean [1] 42/12
clear [1] 12/24
clearly [2] 7/7 72/17
Cleveland [1] 49/3
client [1] 5/21
close [2] 9/22 23/23
closed [8] 13/32 23/21 28/31 29/3 29/9 59/15 61/18 69/18
co [1] 71/22
co-counsel [1] 71/22
coil [7] 6/16 6/19 8/8 11/18 11/19 11/21 12/4
coils [8] 6/15 6/16 6/17 6/22 11/22 11/27 12/13 22/28
colleague [1] 28/5
cologne [2] 26/31 26/32
cologne-wearing [1] 26/31
color [3] 70/13 70/17 70/21
coloring [1] 70/19
combined [1] 66/9
come [3] 3/14 14/3 37/11
comes [3] 8/17 57/11 66/6
comfortable [1] 28/6
coming [16] 8/12 15/15 15/15 26/14 27/9 38/16 38/26 39/7 40/32 42/19 43/10 43/13 53/17 59/12 68/19 70/25
comments [1] 23/3
commercially [1] 8/6
commercially-manufactured [1] 8/6
commission [1] 63/11
common [2] 11/13 66/1
commonality [1] 46/32
communicate [1] 65/7
company [4] 1/23 53/12 62/6 73/6
competent [2] 10/19 11/3
complexes [1] 53/8
compliance [1] 74/20
compliments [1] 55/24
component [1] 10/20
concisely [1] 6/10
conclusion [1] 22/16
conclusions [2] 36/4 36/25
condenser [1] 6/14
condition [3] 22/26 31/21 61/6
conditioned [1] 66/3
conditioning [24] 6/13 11/22 12/5 26/6 31/1 31/6 31/18 32/2 32/3 32/6 32/10 32/13 32/17 44/1 47/28 47/30 48/10 48/16 57/1 57/7 57/9 60/12 62/2 62/15
conditions [1] 56/9
confined [3] 47/23 69/3 69/10
confusion [1] 60/16
connected [1] 6/29
connecting [1] 33/25
connection [1] 47/31
consider [2] 40/10 41/1
consultants [1] 53/29
consulting [1] 62/9
contact [4] 6/18 11/20 11/23 53/17
contain [1] 35/1
contaminants [1] 10/10
contaminate [1] 53/28
contaminated [1] 27/21 64/6
contaminates [9] 10/6 10/11 10/19 10/21 12/11 12/23 27/17 27/18 63/7
contention [1] 34/10
continuation [1] 9/18
continue [2] 14/29 69/32
continued [1] 19/8
contractor [1] 62/11

controlling [1] 8/18
controls [3] 8/31 22/28 29/6
cooled [2] 10/2 10/4
cooling [2] 6/16 12/4
copies [1] 73/8
CORPORATION [3] 1/25 3/8 4/21
corralling [1] 19/16
correct [129]
correctly [5] 12/9 19/6 19/14 25/25 31/12
corroded [7] 18/28 19/3 19/7 23/4 49/8 49/12 49/17
corrosion [11] 16/27 16/29 17/28 32/21 35/5 35/17 43/4 43/14 43/25 43/28 50/23
CORWIN [1] 1/28
could [31] 7/15 8/25 10/25 13/8 17/11 18/12 20/18 22/26 22/29 25/9 28/24 29/5 29/10 29/25 29/26 30/11 31/10 38/18 43/27 43/31 48/12 48/13 48/15 49/9 49/12 53/27 59/3 65/10 69/11 69/13 69/17
counsel [4] 3/4 62/24 71/22 74/23
country [1] 13/25
couple [2] 61/1 61/2
course [1] 36/30
court [19] 1/1 1/14 1/32 5/10 6/9 8/26 9/8 13/12 13/19 31/5 38/19 52/18 67/1 73/19 74/10 74/11 74/12 74/22 74/30
courtroom [2] 27/27 57/18
courts [2] 52/6 52/7
cover [1] 27/28
covering [1] 7/21
crack [2] 16/4 23/17
cracks [3] 48/22 48/24 69/19
create [1] 60/31
creates [1] 59/29
creating [1] 60/4
criticized [1] 43/5
cross [4] 2/6 9/21 51/1 67/7
cubic [2] 15/6 19/24
current [1] 60/22
currents [3] 60/20 60/23 60/31
CV [1] 4/27

**D**

damage [11] 16/17 16/18 16/20 35/5 35/5 38/22 39/6 39/29 44/2 45/29 49/8
damper [1] 29/8
dampers [8] 28/30 28/31 29/3 29/8 29/16 29/22 31/20 48/15
dark [1] 70/21
DARRYL [1] 1/24
date [3] 22/4 30/10 41/22
DAVENPORT [1] 1/7
day [2] 8/19 25/17
days [2] 59/3 59/4
deaf [1] 12/28
dealing [1] 10/11
December [11] 22/10 22/10 22/17 22/18 23/6 30/9 32/23 42/4 42/6 47/19 57/22
December 9 [1] 32/23
December 9th [10] 22/10 22/10 22/17 22/18 23/6 30/9 42/4 42/6 47/19 57/22
decided [2] 3/13 4/13
dedicated [2] 15/9 15/10
deep [1] 33/13
Defendants [2] 3/7 4/21
definitely [1] 26/32
degradation [1] 16/27
delve [1] 22/15
DeMajo [1] 73/15
depiction [1] 65/22
deposition [6] 4/1 73/7 73/11 73/12 73/13 73/15
depositions [3] 54/15 73/9 73/18
describing [1] 53/26
design [10] 6/1 9/26 40/12 45/4 45/17 53/5 53/6 60/12 62/12 72/8
designed [12] 6/11 8/7 8/13 8/23 10/1 21/9 22/11 22/17 23/24 48/11 62/14 63/4
designer [1] 63/5
designing [3] 5/19 5/24 40/31
designs [1] 27/31
desired [1] 6/23
deterioration [1] 43/25
determination [1] 44/26
determine [1] 45/25
develop [1] 35/8
did [21] 4/4 19/21 19/22 19/29 20/16 27/11 28/8 29/1 33/30 33/32 45/20 47/24 48/8 50/22 51/6 51/15 55/29 56/5 58/21 64/1 70/29
didn't [8] 3/28 24/30 25/24 27/12 30/20 68/3 68/26 71/16
different [8] 6/23 8/10 27/29 27/29 27/30 52/13 59/29 70/13

differential [3]  34/21 34/26 48/31
difficult [2]  21/14 21/28
dilute [5]  25/20 26/7 26/28 27/17 70/26
diluted [1]  25/10
dilutes [1]  27/4
dilution [1]  70/29
dining [1]  68/14
dioxide [2]  27/20 27/21
direct [7]  2/4 2/5 5/1 6/18 11/20 11/23 47/11
direction [5]  16/13 26/24 34/29 48/24 74/17
disagree [5]  24/24 25/17 36/25 44/28 51/27
disagrees [1]  17/31
discover [1]  62/17
discussed [4]  9/8 70/24 71/29 72/3
discussion [5]  29/31 36/32 44/14 68/7 73/22
dispute [2]  59/8 59/9
distributes [1]  14/26
DISTRICT [2]  1/1 74/12
dividing [1]  61/15
DIVISION [1]  1/5
do [58]  5/27 7/14 7/17 11/2 12/18 14/12 16/7
  16/32 17/16 18/13 18/27 22/19 22/20 22/25
  24/13 25/15 26/22 27/8 34/5 36/17 37/20
  37/28 37/32 38/10 38/15 38/17 39/29 39/31
  40/14 41/1 42/4 42/29 44/2 44/20 45/11 45/12
  46/26 48/27 51/6 52/4 52/11 55/2 55/6 55/7
  56/10 59/1 62/1 62/2 62/27 62/32 67/23 67/24
  70/3 72/11 72/22 73/4 73/5 74/14
documentation [4]  56/5 56/11 56/21 56/25
does [11]  14/28 18/15 26/5 32/17 34/22 42/22
  45/29 46/2 46/5 46/9 62/5
doesn't [4]  37/25 44/24 44/25 61/16
don't [32]  3/32 4/1 10/8 10/13 15/23 15/27
  15/29 18/9 18/30 22/17 26/18 28/22 30/7
  30/17 38/10 40/4 40/25 41/24 42/8 42/10 46/9
  47/17 48/3 49/10 51/27 56/9 57/13 62/20
  67/24 69/27 70/22 72/32
done [4]  15/30 49/21 63/1 63/2
door [5]  13/29 13/31 16/1 69/19 70/3
doors [11]  23/16 23/20 23/23 23/25 34/28
  48/21 61/9 61/9 69/12 69/18 69/18
doorways [2]  23/10 25/3
double [2]  33/5 44/7
down [10]  7/32 14/21 15/2 24/2 38/23 42/11
  57/4 63/29 65/21 66/2
downward [1]  6/28
Dr [2]  25/18 25/22
drainage [1]  53/9
draw [5]  8/9 10/30 16/22 67/8 68/11
drawing [7]  6/31 8/27 8/27 8/28 9/18 10/5
  12/10
drawings [2]  29/6 63/26
drawn [2]  65/10 66/1
draws [1]  60/18
drew [3]  19/23 63/20 63/26
dripping [2]  45/5 46/8
drop [1]  70/19
drums [1]  47/18
duct [5]  9/9 15/2 15/3 34/22 47/30
ducts [6]  6/27 6/28 7/26 7/26 60/26 67/20
ductwork [7]  8/1 8/2 8/31 33/25 34/2 48/32
  65/29
due [2]  34/20 60/9
duly [1]  4/23
During [1]  19/32

**E**

E-r-v-i-n [1]  5/5
each [3]  7/26 8/14 65/32
earlier [12]  11/10 11/18 30/7 35/22 41/4
  56/15 63/20 66/8 66/27 70/24 71/29 72/15
east [26]  7/32 13/7 13/8 15/20 16/11 16/12
  16/12 19/17 19/18 25/5 25/9 25/11 28/24
  29/17 31/24 31/30 32/1 32/3 32/14 34/6 35/2
  47/19 47/27 48/21 63/13 70/27
easy [1]  47/7
eddy [2]  60/22 60/23
educational [1]  5/11
effect [5]  10/5 12/10 25/4 70/24 72/4
effectively [1]  31/23
effects [3]  31/5 31/15 40/11
egg [2]  58/12 58/14
egg-like [2]  58/12 58/14
eggs [2]  58/17 58/19
eight [1]  41/30
eight-year [1]  41/30
either [13]  6/31 7/12 17/17 29/9 29/10 30/23
  32/2 32/5 38/18 38/26 40/4 40/6 48/13
electrical [1]  53/2
element [1]  21/19
elevator [5]  23/10 23/22 23/28 24/2 25/3
elevators [2]  23/29 24/12
else [1]  39/15

employed [1]  24/14
encountered [1]  6/6
end [1]  54/26
ended [1]  39/8
engineer [7]  5/16 9/26 27/26 45/15 51/28
  51/30 53/26 54/4 62/9 62/10 63/4
engineer's [1]  62/12
engineering [5]  5/15 5/18 6/1 45/4 45/21
engineers [3]  8/17 14/11 14/12
enough [3]  12/24 26/27 71/4
Ensco [1]  53/12
entering [3]  38/1 38/20 41/5
entire [1]  28/15
entitled [1]  4/23
entrained [2]  64/7 64/8
environment [1]  40/19
environmental [5]  20/32 22/25 30/13 37/18
  53/29
Environmental's [1]  38/32
equipment [2]  24/4 62/19
error [1]  72/7
ERVIN [6]  2/3 3/7 4/21 4/22 5/5 56/2
escape [1]  28/24 71/9
escaped [1]  70/27
escaping [2]  47/17 47/18
ESQ [9]  1/20 1/20 1/21 1/21 1/24 1/25 1/26
  1/27 1/28
estimation [1]  69/27
et [3]  1/11 5/20 51/6
evaluate [1]  57/3
evaluation [1]  57/1
EVELLE [1]  1/7
even [6]  15/7 26/27 34/32 38/25 61/1 69/18
eventually [1]  27/15
ever [3]  33/23 54/15 55/24
every [3]  15/8 28/16 28/16
everyone [1]  47/4
everything [4]  32/31 35/7 49/14 55/15
evidence [20]  16/17 19/24 29/4 29/4 29/4
  29/13 29/14 29/21 29/27 30/28 32/26 33/5
  33/22 37/20 38/15 42/5 42/19 56/4 57/20 73/9
evidenced [1]  41/6
exactly [6]  27/7 55/14 62/14 63/3 67/1 67/1
EXAMINATION [4]  5/1 47/11 51/1 66/25
examined [1]  4/24
example [1]  27/5
except [1]  12/5
excess [3]  14/30 15/14 15/16
exchange [3]  28/8 49/16 65/14
exchanged [1]  28/12
excuse [4]  28/27 35/14 49/32 60/13
executive [1]  56/30
exhaust [9]  15/20 61/20 63/3 63/5 63/10
  63/14 63/15 63/15 63/17
exhausted [1]  65/10
exhibit [16]  4/27 7/1 8/27 9/19 13/20 13/21
  30/16 37/14 37/16 37/18 37/20 38/30 44/18
  46/2 46/5 71/24
exhibits [1]  20/26
exit [1]  23/14
expand [1]  41/22
expected [1]  49/20
expecting [1]  47/6
expel [1]  13/23
experience [8]  5/24 5/27 34/4 40/31 44/19
  45/16 45/24 61/31
expert [18]  5/32 24/11 24/28 24/30 37/26
  38/5 39/30 42/9 43/20 44/24 51/22 51/27
  51/27 52/16 52/27 54/16 55/2 55/15
expertise [10]  10/9 10/13 12/17 12/31 25/14
  38/6 40/2 42/32 44/25 52/15
experts [1]  56/17
explain [6]  6/9 13/12 13/17 13/19 16/16
  23/13 31/5 38/19
explained [3]  11/10 34/27 59/21
explanation [1]  24/12
explore [1]  42/18
EXPOSED [1]  1/8
extent [2]  33/31 68/19
exterior [1]  48/22
eye [1]  65/18
eyes [1]  9/21

**F**

F-i-n [2]  11/29 11/31
face [1]  13/30
fact [3]  59/23 64/1 69/12
faded [1]  67/19
failed [3]  28/31 29/3 39/2
fair [5]  19/19 25/6 28/26 42/17 71/4
familiar [3]  6/5 11/11 40/10
fan [40]  6/25 6/26 6/28 8/3 8/3 8/4 8/7 8/8
  8/13 9/9 9/10 14/21 14/23 14/32 15/13 15/13
  15/17 15/18 18/32 32/25 32/27 33/22 33/25
  34/6 34/7 34/13 34/14 34/14 34/15 34/17

fans [8]  8/9 8/13 14/25 48/28 59/32 59/32
  61/20 62/20
far [3]  21/3 49/10 52/30
farther [2]  25/11 26/7
fashion [1]  65/23
fast [1]  62/20
favorite [1]  65/16
fed [3]  8/3 63/30 63/30
federal [1]  52/7
feed [2]  6/27 8/14
feeding [5]  6/28 7/27 15/2
feel [2]  27/30 28/6
feel-good [1]  27/30
feeling [2]  27/25 57/26
feet [9]  15/6 19/24 33/12 53/31 53/32 54/2
  54/6 54/9 54/11
felt [1]  34/1
few [2]  37/9 62/17
field [2]  5/32 34/5
figure [1]  21/18
files [1]  56/11
fin [4]  11/21 11/22 11/27 12/13
find [2]  47/8 62/32
Fine [1]  45/32
finish [2]  39/12 50/3
finished [3]  49/28 66/24 71/26
finishes [2]  24/10 43/25
fire [3]  5/19 53/4 53/7
first [26]  3/14 4/22 6/31 7/18 10/15 25/17
  28/29 32/17 42/2 44/17 55/31 56/30 56/31
  63/31 64/4 64/9 64/9 64/30 64/5 65/9 65/11 66/29
  67/2 68/23 69/2 71/9 72/7
fit [1]  65/25
five [2]  49/14 57/4
flooded [3]  30/29 32/28 33/6
floor [38]  7/19 8/31 9/4 25/19 28/17 28/17
  31/1 31/7 31/15 32/17 33/13 33/14 47/23
  50/24 50/24 58/30 59/2 60/3 63/16 63/30
  63/31 64/4 64/4 64/9 64/30 64/5 65/9 65/9
  65/10 65/11 65/19 66/2 66/11 66/29 67/2
  68/23 69/2 71/10
floors [7]  6/24 58/31 61/13 65/28 65/29 66/1
  67/21
flow [4]  6/19 16/1 23/20 72/4
flows [3]  10/20 11/21 62/8
flush [1]  27/17
focused [1]  57/6
focuses [1]  57/5
following [1]  72/10
follows [1]  4/24
food [1]  70/19
force [3]  13/22 48/15
forced [1]  15/8
forces [1]  14/25
forcing [2]  14/4 60/13
form [5]  27/5 30/4 43/27 43/28 43/29
formaldehyde [5]  53/22 53/27
format [1]  74/20
forming [1]  28/20
FOSTER [2]  1/24 2/5
found [2]  13/8 47/19
foundation [7]  10/15 10/22 11/5 22/6 39/16
  42/13 44/22
foundational [1]  40/15
frame [2]  41/8 41/21
freezer [1]  53/18
fresh [13]  19/16 19/21 19/24 19/30 26/14
  27/9 27/16 28/8 28/16 28/30 48/18 61/24
  70/25
friend [1]  7/23
front [1]  14/18
full [1]  72/7
fumes [2]  16/7 49/6
functional [1]  32/22
functioning [6]  20/9 21/9 22/12 22/16 22/18
  23/6
further [6]  26/13 26/24 28/4 70/26 72/26
  72/30

**G**

GA [16]  7/25 8/22 8/24 8/29 8/30 9/4 9/9
  15/17 15/18 16/14 18/32 32/9 32/22 34/7
  34/24 48/28
GAMBEL [11]  1/20 2/6 9/24 10/18 12/31
  36/6 40/26 43/17 46/20 55/17 68/22
GARY [1]  1/20 12/26
gas [2]  47/14 53/7
gauge [1]  52/19
GAUTIER [1]  1/15
gave [2]  54/15 54/24
GB [3]  14/23 14/25 48/29
GB-6 [1]  48/29
GE [11]  8/3 8/8 9/10 14/21 14/27 32/25 32/27

# G

GE... [4]  33/23 33/25 34/7 35/18
GE-6 [7]  9/10 32/25 32/27 33/23 33/25 34/7 35/18
GEA [1]  33/26
generally [2]  21/16 22/11
gentlemen [1]  53/15
GEs [1]  47/14
get [12]  13/5 15/11 20/18 22/4 23/8 26/24 28/7 29/11 30/2 62/19 65/16 68/23
gets [7]  27/3 49/28 62/19 66/11 66/11 66/14 69/2
getting [2]  15/15 52/1
gist [2]  13/6 27/4
give [3]  52/28 68/6 73/19
given [4]  40/11 41/2 43/23 56/12
giving [1]  14/30
glare [1]  39/3
Glen [4]  2/4 2/7 3/8 4/20
GLENN [1]  1/26
go [24]  4/18 6/18 16/1 18/24 26/18 30/3 30/25 34/28 38/18 38/31 40/23 47/24 52/23 54/3 55/28 59/12 61/32 62/2 66/29 67/2 68/23 69/11 70/8 73/21
goes [6]  51/26 52/14 52/30 62/7 65/26 71/32
going [70]  3/31 4/2 4/5 4/12 6/18 7/28 10/8 10/24 10/29 12/15 13/16 13/21 14/13 14/14 14/22 15/5 15/18 15/32 16/2 16/3 16/4 17/5 23/16 23/19 24/2 24/4 26/25 28/4 32/8 32/30 34/12 34/21 34/28 34/29 34/30 35/1 35/21 39/12 39/13 39/18 40/8 40/9 40/23 45/10 49/25 50/8 51/20 51/23 52/9 52/29 55/6 55/21 56/14 57/31 59/1 60/20 61/8 64/2 64/8 65/16 65/31 66/16 66/18 66/22 67/20 70/11 70/12 70/20 73/2 73/6
gone [2]  55/12 66/2
good [8]  9/6 21/27 27/30 36/31 43/19 51/3 51/4 64/20
goose [1]  64/20
got [6]  7/29 16/6 19/15 24/7 26/13 45/16
Gotcha [1]  65/15
grease [3]  51/8 51/10 52/16
great [1]  51/8
grill [2]  14/15 63/13
ground [20]  6/26 6/27 7/19 15/3 31/1 31/7 31/15 33/13 33/14 34/13 47/23 50/24 58/30 63/30 64/4 65/4 65/9 65/19 66/2 66/11
guess [2]  7/28 17/25
guesstimate [1]  69/21
guidelines [1]  74/21
gutted [1]  22/23
guys [2]  62/1 68/6
GW [3]  8/4 8/8 14/27

# H

had [25]  6/12 8/17 9/24 13/14 20/4 20/13 20/20 20/23 20/26 20/29 20/32 21/4 22/27 22/31 23/32 26/31 28/31 29/3 40/10 49/12 49/13 50/12 53/15 58/27 67/7
hae [1]  6/17
handle [1]  10/10
handler [3]  7/21 49/22 60/4
handlers [1]  65/32
Handlin [34]  13/14 13/28 14/15 15/24 15/30 16/28 17/6 17/16 18/4 18/13 20/29 25/10 27/32 28/3 28/5 29/16 30/3 30/20 33/1 33/11 33/26 34/4 34/19 34/27 35/16 35/22 36/2 36/10 38/21 43/4 43/5 48/26 49/19 69/12
Handlin's [22]  15/25 18/25 18/27 20/23 20/26 22/24 23/3 24/15 28/18 28/22 28/23 28/27 29/23 30/2 32/20 32/25 33/28 34/32 36/23 36/29 37/15 71/8
hands [2]  20/18 53/17
happen [1]  62/21
happened [2]  47/20 65/22
happens [1]  62/30
hard [1]  15/7
HARVEY [1]  1/8
has [21]  5/18 6/17 10/9 10/13 27/2 33/8 38/6 39/2 39/15 40/17 42/12 43/3 45/15 45/25 52/6 52/12 52/24 54/21 55/4 62/11 74/19
hate [1]  50/12
have [116]
haven't [1]  20/14
having [2]  4/22 50/28
he [107]
He's [1]  39/20
heard [5]  30/32 33/28 57/17 57/32 58/25
heating [2]  6/22 14/11
held [4]  1/13 49/6 49/14 58/10
her [2]  25/24 27/3
here [36]  4/14 7/21 8/5 8/12 9/4 10/11 12/22 14/15 14/16 14/17 14/31 15/16 15/20 16/25 16/25 19/13 23/8 24/6 27/1 38/22 38/23 38/26

19/3 39/4 39/6 39/7 42/23 45/2 45/3 55/6 56/4
50/14 57/17 63/29 65/18 67/25 68/15
hereby [1]  74/14
herein [1]  74/4
high [3]  5/12 43/32 60/21
higher [1]  43/9
highlight [1]  9/14
highlighter [2]  8/28 9/17
him [32]  3/13 3/14 3/32 4/1 4/5 4/13 4/14 17/31 17/32 18/27 22/2 25/29 28/19 36/9 37/28 39/12 40/9 40/16 40/17 40/25 41/24 42/14 42/14 45/28 45/29 50/12 51/22 52/28 64/13 64/16 64/25 70/4
his [50]  12/16 12/31 15/25 16/31 17/17 17/17 17/20 17/30 18/5 18/16 18/17 18/22 18/24 18/31 18/32 19/2 23/23 24/12 24/16 24/22 25/14 28/20 29/18 29/29 30/4 30/21 34/4 34/4 34/5 34/11 35/9 35/17 35/23 35/28 35/28 36/3 36/3 36/15 36/15 36/25 36/25 39/25 40/2 44/32 45/24 51/21 52/15 53/17 56/15 68/1
hits [1]  13/29
hold [4]  26/18 34/30 39/10 71/6
home [2]  12/5 54/1
honestly [1]  41/1
Honor [51]  3/10 4/26 6/3 8/5 9/2 10/8 10/32 12/3 12/15 17/22 20/11 21/12 24/11 25/13 25/17 26/23 26/32 32/30 35/21 37/8 37/24 38/3 38/11 39/3 39/13 39/20 40/7 41/8 42/8 44/9 46/22 49/25 51/20 52/26 56/14 57/29 58/8 63/22 64/12 66/32 67/24 68/26 69/6 69/23 70/17 70/29 71/12 71/21 71/31 72/30
HONORABLE [1]  1/14
hopefully [1]  61/28
hosing [1]  42/11
hospitals [2]  27/27 53/8
hour [2]  28/14 28/16
hours [1]  49/32
house [1]  61/13
how [21]  6/10 10/9 10/20 11/11 14/28 22/15 25/20 25/29 25/30 25/32 27/7 27/20 28/11 39/31 45/10 51/13 53/27 54/7 62/29 67/12 69/20
however [2]  17/7 41/13
Huey [1]  73/11
human [1]  4/11
humid [1]  40/19
humidity [3]  41/2 43/24 43/32
hundred [2]  23/18 54/1
HVAC [25]  5/19 5/24 5/28 5/32 6/6 9/26 24/11 25/26 27/8 27/11 28/1 39/30 40/9 40/32 43/4 45/3 45/6 45/16 45/24 51/32 52/23 53/6 57/11 61/31 72/8
hybrid [2]  6/16 11/18
hydrochloric [1]  10/12
hydrofluoric [1]  10/12
hypothetical [1]  43/20

# I

I N D E X [1]  2/1
I'd [2]  7/15 59/12
I'll [5]  8/26 10/25 32/11 33/8 71/32
I'm [54]  4/16 9/1 9/2 10/8 12/15 12/28 13/21 16/24 17/5 17/20 24/7 24/8 24/10 26/11 26/25 27/18 27/19 27/25 27/31 28/2 29/11 29/27 29/28 30/16 32/10 32/30 35/21 36/13 37/3 38/4 39/13 42/17 43/17 47/13 48/23 49/20 49/25 50/5 50/12 51/20 51/22 51/27 54/26 55/6 55/21 56/14 56/31 59/1 65/16 66/18 66/22 70/11 73/14
I've [1]  49/26
idea [3]  39/15 42/13 63/1
immediately [1]  19/17
imminently [1]  24/19
important [2]  13/26 45/24
impossible [1]  49/27
includes [1]  56/23
incorporated [1]  4/27
increase [3]  27/15 43/11 43/14
independent [2]  47/29 48/10
indicate [4]  14/17 32/18 32/22 56/32
indicated [2]  32/20 59/18
Indicating [1]  14/18
individually [1]  1/8
indoor [2]  26/22 44/3
industrial [1]  53/8
industry [1]  11/14
information [1]  33/27
informed [1]  58/29
informs [1]  57/21
initial [1]  5/5
initially [1]  40/20
injected [1]  61/24
inside [2]  12/4 59/24
inspected [1]  55/28
Inspection [1]  56/4

inspections [3]  55/5 55/7 56/1
installed [3]  21/22 29/7 62/11
instance [1]  59/32
INSURANCE [2]  1/23 73/6
intended [1]  22/12
interest [1]  46/32
interested [1]  74/24
interesting [1]  48/12
internals [1]  30/23
interrupt [1]  50/12
intrusion [5]  37/21 38/16 42/5 42/10 42/11
investigations [2]  44/3 56/1
involved [2]  20/12 53/2
involving [1]  53/1
irons [1]  43/26
irrelevant [1]  18/3
is [298]
isn't [2]  57/26 62/29
issue [3]  28/7 40/20 53/13
issues [2]  50/9 52/23
it [170]
it's [43]  8/32 9/17 11/18 12/3 12/22 12/23 12/30 13/23 13/26 15/7 15/11 15/32 18/3 18/4 29/14 29/28 34/29 40/6 41/18 43/27 43/29 43/30 44/32 47/22 48/8 49/26 49/27 49/28 49/29 50/7 52/11 54/28 56/31 60/4 60/15 60/20 61/8 62/17 65/21 69/30 70/17 70/18 71/16
its [6]  6/14 8/19 34/17 48/17 49/22 69/13
itself [5]  17/30 18/18 35/23 38/28 44/23

# J

JENNIFER [1]  1/21
jets [2]  60/28 61/2
JOHN [2]  1/25 73/15
Joint [2]  2/13 4/27
jointly [1]  73/14
JOSEPH [1]  1/8
JR [2]  1/20 73/13
judge [12]  1/15 3/30 7/7 7/17 24/20 26/11 49/32 50/27 54/15 55/25 55/28 73/4
JUNE [1]  1/8
just [34]  3/28 7/3 11/22 12/5 12/15 12/17 12/30 15/7 17/5 17/11 21/18 21/31 24/10 26/18 31/23 33/9 33/19 35/8 35/21 35/28 36/25 40/25 41/6 47/1 47/7 47/21 52/17 54/5 57/12 61/7 66/18 67/29 67/32 68/3

# K

Katrina [5]  20/12 30/29 32/28 33/6 33/19
keep [3]  13/32 14/6 27/13
keeps [1]  70/4
kept [1]  48/8
kick [1]  61/6
KIMLIN [2]  1/27 3/10
kind [2]  60/16 67/6
know [38]  3/11 4/1 4/4 4/12 9/1 11/2 12/22 13/20 15/27 15/29 18/30 21/4 22/26 26/32 27/2 27/25 28/3 30/17 39/29 42/10 42/29 42/31 45/12 45/12 46/9 46/30 47/17 48/4 49/10 49/11 53/9 57/13 59/22 61/32 64/1 64/2 68/3 70/3
knowledge [12]  11/13 11/13 33/8 39/14 39/26 44/26 50/16 59/12 57/13 57/15 58/4
known [2]  5/13 60/2
knows [3]  15/23 21/29 42/31

# L

Lachin [1]  51/14
lacks [2]  39/13 50/9
laden [1]  64/29
lady [1]  27/1
Lafayette [2]  5/9 5/14
large [3]  14/15 14/18 23/26
larger [1]  12/7
last [3]  36/17 36/22 59/3
later [1]  48/3
lay [4]  10/15 10/21 11/5 22/6
leak [3]  13/25 38/26 57/21
leaked [1]  57/14
leaking [1]  57/24
leashes [1]  54/29
least [3]  30/8 35/2 41/30
leave [1]  70/16
lee [3]  1/27 3/10 54/26
leeway [2]  52/28 54/24
left [3]  6/32 37/14 44/18
less [4]  21/8 23/4 26/25 49/1
let [25]  6/30 7/17 8/25 16/19 23/8 25/32 31/8 31/10 32/12 33/20 37/3 37/30 38/29 39/12 43/11 43/12 44/7 45/2 45/27 53/11 54/7 54/21 64/12 68/29 70/8
let's [20]  4/18 17/14 9/6 13/5 16/20 19/13 20/20 22/6 22/15 26/5 26/30 28/18 28/29 30/2 31/13 42/2 44/17 55/17 55/27 73/21

**L**

level [10]  6/26 6/27 15/4 27/15 27/22 32/21
33/7 34/13 43/14 50/22
levels [2]  43/23 43/32 59/30
licensed [2]  5/15 5/16
life [3]  1/23 49/23 73/6
like [24]  3/13 7/15 7/18 7/29 17/10 22/27
45/29 46/3 46/6 46/10 52/23 53/18 54/1 55/24
58/12 58/14 61/13 62/1 62/10 63/6 65/25
70/14 70/15 70/18
limiting [1]  41/20
line [6]  25/2 28/3 55/32 56/30 56/31 61/15
liquid [1]  53/16
list [5]  3/26 4/7 4/9 5/21 54/15
listened [2]  49/32 58/32
litigation [1]  51/16
little [10]  5/23 8/11 9/3 9/21 15/7 20/20 23/17
23/25 35/8 52/28
live [1]  73/10
located [5]  15/21 19/18 24/4 31/19 32/7
long [5]  3/15 17/7 56/23 57/24 58/6
long-term [1]  57/24
longer [3]  49/9 62/18 63/11
look [12]  37/13 39/28 44/17 45/29 46/3 46/5
46/10 60/23 66/16 67/25 67/32 72/6
looked [4]  22/27 56/21 56/25 57/9
looking [16]  16/16 16/17 22/31 27/26 35/4
38/21 38/23 38/24 39/6 44/22 49/7 49/21
59/12 65/15 65/18 65/21
looks [1]  7/28
loosely [1]  34/1
lost [1]  47/13
lot [9]  17/8 17/24 27/28 27/29 27/30 43/3
45/16 52/13 60/24
lots [1]  44/2
Louis [2]  51/5 51/8
LOUISIANA [9]  1/3 5/9 5/13 5/14 55/4
74/11 74/13 74/22 74/30
louver [1]  14/18
low [1]  60/21
lower [1]  38/25

**M**

ma'am [1]  45/8
machine [3]  14/26 15/9 23/29
made [6]  9/24 28/19 28/30 28/32 33/1 36/9
main [3]  10/26 34/10 60/15
maintain [3]  13/26 27/12 62/32
maintained [1]  61/29
maintenance [6]  5/27 6/1 9/27 40/32 45/4
45/17
major [2]  24/5 49/15
make [7]  29/1 31/8 34/23 36/10 37/3 44/25
69/13
makes [1]  49/7
makeup [1]  61/23
making [2]  12/6 23/5
man [1]  61/31
manner [2]  25/28 36/7
manufactured [1]  8/6
many [2]  41/13 62/31
mark [1]  62/29
marked [1]  13/21
marker [5]  7/13 8/22 16/24 66/32 68/12
marking [2]  9/16 63/26
matter [3]  1/13 18/15 74/25
Matthew [1]  73/13
may [10]  3/5 13/18 23/25 27/2 27/25 37/8
39/3 39/3 44/9 63/22
maybe [2]  10/10 70/20
me [42]  6/30 7/17 8/25 14/30 16/7 16/19 23/8
25/32 28/27 31/8 31/10 31/11 32/12 33/20
35/14 36/17 37/3 37/30 38/29 43/11 43/12
44/7 45/2 45/27 47/21 49/7 49/32 51/5 52/29
52/24 53/11 54/3 54/7 54/21 55/24 57/16
60/13 64/13 68/6 68/29 74/15 74/16
mean [11]  17/25 39/13 42/12 42/31 45/12
51/32 55/14 60/14 60/15 62/5 67/7
means [4]  6/17 48/28 59/22 67/16
measure [1]  27/20
measures [2]  27/24 62/8
Meaux [1]  51/6
mechanical [11]  5/15 5/20 27/26 45/15 45/20
48/27 51/17 51/28 51/30 53/1 53/26
medical [1]  53/7
memory [2]  59/1 70/12
mention [1]  30/20
mentioned [9]  6/30 9/32 11/18 16/26 16/28
30/7 35/16 58/26 60/23
mentioning [2]  18/28 59/2
met [1]  15/3
metal [1]  43/30
metals [1]  43/26
method [2]  35/28 74/16

**N**

name [1]  5/3
narrative [2]  49/27 50/1
narrow [1]  17/27
nature [5]  12/11 23/11 27/10 45/17 53/24
near [1]  54/10
nearly [1]  54/10
necessarily [1]  25/32
need [8]  10/21 13/22 40/15 42/22 47/7 67/3
73/4 73/9
negative [3]  13/31 14/1 60/4
negligible [1]  25/4
neutral [1]  48/18
never [3]  26/11 55/28 58/8

middle [4]  5/5 37/16 38/31 52/3
might [4]  61/1 62/15 62/16 70/26
migrate [1]  25/6
migrated [2]  49/13 49/13
migrating [1]  25/8
migration [1]  25/4
mind [4]  6/31 8/21 21/16 67/24
minute [5]  15/8 19/24 44/9 66/31 66/32
minutes [1]  28/16
mischaracterizes [2]  56/15 57/30
missing [2]  37/4 65/16
mistaken [1]  30/17
mix [1]  60/20
mixed [1]  6/21
mixing [1]  70/16
modern [3]  12/9 12/13 12/17
moisture [13]  23/1 38/24 38/25 40/11 40/17
41/2 41/5 42/19 42/23 43/9 43/10 43/13 43/23
molecules [2]  64/7 64/15
Monday [2]  4/5 4/11
more [16]  8/11 13/23 15/31 17/8 21/8 24/4
24/19 26/7 28/2 29/28 35/9 36/28 40/19 47/17
47/18 50/28
morning [3]  3/15 26/30 51/3
motor [1]  54/1
mouth [2]  17/20 28/23
move [5]  9/6 9/7 13/3 26/26 37/3 48/26
53/27 55/17 55/27 60/1 60/6 61/8 64/9 64/29
65/4
moved [5]  64/3 65/9 70/10 72/19 72/19
movement [1]  24/1
moves [10]  26/5 26/8 26/8 40/18 59/32 60/10
60/18 61/7 61/15 66/12
moving [11]  24/1 24/2 26/26 48/20 48/24
57/10 60/10 60/17 60/25 60/27 61/3
Mr [60]  2/4 2/5 2/6 2/7 3/7 4/21 5/3 5/32 6/5
7/12 8/21 8/27 9/6 9/17 9/24 9/29 10/17 11/10
12/31 15/24 15/30 17/6 18/12 20/29 25/10
28/5 29/16 30/3 30/20 32/32 33/11 34/3 34/19
34/27 35/9 35/12 35/16 35/22 36/2 36/6 36/10
38/15 38/21 40/26 40/31 42/2 43/4 43/5 43/5
43/17 46/20 47/13 48/26 49/19 51/3 55/17
66/27 67/23 68/22 69/12
Mr. [49]  3/12 3/20 4/26 8/25 9/16 9/25 13/14
13/28 14/15 15/25 16/28 17/16 18/4 18/25
18/27 20/23 20/24 22/4 23/3 24/15 27/32
28/3 28/18 28/22 28/23 28/27 29/23 30/2
30/32 32/16 32/20 32/25 33/26 33/28 34/32
36/23 36/29 37/13 37/15 44/17 46/2 55/22
68/11 71/8 71/17 71/23 73/11 73/12 73/13
Mr. Anderson [1]  30/32
Mr. Anderson's [1]  32/16
Mr. Clayton [1]  55/22
Mr. Handlin [9]  13/14 13/28 14/15 16/28
17/16 18/4 27/32 28/3 33/26
Mr. Handlin's [22]  15/25 18/25 18/27 20/23
20/26 22/24 23/3 24/15 28/18 28/22 28/23
28/27 29/23 30/2 32/20 32/25 33/28 34/32
36/23 36/29 37/15 71/8
Mr. Huey [1]  73/11
Mr. Matthew [1]  73/13
Mr. Michael [1]  73/12
Mr. Rasmuson [1]  3/20
Mr. Ritter [7]  8/25 9/16 9/25 37/13 44/17
46/2 68/11
Mr. Ritter's [2]  4/26 71/23
Mr. Scandlin [1]  71/17
Mr. Thomas [1]  3/12
much [6]  9/20 24/19 27/20 30/21 47/29 69/20
mullion [1]  38/23
multi [1]  7/25
multi-zone [1]  7/25
multiple [1]  61/14
my [29]  4/7 5/8 5/18 5/21 9/3 9/21 10/24
10/26 15/13 19/32 20/18 23/8 24/28 27/3
27/15 34/12 36/14 36/14 43/6 47/1 54/26
55/14 65/15 67/7 70/12 71/22 74/5 74/17
74/18
myself [1]  62/10

**N**

NEW [5]  1/4 1/24 3/4 3/10
next [2]  10/24 52/25
NID [4]  1/25 3/8 4/20 73/14
no [42]  1/5 6/3 9/25 15/22 17/11 22/20 23/12
29/4 29/14 29/24 29/27 30/10 30/22 30/31
32/15 33/5 33/24 34/9 35/17 39/15 39/15
42/13 43/19 44/22 45/8 48/18 49/9 53/32 54/5
54/13 54/15 55/30 59/8 62/17 63/1 63/1 63/11
71/9 72/19 72/24 72/30 74/30
nobody [3]  21/29 42/12 55/24
none [2]  42/31 42/32
nonetheless [1]  61/28
nonfunctioning [1]  71/9
nonresponsive [2]  49/30 50/7
normally [2]  29/9 29/9
not [113]
note [1]  17/10
noted [1]  68/14
notes [2]  68/1 70/12
nothing [2]  32/7 72/26
notice [2]  13/28 13/30
now [20]  10/4 12/17 14/28 15/19 16/26 21/31
23/8 23/16 32/1 34/3 38/31 50/8 54/5 59/14
59/23 63/4 63/29 66/31 68/22 71/8
nowhere [1]  54/10
number [9]  2/12 16/23 27/22 28/19 32/31
52/13 54/14 59/22 62/18
numbers [1]  19/26
nut [2]  19/14 28/7
nutshell [1]  14/5

**O**

O'BRIEN [3]  1/31 74/9 74/29
object [20]  10/8 12/15 17/5 24/30 32/30
37/24 39/13 40/27 41/18 42/8 45/30 46/31
49/25 49/27 50/12 51/20 54/21 55/6 56/14
68/26
objected [6]  64/16
objecting [1]  36/7
objection [22]  6/3 9/25 10/32 12/26 17/10
21/12 21/27 35/22 43/1 44/22 46/12 47/1
54/19 57/29 58/8 62/24 64/12 64/32 65/2
69/23 72/5 72/16
objectionable [1]  50/9
observations [4]  33/2 33/3 36/3 56/1
obstructive [1]  18/9
obvious [1]  38/22
obviously [1]  41/20
occupants [1]  71/9
occurs [3]  61/5 61/27 62/18
odor [10]  26/24 26/27 27/3 58/10 58/12 58/14
59/6 59/9 59/11 59/12
odorant [1]  26/29
odors [5]  27/15 27/30 58/26 58/27 58/29
off [17]  7/25 8/3 8/12 15/22 15/27 15/28
29/31 33/26 33/30 33/32 36/32 44/14 63/14
63/18 68/7 73/21 73/22
OFFERED [1]  2/12
office [1]  73/17
officer [1]  74/13
official [3]  1/32 74/10 74/11
Offshore [1]  53/12
often [1]  28/11
oh [8]  12/28 35/14 46/24 46/28 53/32 58/23
70/18 72/19
okay [63]  3/22 6/12 7/3 7/5 7/20 8/24 8/29
9/13 9/20 9/31 13/14 14/5 14/24 14/28 14/30
15/6 15/8 16/10 16/16 16/21 22/6 23/2 23/14
26/3 26/21 28/18 31/8 32/16 33/17 34/32 36/8
36/21 37/6 44/11 45/10 46/16 47/10 48/7 48/8
50/20 50/30 52/21 53/10 53/21 56/28 57/4
58/29 59/5 59/21 60/17 61/27 62/6 63/17 64/6
64/27 65/8 66/20 67/4 67/27 70/4 70/18 71/2
71/7
old [3]  7/23 49/21 62/19
Once [2]  63/10 69/2
one [39]  7/7 7/26 7/31 8/5 12/23 14/25 14/26
15/22 27/20 28/14 29/13 31/13 32/2 32/5
32/31 37/14 37/15 37/17 37/18 38/19 38/21
39/10 40/4 40/6 42/2 44/2 47/17 47/18 48/13
50/28 54/1 54/28 58/21 60/5 64/3 65/16 65/22
70/14 73/4
ones [1]  67/25
only [15]  11/23 29/4 31/18 31/22 31/28 32/6
33/27 36/6 56/11 57/15 58/21 58/30 61/1
63/29 74/4
open [9]  1/14 13/29 16/1 16/2 23/23 29/18
29/25 31/20 48/15
opened [3]  23/30 29/9 69/18 70/3
opening [4]  13/24 13/31 15/12 53/16
openings [1]  24/7
operable [1]  49/10
operate [3]  19/8 48/12 48/13
operated [2]  16/32 48/17
operating [10]  22/26 22/27 22/32 31/18 32/6

operating... [5]   32/9 34/19 48/30 48/30 49/11
operation [20]   22/30 30/4 30/8 30/10 30/26
30/29 31/4 31/9 31/13 31/14 31/17 31/22
31/23 31/28 32/18 32/26 32/27 33/23 41/14
66/28
operational [2]   32/13 32/22
opine [1]   45/13
opinion [19]   13/5 13/6 13/13 14/28 18/22
21/7 28/20 28/27 30/5 34/5 34/11 34/32 36/23
36/26 36/28 44/19 44/24 47/22 50/11
opinions [5]   18/5 23/9 34/4 36/28 36/29
opportunity [2]   20/16
options [1]   48/16
order [2]   60/6 63/6
original [8]   20/3 20/5 20/21 29/6 29/7 47/32
74/5 74/6
originally [5]   3/11 6/11 8/23 9/32 19/11
ORLEANS [6]   1/2 1/11 1/27 3/4 3/11 74/12
other [17]   14/26 15/10 21/3 29/13 32/32
47/24 50/8 52/6 56/16 58/31 60/5 60/9 60/18
61/21 65/10 65/25 68/1
others [2]   58/27 60/10
otherwise [4]   47/17 47/23 66/17 74/24
Oubre [1]   51/14
our [3]   7/23 13/25 14/2
out [37]   10/6 10/30 12/11 13/24 14/6 15/11
15/21 16/2 16/3 16/4 19/15 21/18 22/29 22/29
24/7 25/5 25/9 27/17 27/19 27/19 28/5 28/17
31/14 33/23 35/24 42/12 60/8 60/13 60/17
60/26 61/8 61/9 62/20 63/7 63/10 69/13 71/22
out chem [1]   42/12
outcome [1]   74/24
outline [1]   8/22
outlined [2]   68/18 69/4
outside [10]   14/16 15/32 16/1 27/12 27/13
27/16 32/13 43/11 43/13 59/25
over [8]   27/14 27/14 28/3 30/25 41/13 59/3
62/21 66/32
overruled [7]   24/15 24/26 38/8 38/13 67/11
67/16 69/8
own [2]   48/17 57/13
owners [2]   5/22 62/32
oxygen [1]   14/7

P

P R O C E E D I N G [1]   3/1
page [5]   2/2 55/31 56/31 71/23 74/6
PAMELA [1]   1/7
PAN [3]   1/23 73/5 73/13
PAN-AMERICAN [1]   1/23
paper [1]   34/1
paragraph [2]   56/32 57/4
PARISH [6]   1/2 51/13 52/32 53/3 74/12
part [11]   11/6 29/29 37/14 37/19 38/30 44/18
47/24 48/25 57/11 62/1 63/14
partially [1]   34/20
parties [1]   74/23
pass [1]   10/1
passed [3]   10/4 10/25 10/28
passes [1]   11/14
past [1]   49/22
PATRICIA [3]   1/31 74/9 74/29
PE [1]   56/2
penthouse [6]   6/26 14/31 24/3
people [6]   27/23 57/25 58/4 58/14 62/2 62/17
per [3]   26/24 28/14 28/17
percent [2]   23/18 23/20
perfectly [1]   21/21
perform [2]   19/21 19/29
period [1]   58/6
person [3]   26/31 52/12 52/16
personal [4]   39/14 39/25 50/10 57/13
PERSONS [1]   1/8
photo [4]   37/16 38/30 38/32 38/32
photos [14]   20/29 21/1 21/3 22/25 37/13
37/15 37/18 37/19 37/21 37/24 38/19 56/7
56/8 56/20
phrased [1]   18/12
picture [10]   41/21 41/22 41/29 42/3 42/9
44/18 44/23 44/23 46/2 47/8
pictures [17]   20/17 22/22 22/24 30/11 30/12
30/14 30/22 36/3 37/9 37/32 38/3 39/28 41/6
41/12 43/15 43/16 65/15
pink [4]   8/28 68/12 68/17 69/4
pinpoint [1]   22/4
place [1]   63/6
places [1]   61/2
plain [1]   47/21
plaintiff's [1]   53/19
PLAINTIFFS [1]   1/19
plans [11]   20/3 20/5 20/21 23/31 40/32 56/7
56/8 56/19 57/3 62/9 62/13
plaster [4]   38/23 38/25 39/1 39/2

please [4]   5/4 5/7 13/12 16/23
plumbing [3]   5/19 53/2 53/6
point [13]   4/12 5/31 9/3 15/13 17/24 35/8
36/2 42/17 48/6 49/9 49/18 55/14 60/16
pointed [1]   71/22
pointer [3]   7/12 7/14 38/18
pool [6]   60/24 60/25 60/28 60/31 61/2 61/3
portion [1]   49/2
position [5]   28/31 29/3 29/22 29/27 31/20
positive [20]   13/15 13/22 13/26 14/1 14/4
14/5 14/13 15/19 15/31 16/5 16/6 19/15 27/12
34/14 34/24 35/1 48/20 59/28 60/5 61/27
positive-pressured [1]   34/24
positively [6]   13/17 19/10 24/6 49/4 59/19
59/23
possible [2]   3/14 6/10
possibly [4]   31/19 31/24 31/31 39/6
post [1]   20/12
post-Katrina [1]   20/12
practice [2]   5/16 5/18
prepared [2]   74/16 74/20
prepares [1]   62/10
prescribed [1]   14/10
presence [2]   23/9 25/2
present [2]   3/4 73/7
presented [1]   29/5
preserving [1]   47/1
presiding [1]   1/15
pressure [25]   13/16 13/22 14/4 14/6 14/13
15/19 15/31 15/31 16/5 16/6 19/15 24/5 27/13
34/21 34/26 35/1 48/19 48/20 48/31 59/28
59/30 60/4 60/5 60/9 61/28
pressured [4]   34/14 34/24 59/19 59/24
pressures [3]   13/27 48/27 60/21
pressurization [3]   34/12 48/25 49/5
pressurized [4]   13/18 19/10 24/6 49/4
pretty [1]   47/29
primarily [1]   27/13
principle [3]   60/10 60/14 60/15
principles [1]   60/11
print [6]   47/27 47/28 61/21 63/4 63/6 63/17
prints [1]   67/23
prior [2]   22/23 29/22
private [2]   5/22 68/14
probably [4]   8/6 49/1 49/19 49/20
problem [1]   3/30
problems [2]   44/4 51/18
proceeding [1]   74/15
PROCEEDINGS [1]   1/13
process [1]   20/13
produced [1]   48/9
products [1]   43/30
professional [2]   5/15 62/9
programs [1]   5/27
proper [1]   40/26
properly [2]   18/12 40/12
provided [2]   56/4 57/16
public [1]   5/21
pull [4]   24/3 34/21 34/23 52/30
pulled [2]   22/29 34/6
pulling [1]   48/31
pump [1]   60/27
purpose [3]   16/5 27/16 65/13
pushing [3]   27/24 34/29 60/28
put [7]   8/9 26/27 26/31 28/22 32/12 63/5 73/9
putting [2]   17/20 70/19

Q

qualifications [1]   51/21
qualified [11]   24/13 24/20 28/2 45/3 45/11
51/22 52/4 52/10 52/24 54/16 54/22
qualify [2]   26/13 45/20
quality [2]   26/22 44/3
question [40]   7/20 10/24 10/26 17/12 17/25
18/12 19/15 21/14 26/16 27/5 28/4 31/10 32/8
33/4 33/20 36/18 36/23 37/28 40/14 40/25
40/26 41/18 41/25 43/6 43/19 45/2 46/5 46/2
47/3 47/15 49/29 50/7 52/5 62/25 62/27 62/29
67/11 69/10 72/11 72/14
questions [9]   15/29 35/29 36/8 40/15 42/15
50/27 51/23 70/4 72/30
quick [2]   7/28 8/25
quite [1]   39/6

R

R-i-t-t-e-r [1]   5/6
rambling [1]   9/2
Rasmuson [1]   3/20
rate [3]   14/8 28/8 28/13
rated [3]   23/15 23/16 23/23
rates [1]   14/9
rather [1]   62/25
RAYMOND [1]   1/28
re [2]   14/32 72/32

reached [1]   22/15
react [2]   25/30 25/32
read [2]   7/10 48/9
ready [3]   46/20 50/30 52/1
real [2]   8/25 66/17
realize [1]   49/28
really [6]   18/15 18/16 30/17 30/19 39/31 47/6
realm [1]   25/26
reason [8]   8/4 8/16 14/4 15/22 15/29 34/18
50/11 59/8
reasonable [1]   36/29
reasons [2]   32/31 62/19
recall [10]   16/32 17/17 17/16 18/27 25/25 34/1
48/29 51/9 59/2 70/13
recap [1]   68/17
received [1]   53/15
receiving [5]   34/16 34/25 48/29 49/15 53/18
recess [1]   68/9
recharacterization [1]   17/6
recollection [1]   36/15
record [12]   5/4 29/32 37/1 44/15 47/1 65/17
67/29 68/8 73/16 73/18 73/21 73/23
records [1]   63/1
redirect [4]   2/7 66/24 66/25 72/32
refer [1]   30/12
reference [2]   16/27 69/11
referencing [1]   67/30
referring [1]   28/6
refrigerant [1]   53/17
refrigeration [2]   14/11 53/16
regard [1]   17/27
regarding [1]   10/20
Regardless [1]   48/17
relate [1]   27/22
related [1]   74/23
relationship [1]   48/19
relative [2]   41/1 59/24
relatively [2]   23/24 35/2
relevance [1]   51/24
relevant [5]   18/16 39/32 40/2 40/6 52/12
relied [3]   36/2 56/16 56/20
relying [1]   20/17
remember [2]   44/16 72/3
remembers [1]   18/4
remove [1]   44/1
removed [2]   20/14 22/28
repeat [1]   31/10
rephrase [11]   10/26 17/11 22/6 26/1 33/15
33/19 33/20 37/30 58/2 68/29 68/31
replace [1]   14/7
replaced [1]   28/15
report [30]   4/26 15/25 17/17 18/24 18/25
18/27 18/32 19/2 20/1 20/23 23/4 24/22 28/18
28/23 28/27 30/21 35/9 35/17 36/3 36/15
44/32 55/27 55/31 55/32 56/23 56/32 57/5
57/5 71/23 72/16
reported [2]   1/31 74/15
reporter [7]   1/32 8/26 13/20 73/19 74/10
74/11 74/30
reporting [1]   74/16
reports [4]   25/10 56/16 57/16 57/20
representing [1]   53/20
require [3]   37/25 38/5 44/24
required [4]   23/15 23/28 74/6 74/21
requirements [2]   23/14 27/30
research [1]   56/2
residence [1]   5/8
residential [1]   27/28
respect [4]   15/32 28/4 34/3 36/23
rest [1]   15/10
restate [1]   32/10
restrict [1]   23/19
restriction [1]   34/2
restroom [1]   63/15
result [1]   29/11
results [1]   57/26
retractable [1]   54/28
return [4]   9/12 34/16 60/27 66/1
review [6]   20/21 20/23 20/26 20/30 21/1 21/4
reviewed [2]   22/22 41/6
right [54]   4/16 4/20 5/10 5/31 6/30 7/29 9/29
15/20 16/8 16/19 19/13 20/6 21/5 23/8 24/31
25/8 25/22 29/12 30/12 30/24 31/27 34/3
36/13 37/19 38/15 41/4 44/6 47/8 51/13 51/32
53/22 54/17 54/31 55/19 57/2 58/31 59/28
61/3 61/6 61/21 61/25 61/29 62/3 62/29 63/8
63/29 64/4 64/15 65/26 65/29 67/14 68/15
68/17 72/22
ripped [1]   22/28
RITTER [33]   2/3 3/7 4/1 4/22 5/3 5/5 5/32
6/5 7/12 8/21 8/25 8/27 9/6 9/16 9/17 9/25
9/29 11/10 35/9 35/12 37/13 38/15 40/31 42/2
43/5 44/17 46/2 47/13 51/3 56/2 66/27 67/23
68/11

## R

Ritter's [2]  4/26 71/23
Robinson [2]  51/5 51/8
roof [6]  28/30 28/31 34/13 44/20 46/3 66/6
room [61]  7/21 8/3 8/3 8/8 8/8 9/9 13/7 13/8
14/21 14/23 14/26 15/10 15/13 15/14 15/15
15/19 15/20 16/11 16/12 16/12 18/32 19/17
19/18 23/30 25/5 25/9 25/11 27/21 28/24
31/24 31/25 32/2 34/6 34/7 34/7 34/15 34/15
34/30 34/31 35/18 42/11 42/20 43/10 43/10
43/13 47/19 47/28 48/21 48/21 60/19 61/7
61/10 63/4 63/6 63/11 63/13 63/17 68/15
69/14 70/17 70/27
rooms [16]  6/25 6/26 6/28 8/4 14/32 15/1
29/17 31/31 32/14 34/13 34/14 35/2 47/27
48/13 61/21 63/30
rot [1]  43/31
Rotten [2]  58/17 58/19
roughly [2]  15/5 28/16
rounded [1]  19/26
ROY [1]  1/20
rule [1]  14/12
ruled [1]  13/1
rules [1]  74/21
rust [5]  22/31 23/1 35/5 43/27 50/23
rusted [1]  49/8
RW [1]  14/32

## S

said [37]  3/11 13/14 13/28 14/15 17/7 17/24
18/30 18/31 18/31 19/2 25/24 25/25 28/6
30/17 34/3 34/19 35/9 36/11 48/26 49/19 54/2
54/2 54/5 54/6 55/32 56/16 56/19 56/19 56/20
56/25 57/5 61/18 63/32 68/22 68/27 68/27
70/15
salt [1]  43/30
same [11]  13/30 27/14 27/32 31/27 35/21
46/5 48/32 50/22 50/24 65/2 66/6
satisfy [1]  62/12
saw [3]  29/18 29/28 35/17
say [24]  4/2 14/17 15/31 16/11 16/19 21/16
21/28 23/18 26/5 26/30 33/17 33/31 33/30
33/32 43/12 48/6 52/3 53/19 56/5 59/4 59/11
68/26 69/16 69/20
saying [11]  12/12 16/31 17/16 18/4 18/11
19/6 21/21 28/2 29/11 45/2 45/5
says [2]  35/22 52/19
scale [1]  12/7
Scandlin [1]  71/17
scanned [2]  73/8 73/17
school [4]  5/12 51/14 51/16 52/32
scientific [1]  69/30
scope [6]  67/7 70/30 70/32 71/16 71/31 72/6
se [1]  26/24
seal [2]  34/22 74/6
sealed [2]  23/18 59/15
seat [1]  9/29
seated [1]  3/5
second [3]  39/10 56/32 68/6
secretaries [1]  62/20
section [1]  49/2
see [29]  7/7 7/9 7/14 7/17 10/15 20/16 28/13
29/4 30/11 37/20 38/15 38/24 38/25 39/1 39/2
39/4 39/28 39/31 42/5 42/23 43/29 45/27
52/29 59/11 60/24 60/25 61/2 66/16 71/32
seek [1]  34/28
seeking [1]  14/2
seems [1]  55/27
seen [2]  43/15 43/16
sent [1]  66/3
sentence [1]  72/7
September [1]  1/15
served [1]  8/29
serves [1]  9/5
serviceable [1]  49/9
serviced [4]  7/19 8/22 19/11 68/12
Services [1]  30/13
set [5]  20/21 37/8 45/23 62/8 67/23
seven [4]  7/29 7/30 7/31 53/21
several [3]  25/7 26 48/16
severe [2]  16/29 53/18
severely [1]  18/28
shaft [1]  23/30
shafts [6]  23/10 23/22 23/23 23/28 23/29 25/3
she [2]  4/11 12/26
shell [1]  19/14
shop [1]  29/6
shops [1]  27/28
should [2]  48/14 59/4
shouldn't [1]  3/15
show [11]  7/13 7/15 7/16 7/18 9/7 12/30
38/19 40/7 50/22 67/1 67/1
showed [1]  22/22
shown [2]  9/17 23/31

side [7]  6/14 7/2 8/1 14/19 19/7 53/29 60/5
signed [1]  74/5
signature [1]  74/5
similar [2]  16/17 61/5
SIMILARLY [1]  1/8
simple [3]  12/3 14/1 47/15
simplistic [1]  19/26
simply [2]  21/31 40/16
since [2]  28/19 55/27
sir [40]  5/26 5/29 11/12 18/29 20/31 21/2
23/7 24/8 28/21 29/24 32/15 32/19 32/24
33/24 34/9 36/27 41/3 46/4 46/7 46/14 53/19
53/32 54/13 55/4 55/30 56/12 57/3 60/15
60/22 60/30 60/32 61/26 62/13 63/9 63/28
65/7 65/13 65/27 66/10 66/14
sit [1]  42/32
site [1]  29/19
sitting [2]  27/1 49/26
SITUATED [1]  1/8
sixes [1]  47/14
sketch [1]  15/26
small [6]  8/30 12/6 35/3 48/24 68/15 70/18
smell [1]  26/25
smelled [9]  58/5 58/9 58/14 58/26 58/27
58/30 59/7 59/9 59/10
smelling [2]  57/25 59/6
smells [1]  63/7
smoke [1]  23/32
so [74]  4/5 5/22 5/23 7/28 7/29 8/11 9/20 9/32
12/9 13/23 14/5 15/10 15/13 15/19 15/32 16/6
19/5 19/13 20/14 20/16 21/7 22/29 24/1 24/4
24/6 24/19 25/2 27/24 27/31 27/31 28/7 29/25
31/22 32/8 32/16 33/8 34/1 34/24 34/29 34/32
35/8 36/17 38/26 43/20 47/21 48/18 48/19
48/28 48/28 49/27 51/10 53/11 53/21 55/31
56/7 57/6 58/29 59/22 60/22 61/27 63/17 64/6
65/16 65/21 66/11 66/24 67/16 67/19 68/12
68/17 69/20 70/15 70/22 73/8
Society [1]  14/10
some [25]  15/22 16/32 21/3 22/32 27/25
33/31 34/18 36/4 39/7 39/29 43/30 47/16 48/6
48/14 54/24 60/5 62/3 62/26 65/6 65/8
66/28 67/25 69/13 69/17 69/20
someone [2]  8/17 25/19
something [7]  13/16 38/5 64/29 66/17 71/21
71/28 72/12
sometime [1]  48/3
sometimes [2]  6/21 9/21
somewhere [1]  16/13
sophisticated [1]  8/11
sorry [7]  4/16 9/2 12/28 19/29 24/8 50/5
56/31
sort [1]  39/29
sorts [1]  50/8
sounds [1]  52/23
source [3]  26/5 26/8 43/24
Southwestern [1]  5/13
space [6]  27/23 31/21 40/11 41/2 41/5 43/23
spaces [1]  32/7
span [1]  41/30
speak [4]  30/19 37/25 38/3 38/10
speaking [3]  25/8 39/20 39/25
speaks [4]  17/30 18/17 35/23 44/23
specialty [1]  5/20
specific [5]  37/28 41/24 47/3 53/13 69/3
specifically [1]  24/16
specifications [1]  29/7
spell [1]  5/3
spray [2]  6/17 11/18
sprayed [1]  11/19
sprinkler [1]  5/20
sprinklers [2]  53/4 53/7
square [6]  53/31 53/32 54/2 54/6 54/9 54/11
ST [1]  1/28
St. [3]  51/13 52/32 53/3
St. Tammany [3]  51/13 52/32 53/3
stain [1]  44/20
staining [6]  38/22 39/1 39/5 46/3 46/6 46/10
stairwell [1]  23/25
stairwells [2]  23/10 23/14 24/1 25/3
stand [2]  22/2 25/18
standard [1]  69/27
standing [1]  25/19
stared [1]  9/20
start [2]  42/2 55/21
started [2]  16/26 32/8
starting [2]  35/28 62/24
state [7]  1/3 5/7 36/14 52/6 55/4 74/10 74/13
stated [3]  18/13 19/23 31/12
statement [3]  19/19 25/6 28/26
statements [2]  32/21 36/9
states [5]  5/17 20/32 22/25 30/13 37/17
statute [1]  74/21
stay [1]  16/7
stayed [1]  16/12
staying [1]  35/7

stenotype [1]  74/15
step [4]  7/3 16/20 19/5 72/28
stepped [1]  28/3
stepping [1]  27/25
STEWART [1]  1/25
still [5]  12/16 13/25 34/20 49/11 63/14
stipulated [2]  51/21 52/10
stop [7]  6/30 8/25 16/19 32/11 38/29 66/18
66/22
stories [1]  49/15
storm [1]  53/9
story [1]  49/2
streaking [1]  39/4
STREET [11]  1/9 6/7 6/11 6/12 14/19 47/25
49/3 54/11 55/29 56/10 59/15
strictly [1]  29/14
strike [1]  14/29
stripes [1]  46/8
stsch [2]  70/19 70/19
study [1]  34/13
stuff [1]  17/24
subjects [1]  52/13
submitted [1]  4/27
such [1]  43/26
suck [1]  59/32
sucks [1]  60/3
suction [1]  13/32
suggest [1]  32/27
suggesting [3]  29/21 30/28 33/22
sum [2]  36/22 57/30
summary [1]  56/30
supervision [1]  74/17
supplied [1]  9/10
supply [2]  9/9 68/19
support [1]  53/28
Supreme [1]  74/22
sure [25]  4/12 11/8 13/19 17/14 18/20 18/20
22/8 26/18 28/7 29/28 29/30 31/8 31/12 31/12
36/20 37/3 38/4 39/20 40/29 41/27 41/32 44/6
51/22 67/20 73/14
sure I [1]  31/8
surrounded [1]  19/18
sustain [1]  39/18
sustained [11]  11/2 12/20 12/26 13/1 41/10
41/16 50/14 50/18 58/2 72/6 72/16
swimming [2]  60/24 60/25
sworn [1]  4/23
system [40]  6/10 6/13 6/16 9/32 10/29 11/7
12/6 12/10 12/13 12/18 20/8 21/8 22/11 25/29
26/6 26/9 27/8 27/11 29/6 29/8 31/6 31/15
31/16 40/9 43/4 44/1 47/30 48/10 57/1 57/6
57/7 57/8 62/10 62/16 63/15 64/3 64/9 65/5
66/2 66/12
systems [26]  5/19 5/20 5/24 5/28 6/6 9/26
11/11 11/22 20/13 39/30 40/32 45/4 45/6
45/16 51/17 53/1 53/6 53/6 53/7 53/8 53/9
62/12 65/10 65/11 65/26 66/8

## T

take [12]  3/15 7/28 8/21 9/29 26/29 31/13
37/13 63/6 66/31 66/31 66/32 67/2
taken [9]  11/4 20/29 21/3 33/23 41/13 42/4
63/10 68/9 74/14
takes [2]  42/9 62/8
taking [1]  12/6
talk [8]  18/25 25/14 28/18 28/29 43/3 57/31
58/25 70/29
talked [3]  25/18 46/30 59/14
talking [12]  10/18 12/23 16/26 26/21 38/29
41/12 41/13 47/26 48/23 53/30 68/4 72/3
Tammany [3]  51/13 52/32 53/3
tape [1]  62/20
technical [1]  64/8
technician [1]  62/7
tell [12]  5/10 8/26 8/26 17/32 29/26 40/22
47/13 47/21 51/5 52/9 54/3 68/12
temperature [2]  6/22 8/15
temporal [1]  21/19
ten [1]  56/31
tend [1]  34/30
tender [2]  5/31 9/24
tendered [1]  52/11
term [4]  57/24 59/24 64/8 69/30
terms [2]  12/3 14/1
Terry [2]  3/12 3/26
testified [18]  4/24 17/7 33/11 35/9 35/16
40/18 41/4 51/10 52/6 52/12 53/21 58/4 58/9
58/10 58/14 59/6 66/8 66/27
testifies [1]  3/20
testify [12]  3/12 10/9 10/16 10/19 11/3 25/25
30/32 42/22 45/11 51/15 53/13 62/25
testifying [3]  21/31 40/8 73/10
testimony [17]  17/17 17/30 18/17 18/17
24/15 32/16 33/28 36/15 50/11 53/24 56/15

**T**

testimony... [6] 57/17 57/21 57/30 57/32 63/20 74/14
than [11] 8/11 17/8 23/4 28/2 28/4 29/29 36/29 49/1 50/28 60/25 62/25
thank [3] 44/13 53/11 72/28
that [442]
that's [66] 6/23 7/23 8/16 9/4 9/6 9/18 13/32 14/3 14/21 14/30 14/30 15/17 15/18 15/18 15/24 16/5 16/9 16/23 18/30 19/15 21/14 23/31 24/22 27/4 27/7 28/5 28/25 29/14 29/20 30/20 30/22 33/11 35/23 35/24 37/15 37/17 38/30 39/14 41/29 42/3 42/3 42/17 44/6 44/13 44/18 45/23 46/18 48/2 48/25 50/23 50/27 51/12 52/24 53/10 55/14 56/3 60/15 61/4 61/11 61/19 61/22 65/13 65/20 66/5 66/7 68/15
their [2] 51/17 62/21
them [11] 8/9 9/22 15/8 15/9 23/17 33/5 42/11 51/18 53/4 59/2 73/8
themselves [3] 37/25 38/4 38/11
then [20] 6/15 6/19 6/21 8/1 8/14 8/32 10/20 11/20 18/24 33/4 37/9 45/10 52/14 53/21 54/14 57/4 62/16 64/3 65/10 66/1
theory [1] 71/8
there [67] 7/29 8/30 8/32 9/1 9/3 9/9 14/25 14/32 16/3 16/19 16/22 21/3 23/2 23/16 24/7 27/25 28/5 29/31 30/3 30/22 31/1 32/2 32/9 32/13 32/16 33/5 36/32 38/22 38/24 38/29 39/4 42/9 42/10 42/13 43/3 43/9 43/10 43/12 44/14 47/16 48/17 48/18 49/14 53/20 54/4 54/14 55/28 57/21 57/24 59/29 60/14 60/16 60/18 61/14 61/19 63/3 64/6 65/7 66/14 66/32 68/7 68/16 69/12 72/2 72/5 73/4 73/22
therefore [1] 3/32
thermostatically [1] 7/27
thermostats [1] 7/30
these [27] 9/20 11/11 11/15 15/1 23/28 25/14 29/2 33/6 33/13 37/13 37/21 37/32 38/27 39/8 41/12 42/15 47/18 51/23 58/27 61/8 61/9 63/29 65/28 65/29 65/32 67/19 73/16
they [44] 3/31 4/4 6/29 8/4 8/7 8/8 8/12 8/13 13/25 14/11 15/1 15/22 15/27 18/30 22/24 23/15 23/22 23/23 25/32 29/18 29/25 32/6 32/7 37/15 38/10 46/31 47/22 48/14 48/15 52/23 54/10 58/5 58/8 58/9 58/9 58/10 58/14 58/26 58/26 59/5 59/6 59/9 59/10 63/30
thing [5] 3/14 21/28 36/6 61/5 73/4
things [12] 9/20 11/16 23/10 25/28 27/9 28/6 45/17 52/17 60/1 62/21 62/21 67/17
think [40] 8/32 10/9 10/13 10/17 10/21 17/11 18/3 22/24 24/11 24/12 25/13 27/4 28/25 30/12 30/16 36/6 37/24 38/10 38/20 40/4 40/6 40/15 40/19 41/20 42/8 42/17 44/6 46/31 49/25 52/5 52/11 54/2 57/29 57/32 59/21 62/24 67/6 67/32 69/27 70/22
this [95]
THOMAS [4] 1/7 1/7 3/12 3/26
those [46] 1/8 7/26 8/2 8/15 19/23 19/26 21/4 22/23 22/32 23/31 27/24 27/24 27/24 29/22 30/16 31/20 32/3 32/5 32/5 32/6 33/2 33/2 47/22 47/32 48/3 48/5 49/6 49/17 52/4 53/15 53/24 54/7 54/16 54/28 57/20 58/29 60/1 60/11 60/31 61/9 61/16 65/15 65/26 66/8 67/21 68/1 73/18
though [2] 54/12 61/1
thought [6] 3/31 33/4 46/24 47/3 54/6 71/6
three [3] 33/12 55/31 59/3
three feet [1] 33/12
threes [1] 47/14
threw [1] 60/13
through [36] 6/15 6/19 8/9 10/1 10/4 10/25 10/28 10/29 11/14 11/21 14/3 14/18 15/12 25/28 26/6 26/8 30/2 34/6 34/17 34/21 34/22 34/23 38/27 38/27 48/14 48/21 48/22 48/23 48/27 48/31 48/32 53/27 64/3 64/9 69/19 72/4 54/7 54/16 54/28 57/20 58/29 60/1 60/11 60/31 61/9 61/16 65/15 65/26 66/8 67/21 68/1 73/18
tied [1] 65/11
TIFFANY [1] 1/15
tight [3] 13/24 23/24 23/24
time [19] 16/32 19/32 20/9 20/11 21/12 21/16 22/32 23/27 27/3 29/22 31/13 41/8 41/21 48/9 58/6 62/6 67/3 67/8 68/9
times [3] 59/22 61/32 62/31
today [3] 5/16 8/20 13/17
Today's [1] 11/21
together [1] 6/29
token [1] 13/30
told [1] 3/31
tomorrow [2] 4/14 4/14
TONY [1] 1/21
too [3] 26/28 52/30 55/6

top [6] 14/32 15/4 23/30 23/32 25/19 60/3
total [3] 70/6 70/10 70/14
totally [1] 61/19
touched [2] 30/24 40/20
towards [1] 16/14 40/26 60/10
toxicologist [1] 25/22
traction [1] 23/29
trailer [3] 53/28 53/31 54/5
trailers [1] 54/8
trails [2] 38/24 38/25
transcribed [1] 74/16
transcript [4] 74/5 74/18 74/19 74/20
transcripts [1] 73/18
trap [2] 51/9 51/10
traps [1] 52/17
travel [6] 25/28 27/2 53/28 53/30 54/5 54/7
trial [1] 49/29
tries [1] 13/32
true [9] 56/3 57/27 61/10 61/19 62/22 62/29 65/12 65/30 74/17
truth [1] 21/28
try [3] 11/5 13/31 73/2
trying [12] 12/30 15/11 21/18 21/25 32/10 36/13 41/21 42/18 52/3 52/18 67/32 72/12
tube [4] 11/21 11/22 11/27 12/13
turbulence [1] 60/22
turn [3] 62/20 70/20 71/22
turning [1] 27/14
turnover [1] 28/13
two [15] 6/13 6/25 6/26 12/24 14/25 14/32 15/14 32/5 47/28 48/5 49/2 54/1 58/25 59/4 67/17
two-story [1] 49/2
twos [1] 47/14
Tylan [1] 51/6
type [2] 6/5 59/15
types [1] 6/6

**U**

U.S [1] 38/32
ultimate [2] 34/5 43/6
ultimately [3] 40/22 42/25 43/6
unclear [1] 41/18
under [6] 13/15 34/32 69/19 71/8 72/7 74/17
underneath [2] 34/28 49/2
understand [10] 3/28 12/9 12/12 13/5 19/5 19/14 31/8 35/26 35/31 47/21
understanding [3] 28/26 35/23 74/19
understands [1] 35/24
understood [2] 28/3 34/2
unit [14] 7/19 7/21 7/25 8/5 8/6 9/1 12/4 12/5 19/11 22/22 32/10 34/20 48/13 49/17
United [4] 20/32 22/25 30/13 37/17
units [12] 11/15 32/3 32/5 33/6 33/14 47/28 48/5 48/12 61/6 61/14 63/27 63/29
University [2] 5/12 5/13
unnumbered [2] 37/16 38/30
until [3] 4/5 24/10 49/27
up [34] 3/5 8/12 9/1 14/31 14/32 15/3 16/2 16/20 19/5 24/2 26/19 28/19 33/5 35/4 36/22 37/9 37/9 38/18 39/8 40/32 43/12 48/15 50/32 57/12 65/7 65/26 65/31 66/3 67/12 67/20 68/16 71/21 71/28 72/12
upon [2] 40/20 56/20
upward [2] 6/27 8/14
us [3] 14/12 42/31 42/32
use [12] 7/12 7/13 8/16 10/18 11/22 11/25 20/4 23/29 38/18 67/16 70/13 70/14
used [1] 6/13
useful [1] 49/22
USES [2] 42/3 47/19
using [2] 16/24 33/19

**V**

valid [1] 74/4
valve [1] 53/16
vapor [4] 14/2 14/6 27/19 47/16
vapors [1] 47/22
variety [1] 52/17
various [8] 61/12 62/21 63/26 63/27 65/11 65/28 65/29 65/32
vent [2] 23/32 60/8
ventilated [2] 23/28 23/31
ventilation [5] 14/8 14/9 57/6 57/7 57/10
vents [1] 62/21
venture [1] 48/16
verifies [1] 62/11
versus [6] 1/10 3/3 61/6 51/14 53/12 59/25
vertical [2] 46/8 65/23
very [5] 13/26 27/31 27/32 68/15 70/17
view [1] 65/19
visit [2] 29/19 29/23
visualize [1] 15/7
volume [1] 28/15

**W**

wait [8] 9/24 21/18 39/10 44/30 44/30 44/30 71/32 72/10
waiting [2] 24/10 43/17
walk [2] 9/22 13/28
wall [4] 16/4 38/28 42/19 48/23
want [15] 16/1 18/9 22/2 26/18 28/22 36/10 36/17 37/8 46/9 47/15 67/19 70/13 71/21 71/28 72/14
wanted [2] 67/8 68/3
wanting [1] 13/23
wants [1] 55/28
warmed [1] 6/21
was [159]
wasn't [4] 4/12 8/18 47/6 47/7
waste [1] 53/8
watch [2] 7/3 72/28
water [43] 6/12 6/13 6/14 6/14 6/19 6/19 10/1 10/2 10/5 10/6 10/28 10/29 10/30 11/14 11/15 11/16 11/19 12/12 14/2 14/6 27/19 33/7 33/12 37/20 38/1 38/16 38/20 38/22 38/26 39/4 39/7 39/29 42/5 42/10 45/29 46/3 46/6 46/10 60/24 60/28 61/3 70/21 72/5
way [13] 27/20 27/32 29/10 29/13 32/12 34/28 40/18 43/12 48/11 49/29 65/5 69/13 73/7
we [87]
wearing [1] 26/31
Weber [1] 73/11
weight [3] 51/26 52/14 52/19
well [15] 10/24 13/14 14/29 26/11 27/11 34/12 38/21 40/6 40/22 42/25 45/15 59/5 60/11 71/2 72/2
well-known [1] 60/11
wells [1] 6/13
went [8] 5/23 16/13 18/32 25/11 33/1 56/5 67/12 70/21
were [40] 1/14 3/31 4/4 7/19 13/8 16/23 19/23 20/13 21/3 22/24 22/28 23/31 29/17 29/18 30/4 31/4 33/14 34/18 36/9 41/12 47/18 47/23 47/29 47/32 48/3 48/5 48/5 48/30 53/13 54/4 54/7 54/10 57/16 57/25 58/30 59/6 63/27 70/16 72/3 73/10
weren't [1] 3/31
west [10] 8/1 29/17 31/24 31/31 32/1 32/4 32/14 35/2 47/27 48/21
what [68] 4/2 4/30 7/10 9/1 10/17 11/25 12/1 12/12 12/17 14/31 15/29 17/16 17/24 18/1 18/3 18/7 18/16 18/30 21/12 21/29 24/13 25/14 29/11 29/18 29/26 29/28 31/5 31/8 31/14 33/7 33/25 33/28 34/2 34/10 35/22 35/24 36/11 41/8 44/20 45/12 45/13 45/24 49/7 49/19 51/6 51/14 51/23 52/10 52/19 53/10 53/13 53/24 53/30 53/31 55/6 56/19 57/12 59/11 59/22 62/1 62/1 62/5 63/7 64/20 65/21 67/29 68/3 68/12
whatever [12] 18/5 22/32 23/1 34/30 35/6 39/7 46/9 49/8 51/32 53/4 54/3 64/7
whatsoever [2] 33/6 42/14
when [30] 8/7 9/21 13/28 13/31 14/17 15/29 15/30 16/19 19/29 21/21 21/29 23/20 23/22 25/18 27/18 29/6 32/32 41/12 41/14 48/4 52/12 56/16 57/14 60/3 60/8 61/6 65/8 69/16 69/20 72/3
where [29] 7/15 7/17 8/7 9/7 13/7 15/14 15/18 15/20 15/27 16/22 24/3 38/21 39/2 40/7 40/23 47/28 51/22 52/9 52/15 52/29 54/15 55/32 57/25 59/12 61/13 63/26 67/1 71/32 72/10
whereas [1] 8/4
Whereupon [5] 29/31 36/32 44/14 68/7 73/22
whether [12] 10/16 17/31 39/14 39/30 40/9 42/18 45/13 47/4 47/16 52/5 59/10 63/1
which [23] 6/13 6/16 6/17 6/32 7/21 11/17 13/7 13/20 14/2 15/2 23/29 24/16 25/28 26/22 36/7 37/19 38/32 41/29 43/32 49/22 50/22 60/26 71/23
while [1] 61/27
white [1] 43/28
who [5] 3/5 3/24 15/27 15/29 42/31
whole [1] 49/1
whom [1] 74/3
why [16] 8/16 15/28 16/7 18/11 22/21 23/13 24/16 24/22 28/5 38/19 40/25 41/24 42/22 47/22 52/24 70/3
will [40] 4/14 5/31 9/15 9/25 10/15 10/16 13/3 16/16 16/22 17/27 18/24 18/25 19/17 20/15 22/4 23/17 23/18 25/20 30/3 36/22 37/9 40/22 40/26 43/6 43/24 43/26 44/1 47/7 47/13 48/6 52/9 52/28 52/29 52/30 54/3 60/21 66/12 67/24 70/14 73/19
Williams [2] 25/18 55/22

## W

WILLIS [1]  1/21
window [2]  16/3 46/10
windows [1]  38/27
withdraw [1]  36/22
withdraws [1]  11/15
within [8]  11/14 11/23 12/30 59/28 59/30
60/19 60/31 61/5
without [1]  70/12
witness [10]  2/2 3/26 4/7 4/9 32/32 33/8
42/13 68/27 71/26 72/11
witnessed [1]  16/29
witnesses [3]  58/25 58/32 73/10
won't [1]  45/30
WONG [1]  1/8
wood [2]  43/30 43/31
word [2]  10/10 10/18
words [5]  17/20 18/31 28/22 47/21 65/25
work [2]  11/11 26/23
worked [3]  6/11 21/21 58/32
working [2]  20/8 21/22
world [1]  67/8
worn [1]  62/20
would [69]  3/13 6/31 7/18 8/9 8/13 9/14 10/1
10/5 10/29 12/10 15/21 16/11 17/10 21/16
23/9 23/32 25/3 25/10 25/15 25/20 26/32 27/7
27/13 27/15 28/11 28/13 28/15 28/17 29/5
31/6 31/14 31/23 31/30 32/2 32/13 33/5 34/23
34/25 38/5 43/11 43/14 48/20 48/24 48/28
48/30 49/4 49/5 49/5 49/15 49/16 49/20 49/21
53/18 59/7 59/11 60/26 63/5 64/29 65/4 65/6
65/25 66/29 66/31 67/2 68/11 68/22 68/23
70/25 71/9
wouldn't [4]  8/21 12/18 59/10 64/12
wrap [1]  37/9
write [1]  14/11
writing [1]  19/32
wrong [1]  59/3

## Y

Yeah [2]  13/19 64/1
year [2]  41/30 49/21
years [3]  41/13 49/22 62/17
yellow [1]  9/16
yes [44]  5/26 5/29 6/8 11/12 18/29 19/22
19/27 20/31 21/2 23/7 24/8 28/21 31/12 32/19
32/24 36/20 36/24 36/27 37/22 38/17 39/23
41/3 46/4 46/7 46/14 53/5 53/19 54/28 55/4
55/10 57/3 60/22 60/30 60/32 61/26 62/13
63/9 63/24 63/28 65/13 65/24 66/10 66/14
70/15
yesterday [13]  9/8 13/15 17/7 17/18 17/25
21/23 30/32 33/12 33/29 34/27 35/16 46/31
48/26
yet [2]  37/16 71/28
you [288]
you're [2]  12/23 31/9
young [1]  27/1
your [100]

## Z

zone [3]  7/25 8/14 19/10
zones [13]  6/24 6/25 6/31 7/18 7/29 8/10 8/12
8/15 15/2 15/3 61/13 61/16 63/27

**Page 1**

CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2000-7489          DIVISION "A"

THOMAS ANDERSON, PAMELA DAVENPORT, EVELLE THOMAS, JUNE HANCE, JOSEPH WONG, individually, ON BEHALF OF ALL THOSE SIMILARLY SITUATED, ALL PERSONS EXPOSED TO CHEMICALS AT 2400 CANAL STREET

VERSUS

CITY OF NEW ORLEANS, ET AL

PROCEEDINGS held in the above-captioned matter were taken in Open Court before the HONORABLE TIFFANY GAUTIER CHASE, Judge presiding, on October 1, 2015.

APPEARANCES:

FOR THE PLAINTIFFS:
ROY E. AMEDEE, JR., ESQ.
GARY GAMBEL, ESQ.
JENNIFER C. WILLIS, ESQ.
TONY M. CLAYTON, ESQ.
MICHAEL LETOURNEAU, ESQ.

FOR PAN-AMERICAN LIFE INSURANCE COMPANY:
DARRYL J. FOSTER, ESQ.

FOR NID CORPORATION:
JOHN A. STEWART, ESQ.
BRODIE G. GLEN, ESQ.

FOR THE CITY OF NEW ORLEANS:
KIM M. S. LEE, ESQ.
CORWIN M. ST. RAYMOND, ESQ.

Reported by:
PATRICIA O'BRIEN, C.C.R.
Official Court Reporter

**Page 2**

I N D E X

| WITNESS | PAGE |
| --- | --- |
| JAMES O. RASMUSON | |
| Mr. Foster | 4 |
| Ms. Willis | 20 |
| Mr. Foster | 25 |
| Mr. Stewart | 90 |
| Ms. Willis | 96 |
| Mr. Foster | 124 |
| THOMAS E. TERRY | |
| Ms. Lee | 126 |
| Mr. Stewart | 148 |
| Mr. Clayton | 150 |

**Page 3**

P-R-O-C-E-E-D-I-N-G-S
THE COURT:
    Are you ready?
MR. FOSTER:
    Yes, Your Honor.
THE COURT:
    Okay.
MR. FOSTER:
    Your Honor, Darryl Foster, defendants, call Dr. James Rasmuson.
THE COURT:
    And, just for the record, this is 2000-7489, Anderson versus City of New Orleans.
MS. WILLIS:
    Your Honor, do you want us to make our appearances?
THE COURT:
    Yes. Go ahead.
MS. WILLIS:
    Jennifer Willis for the plaintiff, Thomas Anderson.
MR. AMEDEE:
    Roy Amedee for the plaintiffs.
MR. CLAYTON:
    Tony Clayton for the plaintiffs.
MR. GAMBEL:
    Gary Gambel for the plaintiffs.
MR. LETOURNEAU:
    Michael Letourneau for the plaintiffs.
MR. FOSTER:
    Darryl Foster, Pan-American Life Insurance Company.

**Page 4**

MR. ST. RAYMOND:
    Corey St. Raymond, City of New Orleans.
MR. STEWART:
    John Stewart, NID Corporation.
MR. GLEN:
    Brodie Glen, NID Corporation.
THE COURT:
    Good morning.
THE WITNESS:
    Good morning.
THE COURT:
    How are you?
THE WITNESS:
    I'm fine. How are you?
    JAMES O. RASMUSON, after having been first duly sworn or affirmed in the above-entitled cause, was examined and testified as follows:
MR. FOSTER:
    May I proceed, Your Honor?
THE COURT:
    Yes.
MR. FOSTER:
    Thank you.
                DIRECT EXAMINATION
BY MR. FOSTER:
Q.    Dr. Rasmuson, would you please give us your full name and your current address for the record, please?
A.    Sure. It's James middle initial O, Rasmuson, and Rasmuson is spelled R-a-s-m-u-s-o-n.
Q.    What is your business address, sir?
A.    It's Chemistry & Industrial Hygiene

1  Incorporated.  The and is an ampersand sign.  10201
2  West 43rd Avenue, Wheat Ridge, Colorado 80033.
3  Q.    Thank you, sir.  How old are you, Dr.
4  Rasmuson?
5  A.    I'm 71.  I can see I can relate to some of the
6  others.
7         MS. WILLIS:
8              Actually, that's kind of surprising.
9  BY MR. FOSTER:
10  Q.    Dr. Rasmuson, would you please give the Court
11  the benefit of your educational background, sir?
12  And you have prepared, in connection with your
13  testimony today, a Power Point presentation,
14  correct?
15  A.    I have, yes.
16         MR. FOSTER:
17              And, Your Honor, we have provided a copy
18              of that to opposing counsel, the Court,
19              City of New Orleans and to NID.
20         THE COURT:
21              Okay.
22  BY MR. FOSTER:
23  Q.    Dr. Rasmuson, again, would you please give the
24  Court the benefit of your educational background,
25  sir?
26  A.    Sure.  I attended Wartburg College, Waverly,
27  Iowa, between '62 and '66.  Got a BA in chemistry.
28  Went to Iowa State University in Ames, Iowa.
29  Obtained a Ph.D. there in 1970.
30  Q.    Dr. Rasmuson, your Ph.D. was in what field?
31  A.    That was in analytical chemistry.
32  Q.    I'll come back to that in a minute.

1  A.    Sure.
2  Q.    Do you hold any Board certifications?
3  A.    Yes, I do.
4  Q.    Would you give the Court the benefit of what
5  Board certifications you hold?
6  A.    I hold certification as an industrial
7  hygienist from the American Board of Industrial
8  Hygiene.  I was certified in chemical aspects in
9  1977.  I was certified in the comprehensive practice
10  of industrial hygiene in 1990.
11  Q.    Do you still hold a certification as an
12  industrial hygienist?
13  A.    I do.
14  Q.    I am going to ask you a few more questions
15  about that in a minute.
16  A.    Okay.
17  Q.    Are you also, Dr. Rasmuson, a Board certified
18  toxicologist?
19  A.    Yes, I am.
20  Q.    And when did you receive your Board
21  certification in toxicology?
22  A.    In 1996.
23  Q.    And that DABT behind your name is a Diplomate
24  of the American Board of Toxicology, correct?
25  A.    That's correct.
26  Q.    To become a Board certified industrial
27  hygienist, what did you have to do?
28  A.    I had to have the equivalent of five years of
29  industrial hygiene experience.  They allowed my
30  Ph.D. to substitute for two of those years.  I had
31  to have recommendations, I think, from something
32  like two or three other industrial hygienists.  I

1  had to sit for a two-day test.  One day was on the
2  general concepts, and the other day was on chemical
3  aspects.
4  Q.    And you have maintained that certification?
5  A.    Yeah, and then you have to maintain it.  There
6  are requirements for that that you have to keep
7  going along and complete.
8  Q.    And with respect to your status as a Diplomate
9  in the American Board of Toxicology, what did you
10  have to do to attain that status, sir?
11  A.    I think that that one had something like 11
12  years of experience in the field, if I remember, and
13  if I got that wrong, I apologize, but it was the
14  experience requirement as well.  And, again, you
15  need to have documentation that you worked in the
16  field from, I think, three people, two or three
17  people.  And then there was quite an exhaustive test
18  that I had to take for that, and then every five
19  years, you retake a test.
20         Dr. Patricia described that the other day.  I
21  forgot her last name, I apologize.
22  Q.    Patricia Williams.
23  A.    Okay.
24  Q.    Dr. Rasmuson, I will get into this a little
25  bit more later, can you just tell the Judge briefly
26  what is the science of industrial hygiene?
27  A.    Sure.  The science of industrial hygiene is
28  the recognition, evaluation, anticipation and
29  control of health hazards in the workplace, and in
30  the community as well.  We do community risk
31  assessments, as well as risk evaluation for
32  industrial workers.

1         And then I have a division where we put in
2  place engineering controls, such as ventilation
3  and -- well, there are other types of controls,
4  personal protective equipment and so on, but
5  engineering, the exposure away is by far the
6  preferable way to do it.  So I supervise a couple of
7  guys who -- one is a professional engineer, and the
8  other has a lot of experience with HVAC systems.
9  Q.    Dr. Rasmuson, in your practice as a Ph.D. in
10  chemistry, analytic chemistry, and in industrial
11  hygiene, there are certain tools that you use in
12  connection with the science of industrial hygiene,
13  correct?
14  A.    Correct.
15  Q.    Let me ask you, does one of those tools
16  include, I think you just mentioned, it includes the
17  knowledge about and the use of engineering controls?
18  A.    Yes.
19  Q.    Would it also include the knowledge of and use
20  of risk assessment?
21  A.    Yes.
22  Q.    Would you explain to -- and you went to
23  another slide.  It is actually the fourth slide.
24  Would you please tell the Judge, since we are
25  talking about industrial hygiene and its components,
26  what this slide indicates as to the areas of
27  expertise that --
28         THE COURT:
29              Mr. Foster, are we still in the
30              qualification?
31         MR. FOSTER:
32              I am, Your Honor.

THE COURT:

Okay.

MR. FOSTER:

His qualifications have not been stipulated to, so I want you to —

THE COURT:

No, I understand that, but I was just trying to —

MR. FOSTER:

Move along.

THE COURT:

I know what an IH is, what they do, so.

MR. FOSTER:

Okay.

BY MR. FOSTER:

Q.    This slide, which is actually slide number four, that gives the tools and the types of things that you do in your practice, correct?

A.    That is correct.

Q.    Does your practice include knowledge of and use of air modeling?

A.    Yes.

Q.    Does it include knowledge of and use of air monitoring?

A.    Yes.

Q.    Does it include both industrial hygiene, toxicology and analytic chemistry, the potential effects of chemicals in the environment on the human body?

A.    Yes.

Q.    Go back to the first slide, Dr. Rasmuson. We have heard about toxicology, but would you give the

Judge the benefit of your experience and knowledge with respect to the science of toxicology and what it entails?

A.    Sure. I would describe my practice as the practice of industrial toxicology, particularly as it relates to exposures in the workplace and community that I have personally worked with. I don't test animals or, you know, I am not that type. Some toxicologists work in poison control centers. I would be qualified to do that, but I don't do it every day, so that would take some adaptation.

But with respect to the recognition, evaluation and control of health hazards in the workplace, industrial hygiene is a very — toxicology is a very critical component of industrial hygiene, and I have tried to expand my knowledge in that field over the years, and it got to be such that it became kind of a part of my practice as an industrial hygienist, so I decided I would try to become certified, and, fortunately, I was able to do that.

Q.    One of the tools of toxicology that Dr. Williams mentioned is epidemiology?

A.    Yes.

Q.    Do you use epidemiology or epidemiologic principles in your practice as a toxicologist, an industrial hygienist and analytic chemist?

A.    Yeah. There are questions on the DABT test in epidemiology, but I recently expanded and refreshed that by taking a graduate-level class, full-semester class in that field, and I apply those principles throughout my practice. That's one of the areas I

probably spend more time in than many of the disciplines I work in.

Q.    Now, I also note, Dr. Rasmuson, that you are a fellow of the American Industrial Hygiene Association.

A.    Yes.

Q.    And what does it mean to attain the status of a fellow of the American Industrial Hygiene Association?

A.    That's based on someone nominating you. It's an honor. It's based on things such as teaching, community service, publications, contributions to the field of industrial hygiene. I think there are five of them, but those are four, I believe.

Q.    And what — if you know, what percentage of certified industrial hygienists in the United States have the title, the recognition of a fellow of the American Industrial Hygiene Association?

A.    By some sort of by-laws or something, it's reserved for 5 percent. I think the actual number is closer to 2 percent.

Q.    And you are one of those 2 percent?

A.    Yes.

Q.    Now, also, sir, you indicated on slide number one that you have taken some — you have got graduate level courses in biostatistics, epidemiology and toxicology?

A.    Correct.

Q.    Where were those done?

A.    Those were at the University of Colorado Health Sciences Center. It was kind of part of the medical school. They have changed their name, as

time went on, but those were graduate-level classes in their programs there.

Q.    You are also a member of the American College of Toxicology?

A.    Yes.

Q.    And can you tell us what the American College of Toxicology consists of?

A.    Well, it's another toxicology organization. There are a couple of them, Society of Toxicology or the American College of Toxicology. I happen to belong to the American College of Toxicology.

Q.    Have you taught any classes in industrial hygiene subjects and in toxicology?

A.    Yes, I have.

Q.    Can you tell us, the Judge, a little bit about what you have taught?

A.    I have taught three types of either quarter or semester, I can't remember, classes at the university, college at the University of Denver. A couple of those included risk assessment and toxicology. I think the other one might have been environmental management, but I can't remember the title. And for the American Industrial Hygiene Association, for the past ten years, I have been teaching classes on retrospective exposure assessment of various chemicals and asbestos risk assessment.

Q.    What is a retrospective exposure or risk assessment?

A.    Well, you look back in time, and you try to estimate what either instantaneous exposure levels were or what cumulative exposures were, and you can

1  do that qualitatively within ranges. You can't be
2  real precise, but I have published on — I have
3  evaluated how well you can do that, and I have a
4  couple of publications on that subject.
5  Q.    Okay. You are currently the founder and owner
6  of Chemistry & Industrial Hygiene Incorporated,
7  correct?
8  A.    Actually, we have got employee owners now, and
9  I have given about half of my wife's and my
10  ownership to my son, who is also a certified
11  industrial hygienist, and we felt that he is going
12  to continue on in the business.
13  Q.    What is — if you can tell the Judge briefly,
14  what is the business of Chemistry & Industrial
15  Hygiene?
16  A.    We are a consulting company. We take on cases
17  that have chemistry components to them, toxicology
18  components, industrial hygiene, epidemiology. A lot
19  of risk assessment. We perform general consulting
20  for industrial and government clients. We also do
21  quite a bit of litigation-related consulting.
22  Q.    I am going to get to that.
23  A.    Sure.
24  Q.    Let me go to the next slide, Dr. Rasmuson.
25  A.    Okay.
26  Q.    And you are a Ph.D. chemist?
27  A.    Yes.
28  Q.    All right. Can you tell the Court what is
29  involved, briefly, in the science of chemistry, and
30  particularly, the science of analytical chemistry?
31  A.    Sure. The study of chemistry, I've got it
32  defined formally on the slide, but it involves how

1  matter, how the composition of matter interacts, how
2  it's composed, what the properties are, how they
3  combine and change.
4        And analytical chemistry deals with the
5  identification and measurement of the chemical
6  substances, physical substance as well, and is also
7  concerned with the tools and methods used to
8  identify and measure chemical composition.
9  Q.    Dr. Rasmuson, does your education and
10  experience, the many years you have been a chemist,
11  industrial hygienist and toxicologist, does that
12  education and experience include knowledge of the
13  chemical action of toxic substances on the human
14  body?
15  A.    Yes.
16  Q.    And can you explain that in a little bit more
17  detail, what we are talking about?
18  A.    Sure. One of the things that you are tested
19  upon, when you take the DABT test, are mechanisms of
20  action, and that's how chemicals and other
21  substances that are taken up by the human body, by
22  animals, that sort of thing, how they produce
23  harmful effects. And those are basically based on
24  chemical reactions in the body.
25  Q.    And also, Dr. Rasmuson, does the science of
26  chemistry, and particularly the science of
27  analytical chemistry, in which you have a Ph.D.,
28  include how various chemicals may interact with
29  other materials, such as metals, plastics, polymers?
30  A.    Yes.
31  Q.    And can you explain that a little bit to us,
32  Dr. Rasmuson?

1  A.    Well, that's basically what chemistry is, how
2  materials, substances interact with each other. I
3  have taken a class in polymer chemistry, which is,
4  has to do with plastics. The study of metals and
5  how they interact with acids is part of chemistry
6  classes, that kind of thing.
7  Q.    Can we go to your next slide? I think you
8  went over that for the Judge already. What is, in
9  fact, the science of industrial hygiene.
10  A.    Right.
11  Q.    And the next slide is what the various
12  components of industrial hygiene are, correct?
13  A.    Yes.
14  Q.    All of which you use in your practice?
15  A.    Yes.
16  Q.    Go to the next slide. The one after that.
17  You have already talked about that you are a fellow
18  of the American Industrial Hygiene Association. I
19  note that you are the American Industrial Hygiene
20  Association ambassador to — I hope I don't murder
21  this — Kazakhstan?
22  A.    Kazakhstan.
23  Q.    Would you tell the Court a little about the
24  work that you have done for children in Kazakhstan.
25  A.    Yeah.
26        MS. WILLIS:
27             Your Honor, I think we are getting pretty
28        far afield of qualifications. I mean if he did
29        charity work in Kazakhstan, that's great, but I
30        don't know that that advances his credentials
31        in this case.
32        THE COURT:

1             I agree. It is listed in his CV?
2        MR. FOSTER:
3             Okay.
4        THE COURT:
5             Correct?
6        MR. FOSTER:
7             It is listed, yes.
8        THE COURT:
9             Okay. Thank you.
10  BY MR. FOSTER:
11  Q.    Let me ask you this, and I won't pursue this
12  much further, but we heard about Dr. Williams and
13  her work with 17,000 steelworkers. And you seemed
14  to think that was important. So let me just
15  rephrase the question this way. Is the work that
16  you were doing in Kazakhstan, is the work that you
17  are doing in Kazakhstan related to your expertise in
18  industrial hygiene and toxicology and chemistry?
19  A.    Yes, all of those. Perhaps primarily exposure
20  assessment, toxicology and the control aspects.
21  Q.    You mentioned, Dr. Rasmuson, and we will get
22  into this after, in more detail later, after I
23  tender you, but you mentioned, as part of your
24  practice, you use retrospective and other exposure
25  assessment techniques. I wanted to ask you, Dr.
26  Rasmuson, are retrospective exposure assessments
27  recognized as scientifically valid by the American
28  Industrial Hygiene Association and others?
29  A.    Yes. It's an important component in
30  epidemiology is one application. It's — I and
31  others have worked on methodology for doing it. I
32  have published it in an AIHA book, and I have taught

1 the principles that are in the book for many years.
2 Q.    Have you received any awards or honors with
3 respect to your work as a toxicologist, industrial
4 hygienist and/or chemist?
5 A.    Yeah, we received, I think, the best group
6 award for some of the work we have done on
7 publishing a lead document for third-world
8 countries.
9 Q.    Have you had any teaching assignments?
10 A.    Yes.
11 Q.    And tell us a little bit about that.
12 A.    I did that earlier, but very briefly,
13 University of Denver and AIHA.
14 Q.    Would you go to your next slide, Doctor?  You
15 are a Board certified toxicologist, and can you just
16 briefly inform us, at least me, and inform the Court
17 of what that involves?  What is the science of
18 toxicology?
19 A.    Yes.  I think Dr. Williams did a good job of
20 saying what is the other day, so I will be
21 brief.  Toxicology is the science of poisons, and,
22 particularly, I'm involved in industrial toxicology,
23 which involves the effects of bodily uptake of
24 chemical and physical agents, both mechanisms and
25 modes of action.  We don't always know the mechanism
26 of action, but we kind of have a general idea, but
27 that's called a mode of action, rather than a
28 complete action.
29      And then the dose response aspects, which are
30 related to animal studies, human epidemiology, that
31 becomes very important.  Technically, Dr. Williams
32 was correct, many of the studies involve exposure

1 rather than dose, but typically, dose is
2 proportional to exposure, and so, for shorthand, we
3 often call it a dose response reaction.  And then,
4 based upon the exposure and the dose response
5 characterization, we often perform risk assessment,
6 which is determining the probability of harmful
7 results, based upon exposures.
8 Q.    Okay.  Does your presentation -- if you go to
9 the next slide, Dr. Rasmuson?
10 A.    Yes.
11 Q.    It lists some of your active research
12 interests.  I'm not going to go through these in
13 detail.
14 A.    Sure.
15 Q.    But it includes what is listed on there,
16 including the validation and evaluation of
17 retrospective exposure assessment methods?
18 A.    Yes.
19 Q.    And it includes risk assessment and
20 epidemiology?
21 A.    Correct.
22 Q.    And it includes exposure models?
23 A.    Yes.
24 Q.    And I am sure you have other interests, too.
25 A.    Yeah, I do.  Those are areas I have generally
26 published on and given presentations and/or I'm
27 continuing research in, but practically all of those
28 things, you can find in my CV, if you take a look.
29 Q.    And your next slide, Doctor, has some examples
30 of some relevant publications.  You have published
31 on retrospective exposure assessment?
32 A.    I have.

1 Q.    And you have published on risk assessment
2 epidemiology?
3 A.    Yeah, I have.  I think the examples there, I
4 can't remember if I put one of the publications down
5 there, but those might be presentations, but there
6 are published abstracts associated with it.
7 Q.    And you published on the mathematical modeling
8 of exposures?
9 A.    Yeah.  That's coming out this month or next.
10 Q.    That's what we talked about air modeling,
11 amongst --
12 A.    That's an air modeling publication, right.
13 Q.    Now, Dr. Rasmuson, you mentioned that a
14 significant portion of your work, at this point in
15 your career, is consulting?
16 A.    It is.
17 Q.    Legal consulting, correct?
18 A.    Yes.
19 Q.    Have you done legal consulting for both
20 plaintiffs and defendants?
21 A.    Yeah.  During the first part of my career,
22 after I founded Chemistry & Industrial Hygiene in
23 1987, my work was, by far, mostly for plaintiffs.
24 These are some of the substances I worked for.  As
25 time went on, I got busy doing asbestos consulting
26 for defense.  That's been heavier in the last, I'd
27 say, 10 -- you know, 15 years, at least.  But I also
28 do other work for defendants as well.
29 Q.    And among --
30 A.    But I still take an occasional plaintiff's
31 case, too.
32 Q.    And I note that, among the legal consulting

1 experience for plaintiffs are issues involving,
2 among other things, caustics and acids?
3 A.    Yes.
4 Q.    Dr. Rasmuson, have you been accepted as an
5 expert in the fields of industrial hygiene,
6 toxicology and chemistry, including analytical
7 chemistry, in federal and state courts in the United
8 states?
9 A.    Generally, yes.  People don't always -- you
10 know, it depends on the state.  Many states don't --
11 you don't have to formally say what you are offering
12 the expert for, you just testify.  But I have
13 testified in all of those fields in, you know, I
14 don't remember if it's 10 states or 15 states, and I
15 have testified in federal court, as I recall.
16 Q.    Dr. Rasmuson, the opinions that you are going
17 to render in this case, are those your opinions?
18 A.    Yes, they are.
19 Q.    And will those opinions be rendered to a
20 reasonable degree of scientific certainty?
21 A.    Yes.
22      MR. FOSTER:
23         Your Honor, the defendants tender Dr.
24      Rasmuson as an expert in the field of
25      industrial hygiene, toxicology and chemistry,
26      including analytic chemistry.
27      THE COURT:
28         Miss Wills?
29              CROSS EXAMINATION
30 BY MS. WILLIS:
31 Q.    Good morning, Dr. Rasmuson.  We met earlier?
32 A.    Right.  Good morning.

**Page 21**

1  Q.   I have had a chance to look through your
2  testimony record that you have provided with your CV
3  and your report, and, according to that record, you
4  have testified, either by deposition or at trial, in
5  99 cases in the past five years. Does that sound
6  about right?
7  A.   It could be. I wouldn't know what it was.
8  Q.   I counted. Trust me on this.
9  A.   Yeah.
10  Q.   And every single one of those was an asbestos
11  case, correct?
12  A.   I had a plaintiff's case for the railroad
13  where chemical exposures were involved, and it was a
14  deposition. It settled before it went to trial, and
15  I believe that was in the last five years, but I
16  could be wrong.
17  Q.   If I represent to you that I have carefully
18  analyzed your testimony record that you have
19  provided to us, and that every single case on it was
20  an asbestos case, would you have any reason to doubt
21  that?
22  A.   No, I wouldn't challenge you.
23  Q.   So is it fair to say that, in your career, you
24  have become more and more focused, and so that, over
25  the past, as you have said, 10 to 15 years, I think,
26  what you have done has been almost exclusively
27  asbestos work?
28  A.   I have been retained by folks in other
29  substances, probably it hasn't gone to testimony.
30  The vast majority has been asbestos, as you have
31  indicated.
32  Q.   You haven't had a case involving acid exposure

**Page 22**

1  in many, many years. That was back when you were
2  doing plaintiff's work, correct?
3  A.   That's correct, but I think that was one of
4  the ones that were a bit more recent.
5  Q.   Doctor, you are not an air modeler, correct?
6  You are not an expert in air modeling? Didn't you
7  tell me that in your deposition?
8  A.   Gosh, maybe you would have to show me. That
9  is something that, you know, I do, and I have
10  included in my publications.
11  Q.   Let me ask --
12  A.   Go ahead.
13  Q.   No, no. Let me ask this differently. Have
14  you ever been qualified as an expert in air
15  modeling, specifically?
16  A.   Like I said, we formally don't offer that as a
17  qualification. A really important aspect of my
18  testimony is use of so-called modification factors.
19  When we do a retrospective exposure assessment, just
20  take asbestos as an example, since you brought it
21  up, many of those cases are bystander cases, and we
22  have to characterize those by the use of air models,
23  whether they be formal calculations, guidelines or
24  other ways of, you know, estimating bystander
25  exposure. Some people call that fiber drift, but.
26  Q.   I don't want to interrupt you, Doctor, but my
27  question was fairly specific. Have you ever been
28  qualified in a court as an air modeling expert?
29  A.   I don't think I have ever been offered as one,
30  but I testify in that area.
31  Q.   And you are not a physician, correct?
32  A.   Correct.

**Page 23**

1  Q.   Doctor, in this case, a huge part of your
2  report is based on an assumption that you made as to
3  the volume of the hydrochloric acid spill, correct?
4  A.   Yeah. That's correct.
5  Q.   Pages and pages and pages of calculations
6  based on that assumption?
7  A.   Correct.
8  Q.   And that assumption arose, I believe, from a
9  single line from the USES report that said there was
10  acid around the barrels on the floor.
11  MR. FOSTER:
12       Excuse me, Your Honor, this sounds like
13  cross-examination on his opinion, not on his
14  qualifications.
15  MS. WILLIS:
16       Your Honor, the Code of Evidence was
17  amended in 2014. Prior to the 2014 amendment,
18  Article 702, testimony by experts stated: If
19  scientific, technical or other specialized
20  knowledge will assist the trier of fact to
21  understand the evidence or to determine a fact
22  in issue, a witness qualified as an expert by
23  knowledge, skill, experience, training or
24  education may testify thereto in the form of an
25  opinion or otherwise.
26       In 2014, the legislature added the
27  following requirements: The expert's
28  scientific testimony, technical or other
29  specialized knowledge, will help the trier of
30  fact to determine a fact in issue, and the
31  testimony is based on sufficient facts or data,
32  and the testimony is the product of reliable

**Page 24**

1  principles and methods, and the expert has
2  reliably applied the principles and methods to
3  the facts of the case. Dr. Rasmuson admitted
4  to me in his deposition that he just guessed at
5  the volume of the --
6  THE COURT:
7       But I tend to agree with Mr. Foster as far
8  as whether or not I am going to accept that
9  testimony. But right now, we are just in the
10  qualifications. I understand that you are
11  saying that maybe he does not have the
12  expertise, but I do not think that these
13  questions are germane at this juncture.
14  MS. WILLIS:
15       I will go with that, Judge.
16  THE COURT:
17       Okay.
18  MS. WILLIS:
19       We are going to object to his
20  qualifications.
21  THE COURT:
22       That's all the questions you have for him?
23  MS. WILLIS:
24       Well, I had a bunch more, but that kind of
25  got --
26  THE COURT:
27       All right.
28  MS. WILLIS:
29       We are going to object to his
30  qualifications. He has been an asbestos expert
31  for many years. He has no recent knowledge or
32  primary experience in acid spills. He's been

**Page 25**

1  proffered as an expert.  His testimony should
2  be limited to areas in which he has current
3  training and experience.
4         Also, in terms of air modeling, he lacks
5  the experience to do air modeling in 2400
6  because -- and I will ask you that.
7  BY MS. WILLIS:
8  Q.    You are not an HVAC expert, correct?
9  A.    No, I'm not an HVAC expert.
10     MS. WILLIS:
11         He lacks the experience, qualifications
12  and training to do air modeling in 2400 because
13  of his lack of experience.
14     THE COURT:
15         The Court notes your objection.  The Court
16  is going to accept Dr. Rasmuson as an
17  industrial hygienist, toxicology and chemistry,
18  including analytical chemistry.  Just in those
19  areas.
20     MR. FOSTER:
21         Thank you, Your Honor.
22         DIRECT EXAMINATION
23  BY MR. FOSTER:
24  Q.    Dr. Rasmuson, in connection with what you were
25  asked to do in this case, by myself, can you go to
26  the next slide, please, and advise the Court, with
27  your expertise in chemistry, analytical chemistry,
28  toxicology and industrial hygiene, what were you
29  asked to do with respect to this case?
30  A.    I was asked to perform a health risk
31  assessment, and the question was, were all or some
32  of the employees placed at uniform or any increased

**Page 26**

1  health risk being from the chemicals stored in the
2  east room.
3  Q.    And would you go to the next slide, Doctor?
4  Now, in attempting to analyze those issues, did you
5  just invent methodology that you used?
6  A.    No, I didn't.
7  Q.    Could you explain to the Court what
8  methodology you used in connection with arriving at
9  the ultimate opinions in that regard?
10  A.    Virtually, all of my risk assessment work
11  involves the steps as laid out by the National
12  Academy of Sciences.
13  Q.    What is the National Academy of Sciences, Dr.
14  Rasmuson?
15  A.    It's a government-funded program to take a
16  look at important issues to the country.  For
17  example, this risk assessment paradigm is used by
18  EPA, NIOSH, ultimately by OSHA and other
19  organizations, as they develop guidance documents,
20  as they perform their own work in this field.  But
21  they take -- the National Academy of Sciences is
22  kind of a lead federal agency for that.  They hire a
23  lot of university professors and private consultants
24  to work on various projects.
25  Q.    Sure.  Does your next slide kind of -- if not
26  simplify that or put it in a particular order that
27  scientists, such as yourself, use to conduct a
28  health risk assessment?
29  A.    Yes.
30  Q.    And what is the first step that you do?
31  A.    First we do a hazard assessment, so we have to
32  identify the substances of concern, try to do some

**Page 27**

1  preliminary look at them, to see do we include them
2  in the risk assessment or not.
3  Q.    And what is the second step that you -- that a
4  scientist, such as yourself, has to go -- what is
5  the second step?
6  A.    The second step is to establish or find out
7  from the literature what the dose or exposure
8  response is. To do that, we look at thresholds,
9  standards, all relevant epidemiological and
10  toxicological information associated with various
11  exposures.
12  Q.    For example, when you say threshold, is that
13  something like the American Conference of
14  Governmental Industrial Hygienists, TLVs?
15  A.    It could be that or it could be other things.
16  EPA has published so-called reference doses,
17  reference concentrations.  NIOSH has recommended
18  exposure limits.
19  Q.    NIOSH is National Institute for
20  Occupational Safety and Health?
21  A.    Yeah.  They are the research arm that looks
22  into workplace health risks.  And so, you know,
23  the -- it's hard for OSHA to change standards
24  quickly, but you can get an idea of what is up to
25  date by looking at the NIOSH standards.  You can
26  look at the American Conference of Governmental
27  Industrial Hygienist standards, which are also more
28  up to date than the OSHA levels.  Those are all
29  things that you take into account.
30  Q.    You did that in this case, and we will get to
31  that later, correct?
32  A.    Sure. Yes.

**Page 28**

1  Q.    And then you also have to look at an exposure
2  assessment?
3  A.    Yes.
4  Q.    And tell us what that involves, Doctor.
5  A.    That involves both exposure pathway analyses
6  of air, water, soil, as well as, is it ingestion, is
7  it inhalation, is it dermal contact, what are the
8  details of how a person might have some bodily
9  uptake or come into contact with harmful substances.
10  Q.    And then it also includes an effort to try and
11  determine what concentration of substances of
12  concern may have reached the person?
13  A.    Yeah, that's part of the paradigm.  That's
14  extremely important.
15  Q.    What is the tool or tools that you, as an
16  industrial hygienist, toxicologist and chemist, use
17  in trying to do -- in following that National
18  Academy of Sciences risk assessment paradigm?
19  A.    We try to estimate past exposures.  We try to
20  estimate current exposures.  We try to estimate
21  future exposures, based on physical and chemical
22  properties of those substances and so by paying
23  attention to the exposure pathways for a particular
24  situation.
25  Q.    Dr. Rasmuson, is this, and I hope I'm using
26  the correct term, is this an exact science?
27  A.    This is not an exact science.  I usually work
28  with ranges.  Often I come up with, do range
29  calculations when I do something quantitatively.
30  Today I'm going to testify qualitatively because it
31  is a complex case, and I kind of agree with
32  plaintiff's counsel, there certainly is a lot of

1   room for variability and assumptions, and we have
2   actually taken the quantitative model out of this
3   testimony.
4   Q.   Okay.  And the fourth element is risk
5   characterization?
6   A.   Yes.
7   Q.   What is risk characterization?
8   A.   Risk characterization is the -- we have
9   magnitude of the magnitude.  That must have been
10  written in there about two in the morning.  It's the
11  magnitude and nature of the health risks, based on
12  likely exposures.
13  Q.   Okay. So the first part of this assessment is
14  the hazard assessment, and if you would go to the
15  next slide -- can you go to the next slide?
16  A.   Okay, sure.
17  Q.   Now, Dr. Rasmuson, you said one of the first
18  things you have to try and do is determine what the
19  material was?
20  A.   Yes.
21  Q.   Okay.  And based upon your review of the
22  documents in this case, and your review of the
23  testimony, and you have sat through the entire trial
24  at our request, correct?
25  A.   At your request, I have.  The other thing was
26  we weren't sure what day I was going to testify.  We
27  thought it might have been Monday.  So I have been
28  here, yes.
29  Q.   And based upon your review of the documents,
30  your review of other reports and what you have heard
31  in court, tell us your understanding or your best
32  understanding of what chemicals were actually

1   identified that were in the east room.
2   A.   The chemicals that were in the east room that
3   were either identified or were likely, based upon
4   all of the evidence, were two or three drums of
5   Cecotrol 1283 that were apparently in metal drums.
6   Q.   And Cecotrol 1283 is what type of material?
7   A.   That's a potassium hydroxide, relatively low
8   concentration, but significantly high pH.
9   Q.   So it's not an acid?
10  A.   It's not an acid.  It wouldn't be volatile,
11  you know.  It's in the solution.  And it also has
12  another chemical, which is a sodium salt of a
13  sulphur-containing compound.  It can have some odor
14  with it, but the chemical itself, the by-products
15  from it, you may smell, but the chemical itself,
16  being an ionic solution -- when things are in ionic
17  solutions, they don't have any vapor pressure at
18  all, and so the components of the Cecotrol, except
19  for maybe some sulphur degradation products, which
20  you probably can smell, and it's been variously
21  described as rotten eggs or old rubber, that kind of
22  thing, which you probably can smell, but as far as
23  the compounds itself, you wouldn't really be exposed
24  to those.
25  Q.   And Cecotrol, is that an inhalation hazard?
26  A.   It is not an inhalation hazard if it stays in
27  solution, and it is not sprayed.  You know, if you
28  took it in a sprayer and breathed the mist, then you
29  would want to be concerned with that.  If it's
30  sitting in a drum or it's on the floor, you may not
31  notice it, and maybe that's what happened here.  I
32  don't know.

1   Q.   And then there was a product you have seen
2   from the photographs that were labeled DEOX.
3   A.   Yes.
4   Q.   What is DEOX?
5   A.   DEOX is a mixture of a relatively dilute
6   hydrochloric acid.  Again, you wouldn't want to get
7   that in your eyes.  You wouldn't want to keep your
8   skin in it for prolonged periods of time, but as far
9   as the vapor pressure of the hydrochloric acid in
10  the range of concentration of DEOX, there is some
11  citric acid in there as well.
12      The vapor pressure is relatively low, and the
13  reason is, unless you go to concentrated
14  hydrochloric acid, the hydrochloric acid molecules,
15  hydrogen chloride, which is a covalent molecule,
16  when it's in the air, if you put it into a solution,
17  it becomes ionic, H plus and chloride, and those
18  aren't going to be volatile.  Those are going to
19  stay in solution.  So you have to get into the more
20  concentrated ranges of acid to have significant
21  volatility.
22  Q.   Then you also, based upon your evaluation of
23  the material, you saw at some point in one of the
24  records, it indicated 12 drums of mineral acid and
25  one drum of Aluma-Brite, correct?
26  A.   That's right. And in our report, we assumed
27  there were 12 drums of the DEOX and three drums of
28  the concentrated acid, and based on photographs and
29  so on, we decided that it would be a, better or
30  worst case assumption to assume that the 12 -- and
31  we don't have any idea whether those 12 are
32  concentrated.  They could have been all dilute.

1       The waste management company that looked at
2   this obviously just took some quick characterization
3   and wasn't careful, because the drums in question
4   were a mixture of lower and higher pH, and they
5   reported them all as high, basically.  So we don't
6   know whether -- whether those 12 drums were lower
7   concentration or higher concentration.
8       It's -- one of the drums had a label of DEOX
9   on it, and there were a couple of other drums of the
10  same color, so a likely scenario is that there were
11  three DEOX drums.  As far as we know, they all could
12  have all been DEOX.  We just don't know, and we have
13  to admit that up front.
14  Q.   Okay.  Then there was a drum of Aluma-Brite?
15  A.   There was a drum of Aluma-Brite, which is a
16  concentration of hydrofluoric acid, again, which is
17  not very volatile.
18  Q.   Do you recall what the concentration of
19  hydrofluoric acid in the Aluma-Brite was?
20  A.   I think it was 7 percent to 13 percent.  It
21  could have been in that range.  I think some of the
22  evaporation calculations we have done in this case,
23  we assumed the 13 percent.
24  Q.   Dr. Rasmuson, you indicated that, with respect
25  to your expertise in chemistry and analytical
26  chemistry, that included knowledge of an experience
27  with how chemicals, how various chemicals interact
28  with other materials, such as plastics, metals and
29  polymers, correct?
30  A.   Correct.
31  Q.   And if you go to the next slide, Dr. Rasmuson,
32  do you have an opinion, based upon your knowledge

1 and experience and expertise, as to the likelihood
2 or probability of the metal drums versus the plastic
3 drums being what was leaking?  And then I will ask
4 you why you have that opinion.
5    MS. WILLIS:
6        Your Honor, I'm going to object.  This is
7 the whole problem with his report.  It's based
8 on speculation, not on facts.  We know that the
9 acid drums leaked because there was acid all
10 over the floor.
11    MR. FOSTER:
12        We are going to get to that.
13    MS. WILLIS:
14        So estimating the probability of them
15 leaking makes absolutely no sense in the
16 context of the actual facts.  Even
17 hypotheticals have to have a factual basis.
18    THE COURT:
19        It goes to the credibility.  If he can
20 answer that question, it is very interesting to
21 me.
22    MS. WILLIS:
23        Thank you, Your Honor.
24    THE COURT:
25        I mean it is on floor.  We have seen that
26 from the pictures.
27    MR. FOSTER:
28        We are going to get to that.
29    THE COURT:
30        Okay.
31    MR. FOSTER:
32        Was her objection overruled?

1    THE COURT:
2        Overruled.  It goes to the weight.
3    MR. FOSTER:
4        Sure.  I don't want to step on anyone's
5 toes this morning, Your Honor, especially
6 yours.  So I am going to wait — I am going to
7 try to wait until I get a ruling from the bench
8 before I move on.  I think that, hopefully, is
9 the way I am supposed to do things, even at my
10 old age.
11    THE COURT:
12        You are not old.
13 BY MR. FOSTER:
14 Q.    Dr. Rasmuson, you're not saying that it was
15 impossible that any of the plastic drums were
16 leaking?
17 A.    No.
18 Q.    This slide indicates what you thought was the
19 probability of the drums leaking, and first let me
20 ask you, is it because, primarily because of the
21 difference in the containers?
22 A.    Yes.
23 Q.    And would you please explain that, if you
24 will, what difference, whether it is a metal drum or
25 a plastic drum, what difference does that make to
26 you, as a chemist/toxicologist?
27 A.    That makes a huge difference to me, because
28 plastic materials do not easily — are not easily
29 attacked by acids.  In order to dissolve plastic
30 materials, you have to use extreme heat and
31 oxidizing acids.  These acids were not oxidizing
32 acids.

1        Now, we do have to consider, as it was brought
2 out, the reduced pH on the floor.  There are
3 mechanisms where that could happen, but we certainly
4 can't rule out — you know, I think Dr. Templet
5 mentioned the possibility of pin hole leaks.  These
6 drums were found with material in them, so the
7 leaks, obviously, weren't fast.  And being plastic,
8 I don't think all of them would have leaked.
9        And certainly polymers, such as plastic, can
10 degrade with age, and the chemicals could have had
11 something to do with it — with age.  I can't
12 totally rule that out.  But if you are talking about
13 probability of leaks from plastic containers, acids
14 are sold in plastic containers, not metal drums, or
15 they are sold in drums that have rubber linings, and
16 so the probability of leaking is lower.  There are
17 some mechanisms about how the pH could have been
18 reduced on the floor.
19 Q.    We will get to that.
20 A.    And we will talk about that, but I can't rule
21 out a leak.  But to think that the leak was
22 continual over many years, to believe that the leak
23 would have gone fully unnoticed for many years,
24 there are good reasons, and we will get into them,
25 why that may not be the case.
26 Q.    Doctor —
27    MS. WILLIS:
28        Your Honor, please note my continuing
29 objection to this testimony, which is totally
30 based on speculation and has absolutely no
31 basis in fact.
32    THE COURT:

1        I note your objection.  Overruled.
2 BY MR. FOSTER:
3 Q.    Dr. Rasmuson, why are chemicals, such as
4 hydrochloric acid and hydrofluoric acid or nitric
5 acid, sulfuric acid, why are acids sold and
6 transported in plastic drums or other types of drums
7 lined with polymers or plastic material?  What is
8 the purpose of that?
9 A.    The purpose of that is to avoid corrosion of
10 the metal.  And sometimes when drums even sit in
11 moist areas, the bottoms will rust out, and, you
12 know, to sell an acid in a metal drum would be to
13 invite disaster.  The drums are — are sold in
14 plastic to avoid that kind of problem.
15 Q.    Okay.  Could you go to your next slide?  That
16 is the photograph that's already been put into
17 evidence, and based upon your review of these
18 photographs, those drums you believe to be plastic?
19 A.    They look like plastic.  I have been around a
20 lot of metal drums.  I even have been at hazardous
21 waste sites where I was the industrial hygienist
22 overseeing the removal of drums.  These don't look
23 like metal drums to me.
24    MR. FOSTER:
25        Would Your Honor excuse me for one second?
26    THE COURT:
27        Do you need some water?
28    MR. FOSTER:
29        No, ma'am.  May I continue?
30    THE COURT:
31        Yes, please.
32    MR. FOSTER:

1       Thank you, Your Honor.
2  BY MR. FOSTER:
3  Q.     Would you go to your next slide, Dr. Rasmuson?
4  This is with respect to materials we saw on the
5  photographs labeled DEOX, correct?
6  A.     Yes.
7  Q.     What is -- you indicated there was one drum on
8  a label, and there could be two other drums that
9  matched the color and form of DEOX?
10 A.     Yes.
11 Q.     Okay.
12 A.     And originally, we thought that maybe some of
13 those other drums contained DEOX. As we reviewed
14 the photographs, we decided that maybe it's more
15 likely, instead of 12 drums being DEOX, possibly
16 three. The hazardous waste report indicated it was
17 all concentrated acid, even though DEOX is lower in
18 concentration. So, again, that's another
19 uncertainty in this case, and, you know, we have to
20 be up front and admit it, there it is.
21 Q.     And, Dr. Rasmuson, like you just said, if
22 there is an uncertainty or something that you are
23 not comfortable with, you are going to admit that,
24 right?
25 A.     I will.
26 Q.     DEOX contains -- based upon your review of the
27 MSDS on DEOX material, what is the concentration of
28 hydrochloric acid in DEOX?
29 A.     DEOX is 7 to 13 percent, and none of the
30 characterizations from the waste company where these
31 were disposed, indicated concentrations that low.
32 Q.     And what is citric acid?

1  A.     Citric acid is a weak acid that, you know, is
2  in various fruit and so on.
3  Q.     Oranges?
4  A.     Yeah.
5  Q.     You indicated that acid solutions, such as
6  DEOX, that are used as cleaning agents are
7  relatively dilute. What do you mean by that? What
8  is significant to the fact that they are relatively
9  dilute?
10 A.     Well, in one sense, they are not so dilute you
11 would want to have skin contact. They are dilute in
12 the sense that much of the chemical is dissociated
13 into hydronium and chloride ions, the protons that
14 were being talked about, or the hydrogen atoms that
15 were being talked about a couple, few days ago.
16 And, to the extent that you don't have dissolved
17 covalent hydrogen chloride or you have the ionic
18 form, the ionic form is not nearly as volatile.
19 Q.     Okay.
20 A.     So DEOX, we have done some modeling of the
21 evaporation rates, and DEOX is many times lower, in
22 terms of hydrochloric acid evaporation rates, as
23 opposed to if you have a drum of concentrated
24 hydrochloric acid, which is typically 38 percent.
25 There are some higher concentrated forms that aren't
26 really sold commercially that much, and so even
27 though the waste disposal company mentioned that,
28 you know, some very, very high concentrations for
29 everything, about 38 percent would be about as high
30 as normal concentrated hydrochloric acid, which is
31 sold.
32     MS. WILLIS:

1       Your Honor, I'm not going to keep
2  objecting every minute, but we have the
3  absolute evidence from the waste disposal
4  company of what was in that room, and he is
5  testifying to something completely different,
6  based on nothing. So I object that he is
7  speculating, not following the mandates in 702.
8  MR. FOSTER:
9       Your Honor, again, he has expertise and
10 qualifications. She can cross-examine him. In
11 fact, Dr. Templet said that the 40, 50 percent
12 was probably a little high, and most commercial
13 concentrated hydrochloric acid is 35 percent.
14 We give it 38 percent.
15 MS. WILLIS:
16      That actually isn't what my objection is
17 related to.
18 THE COURT:
19      I am going to give it the weight that it
20 is due. Thank you. It is overruled.
21 BY MR. FOSTER:
22 Q.     Would you go to your next slide, Doctor?
23 A.     Sure.
24 Q.     Now, in the initial USES reports and the
25 initial Fire Department reports, isn't it true, or
26 isn't it correct that those reports indicate the
27 initial finding was three metal drums were leaking?
28 A.     Yes.
29 Q.     And the metal drums are what contained the
30 Cecotrol?
31 A.     Yes.
32 Q.     And Cecotrol, as you said, is basic, it is not

1  acidic.
2  A.     Correct.
3  Q.     And you have heard Mr. Anderson testify about
4  the odor he smelled. I think at some point he
5  called it rotten eggs. He may have, at another
6  point, called it burned rubber?
7  A.     Yes.
8  Q.     Is that an odor that would be associated with
9  Cecotrol?
10 A.     Yes.
11 Q.     Is that an odor that would be associated with
12 either hydrochloric acid or hydrofluoric acid?
13 A.     No.
14 Q.     Also on this slide, you indicated that, with
15 respect to the plastic drums, they may or may not
16 have been leaking. We talked a little about that
17 before, correct?
18 A.     Yes. On this slide, I have at least one of
19 the drums appears to have been leaking, per USES
20 based results for pH tests, and I think I murdered
21 the English language a little bit on the slide, but
22 that's basically what it means.
23 Q.     In your opinion, as an analytic chemist who
24 deals with effective chemicals, such as hydrochloric
25 acid, hydrofluoric acid and other acids in your work
26 experience, is it your opinion that it is unlikely,
27 first, that all of the plastic drums were leaking?
28 A.     Very unlikely.
29 Q.     And is it your opinion that it is unlikely
30 that a majority of the plastic drums were leaking?
31 MS. WILLIS:
32      Same objection, Your Honor.

THE COURT:

It is noted. Overruled.

THE WITNESS:

Very unlikely, based on testimony in the case, based on descriptions of what was smelled, based on observations, that kind of thing. On the other hand, to offer balance testimony, the drums, if they were concentrated in a corner, you know, the Cecotrol could have been leaking for a time and maybe nobody saw it.

And it's possible that a pin hole developed in one of the acid drums, and the two reacted and produced the smoke that Mr. Anderson observed on the day when he went into the room. The -- it appears unlikely that there would have been significant liquid from the acid drums on the floor, based on the description of odors and so on, because if you would have had significant concentrations of acids on the floor in the east room, I believe that would have been a quite irritating situation, especially if it was a concentrated acid that had a significant surface area on the floor, and if somebody went in there, I think that that would be -- would have been noticed.

I think the odors that were described would have been more consistent with leaking Cecotrol. I think that there are various mechanisms that could have put the lower pH material on the floor. One of them is a leaking plastic drum.

BY MR. FOSTER:

Q.    Before we get to that next slide which talks about that, let me ask you this. You recall -- you were here for Mr. Anderson's testimony, right?

A.    I was.

Q.    And you recall that Mr. Anderson said that, at some point between the time he first went to work in the building, in '83 or '84, until 1999, at some point, the City actually put a couple of desks for, I believe it was the collections people, he described them, in the same room, in the east room?

A.    Yes.

Q.    And if there had been a significant leak of concentrated hydrochloric acid, would those employees have been able to work in that room?

A.    I don't believe so, because -- well, it's not necessarily true that the exposure went over the occupational exposure limit in there. The odor threshold is just -- is somewhat close to those occupational exposure limits. It's a little bit higher, but it's kind of in the same range.

Q.    Okay.

A.    And the literature suggests that once you hit the threshold for the odor, it's so irritating that you are not going to stay there very long.

Q.    That's scientific literature that you are referring to?

A.    Yes.

Q.    Would you go to the next slide?

A.    Yes.

Q.    So if -- if we assume that none of the plastic drums leaked, and I understand that you are not

making that assumption -- I am going to ask you to make that assumption.

A.    Yes.

Q.    If we assume that none of the plastic drums leaked, is there an alternative explanation for the pH finding on the floor in the east room in the area where the drums were purportedly found by USES?

A.    Yes. There is another possibility. If the drums were left open, the acid drums, and if there is moisture occasionally on the floor, the acid vapor could have been transported via air. We have been talking about that pathway a lot, and that might have partitioned with the water on the floor, and that likely would have happened if there was moisture, whether or not there was a drum leaking or not.

There was no report by USES of what the pHs were. If we had that, we might be able to sort this out a little better, but this is certainly another chemical pathway, you might say, for explaining the results. I'm not testifying that this is what happened. I'm saying that this pathway is potentially possible.

Q.    Okay. And do you recall, in the Fire Department's Hazardous Materials Incident Report that, in fact, one of the drums -- one of the plastic drums was found to be open?

A.    Yes.

Q.    Would you go to your next slide, Doctor? And this is a slide with respect to the properties of the hydrochloric, hydrofluoric and Cecotrol, correct?

A.    Yes.

Q.    I think we have been over this --

A.    We probably have taken care of this one.

Q.    Would you go to the next slide? And what are you trying to explain with respect to the potential uses, if these drums were used, of the chemicals that were found in the east room?

A.    There is a great deal of relevance to what they may have been used for because, if they were used in this manner, if they were opened on occasion, and if they were opened on occasion, it would explain some of the corrosion on metal surfaces in the room and on walls and in the HVAC system.

Just as if you have a chemical laboratory, you -- at least the chemical laboratories I have worked in, after awhile, you get rusty, it looks rusty. It's probably not all iron oxide. It's probably some hydrogen chloride reacting with the metal, making some iron chloride, for example, but the fact is is that muriatic acid, which is hydrochloric acid, is utilized for cleaning of HVAC, these fin coils that were talked about, cooling -- that are in cooling towers.

It can be that, and sulfuric acid, actually, can be used to adjust the pH. Usually, you take the concentrated 38 percent acid and dilute it about ten times before you use it. But that dilution activity had to occur somewhere. And similarly, the hydrofluoric acid is used. Sometimes there was aluminum associated with these coil fans, and the hydrofluoric acid was used to clean aluminum

surfaces. That's where you get the Aluma-Brite
brand name that apparently was involved in some of
this material.
Q.     Dr. Rasmuson, you have had an opportunity,
have you not, to review the deposition of Mr. John
DeMajo, who was the chief engineer for the City of
New Orleans?
A.     I have.
Q.     And isn't it correct, Dr. Rasmuson, that in
his deposition, the chief engineer for the City of
New Orleans, in fact, describes the use by the City
of chemicals for the HVAC system in the building?
A.     He did, and he testified that he bought
sulfuric acid. He testified, I believe, that he
bought some of the -- sounded like a little more of
the dilute hydrochloric acid, and I can't remember
if he commented on the hydrofluoric acid.
Q.     Would you go to the next slide? We have
discussed that. Would you go to your next slide?
A.     Yes.
Q.     So the first part of your task in following
the paradigm to determine what may have been the
potential health effects was the hazard assessment.
Based upon everything we just talked about, did you
reach any opinions or conclusions with respect to
hazard assessment?
     MS. WILLIS:
          Your Honor, he just testified he doesn't
     know what leaked or how much leaked.
     THE COURT:
          Rephrase.

BY MR. FOSTER:
Q.     Based upon what you have reviewed in the
record, the depositions, the photographs, based upon
your knowledge and experience, as a chemist and an
industrial hygienist and a toxicologist, did you
reach any opinions, within a reasonable degree of
scientific certainty, I understand it's not
absolute, did you arrive at any opinions with
respect to the hazard assessment portion of the
paradigm?
     MS. WILLIS:
          Same objection, Your Honor. Even a
     hypothetical, even an opinion has to be based
     on facts. He just testified under oath that he
     doesn't -- he is equating all these things with
     Aluma-Brite and DEOX, but that's not what the
     company that actually had the barrels and
     assessed them for disposal found.
     THE COURT:
          So if his opinion is based -- I understand
     what the Code says. If his opinion is based on
     nonfactual information, then it is a
     hypothetical, and so when I am making a
     determination, and I am looking at Dr.
     Rasmuson's testimony, versus Dr. Williams'
     testimony, I weigh the two, and I am weighing
     the testimony. So I note your objection. It
     is overruled. You may answer the question.
     MR. FOSTER:
          Thank you, Your Honor.
     THE WITNESS:
          Thank you. There are some facts, you

know. Cecotrol was found in the room. DEOX
was found in the room. We have good reason to
believe that there was at least some
hydrochloric acid and hydrofluoric acid, in
lower concentrations, in the room. We have
good reason to believe that there may have been
higher concentrations in the room, and, as I
mentioned earlier, for purposes of this
discussion, I am assuming that there were 12
drums of concentrated hydrochloric acid. So
that's totally consistent, I believe, with, you
know, the characterization practices of, you
know, waste disposal companies.
     I am taking into account all of those
facts. I have testified about it. It's here.
And based on that analysis, it appears, and
based upon the facts, the reported facts in
this case, the Cecotrol drums were leaking.
That's a base.
     There were -- strong acid odors did not
appear to have been observed prior to the day
of the incident. The day of the incident, I'm
not sure all the odors -- there was a lot of
smoke. Who knows what happened that day. But
I think what we are talking about here is
people were evacuated quickly the day of the
incident. What we are talking about here is
what were the potential exposures day in and
day out prior to this event.
     And based on what I have heard, I have not
observed strong odors of acids prior to that
day. I have heard testimony. It sure sounds

like Cecotrol, and it seems very clear from the
Fire Department records that Cecotrol leaked,
and that leads me to conclude that, you know,
based on the deposition testimony of
Mr. DeMajo, I believe, it seems like there
could have well been sulfuric acid drums there,
which sulfuric acid isn't particularly
volatile. And so I don't think we have to take
that into account.
     But that leaves us the airborne
hydrochloric acid, which appeared to be in
lower concentration, based on what is known
about the commercial form that was apparently
found there, and we should consider
hydrochloric acid exposures, and we can
certainly consider the more concentrated forms,
as well as the more dilute forms, and I'm going
to testify about both.
BY MR. FOSTER:
Q.     Okay. Could you go to your next slide, the
second part of the paradigm set forth by National
Academy of Sciences.
A.     Yes.
Q.     Is the dose response?
A.     That's correct. And if you don't do this
step, you're not following the paradigm, you're not
doing a risk assessment. If you just say, what can
a chemical do if it's splashed in your face or if
it's in extremely high concentrations? That's not
the same thing as taking into account all of the
steps of a risk assessment and saying what likely
could happen in a particular scenario.

1    Q.    Okay.  Now, Dr. Rasmuson, there are thousands
2    upon thousands of chemicals in use every day in the
3    United States, correct?
4    A.    There are.
5    Q.    And there are — and we, myself, you,
6    everybody, we are exposed to chemicals pretty much
7    every day of our life?
8    A.    That's correct.
9    Q.    And just because you are exposed to a chemical
10   doesn't mean it's going to cause you any harm?
11   A.    That's correct.
12   Q.    So do the scientific agencies, be it EPA,
13   NIOSH, OSHA, ACGIH, do the scientific agencies
14   recognize a safe level of chemical exposure?
15   A.    Yes.
16   Q.    And that slide you are showing us, would you
17   explain to us hazard — first is hazard.  What does
18   that mean?
19   A.    That means that there is the potential to do
20   harm, but as Dr. Williams mentioned, you can have a
21   hazardous substance like benzine in a closed
22   container, we could have it here in the room, and
23   the probability or risk that an adverse outcome will
24   occur is very low.
25   Q.    And risk, what does that refer to?
26   A.    Risk is the probability that the adverse
27   outcome will occur.  What percentage, either
28   quantitatively or qualitatively, do you feel that
29   there is a high or low probability of an adverse
30   outcome.
31   Q.    And there is safety?
32   A.    There is.  Safety is acceptable risk.  And

1    when we get into some quantitative methods, we come
2    out, you know, people have said one in a thousand,
3    one in a hundred thousand, one in a million.  There
4    are all kinds of definitions of acceptable risk.
5          For a chemical like this, we are talking more
6    about, is it likely at all for there to be a
7    negative outcome, based on the exposure?  And if
8    there is not, that's a safe exposure.  If there is a
9    higher probability or, you know, and it's a bit
10   subjective, but if there is a high probability of
11   harm, then that's an unacceptable risk.
12   Q.    Are these the kind of judgments that
13   scientists, such as yourself and others who are
14   experts in industrial hygiene, toxicology,
15   chemistry, that you have to make and deal with in
16   your professional practice?
17   A.    Day in and day out, this is the kind of
18   judgment that you have to make because industrial
19   hygiene is the anticipation, recognition and
20   evaluation of health hazards in the workplace and in
21   the community, and if you can't do that, you can't
22   practice industrial hygiene.
23   Q.    Would you go to your next slide, please?
24   A.    Yes.
25   Q.    Let's talk first about — first of all, what
26   does this slide depict?
27   A.    This depicts some of the toxicological
28   thresholds, both regulatory and that are published,
29   both in terms of no observable adverse effect levels
30   and lowest observable effect levels.  Also, I have
31   put the OSHA permissible exposure limit in there.  I
32   have put the NIOSH recommended exposure limit, which

1    is the same as the OSHA limit, for hydrochloric
2    acid.  That's also true, I believe, for the — well,
3    there are some differences for the hydrofluoric
4    acid.  And then the ACGIH has set a slightly lower
5    number of two parts per million instead of five
6    parts per million, for example.
7          And then we have got the latest value that's
8    immediately dangerous to life and health.  NIOSH has
9    those kinds of numbers.  Literature suggests much
10   higher values than that, but from a public policy
11   standpoint, fifty parts per million is okay.
12   Q.    Let me ask you.
13   A.    For hydrochloric acid.
14   Q.    These are in your report, and the Judge can
15   read them.  But let me ask you this, though,
16   something I was confused about.  Dr. Williams
17   indicated — you were here for her testimony?
18   A.    Yes, I was.
19   Q.    And rather than — let me ask the question a
20   different way.  The OSHA permissible exposure limit?
21   A.    Yes.
22   Q.    Of hydrochloric acid, five parts per million
23   and hydrofluoric acid of three parts per million,
24   what does that mean?
25   A.    That means that, in the vast majority of
26   people, there is not going to be an adverse outcome,
27   and if we — she is right.  I mean OSHA drags their
28   feet, in terms of changing the standard, and so I
29   wouldn't argue with that.  But the fact that we have
30   got the NIOSH exposure limit right at the same level
31   gives some extra credibility to this as a reasonable
32   standard for OSHA.

1    Q.    But I wanted to ask you this, Doctor, though.
2    A.    Yes.
3    Q.    Those permissible exposure limits of OSHA
4    threshold limit values for ACGIH, are those for
5    workers that are using personal protective equipment
6    being segregated in the workplace or are those
7    limits that a worker can be exposed to for eight
8    hours a day, 40 days a week, 50 weeks a year, for
9    their lifetime work expectancy, without personal
10   protective equipment, and OSHA would not expect any
11   significant health risk?
12   A.    If you are below those levels, that would be
13   correct, also.  Of course, NIOSH has the same limit.
14   Q.    So it's only if you are above those levels
15   that the issues of personal protective equipment,
16   segregation from the work, warnings, that type of
17   stuff come into play?
18   A.    Yes.  That's true.  Due to variability of the
19   exposure in the workplace, it's prudent to, you
20   know, keep people well exposed under these numbers,
21   but based on the regulation, and the idea of the
22   standard, if you keep people below the OSHA ceiling
23   of five parts per million, what you say is true.
24          The NIOSH recommended exposure limit of five
25   parts per million is not — that ceiling, it's not
26   an instantaneous level.  That's an average over 15
27   minutes.
28   Q.    I just wanted to clear that up.  These
29   permissible exposure limits and TLVs, NIOSH REL,
30   that's something you deal with every day?
31   A.    Yes.
32   Q.    As an industrial hygienist?

1    A.    Yes. Well, many days anyway.
2    Q.    Many days. Let's go to your next slide.
3    A.    Sure.
4    Q.    And this slide talks about some of the effects
5    of or potential effects of exposure to hydrochloric
6    acid, correct?
7    A.    Yes.
8    Q.    Now, when you are talking about acute exposure
9    to hydrochloric acid producing these potential
10   effects, what concentrations are you talking about?
11   A.    You are talking about relatively high
12   concentrations for acute effects, and for a chemical
13   to cause problems in a shorter amount of time, and
14   that's what we are talking about for acute, you have
15   to have a very high exposure, you know, many times
16   over these no observable adverse effect levels, many
17   times over the NIOSH and ACGIH limits, and probably,
18   in most cases, above the IDLH or the immediately
19   dangerous to safety and health levels.
20   Q.    And then you list potential chronic -- effects
21   of chronic exposure. When you are talking about
22   chronic exposure, what concentrations or levels are
23   you talking about, Doctor?
24   A.    Chronic exposures would be exposures high
25   enough to cause these problems, and NIOSH and OSHA,
26   if they are able to get things published and get
27   their act together, which they don't always, but as
28   far as NIOSH, they try to keep the exposures low
29   enough so you don't get these kinds of effects.
30        But, for example, you can't get glaucoma or
31   cataracts, based on my reading of the literature,
32   until you get up to, you know, thousands of parts

1    per million, and, you know, that's many, many times
2    above the acute exposure limits. Obviously, if
3    somebody is going to -- if you get acid in your
4    eyes, that's a different story, but I'm talking now
5    about exposure to vapors in the workplace.
6    Q.    Is there any -- Dr. Rasmuson, we are going to
7    come back to that a little bit later, but let me ask
8    you right now, based upon your review of the
9    evidence in this case, and your scientific training,
10   knowledge and experience, is there any indication
11   that any of the people who worked in that building
12   could ever have been exposed to a high enough
13   concentration of hydrochloric acid to cause glaucoma
14   or cataracts?
15        MS. WILLIS:
16           Objection, Your Honor. He has testified
17   that he doesn't know what leaked. He doesn't
18   know how much leaked, and now he is proposing
19   to model air concentrations based on unknown
20   substances and an unknown quantity.
21        THE COURT:
22           You said air what?
23        MS. WILLIS:
24           Air modeling because he is going to talk
25   about air concentrations based on substances
26   that he says are unknown and quantities that he
27   says are unknown over an unknown period of
28   time. This is what is called, in a lay person,
29   a guess. That's not admissible.
30        MR. FOSTER:
31           That wasn't my question, Your Honor. My
32   question was --

1        THE COURT:
2           Whether or not --
3        MR. FOSTER:
4           Based upon --
5        THE COURT:
6           Based upon what he believes that leaked,
7   whether or not it could cause glaucoma.
8        MR. FOSTER:
9           My question was this, Your Honor. I will
10  phrase it very carefully again.
11       THE COURT:
12          Okay.
13       MR. FOSTER:
14          My question was this.
15  BY MR. FOSTER:
16  Q.    Based upon your review of the available
17  evidence in this case, and based upon your
18  knowledge, training and experience as a
19  toxicologist, a chemist and an industrial hygienist,
20  do you -- have you seen any evidence that, in your
21  expert opinion, would lead you to believe that any
22  of the individuals who may have worked in this
23  building at some point in time that we discussed
24  were exposed to concentrations high enough to lead
25  to glaucoma or cataracts?
26       MS. WILLIS:
27          Your Honor, I object. Mr. Daubert is
28  rolling over in his grave as we speak. This is
29  pure speculation and nothing else.
30       THE COURT:
31          I note your objection. Overruled.
32       MR. FOSTER:

1           I'm sorry, I did not --
2        THE COURT:
3           Overruled.
4    BY MR. FOSTER:
5    Q.    Go ahead, Doctor.
6    A.    Sure. Well, the fact is, we do have an idea
7    of the chemicals. As a worst-case assumption, I
8    have assumed 12 drums of concentrated hydrochloric
9    acid in typical concentrated -- concentrated forms
10   that are sold commercially. We know that. We also
11   know there was, apparently, a drum of, you know,
12   relatively dilute, for the purposes of airborne
13   concentrations, hydrofluoric acid. We do know that
14   there were two or three drums of Cecotrol leaking.
15   So we know a reasonable amount.
16        We also can -- we also know the vapor pressure
17   associated with some of these materials, and knowing
18   the vapor pressure, we can get an idea of what's
19   going on. We also have odor -- testimony about
20   odor. Well, that's not highly quantitative, but it
21   provides us information.
22   Q.    Let me ask you --
23   A.    If you take all of that information and put it
24   together, my opinion is that something obviously
25   happened on the day of the incident. You're right,
26   there is a lot of uncertainty with regard to what
27   happened that day, but prior to that time, we have
28   testimony about what the odors were like in the
29   room. We have testimony about them storing various
30   things in the room prior to that time. We have
31   testimony about observations. And the plaintiffs,
32   as well as I, that's all we have to go by.

1   So if -- I don't think I'm guessing.  I think
2   this is a reasonably good characterization, based on
3   all of the facts.
4   Q.   Let me try --
5   A.   If we take this into account, given the high
6   concentrations of acid required in the air to cause
7   glaucoma or cataracts from acid gases, you know,
8   there just isn't any literature to support that low
9   concentrations anywhere near -- in any range
10   whatsoever that you could stand to be in the place.
11   Just your -- just the irritation would drive you out
12   of the area.  You would absolutely refuse to be
13   present to develop glaucoma or cataracts, based on
14   my understanding of the literature.
15   Q.   Let me try and move this along.  I appreciate
16   that.  Let me try and move this along with you.
17   Let's go -- the next two slides, I'm going to skip
18   right now because I think we have covered a lot of
19   this.  Can you go -- go to the next one.  And go to
20   the next one.
21   A.   Okay.
22   Q.   You heard some testimony about -- I think from
23   Dr. Williams about that if there was a hydrochloric
24   spill in her lab, you would have to go in with a
25   SCUBA tank, a self-contained breathing apparatus,
26   and a Tyvek suit.  In your opinion, do you agree
27   with that?
28   A.   No.
29   Q.   Why not?
30   A.   Well, I have taken a lot of -- I worked in a
31   laboratory for -- well, from 1962, and before that,
32   in high school, I have worked in laboratories from

1   1962 until about 1987.  Concentrated hydrochloric
2   acid in bottles is very common, as well as dilute
3   hydrochloric acid in bottles, and we are using that
4   all the time, and bottles could have been left open.
5   There are laboratories where, you know, 15 to 30
6   students are working and using acids.
7   You know, if one is worried about acid in the
8   air, you open the window and let the -- or open the
9   door and just let it get out.  There is no residue
10   left that would require somebody to use a
11   self-contained breathing apparatus.
12   Q.   Thank you, Doctor.  Let's move on to the next
13   slide, hydrofluoric acid.
14   A.   Sure.
15   Q.   And, again, the -- you list some of the acute
16   effects of hydrofluoric acid.  What type of
17   exposures or concentrations are we talking about,
18   based upon your knowledge of the chemical and the
19   literature, to produce those type of acute effects?
20   A.   Well, below occupational exposure limits, and
21   based on the fact that there was only one drum,
22   based on the fact that there was no documentation of
23   it leaking.  And even if it leaked, the vapor
24   pressure out of that more dilute solution is
25   relatively low, and I would not expect significant
26   concentrations, particularly out of the east room,
27   you know.  Anything is possible within the room, I
28   suppose.
29   Q.   My question was, Dr. Rasmuson, with respect to
30   the acute effects of hydrofluoric acid that you have
31   listed here, what type or what range of
32   concentrations are you talking about?

1   A.   Very high.
2   Q.   Move to your next slide.
3   A.   Sure.
4   Q.   That talks about potassium hydroxide.  That
5   was what was in the Cecotrol?
6   A.   Right.
7   Q.   And you already told us that that's not an
8   inhalation hazard?
9   A.   That's correct.
10   Q.   So this acute, potentially acute effect of
11   potassium hydroxide, the Cecotrol, would only be if
12   you actually came into physical contact with the
13   material?
14   A.   If you were -- if you had potassium hydroxide
15   in a particular form, and you were pouring it, and
16   the dust of it got into your eyes, nose and throat,
17   it would be irritating.  In solution, with the
18   solution just sitting there, without misting or
19   anything, there would not be any irritation
20   whatsoever.  If there is no volatility.  If you were
21   spraying it out of a sprayer, yeah, you could have
22   some irritation.
23   Q.   But it's not a volatile chemical?
24   A.   It's not a volatile chemical.
25   Q.   And it's not an acid?
26   A.   It's not an acid.
27   Q.   It's a base?
28   A.   It's a base, yep.
29   Q.   And then the other chemical, the one I have
30   had trouble pronouncing, sodium 2,
31   mercaptobenzothiazole.
32   A.   You did pretty good.  It's thiazole.

1   Q.   I did the best I could.
2   A.   Yeah.
3   Q.   And what type of raw material is that?
4   A.   That's a -- it can be a skin sensitizer.  It
5   can cause allergic contact dermatitis, but not
6   sitting in a drum removed from people, even if the
7   drum leaked, because it doesn't -- the salt doesn't
8   have a vapor pressure.  This would be the people who
9   come into contact with it or spraying it or there is
10   a reasonable pathway of exposure.  There is no
11   reasonable pathway of exposure with this material to
12   a population of people in a building.
13   MR. FOSTER:
14   Thank you, Your Honor, there has been a
15   request from my worthy opponents for a restroom
16   break.  I think I probably have another half
17   hour, maybe 45 minutes.  I would plan on
18   finishing before lunch, but there is a request,
19   and if the Court pleases, I'm okay with that.
20   I'm at a good stopping point, at a break point.
21   THE COURT:
22   Okay.  We will take a 10-minute break, and
23   come back at -- actually, let's take a
24   15-minute break.
25   MR. FOSTER:
26   Thank you, Your Honor.  Appreciate it.
27   (Whereupon, a brief recess was taken at
28   this time).
29   MR. FOSTER:
30   May I proceed, Your Honor?
31   THE COURT:
32   Yes.

1 BY MR. FOSTER:
2 Q.    Dr. Rasmuson, let's move on to the third step
3 of your -- not your, but the National Academy of
4 Science's paradigm for health risk assessment.
5 That's the exposure assessment. And would you turn
6 to the next, reported odors. We talked about that.
7 What is the significance to you -- we are not trying
8 to repeat too much, but what is the significance to
9 you with respect to these reported odors?
10 A.    The significance of the odors are that HCL has
11 a relatively low odor threshold close to the
12 occupational exposure limit, and it's reported in
13 the literature that, when you approach the odor
14 threshold for any length of time, even right at the
15 odor -- right at the odor threshold level, the
16 irritation essentially drives you out of the area.
17       And so odor isn't always the best way to
18 determine exposures, but it can give us some clues,
19 and particularly for an acid like hydrochloric acid,
20 I think it's important because of the clear
21 indications in the literature about wanting to leave
22 the workplace and the extreme irritation that you
23 have, even at the odor threshold. This is reported,
24 for example, in the hazardous substances database of
25 the National Library of Medicine.
26 Q.    Okay. Would you go to your next slide,
27 please?
28 A.    Sure.
29 Q.    You have reviewed, as part of the material you
30 were provided, you reviewed the initial reports of
31 the Fire Department, correct?
32 A.    Yes, I have.

1 Q.    And the Fire Department did do some air
2 monitoring on the day of the incident, December 9th,
3 1999, correct?
4 A.    They did.
5 Q.    And that's really what we -- in terms of any
6 air monitoring on the day of the incident, that is
7 really all we have, correct?
8 A.    That's all we have on the day of the incident.
9 As I have indicated, I -- do you want to make an
10 objection?
11       MS. WILLIS:
12            I do want to make an objection because the
13       day of the incident was the 9th, and that slide
14       clearly shows that this was done on a different
15       day.
16       THE COURT:
17            It says the 10th. Is that the date of the
18       report?
19       MS. WILLIS:
20            It says performed on the 10th.
21       THE COURT:
22            No. I am saying is the report dated the
23       10th?
24       THE WITNESS:
25            Probably.
26       MS. WILLIS:
27            The release was on the 9th.
28       THE COURT:
29            The incident occurred on the 9th.
30       MR. FOSTER:
31            Let me rephrase the question.
32       MR. AMEDEE:

1            It says performed on the 10th.
2       MR. FOSTER:
3            Let me rephrase my question to make it
4       easier.
5 BY MR. FOSTER:
6 Q.    Dr. Rasmuson, the air monitoring result
7 reported by the Fire Department, did they provide
8 you any useful information in evaluating -- in
9 forming your exposure assessment?
10 A.    Yes.
11 Q.    Tell us what information that provided to you.
12 A.    The -- as I recall, even if I've got the date
13 wrong --
14 Q.    No, actually, you have the date right. I had
15 it wrong. I have it performed by NOFD on
16 December 10th 1999, at 7:30 a.m.
17 A.    Whenever this was done, at that particular
18 point in time, I agree with Dr. Templet that the PID
19 detector was for organics. That would not have
20 provided us information. The combustible gas
21 detector is important, especially if there was
22 indication of a fire, but that would not have
23 provided us information associated with the
24 incident. But if you wet pH paper with distilled
25 water, and you hold it in an atmosphere, at least we
26 are not talking about highly corrosive atmospheres.
27 Q.    Okay. Next slide, please. Dr. Rasmuson, we
28 have talked a lot about the wipe sampling performed
29 by USES in this matter, and the pHs. The first
30 question I have for you is, are the results of the
31 wipe sampling, whether in the east or west rooms, do
32 those results in any way, in your opinion, correlate

1 with any potential dose or concentration that any
2 particular plaintiff in -- or any particular worker
3 in the building may have received?
4 A.    No. What it indicates is there was the
5 presence of corrosive gases apparently within the
6 east room. By the time we get to the west room,
7 that does not appear to be the case. But as far as
8 saying workers were exposed to these pH levels,
9 first of all, a pH level is not an exposure unless
10 you are, you know, coming into contact with the
11 water, but pH is not an exposure, and there is no
12 way that you transport a surface pH to a person.
13       People aren't coming into contact with the
14 surfaces of these pH -- where these pH materials
15 were measured. Likely, you have some iron chloride
16 on these surfaces from -- if it was HCL causing
17 this, or you could have had some iron fluoride, if
18 it was the fluoride causing it. But short of that,
19 there also could be some iron oxide, as a chemist.
20 But short of that, people aren't contacting these
21 materials. This is not an exposure assessment.
22       When you talk about multimedia sampling to
23 determine exposures, people do that, and they
24 measure soil, they measure surface water. They
25 measure air concentrations, and all of those types
26 of materials can expose you. For example, you can
27 ingest soil. You can, if you come into contact with
28 water, you have dermal absorption. If you breathe
29 air, you have air, but these wipe samples are not an
30 exposure assessment. They provide some information
31 that supports the idea that there was some corrosion
32 taking place in the east room. That's what it

1 concludes.  And you can see differences between the
2 west room and the east room, which tells me the
3 corrosion was somewhat limited to the east room
4 compared to the west room.
5 Q.    I wanted to ask you about that.  I note one of
6 the locations that a wipe sample was taken was a
7 desk in the west room, the second one listed.  At a
8 desk in the east room, there was a pH measured 7.48?
9 A.    Yes.
10 Q.    What does that mean?
11 A.    I don't know what that means.  You wouldn't
12 normally expect a pH on the basic side because of
13 carbon dioxide in the air.  It just means that there
14 certainly was no acid there.
15 Q.    Okay.  And you were here for Dr. Templet, when
16 he talked about the 6 point -- the measurement of
17 6.45 pH on a duct in the west room, correct?
18 A.    Yes.
19 Q.    Can you go to the next slide?
20 A.    Yeah.
21 Q.    What, if anything, does that first -- does
22 that 6.45 pH mean to you, and what does the pH of
23 distilled water from carbon dioxide tell us?
24 A.    Well, Dr. Templet mentioned that a pH of 6.2
25 is still eight times more acidic than distilled
26 water, and just the CO2 from 387 parts per million
27 of .0387 percent carbon dioxide in outdoor air, if
28 it's an equilibrium with distilled water, gives you
29 a pH of 5.6.  That just tells me that whatever
30 distilled water they used to extract these wipe
31 samples in the laboratory hadn't come into contact
32 with as much CO2 because just the CO2 in the air

1 will typically bring it down to 5.6.
2 MS. WILLIS:
3       Objection, Your Honor.  I'm not even sure
4 I understand what he said, but air from where?
5 I mean there is no underlying data to support
6 any of this.
7 THE COURT:
8       You can ask him the question of from
9 where -- he is saying from outdoor air?
10 MS. WILLIS:
11       Outdoor where?  New Orleans?  Kazakhstan?
12 MR. FOSTER:
13       Do you understand her objection?
14 THE WITNESS:
15       I certainly do, and I am happy to comment.
16 THE COURT:
17       Okay.
18 THE WITNESS:
19       You know, we have got global warming going
20 on.  There have been a lot of measurements of
21 carbon dioxide in the air.  It's been
22 increasing, and in the great outdoors, it's 387
23 parts per million right now, on average.  And
24 the fact is, when we breathe indoors, it goes
25 to higher levels.  Right now, in this
26 courtroom, we are higher than 387 parts per
27 million because we are breathing in here.  It
28 could be close to that because it's a large
29 room.
30       But, for indoor air quality measurements,
31 we need to take into account this background
32 carbon dioxide air level, and we need to, for

1 example, for reasons of comfort, we go in, and
2 we measure the carbon dioxide in those areas.
3 And the carbon dioxide, when it comes into
4 contact with water in the laboratory, it
5 decreases the pH.
6       So to put some great significance in pHs
7 of 4, 5, 6, 7 is just plain wrong.  We are
8 talking about just what's present in buildings
9 and what is present in outdoors causing the pH
10 readings.  Just because there are a few extra
11 protons at low concentration does not make this
12 a hazardous material.  And you can see that,
13 depending on CO2 in water, varying from five
14 parts per million up to 500 parts per million,
15 we can have anywhere from a pH of 4 or 5.
16 BY MR. FOSTER:
17 Q.    All right.  Thank you, Doctor, for that
18 explanation.  Would you go to your next slide,
19 please?
20 A.    Sure.
21 Q.    We talked a little bit about this already, but
22 based upon your education, training and experience
23 as an industrial hygienist, chemist, toxicologist,
24 have you looked for what you believe to be potential
25 causes of the lower pH samples in the east room as
26 opposed to --
27 A.    Yes.
28 Q.    All right.  And what did you conclude?
29 A.    I concluded that corrosion on the surfaces,
30 which was evidently obvious from the photos --
31 Q.    In the east room?
32 A.    Yeah, caused the lower pH.  There is no

1 residual -- HCL is not going to stick around on
2 surfaces.  It's quite -- it's covalent.  It's a gas.
3 It's going to leave the surface, unless there is
4 some moisture or some material that's going to
5 stick to.  So if we take a likely result of the
6 corrosion of the, for example, an iron alloy, steel,
7 or other iron-containing material, we are going to
8 produce iron chloride from hydrochloric acid, or we
9 are going to produce iron fluoride from HF, perhaps.
10       And if we look at what the pH of these
11 materials are, we can get down to pH 2, just from a
12 .1 mol, which is a dilute solution of ferric
13 chloride in solution, and there are other acidic
14 salts that could be found on the surfaces of
15 buildings, but basically ferric chloride is a salt,
16 and just the presence of a salt on a surface is not
17 going to have anything to do with corrosion.  It
18 indicates probably there was some corrosion taking
19 place in that room.  I think we all admit that.
20 Q.    Okay.
21 A.    If we go to the west room, there doesn't seem
22 to be that evidence.  Our pHs there are more in the
23 range of, you know, CO2 in the laboratory and
24 distilled water, or not far from it, and it's
25 certainly not an indicator of the hydrochloric acid
26 or the hydrofluoric acid concentration in other
27 portions of the building, since these measurements
28 were only made in the east and west room.
29 Q.    There are no wipe samples anywhere other than
30 the east and west rooms, correct?
31 A.    Yeah, that's right.
32 Q.    Would you go to your next slide?

1  A.  Sure. The pathway of exposure is inhalation,
2  not contact with surface oxidation products.
3  Q.  Right. Would you go to your next slide?
4  A.  Yes.
5  Q.  What was the purpose of preparing this slide?
6  MS. WILLIS:
7      Objection, Your Honor. This a
8  reproduction of an article that's not been
9  acknowledged as authoritative, and this is pure
10 hearsay, written by somebody other than the
11 witness, and really has no relevance to this
12 case, but you can't just put up slides of
13 magazine articles without laying the
14 foundation.
15 BY MR. FOSTER:
16 Q.  Let me ask you this, Dr. Rasmuson.
17 THE COURT:
18     So are you about to lay a foundation?
19 MR. FOSTER:
20     No.
21 THE COURT:
22     Sustained.
23 MR. FOSTER:
24     It's going to be a different question.
25 BY MR. FOSTER:
26 Q.  Put this slide away. Put that one away.
27 A.  Okay, sure.
28 Q.  Let me ask you, sir, do you know, of your own
29 personal knowledge, as an analytic chemist and
30 industrial hygienist and toxicologist, the pH of
31 common soft drinks?
32 A.  Yes.

ANDERSON v CITY class certification hearing 10/1/15
69

1  Q.  What is that range?
2  A.  A little bit above 2 to a little bit higher.
3  Q.  All acidic?
4  A.  Yeah.
5  Q.  Now, Dr. Rasmuson, for purposes of your
6  testimony today and your presentation to this Court,
7  you are presenting a qualitative, as opposed to
8  quantitative —
9  A.  Analysis.
10 Q.  Analysis, correct?
11 A.  Yes.
12 Q.  First of all, can you explain the difference
13 between the two?
14 A.  Yeah. We can do an air model. I have staff
15 people who do that with me. I can do it. I teach
16 on it. But there are a lot of uncertainties in this
17 case, and when we reviewed — in my report, we had
18 fewer drums with the concentrated acid and more of
19 the DEOX, which had a lower concentration. We
20 decided to reverse the order and make the
21 assumptions worse, and, you know, we had assumptions
22 in there like — we tried to make it worst case, to
23 be believable. We had, I think, a centimeter of
24 liquid on the floor that we were assuming. On and
25 on.
26     And I decided, you know, this — it just makes
27 more sense, based on everything that we know and can
28 do, and trying to adjust everything in a short
29 amount of time, based on the testimony I have heard,
30 and based on the number of drums, I decided that it
31 would be best to do this qualitatively, and
32 qualitatively is simply, are they likely to be

ANDERSON v CITY class certification hearing 10/1/15
70

1  higher or lower than some numbers? What kind of
2  factors can determine this? What do the
3  observations tell us? What can we generally know?
4  What can't we generally know? That kind of thing, I
5  think is where I'm headed with this, in terms of a
6  qualitative opinion.
7  Q.  Is that good science?
8  A.  I believe so, because we are trying to take
9  all of the best science and apply it to uncertainty.
10 We have got to admit the uncertainty, and it's
11 important to admit uncertainty.
12 Q.  If — should a scientist admit if there are
13 uncertainties?
14 A.  Absolutely.
15 Q.  All right. And is qualitative assessment or
16 qualitative analysis recognized in the scientific
17 community as a valid tool of industrial hygiene and
18 toxicology?
19 A.  Certainly. Many epidemiology studies are —
20 there is judgment used, whether exposures are in
21 several categories high, low, high, medium — I'm
22 sorry. Zero, low, medium and high, for example.
23 There are even studies where it's yes or no to the
24 exposure. And this is practiced in epidemiology all
25 of the time, and sometimes that's the best we can
26 do.
27     But these are valuable publications and
28 produce valuable information. It's important not to
29 over-testify, and I think this is — given all the
30 facts and the potential variabilities, I think
31 probably qualitative is a good way to do it.
32 Q.  So, Dr. Rasmuson, what are your opinions, as

ANDERSON v CITY class certification hearing 10/1/15
71

1  expressed, based upon the qualitative analysis that
2  you just testified about?
3  A.  Well —
4  MS. WILLIS:
5      I'm going to object, Your Honor. I didn't
6  understand what he did. I mean maybe he
7  explained it, what a qualitative analysis even
8  is, and just to alert the Court, what he is
9  testifying to now is significantly different
10 from what is in his report. So this is the
11 first time any of us, or at his deposition, any
12 of us are even hearing this, and I think we are
13 at least entitled to an explanation of what he
14 means by qualitative analysis.
15 THE COURT:
16     Sustained.
17 MR. FOSTER:
18     I think he gave that information.
19 MS. WILLIS:
20     Maybe I'm just too stupid to understand
21 it.
22 THE COURT:
23     I didn't quite get it either.
24 THE WITNESS:
25     I will be happy to try to explain.
26 THE COURT:
27     Thank you.
28 THE WITNESS:
29     Sure. Qualitative says, are we below or
30 above numbers, are we generally below or above
31 certain numbers. Qualitative would be, are we
32 low, are we high, are we medium? What

ANDERSON v CITY class certification hearing 10/1/15
72

1 generally would we expect from something like
2 this?  What factors to explain it go into that,
3 those kind of determinations.  That kind of
4 thing.  Are we above or below background
5 levels, in terms of asbestos, for example.
6 That's a qualitative opinion.
7 BY MR. FOSTER:
8 Q.   And that is something, one, that -- that's an
9 opinion you are qualified to give, based upon your
10 education, training and experience, as a Ph.D. in --
11 A.   Yeah.  Industrial hygienists give that type of
12 information all the time when they back up
13 epidemiological studies.
14 Q.   In fact, one of the things you mentioned early
15 on is, as a certified industrial hygienist and a
16 diplomate of the American Board of Toxicology, you
17 use epidemiology as a tool?
18 A.   I do.  I do.  I even publish and give
19 presentations with epidemiological principles in
20 them.  You know, I use that field.
21 Q.   I would ask the question again, what were the
22 results of your qualitative analysis with respect to
23 the surfaces of 38 percent hydrochloric acid,
24 13 percent hydrochloric acid and 15 percent
25 hydrofluoric acid?
26 MS. WILLIS:
27 I think that's the same objection, Your
28 Honor.  He says he is doing a qualitative
29 analysis, and he says he is competent to do it.
30 But he doesn't -- he is asking for conclusions,
31 but we don't have any idea what he did, so I
32 can't object to foundation if we have no idea

1 what the qualitative analysis consisted of.
2 MR. FOSTER:
3 Judge, that's a perfectly a good question.
4 THE COURT:
5 Overruled.
6 MR. FOSTER:
7 Thank you, Your Honor.  I was going to get
8 my handbook on evidence law.
9 THE WITNESS:
10 Okay.
11 BY MR. FOSTER:
12 Q.   Go ahead, Doctor.
13 A.   I looked at the vapor pressure.  I did some
14 calculation similar to what is in the report, but
15 I'm unwilling to say, you know, this is the
16 concentration.  But I concluded that if you spill
17 enough 38 percent hydrochloric acid in a room, you
18 can, for example, get above occupational exposure
19 limits.
20 Q.   In that room?
21 A.   I had --
22 Q.   Excuse me.
23 A.   Within that room.
24 Q.   Okay.
25 A.   Within that room.  It can significantly
26 influence the surrounding air concentration if the
27 surface area is large enough.  A lot of the thinking
28 behind that is in the report, even though I'm not
29 presenting the results of the modeling.
30 The next item is the 13 percent hydrochloric
31 acid, and the 15 percent hydrofluoric acid,
32 potentially in the drums that did not contain the

1 concentrated hydrochloric acid.  Based on
2 evaporation rates, using the methodology in my
3 report, we have orders of magnitude, lower
4 evaporation rates for the hydrochloric acid and the
5 hydrofluoric acid.
6 So what -- you know, one of the things that we
7 try to look for is a driver in a risk assessment.
8 What is driving the risk assessment?  And what is
9 driving the risk assessment is the potential
10 presence of concentrated hydrochloric acid.  If we
11 were just dealing with these lower concentration
12 acids, it would be easier to say that we could not
13 reach the occupational exposure limit within the
14 east room, for example.
15 But with the 38 percent hydrochloric acid, I
16 can't say that, because I don't know the amount of
17 the spill.  I don't think that, prior to the spill,
18 the occupational exposure limits were exceeded, but
19 I can't say for sure because the odor thresholds are
20 a little bit above some of the occupational exposure
21 limits, if we just talk about the east room.  If
22 we --
23 Q.   What about the other parts of the ground
24 floor?
25 A.   They are -- I've got some other slides that
26 maybe we can get into that and give the foundation
27 for why I think the exposures are much, much lower
28 in those other areas on the ground floor.  And by
29 the time you get to the rest of the building, it's
30 even lower.
31 Q.   All those exposures you believe would be
32 well under, other than the east room?

1 A.   On the bottom of the slide there, I said
2 exposures are likely to be well under occupational
3 exposure limits on upper floors of the building,
4 with any reasonable hypothetical exposure
5 assessment.  And I believe that's probably likely
6 also in adjacent offices because there was a closed
7 door, and we will get into some of the ventilation
8 considerations and some other ideas in the next
9 slide.
10 I mean basically, it's the same idea as we
11 have in the report.  You've got a -- you've got
12 concentrated acid in the room, unknown surface area,
13 admittedly, but as you enter other parts of the
14 building, as explained in the report, you have
15 tremendous dilution.  You know, just moving away
16 from it, if you are talking about emissions over
17 drums, just moving away from the drums in the same
18 room, the air is going to be diluted.  That's a
19 principle.
20 And then if we take that diluted air, and we
21 put that into other parts of the building, it's
22 going to be diluted even further.  And so, you know,
23 some people say the solution to pollution is
24 dilution.  There is some truth to that.  There are
25 some limitations, too.  But in this case, it appears
26 like any kind of reasonable assessment, because of
27 the large dilution going on to most of the building
28 occupants, you would have relatively low potential
29 exposures.
30 Q.   Let's try to move on, Doctor.  The next couple
31 of slides, you did -- in forming your qualitative
32 analysis, you did make certain assumptions

concerning the ventilation in the building, correct?

A.     Yeah.  And these are -- compared to the report, I reduced the entire building ventilation a little bit, but it's still in the ball park.  We used a 1249 CFM in the east room, but there has been so many changes to the ventilation system, this has to be a hypothetical, just to demonstrate the concept.

MS. WILLIS:

Your Honor, I'm going to object.  Hypotheticals at trial have to be based in fact.  Like assume that this guy has two ruptured discs.  He is not basing it in fact, and, moreover, he has testified that he is not an HVAC expert and for which this would be required.  He is talking from the slide, about the scrubbers and so forth.

MR. FOSTER:

If you want me to lay further foundation, I will.

THE COURT:

You can attempt to lay a foundation, but he specifically stated, I know that he said that he had some people that worked with him that dealt with HVAC, but he was not qualified in that area.

MR. FOSTER:

Let me --

THE COURT:

Not in HVAC systems.  As far as how air moves, you did ask him that question, and, as an IH, he can testify as to that.  But when you

start talking about, you know, the building drawings and those things, he has to be very careful about whether or not he is qualified to testify in those areas, as it relates to how an HVAC system actually works.

MR. FOSTER:

I understand.  I'm not asking him at this point how an HVAC system actually works.  Let me ask him this question.

BY MR. FOSTER:

Q.     Dr. Rasmuson, scientists such as yourself often rely on the work of other scientists, correct?

A.     Correct.

Q.     And scientists such as yourself, before you rely on that, you satisfy yourself that it is the science that you are relying upon; is that correct?

A.     That is correct.

Q.     And with respect to these ventilation assumptions that you make, you are relying upon the science of others, of some who have testified in this case, as to the reasonableness of those assumptions, correct?

A.     That is correct.

MR. FOSTER:

Your Honor, I think the question is legitimate.  The Code of Evidence allows an expert to testify based upon his reliance on material from other people.  It's certainly subject to cross-examination, but I can read the Article to you.

THE COURT:

No, I do not need anybody else to read the

Code to me.  I agree with you, but I think that is not her objection.  Correct me if I am wrong, Miss Willis.  I think that her objection is that what you have qualified him in, he can, based upon information that he has reviewed, information that he has received, he can testify as to things that are within the purview of his expertise.

What she is saying is that, one, it is not based upon -- the question was not set in a true hypothetical, nor was it based upon facts, nor is it based upon information that he can testify that is within the confines of his specialty.

MS. WILLIS:

That's correct, Your Honor.

MR. FOSTER:

Let me ask you that.

THE COURT:

And I agree with her.

MR. FOSTER:

May I lay a further foundation?

THE COURT:

Sure.

BY MR. FOSTER:

Q.     Dr. Rasmuson, as an industrial hygienist, do you have experience with knowledge of the op -- knowledge of such things as air ventilation and scrubbing actions of sprayers with respect to chemicals?  Is that something you have to deal with every day?

A.     Yes.

MS. WILLIS:

Objection.  That's not even what we are talking about here.  This still requires HVAC knowledge, and it's specifically on the tender --

THE COURT:

Sustained.

MS. WILLIS:

Thank you.

BY MR. FOSTER:

Q.     Assuming, Dr. Rasmuson, that the building that -- you have heard the testimony of both Mr. Handlin and Mr. Ritter about the water sprayers in this system.

A.     Yes, I have.

Q.     Assuming that testimony is true, what effect would that have on potential acid gases getting into -- potential concentration of acid gases getting into or out of the east room?

MS. WILLIS:

Same objection.  He has to have HVAC knowledge for that.

THE COURT:

Overruled as to that question.

BY MR. FOSTER:

Q.     Go ahead.

A.     Hydrochloric acid is a gas.  It's called hydrogen chloride.  Hydrogen chloride is a covalent molecule.  It's not an ionic molecule when it's in the air.  It's a covalent molecule.  And it can travel in the air until it reaches what is known as a sink.  A sink just means it's just a removal

1 place.
2     Places where hydrochloric acid gas, hydrogen
3 chloride, are removed are water surfaces.  If you
4 have a spray as extensive as along a tube fin coil,
5 you are going to be removing the hydrochloric -- the
6 hydrogen chloride gas at those points.
7 Q.    We have covered a lot of this already, about
8 the further one gets away from the source, the more
9 diluted it is.
10 A.    Yes.
11 Q.    That's not only common sense but regularly
12 recognized in science and industrial hygiene?
13 A.    That's right.  If you get about 30 feet away
14 from a source, for example, if somebody is doing
15 work and creating a little cloud of something around
16 your head, it's down to about 1 percent of the
17 source by the time you get 30 feet away.
18 Q.    I am going to skip a few slides to try to move
19 it along.
20 A.    Okay, fine.
21 Q.    Would you go to your exposure assessment
22 conclusions?
23 A.    Sure.
24 Q.    Again, Dr. Rasmuson, based upon the evidence
25 you have reviewed in this case, and your knowledge,
26 training, education and experience, could you please
27 give the Court your conclusions with respect to your
28 exposure assessment portion of the National Academy
29 of Sciences paradigm?
30     MS. WILLIS:
31     I will make my objection and make it
32     continuing.  He hasn't established the volume

ANDERSON v CITY class certification hearing 10/1/15
81

1 of the spill, he hasn't established the
2 duration is there before it was cleaned up,
3 and yet he is making empirical assumptions
4 about it, which I don't think is allowed.
5     THE COURT:
6     I note your objection.  It is overruled.
7 BY MR. FOSTER:
8 Q.    Go ahead, Dr. Rasmuson.
9 A.    I'm not talking about the day of the incident,
10 but it's my understanding the day of the incident,
11 individuals were evacuated.  I don't think any
12 potential exposures that day were of consequence
13 because of the rapid evacuation.  What I'm talking
14 about are possibilities and potentials that occurred
15 in the building prior to the day of the incident.
16     And, based upon my understanding that the
17 doors were generally closed to the east room, based
18 on my understanding that whatever the flow rates
19 were in the east room and the rest of the building,
20 the flow rate in the rest of the building was so
21 high compared to the flow rate in the east room,
22 that any concentration in the east room -- any
23 concentration in the balance of the building would
24 have been very low, compared to that of the east
25 room.
26     And, in fact, in looking at reasonable
27 information associated with this case, it's my
28 opinion that employees outside of the east room area
29 would not have been exposed above occupational
30 exposure limits, including that of NIOSH, in the
31 rest of the building, particularly, and with more
32 certainty, in the other portion of the building,

ANDERSON v CITY class certification hearing 10/1/15
82

1 where most of the people worked.
2     If any employees were exposed above the
3 occupational exposure limits, those would have been
4 those who would have been close to that east room,
5 and I believe I speak that with a great deal of
6 scientific certainty, based on principles that I am
7 familiar with.
8 Q.    Move on to your next slide.
9 A.    Okay.
10 Q.    Talking about risk characterization.  You
11 included this to give us a picture of the fellow
12 that we have been talking about in the course of
13 this trial, correct.
14 A.    His name has been taken in vain all week, so I
15 just thought we should see him.
16     (Whereupon, there was a discussion off the
17     record).
18     THE WITNESS:
19     So here you've got somebody to dress up
20     like.  But I think this case is particularly
21     relative to the dose makes the poison for the
22     following reason.
23 BY MR. FOSTER:
24 Q.    First, I did want to ask you.  We talked a
25 little bit about picture of Mr. -- Dr. -- I guess
26 it's -- it says Dr. Paracelsus, is considered to be
27 the father of toxicology, correct?
28 A.    Yeah.  He is a famoso doctor it says there.
29 Q.    And the dose makes the poison?
30 A.    The dose makes the poison.
31 Q.    Is that true?
32 A.    That's really true, and especially for

ANDERSON v CITY class certification hearing 10/1/15
83

1 hydrochloric acid, because we have chloride ions in
2 our cells in our body, we have protons in our cells,
3 in your body fluids, and when you get down -- and
4 you have buffering capability.  Hydrochloric acid is
5 known -- the response to hydrochloric acid is known
6 to be compensated by the body.  The body can
7 maintain homeostasis very easily at relatively low
8 concentrations of hydrochloric acid.
9     If we were talking about some substance that
10 is uncommon to the human body, it gets a little
11 trickier.  These substances are common to the human
12 body, and so we are not introducing something that
13 is not present already in the human body.  So the
14 dose absolutely does make the poison in this case.
15     If you are at levels where the human body can
16 respond and buffer it, there is nothing abnormal
17 going on.  Obviously, if you splash aqua regia in
18 somebody's face, you are going to have a toxic
19 response.  You might get blind.  Obviously, if you
20 leave your skin in contact with a concentrated acid,
21 you are going to have skin deterioration.  You are
22 going to have necrosis of cells.
23     But at relatively low concentrations, it is
24 known, and it's in the scientific literature, that
25 not only can the body tolerate it, but that the body
26 adapts to it with time.
27 Q.    Dr. Rasmuson, let me ask you to skip a couple
28 of slides.
29     MR. FOSTER:
30     I'm trying to wrap this up, Your Honor.
31     THE WITNESS:
32     Certainly.

ANDERSON v CITY class certification hearing 10/1/15
84

BY MR. FOSTER:

Q. I did want to ask you a question about the slide that you prepared about glaucoma. First, it's your opinion that there is nothing in the scientific literature that suggests that chronic exposure to low levels of hydrogen chloride can cause glaucoma or cataracts?

A. That's correct.

Q. I would just like to ask you to explain to the Court, from the standpoint of toxicology and industrial hygiene and epidemiology, what is a selection bias?

A. A selection bias is if you don't take a random sample when you perform an epidemiological study.

Q. Okay. Go to your next slide, Doctor. It's the final slide.

A. Okay.

Q. Basi — next slide?

A. Okay.

Q. Dr. Rasmuson, I am just about finished. Would you please give the Court, based, again — based upon everything you have reviewed in the case, the three days of testimony that you have been in our court to listen to, and your knowledge, training, experience and expertise, as a toxicologist, an analytic chemist and one of those 2 percent certified industrial hygienists that are fellows of the American and Industrial Hygiene, what general conclusions or opinions did you arrive at concerning potential exposures to any of the particular — any of the people that may have worked in that building at some point in the 1980s through 1999?

A. Significant elevations of airborne contaminants for building occupants did not occur, especially for those offices outside of the immediate drum area.

Sulphur compounds have extremely low odor thresholds. Workers may have smelled an unpleasant odor in intensity varying from the east room.

Q. That would not have been an acid?

A. That would not have been an acid. Symptoms and diseases reported in the plaintiffs population were generally nonspecific and cannot be related to the likely airborne concentrations.

Q. When you say the symptoms reported are nonspecific, would you please tell the Court what do you mean by that?

A. What I mean is that other things can cause it, things common in life, not only airborne acids.

Q. So symptoms like runny nose, itching eyes, coughing, the type of symptoms that Mr. Anderson talked about, headaches, and Miss June Harvey Armour talked about that you have seen, those symptoms are —

A. Excuse me one moment. This pitcher of water is catching up with me. I think I may need to take a one-minute break.

THE COURT:

Okay. Watch your step.

THE WITNESS:

Okay. Thank you. I apologize.

(Whereupon, a brief recess was taken at this time).

THE WITNESS:

Thank you, Your Honor.

THE COURT:

Ready?

MR. FOSTER:

You tell me to go, Judge.

THE COURT:

I am ready.

MR. FOSTER:

I'm really trying to behave today.

THE WITNESS:

You are doing a fabulous job.

BY MR. FOSTER:

Q. Go back to your general conclusions, Doctor. I forgot where we left off.

THE COURT:

Do you want her to just read the question back for you?

MR. FOSTER:

Excuse me?

THE COURT:

Do you want the Court Reporter to read the question back for you?

MR. FOSTER:

No, I'm good.

BY MR. FOSTER:

Q. I think the last one you said were the symptoms — that's where we were. And the symptoms, such as you heard Mr. Anderson, Miss Harvey Armour talk about the runny nose, headaches, coughing, itching, whatever, you heard them. Those complaints are not specific to exposure to any chemicals, such as hydrogen chloride or hydrogen fluoride, potassium

fluoride or any particular chemical, correct?

A. Right.

Q. We all get headaches, we all get runny noses. I've been blowing my nose the whole trial.

A. Yes.

Q. Let me ask you, sir, and I'm just about concluding, as an expert in toxicology, industrial hygiene and chemistry, do you, as part of your training, education, experience, perform a specific causation analysis in cases of alleged exposure?

A. I have done it. I typically try to do risk. To the extent that, by causation, you mean do I diagnose? I absolutely don't diagnose because I am not a medical doctor.

Q. Correct, yeah.

A. But with respect to specific risk assessment for specific individuals, yes, I do that.

Q. When you do that, you have to look at each individual person individually, correct?

A. Correct.

Q. And you would have to look at, for example, you were trying to look at a person in this building, you would have to look at how long that particular person may have worked in the building?

A. Yes.

Q. You would have to look at where in the building that person worked?

A. Correct.

Q. You would have to look at how many hours per day that particular person may have spent in the building?

A. Correct.

1  Q.    And you would have to examine each
2  individual's medical history?
3  A.    That's right.
4  Q.    And you would have to rule out alternative
5  causes?
6  A.    Correct.
7       MS. WILLIS:
8       Your Honor, I was really trying not to
9  object because we are trying to get -- all of
10  this stuff is specific causation stuff, which
11  is not at issue in the class certification
12  hearing.
13       MR. FOSTER:
14       See, Judge, that's where we disagree.  I
15  think that's for you to decide, and we can cite
16  to you -- that's as far as I'm going with this.
17       THE COURT:
18       Overruled.  Just let it in.
19       MR. FOSTER:
20       Thank you.  I have no further questions.
21       THE COURT:
22       We are going to break.  Watch your step.
23       THE WITNESS:
24       Okay.  Thank you.
25       THE COURT:
26       It is 12:20 now.  Why don't we come back
27  at 1:30.  All right?
28       MR. FOSTER:
29       May I ask one question, Judge?  With all
30  good luck, we are planning on finishing today.
31       THE COURT:
32       It just depends on all of y'all's

ANDERSON v CITY class certification hearing 10/1/15
89

1  questions.  I plan to.
2       MR. FOSTER:
3       Thank you.
4       THE COURT:
5       But I will tell you, I cannot go past 4:30
6  today.  We have one other witness?
7       MR. FOSTER:
8       Yes.
9       (Whereupon, there was a discussion off the
10  record).
11       THE COURT:
12       Ready?
13       MR. STEWART:
14       Yes, I am, Your Honor.
15          DIRECT EXAMINATION
16  BY MR. STEWART:
17  Q.    Dr. Rasmuson, just a few quick questions.  Do
18  you recall yesterday, I think it was, and there was
19  some testimony, I think it was during Dr. Templet's
20  examination and testimony, about, and I asked him
21  about one barrel being found open, and there was a
22  notation of that in a document called the Hazardous
23  Materials Incident Report.  Do you remember that?
24  A.    I do.
25  Q.    Okay.  And do you recall that I drew his
26  attention to one particular part of that, it was in
27  Exhibit 28, and it was page 04518, and I drew his
28  attention to the sentence that said:  Later
29  determined one, 55-gallon open plastic drum
30  contained very strong acid.  Do you remember that?
31  A.    You know, I sure don't remember all of those
32  pages, but I remember generally.

ANDERSON v CITY class certification hearing 10/1/15
90

1  Q.    You remember the testimony, though?
2  A.    Yeah.
3  Q.    Okay, good.  And you had testified a little
4  bit earlier this morning that you had understood
5  that one of the plastic drums was open.  Is that
6  essentially where you obtained your information, was
7  from that testimony?
8  A.    Well, that, and the testimony, I think it's
9  Mr. DeMajo, where he said they bought those
10  chemicals, some of them, at least, for a purpose.
11  Now, I think it's descaling agents and pH adjustors
12  and that kind of thing.
13  Q.    Okay.
14  A.    For the City of New Orleans for their various
15  properties, as I understand it.
16  Q.    Okay.  Doctor, we have had some testimony
17  about some liquid, and it's been described as an
18  acidic substance, being found on the floor, and that
19  the contention is that the barrels actually
20  leaked from, perhaps, pin holes or something like
21  that being in the barrels.  Is that correct?
22  A.    That's correct.
23  Q.    I want to show you now an exhibit, it's 10E,
24  and this is a picture of some barrels that were
25  taken by USES, United States Environmental Services,
26  on December 9, and I believe that these pictures,
27  this particular photograph was part of your slide
28  presentation; is that correct, Power Point
29  presentation?
30  A.    I believe so, or one similar, anyway.
31  Q.    Okay.  I want to call your attention, say, to
32  this particular barrel right here.  If you look at

ANDERSON v CITY class certification hearing 10/1/15
91

1  the condition of the outside of that barrel, do
2  these streaks running down the barrel indicate
3  anything you?
4  A.    It indicates that there were potential use of
5  chemicals from there, and some leaking or dripping.
6  Whether it's condensation from the barrel being
7  opened or dripping from the usage, that would be
8  hard to determine, but it does appear like there are
9  some vertical streaks that would indicate some
10  liquid running down the outside of the drum.
11  Q.    Okay, and the drum right next to this one over
12  here, as we are looking at it on the left, that
13  would appear to be the same thing; is that correct?
14  A.    Yes.  It's a little harder to see, but I do
15  see that, yes.
16  Q.    And the drum to the right of that particular
17  drum, same thing?
18  A.    Same thing, and it's a little less obvious,
19  but I can see streaks, yes.
20  Q.    Okay.  Doctor, as I understand it, there was,
21  according to the USES report, United States
22  Environmental Services, that a pH test was done on
23  the liquid substance on the floor.  Is that correct?
24  A.    That is correct.
25  Q.    Do you -- as far as you know, was there ever
26  any indication of what the pH level was with respect
27  to that test?
28  A.    No.  I'm not aware of what the pH level was.
29  You know, it could have been anything.  I just don't
30  know.  I mean they indicated it was acidic.
31  Q.    Right.
32  A.    But that's about it.

ANDERSON v CITY class certification hearing 10/1/15
92



**Page 93**

1  Q.    Right.  That's all we are able to tell from
2  that; is that correct?
3  A.    That is correct.
4  Q.    We can't tell if it's a very highly acidic
5  substance or something lower?
6  A.    That is correct.
7  Q.    Okay.  I want to show you now an exhibit, it's
8  going to be Exhibit 15, and I'll just bring you my
9  book.  It starts out here, but I want to ask you, if
10  you would, page through that exhibit, and I think
11  that you will find an MSDS sheet for DEOX.
12  A.    Okay.
13  Q.    Would you look for that, please?
14  A.    Sure.
15  Q.    Keep going.
16  A.    There is the Material Safety Data Sheet right
17  there.
18  Q.    Okay.  Good.  That's for DEOX?
19  A.    Yes.
20  Q.    This, I think, is identified as Templet No.
21  17; is that correct?
22  A.    That is correct.
23  Q.    I want to ask you, if you would, look at page
24  3.
25  A.    Page 3, okay.
26  Q.    Okay.  Of that MSDS sheet.
27  A.    Yes.
28  Q.    And here at the bottom, almost at the bottom,
29  there is an indication that the DEOX contains
30  hydrogen chloride?
31  A.    Yes.
32  Q.    Okay.  And then toward the right of that, it

ANDERSON v CITY class certification hearing 10/1/15
93

**Page 94**

1  shows five dash ten?
2  A.    Yes.
3  Q.    Is that the percentage of solution of the
4  hydrogen chloride?
5  A.    That is the weight percentage of the hydrogen
6  chloride in the solution, 5 to 10 percent.
7  Q.    Okay.  So it's not -- hydrochloride, is that
8  hydrochloric acid?
9  A.    That's hydrochloric acid.  When it's in
10  solution.  It would be more properly named hydrogen
11  chloride if it's in the air.
12  Q.    So this is showing, I guess, a concentration,
13  I don't know if I'm using the right word for that,
14  of 5 to 10 percent; is that correct.
15  A.    5 to 10 percent, that is correct.
16  Q.    So that's different from 35 or 39 percent or
17  38 percent?
18  A.    It certainly is.
19  Q.    Yes, okay.  Thank you.  I think that, and
20  correct me if I am wrong, that you had testified
21  earlier today that air contains, normal air contains
22  CO2; is that correct?
23  A.    That is correct.
24        MS. WILLIS:
25            Your Honor, I'm going to object to the
26        same questions being asked.
27        MR. STEWART:
28            I'm leading up to something.
29        THE COURT:
30            You can just go straight to the question.
31        MR. STEWART:
32            Thank you.

ANDERSON v CITY class certification hearing 10/1/15
94

**Page 95**

1  BY MR. STEWART:
2  Q.    Assuming that, that air contains CO2.
3  A.    Yes.
4  Q.    Does that affect the pH, the CO2?
5  A.    Yes.
6  Q.    Okay.  Now, if a wipe test is taken, and the
7  sample is processed in the presence of air, that air
8  would contain CO2; is that correct?
9  A.    Correct.
10        MS. WILLIS:
11            Objection.  I think that the records
12        clearly show that the wipe samples were put in
13        sealed containers.
14  BY MR. STEWART:
15  Q.    But they were tested; is that correct?
16  A.    They were tested in the laboratory.
17  Q.    Okay.  In the presence of air?
18  A.    In the presence of air.
19  Q.    So would CO2 in that air affect the readings,
20  so to speak, of the pH?
21  A.    Yes, because those samples were extracted with
22  water in the laboratory, and the -- at least
23  potentially, that deionized water was in contact
24  with the air.  In fact, during the extraction
25  procedure, it's pretty tough to not do that, and I
26  didn't see any reports of blanks associated with the
27  testing.
28        I mean you could get an idea of just the
29  effect of the CO2 from a blank sample.  But we had
30  readings, you know, that varied over a range, and
31  some of them were consistent at least with carbon
32  dioxide in the water, and, you know, how much CO2 is

ANDERSON v CITY class certification hearing 10/1/15
95

**Page 96**

1  in there, we don't know a hundred percent, but we
2  certainly know that distilled water that sat in
3  contact with air will reach an equillibrium
4  concentration, and that pH is about 5, 5.2 or so,
5  something like that.
6  Q.    Okay.  So is it safe to say, or is it fair to
7  say that influence of CO2 could be a substantial
8  factor in the pH level; is that correct?
9        MS. WILLIS:
10            Objection.  I don't think the witness has
11        testified to --
12        MR. STEWART:
13            I'm asking him.
14        THE WITNESS:
15            Yes.
16        MR. STEWART:
17            Thank you.  That's all I have.
18        THE WITNESS:
19            Thank you.
20        MS. WILLIS:
21            Am I up?
22        THE COURT:
23            You are up.
24                  CROSS EXAMINATION
25  BY MS. WILLIS:
26  Q.    I think I will start at the last set of
27  questions.  Mr. Stewart was asking you about DEOX,
28  which is a dilute form of hydrochloric acid,
29  correct?
30  A.    Which is a what kind --
31  Q.    Dilute.
32  A.    It's more dilute than the concentrated, yes.

ANDERSON v CITY class certification hearing 10/1/15
96

1  Q.     You have read the USES report of what they
2  received for disposal, correct?
3  A.     Yes. I don't know if I read every word, but
4  at least I'm familiar with it.
5  Q.     As a toxicologist, I assume that you have
6  familiarity with the EPA regulations regarding
7  hazardous waste disposal?
8  A.     Correct.
9  Q.     So in order to properly dispose of whatever
10 was in those barrels, USES had to determine the
11 characteristics of the contents of the barrels in
12 order to know what sort of waste site they had to be
13 sent to, say industrial versus hazardous and so
14 forth, correct?
15 A.     That is correct. However, once you reach a
16 certain pH level, it has to be handled the same. So
17 it's not an important -- it's not important for them
18 to determine it accurately. Once they determine
19 this is highly acidic, they move on. They don't
20 take a lot of care to determine the actual pH.
21     MS. WILLIS:
22         Move to strike the question as
23     nonresponsive and speculative.
24 BY MS. WILLIS:
25 Q.     Do you have any idea that USES did not
26 properly characterize these materials?
27 A.     Well, the evidence speaks for itself. We had
28 DEOX at one concentration, and that apparently was
29 disposed of at that site, and, you know, they just
30 simply declared it as, you know, a very high
31 concentration acid, and inappropriately so.
32     It's kind of like when we do inspections of

1  buildings, and we, you know, we see floor tile, we
2  see thermal insulation systems. If it looks old, we
3  don't always test it.
4      MS. WILLIS:
5          Objection, Your Honor. This is not
6      responsive to the question I asked, which is,
7      do you have any specific information --
8      THE COURT:
9          You can answer yes or no, and then you can
10     explain your answer. He is afforded an
11     opportunity to explain his answer. If you
12     cannot say yes -- if it is not a yes or no
13     question, then you can say, this is not really
14     a yes or no question, and then explain your
15     response.
16     THE WITNESS:
17         Oh, that's fair.
18     MS. WILLIS:
19         Let me try again.
20     THE COURT:
21         Okay.
22     THE WITNESS:
23         Yeah.
24 BY MS. WILLIS:
25 Q.     What information do you have that the DEOX was
26 even sent to the same disposal place as the barrels
27 that are shown in that photograph?
28 A.     Common sense. It seems like if you are
29 disposing of the drums, you wouldn't select
30 different waste disposal sites for the different
31 drums.
32 Q.     But the drums that were sent to USES were

1  characterized by them as highly acidic in the,
2  perhaps, 40 percent range, correct?
3  A.     Yeah, and even higher.
4  Q.     And we know DEOX isn't that, but you are
5  merely assuming that the DEOX was sent with those
6  highly acidic barrels.
7  A.     That's -- that's an assumption I have made.
8  Q.     And not based on fact?
9  A.     I think it's a reasonable assumption. I guess
10 the evidence will speak for itself.
11 Q.     Okay. Do you know of any evidence to indicate
12 that it was sent there?
13 A.     The numbers of drums varied slightly from one
14 report to another, but it would appear likely that
15 it got sent with the material. I think that's a
16 reasonable assumption. If that's proven wrong, so
17 be it.
18 Q.     Now we do know that they received three,
19 according their report, three, 55-gallon drums of
20 highly acidic hydrochloric acid, correct?
21 A.     That is correct.
22 Q.     Now, do you see any DEOX in that picture over
23 there?
24 A.     No, I don't.
25 Q.     And I think there were some questions about
26 Mr. DeMajo. Are you suggesting that these barrels
27 are the same barrels that Mr. DeMajo was using? Is
28 there any evidence of that?
29 A.     I'm suggesting that Mr. DeMajo reported
30 purchasing acids, some of which match these. He
31 testified that this area was going to be a room for
32 his mechanics who work on building systems to have

1  an office. There seemed to be a pretty good match
2  between what he described and the potential
3  chemicals here. Sulfuric acid, he described. That
4  would be a highly acidic mineral acid. He
5  described -- I don't have the testimony memorized,
6  but the kinds of compounds that he described at
7  least were here, he purchased there. I think he
8  testified that they were stored here.
9  Q.     In the east room?
10 A.     I mean in the building.
11 Q.     Okay. Because I --
12 A.     You can -- you know, you can prove me wrong
13 with the deposition. I don't have it memorized.
14 That's my impression of the testimony.
15 Q.     Well, you have been talking about it all this
16 time, so I'm going ask you a couple of specific
17 questions.
18 A.     Sure.
19 Q.     One is, he never purchased any highly acidic
20 HCL, correct, at least according to his deposition
21 testimony?
22     MR. FOSTER:
23         Let me object to the question. If you
24     want to give him Mr. DeMajo's deposition,
25     that's fine.
26     MS. WILLIS:
27         I'm not impeaching his testimony. These
28     gentlemen asked him many questions about
29     Mr. DeMajo's testimony.
30     THE COURT:
31         Rephrase your question.

BY MS. WILLIS:

Q.   You don't know, and, in fact, Mr. DeMajo never testified that he purchased any highly acidic concentrated HCL, correct?

A.   Correct. I believe that he described purchasing more dilute compounds.

Q.   Like DEOX.

A.   But he did talk about purchasing sulfuric acid, so.

Q.   And, as we sit here today, we have no evidence that there was any sulfuric acid in that room, do we?

A.   We don't have specific acid. Mineralized, it could be sulfuric acid. It could be hydrochloric acid. And the general chemicals that were used in ventilation systems, you would think would tend to be more dilute, but the waste disposal report is what it is, and I took that into account and assumed kind of a worst-case scenario involving it in my testimony.

Q.   And, in fact, in all the assumptions that you made that you told Mr. Foster about, you assumed that all of the barrels of mineral acid were hydrochloric acid, correct?

A.   As a worst case. If they were sulfuric acid, the answer is yes. And if they were sulfuric acid, for example, the vapor pressure is low. If they were more dilute mineral acids that were likely to have been stored in this area, the vapor pressures would have been lower. But as a worst case, I took concentrated, commercial -- typical commercial grade concentrated hydrochloric acid.

Q.   And we also know that they had concentrated hydrofluoric acid to dispose of, correct?

A.   Which -- I don't recall the specific words. I don't have it memorized, but since we had information on the type of hydrofluoric acid, I would put more reliance in that information about the specific material than I would the report of the waste disposal.

Again, the waste disposal people are receiving this material. Their job is not to reliably perform analytical tests. Their job is to decide is this hazardous waste or not. And once they determine that it's above a certain pH, I don't think they are going to spend the time and effort to carefully quantify it.

Q.   But that's just pure speculation on your part?

A.   It's -- no, I don't think it is. And the reason for that is that I also do screening types of analyses, and sometimes to save the client money, we take the easy way out. If we see thermal insulation systems, insulation, if we are doing an inspection of a building, for example, we will assume that that's asbestos-containing. If we do -- we could run --

Q.   Excuse me, sir.

MS. WILLIS:

Your Honor, I don't know what asbestos has anything to do with the question I asked him, which was that he was assuming that the testing was not done properly, and the report is incorrect.

MR. STEWART:

Your Honor, I think the witness is trying to answer the question, and he is using some background information that he has on what he has done in the past, which I think is very relevant.

THE COURT:

Right, and it goes -- I am going to allow it because it goes back to your objection about what he has done the last five years. So I will go ahead on and let it in.

THE WITNESS:

Okay. Forget about asbestos.

THE COURT:

You listen to me, don't you?

THE WITNESS:

Yes. But I'm going to give you another example. If we are going to dispose of lead-based paint residue, for example.

THE COURT:

They know all about lead, oh, boy.

MS. WILLIS:

It's an inside joke.

THE WITNESS:

And we are going to decide, is that a hazardous waste or not? We can spend a bunch of money and run an extraction test and see if it fails, to characterize it as a hazardous waste. Or we can say, you know, our experience is that lead-based paint fails the test, and so we don't spend the client's money to carefully determine that. We just say, yeah, this is going to fail the test.

And once these drums came to that waste disposal site, it would be perfectly reasonable, based on my experience and background, that they would simply do some kind of a quick test, high acid, this is a hazardous waste, let's move on with the day. Let's not spend extra labor and money to determine this accurately.

BY MS. WILLIS:

Q.   Okay. Just please listen to my question, and I do think this is a yes or no answer. In order to reach the conclusions that you just reached, you have to assume that they weren't completely tested and that what they put down on those forms, even though it was a certified waste disposal company, it is incorrect, right?

A.   I took it as generally correct that I saw what I assumed, for my assumptions for this testimony, as a worst case.

Q.   And that's my next question. The conclusions that you drew about the amount of the spill, the duration of the spill and the acid distribution in the building are purely hypothetical, they are not based on facts?

A.   I did not make assumptions, as you describe them. I made some assumptions to try to characterize what might have happened over a longer period of time in the building. I did not ever try to model what happened on the day of the exposure. What I was interested in was, on a chronic basis, with reasonable assumptions, what would the exposures have likely have been?

1    Things happened too fast on the day of the
2  incident to be too concerned. I mean Mr. Anderson
3  walked in there, he saw there was a problem. They
4  called the Fire Department. Everybody left. The
5  exposures were too brief to have any consequence.
6    What I was concerned about, what if there was
7  some ongoing leakage of the barrels, and that's what
8  I tried to model. But, you know, we decided to do
9  it qualitatively, and I think I did it in a good
10  way.
11  Q.   Well, that was a decision you made after you
12  wrote your report and after you were deposed, right?
13  A.   That is true.
14  Q.   Because, originally, in your report, you were
15  making assumptions, and you assumed that the total
16  volume of the HCL spill was .23 meters, right, this
17  size? It's .23 meters, trust me, I measured it.
18  A.   No. We -- we assumed up to 12 square feet for
19  one scenario. We assumed that particular volume for
20  another scenario. I think you will see there are
21  various scenarios.
22  Q.   You assumed that volume and based calculations
23  on it for the 38 percent hydrochloric acid spilled,
24  right?
25  A.   For the 38 percent, that is correct. And so,
26  as we reviewed the entirety of the evidence this
27  week, we decided to withdraw that, and we did, which
28  I think is to your advantage.
29  Q.   Who is we?
30  A.   I guess we is the royal we in this case, but I
31  spoke to the attorneys about this. They pointed out
32  some photos that helped make me change my mind, and

1  I said, you know, based on what I have seen, I'm not
2  willing to go down that path.
3  Q.   Can we agree that exposure to acid is
4  cumulative?
5    THE COURT:
6      You said cumulative?
7    MS. WILLIS:
8      Cumulative.
9    THE WITNESS:
10      It's mostly not cumulative. I mean you
11  can calculate a cumulative exposure, but if you
12  are at low levels, the effect -- if there are
13  effects, they are more likely to be acute than
14  having an effect proportional to the cumulative
15  exposure. Once you reach down below the
16  threshold, and that's why the exposure limits
17  are set as ceilings, for the most part, rather
18  than time-weighted averages.
19      Oftentimes, we think of cumulative
20  exposures in terms of carcinogens, that kind of
21  thing. But this is really -- these irritation
22  responses and so on for the acids, most of the
23  effects are not proportional to the cumulative
24  exposure.
25  BY MS. WILLIS:
26  Q.   What pH needs to be reached in the eye before
27  the eye starts being damaged?
28  A.   I don't -- I can't give you a precise number.
29  To -- there are buffers at work in the human body.
30  There are protective mechanisms, where the body will
31  produce buffers to neutralize the acid. I can tell
32  you that there is no information in the literature

1  that we could find, and you can correct me on that,
2  but I've got, you know, we have looked at the issue.
3  I've got a slide on it if you want me to show it.
4  But low concentrations of HCL, and especially even
5  lower concentrations of hydrofluoric acid, have not
6  been associated with eye problems.
7  Q.   I'm going to read you a statement, and you can
8  tell me if you agree or disagree with it and why.
9  A.   Sure.
10  Q.   Once a certain acid concentration is exceeded,
11  greater than .00001N of HCL, the buffer capacity of
12  the lacrymal fluid, and that's the tears, is no
13  longer sufficient, and the acid burning leads to
14  irreversible damage.
15  A.   That could be. That's an internal pH. And so
16  what you would have to have is a study -- you can't
17  determine the eye's pH from the acid in the air
18  because there will be this buffering capability.
19      You would have to run an experiment. I think
20  Dr. Williams mentioned the other day about an animal
21  study where the pH in the eye had gone to 6.4, I
22  think, which, obviously, is significant.
23      But what she failed to say with that statement
24  is what concentration of acid, if it was an airborne
25  test, was required to get that eye pH to 6.4. She
26  also failed to state the method of administration,
27  you know, was it drops in the eye of pure acid? Was
28  it a chamber where she exposed the eyes to various
29  vapor concentrations of hydrogen chloride?
30      Those are really important details, and to say
31  acid brought the pH down to 6.4, and it didn't return
32  for several days, that kind of statement, leaving

1  out the dose part, can be extremely misleading, and
2  I heard a lot of that kind of testimony that left
3  off the concentration. The concentration --
4    MS. WILLIS:
5      Your Honor, that's not what I asked him,
6  and he has gone very far afield. It's a really
7  simple question, does that level in the eye
8  damage it. The etiology of how it got there is
9  a separate issue.
10    THE COURT:
11      He answered it, and then he went on to
12  explain why his answer was what it was.
13    THE WITNESS:
14      As the attorneys have said so often, I
15  will be willing to move on.
16    MR. CLAYTON:
17      Your Honor, I'm sitting over here, but I
18  notice the tag team match between
19  Mr. Stewart -- I think Mr. Foster is defending
20  this --
21    THE COURT:
22      Like you are a tag teaming?
23    MR. CLAYTON:
24      I just want to know should I join in
25  because he keeps popping up and --
26    THE COURT:
27      Just for consistency --
28    MR. FOSTER:
29      I'll do it.
30    THE COURT:
31      Because we are really taking one -- the
32  person who primarily handled the witness is the

1  person who will make the objection.  So if you
2  can do like Mr. Gambel does and just write a
3  little note.
4  MR. FOSTER:
5      That's fine.
6  THE COURT:
7      This is Mr. Foster's witness.
8  MR. FOSTER:
9      I wasn't going to object.  I was happy —
10  I'm happy listening to his answer.
11  THE COURT:
12      Okay.
13  BY MS. WILLIS:
14  Q.    I think, and I'm jumping around a little bit.
15  A.    Sure.
16  Q.    You testified, you were talking about acid
17  spills in a lab.
18  A.    Yes.
19  Q.    And you said all you do is open windows, and,
20  you know, in a couple of hours, the air is returned
21  to —
22  A.    I wasn't talking about acid spills, I'm sorry.
23  Let me just correct you on that.  I was talking
24  about the use of HCL.  You know, concentrated acid
25  is in containers typically along the top of a lab
26  bench, if you take chemistry class, at least back in
27  the days when I did, maybe they are more
28  conservative nowadays, but it's common to have the
29  acid present.
30      It's common to open that, work with it.
31  Certainly.  People might leave the covers off
32  occasionally.  I mentioned, at least I meant to, it

1  was on the slide, that it's good practice to wear a
2  lab coat, wear safety glasses because you might
3  splash some of that in your eyes.  Perfect — you
4  know, that kind of protective equipment is perfectly
5  fine, but nowhere, at least in my experience,
6  training and practice, you know, I didn't observe
7  very bad responses where I had to leave the lab.
8  That kind of use, with open containers of acid,
9  didn't drive me out of the lab, and —
10  Q.    My question was —
11  A.    If we did leave a container open, I certainly
12  wouldn't need somebody to come in with a
13  self-contained breathing apparatus to come and do a
14  cleanup.  You know, we may — we might, you know,
15  maybe there would be some corrosion.  We certainly
16  observe corrosion in laboratories, and that's not a
17  good thing, but we wouldn't need somebody to come in
18  in a self-contained breathing apparatus to clean up
19  that corrosion.
20      As soon as we opened the door and opened the
21  window, the acid would leave the atmosphere, and we
22  are fine.  We don't need self-contained breathing
23  apparatus suits and a professional cleanup agency to
24  come in and take care of that kind of situation.
25  Q.    And, actually, that's what I wrote down.  You
26  said that we would open up the doors and the
27  windows, and the acid would immediately leave the
28  air.
29  A.    If it was even in the air by that time.  The
30  normal ventilation of the building would tend to —
31  you know, typically, you have it by an air exchange
32  in older buildings, at least, per hour, it would be

1  outside, and that probably would have taken care of
2  it.
3  Q.    In a modern lab, all that would be done under
4  a hood, right?
5  A.    Not necessarily.  I mean, you know, you have
6  your students line up along the bench, at least my
7  students have, and, you know, even as an
8  undergraduate, I was a laboratory assistant looking
9  over students.  Not everybody can get into the hood.
10      You know, if we are going to be heating the
11  acid, you know, in a beaker on a hot plate, sure, we
12  will throw in the hood.  But to take and pipette a
13  little bit of acid into a container to run an
14  experiment, I'm not going to necessarily do that in
15  a hood.
16      In fact, aqua regia was brought up.  I hate to
17  admit this, but in my youth, there was talk about
18  aqua regia splash in the eye, you know, you are
19  supposed to use the bulb.  I took a shortcut and
20  used the aqua regia as a cleaning situation, and I
21  sucked some in my mouth.  You know, I spit it out
22  quick, rinsed my mouth, and it was done.
23      But the point is is that not everything is
24  done in a hood.  That's my point for the anecdotal
25  story, not that I was sloppy in my youth, which I
26  probably was.  But this acid idea that, you know,
27  somehow we are talking about dioxin or lead or some
28  really horrible substance, you know, in common day
29  life and experience, you know, the toxicological
30  properties don't warrant it if you take reasonable
31  care.
32  Q.    Okay.  Let me ask you the question because,

1  really, I was talking about your statement about
2  opening up the doors and windows.
3  A.    Okay.
4  Q.    You testified about some pH paper tests that
5  were done by the City 24 hours and 36 hours after
6  the building was evacuated, and you thought that was
7  significant.  Wouldn't everything have dissipated in
8  24 hours, consistent with what you just testified
9  to?
10  A.    Yeah, you're right.
11  Q.    You have a chart in your original,
12  now-modified report that lists the toxicological
13  summaries of the pertinent chemicals, and one of
14  the — one of the ones for hydrochloric acid is
15  eyes, nose and respiratory tract irritation and
16  inflammation.  Would you agree?
17  A.    Yes.
18  Q.    And would you agree with me that the symptoms
19  reported by Mr. — forgetting concentrations for a
20  moment, that the symptoms reported by Mr. Anderson
21  and the symptoms that he said other people in the
22  building complained of, which was running eyes,
23  stuffy nose and feeling like you had a cold all the
24  time, are consistent with what you have in your
25  report as a side effect of exposure to HCL?
26  A.    It's consistent, but it's not specific to the
27  chemical.
28  Q.    Okay.  And hydrofluoric acid can cause severe
29  respiratory damage and irritation, correct?
30  A.    Sure, it can, if the concentration is high
31  enough.
32  Q.    Again, putting the concentrations aside for a

1  moment, that's consistent with the symptoms that
2  were reported by the folks in building?
3  A.    It's consistent, but it's not specific.
4  Q.    Okay.  You are aware of the fact that, in
5  addition to the acid that pooled on the floor of the
6  east room, that acid was also found under the
7  asbestos tiles on the floor?
8  A.    Yes.
9  Q.    Did you make any effort to quantify the volume
10 of that acid?
11 A.    No.
12 Q.    OSHA thresholds in parts per million are
13 designed for folks working in industries of which
14 exposure is likely to that particular substance,
15 right?
16 A.    It's designed for individuals in the
17 workplace, and the people in the workplace, whether
18 they are there in industry or in an office building,
19 are subject to those OSHA standards.
20 Q.    But there are monitoring requirements if
21 exposure to those chemicals is likely, correct?
22 A.    Under the general duty clause of OSHA, I think
23 you would be generally correct, if you were -- if
24 there is reason to believe that you would be exposed
25 near or above those.  I think that would be an
26 employer duty.
27        On the other hand, if you have people working
28 in a remote area from the rest of the population, I
29 don't think -- I think OSHA would agree with me that
30 there would be no need to perform air monitoring of
31 that -- of that larger population away from the --
32 from the work area where it occurred.

1  Q.    Well, in this case, the City employees had no
2  idea, you have heard the testimony, what was in
3  those barrels, right?
4  A.    No, they didn't.  But the folks who apparently
5  worked with those chemicals, if we assume they did,
6  and we can argue that, but those folks, their
7  employer should have trained, monitored.  Hazard
8  communication standard should have been brought into
9  play.  They should have had MSDS sheets on site for
10 those employees.  For those employees outside of
11 that area, that would not be a reasonable training
12 requirement.
13       And, indeed, the Hazard Communication Standard
14 of, I think it's 1984 or '86, whatever it is, states
15 that it applies to individuals who work with
16 chemicals and those in the immediate vicinity, but
17 it does not apply to those individuals that are
18 removed from that immediate vicinity because the
19 exposure varies so greatly.
20 Q.    Now, you heard Mr. Anderson -- you were here
21 for Mr. Anderson's testimony.
22 A.    Yes, I was.
23 Q.    And you were aware that his office was right
24 next door to the east room?
25 A.    Yes.
26 Q.    And you heard his testimony that, from 1983,
27 when he arrived there, until 1999, no one used that
28 particular set of chemicals, the ones that were in
29 the east room.  Did you hear him testify to that?
30 A.    You know, I didn't recall that, and since he
31 only looked in there once in awhile, which if he did
32 say that, which, you know, I'm taking your word for

1  it, again, I wonder how he knew that.
2  Q.    You don't think he would have seen people
3  going in and out?
4  A.    He did testify to that.  You know, people were
5  moving stuff in and out of there all the time, he
6  said.
7  Q.    The boots.  He testified that people were
8  moving the boots.
9  A.    Boots, parking meter equipment, you know.  I
10 don't know if he would have taken notice if -- there
11 are a couple of things at play here.  If you are
12 going to clean an air conditioning system, my HVAC
13 guy says you do that on the weekend when the
14 employees aren't there because you are going to
15 spray the coils with an acid, you don't want to
16 expose the workers to the acid, and so you do that
17 on a weekend, not a normal workday.  Mr. Anderson
18 may not have been there.  I mean who knows?
19 Q.    Okay.  And what you don't know is whether
20 those chemicals, and there is no DEOX in that
21 picture, whether those chemicals were even the ones
22 that Mr. DeMajo was talking about.  You just have no
23 idea?
24 A.    Well, they match.  A lot of them seem to match
25 what he described.
26 Q.    Except he never bought any concentrated HCL,
27 did he?
28       MR. FOSTER:
29           Objection.  Objection, Your Honor.
30       THE COURT:
31           What is your objection?
32       MR. FOSTER:

1            Mr. DeMajo's testimony will speak for
2  itself.  If she wants to get into his
3  deposition, that's fine.
4        MS. WILLIS:
5            They opened the door, and they have asked
6  him 15 questions about Mr. DeMajo.
7        THE COURT:
8            Overruled.
9  BY MS. WILLIS:
10 Q.    Well, they don't match, do they, because he
11 testified that he bought some dilute HCL, and what
12 we have here was barrels of concentrated HCL.
13 A.    We have labels for dilute HCL.  We have labels
14 for --
15 Q.    That was one, one barrel of DEOX, right?
16 A.    Yeah.
17 Q.    Okay.  But then we had multiple barrels of
18 concentrated HCL, which he never purchased?
19 A.    Well, the only reason we think it's
20 concentrated is from information from a waste
21 disposal site that took the dilute material that was
22 apparently disposed there and called it
23 concentrated.  That's the only information we have.
24       I mean if we're going to make a summation
25 which is favorable to the defense in this matter, we
26 could just as well assume it's all dilute.  But for
27 my purposes, I assumed it was concentrated.
28 Q.    And, in order to assume anything else, you
29 would have to ignore the conclusions in the USES
30 report, correct?
31 A.    I don't remember them saying --
32 Q.    Well, the waste disposal company, which became

part of the USES report --
A.     Oh, the waste disposal.
Q.     You would have to ignore that?
A.     Not ignore it.  Interpret it, like I did.  I mean, apparently, lower concentration materials were disposed there, and that particular organization reported concentrations of acids that were even higher than that purchased commercially under normal circumstances.

Some really highly specialized industrial processes sometimes use higher concentrations, but the concentration ranges they reported don't make sense, based upon what is commercially available that you would typically buy in drums.  And so we have already established that probably there are some errors in the reporting.  We have already established the fact that, likely, some low concentration acids were sent to that place, and they were characterized as high.

So how do we have reliability that all of these drums were concentrated acid?  We don't.  But as a worst case, for my analysis, yeah, I assumed it was concentrated.

Q.     No offense, Doc, but what we have here is you guessing that that happened.  Nothing has been established.  You don't even know if the DEOX went there.  You have already told me that.  Every assumption that you have made in this case is based on a guess, isn't it?  Every single one.
A.     No, it's not based on a guess.  And by way of explanation, the number of barrels might have varied a little bit, but they are roughly the same as what

USES reported, in terms of what showed up at the waste disposal site.  And we had some labels.  We had some other information as to what was present here.

The fact is, the information suggests -- the on-site information and the photographs report something that's different than what the waste disposal folks reported, and there is good reason for that.  Why are the waste disposal people running careful analyses for material -- to obtain conclusions that they don't need?

Once they determine this is a hazardous waste, highly acidic compound, done.  Move on.  They do not have to spend a lot of time in an analytical laboratory to precisely determine concentration.
Q.     Now, you are familiar -- you told me you are familiar with the EPA regulations on hazardous waste, correct?
A.     Generally speaking, yes.
Q.     All of the acids in these barrels were hazardous by characteristic, correct?
A.     Correct.
Q.     When they were no longer being used for purposes and were simply being stored, they became waste under the regulations, right?
A.     I'm generally familiar, but I don't think we have evidence in this case that they were no longer used.
Q.     Assume that.  Assuming that they were no longer used.  Would they then be hazardous waste?
A.     I don't know.

Q.     You are not familiar enough with the EPA regs to tell me that?
A.     At one point in my career, I had them pretty well under control.  It's been a few years.  I worked as a contractor in an EPA laboratory at the National Enforcement Investigation Center.  We ran tests of hazardous waste in that laboratory.

As an individual who worked in an EPA laboratory, supervised those kinds of tests, I'm reasonably familiar.  I don't want to answer that particular question because I can't recall all of the requirements, and I would be maybe stretching my memory a little bit too much to answer that.
Q.     You criticized Dr. Williams' interviews -- not her interviews, excuse me, her use of the sworn statements to determine the frequency of the cataracts, and if I remember your slide correctly, you said that there were 1,100 plaintiffs, and that she reported, out of the 144, high incidence of cataracts.  How many of the other 1,100 plaintiffs had cataracts?
A.     I don't know.  And by way of explanation, if I was an attorney, I would focus on the folks --
       MS. WILLIS:
            Move to strike, Judge, because he is really not an attorney.
       THE COURT:
            You can just answer the question.
       THE WITNESS:
            Okay.
BY MS. WILLIS:
Q.     The question is --

A.     There is a potential for selection bias.  I don't know the extent of it.
Q.     That's not the question.  The question is how many of the other 1,100 plaintiffs had cataracts?
A.     I don't know.
Q.     Okay.
A.     But the process lent itself to potential selection bias, which means that there could have been a concentrated prevalence of cases associated with those particular affidavits.  There was likely some basis for selecting the individuals out of the plaintiffs population for giving those individuals to fill out the affidavits or be interviewed for the affidavits, however that occurred.
Q.     But let me ask --
A.     And --
Q.     Oh, I'm sorry.
A.     I wasn't quite finished.  And there was no representation made that these interview forms were applied to guarantee a random sample of the individuals within that population.  Since there was no randomization attempt, at least no randomization attempt reported, it is likely, highly likely that there was some selection bias, which would make comparing the reported results with population results of prevalence, which isn't a good idea any way.  You really want to look at incidence rates.

Instead of prevalence, you want to do age correction and so on, but that's a whole other story.  But if you want to do a cross-sectional analysis, and you want to just look at prevalence --
Q.     I don't mean to interrupt, but let's go --

1   A.   I will finish it quickly.  You need to have a
2   random selection.  Now I'm finished.
3   Q.   All right.  But my question was, how many more
4   have cataracts?  And that was quite an explanation.
5   Even if you assume that nobody else in the
6   approximately 1,100 members of the putative class
7   had cataracts except the ones that Dr. Williams
8   interviewed, there was still a higher than normal
9   rate, right?
10  A.   May I show you the slide?  And I don't think
11  so.
12  Q.   No, I don't think you can.  Just answer my
13  question, please.
14  A.   The answer is, within reasonable error, if
15  none of the others had cataracts, there would not
16  have been a significant difference between the
17  general population and the calculated prevalence for
18  the reason that you are not doing age correction.
19  There is a certain amount of variability.
20       We are not looking at incidents, we are
21  looking at prevalence.  It's simply a
22  cross-sectional determination.  It is not a -- it's
23  not a well-designed epidemiological study.  We were
24  within, you know -- if I had the slide, I'd tell you
25  what we were within.  My conclusion was that there
26  was not a significant difference.
27       I can show the Judge, if you let me show the
28  slide.
29  Q.   Well, it's my turn now.  Your lawyers got to
30  show you all the slides.  Now, you -- in terms of
31  doing your original report, and even for your
32  greatly-modified new opinion, you assumed that, if

ANDERSON v CITY class certification hearing 10/1/15
121

1   there was a leak from the barrels, that it was prior
2   to the 9th of December 1999, it was very small
3   amount, correct?
4   A.   Yeah.  For the following reasons.  The answer
5   is yes, and for the following reasons.  People did
6   go in and out of there.  Let's say there was
7   hydrochloric acid on the floor.  If there is a
8   significant quantity on the floor, with significant
9   depth, the odor would have been so overwhelming that
10  it would have become very obvious, and it would have
11  been such that you would not have wanted to have
12  been in that area.  In fact, there would have been a
13  lot more complaining, based on that intolerable
14  situation than simply a rotten egg odor or simply a
15  smell of old rubber.
16       It would have been overwhelming if there had
17  been a significant sized spill within that space,
18  and that's why -- I tried to do some worst-case
19  modeling, but just from the symptomology that's
20  reported, you really don't need it.
21  Q.   You don't have any idea how much acid was left
22  in the barrels when they were sent for disposal, do
23  you?
24  A.   They didn't appear to be empty.
25  Q.   They were closed up, Doc.  How can you tell?
26  A.   Well, they were sent to a hazardous waste
27  site.  There was solution there.  The people
28  characterized the solutions.  They didn't say the
29  drums were empty.
30  Q.   So the answer is, you don't know how much acid
31  was left in the drums?
32  A.   I don't quantitatively know.  It appeared that

ANDERSON v CITY class certification hearing 10/1/15
122

1   there was acid in them.  It didn't all leak out.  If
2   it was a huge, huge leak, it seems like it would
3   have been gone.
4   Q.   Okay.  And we don't know how many of the
5   barrels leaked, we just know some did, right?
6   A.   Yeah, and I have expressed a probability
7   opinion on that, but you are right.
8   Q.   And you said that all of the very low pH wipe
9   samples were in the east room.  In fact, there was a
10  .488 sample on one of the ducts in the west room,
11  too, right?
12  A.   No, I didn't -- do you recall, I commented on
13  the pH from three or four samples in the west room,
14  and then I compared that with the pH from the wipe
15  samples in the east room.  The wipe samples in the
16  west room were, you know, within -- not too far
17  from, you know, the CO2 range in the atmosphere.
18       The -- the east sample, the east room wipe
19  samples indicated to me some presence of corrosion
20  salts that would explain the results, which tells me
21  that there was some acid in the air.  Whether that
22  was from chemical usage in the space or whether that
23  was from some pin hole leak or from the drum being
24  open, those are all reasonable explanations.  Having
25  been plastic drums, probably the first two of those
26  are more probable.  But, you know, there could have
27  been a leak.  We don't know.
28  Q.   Just a couple more because my question before
29  was a bad one.  It should have been more specific.
30  There was a .488 wipe sample taken on an air
31  conditioning vent in the west room, right?
32  A.   Yeah.  That's about pH 5.  That's pretty close

ANDERSON v CITY class certification hearing 10/1/15
123

1   to CO2.
2   Q.   And you are not saying that it was a good idea
3   to keep these barrels in this basement in proximity
4   to where people were working, are you?
5   A.   I'm not suggesting that.
6       MS. WILLIS:
7       I think that's it.  Thanks.
8       THE COURT:
9       Miss Lee?
10      MR. FOSTER:
11      I just have one.
12         REDIRECT EXAMINATION
13  BY MR. FOSTER:
14  Q.   Dr. Rasmuson, Miss Willis asked you about
15  the -- she referred to your report about the
16  description of potential symptoms from hydrochloric
17  acid and asked you about Mr. Anderson's complaints
18  and Miss Harvey Armour.  Let me ask you this,
19  Doctor.  In your opinion, as an expert, is it proper
20  science, whether doing a general causation or a
21  specific causation analysis, to work backwards?  And
22  by that, I mean to say, because a person reports a
23  symptom after an alleged exposure, then that person
24  must have received a sufficient dose to cause the
25  symptoms?
26  A.   No, that's not proper science, and I would
27  take it one step further.  I have designed
28  questionnaires for indoor air quality complaints.  I
29  have designed questionnaires of former Agent Orange
30  production workers.  I did that for plaintiffs, but
31  I was very careful not to put words in their mouth
32  and say, did you have this kind of symptom or this

ANDERSON v CITY class certification hearing 10/1/15
124

1  kind of symptom.
2      I would ask them, what symptoms did you have.
3  I would be careful to -- it's extremely important,
4  and I go into that a little bit in the book chapter
5  on retrospective exposure assessment, but it's
6  extremely important, when you design one of these
7  questionnaire forms, not to use any words which are
8  suggestive at all of potential symptoms and other
9  things.
10      The other thing that's important is to put
11  things in the common language, like if you are
12  talking about exposures to skin. You know, how many
13  drops did you have on your skin? How many
14  tablespoons? Can you describe what portion? You
15  know, there are ways -- you just have to try really
16  hard.
17      There are ways to avoid leading folks when you
18  have these questionnaires, and I wasn't convinced,
19  based on the questionnaires I saw, but, admittedly,
20  Dr. Williams didn't use all of them. But some of
21  them are very leading in this situation.
22  MR. FOSTER:
23      That's all the questions we have, Dr.
24  Rasmuson. Thank you for your time and spending
25  some time with us in New Orleans.
26  THE COURT:
27      Thank you. Watch your step, okay?
28  THE WITNESS:
29      Okay.
30  MR. FOSTER:
31      You're done.
32      (Whereupon, a discussion off the record

1  was held at this time).
2      THOMAS E. TERRY, after having been first
3  duly sworn or affirmed in the above-entitled
4  cause, was examined and testified as follows:
5  MS. LEE:
6      Thank you, Your Honor.
7      DIRECT EXAMINATION
8  BY MS. LEE:
9  Q.    Good afternoon, Mr. Terry. Could you state
10  your full name for the record?
11  A.    Thomas E. Terry.
12  Q.    Where are you employed?
13  A.    City of New Orleans.
14  Q.    What is your title?
15  A.    Superintendent, building superintendent.
16  Q.    Okay. Are you -- what department are you in?
17  A.    Department of property management.
18  Q.    When did you become the building
19  superintendent?
20  A.    2009.
21  Q.    Okay. What year did you start working for the
22  City of New Orleans?
23  A.    1984.
24  Q.    And what department did you start to work with
25  at that time?
26  A.    Property management.
27  Q.    What was your title at that time?
28  A.    A carpenter.
29  Q.    What were your duties, generally?
30  A.    Maintenance, performing maintenance on City
31  buildings.
32  Q.    At that time, where was your office located?

1  A.    5034 Tchoupitoulas Street, facility
2  maintenance.
3  Q.    At some point, did you get a promotion?
4  A.    Yes, I did.
5  Q.    And when was that?
6  A.    2002.
7  Q.    What were you promoted to?
8  A.    Building repair supervisor.
9  Q.    Did you have any other promotions along the
10  way?
11  A.    After that, I was promoted to building
12  superintendent.
13  Q.    Okay. What year?
14  A.    2009.
15  Q.    Before you became the building repair
16  supervisor in 2002, did you have occasion to work at
17  or do any jobs at 2400 Canal --
18  A.    Yes.
19  Q.    Just make sure I am done with the question
20  before you answer. Okay?
21  A.    Okay. I'm sorry.
22  Q.    Do you recall when, about when was the first
23  time you did any work at 2400 Canal Street?
24  A.    The first time I did work at 2400 Canal Street
25  was -- we went to do some repairs on the inside,
26  working on doors.
27  Q.    Do you remember the date, approximately? If
28  you don't know, you can say you don't know.
29  A.    No. I don't remember the date.
30  Q.    When you first went to 2400 Canal Street to do
31  the job, do you recall whether there were any City
32  employees occupying the building?

1  A.    Yes.
2  Q.    When you worked at 2400 Canal Street, did your
3  job or duties involve working on the air condition
4  or heating system there?
5  A.    No.
6  Q.    How did you know or your crew know where to
7  work and what was the request for the work?
8  A.    We would receive work order requests from our
9  department head, and we would go out according to
10  the work order request.
11  Q.    And so that was in writing or something?
12  A.    That was in writing on like a work order form.
13  Q.    So tell us a little bit of how would you go
14  about taking care of whatever the request was?
15  A.    Okay. We would prepare ourselves -- once we
16  received the work order request, we would prepare
17  ourselves with our tools, equipment, supplies, and
18  then we would go out to the job and see what's going
19  on with the job, and we would take it from there.
20  Q.    Okay. Do you or can you estimate how often
21  you would have a job at 2400 Canal Street, at that
22  building, if you know?
23  A.    I would say --
24      THE COURT:
25      I am sorry, in what time period are we
26      talking about?
27      MS. LEE:
28      The time that he --
29  BY MS. LEE:
30  Q.    Did you always do any work at 2400 Canal
31  Street until the building closed or until the
32  employees moved?

1  A.    Yes.
2  MS. LEE:
3           So he worked there the entire time.
4  THE COURT:
5           Okay. So we are talking about from 1984,
6      when he started, to 1999?
7  MS. LEE:
8           Maybe into 2000, when the entire building
9      moved, because that was the plan anyway, moving
10     to 1540 Poydras, I believe.
11 BY MS. LEE:
12 Q.    So we are talking about during that course of
13 time, if you have a clue, how often would you have
14 to do work at 2400 Canal Street?
15 A.    During the time, I was with property
16 management. It would be like about maybe three
17 times out of a week, maybe, something like that.
18 Q.    And --
19 A.    Approximately.
20 Q.    Okay. Do you know -- I know it would differ,
21 in terms of how long you stayed there, depending on
22 the job, but did you ever do any jobs where it took
23 you all day?
24 A.    Yes.
25 Q.    And did you ever work consecutive days, like
26 you worked all day today, and you worked all day
27 tomorrow? Did you ever work like that?
28 A.    No.
29 Q.    Did you work half days?
30 A.    Half days, sometime eight hours.
31 Q.    Did you ever work weekends?
32 A.    Yes.

ANDERSON v CITY class certification hearing 10/1/15
129

1  Q.    All right. Would you work a full day?
2  A.    A full day.
3  Q.    Okay. Now, when you went to 2400 Canal Street
4  to work, where would you normally enter the building
5  from, what area?
6  A.    It all depend. We normally entered the
7  building from the front, but depending on the jobs,
8  we would enter from the rear.
9  Q.    Okay. And the front, meaning the Canal Street
10 side?
11 A.    On the Canal Street side.
12 Q.    And the rear was, do you remember the name of
13 that street?
14 A.    It could be Cleveland.
15 Q.    Okay. Were there any other entrances besides
16 the front and the rear of the building?
17 A.    There's two side entrances.
18 Q.    Did you ever use those side entrances?
19 A.    Yes.
20 Q.    Do you know whether other employees who were
21 stationed at that building entered the building from
22 the front entrance on Canal Street?
23 A.    Yes.
24 Q.    While you were working on whatever jobs you
25 did at 2400 Canal, did you have occasion to work
26 on -- how many floors were there at 2400 Canal
27 Street?
28 A.    If I'm not mistaken, five floors.
29 Q.    Did you have occasion, during the period of
30 time you worked there, to work on the different
31 floors?
32 A.    Occasionally.

ANDERSON v CITY class certification hearing 10/1/15
130

1  Q.    But would you say, sitting here today, that
2  you did some type of job on every single floor in
3  that building?
4  A.    I don't recall.
5  Q.    Okay. Did you ever observe any barrels at
6  2400 Canal Street?
7  A.    Yes.
8  Q.    Approximately when did you observe these
9  barrels?
10 A.    The first time I entered the building from the
11 rear of the building, I observed the barrels.
12 Q.    And that would have been maybe how long after
13 you started working with the department of property
14 management?
15 A.    Maybe one or two years, something like that.
16 Q.    So maybe around '86?
17 A.    Yes.
18 Q.    Now you said you entered the rear of the
19 building. Where did you see the barrels?
20 A.    At the rear of the building, to the right when
21 you walk in.
22 Q.    Okay. Did you have to go into a room or was
23 it right there when you walked in?
24 A.    They were into a room.
25 Q.    Okay. How often did you go into the basement?
26 A.    Approximately -- not each time, but maybe -- I
27 really don't recall.
28 Q.    Okay. But you do recall going into the
29 basement?
30 A.    I recall going into the basement, yes.
31 Q.    On every time you went into the basement, did
32 you see the barrels?

ANDERSON v CITY class certification hearing 10/1/15
131

1  A.    Not every time, no.
2  Q.    And why would that be?
3  A.    Well, the door probably be closed or something
4  like that. But at that time, the door was open.
5  Q.    Okay. And -- but you did -- how many offices,
6  if you know, were in the basement?
7  A.    There was a lot of offices, but I don't recall
8  how many at that time.
9  Q.    Do you know who put the barrels there?
10 A.    No.
11 Q.    Do you recall how many barrels were there?
12 A.    No.
13 Q.    Do you have any clue, like can you estimate
14 more than ten?
15 A.    It could have been more than ten.
16 Q.    Can you describe the barrels?
17 A.    They were dark color barrels about the size of
18 like 55-gallon drums.
19 Q.    Could you tell what material the barrels were
20 made of?
21 A.    No, I couldn't really tell.
22 Q.    Could you tell whether the barrels were open
23 or closed?
24 A.    No, I couldn't tell.
25 Q.    You can't tell whether they were closed with a
26 lid?
27 A.    Yeah, they were closed tight, but they wasn't
28 open barrels. It was like 55-gallon drums closed
29 in.
30 Q.    Okay. What, if anything, did you observe on
31 the floor surrounding the barrels or right next to
32 the barrels?

ANDERSON v CITY class certification hearing 10/1/15
132

**Page 133**

1   A.   Nothing.
2   Q.   So you didn't observe any liquid on the floor?
3   A.   No.
4   Q.   Was there anything else in the room besides
5   the barrels?
6   A.   They had other equipment that was in the
7   rooms, and, like I said, it's been awhile, you know.
8   Q.   Do you know what type of equipment it was?
9   A.   Like street equipment that they would use for
10  barricades and parking, equipment that parking used
11  at that time for the meters and stuff like that.
12  Q.   Okay.
13       MS. LEE:
14       May I approach the witness, Your Honor?
15       THE COURT:
16       Yes.
17       MR. CLAYTON:
18       May I see what you are going to show to
19  him?
20       MS. LEE:
21       Exhibit 10E.
22       MR. CLAYTON:
23       Okay.  They have a big one up there.
24       MS. LEE:
25       I know.  I'm going to pull it up.  I know
26  you all like the big ones.
27       MR. CLAYTON:
28       Yes, I do.
29  BY MS. LEE:
30  Q.   Mr. Anderson, I'm showing you what has
31  previously been marked --
32       THE COURT:

**Page 134**

1       Mr. Terry.
2   BY MS. LEE:
3   Q.   I am sorry, Mr. Terry.  I don't want to make
4   that mistake.  I'm showing you what has previously
5   been marked as Exhibit 10E, and introduced as
6   evidence in the case.  Could you take a look at this
7   picture, and do you recognize what is in the
8   picture?
9   A.   I see the barrels.
10  Q.   These are the barrels you previously testified
11  about?
12  A.   Yes.
13  Q.   Okay.  Do you know whether or not this picture
14  depicts all of the barrels that you saw there?
15  A.   Like I said, it been awhile, but from what I
16  can see, you know, the mind plays tricks on you, but
17  those are the barrels that I believe that I saw at
18  that time.
19  Q.   Okay.  Do you know whether or not this picture
20  shows all of the barrels?
21  A.   No.  This picture doesn't show all of the
22  barrels.
23  Q.   So there were additional barrels?
24  A.   Yes.
25  Q.   That are not shown in 10E?
26  A.   Right.
27  Q.   Okay.  Do the barrels in this picture appear
28  to be in the same condition as it was when you would
29  go to 2400 Canal?
30  A.   No.
31  Q.   Okay.
32       MS. LEE:

**Page 135**

1       I'm not sure what this exhibit is here, if
2   you all have one, but it's 10C.  Do we have a
3   big one?
4       MR. STEWART:
5       Yes.  There it is.
6       MS. LEE:
7       Thank you.
8   BY MS. LEE:
9   Q.   Mr. Terry, I'm showing you now what has been
10  marked as Exhibit 10C.  Can you take a look at it?
11  A.   Yes.
12  Q.   Do you recognize anything in this picture?
13  A.   Yes, I do.
14  Q.   What do you recognize?
15  A.   I recognize the carts with the handles on
16  them.
17  Q.   Okay.
18  A.   And I know the barrels are over there.
19  Q.   To the right?
20  A.   It's the caution barrels for street
21  barricades, and street signs over there in the
22  corner.  Some of the stuff that I pictured that I
23  had seen during the time I walked in around the
24  barrels was a mixture of barrels and other
25  equipment.
26  Q.   Okay.  Can you tell where this equipment is
27  located at?
28  A.   Not really.
29  Q.   Okay.
30  A.   In the basement.
31  Q.   It's in the basement?
32  A.   Yes.

**Page 136**

1   Q.   But you don't know what room it's in?
2   A.   No.
3   Q.   Let me point you to the equipment you
4   identified as street equipment.
5   A.   Uh-huh.
6   Q.   All right.  Does it appear to be in the same
7   condition as it was when you would see it in the
8   basement?
9   A.   No.
10  Q.   Can you say what appears to be different?
11  A.   It's all rusted and corroded looks like.
12  Q.   And it wasn't like that when you had seen it?
13  A.   No.
14  Q.   All right.  Mr. Terry, while you were doing
15  work at 2400 Canal Street, what, if anything, did
16  you observe about the air in the basement?
17  A.   Nothing.
18  Q.   And when you would work on the different
19  floors in the basement, what, if anything, did you
20  observe about air on the different floors of the
21  basement?
22       MR. FOSTER:
23       Of the building.
24  BY MS. LEE:
25  Q.   I'm sorry, of the building?
26  A.   Nothing.
27  Q.   So there was no distinctive smell or odor on
28  any of those floors; is that correct?
29  A.   Correct.
30  Q.   While working at 2400 Canal Street, did you
31  ever -- building, did you ever have any
32  conversations or did anyone ever mention anything

**Page 137**

1  about the air in the building?
2         MR. CLAYTON:
3            Objection, Judge.  Calls for hearsay
4  response.
5         THE COURT:
6            Rephrase.
7         MR. STEWART:
8            Wait a minute, I'm going to --
9         THE COURT:
10           Rephrase.
11        MR. STEWART:
12           Can I respond to that objection?
13        MR. CLAYTON:
14           I don't think he could.
15        THE COURT:
16           Excuse me.
17        MR. CLAYTON:
18           I'm sorry.
19        THE COURT:
20           Sit down, gentlemen.
21  BY MS. LEE:
22  Q.    What, if anything, did you hear about the air
23  in the building at 2400 Canal Street?
24        THE COURT:
25           Rephrase.
26  BY MS. LEE:
27  Q.    Did you have any discussions about the air at
28  2400 Canal street?
29  A.    No.
30  Q.    What, if anything, did maintenance do if there
31  was a serious request regarding a particular smell
32  or odor?

ANDERSON v CITY class certification hearing 10/1/15
137

**Page 138**

1         MR. CLAYTON:
2            Objection, Judge.  It asks for -- it calls
3  for a speculative answer.
4         THE COURT:
5            Tell me what the question was again.  I
6  missed that word.
7  BY MS. LEE:
8  Q.    What, if anything, did maintenance do if there
9  was a service request regarding a smell or odor?
10        THE COURT:
11           What was your objection?
12        MR. CLAYTON:
13           I take it back now.  I didn't understand
14  it.  I withdraw it.  I'm sorry.
15        MS. LEE:
16           My accent?
17        MR. CLAYTON:
18           No, it has nothing to do with your accent.
19  BY MS. LEE:
20  Q.    What, if anything, did maintenance do if there
21  was a service request regarding a smell or odor?
22  A.    First, maintenance would come out and
23  investigate first.
24  Q.    Okay.  And do you recall whether or not
25  maintenance -- well, your crew, ever received a
26  service request for a smell or odor?
27  A.    Yes?
28        MR. CLAYTON:
29           Judge, object to hearsay response.
30        THE COURT:
31           Overruled.
32        THE WITNESS:

ANDERSON v CITY class certification hearing 10/1/15
138

**Page 139**

1            Yes.
2  BY MS. LEE:
3  Q.    Could you tell us what that involved?  Where
4  did the request come from?
5         THE COURT:
6            Two questions, when, where.
7         MS. LEE:
8            Okay.
9  BY MS. LEE:
10  Q.    What department made the request?
11  A.    The food stamp department out of 2400 Canal.
12  Q.    Where was the food stamp department located?
13  A.    On the first floor.
14  Q.    Okay.  Do you recall when that request came to
15  you?
16  A.    Not really, no.
17  Q.    What did maintenance do in response to that
18  request?
19  A.    We received the request about the odor, so we
20  went to 2400 Canal to the food stamp office location
21  on first floor.  Okay, so we walked around to try
22  and find out where the odor was coming from, okay,
23  so we did.
24  Q.    How many of you all were involved in that
25  check?
26  A.    It was about six of us.
27  Q.    Do you recall whether or not the food stamp
28  office was closed to the public while the, I guess,
29  investigation was going on?
30  A.    No, it wasn't closed.
31  Q.    It stayed open?
32  A.    It stayed open.  It was open, but it wasn't

ANDERSON v CITY class certification hearing 10/1/15
139

**Page 140**

1  open for business yet because it opened at a certain
2  time.  We were there early.
3  Q.    At the time of the day you went was before the
4  office hours?
5  A.    Before it was open, yes.
6  Q.    Okay.  What, if anything, did you observe when
7  you went to the food stamp office?
8  A.    The odor that we captured, like that we
9  smelled, was like an oily substance, like a charcoal
10  lighter starter fluid or something like that.
11  Q.    Okay.
12  A.    That's the smell that we captured.
13  Q.    Okay.  And where was -- did you look in any
14  other locations in the building?
15  A.    Well, in the office part, like the -- where
16  the food stamps -- where they keep the food stamps
17  at, it was just like adjacent to the whole area.  It
18  was a vault.  They kept them in the vault.  So most
19  of the smell was coming from out of the vault.
20  Q.    And what did you, your maintenance team,
21  conclude as to what was the source of the smell?
22  A.    It was coming from the food stamps.
23  Q.    That were in the vault?
24  A.    That were in the vault.
25  Q.    Did you smell that same smell you described
26  anywhere else in the building?
27  A.    No.
28  Q.    Did the City print the food stamps at 2400
29  Canal?
30  A.    I don't know.  I don't think so, no.
31  Q.    Did you ever see a printing shop there where
32  they printed any food stamps?

ANDERSON v CITY class certification hearing 10/1/15
140

**141**

```
1   A.   No.
2   Q.   After that incident, did maintenance ever
3   receive any other service request regarding any
4   other smells or odors at 2400 Canal Street?
5   A.   No.
6   Q.   Now, while you were at 2400 Canal Street, you
7   would work in the offices there, correct?
8   A.   Correct.
9   Q.   And what, if anything, did you notice about
10  the furniture or office desks at 2400 Canal Street?
11  A.   Nothing.
12  Q.   So you never saw any desk with any film or any
13  kind —
14        MR. CLAYTON:
15             Objection, leading.
16        MS. LEE:
17             Well, I already laid a foundation, Your
18        Honor, for whether or not —
19        THE COURT:
20             But you are asking a leading question.
21        Rephrase.
22        MS. LEE:
23             Okay.  That's fine.
24  BY MS. LEE:
25  Q.   Did you see anything on anyone's desk?
26  A.   No.
27  Q.   Besides paper and other things that you —
28  A.   No.
29        THE COURT:
30             You had to laugh at that one yourself,
31        didn't you?  You actually got away with it.
32        MR. CLAYTON:
```

ANDERSON v CITY class certification hearing 10/1/15

**142**

```
1             I'm not going to keep objecting.
2        MS. LEE:
3             I'm trying to do non-leading questions.
4   BY MS. LEE:
5   Q.   Mr. Terry, have you ever been diagnosed with
6   cataracts?
7   A.   No.
8   Q.   Glaucoma?
9   A.   No.
10  Q.   Or diabetes?
11  A.   No.
12  Q.   What, if anything, happened to your health
13  while you were work working at 2400 Canal Street?
14  A.   Nothing.
15  Q.   Did you ever — did you ever suffer from any
16  symptoms like sinus, allergies, itchy throat,
17  coughing, headaches prior to working at 2400 Canal
18  Street?
19  A.   Sinus.
20  Q.   Okay.  Do you know when that began,
21  approximately how much time before starting with the
22  City?
23  A.   Approximately six months to a year or
24  something like that, maybe.
25  Q.   And when it started, did you see a doctor for
26  that sinus problem?
27  A.   Yes, I did.
28  Q.   And did they do anything for you?
29  A.   Yes.  They gave me a shot and prescribed
30  medication.
31  Q.   Okay.  And did that help you?
32  A.   Yes, it did.
```

ANDERSON v CITY class certification hearing 10/1/15

**143**

```
1   Q.   Did it go away?
2   A.   It went away.
3   Q.   Okay.  And before starting to work for the
4   City in 1984, did you have any other episodes of a
5   sinus problem?
6   A.   No.
7   Q.   Okay.  While working at 2400 Canal, did you
8   ever experience any itchy or watering eyes while
9   working, there?
10  A.   No.
11  Q.   Did you ever experience any runny nose while
12  working there?
13  A.   No.
14  Q.   What about sore throat while working there?
15  A.   No.
16  Q.   No allergies — did you have any allergies
17  while working at 2400 Canal Street?
18  A.   Sinus later on.
19  Q.   I'll get there.
20  A.   Okay.
21  Q.   While you were working at 2400 Canal —
22  A.   No.
23  Q.   Thank you.
24        MR. CLAYTON:
25             I'm going to object.  I don't know what
26        later on means.  Not you, Mr. Terry.  I'm going
27        to ask that he finish whatever he was about to
28        say.
29        MS. LEE:
30             That's fine.
31  BY MS. LEE:
32  Q.   While you were working at 2400 Canal Street,
```

ANDERSON v CITY class certification hearing 10/1/15

**144**

```
1   did you experience any sinus problems?
2   A.   No.
3   Q.   After the City moved out of the building at
4   2400 Canal Street, did you ever suffer any of those
5   symptoms?
6   A.   Sinus.
7   Q.   About when, how long after?
8   A.   Maybe about two to three years or something
9   like that after I got out of the building, you know,
10  from going back to the building.
11  Q.   Was that a one-time event or an ongoing event
12  of the sinus problems?
13  A.   It was ongoing.
14  Q.   Okay.  Did you see a doctor for it?
15  A.   No.
16  Q.   Do you take any medication for it?
17  A.   Yes.
18  Q.   What do you take?
19  A.   Sudafed and some off-the-shelf medication,
20  like Vicks nasal spray and stuff like that, to open
21  up the sinus.
22  Q.   Okay.  What, if anything, do you attribute
23  your sinus problems to?
24  A.   Could you repeat the question?
25  Q.   What do you attribute your sinus problems to?
26  What do you think is causing them?
27  A.   I don't know.
28  Q.   Okay.  Do you — have you ever asked the
29  doctor what is causing your sinus problems?
30  A.   No.
31  Q.   Okay.  Since leaving — since the time you
32  started having your sinus problems three or four
```

ANDERSON v CITY class certification hearing 10/1/15

years after the employees moved out of 2400 Canal,
how often do you have these sinus problems?
A.    I would say like six months to a year apart or
something like that.  It may come back.
Q.    Every six months to a year, you get an
episode?
A.    Every six months to a year, yes.
Q.    Do you attribute that to being exposed to any
chemicals —
      MR. CLAYTON:
            Judge, here is my objection.  One, I think
      it's fundamentally unfair to ask him this line
      of questions because he has never been told
      what he was exposed to, and he is sitting up
      here now and making him give answers that he
      may be a class member in this suit.
THE COURT:
      Sustained.
MR. CLAYTON:
      Thank you.  He should have a lawyer to
      advise him.
MS. LEE:
      I will move on.
THE COURT:
      Thank you.
BY MS. LEE:
Q.    Do you know, Mr. Terry, if chemicals leaked or
were released at 2400 Canal Street?
A.    No.
Q.    Were you at 2400 Canal Street when the New
Orleans Police -- the New Orleans Fire Department
went there and employees were evacuated?

---

A.    No.
Q.    Was maintenance ever called to do any cleanup
work regarding a leak of chemicals at 2400 Canal
Street?
A.    No.
Q.    Do you know if any of your maintenance crew
was at 2400 Canal Street when the leak occurred?
A.    No.
Q.    No, you don't know?  Or no, they were not
there?
A.    They were not there.
Q.    Did you ever hear that there was a chemical
leak at the building?
A.    No, I didn't.
Q.    I'll ask that question again.
A.    Okay.
Q.    Did you ever hear that there was a chemical
leak at the building?
A.    No, I did not.
Q.    Okay.  Did you ever hear about a lawsuit
involving a chemical leak at the building?
A.    Yes, I did.
Q.    Okay.  When was that?
A.    About three years back.
Q.    From now or --
A.    From now, yeah.
Q.    Okay.  So we are looking at about 2012?
A.    Yes.
Q.    And where did you get that information from?
      MR. CLAYTON:
            Judge, anything is hearsay about who
      talked to him about it, it's all hearsay.

---

MS. LEE:
      I asked him where he got the information
      from.
MR. CLAYTON:
      Where he got it from is hearsay.
THE COURT:
      Overruled.  I will allow it.
THE WITNESS:
      A co-worker.
BY MS. LEE:
Q.    A coworker?
A.    Yes.
Q.    What department did the co-worker work in?
A.    Department of Property Management.
Q.    Did that co-worker -- did you hear any
information about any illnesses that coworker may
have had?
      MR. CLAYTON:
            Objection.
      THE COURT:
            Sustained.
BY MS. LEE:
Q.    Anyone else you discussed this case, the
lawsuit with?
      MR. CLAYTON:
            Same objection.
      THE COURT:
            Overruled.
      THE WITNESS:
            Yes.
BY MS. LEE:
Q.    Was that another coworker?

---

A.    Another co-worker.
      MS. LEE:
            Tender the witness, Your Honor.
            CROSS EXAMINATION
BY MR. STEWART:
Q.    Mr. Terry, you have looked at this photograph
right here that's been identified as 10-C, and I
just want to ask you, you have seen this, the
equipment and drums and materials and so forth,
correct?
A.    Uh-huh.
Q.    And does this photograph show the materials,
the drums, the equipment and so forth as you saw
them?
A.    No.
Q.    No?
A.    I mean from the way it looks now, it didn't
look like that then.
Q.    Okay.
A.    The way it look all corroded and stuff, it
didn't look like that then.  The equipment looked
like it had been used or whatever.
Q.    I'm sorry, that's exactly what you did say
earlier, and my fault —
      MR. CLAYTON:
            Here is my objection.  Asked and answered.
      THE COURT:
            Asked and answered.
      MR. STEWART:
            Well, I have already said that.
      MR. CLAYTON:
            Well then that's why I'm objecting.

THE COURT:

Hey, hey, hey.

BY MR. STEWART:

Q.    I don't mean the condition that these -- that this equipment is shown in, I mean the location and so forth and the order and so forth of those drums and that equipment, is that as you saw it?

MS. LEE:

Your Honor, he said he didn't even know where --

THE COURT:

Asked and answered.  Let's move on.

THE WITNESS:

I don't remember.

THE COURT:

Mr. Terry, you don't have to answer that question.  Let's move on.  He answered that question.

MR. STEWART:

I didn't think that he did, but I think that he just did, so.

BY MR. STEWART:

Q.    You gave us some testimony a moment ago about investigating a smell relative to the food stamp office.

A.    Yes.

Q.    Okay.  And I think you said that it was on the first floor, and I want to ask you this.  In this building, there was a basement, and then there were floors above it?

A.    Correct.

Q.    Was the food stamp office in the basement or

was it on the floor above the basement?

A.    First floor.

Q.    So that would be the floor above the basement?

A.    Correct.

MR. STEWART:

Okay.  I think that's all I have for you.

MR. FOSTER:

I have no questions, Judge.

THE COURT:

Thank you.

MR. FOSTER:

You're welcome.

MR. CLAYTON:

Mr. Terry, just a few questions.

THE COURT:

Mr. Clayton.

MR. CLAYTON:

I'm going to be short.

CROSS EXAMINATION

BY MR. CLAYTON:

Q.    Mr. Terry, I want to show you some pictures that we have introduced into evidence.  I haven't met you.  My name is Tony Clayton.  I've heard a lot about you.  How are you?

A.    Doing fine.

Q.    I'm not going to be long with you, okay?

A.    Okay.

Q.    I want to approach you, if the Judge lets me, and I'm going to show you some pictures.  Is that okay?

A.    That's okay.

Q.    All right.

THE COURT:

Can you tell Miss Lee what pictures you are showing him?

MR. CLAYTON:

I'm going to show him 10 in globo and 11 in globo.

MR. AMEDEE:

Tony, they are numbered on the back.

MR. CLAYTON:

Yes.

BY MR. CLAYTON:

Q.    Are you all right?  I'm going to stand by you, but not long, though, okay?

A.    Okay.

Q.    It's Thursday, and you want to get out of here.  This is 10 in globo, and I'm just going to show you these pictures, and tell me if anything does not look familiar to you.  In other words, if you -- I don't want to go through each one of them, but I am just going to show you 10 in globo quickly, and then I'm going to ask you some general questions about these pictures.  Okay?

A.    Okay.

Q.    You, when you were speaking with Miss Kim Lee, stated that when you got there in 1984, you really didn't -- you weren't a superintendent then, you just went to work there.  The first time you encountered that room, you told Judge Chase that that door was open, right?

MS. LEE:

Objection.  I don't remember him saying the door was open.

MR. AMEDEE:

Oh, yes.

THE COURT:

That was a part of his testimony.  His testimony was that when he would go down there, sometimes the door was open, sometimes it wasn't open.

BY MR. CLAYTON:

Q.    In fact, you told Judge Chase the first time you went down there, that door was open, right?

A.    I don't remember saying that.

Q.    Well, let me rephrase it.  Do you ever remember that door being open?

A.    Yes.

Q.    Do you remember seeing the barrels?

A.    Yes.

Q.    Did you open that door?

A.    No.

Q.    That door was wide open?

A.    Yes.

Q.    Who left that door open?

A.    I don't know.

Q.    Did people frequently go down there?  Did you observe people go down there all the time?

A.    That was a place of business, so they had offices down in that area, so maybe someone could have went in there, opened it and left it open.

Q.    Trust me, I am not blaming you.  I promise you, I want to be your friend.  That door was open -- I need you, you just don't know it.  You are good for me.  Trust me, you are good for me, so me and you are together on all my questions, trust me.

**Page 153**

1  So the Judge can know, the door was wide open,
2  wasn't it?
3  A.    Yes.
4  Q.    Now, you don't know what was inside those
5  barrels, do you?
6  A.    No.
7  Q.    Because they didn't tell you that, right?
8  A.    No.
9  Q.    Now your sinus problems, you have had to deal
10 with your sinuses running back there, sometimes your
11 eyes were watery.
12      MS. LEE:
13          Objection.  You are testifying.
14      MR. CLAYTON:
15          I am leading him.  I got him on cross.
16      THE COURT:
17          Can I rule?
18      MR. CLAYTON:
19          Yeah.  Go ahead, Judge.
20      THE COURT:
21          Are you sure, Mr. Clayton, that is okay
22  with you?
23      MR. CLAYTON:
24          I'm sorry.  I got him on cross.
25      THE COURT:
26          You are so busy trying to hurry up.  Let's
27  break some of these questions down because they
28  are very compound.
29      MR. CLAYTON:
30          You're right.  I'm sorry.
31      THE COURT:
32          Thank you.

ANDERSON v CITY class certification hearing 10/1/15
153

**Page 154**

1      MR. CLAYTON:
2          Me and you are still together.  This is
3  not mad for you.  I forgot what it was.
4      THE COURT:
5          You were asking about five questions in
6  one.  His sinuses going back --
7      MR. CLAYTON:
8          Oh, yeah.
9  BY MR. CLAYTON:
10 Q.    Nobody told you what you were exposed to in
11 those barrels.  You didn't know that, right?
12      MR. FOSTER:
13          Objection, Your Honor.  He has never
14  testified he was exposed.
15      THE COURT:
16          Rephrase your question.  Stop.  Let's go
17  off the record.
18          (Whereupon, there was a discussion off the
19  record).
20 BY MR. CLAYTON:
21 Q.    I am going to show you this.  When I was
22 showing you 10 in globo, see those guys there on 10
23 in globo, see what they got on?
24 A.    Uh-huh.
25 Q.    You -- that door was open when you walked in
26 there?
27 A.    Yes.
28 Q.    You were breathing air?  You were breathing
29 then, weren't you?
30 A.    Yes.
31 Q.    You were exposed to whatever air that was in
32 there, right?

ANDERSON v CITY class certification hearing 10/1/15
154

**Page 155**

1  A.    Not just me.
2  Q.    Not just you.  Who else?
3  A.    It was a place of business.
4  Q.    Everybody who was in there, right?
5  A.    (Witness nods head).
6  Q.    Correct?
7  A.    Correct.
8  Q.    I'm with you now.  I'm still with you.  Now
9  tell me this, and tell the Judge this.  Nobody, to
10 this day, told you what you were breathing that time
11 you were walking around that place, did they?
12 A.    No.
13 Q.    You are a pretty healthy man.  You been
14 healthy your entire life, right?
15 A.    Correct.
16 Q.    You never had no problem with sinuses when you
17 grew up, did you?
18 A.    No.
19      MS. LEE:
20          Objection.
21      THE COURT:
22          Overruled.
23 BY MR. CLAYTON:
24 Q.    Back to you, Mr. Terry.
25      THE COURT:
26          You can answer that.
27      THE WITNESS:
28          Before I started working with the City, I
29      had sinus problems.
30 BY MR. CLAYTON:
31 Q.    Did it get worse when you started working
32 there?

ANDERSON v CITY class certification hearing 10/1/15
155

**Page 156**

1  A.    No, it got better.
2  Q.    After you were working in that building?
3  A.    You didn't say in the building.  You said
4  the City of New Orleans.
5  Q.    I'm sorry.  I apologize.
6  A.    It got better.
7      MS. LEE:
8          I would just object.  I asked these
9  questions, and he answered them.
10      MR. CLAYTON:
11          That's why I am --
12      THE COURT:
13          Overruled.
14      MR. CLAYTON:
15          I want to ask every question you asked.  I
16  want to talk about it.
17 BY MR. CLAYTON:
18 Q.    Let me talk about this.  Relatively healthy
19 man, right?
20 A.    Yes.
21 Q.    When did you start wearing glasses?
22 A.    When I started working for the City.
23 Q.    After you were working at 2400.  Come on, you
24 with me here.  After that time, right?
25 A.    That's the truth.
26 Q.    I know it's the truth.  I believe it is.  Now
27 let's talk about this.  Those barrels, Miss Kim Lee,
28 and I like her, too, asked you that you didn't know
29 what was in those barrels?
30 A.    I didn't.
31 Q.    You never went in that room to get by those
32 things, did you?

ANDERSON v CITY class certification hearing 10/1/15
156



**Page 157**

1  A.   I was in the room.
2  Q.   You went in that room?
3  A.   Yeah.
4  Q.   You walked inside that room?
5  A.   I walked in, I saw what was in the room, just
6  like I said earlier, a lot of equipment that was
7  mixed in with barrels and stuff that was in there.
8  The same thing I see now.
9  Q.   All right.  Now, were you in charge of
10  changing the air conditioner filters?
11  A.   No.
12  Q.   What about your guys, the people who was
13  working there?
14  A.   No, not the guys that went in with me.
15  Q.   Did you ever have to change air condition
16  filters as a maintenance worker for the City?
17  A.   No.
18  Q.   Do you change them at home?
19  A.   Yes.
20       MS. LEE:
21           Objection, Your Honor.  He is going beyond
22       the scope.
23       THE COURT:
24           Relevance?
25       MR. CLAYTON:
26           Because I'm going to go somewhere and ask
27       you —
28  BY MR. CLAYTON:
29  Q.   Your common knowledge of changing air
30  conditioner filters and why do you change them?
31       MS. LEE:
32           Objection, Your Honor.  He previously

ANDERSON v CITY class certification hearing 10/1/15
157

**Page 158**

1  testified —
2  THE COURT:
3       Sustained.  Sustained.
4  MR. CLAYTON:
5       Well, Judge, let me tell you where I'm
6  going with it.  Because I change air
7  conditioner filters at my house, and I change
8  them because they collect —
9  THE COURT:
10      It is not relevant what you do at home.
11  MR. CLAYTON:
12      Cross-examination, I think, Your Honor,
13  is —
14  THE COURT:
15      No.
16  MR. CLAYTON:
17      Let me argue this point and try and make
18  you understand.  If not, I'll move on.
19  Cross-examination is to the entire case.  If I
20  have a gentleman who is the maintenance
21  supervisor, who may have changed air filters
22  would say, why you change the filters?  Because
23  they collect dust, and they suck up dust, and
24  you change them.  If the air conditioner is
25  working, sometime you can't pull them out.
26      Because I heard testimony from Mr. — Dr.
27  Rasmuson and all these other folks about
28  whether or not the air, particles in the air,
29  whatever, did not pass through that —
30  THE COURT:
31      I understand that, Mr. Clayton.  However,
32  the fact that Mr. Terry has already testified

ANDERSON v CITY class certification hearing 10/1/15
158

**Page 159**

1       that —
2  MR. CLAYTON:
3       I will move on.
4  THE COURT:
5       — he did not do that, I think that that
6  is why he is not competent to testify on this
7  issue.
8  MR. CLAYTON:
9       Okay.
10  MS. LEE:
11      Thank you.
12  BY MR. CLAYTON:
13  Q.   Have you ever met any of these lawyers,
14  Mr. Terry?
15  A.   Negative.
16  Q.   Mr. Darryl Foster, I know this is your lawyer,
17  and Mr. Stewart are the lawyers.
18  MR. STEWART:
19      Never met him.
20  MR. FOSTER:
21      Not until he walked in the courtroom.
22  BY MR. CLAYTON:
23  Q.   Let's talk about the folks — Miss Kim Lee
24  asked you about where did you enter the building
25  when you entered the building?
26  A.   Sometime in the rear, sometime in the front,
27  sometime on the side.
28  Q.   So are the entrances to this building all on
29  the first-floor level?
30  A.   Yes.
31  Q.   And the room that contained those barrels,
32  where is it in relation to all of the entrances?

ANDERSON v CITY class certification hearing 10/1/15
159

**Page 160**

1  A.   The basement entrance.
2  Q.   And the basement entrance, when folks —
3  A.   First floor entrance.
4  Q.   Is where that building —
5  A.   Yeah.
6  Q.   So the folks who walked through the first
7  floor, they gotta pass by it, right?
8  A.   Gotta pass by it.
9  Q.   And what if the door was open when they passed
10  by it, Mr. Terry?  You can't say it wasn't —
11  MS. LEE:
12      Objection, Your Honor.  I don't understand
13  what —
14  THE COURT:
15      How is he going to testify — he does not
16  know what would happen.  They would just walk
17  past the door.
18  MR. CLAYTON:
19      I'll move on.
20  THE COURT:
21      Thank you.
22  BY MR. CLAYTON:
23  Q.   So I guess I will leave that alone and say
24  this, that door being open, you can't tell this
25  Judge whether or not you knew when it was closed or
26  open, other than the times that you saw it, correct?
27  A.   Correct.
28  Q.   Let's talk about the complaint that you got
29  from the food stamp office.  Who did they complain
30  to?  Did they complain to you?
31  A.   They called the Department of Property
32  Management, made their complaint on a form of

ANDERSON v CITY class certification hearing 10/1/15
160

1  complaint.
2  Q.    All right.  And what did you do to try to
3  determine the source of the smell?  Did you bring
4  any little smell detector equipment in there with
5  you to try to see where chemicals were emanating
6  from, anything of that nature?
7       MS. LEE:
8            Objection.
9       MR. FOSTER:
10           Objection, Your Honor.  He never said the
11      chemicals were emanating from anywhere.
12      THE COURT:
13           Rephrase.
14  BY MR. CLAYTON:
15  Q.    Did you bring any type of equipment that was
16  able to discern any chemicals in the air, where this
17  source of odor that they are were smelling emanated
18  from or came from?
19  A.    No.
20  Q.    You just use your nose and say, oh, it's
21  coming out of the vault?
22  A.    What happened was that we were brought into
23  the food stamp office.  The odor was in the food
24  stamp office, okay.  So they didn't know exactly
25  where it was coming from, okay.  So we started
26  searching around, around and around, outside of the
27  area, inside the area, and then we moved on to the
28  vault.  So the strongest smell was in the vault.
29  Q.    I understand.  Let me ask you this.  Are you
30  sure, and Mr. Stewart was going there with you, are
31  you sure that the food stamp area office where you
32  guys went to was not on the same floor where these

1  barrels are located or were located?
2  A.    It's possible.  I don't remember.  I really
3  don't recall, but it's possible.
4  Q.    All right.  And if other folks -- if another
5  person who was there said that they smelled a smell
6  that -- rotten eggs or whatever smell there was, you
7  can't tell if the folks from the food stamp office
8  who complained about a smell was complaining about
9  smelling the same thing other folks were smelling?
10      MR. FOSTER:
11           Objection, Your Honor.  It's pure
12      speculation.  He can't say what other people
13      may have been smelling.
14      MR. CLAYTON:
15           You know, I object to --
16      THE COURT:
17           For this witness, this is Miss Lee's
18      witness, so if you have an objection -- you
19      didn't ask any questions of the witness, so if
20      you have an objection, why don't you give it to
21      Miss Lee so that she can make that objection.
22      But I note that objection, and I am going to
23      overrule it.
24      MR. CLAYTON:
25           My response, Judge, is I asked Ms. Kim Lee
26      that when she asked about did other folks tell
27      you about the smell, and she opened the door to
28      it, and that's why --
29      THE COURT:
30           I overruled it.
31      MS. LEE:
32           But she overruled it.

1       MR. CLAYTON:
2            Oh, you did?
3       THE COURT:
4            Yes.
5       MR. CLAYTON:
6            No, no.  Have you ruled on his objection?
7       THE COURT:
8            I overruled it.
9       MR. CLAYTON:
10           Oh, okay.  So I can keep going?  I'm
11      sorry.  I didn't know, Judge.
12      THE COURT:
13           You were so busy talking after I ruled.
14  BY MR. CLAYTON:
15  Q.    So that's the point I want to make.  When they
16  bring you in here, Mr. Terry, about who smelled
17  what, there is no DNA on smell.  If the folks say
18  that they smelled something in that place, you
19  thought it was glue or whatever, it was an unusual
20  smell?
21      MS. LEE:
22           Objection, Your Honor.
23      Mischaracterization of what he testified to.
24      He never said anything about glue.
25      THE COURT:
26           He described it in a way that I had not
27      heard before, but I do not remember what his
28      exact -- you said that you smelled something?
29      THE WITNESS:
30           An oily smell, something like an oily
31      smell like --
32      THE COURT:

1            Mischaracterization.  So rephrase,
2       Mr. Clayton.
3  BY MR. CLAYTON:
4  Q.    Inside the vault, have you ever -- you say you
5  went inside the vault?
6  A.    Uh-huh.
7  Q.    Did you see the air conditioning unit inside
8  the vault?
9       MS. LEE:
10           Objection.
11      THE COURT:
12           What is your objection?
13      MS. LEE:
14           He is assuming facts not in evidence.  He
15      never said that there was an air condition unit
16      in the vault.
17      MR. CLAYTON:
18           I'm asking him.
19      THE WITNESS:
20           No.
21      THE COURT:
22           Overruled.
23  BY MR. CLAYTON:
24  Q.    There was none?
25  A.    I didn't see it.
26  Q.    Okay.  Miss Kim Lee asked you about the top
27  floors and all the other floors in the building.
28  Did you frequent all floors in the building?
29  A.    Not that I recall.
30  Q.    So you can't answer that either, can you,
31  Mr. Terry?
32  A.    I can't answer that.

1  Q.   Well, let me recap and set down what you said
2  to her.  You don't know anything about what was
3  inside those barrels, right?
4       MR. STEWART:
5            Your Honor, I'm going to object to form.
6       MS. LEE:
7            Objection.
8       MR. STEWART:
9            He is just trying to repeat what this man
10      has said.
11      MS. LEE:
12           Objection, asked and answered.
13      MR. CLAYTON:
14           I'm going to move on.
15 BY MR. CLAYTON:
16 Q.   Let me ask you this, and then I'm going to
17 really sit down after about five questions.  The
18 City of New Orleans, according to your knowledge,
19 had nothing to do with putting those barrels there,
20 did they?
21 A.   I don't know.
22      MR. FOSTER:
23           Objection, Your Honor.  He said he didn't
24      know.
25      MS. LEE:
26           Your Honor, it's been asked and answered.
27      THE COURT:
28           Asked and answered.
29 BY MR. CLAYTON:
30 Q.   Did the City of New Orleans ask you to place
31 those barrels there?
32 A.   No.

1  Q.   Did the City of New Orleans ask you to use any
2  substance out of those barrels?
3  A.   No.
4  Q.   Have you seen anybody from the City of New
5  Orleans do anything with those barrels?
6  A.   No.
7       MR. CLAYTON:
8            No further questions.
9       THE COURT:
10           Redirect?
11      MS. LEE:
12           No, Your Honor.
13      THE COURT:
14           Thank you, Mr Terry.
15      THE WITNESS:
16           Thank you, Judge.
17      THE COURT:
18           Take care.  Watch your step.  Don't fall.
19      THE WITNESS:
20           I got it.
21      MR. FOSTER:
22           Pan American rests.
23      MS. LEE:
24           The City rests.
25      THE COURT:
26           Okay.  All right.
27
28
29
30
31
32

1                CERTIFICATE
2
3
4       This certificate is valid only for a
5  transcript accompanied by my original signature and
6  original required seal on this page.
7
8
9       I, PATRICIA O'BRIEN,
10 Official Court Reporter in and for the State of
11 Louisiana, employed as an official Court Reporter by
12 the Civil District Court of Orleans Parish for the
13 State of Louisiana, as the officer before whom this
14 testimony was taken, do hereby certify this
15 proceeding was reported by me in the stenotype
16 reporting method, was prepared and transcribed by me
17 or under my direction and supervision, and is a true
18 and correct transcript, to the best of my ability
19 and understanding; that the transcript has been
20 prepared in compliance with transcript format
21 guidelines required by statute or by rules of the
22 board or by the Supreme Court of Louisiana, and that
23 I am not related to counsel or to the parties
24 herein, nor am I otherwise interested in the outcome
25 of this matter.
26
27
28
29 
30       PATRICIA O'BRIEN, REPORTER
          CERTIFIED COURT REPORTER
          LOUISIANA CCR NO. 83035 a
31
32

'62 [1] 5/27
'66 [1] 5/27
'83 [1] 42/8
'84 [1] 42/8
'86 [2] 114/14 131/16

.
.00001N [1] 107/11
.0387 [1] 65/27
.0387 percent [1] 65/27
.1 [1] 68/12
.23 [2] 105/16 105/17
.23 meters [1] 105/17
.488 [2] 123/10 123/30

0
04518 [1] 90/27

1
1 percent [1] 81/16
1,100 [4] 119/18 119/20 120/4 121/6
10 [8] 19/27 20/14 21/25 151/5 151/16 151/20 154/12 154/22
10 percent [3] 94/6 94/14 94/15
10-C [1] 148/7
10-minute [1] 60/22
10201 [1] 5/1
10C [2] 135/2 135/10
10E [4] 91/23 133/21 134/5 134/25
10th [5] 62/17 62/20 62/23 63/1 63/16
11 [2] 7/11 151/5
12 [9] 31/24 31/27 31/30 31/31 32/6 37/15 47/9 56/8 105/18
124 [1] 2/10
1249 [1] 77/5
126 [1] 2/13
1283 [2] 30/5 30/6
12:20 [1] 89/26
13 percent [5] 32/20 32/23 37/29 73/24 74/30
144 [1] 119/19
148 [1] 2/14
15 [7] 19/27 20/14 21/25 52/26 58/5 93/8 116/6
15 percent [2] 73/24 74/31
15-minute [1] 60/24
150 [1] 2/15
1540 [1] 129/10
17 [1] 93/21
17,000 [1] 16/13
1962 [2] 57/31 58/1
1970 [1] 5/29
1977 [1] 6/9
1980s [1] 85/32
1983 [1] 114/26
1984 [5] 114/14 126/23 129/5 143/4 151/25
1987 [2] 19/23 58/1
1990 [1] 6/10
1996 [1] 6/22
1999 [7] 42/8 62/3 63/16 85/32 114/27 122/2 129/6
1:30 [1] 89/27

2
2 percent [3] 11/21 11/22 85/26
20 [1] 2/6
2000 [1] 129/8
2000-7489 [2] 1/5 3/13
2002 [2] 127/6 127/16
2009 [2] 126/20 127/14
2012 [1] 146/27
2014 [3] 23/17 23/17 23/26
2015 [1] 1/16
24 [2] 112/5 112/8
2400 [39] 1/9 25/5 25/12 127/17 127/23 127/24 127/30 128/2 128/21 128/30 129/14 130/3 130/25 130/26 131/6 134/29 136/15 136/30 137/23 137/28 139/11 139/20 140/28 141/4 141/6 141/10 142/13 142/17 143/7 143/17 143/21 143/32 144/4 145/1 145/28 145/30 146/3 146/7 156/23
25 [1] 2/7
28 [1] 90/27

3
30 [1] 58/5
30 feet [2] 81/13 81/17
35 [1] 94/16
35 percent [1] 39/13
36 [1] 112/5
38 percent [10] 38/24 38/29 39/14 44/27 73/23 74/17 75/15 94/17 105/23 105/25
387 [3] 65/26 66/22 66/26
39 percent [1] 94/16

4
40 [2] 39/11 52/8
40 percent [1] 99/2
43rd [1] 5/2
45 [1] 60/17
4:30 [1] 90/5

5
5 percent [1] 11/20
5.2 [1] 96/4
5.6 [2] 65/29 66/1
50 [1] 52/8
50 percent [1] 39/11
500 [1] 67/14
5034 [1] 127/1
55-gallon [4] 90/29 99/19 132/18 132/28

6
6.2 [1] 65/24
6.4 [2] 107/21 107/25
6.4,and [1] 107/31
6.45 [2] 65/17 65/22

7
7 percent [1] 32/20
7.48 [1] 65/8
702 [2] 23/18 39/7
71 [1] 5/5
7489 [2] 1/5 3/13
7:30 [1] 63/16

8
80033 [1] 5/2
83035 [1] 167/30

9
90 [1] 2/8
96 [1] 2/9
99 [1] 21/5
9th [5] 62/2 62/13 62/27 62/29 122/2

A
a.m [1] 63/16
ability [1] 167/18
able [6] 10/21 42/15 43/18 53/26 93/1 161/16
abnormal [1] 84/16
about [173]
above [19] 1/13 4/16 52/14 53/18 54/2 70/2 72/30 72/30 73/4 74/18 75/20 82/29 83/2 102/13 113/25 126/3 149/30 150/1 150/3
above-captioned [1] 1/13
above-entitled [2] 4/16 126/3
absolute [2] 39/3 46/8
absolutely [6] 33/15 35/30 57/12 71/14 84/14 88/13
absorption [1] 64/28
abstracts [1] 19/6
Academy [7] 26/12 26/13 26/21 28/18 48/22 61/3 81/28
accent [2] 138/16 138/18
accept [2] 24/8 25/16
acceptable [2] 49/32 50/4
accepted [1] 20/4
accompanied [1] 167/5
according [6] 21/3 92/21 99/19 100/20 128/9 165/18
account [7] 27/29 47/14 48/9 48/30 57/5 66/31 101/18
accurately [2] 97/18 104/8
ACGIH [4] 49/13 51/4 52/4 53/17
acid [166] 21/32 23/3 23/10 24/32 30/9 30/10 31/6 31/9 31/11 31/14 31/14 31/20 31/24 31/28 32/16 32/19 33/9 33/9 36/4 36/4 36/5 36/5 36/12 37/17 37/18 37/32 38/1 38/1 38/5 38/22 38/24 38/30 39/13 40/12 40/12 40/25 40/25 41/13 41/18 41/24 42/14 43/9 43/10 44/21 44/22 44/25 44/27 44/30 44/32 45/14 45/16 45/17 47/4 47/10 47/20 48/6 48/7 48/11 48/15 51/2 51/4 51/13 51/22 51/23 53/6 53/9 54/3 54/13 56/13 57/6 57/7 58/2 58/7 58/13 58/16 58/30 59/25 59/26 61/19 61/19 65/14 68/8 68/25 70/18 73/23 73/24 73/25 74/17 74/31 74/31 75/1 75/4 75/5 75/10 75/15 76/12 80/17 80/18 80/27 81/2 84/1 84/4 84/5 84/8 84/20 86/8 86/9 90/30 94/8 94/9 96/28 97/31 99/20 100/3 100/4 101/9 101/11 101/13 101/14 101/15 101/23 101/24 101/26 101/32 102/2 102/5 104/5 104/22 105/23 106/3 106/31 107/5 107/10 107/13 107/17 107/24 107/27 107/31 109/16 109/22 109/24 109/29 110/8 110/21 110/27 111/11 111/13 111/26 112/14 112/28 113/5 113/16 113/10 115/5 115/16 117/21 122/7 122/21 122/30 123/1 123/21 124/17

85/25 68/13 70/3 91/18 92/30 93/4 97/19 99/1 99/6 99/20 100/4 100/19 101/3 118/13
acids [20] 15/5 20/2 34/29 34/31 34/31 34/32 35/13 36/5 40/25 41/21 47/31 58/6 75/12 86/17 99/30 101/28 106/22 117/7 117/18 118/21
acknowledged [1] 69/9
act [1] 53/27
action [6] 14/13 14/20 17/25 17/26 17/27 17/28
actions [1] 79/29
active [1] 18/11
activity [1] 44/28
actual [3] 11/20 33/16 97/20
actually [18] 5/8 8/23 9/16 13/8 29/2 29/32 39/16 42/9 44/25 46/17 59/12 60/23 63/14 78/5 78/8 91/19 110/25 141/31
acute [10] 53/8 53/12 53/14 54/2 58/15 58/19 58/30 59/10 59/10 106/13
adaptation [1] 10/11
adapts [1] 84/26
added [1] 23/26
addition [1] 113/5
additional [1] 134/23
address [2] 4/27 4/31
adjacent [2] 76/6 140/17
adjust [2] 44/26 70/28
adjustors [1] 91/11
administration [1] 107/26
admissible [1] 54/29
admit [8] 32/13 37/20 37/23 68/19 71/10 71/11 71/12 111/17
admitted [1] 24/3
admittedly [2] 76/13 125/19
advances [1] 15/30
advantage [1] 105/28
adverse [6] 49/23 49/26 49/29 50/29 51/26 53/16
advise [2] 25/26 145/21
affect [2] 95/4 95/19
affidavits [3] 120/10 120/13 120/14
affirmed [2] 4/16 126/3
afforded [1] 98/10
afield [1] 15/28 108/6
after [23] 4/15 15/16 16/22 16/22 19/22 44/17 105/11 105/12 112/5 124/23 126/2 127/11 131/12 141/2 144/3 144/7 144/9 145/1 156/2 156/23 156/24 163/13 165/17
afternoon [1] 126/9
again [17] 5/23 7/14 31/6 32/16 37/18 39/9 55/10 58/15 73/21 81/24 85/21 98/19 102/9 112/32 115/1 138/5 146/15
age [5] 34/10 35/10 35/11 120/28 121/18
agencies [2] 49/12 49/13
agency [2] 26/22 110/23
Agent [1] 124/29
agents [3] 17/24 38/6 91/11
ago [2] 38/15 149/23
agree [12] 16/1 24/7 28/31 57/26 63/18 79/1 79/20 106/3 107/8 112/16 112/18 113/29
ahead [8] 3/18 22/12 56/5 74/12 80/26 82/8 103/10 153/19
aid [1] 101/25
AIHA [2] 16/32 17/13
air [83] 9/21 9/23 19/10 19/12 22/5 22/6 22/14 22/22 22/28 25/4 25/5 25/12 28/6 31/16 43/11 54/19 54/22 54/24 54/25 57/6 58/8 62/1 62/6 63/6 64/25 64/29 64/29 65/13 65/27 65/32 66/4 66/9 66/21 66/30 66/32 70/14 74/26 76/18 76/20 77/30 79/28 80/30 80/31 94/11 94/21 94/21 95/2 95/7 95/7 95/17 95/18 95/19 95/24 96/3 107/17 109/20 110/28 110/29 110/31 113/30 115/12 123/13 123/30 124/28 128/3 136/16 136/20 137/1 137/22 137/27 154/28 154/31 157/10 157/15 157/29 158/6 158/21 158/24 158/28 158/28 161/16 164/7 164/15
airborne [6] 48/10 56/12 86/1 86/12 86/17 107/24
AL [1] 1/11
alert [1] 72/8
all [109] 1/8 13/28 15/14 16/19 18/27 20/13 24/22 24/27 25/31 26/10 27/9 27/28 30/4 30/18 31/32 32/5 32/11 32/12 33/9 35/8 37/17 40/27 44/18 46/15 47/14 47/23 48/30 50/6 50/25 56/23 56/32 57/3 58/4 62/7 62/8 64/9 64/25 67/17 67/28 68/19 70/3 70/12 71/9 71/15 71/24 71/29 73/12 75/31 83/14 88/3 88/3 89/9 89/27 89/29 89/32 90/31 93/1 96/17 100/15 101/21 101/23 103/20 109/19 111/3 112/23 115/5 116/26 117/20 118/21 119/11 121/3 121/30 123/1 123/8 123/24 125/8 125/20 125/23 129/23 129/26 129/26 130/1 130/6 133/26 134/14 134/20 134/21 135/2

## A

all... [20]  136/6 136/11 136/14 139/24 146/32
148/20 150/6 150/32 151/12 152/24 152/32
157/9 158/27 159/28 159/32 161/2 162/4
164/27 164/28 166/26
alleged [2]  88/10 124/23
allergic [1]  60/5
allergies [3]  142/16 143/16 143/16
allow [2]  103/7 147/7
allowed [2]  6/29 82/4
allows [1]  78/26
alloy [1]  68/6
almost [2]  21/26 93/28
alone [1]  160/23
along [9]  7/7 9/10 57/15 57/16 81/4 81/19
109/25 111/6 127/9
already [13]  15/8 15/17 36/16 59/7 67/21
81/7 84/13 117/15 117/16 117/27 141/17
148/30 158/32
also [30]  6/17 8/19 11/3 11/24 12/3 13/10
13/20 14/6 14/25 19/27 25/4 27/27 28/1 28/10
30/11 31/22 40/14 50/30 51/2 52/13 56/10
56/16 56/16 56/19 64/19 76/6 102/1 102/18
107/26 113/6
alternative [2]  43/5 89/4
Aluma [6]  31/25 32/14 32/15 32/19 45/1
46/16
Aluma-Brite [6]  31/25 32/14 32/15 32/19
45/1 46/16
aluminum [2]  44/31 44/32
always [6]  17/25 20/9 53/27 61/17 98/3
128/30
am [40]  6/14 6/19 8/32 10/8 13/22 18/24 24/8
34/6 34/6 34/9 39/19 43/1 46/23 46/24 46/26
47/9 47/14 62/22 66/15 79/21 81/18 83/6 85/20
87/7 88/13 90/14 94/20 96/21 103/7 127/19
128/25 134/3 151/20 152/28 153/15 154/21
156/11 162/22 167/23 167/24
ambassador [1]  15/20
AMEDEE [2]  1/20 3/23
amended [1]  23/17
amendment [1]  23/17
AMERICAN [21]  1/23 3/31 6/7 6/24 7/9
11/4 11/8 11/18 12/3 12/6 12/10 12/11 12/23
15/18 15/19 16/27 27/13 27/26 73/16 85/28
166/22
Ames [1]  5/28
among [3]  19/29 19/32 20/2
amongst [1]  19/11
amount [7]  53/13 56/15 70/29 75/16 104/21
121/19 122/3
ampersand [1]  5/1
analyses [3]  28/5 102/19 118/10
analysis [15]  47/16 70/9 70/10 71/16 72/1
72/7 72/14 73/22 73/29 74/1 76/32 88/10
117/22 120/31 124/21
analytic [7]  8/10 9/27 10/27 20/26 40/23
69/29 85/26
analytical [10]  5/31 13/30 14/4 14/27 20/6
25/18 25/27 32/25 102/11 118/14
analyze [1]  26/4
analyzed [1]  21/18
and/or [2]  17/4 18/26
ANDERSON [13]  1/7 3/13 3/21 40/3 41/15
42/6 86/19 87/28 105/2 112/20 114/20 115/17
133/30
Anderson's [3]  42/4 114/21 124/17
anecdotal [1]  111/24
animal [2]  17/30 107/20
animals [2]  10/8 14/22
another [14]  8/23 12/8 30/12 37/18 40/5 43/8
43/19 60/16 99/14 103/16 105/20 147/32
148/1 162/4
answer [23]  33/20 46/28 98/9 98/10 98/11
101/26 103/2 104/11 108/12 109/10 119/10
119/13 119/28 121/12 121/14 122/4 122/30
127/20 138/3 149/16 155/26 164/30 164/32
answered [9]  108/11 148/26 148/28 149/12
149/17 156/9 165/12 165/26 165/28
answers [1]  145/15
anticipation [2]  7/28 50/19
any [98]  6/2 12/12 17/7 17/9 21/20 25/32
30/17 31/31 34/15 45/25 46/6 46/8 49/10
52/10 54/6 54/10 54/11 55/20 55/21 57/8 57/9
59/19 61/14 62/5 63/8 63/32 64/1 64/1 64/2
66/6 72/11 72/11 73/31 76/4 76/26 82/11
82/22 82/22 83/2 85/30 85/30 87/31 88/1
92/26 95/26 97/25 98/7 99/11 99/22 99/28
100/19 101/3 101/11 105/5 113/9 115/26
120/26 122/21 125/7 127/9 127/17 127/23
127/31 128/30 129/22 130/15 131/5 132/13
133/2 136/28 136/31 137/27 140/13 140/32
141/3 141/3 141/12 141/12 141/12 142/15
143/4 143/8 143/11 143/16 144/1 144/4

anybody [2]  78/32 166/4
anyone [2]  136/32 147/23
anyone's [2]  34/4 141/25
anything [30]  58/27 59/19 65/21 68/17 92/3
92/29 102/28 116/28 132/30 133/4 135/12
136/15 136/19 136/32 137/22 137/30 138/8
138/20 140/6 141/9 141/25 142/12 142/28
144/22 146/31 151/17 161/6 163/24 165/2
166/5
anyway [3]  51/9 91/30 129/9
anywhere [5]  57/9 67/15 68/29 140/26
161/11
apart [1]  145/3
apologize [4]  7/13 7/21 86/29 156/5
apparatus [5]  57/25 58/11 110/13 110/18
110/23
apparently [9]  30/5 45/2 48/13 56/11 64/5
97/28 114/4 116/22 117/5
appear [8]  47/21 64/7 92/8 92/13 99/14
122/24 134/27 136/6
appearances [2]  1/18 3/16
appeared [2]  48/11 122/32
appears [5]  40/19 41/16 47/16 76/25 136/10
application [1]  16/30
applied [2]  24/2 120/20
applies [1]  114/15
apply [3]  10/31 71/9 114/17
appreciate [2]  57/15 60/26
approach [3]  61/13 133/14 150/28
approximately [7]  121/6 127/27 129/19
131/8 131/26 142/21 142/23
aqua [4]  84/17 111/16 111/18 111/20
are [284]
area [22]  22/30 41/24 43/6 57/12 61/16 74/27
76/12 77/26 82/28 86/4 99/31 101/29 113/28
113/32 114/11 122/12 130/5 140/17 152/26
161/27 161/27 161/31
areas [9]  8/26 10/32 18/25 25/2 25/19 36/11
67/2 75/28 78/4
aren't [5]  31/18 38/25 64/13 64/20 115/14
argue [1]  51/29 114/6 158/17
arm [1]  27/21
Armour [1]  86/20 87/28 124/18
arose [1]  23/8
around [12]  23/10 36/19 68/1 81/15 109/14
131/16 135/23 139/21 155/11 161/26 161/26
161/26
arrive [2]  46/8 85/29
arrived [1]  114/27
arriving [1]  26/8
article [3]  23/18 69/8 78/30
articles [1]  69/13
as [184]
asbestos [13]  12/26 19/25 21/10 21/20 21/27
21/30 22/20 24/30 73/5 102/23 102/27 103/12
113/7
asbestos-containing [1]  102/23
aside [1]  112/32
ask [51]  6/14 8/15 16/11 16/25 22/11 22/13
25/6 33/3 34/20 42/3 43/1 51/12 51/15 51/19
52/1 54/7 56/22 65/5 66/8 69/16 69/28 73/21
77/31 78/9 79/18 83/24 84/27 85/2 85/9 88/6
89/29 93/9 93/23 100/16 111/32 120/15
124/18 125/2 143/27 145/12 146/15 148/8
149/28 151/21 156/15 157/26 161/29 162/19
165/16 165/30 166/1
asked [27]  25/25 25/29 25/30 90/20 94/26
98/6 100/28 102/28 108/5 116/5 124/14
124/17 144/28 147/2 148/26 148/28 149/12
156/8 156/15 156/28 159/24 162/25 162/26
164/26 165/12 165/26 165/28
asking [7]  73/30 78/7 96/13 96/27 141/20
154/5 164/18
asks [1]  138/2
aspect [1]  12/17
aspects [4]  6/8 7/3 16/20 17/29
assessed [1]  46/18
assessment [44]  8/20 12/20 12/26 12/27
12/29 13/19 16/20 16/25 18/5 18/17 18/19
18/31 19/1 22/19 25/31 26/10 26/17 26/28
26/31 27/2 28/2 28/18 29/13 29/14 45/23
45/26 46/9 48/27 48/31 61/4 61/5 63/9 64/21
64/30 71/15 75/7 75/8 75/9 76/5 76/26 81/21
81/28 88/16 125/5
assessments [2]  7/31 16/26
assignments [1]  17/9
assist [1]  23/20
assistant [1]  111/8
associated [11]  19/6 27/10 40/8 40/11 44/31
56/17 63/23 82/27 95/26 107/6 120/9
Association [7]  11/5 11/9 11/18 12/24 15/18
15/20 16/28
assume [12]  31/30 42/31 43/4 77/12 97/5

assumed [13]  31/26 32/23 56/8 101/18
101/22 104/18 105/15 105/18 105/19 105/22
116/27 117/22 121/32
assuming [9]  47/9 70/24 80/11 80/16 95/2
99/5 102/29 118/30 164/14
assumption [11]  23/2 23/6 23/8 31/30 43/1
43/2 56/7 99/7 99/9 99/16 117/28
assumptions [13]  29/1 70/21 70/21 76/32
78/19 78/22 82/3 101/21 104/18 104/25
104/26 104/31 105/15
atmosphere [3]  63/25 110/21 123/17
atmospheres [1]  63/26
atoms [1]  38/14
attacked [3]  34/29
attain [2]  7/10 11/7
attempt [3]  77/22 120/22 120/23
attempting [1]  26/4
attended [1]  5/26
attention [4]  28/23 90/26 90/28 91/31
attorney [2]  119/23 119/26
attorneys [2]  105/31 108/14
attribute [3]  144/22 144/25 145/8
authoritative [1]  69/9
available [2]  55/16 117/13
Avenue [1]  5/2
average [2]  52/26 66/23
averages [1]  106/18
avoid [3]  36/9 36/14 125/17
award [1]  17/6
awards [1]  17/2
aware [3]  92/28 113/4 114/23
away [12]  8/5 69/26 69/26 76/15 76/17 81/8
81/13 81/17 113/31 141/31 143/1 143/2
awhile [4]  44/17 114/31 137/7 134/15

## B

BA [1]  5/27
back [21]  5/32 9/31 12/30 22/1 54/7 60/23
73/12 87/13 87/17 87/22 89/26 103/8 109/26
138/13 144/10 145/4 146/24 151/8 153/10
154/6 155/24
background [6]  5/11 5/24 66/31 73/4 103/3
104/4
backwards [1]  124/21
bad [2]  110/7 123/29
balance [2]  41/7 82/23
ball [1]  77/4
barrel [6]  90/21 91/32 92/1 92/2 92/6 116/15
barrels [62]  23/10 46/17 91/19 91/21 91/24
97/10 97/11 98/26 99/6 99/26 99/27 101/23
105/7 114/3 116/12 116/17 117/31 118/21
122/1 122/22 123/5 124/3 131/5 131/9 131/11
131/19 131/32 132/9 132/11 132/16 132/17
132/19 132/22 132/28 132/31 132/32 133/5
134/9 134/10 134/14 134/17 134/20 134/22
134/23 134/27 135/18 135/20 135/24 135/24
152/15 153/5 154/11 156/27 156/29 157/7
159/31 162/1 165/3 165/19 165/31 166/2
166/5
barricades [2]  133/10 135/21
base [3]  47/19 59/27 59/28
based [83]  11/10 11/11 14/23 18/4 18/7 23/2
23/6 23/31 28/21 29/11 29/21 29/29 30/3
31/22 31/28 32/32 33/7 35/30 36/17 37/26
39/6 40/20 41/4 41/5 41/6 41/18 45/24 46/2
46/3 46/13 46/20 46/21 47/16 47/17 47/30
48/4 48/12 50/7 52/21 53/31 54/8 54/19 54/25
55/4 55/6 55/16 55/17 57/2 57/13 58/18 58/21
58/22 67/22 70/27 70/29 70/30 72/1 73/9 75/1
77/11 78/27 79/5 79/10 79/11 79/12 81/24
82/16 82/17 83/6 85/21 85/21 94/8 103/18
103/29 104/3 104/24 105/22 106/1 117/13
117/28 117/30 122/13 125/19
basement [18]  124/3 131/25 131/29 131/30
131/31 132/6 135/30 135/31 136/8 136/16
136/19 136/21 149/29 149/32 150/1 150/3
160/1 160/2
Basi [1]  85/18
basic [2]  39/32 65/12
basically [6]  14/23 15/1 32/5 40/22 68/15
76/10
basing [1]  77/13
basis [4]  33/17 35/31 104/30 120/11
be [118]  10/10 10/18 13/1 17/20 19/5 20/19
21/7 21/16 22/23 25/2 27/15 27/15 30/10
30/23 30/29 31/18 31/29 35/25 36/12 36/18
37/8 37/20 38/29 40/8 40/11 41/26 43/18
43/27 44/25 44/26 46/13 48/11 49/12 50/6
51/26 52/7 52/12 53/24 57/10 57/12 59/11
59/17 59/19 60/4 60/8 64/7 64/19 66/28 67/24
68/14 68/22 69/24 70/23 70/31 70/32 72/25
72/31 75/12 75/31 76/2 76/18 76/22 77/7
77/11 77/15 78/2 81/5 83/26 84/6 86/11 92/7

be... [47] 92/13 93/8 94/10 96/7 97/12 97/16
99/17 99/31 100/1 100/4 101/14 101/14
101/17 104/2 105/2 106/13 106/26 107/15
107/18 108/1 108/15 110/15 110/32 111/3
111/10 113/23 113/24 113/25 113/30 114/11
118/31 119/12 120/13 122/24 125/3 129/16
130/14 132/2 132/3 134/28 136/6 136/10
145/16 150/3 150/18 150/26 152/29
beaker [1] 111/11
became [4] 116/18 116/32 118/25 127/15
because [58] 25/6 25/12 28/30 32/3 33/9
34/20 34/20 34/27 41/19 42/16 44/9 49/9
50/18 54/24 57/18 60/7 61/20 62/12 65/12
65/32 66/27 66/28 67/10 71/8 75/16 75/19
76/6 76/26 82/13 84/1 88/13 89/9 95/21
100/11 103/8 105/14 107/18 108/25 108/31
110/2 113/12 114/18 115/14 116/10 119/11
119/25 123/28 124/22 129/9 140/1 145/13
153/7 153/27 157/26 158/6 158/8 158/22
158/26
become [5] 6/26 10/20 21/24 122/10 126/18
becomes [2] 17/31 31/17
been [99] 4/15 9/4 12/21 12/24 14/10 19/26
20/4 21/26 21/28 21/30 22/14 22/27 22/29
24/30 24/32 29/9 29/27 29/27 30/20 31/32
32/12 32/21 35/17 36/16 36/19 36/20 40/16
40/19 41/10 41/17 41/22 41/26 41/28 42/13
42/15 43/11 43/12 44/2 44/9 45/22 47/6 47/21
48/6 54/12 58/4 60/14 66/20 66/21 69/8 77/5
82/24 82/29 83/3 83/4 83/12 83/14 85/23 86/8
86/9 88/4 91/17 92/29 100/15 101/29 101/30
104/32 107/6 114/8 115/18 117/25 119/4
120/9 121/16 122/9 122/11 122/12 122/12
122/16 122/17 123/3 123/25 123/27 123/29
126/2 131/12 132/15 133/7 133/31 134/5
134/15 135/9 142/5 145/13 148/7 148/22
155/13 162/13 165/26 167/19
before [21] 1/14 21/14 34/8 40/17 42/2 44/28
57/31 60/18 78/14 82/2 106/26 123/28 127/15
127/20 140/3 140/5 142/21 143/3 155/28
163/27 167/13
began [1] 142/20
**BEHALF** [1] 1/8
behave [1] 87/9
behind [2] 6/23 74/28
being [20] 26/1 30/16 33/3 35/7 37/15 38/14
38/15 52/6 90/21 91/18 91/21 92/6 94/26
106/27 118/24 118/25 123/23 145/8 152/13
160/24
believable [1] 70/23
believe [27] 11/14 21/15 23/8 35/22 36/18
41/21 42/10 42/16 45/14 47/3 47/6 47/11 48/5
51/2 55/21 67/24 71/8 75/31 76/5 83/5 91/26
91/30 101/5 113/24 129/10 134/17 156/26
believes [1] 55/6
belong [1] 12/11
below [7] 52/12 52/22 58/20 72/29 72/30 73/4
106/15
bench [3] 34/7 109/26 111/6
benefit [4] 5/11 5/24 6/4 10/1
benzine [1] 49/21
besides [3] 130/15 133/4 141/27
best [8] 17/5 29/31 60/1 61/17 70/31 71/9
71/25 167/18
better [4] 31/29 43/19 156/1 156/6
between [7] 5/27 42/7 65/1 70/13 100/2
108/18 121/16
beyond [1] 157/21
bias [5] 85/12 85/13 120/1 120/8 120/24
big [3] 133/23 133/26 135/3
biostatistics [1] 11/26
bit [24] 7/25 12/15 13/21 14/16 14/31 17/11
22/4 40/21 42/20 50/9 54/7 67/21 70/2 70/2
75/20 77/4 83/25 91/4 109/14 111/13 117/32
119/13 125/4 128/13
blaming [1] 152/28
blank [1] 95/29
blanks [1] 95/26
blind [1] 84/19
blowing [1] 88/4
board [11] 6/2 6/5 6/7 6/17 6/20 6/24 6/26
7/9 17/15 73/16 167/22
bodily [2] 17/23 28/8
body [16] 9/29 14/14 14/21 14/24 84/2 84/3
84/6 84/6 84/10 84/12 84/13 84/15 84/25
84/25 106/29 106/30
book [4] 16/32 17/1 93/9 125/4
boots [3] 115/7 115/8 115/9
both [8] 9/26 17/24 19/19 28/5 48/18 50/28
50/29 80/12
bottles [3] 58/2 58/3 58/4
bottom [3] 76/1 93/28 93/28
bottoms [1] 36/11

boy [1] 103/20
brand [1] 45/2
break [7] 60/16 60/20 60/22 60/24 86/25
89/22 153/27
breathe [2] 64/28 66/24
breathed [1] 30/28
breathing [9] 57/25 58/11 66/27 110/13
110/18 110/22 154/28 154/28 155/10
brief [4] 17/21 60/27 86/30 105/5
briefly [5] 7/25 1.s/13 13/29 17/12 17/16
bring [5] 66/1 93/8 161/3 161/15 163/14
Brite [6] 31/25 32/14 32/15 32/19 45/1 46/16
BRODIE [2] 1/26 4/6
brought [6] 22/20 35/1 107/31 111/16 114/8
161/22
buffer [2] 84/16 107/11
buffering [2] 84/4 107/18
buffers [2] 106/29 106/31
building [79] 42/8 45/12 54/11 55/23 60/12
64/3 68/27 75/29 76/3 76/14 76/21 76/27 77/1
77/3 78/1 80/11 82/15 82/19 82/20 82/23
82/31 82/32 85/31 86/2 88/23 88/24 88/27
88/31 99/32 100/10 102/22 104/23 104/28
110/30 112/6 112/22 113/2 113/18 126/15
126/18 127/8 127/11 127/15 127/32 128/22
128/31 129/8 130/4 130/7 130/16 130/21
130/21 131/3 131/10 131/11 131/19 131/20
136/23 136/25 136/31 137/1 137/23 140/14
140/26 144/3 144/9 144/10 146/13 146/18
146/21 149/29 156/2 156/3 159/24 159/25
159/28 160/4 164/27 164/28
buildings [5] 67/8 68/15 98/1 110/32 126/31
bulb [1] 111/19
bunch [2] 24/24 103/25
burned [1] 40/6
burning [1] 107/13
business [6] 4/31 13/12 13/14 140/1 152/25
155/3
busy [3] 19/25 153/26 163/13
buy [1] 117/14
by-laws [1] 1/19
by-products [1] 30/14
bystander [2] 22/21 22/24

**C**

C.C.R [1] 1/31
calculate [1] 106/11
calculated [1] 121/17
calculation [1] 74/14
calculations [5] 22/23 23/5 28/29 32/22
105/22
call [4] 3/10 18/3 22/20 51/9
called [12] 17/27 22/18 27/16 40/5 40/6 54/28
80/27 90/22 105/4 116/22 146/2 160/31
calls [2] 137/3 138/2
came [4] 59/12 104/1 139/14 161/18
can [110] 5/5 5/5 7/25 12/6 12/15 12/32 13/3
13/13 13/28 14/16 14/31 15/7 17/15 18/28
25/25 27/24 27/25 29/15 30/13 30/20 30/22
33/19 35/9 39/10 44/25 44/26 48/15 48/27
49/20 51/14 52/7 56/16 56/18 57/19 60/4 60/5
61/18 64/26 64/24 64/27 65/1 65/19 66/8
67/12 67/15 68/11 70/12 70/14 70/15 70/27
71/2 71/3 71/25 74/18 74/25 75/26 77/22
77/32 78/29 79/4 79/6 79/12 80/30 84/6 84/15
84/25 85/6 86/19 86/19 85/15 92/19 94/30 98/9 98/9
98/13 100/12 100/12 103/25 103/28 106/3
106/11 106/31 107/1 107/7 108/1 109/2 111/9
112/28 112/30 114/6 119/28 121/12 121/27
122/25 125/14 127/28 128/20 132/13 132/16
134/16 135/10 135/26 136/10 137/12 151/2
153/1 153/17 155/26 162/21 163/10 164/30
can't [28] 12/18 12/22 13/1 19/4 35/4 35/11
35/20 45/16 55/21 50/21 53/30 69/12 71/4
73/32 75/16 75/19 93/4 106/28 107/16 119/11
132/25 158/25 160/10 160/24 162/7 162/12
164/30 164/32
CANAL [39] 1/9 127/17 127/23 127/24
127/30 128/2 128/21 128/30 129/14 130/3
130/9 130/11 130/22 130/25 130/26 131/6
134/29 136/15 136/30 137/23 137/28 139/11
139/20 140/29 141/4 141/6 141/10 142/13
142/17 143/7 143/17 143/21 143/32 144/4
145/1 145/28 145/30 146/3 146/7
cannot [3] 86/11 90/5 98/12
capability [2] 84/4 107/18
capacity [1] 107/11
captioned [1] 1/13
captured [2] 140/8 140/12
carbon [8] 65/13 65/23 65/27 66/21 66/32
67/2 67/3 95/31
carcinogens [1] 106/20
care [7] 44/3 97/20 110/24 111/1 111/31
128/14 166/18

career [4] 14/15 48/21 21/23 119/3
careful [5] 32/3 78/3 118/10 124/31 125/3
carefully [4] 21/17 55/10 102/14 103/30
carpenter [1] 126/28
carts [1] 135/15
case [48] 15/31 19/31 20/17 21/11 21/12
21/19 21/20 21/32 23/1 24/3 25/25 25/29
27/30 28/31 29/22 31/30 32/22 35/25 37/19
41/5 47/18 54/9 55/17 56/7 64/7 69/12 70/17
70/22 76/25 78/21 81/25 82/27 83/20 84/14
85/22 101/19 101/25 101/30 104/19 105/30
114/1 117/22 117/28 118/28 122/18 134/6
147/23 158/19
cases [7] 13/16 21/5 22/21 22/21 53/18 88/10
120/9
cataracts [14] 53/31 54/14 55/25 57/7 57/13
85/7 119/17 119/20 119/21 120/4 121/4 121/7
121/15 142/6
catching [1] 86/24
categories [1] 71/21
causation [5] 88/10 88/12 89/10 124/20
124/21
cause [13] 4/17 49/10 53/13 53/25 54/13 55/7
57/6 60/5 85/6 86/16 112/28 124/24 126/4
caused [1] 67/32
causes [2] 67/25 89/5
causing [5] 64/16 64/18 67/9 144/26 144/29
caustics [1] 20/2
caution [1] 135/20
**CCR** [1] 167/30
Cecotrol [17] 30/5 30/6 30/18 30/25 39/30
39/32 40/9 41/9 41/29 43/31 47/1 47/18 48/1
48/2 56/14 59/5 59/11
ceiling [2] 52/22 52/25
ceilings [1] 106/17
cells [3] 84/2 84/2 84/22
Center [2] 11/31 119/6
centers [1] 10/9
centimeter [1] 70/23
certain [8] 8/11 72/31 76/32 97/16 102/13
107/10 121/19 140/1
certainly [16] 28/32 35/3 35/9 43/19 48/16
65/14 66/15 68/25 71/19 78/28 84/32 94/18
96/2 109/31 110/11 110/15
certainty [4] 20/20 46/7 82/32 83/6
certificate [2] 167/1 167/4
certification [5] 6/6 6/11 6/21 7/4 89/11
certifications [2] 6/2 6/5
certified [12] 6/8 6/9 6/17 6/26 10/20 11/16
13/10 17/15 73/15 85/27 104/15 167/30
certify [1] 167/14
**CFM** [1] 77/5
challenge [1] 21/22
chamber [1] 107/28
chance [1] 21/1
change [10] 14/3 27/23 105/32 157/15 157/18
157/30 158/6 158/7 158/22 158/24
changed [2] 11/32 158/21
changes [1] 77/6
changing [3] 51/28 157/10 157/29
chapter [1] 125/4
characteristic [1] 118/22
characteristics [1] 97/11
characterization [8] 18/5 29/5 29/7 29/8 32/2
47/12 57/2 83/10
characterizations [1] 37/30
characterize [4] 22/22 97/26 103/27 104/27
characterized [3] 99/1 117/19 122/28
charcoal [1] 140/9
charge [1] 157/9
charity [1] 15/29
chart [1] 112/11
**CHASE** [3] 1/15 151/28 152/9
check [1] 139/25
chemical [31] 6/8 7/2 14/5 14/8 14/13 14/24
17/24 21/13 28/21 30/12 30/14 30/15 38/12
43/20 44/15 44/16 48/28 49/9 49/14 50/5
53/12 58/18 59/23 59/24 59/29 88/1 112/27
123/22 146/12 146/17 146/21
chemicals [37] 1/9 9/28 12/26 14/20 14/28
26/1 29/32 30/2 32/27 32/27 35/10 36/3 40/24
44/6 45/12 49/2 49/6 56/7 79/30 87/31 91/10
92/5 100/3 101/15 112/13 113/21 114/5
114/16 114/28 115/20 115/21 145/9 145/27
146/3 161/5 161/11 161/16
chemist [13] 10/27 13/26 14/10 17/4 28/16
34/26 40/23 46/4 55/19 64/19 67/23 69/29
85/26
chemist/toxicologist [1] 34/26
chemistry [35] 4/32 5/27 5/31 8/10 8/10 9/27
13/6 13/14 13/17 13/29 13/30 13/31 14/4
14/26 14/27 15/1 15/3 15/5 16/18 19/22 20/6
20/7 20/25 20/26 25/17 25/18 25/27 25/27
32/25 32/26 50/15 88/8 109/26
chief [2] 45/6 45/10

**C**

children [1] 15/24
chloride [22] 31/15 31/17 38/13 38/17 44/19 44/20 64/15 68/8 68/13 68/15 80/28 80/28 81/3 81/6 84/1 85/6 87/32 93/30 94/4 94/6 94/11 107/29
chronic [6] 53/20 53/21 53/22 53/24 85/5 104/30
circumstances [1] 117/9
cite [1] 89/15
citric [3] 31/11 37/32 38/1
CITY [29] 1/11 1/27 3/13 4/2 5/19 42/9 45/6 45/10 45/11 91/14 112/5 114/1 126/13 126/22 126/30 127/31 140/28 142/22 143/4 144/3 155/28 156/4 156/22 157/16 165/18 165/30 166/1 166/4 166/24
CIVIL [2] 1/1 167/12
class [7] 10/30 10/31 15/3 89/11 109/26 121/6 145/16
classes [5] 12/1 12/12 12/18 12/25 15/6
clause [1] 113/22
CLAYTON [8] 1/21 2/15 3/25 150/16 150/23 153/21 158/31 164/2
clean [3] 44/32 110/18 115/12
cleaned [1] 82/2
cleaning [3] 38/6 44/22 111/20
cleanup [3] 110/14 110/23 146/2
clear [3] 48/1 52/28 61/20
clearly [2] 62/14 95/12
Cleveland [1] 130/14
client [1] 102/19
client's [1] 103/30
clients [1] 13/20
close [5] 42/19 61/1 66/28 83/4 123/32
closed [13] 49/21 76/6 82/17 122/25 128/31 132/3 132/23 132/25 132/27 132/28 139/28 139/30 160/25
closer [1] 11/21
cloud [1] 81/15
clue [2] 129/13 132/13
clues [1] 61/18
co [5] 147/9 147/13 147/15 147/16 148/1
co-worker [5] 147/9 147/13 147/15 147/16 148/1
CO2 [15] 65/26 65/32 65/32 67/13 68/23 94/22 95/2 95/4 95/8 95/19 95/29 95/32 96/7 123/17 124/1
coat [1] 110/2
Code [4] 23/16 46/21 78/26 79/1
coil [2] 44/31 81/4
coils [2] 44/23 115/15
cold [1] 112/23
collect [2] 158/8 158/23
collections [1] 42/10
college [6] 5/26 12/3 12/6 12/10 12/11 12/19
color [3] 32/10 37/9 132/17
Colorado [2] 5/2 11/30
combine [1] 14/3
combustible [1] 63/20
come [19] 5/32 28/9 28/28 50/1 52/17 54/7 60/9 60/23 64/27 65/31 89/26 110/12 110/13 110/17 110/24 138/22 139/4 145/4 156/23
comes [1] 67/3
comfort [1] 67/1
comfortable [1] 37/23
coming [8] 19/9 64/10 64/13 139/22 140/19 140/22 161/21 161/25
comment [1] 66/15
commented [2] 45/17 123/12
commercial [4] 39/12 48/13 101/31 101/31
commercially [4] 38/26 56/10 117/8 117/13
common [11] 58/2 69/31 81/11 84/11 86/17 98/28 109/28 109/30 111/28 125/11 157/29
communication [2] 114/8 114/13
community [6] 7/30 7/30 10/7 11/12 50/21 71/17
companies [1] 47/13
company [10] 1/23 3/32 13/16 32/1 37/30 38/27 39/4 46/17 104/15 116/32
compared [5] 65/4 77/2 82/21 82/24 123/14
comparing [1] 120/25
compensated [1] 84/6
competent [2] 73/29 159/6
complain [2] 160/29 160/30
complained [2] 112/22 162/8
complaining [2] 122/13 162/8
complaint [3] 160/28 160/32 161/1
complaints [3] 87/30 124/17 124/28
complete [2] 7/7 17/28
completely [2] 39/5 104/13
complex [1] 28/31
compliance [1] 167/20
component [2] 10/15 16/29
components [5] 8/25 13/17 13/18 15/12

composed [1] 14/2
composition [2] 14/1 14/8
compound [3] 30/13 118/13 153/28
compounds [4] 30/23 86/5 100/6 101/6
comprehensive [1] 6/9
concentrated [39] 31/13 31/20 31/28 31/32 37/17 38/23 38/25 38/28 38/30 39/13 41/8 41/23 42/14 44/27 47/10 48/16 56/8 56/9 56/9 58/1 70/18 75/1 75/10 76/12 84/20 96/32 101/4 101/31 101/32 102/1 109/24 115/26 116/12 116/18 116/20 116/23 116/27 117/21 117/23 120/9
concentration [34] 28/11 30/8 31/10 32/7 32/7 32/16 32/18 37/18 37/27 48/12 54/13 64/1 67/11 68/26 70/19 74/16 74/26 75/11 80/18 82/22 82/23 94/12 96/4 97/28 97/31 107/10 107/24 108/3 108/3 112/30 117/5 117/12 117/18 118/16
concentrations [30] 27/17 37/31 38/28 41/20 47/5 47/7 48/29 53/10 53/12 53/22 54/19 54/25 55/24 56/13 57/6 57/9 58/17 58/26 58/32 64/25 84/8 84/23 86/12 107/4 107/5 107/29 112/19 112/32 117/7 117/11
concept [1] 77/8
concepts [1] 7/2
concern [2] 26/32 28/12
concerned [4] 14/7 30/29 105/2 105/6
concerning [2] 77/1 85/29
conclude [3] 48/3 67/28 140/21
concluded [2] 67/29 74/16
concludes [1] 65/1
concluding [1] 88/7
conclusion [1] 121/25
conclusions [10] 45/25 73/30 81/22 81/27 85/29 87/13 104/12 104/20 116/29 118/11
condensation [1] 92/6
condition [7] 92/1 128/3 134/28 136/7 149/4 157/15 164/15
conditioner [1] 157/10 157/30 158/7 158/24
conditioning [3] 115/12 123/31 164/7
conduct [1] 26/27
Conference [2] 27/13 27/26
confines [1] 79/13
confused [1] 51/16
connection [4] 5/12 8/12 25/24 26/8
consecutive [1] 129/25
consequence [2] 52/12 105/5
conservative [1] 109/28
consider [3] 35/1 48/14 48/16
considerations [1] 76/8
considered [1] 83/26
consisted [1] 74/1
consistency [1] 108/27
consistent [8] 41/28 47/11 95/31 112/8 112/24 112/26 113/1 113/3
consists [1] 12/7
consultants [1] 26/23
consulting [8] 13/16 13/19 13/21 19/15 19/17 19/19 19/25 19/32
contact [15] 28/7 39/8 38/11 59/12 60/5 60/9 64/10 64/13 64/27 65/31 67/4 69/2 84/20 95/23 96/3
contacting [1] 64/20
contain [2] 74/32 95/8
contained [9] 37/13 39/29 57/25 58/11 90/30 110/13 110/18 110/22 159/31
container [3] 49/22 110/11 111/13
containers [6] 34/21 35/13 35/14 95/13 109/25 110/8
containing [3] 30/13 68/7 102/23
contains [5] 37/26 93/29 94/21 94/21 95/2
contaminants [1] 86/2
contention [1] 91/19
contents [1] 97/11
context [1] 33/16
continual [1] 35/22
continue [2] 13/12 36/29
continuing [3] 18/27 35/28 81/32
contractor [1] 119/5
contributions [1] 11/12
control [5] 7/29 10/9 10/13 16/20 119/4
controls [3] 8/2 8/3 8/17
conversations [1] 136/32
convinced [1] 125/18
cooling [2] 44/23 44/24
copy [1] 5/17
Corey [1] 4/2
corner [2] 41/9 135/22
CORPORATION [3] 1/25 4/4 4/6
correct [5] 5/14 6/24 6/25 8/13 8/14 9/19 9/19 11/28 13/7 15/12 16/5 17/32 18/21 19/17 21/11 22/2 22/3 22/5 22/31 22/32 23/3 23/4 23/7 25/8 27/31 28/26 29/24 31/25 32/29 32/30 37/5 39/26 40/2 40/17 43/32 45/9 48/25

(1) 3 - deal 49/1 52/13 53/6 59/9 61/31 62/3 62/7 63/17 68/30 70/10 77/1 78/12 78/13 78/16 78/17 78/22 78/23 79/2 79/16 83/13 83/27 85/8 88/1 88/15 88/19 88/20 88/28 88/32 89/6 91/21 91/22 91/28 92/13 92/23 92/24 93/2 93/3 93/6 93/21 93/22 94/14 94/15 94/20 94/22 94/23 95/8 95/9 95/15 96/8 96/29 97/2 97/8 97/14 97/15 99/2 99/20 99/21 100/20 101/4 101/5 101/24 102/2 104/17 105/25 107/1 109/23 112/29 113/21 113/23 116/30 118/19 118/22 118/23 122/3 136/28 136/29 141/7 141/8 148/10 149/31 150/4 155/6 155/7 155/15 160/26 160/27 167/18
correction [2] 120/29 121/18
correctly [1] 119/17
correlate [1] 63/32
corroded [2] 136/11 148/20
corrosion [11] 36/9 44/12 64/31 65/3 67/29 68/6 68/18 110/15 110/16 110/19 123/19
corrosive [2] 63/26 64/5
CORWIN [1] 1/28
coughing [3] 86/19 87/29 142/17
could [53] 21/7 21/16 26/7 27/15 27/15 31/32 32/11 32/21 35/3 35/10 35/17 36/15 37/8 41/9 41/30 43/11 48/6 48/20 48/32 49/22 54/12 55/7 57/10 58/4 59/21 60/1 64/17 64/19 66/28 68/14 75/12 81/26 92/29 95/28 96/7 101/14 101/14 102/23 107/1 107/15 116/26 120/8 123/26 126/9 130/14 132/15 132/19 132/22 134/6 137/14 139/3 144/24 152/26
couldn't [2] 132/21 132/24
counsel [3] 5/18 28/32 167/23
counted [1] 21/8
countries [1] 17/6
country [1] 26/16
couple [3] 8/6 12/9 12/20 13/4 32/9 38/15 42/9 76/30 84/27 100/16 109/20 115/11 123/28
course [3] 52/13 83/12 129/12
courses [1] 11/26
court [31] 1/1 1/14 1/32 5/18 5/24 6/4 13/28 15/23 17/16 20/15 22/28 25/15 25/15 25/26 26/7 29/31 60/19 70/6 72/8 81/27 85/10 85/21 85/24 86/14 87/21 167/10 167/11 167/12 167/22 167/30
courtroom [2] 66/26 159/21
courts [2] 20/7
covalent [5] 31/15 38/17 68/2 80/28 80/30
covered [2] 57/18 81/7
covers [1] 109/31
coworker [2] 147/11 147/32
creating [1] 81/15
credentials [1] 15/30
credibility [2] 33/19 51/31
crew [3] 128/6 138/25 146/6
critical [1] 10/15
criticized [1] 119/14
cross [13] 20/29 23/13 39/10 78/29 96/24 120/30 121/22 148/4 150/19 153/15 153/24 158/12 158/19
cross-examination [4] 23/13 78/29 158/12 158/19
cross-examine [1] 39/10
cross-sectional [2] 120/30 121/22
cumulative [9] 12/32 106/4 106/6 106/8 106/10 106/11 106/14 106/19 106/23
current [3] 4/27 25/22 28/20
currently [1] 13/5
CV [3] 16/1 18/28 21/2

**D**

DABT [3] 6/23 10/28 14/19
damage [3] 107/14 108/8 112/29
damaged [1] 106/27
dangerous [2] 51/8 53/19
dark [1] 132/17
DARRYL [4] 1/24 3/9 3/31 159/16
dash [1] 94/1
data [3] 23/31 66/5 93/16
database [1] 61/24
date [7] 27/25 27/28 62/17 63/12 63/14 127/27 127/29
dated [1] 62/22
Daubert [1] 55/27
DAVENPORT [1] 1/7
day [46] 7/1 7/1 7/2 7/20 10/11 17/20 29/26 41/15 47/21 47/22 47/24 47/24 47/26 47/28 47/29 47/32 49/2 49/7 50/17 50/17 52/8 52/30 56/25 56/27 62/2 62/6 62/8 62/13 62/15 79/31 82/9 82/10 82/12 82/15 88/30 104/6 104/29 105/1 107/20 111/28 129/23 129/26 129/26 130/1 130/2 140/3 155/10
days [10] 38/15 52/8 53/2 55/32 85/23 107/32 109/27 129/25 129/29 129/30
deal [6] 44/8 50/15 52/30 79/30 83/5 153/9

dealing [1] 75/11
deals [2] 14/4 40/24
dealt [1] 77/25
December [4] 62/2 63/16 91/26 122/2
December 10th [1] 63/16
December 1999 [1] 122/2
December 9 [1] 91/26
December 9th [1] 62/2
decide [3] 89/15 102/11 103/24
decided [8] 10/19 31/29 37/14 70/20 70/26 70/30 105/8 105/27
decision [1] 105/11
declared [1] 97/30
decreases [1] 67/5
defendants [4] 3/9 19/20 19/28 20/23
defending [1] 108/19
defense [2] 19/26 116/25
defined [1] 13/32
definitions [1] 50/4
degradation [1] 30/19
degrade [1] 35/10
degree [2] 20/20 46/6
deionized [1] 95/23
DeMajo [9] 45/6 48/5 91/9 99/26 99/27 99/29 101/2 115/22 116/6
DeMajo's [3] 100/24 100/29 116/1
demonstrate [1] 77/7
Denver [2] 12/19 17/13
DEOX [36] 31/2 31/4 31/5 31/10 31/27 32/8 32/11 32/12 37/5 37/9 37/13 37/15 37/17 37/26 37/27 37/28 37/29 38/6 38/20 38/21 46/16 47/1 70/19 93/11 93/18 93/29 96/27 97/28 98/25 99/4 99/5 99/22 101/7 115/20 116/15 117/26
DEOX contains [1] 37/26
department [18] 39/25 48/2 61/31 62/1 63/7 105/4 126/16 126/17 126/24 128/9 131/13 139/10 139/11 139/12 145/31 147/13 147/14 160/31
Department's [1] 43/25
depend [1] 130/6
depending [3] 67/13 129/21 130/7
depends [2] 20/10 89/32
depict [1] 105/12
depicts [2] 50/27 134/14
deposition [12] 21/14 21/14 22/7 24/4 45/5 45/10 48/4 72/11 100/13 100/20 100/24 116/3
depositions [1] 46/3
depth [1] 122/9
dermal [2] 28/7 64/28
dermatitis [1] 60/5
descaling [1] 91/11
describe [4] 10/4 104/25 125/14 132/16
described [13] 7/20 30/21 41/27 42/11 91/17 100/2 100/3 100/5 100/6 101/5 115/25 140/25 163/26
describes [1] 45/11
description [2] 41/19 124/16
descriptions [1] 41/5
design [1] 125/6
designed [5] 113/13 113/16 121/23 124/27 124/29
desk [4] 65/7 65/8 141/12 141/25
desks [2] 42/9 141/10
detail [3] 14/17 16/22 18/13
details [2] 28/8 107/30
detector [3] 63/19 63/21 161/4
deterioration [1] 84/21
determination [2] 46/24 121/22
determinations [1] 73/3
determine [21] 23/21 23/30 28/11 29/18 45/22 61/18 64/23 71/2 92/8 97/10 97/18 97/18 97/20 102/12 103/31 104/7 107/17 118/12 118/15 119/16 161/3
determined [1] 90/29
determining [1] 18/6
develop [2] 26/19 57/13
developed [1] 41/13
diabetes [1] 142/10
diagnose [2] 88/13 88/13
diagnosed [1] 142/5
did [155] 6/20 6/27 7/9 15/28 17/12 17/19 26/4 27/30 45/13 45/24 46/5 46/8 47/20 56/1 59/32 60/1 62/1 62/4 63/7 67/28 72/6 73/31 74/13 74/32 76/31 76/32 77/31 83/24 85/2 85/29 86/2 97/25 101/8 104/25 104/28 105/9 105/27 109/27 110/11 113/9 114/5 114/29 114/31 115/4 115/27 117/4 122/5 123/5 124/30 124/32 125/2 125/13 126/18 126/21 126/24 127/3 127/4 127/9 127/16 127/23 127/24 128/2 128/6 128/30 129/22 129/25 129/27 129/29 129/31 130/18 130/25 130/25

131/25 131/31 132/5 132/30 136/15 136/19 136/30 136/31 136/32 137/22 137/27 137/30 138/8 138/20 139/4 139/17 139/23 140/6 140/13 140/20 140/25 140/28 140/31 141/2 141/9 141/25 142/15 142/15 142/25 142/27 142/28 142/31 142/32 143/1 143/4 143/7 143/11 143/16 144/1 144/4 144/14 146/12 146/17 146/19 146/20 146/22 146/29 147/13 147/15 147/15 148/23 149/20 149/21 152/17 152/23 152/23 155/11 155/17 155/31 156/21 156/32 157/15 158/29 159/5 159/24 160/29 160/30 161/2 161/3 161/15 162/26 163/2 164/7 164/28 165/20 165/30 166/1
didn't [34] 22/6 26/6 72/5 72/23 95/26 107/31 110/6 110/9 114/4 114/30 122/24 122/28 123/1 123/12 125/20 133/2 138/13 141/31 146/14 148/17 148/21 149/9 149/20 151/26 153/7 154/11 156/3 156/28 156/30 161/24 162/19 163/11 164/25 165/23
differ [1] 129/20
difference [7] 34/21 34/24 34/25 34/27 70/12 121/16 121/26
differences [2] 51/3 65/1
different [14] 39/5 51/20 54/4 62/14 69/24 72/9 94/16 98/30 98/30 118/7 130/30 136/10 136/18 136/20
differently [1] 22/13
dilute [23] 31/5 31/32 38/7 38/9 38/10 38/11 44/27 45/16 48/17 56/12 58/2 58/24 68/12 96/28 96/31 96/32 101/6 101/17 101/28 116/11 116/13 116/21 116/23
diluted [4] 76/18 76/20 76/22 81/9
dilution [8] 44/18 75/26 76/27 84/24 96/2
dioxide [8] 65/13 65/23 65/27 66/21 66/32 67/2 67/3 95/32
dioxin [1] 111/27
diplomate [3] 6/23 7/8 73/16
DIRECT [4] 4/24 25/22 90/15 126/7
direction [1] 167/17
disagree [2] 89/14 107/8
disaster [1] 36/13
discern [1] 161/16
disciplines [1] 41/19
discs [1] 77/13
discussed [3] 45/19 55/23 147/23
discussion [5] 47/9 83/16 90/9 125/32 154/18
discussions [1] 137/27
diseases [1] 86/10
disposal [7] 38/27 39/3 46/18 47/13 97/2 97/17 98/26 98/30 101/17 102/8 102/9 104/2 104/15 116/21 116/32 117/2 118/2 118/8 118/9 122/22
dispose [2] 97/9 102/2 103/17
disposed [4] 37/31 97/29 116/22 117/6
disposing [1] 98/29
dissipated [1] 112/7
dissociated [1] 38/12
dissolve [1] 34/29
dissolved [1] 38/16
distilled [7] 63/24 65/23 65/25 65/28 65/30 68/24 96/2
distinctive [1] 136/27
distribution [1] 104/22
DISTRICT [2] 1/1 167/12
division [2] 1/5 8/1
DNA [1] 163/17
do [186]
Doc [2] 117/24 122/25
doctor [27] 17/14 18/29 22/5 22/26 23/1 26/3 28/4 35/26 39/22 43/29 52/1 53/23 56/5 58/12 67/17 74/12 76/30 83/28 85/15 87/13 88/14 91/16 92/20 124/19 142/25 144/14 144/29
document [2] 17/7 90/22
documentation [2] 7/15 58/22
documents [2] 26/19 29/22 29/29
does [33] 8/15 9/20 9/23 9/26 11/7 14/9 14/11 14/25 18/8 21/5 24/11 26/25 34/25 49/17 49/25 50/26 51/24 64/7 65/10 65/21 65/25 65/22 67/11 84/14 92/8 95/4 108/7 109/2 114/17 136/8 148/12 151/18 160/15
doesn't [10] 45/28 46/15 49/10 54/17 54/17 60/7 60/7 68/7 123/21 73/30 134/21
doing [15] 16/16 16/17 16/31 19/25 22/2 48/27 73/28 81/14 97/11 102/21 121/18 121/31 124/20 136/14 150/25
don't [115] 10/8 10/10 15/20 15/30 17/25 20/9 20/10 20/11 20/14 22/16 22/26 22/29 30/17 30/32 31/24 32/17 34/4 35/8 36/22 38/16 42/16 48/8 48/25 53/27 53/29 57/1 65/11 73/31 75/16 75/17 75/22 82/4 82/11 85/13 88/13 89/26 90/31 92/29 94/13 96/1 96/10 97/3 97/19 98/3 99/24 100/5 100/17 100/2 101/13 102/3 102/4 102/13 102/17 102/27 103/14 103/30 106/28 110/22 111/30 113/29

115/2 115/9 115/16 116/31 117/12 117/21 117/26 118/11 118/27 118/32 119/10 119/12 120/5 120/32 121/10 121/12 122/20 122/21 122/30 122/32 123/4 123/27 127/28 127/28 127/29 131/4 131/27 132/7 134/3 136/1 137/14 140/30 140/30 143/25 144/27 146/9 149/4 149/14 149/16 151/19 151/31 152/11 152/22 152/22 152/30 153/4 160/12 162/2 162/3 162/20 165/2 165/21 166/18
done [21] 11/29 15/24 17/6 19/19 21/26 32/22 38/20 62/14 63/17 88/11 92/22 102/30 103/4 103/9 111/3 111/22 111/24 112/5 118/13 125/31 127/9
door [22] 58/9 76/7 110/20 114/24 116/5 132/3 132/4 151/29 151/32 152/6 152/10 152/13 152/17 152/19 152/21 152/29 153/1 154/25 160/9 160/17 160/24 162/27
doors [4] 82/17 110/26 112/2 127/26
dose [14] 17/29 18/1 18/1 18/3 18/4 27/7 48/24 64/1 83/21 83/29 83/30 84/14 108/1 124/24
doses [1] 27/16
doubt [1] 72/17
down [21] 19/4 66/1 68/11 81/16 84/3 92/2 92/10 104/14 106/2 106/15 107/31 110/25 137/20 152/5 152/10 152/23 152/24 152/26 153/27 165/1 165/17
Dr [80] 3/10 4/26 5/3 5/10 5/23 5/30 6/17 7/20 7/24 8/9 9/31 10/22 11/3 13/24 14/9 14/25 14/32 16/12 16/21 16/25 17/19 17/31 18/9 19/13 20/4 20/16 20/23 20/31 24/3 25/16 25/24 26/13 28/25 29/17 32/24 32/31 34/14 35/4 36/3 37/3 37/21 39/11 43/24 45/4 45/9 46/24 46/25 49/1 49/20 51/16 54/6 57/23 58/29 61/2 63/6 63/18 63/27 65/15 65/24 69/16 70/5 71/32 78/11 79/26 80/11 81/24 82/8 83/25 83/26 84/27 85/20 90/17 90/19 107/20 119/14 121/7 124/14 125/20 125/23 158/26
drags [1] 51/27
drawings [1] 78/2
dress [1] 63/9
drew [3] 90/25 90/27 104/21
drift [1] 22/25
drinks [1] 69/31
dripping [2] 92/5 92/7
drive [2] 57/11 110/9
driver [1] 75/7
drives [1] 61/16
driving [2] 75/8 75/9
drops [2] 107/27 125/13
drum [22] 30/30 31/25 32/14 32/15 34/24 34/25 36/12 37/7 38/23 41/32 43/15 56/11 58/21 60/6 60/7 86/4 90/29 92/10 92/11 92/16 92/17 123/23
drums [73] 30/4 30/5 31/24 31/27 31/27 32/3 32/6 32/8 32/9 32/11 33/2 33/3 33/9 34/15 34/19 35/6 35/14 35/15 36/6 36/6 36/10 36/13 36/18 36/20 36/22 36/23 37/8 37/13 37/15 39/27 39/29 40/15 40/19 40/27 40/30 41/8 41/13 41/18 42/32 43/4 43/7 43/9 43/9 43/26 43/27 44/6 47/10 47/18 48/6 56/8 56/14 70/18 70/30 74/32 76/17 76/17 91/5 98/29 98/31 98/32 99/13 99/19 104/1 117/14 117/21 122/29 122/31 123/25 132/18 132/28 148/9 148/13 149/6
duct [1] 65/17
ducts [1] 123/10
due [2] 39/20 52/18
duly [2] 4/16 126/3
duration [2] 82/2 104/22
during [7] 19/21 90/19 95/24 129/12 129/15 130/29 135/23
dust [3] 59/16 158/23 158/23
duties [2] 126/29 128/3
duty [2] 113/22 113/26

**E**

each [5] 15/2 88/18 89/1 131/26 151/19
earlier [7] 17/12 20/31 47/8 91/4 94/21 148/24 157/6
early [2] 73/14 140/2
easier [2] 63/4 75/12
easily [3] 34/28 34/28 84/7
east [38] 26/2 30/1 30/2 41/21 42/11 43/6 44/7 58/26 63/31 64/6 64/23 65/3 67/25 67/31 68/28 68/30 75/14 75/21 75/32 77/5 80/19 82/17 82/19 82/21 82/22 82/24 82/28 83/4 86/7 100/9 113/6 114/24 114/29 123/9 123/15 123/18 123/18
easy [1] 102/20
education [7] 14/9 14/12 23/24 67/22 73/10 81/26 88/9
educational [2] 5/11 5/24

effect [9]  50/29 50/30 53/16 59/10 80/16
95/29 106/12 106/14 112/25
effective [1]  40/24
effects [15]  9/28 14/23 17/23 45/23 53/4 53/5
53/10 53/12 53/20 53/29 58/16 58/19 58/30
106/13 106/23
effort [3]  28/10 102/14 113/9
egg [1]  122/14
eggs [3]  30/21 40/5 162/6
eight [3]  12/7 12/31 21/4 30/3 40/12 49/27
72/23 164/30
element [1]  29/4
elevations [1]  86/1
else [8]  55/29 78/32 116/28 121/5 133/4
140/26 147/23 155/2
emanated [1]  161/17
emanating [2]  161/5 161/11
emissions [1]  76/16
empirical [1]  82/3
employed [2]  126/12 167/11
employee [1]  13/8
employees [13]  25/32 42/15 82/28 83/2 114/1
114/10 114/10 115/14 127/32 128/32 130/20
145/1 145/32
employer [2]  113/26 114/7
empty [2]  122/24 122/29
encountered [1]  151/28
Enforcement [1]  119/6
engineer [3]  8/7 45/6 45/10
engineering [3]  8/2 8/5 8/17
English [1]  40/21
enough [8]  53/25 53/29 54/12 55/24 74/17
74/27 112/31 119/1
entails [1]  10/3
enter [4]  76/13 130/4 130/8 159/24
entered [5]  130/6 130/21 131/10 131/18
159/25
entire [6]  29/23 77/3 129/3 129/8 155/14
158/19
entirety [1]  105/26
entitled [3]  4/16 72/13 126/3
entrance [4]  130/22 160/1 160/2 160/3
entrances [5]  130/15 130/17 130/18 159/28
159/32
environment [1]  9/28
environmental [3]  12/22 91/25 92/22
EPA [8]  26/18 27/16 49/12 97/6 118/18 119/1
119/5 119/8
epidemiologic [1]  10/25
epidemiological [5]  27/9 73/13 73/19 85/14
121/23
epidemiology [13]  10/23 10/25 10/29 11/27
13/18 16/30 17/30 18/20 19/2 71/19 71/24
73/17 85/11
episode [1]  145/6
episodes [1]  143/4
equating [1]  46/15
equilibrium [1]  65/28
equilibrium [1]  96/3
equipment [23]  8/4 52/5 52/10 52/15 110/4
115/9 128/17 133/6 133/8 133/9 133/10
135/25 135/26 136/3 136/4 148/9 148/13
148/21 149/5 149/7 157/6 161/4 161/15
equivalent [1]  6/28
error [1]  121/14
errors [1]  117/16
especially [6]  34/5 41/23 63/21 83/32 86/3
107/4
ESQ [10]  1/20 1/20 1/21 1/21 1/22 1/24 1/25
1/26 1/27 1/28
essentially [2]  61/16 91/6
establish [1]  27/8
established [5]  81/32 82/1 117/15 117/17
117/26
estimate [6]  12/31 28/19 28/20 28/20 128/20
132/13
estimating [2]  22/24 33/14
ET [1]  1/11
etiology [1]  108/8
evacuated [4]  47/26 82/11 112/6 145/32
evacuation [1]  82/13
evaluated [1]  13/3
evaluating [1]  63/8
evaluation [6]  7/28 7/31 10/13 18/16 31/22
50/20
evaporation [5]  32/22 38/21 38/22 75/2 75/4
EVELLE [1]  1/7
even [34]  33/16 34/9 36/10 36/20 37/17 38/26
46/12 46/13 58/23 60/6 61/14 61/23 63/12
66/3 71/23 72/7 72/12 73/18 74/28 75/30
76/22 80/2 98/26 99/3 104/14 107/4 110/29
111/7 115/21 117/7 117/26 121/5 121/31

event [3]  47/29 144/11 144/11
ever [33]  22/14 22/27 22/29 54/12 92/25
104/28 129/22 129/25 129/27 129/31 130/18
131/5 136/31 136/31 136/32 138/25 140/31
141/2 142/5 142/15 142/15 143/8 143/11
144/4 144/28 146/2 146/12 146/17 146/20
152/12 157/15 159/13 164/4
every [18]  7/18 10/11 21/10 21/19 39/2 49/2
49/7 52/30 79/31 97/3 117/27 117/29 131/2
131/31 132/1 145/5 145/7 156/15
everybody [4]  49/6 105/4 111/9 155/4
everything [7]  38/29 45/24 70/27 70/28 85/22
111/23 112/7
evidence [22]  23/16 23/21 30/4 36/17 39/3
54/9 55/17 55/20 68/22 74/8 78/26 81/24
97/27 99/10 99/11 99/28 101/10 105/26
118/28 134/6 150/22 164/14
evidently [1]  67/30
exact [3]  28/26 28/27 163/28
exactly [2]  148/23 161/24
examination [14]  4/24 20/29 23/13 25/22
78/29 90/15 90/20 96/24 124/12 126/7 148/4
150/19 158/12 158/19
examine [2]  39/10 89/1
examined [2]  4/17 126/4
example [20]  22/20 26/17 27/12 44/20 51/6
53/30 61/24 64/26 67/1 68/6 71/22 73/5 74/18
75/14 81/14 88/21 101/27 102/22 103/17
103/18
examples [2]  18/29 19/3
exceeded [2]  75/18 107/10
except [3]  30/18 115/26 121/7
exchange [1]  110/31
exclusively [1]  21/26
excuse [8]  23/12 36/25 74/22 86/23 87/19
102/25 119/15 137/16
exhaustive [1]  7/17
exhibit [9]  90/27 91/23 93/7 93/8 93/10
133/21 134/5 135/1 135/10
expand [1]  10/16
expanded [1]  10/29
expect [4]  52/10 58/25 65/12 73/1
expectancy [1]  52/9
experience [33]  6/29 7/12 7/14 8/8 10/1 14/10
14/12 20/1 23/23 24/32 25/3 25/5 25/11 25/13
32/26 33/1 40/26 46/4 54/10 55/18 67/22
73/10 79/27 81/26 85/25 88/9 103/28 104/3
110/5 111/29 143/8 143/11 144/1
experiment [2]  107/19 111/14
expert [17]  20/5 20/12 20/24 22/6 22/14
22/28 23/22 24/1 24/30 25/1 25/8 25/9 55/21
77/15 78/27 88/7 124/19
expert's [1]  23/27
expertise [9]  8/27 16/17 24/12 25/27 32/25
33/1 39/9 79/8 85/25
experts [2]  23/18 50/14
explain [17]  8/22 14/16 14/31 26/7 34/23
44/5 44/12 49/17 70/12 72/25 73/2 85/9 98/10
98/11 98/14 108/12 123/20
explained [2]  72/7 76/14
explaining [1]  43/20
explanation [6]  43/5 67/18 72/13 117/31
119/22 121/4
explanations [1]  12/24
expose [2]  64/26 115/16
exposed [18]  1/8 30/23 49/6 49/9 52/7 52/20
54/12 55/24 64/8 82/29 83/2 107/28 113/24
145/8 145/14 154/10 154/14 154/31
exposure [80]  8/5 12/25 12/28 12/31 16/19
16/24 16/26 17/32 18/2 18/4 18/17 18/22
18/31 21/32 22/19 22/25 27/7 27/18 28/1 28/5
28/23 42/17 42/18 42/20 49/14 50/7 50/8
50/31 50/32 51/20 51/30 52/3 52/19 52/24
52/29 53/5 53/8 53/15 53/21 53/22 54/2 54/5
58/20 60/10 60/11 61/5 61/12 63/9 64/9 64/11
64/21 64/30 68/17 69/1 71/24 74/18 75/13
75/18 75/20 76/3 76/4 81/21 81/28 82/30 83/3
85/5 87/31 88/10 104/29 106/3 106/11 106/15
106/16 106/24 112/25 113/14 113/21 114/19
124/23 125/5
exposures [29]  10/6 12/32 18/7 19/8 21/13
27/11 28/19 28/20 28/21 29/12 47/28 48/15
53/24 53/24 53/28 58/17 61/18 64/23 71/20
75/27 75/31 76/2 76/29 82/12 85/30 104/32
105/5 106/20 125/12
expressed [2]  72/1 123/6
extensive [1]  81/4
extent [3]  38/16 88/12 120/7
extra [3]  51/31 67/10 104/7
extract [1]  65/30
extracted [1]  95/21
extraction [2]  95/24 103/26
extreme [2]  34/30 61/22
extremely [6]  28/14 48/29 86/5 108/1 125/3

eye [8]  106/26 106/27 107/6 107/21 107/25
107/27 108/7 111/18
eye's [1]  107/17
eyes [10]  31/7 54/4 59/16 86/18 107/28 110/3
112/15 112/22 143/8 153/11

# F

fabulous [1]  87/11
face [2]  48/28 84/18
facility [1]  127/1
fact [32]  15/9 23/20 23/21 23/30 23/30 35/31
38/8 39/11 43/26 44/21 45/11 51/29 56/6
58/21 58/22 66/24 73/14 77/12 77/13 82/26
95/24 99/8 101/2 101/21 111/16 113/4 117/17
118/5 122/12 123/9 152/9 158/32
factor [1]  96/8
factors [3]  22/18 71/2 73/2
facts [14]  23/31 24/3 33/8 33/16 46/14 46/32
47/15 47/17 47/17 57/3 71/30 79/11 104/24
164/14
factual [1]  33/17
fail [1]  103/32
failed [2]  107/23 107/26
fails [2]  103/27 103/29
fair [3]  21/23 96/6 98/17
fairly [1]  22/27
fall [1]  166/18
familiar [8]  83/7 97/4 118/17 118/18 118/27
119/1 119/10 151/18
familiarity [1]  97/6
famoso [1]  83/28
fans [1]  44/31
far [15]  8/5 15/28 19/23 24/7 30/22 31/8
32/11 53/28 64/7 68/24 77/30 89/16 92/25
108/6 123/16
fast [2]  35/7 105/1
father [1]  83/27
fault [1]  148/24
favorable [1]  116/25
federal [3]  20/7 20/15 26/22
feel [1]  49/28
feeling [1]  112/23
feet [4]  51/28 81/13 81/17 105/18
fellow [5]  11/4 11/8 11/17 15/17 83/11
fellows [1]  85/27
felt [1]  13/11
ferric [2]  68/12 68/15
few [7]  6/14 38/15 67/10 81/18 90/17 119/4
150/14
fewer [1]  70/18
fiber [1]  22/25
field [9]  5/30 7/12 7/16 10/17 10/31 11/13
20/24 26/20 73/20
fields [2]  20/5 20/13
fifty [1]  51/11
fill [1]  120/13
film [1]  141/12
filters [6]  157/10 157/16 157/30 158/7 158/21
158/22
fin [2]  44/23 81/4
final [1]  85/16
find [5]  18/28 27/6 93/11 107/1 139/22
finding [2]  39/27 43/6
fine [10]  4/14 81/20 100/25 109/5 110/5
110/22 116/3 141/23 143/30 150/25
finish [2]  121/1 143/27
finished [3]  85/20 120/18 121/2
finishing [2]  60/18 89/30
fire [9]  39/25 43/25 48/2 61/31 62/1 63/7
63/22 105/4 145/31
first [38]  4/15 9/31 19/21 26/30 26/31 29/13
29/17 34/19 40/27 42/7 45/21 49/17 50/25
50/25 63/29 64/9 65/21 70/12 72/11 83/24
85/3 123/25 126/2 127/22 127/24 127/30
131/10 138/22 138/23 139/13 139/21 149/28
150/2 151/27 152/9 159/29 160/3 160/6
first-floor [1]  159/29
five [15]  6/28 7/18 11/14 21/5 21/15 51/5
51/22 52/23 52/24 67/13 94/1 103/9 130/28
154/5 165/17
floor [36]  23/10 30/30 33/10 33/25 35/2
35/18 41/18 41/21 41/25 41/31 43/6 43/10
43/13 70/24 75/24 75/28 91/18 92/23 98/1
113/5 113/7 122/7 122/8 131/2 132/31 133/2
139/13 139/21 149/28 150/1 150/2 150/3
159/29 160/3 160/7 161/32
floors [11]  76/3 130/26 130/28 130/31 136/19
136/20 136/28 149/30 164/27 164/27 164/28
flow [3]  82/18 82/20 82/21
fluid [2]  107/12 140/10
fluids [1]  84/3
fluoride [5]  64/17 64/18 68/9 87/32 88/1
focus [1]  119/23
focused [1]  21/24

# F

**folks** [17]  21/28 113/2 113/13 114/4 114/6
118/8 119/23 125/17 158/27 159/23 160/2
160/6 162/4 162/7 162/9 162/26 163/17
**following** [8]  23/27 28/17 39/7 45/21 48/26
83/22 122/4 122/5
**follows** [2]  4/17 126/4
**food** [17]  139/11 139/12 139/20 139/27 140/7
140/16 140/16 140/22 140/28 140/32 149/24
149/32 160/29 161/23 161/23 161/31 162/7
**Forget** [1]  103/12
**forgetting** [1]  112/19
**forgot** [3]  7/21 87/14 154/3
**form** [10]  23/24 37/9 38/18 38/18 48/13
59/15 96/28 128/12 160/32 165/5
**formal** [1]  22/23
**formally** [1]  13/32 20/11 22/16
**format** [1]  167/20
**former** [1]  124/29
**forming** [2]  63/9 76/31
**forms** [7]  38/25 48/16 48/17 56/9 104/14
120/19 125/7
**forth** [7]  48/21 77/17 97/14 148/9 148/13
149/6 149/6
**fortunately** [1]  20/20
**FOSTER** [11]  1/24 2/5 2/7 2/10 3/9 3/31 8/29
24/7 101/22 108/19 159/16
**Foster's** [1]  109/7
**found** [12]  35/6 43/7 43/27 44/7 46/18 47/1
47/2 48/14 68/14 90/21 91/18 113/6
**foundation** [8]  69/14 69/18 73/32 75/26
77/19 77/22 79/22 141/17
**founded** [1]  19/22
**founder** [1]  13/5
**four** [4]  9/17 11/14 123/13 144/32
**fourth** [2]  8/23 29/4
**frequency** [1]  119/16
**frequent** [1]  164/28
**frequently** [1]  152/23
**friend** [1]  152/29
**front** [7]  32/13 37/20 130/7 130/9 130/16
130/22 159/26
**fruit** [1]  38/2
**full** [5]  4/27 10/30 126/10 130/1 130/2
**full-semester** [1]  10/30
**fully** [1]  35/23
**fundamentally** [1]  145/12
**funded** [1]  26/15
**furniture** [1]  141/10
**further** [8]  16/12 76/22 77/19 79/22 81/8
89/20 124/27 166/8
**future** [1]  28/21

# G

**gallon** [4]  90/29 99/19 132/18 132/28
**GAMBEL** [3]  1/20 3/27 109/2
**GARY** [2]  1/20 3/27
**gas** [5]  63/20 68/2 80/27 81/2 81/6
**gases** [4]  57/7 64/5 80/17 80/18
**GAUTIER** [1]  1/15
**gave** [3]  72/18 142/29 149/23
**general** [10]  7/2 13/19 17/26 85/28 87/13
101/15 113/22 121/17 124/20 151/21
**generally** [14]  18/25 20/9 71/3 71/4 72/30
73/1 82/17 86/11 90/32 104/17 113/23 118/20
118/27 126/29
**gentleman** [1]  158/20
**gentlemen** [2]  100/28 137/20
**germane** [1]  24/13
**get** [50]  7/24 13/22 16/21 27/24 27/30 31/6
31/19 33/12 33/28 34/7 35/19 35/24 42/2
44/17 45/1 50/1 53/26 53/26 53/29 53/30
53/32 54/3 56/18 58/9 64/6 68/11 72/23 74/7
74/18 75/26 75/29 76/7 81/13 81/17 84/3
84/19 88/3 88/3 89/9 95/28 107/25 111/9
116/2 127/3 143/19 145/5 146/29 151/15
155/31 156/31
**gets** [2]  81/8 84/10
**getting** [4]  15/27 80/17 80/19 120/12
**give** [20]  4/26 5/10 5/23 6/4 9/32 39/14 39/19
61/18 73/9 73/11 73/18 75/26 81/27 83/11
85/21 100/24 103/16 106/28 145/15 162/20
**given** [4]  13/9 18/26 57/5 71/29
**gives** [3]  9/17 51/31 65/28
**glasses** [2]  110/2 156/21
**glaucoma** [9]  53/30 54/13 55/7 55/25 57/7
57/13 85/3 85/6 142/8
**Glen** [1]  4/6
**GLENN** [1]  1/26
**global** [1]  66/19
**globo** [6]  151/5 151/6 151/16 151/20 154/22
154/23
**glue** [2]  163/19 163/24
**go** [71]  3/18 9/31 13/24 15/7 15/16 17/14

43/29 44/4 45/18 45/19 48/20 50/23 53/2 56/5
56/32 57/17 57/19 57/19 57/19 57/24 61/26
65/19 67/1 67/18 68/21 68/32 69/3 73/2 74/12
80/26 81/21 82/8 85/15 87/5 87/13 90/5 94/30
103/10 106/2 120/32 122/6 125/4 128/9
128/13 128/18 131/22 131/25 134/29 143/1
151/19 152/5 152/23 152/24 153/19 154/16
157/26
**goes** [5]  33/19 34/2 66/24 103/7 103/8
**going** [104]  6/14 7/7 13/11 13/22 18/12 20/16
24/8 24/19 24/29 25/16 28/30 29/26 31/18
31/18 33/6 33/12 33/28 34/6 34/6 37/23 39/1
39/19 42/25 43/1 48/17 49/10 51/26 54/3 54/6
54/24 56/19 57/17 60/18 68/1 68/3 68/4 68/7
68/9 68/17 69/24 72/5 74/7 76/18 76/22 76/27
77/10 81/5 81/18 84/17 84/18 84/21 84/22
89/16 89/22 93/8 93/15 94/25 99/31 100/16
102/14 103/7 103/16 103/17 103/24 103/32
107/7 109/9 111/10 111/14 115/3 115/12
115/14 116/24 128/18 131/28 131/30 133/18
133/25 137/8 139/29 142/1 143/25 143/26
144/10 150/18 150/26 150/29 151/5 151/12
151/16 151/20 151/21 154/6 154/21 157/21
157/26 158/6 160/15 161/30 162/22 163/10
165/5 165/14 165/16
**gone** [5]  21/29 35/23 107/21 108/6 123/3
**good** [28]  4/8 4/10 17/19 20/31 20/32 35/24
47/2 47/6 57/2 59/32 60/20 71/7 71/31 74/3
87/24 89/30 91/3 93/18 100/1 105/9 110/1
110/17 118/8 120/26 124/2 126/9 152/31
152/31
**Gosh** [1]  22/8
**got** [35]  5/27 7/13 10/17 11/25 13/8 13/31
19/25 24/25 51/7 51/30 59/16 63/12 66/19
71/10 75/25 76/11 76/11 83/19 99/15 107/2
107/3 108/8 121/29 141/31 144/9 147/2 147/5
151/25 153/15 153/24 154/23 156/1 156/6
160/28 166/20
**gotta** [2]  160/7 160/8
**government** [2]  13/20 26/15
**government-funded** [1]  26/15
**Governmental** [2]  27/14 27/26
**grade** [1]  101/31
**graduate** [3]  10/30 11/26 12/1
**graduate-level** [2]  10/30 12/1
**grave** [1]  55/28
**great** [5]  15/29 44/8 66/22 67/6 83/5
**greater** [1]  107/11
**greatly** [2]  114/19 121/32
**greatly-modified** [1]  121/32
**grew** [1]  155/17
**ground** [2]  75/23 75/28
**group** [1]  17/5
**guarantee** [1]  120/20
**guess** [9]  54/29 83/25 94/12 99/9 105/30
117/29 117/30 139/28 160/23
**guessed** [1]  54/4
**guessing** [2]  57/1 117/25
**guidance** [1]  26/19
**guidelines** [2]  22/23 167/21
**guy** [2]  77/12 115/13
**guys** [5]  8/7 154/22 157/12 157/14 161/32

# H

**had** [66]  6/28 6/30 7/1 7/11 7/18 17/9 21/1
21/12 21/32 24/24 32/8 35/10 41/20 41/24
42/13 43/18 44/29 45/4 46/17 59/14 59/30
63/14 64/17 70/17 70/19 70/21 70/23 74/21
77/24 91/3 91/4 91/16 94/20 95/29 97/10
97/12 97/27 102/1 102/4 107/21 110/7 112/23
114/1 114/9 116/17 118/2 118/3 119/3 119/21
120/4 121/7 121/15 121/24 122/16 133/6
135/23 136/12 141/30 147/17 148/22 152/25
153/9 155/16 155/29 163/26 165/19
**hadn't** [1]  65/31
**half** [4]  13/9 60/16 129/29 129/30
**hand** [2]  41/7 113/27
**handbook** [1]  74/8
**handled** [2]  97/16 108/32
**handles** [1]  135/15
**Handlin** [1]  80/13
**happen** [4]  12/10 35/3 48/32 160/16
**happened** [12]  30/31 43/14 43/22 47/24
56/25 56/27 104/27 104/29 105/1 117/25
142/12 161/22
**happy** [4]  66/15 72/25 109/9 109/10
**hard** [3]  27/23 92/8 125/16
**harder** [1]  92/14
**harm** [3]  49/10 49/20 50/11
**harmful** [3]  14/23 18/6 28/9
**HARVEY** [1]  1/8 86/20 87/28 124/18
**has** [49]  8/8 15/4 18/29 21/26 21/30 24/1
24/30 24/31 25/2 27/4 27/16 27/17 30/11

**hasn't** [3]  21/29 81/32 82/1
**hate** [1]  111/16
**have** [393]
**haven't** [2]  21/32 150/22
**having** [5]  4/15 106/14 123/24 126/2 144/32
**hazard** [12]  26/31 29/14 30/25 30/26 45/23
45/26 46/9 49/17 49/17 59/8 114/7 114/13
**hazardous** [19]  36/20 37/16 43/25 49/21
61/24 67/12 90/22 97/7 97/13 102/12 103/25
103/27 104/5 118/12 118/18 118/22 118/31
119/7 122/26
**hazards** [1]  7/29 10/13 50/20
**HCL** [15]  61/10 64/16 68/1 100/20 101/4
105/16 107/4 107/11 109/24 112/25 115/26
116/11 116/12 116/13 116/18
**he** [153]  13/11 15/28 24/4 24/11 24/30 24/31
25/2 25/4 25/13 31/9 39/4 39/6 39/9 40/4
40/4 40/5 41/15 42/7 42/10 45/13 45/13 45/13
45/14 45/14 45/17 45/28 45/28 46/14 46/14
46/15 54/16 54/17 54/17 54/18 54/24 54/26
54/26 55/6 65/16 66/4 66/9 72/6 72/6 72/8
72/13 72/18 73/28 73/28 73/29 73/29 73/30
73/30 73/31 77/13 77/14 77/14 77/16 77/17
77/23 77/24 77/25 77/32 78/2 78/3 79/4 79/5
79/6 79/6 79/12 80/21 81/32 82/1 82/3 83/28
91/9 98/10 99/30 100/2 100/3 100/4 100/6
100/7 100/7 100/19 101/3 101/5 101/8 102/29
103/2 103/3 103/3 103/9 105/3 108/6 108/11
108/11 108/25 112/21 114/27 114/30 114/31
115/1 115/2 115/4 115/5 115/7 115/10 115/25
115/26 115/27 116/10 116/11 116/18 119/25
128/28 129/3 129/6 137/14 143/27 143/27
145/13 145/14 145/14 145/15 145/20 147/2
147/5 149/9 149/9 149/17 149/20 149/21
152/5 154/13 154/14 156/9 157/21 157/32
159/5 159/6 159/21 160/15 160/15 161/10
162/12 163/23 163/24 163/26 164/14 164/14
165/9 165/23 165/23
**He's** [1]  24/32
**head** [3]  81/16 128/9 155/5
**headaches** [4]  86/20 87/29 88/3 142/17
**headed** [1]  71/5
**health** [16]  7/29 10/13 11/31 25/30 26/1
26/28 27/20 27/22 29/11 45/23 50/20 51/8
52/11 53/19 61/4 142/12
**healthy** [3]  155/13 155/14 156/18
**hear** [6]  114/29 137/22 146/12 146/17 146/20
147/15
**heard** [18]  9/32 16/12 29/30 40/3 47/30 47/32
57/22 70/29 80/12 87/28 87/30 108/2 114/2
114/20 114/26 150/23 158/26 163/27
**hearing** [2]  72/12 89/12
**hearsay** [6]  69/10 137/3 138/29 146/31
146/32 147/5
**heat** [1]  34/30
**heating** [2]  111/10 128/4
**heavier** [1]  19/26
**held** [2]  1/13 126/1
**help** [2]  23/29 142/31
**helped** [1]  105/32
**her** [14]  7/21 16/13 33/32 51/17 57/24 66/13
79/2 79/3 79/20 87/16 119/15 119/15 156/28
165/2
**here** [36]  29/28 30/31 42/4 47/15 47/25 47/27
49/22 51/17 58/3 65/15 66/27 80/3 83/19
91/32 92/12 93/9 93/28 100/3 100/7 100/8
101/10 108/17 114/20 115/11 116/12 117/24
118/4 131/1 135/1 145/11 145/15 148/7
148/26 151/16 156/24 163/16
**hereby** [1]  167/24
**herein** [1]  167/24
**hey** [3]  149/2 149/2 149/2
**HF** [1]  68/9
**high** [26]  30/8 32/5 38/28 38/29 39/12 48/29
49/29 50/10 53/11 53/15 53/24 54/12 55/24
57/5 57/32 59/1 71/21 71/21 71/22 72/32
82/21 97/30 104/5 112/30 117/19 119/19
**higher** [15]  32/4 32/7 38/25 42/21 47/7 50/9
51/10 66/25 66/26 70/2 71/1 99/3 117/8
117/11 121/8
**highly** [13]  56/20 63/26 93/4 97/19 99/1 99/6
99/20 100/4 100/19 101/3 117/10 118/13
120/23
**him** [31]  24/22 39/10 66/8 77/24 77/31 78/7
78/9 79/4 83/15 90/20 96/13 100/24 100/28
102/28 108/5 114/29 116/6 133/19 145/12
145/15 145/21 146/32 147/2 151/3 151/5
151/31 153/15 153/15 153/24 159/19 164/18
**hire** [1]  26/22
**his** [37]  9/4 15/30 16/1 23/13 23/13 24/4

# H

his... [31] 24/19 24/29 25/1 25/13 33/7 45/10
46/20 46/21 55/28 72/10 72/11 78/27 79/8
79/13 83/14 90/25 90/27 98/11 99/32 100/20
100/27 108/12 109/10 114/23 114/26 116/2
152/4 152/4 154/6 163/6 163/27
history [1] 89/2
hit [1] 42/23
hold [5] 6/2 6/5 6/6 6/11 63/25
hole [3] 35/5 41/12 123/23
holes [1] 91/20
home [2] 157/18 158/10
homeostasis [1] 84/7
honor [67] 3/5 3/9 3/15 4/19 5/17 8/32 11/11
15/27 20/23 23/12 23/16 25/21 33/6 33/23
34/5 35/28 36/25 37/1 39/1 39/9 40/32 45/28
46/12 46/30 54/16 54/31 55/9 55/27 60/14
60/26 60/30 66/3 69/7 72/5 73/28 74/7 77/10
78/25 79/16 84/30 87/1 89/8 90/14 94/25 98/5
102/27 103/1 108/5 108/17 115/29 126/6
133/14 141/18 148/3 149/9 154/13 157/21
157/32 158/12 160/12 161/10 162/11 163/22
165/5 165/23 165/26 166/12
HONORABLE [1] 1/14
honors [1] 17/2
hood [5] 111/4 111/9 111/12 111/15 111/24
hope [2] 15/20 28/25
hopefully [1] 34/8
horrible [1] 111/28
hot [1] 111/11
hour [2] 60/17 110/32
hours [8] 52/8 88/29 109/20 112/5 112/5
112/8 129/30 140/4
house [1] 158/7
how [54] 4/12 4/14 5/3 13/3 13/32 14/1 14/1
14/2 14/20 14/22 14/28 15/1 15/5 28/8 32/27
32/27 35/17 45/29 54/18 77/30 78/4 78/18
88/23 88/29 95/32 108/8 115/1 117/20 119/20
120/3 121/3 122/21 122/25 122/30 123/4
125/12 125/13 128/6 128/13 128/20 129/13
129/21 130/26 131/12 131/25 132/5 132/8
132/11 139/24 142/21 144/7 145/2 150/24
160/15
however [3] 97/15 120/14 158/31
huge [4] 23/1 34/27 123/2 123/2
huh [4] 136/5 148/11 154/24 164/6
human [9] 9/28 14/13 14/21 17/30 84/10
84/11 84/13 84/15 106/29
hundred [2] 50/3 96/1
hurry [1] 153/26
HVAC [14] 8/8 25/8 25/9 44/13 44/22 45/12
77/15 77/25 77/30 78/5 78/8 80/3 80/21
115/12
hydrochloric [60] 23/3 31/6 31/9 31/14 31/14
36/4 37/28 38/22 38/24 38/30 39/13 40/12
40/24 42/14 43/31 44/22 45/16 47/14 47/10
48/11 48/15 51/1 51/13 51/22 53/5 53/9 54/13
56/8 57/23 58/1 58/3 61/19 68/8 68/25 73/23
73/24 74/17 74/30 75/1 75/4 75/10 75/15
80/27 81/2 81/5 84/1 84/4 84/5 84/8 94/8 94/9
96/28 99/20 101/14 101/24 101/32 105/23
112/14 122/7 124/16
hydrochloride [1] 94/7
hydrofluoric [24] 32/16 32/19 36/4 40/12
40/25 43/31 44/30 44/32 45/17 47/4 51/3
51/23 56/13 58/13 58/16 58/30 68/26 73/25
74/31 75/5 102/2 102/5 107/5 112/28
hydrogen [16] 31/15 38/14 38/17 44/19
80/28 80/28 81/2 81/6 85/6 87/32 87/32 93/30
94/4 94/5 94/10 107/29
hydronium [1] 38/13
hydroxide [4] 30/7 59/4 59/11 59/14
hygiene [39] 4/32 6/8 6/10 6/29 7/26 7/27
8/11 8/12 8/25 9/26 10/14 10/16 11/4 11/8
11/13 11/18 12/13 12/23 13/6 13/15 13/18
15/9 15/12 15/18 15/19 16/18 16/28 19/22
20/5 20/25 25/28 50/14 50/19 50/22 71/17
81/12 85/11 85/28 88/8
hygienist [19] 6/7 6/12 6/27 10/19 10/27
13/11 14/11 17/4 25/17 27/27 28/16 36/21
46/5 52/32 55/19 67/23 69/30 73/15 79/26
hygienists [5] 6/32 11/16 27/14 73/11 85/27
hypothetical [6] 46/13 46/23 76/4 77/7 79/11
104/23
hypotheticals [2] 33/17 77/11

# I

I N D E X [1] 2/2
I'd [2] 19/26 121/24
I'll [7] 5/32 93/8 108/29 143/19 146/15
158/18 160/19
I'm [95] 4/14 5/5 17/22 18/12 18/26 25/9
28/25 28/30 33/6 39/1 43/21 43/22 47/22
48/17 54/4 56/1 57/1 57/17 60/19 60/20 66/3
82/9 82/13 84/30 87/9 87/24 88/6 89/16 92/28
94/13 94/25 94/28 96/13 97/4 99/29 100/16
100/27 103/16 106/1 107/7 108/17 109/10
109/14 109/22 111/14 114/32 118/27 119/9
120/17 121/2 124/5 127/21 130/28 133/25
133/30 134/4 135/1 135/9 136/25 137/8
137/18 138/14 142/1 142/3 143/25 143/26
148/23 148/32 150/18 150/26 150/29 151/5
151/12 151/16 151/21 153/24 153/30 155/8
155/8 156/5 157/26 158/5 163/10 164/18
165/5 165/14 165/16
I've [17] 13/31 63/12 75/25 88/4 107/2 107/3
150/23
idea [18] 17/26 27/24 31/31 52/21 56/6 56/18
64/31 73/31 73/32 76/10 95/28 97/25 111/26
114/2 115/23 120/26 122/21 124/2
ideas [1] 76/8
identification [1] 14/5
identified [5] 30/1 30/3 93/20 136/4 148/7
identify [2] 14/8 26/32
IDLH [1] 53/18
ignore [3] 116/29 117/3 117/4
IH [2] 9/12 77/32
illnesses [1] 147/16
immediate [3] 86/4 114/16 114/18
immediately [3] 51/8 53/18 110/27
impeaching [1] 100/27
important [16] 16/14 16/29 17/31 22/17
26/16 28/14 61/20 63/21 71/11 71/28 97/17
97/17 107/30 125/3 125/6 125/10
impossible [1] 34/15
impression [1] 100/14
inappropriately [1] 97/31
incidence [2] 119/19 120/27
incident [17] 43/25 47/22 47/22 47/27 56/25
62/2 62/6 62/8 62/13 62/29 63/24 82/9 82/10
82/15 90/23 105/2 141/2
incidents [1] 121/20
include [8] 8/16 8/19 9/20 9/23 9/26 14/12
14/28 27/1
included [4] 12/20 22/10 32/26 83/11
includes [5] 8/16 18/15 18/19 18/22 28/10
including [5] 18/16 20/6 20/26 25/18 82/30
Incorporated [2] 5/1 13/6
incorrect [2] 102/31 104/16
increased [1] 25/32
increasing [1] 66/22
increasing [1] 14/13
indeed [1] 114/13
indicate [4] 39/26 92/2 92/9 99/11
indicated [13] 11/24 21/31 31/24 32/24 37/7
37/16 37/31 38/5 40/14 51/17 62/9 92/30
123/19
indicates [5] 8/26 34/18 64/4 68/18 92/4
indication [4] 54/10 63/22 92/26 93/29
indications [1] 61/21
indicator [1] 68/25
individual [2] 88/19 119/8
individual's [1] 8/2
individually [2] 1/8 88/19
individuals [19] 55/22 82/11 88/17 113/16
114/15 114/17 120/11 120/12 120/21
indoor [2] 66/30 124/28
indoors [1] 66/24
industrial [69] 4/32 6/6 6/7 6/10 6/12 6/26
6/29 6/32 7/26 7/27 7/32 8/10 8/12 8/25 9/26
10/5 10/14 10/16 10/19 10/27 11/4 11/8 11/13
11/16 11/18 12/12 12/23 13/6 13/11 13/14
13/18 13/20 14/11 15/19 15/28 16/18 16/19
16/18 16/28 17/3 17/22 19/22 20/5 20/25
25/17 25/28 27/14 27/27 28/16 36/21 46/5
50/14 50/18 50/22 52/32 55/19 67/23 69/30
71/17 73/11 73/15 79/26 81/12 85/11 85/27
85/28 88/7 97/13 117/10
industries [1] 113/13
industry [1] 113/18
inflammation [1] 112/16
influence [2] 74/26 96/7
inform [2] 17/16 113
information [32] 27/10 46/22 46/27 56/21
56/23 63/8 63/11 63/20 63/23 64/30 71/28
72/18 73/12 79/5 79/6 79/12 82/27 91/6 98/7
98/25 102/5 102/6 103/3 106/32 116/20
116/23 118/3 118/5 118/6 146/29 147/2
147/16
ingest [1] 64/27
ingestion [1] 28/6
inhalation [5] 28/7 30/25 30/26 59/8 69/1
initial [5] 4/29 39/24 39/25 39/27 61/30
inside [9] 103/22 127/25 153/4 157/4 161/27
164/4 164/5 164/7 165/3
inspection [1] 102/21
inspections [1] 97/32
instantaneous [2] 12/31 52/26
instead [3] 37/15 51/5 120/28

# J

JAMES [4] 2/4 3/10 4/15 4/29
JENNIFER [1] 1/21 3/20
job [11] 17/19 87/11 102/10 102/11 127/31
128/3 128/18 128/19 128/21 129/22 131/2
jobs [4] 127/17 129/22 130/7 130/24
JOHN [3] 1/25 4/4 4/5
join [1] 108/24
joke [1] 103/22
JOSEPH [1] 1/8
JR [1] 1/20
Judge [32] 1/15 7/25 8/24 10/1 12/15 13/13
15/8 24/15 51/14 74/3 87/5 89/14 89/29
119/25 121/27 137/3 138/2 138/29 145/11
146/31 150/8 150/28 151/28 152/9 153/1
153/19 155/9 158/5 160/25 162/25 163/11
166/16
judgment [2] 50/18 71/20
judgments [1] 50/12
jumping [1] 109/14

# INSURANCE

INSURANCE [1] 1/23 3/31
intensity [1] 86/7
interact [4] 14/28 15/2 15/5 32/27
interacts [1] 14/1
interested [2] 104/30 167/24
interesting [1] 33/20
interests [2] 18/12 18/24
internal [1] 107/15
Interpret [1] 117/4
interrupt [2] 22/26 120/32
interview [1] 120/19
interviewed [2] 120/13 121/8
interviews [2] 119/14 119/15
intolerable [1] 122/13
introduced [2] 134/5 150/22
introducing [1] 84/12
invent [1] 26/5
investigate [1] 138/23
investigating [1] 149/24
investigation [2] 119/6 139/29
invite [1] 36/13
involve [2] 17/32 128/3
involved [6] 13/29 17/22 21/13 45/2 139/3
139/24
involves [6] 13/32 17/17 17/23 26/11 28/4
28/5
involving [4] 20/1 21/32 101/19 146/21
ionic [4] 38/16 38/16 31/17 38/17 38/18
80/29
ions [2] 38/13 84/1
Iowa [3] 5/27 5/28 5/28
iron [9] 44/18 44/20 64/15 64/17 64/19 68/6
68/7 68/8 68/9
iron-containing [1] 68/7
irreversible [1] 107/14
irritating [3] 41/22 42/24 59/17
irritation [8] 57/11 59/19 59/22 61/16 61/22
106/21 112/15 112/27
is [460]
isn't [10] 39/16 39/25 39/26 45/9 48/7 57/8
61/17 99/4 117/29 120/26
issue [6] 23/22 23/30 80/11 107/2 108/9
137/9
issues [4] 20/1 26/4 26/16 52/15
it [392]
it's [137] 4/29 4/32 11/10 11/11 11/19 12/8
14/2 16/29 16/30 20/14 26/15 27/23 29/10
30/9 30/10 30/11 30/20 30/29 30/30 31/16
32/8 33/7 37/14 41/12 42/16 42/20 42/21
42/24 44/18 44/48 46/7 47/15 48/28 48/29
49/10 50/9 52/14 52/19 52/25 59/23 59/24
59/25 59/26 59/27 59/28 59/32 61/12 61/20
65/28 66/21 66/22 66/28 68/2 68/2 68/2 68/3
68/4 68/24 69/24 71/10 71/23 71/28 75/29
76/10 76/21 77/4 78/28 80/4 80/27 80/29
80/29 80/30 80/32 81/16 82/10 82/27 83/26
84/24 85/3 85/15 91/8 91/11 91/17 91/23 92/6
92/14 92/18 93/4 93/7 94/7 94/9 94/11 95/25
96/32 97/17 97/17 97/32 99/9 102/13 102/17
103/22 105/17 106/10 108/6 109/28 109/30
110/1 112/26 112/26 113/3 113/3 113/16
114/14 116/19 116/26 117/30 119/4 121/21
121/22 121/29 125/3 125/5 125/5 133/7 135/2
135/20 135/31 136/1 136/11 145/12 146/32
151/15 156/26 161/20 162/2 162/3 162/11
165/26
itching [2] 86/18 87/30
itchy [2] 142/16 143/8
item [1] 74/30
its [1] 8/25
itself [7] 30/14 30/15 30/23 97/27 99/10
116/2 120/7

# insulation

insulation [3] 98/2 102/20 102/21

**J**

juncture [1] 24/13
JUNE [2] 1/8 86/20
just [97] 3/12 7/25 8/16 9/7 16/14 17/15
20/12 22/19 24/4 24/9 25/18 26/5 32/2 32/12
37/21 42/19 44/15 45/24 45/28 46/14 48/27
49/9 52/28 57/8 57/11 57/11 58/9 59/18 65/13
65/26 65/29 65/32 67/7 67/8 67/10 68/11
68/16 69/12 70/26 72/2 72/8 72/20 75/11
75/21 76/15 76/17 77/7 80/32 80/32 83/15
85/9 85/20 87/16 88/6 89/18 89/32 90/17
92/29 93/8 94/30 95/28 97/29 102/16 103/31
104/10 104/12 108/24 108/27 109/2 109/23
112/8 115/22 116/26 119/28 120/31 121/12
122/19 123/5 123/28 124/11 125/15 127/19
140/17 148/8 149/21 150/14 151/16 151/20
151/27 152/30 155/1 155/2 156/8 157/5
160/16 161/20 165/9

**K**

Kazakhstan [7] 15/21 15/22 15/24 15/29
16/16 16/17 66/11
keep [11] 7/6 31/7 39/1 52/20 52/22 53/28
93/15 124/13 140/16 142/1 163/10
keeps [1] 108/25
kept [1] 140/18
Kim [5] 151/24 156/27 159/23 162/25 164/26
KIMLIN [1] 1/27
kind [34] 5/8 10/18 11/31 15/6 17/26 24/24
26/22 26/25 28/31 30/21 36/14 41/6 42/21
50/12 50/17 71/1 71/4 73/3 73/3 76/26 91/12
96/30 97/32 101/19 104/4 106/20 107/32
108/2 110/4 110/8 110/24 124/32 125/1
141/13
kinds [5] 50/4 51/9 53/29 100/6 119/9
knew [2] 115/1 160/25
know [175]
knowing [1] 56/17
knowledge [26] 8/17 8/19 9/20 9/23 10/1
10/17 14/12 23/20 23/23 23/29 24/31 32/26
32/32 46/4 54/10 55/18 58/18 69/29 79/27
79/28 80/4 80/22 81/25 85/24 157/29 165/18
known [5] 48/12 80/31 84/5 84/5 84/24
knows [2] 47/24 115/18

**L**

lab [7] 57/24 109/17 109/25 110/2 110/7
110/9 111/3
label [2] 32/8 37/8
labeled [2] 31/2 37/5
labels [3] 116/13 116/13 118/2
labor [1] 104/7
laboratories [4] 44/16 57/32 58/5 110/16
laboratory [12] 44/15 57/31 65/31 67/4 68/23
95/16 95/22 111/8 118/15 119/5 119/7 119/9
lack [1] 25/13
lacks [2] 25/4 25/11
lacrymal [1] 107/12
laid [2] 26/11 141/17
language [2] 40/21 125/11
large [3] 66/28 74/27 76/27
larger [1] 113/31
last [6] 7/21 19/26 21/15 87/26 96/26 103/9
later [7] 7/25 16/22 27/31 54/7 90/28 143/18
143/26
latest [1] 51/7
laugh [1] 141/30
law [1] 74/9
laws [1] 11/19
lawsuit [2] 146/20 147/24
lawyer [2] 145/20 159/16
lawyers [3] 121/29 159/13 159/17
lay [5] 54/28 69/18 77/19 77/22 79/22
laying [1] 69/13
lead [8] 17/7 26/22 55/21 55/24 103/18
103/20 103/29 111/27
lead-based [2] 103/18 103/29
leading [7] 94/28 125/17 125/21 141/15
141/20 142/3 153/15
leads [2] 48/3 107/13
leak [14] 35/21 35/21 35/22 42/13 122/1
123/1 123/2 123/23 123/27 146/3 146/7
146/13 146/18 146/21
leakage [1] 105/7
leaked [15] 33/9 35/8 42/32 43/5 45/29 45/29
48/2 54/17 54/18 55/6 58/23 60/7 91/20 123/5
145/27
leaking [18] 33/3 33/15 34/16 34/19 35/16
39/27 40/16 40/19 40/27 40/30 41/10 41/28
41/32 43/15 47/18 56/14 58/23 92/5
leaks [3] 35/5 35/7 35/13
least [19] 17/16 19/27 40/18 44/16 47/3 63/25
72/13 91/10 95/22 95/31 97/4 100/7 100/20
109/26 109/32 110/5 110/32 111/6 120/22

leaves [1] 48/10
leaving [2] 107/32 144/31
LEE [10] 1/27 2/13 124/9 151/2 151/24
156/27 159/23 162/21 162/25 164/26
Lee's [1] 162/17
left [11] 43/9 58/4 58/10 87/14 92/12 105/4
108/2 122/21 122/31 152/21 152/27
legal [3] 19/17 19/19 19/32
legislature [1] 23/26
legitimate [1] 78/26
length [1] 61/14
lent [1] 120/7
less [1] 92/18
let [44] 8/15 13/24 16/11 16/14 22/11 22/13
34/19 42/3 51/12 51/15 51/19 54/7 56/22 57/4
57/15 57/16 58/8 58/9 62/31 63/3 69/16 69/28
77/28 78/8 79/18 84/27 88/6 89/18 98/19
100/23 103/10 109/23 111/32 120/15 121/27
124/18 136/3 152/12 156/18 158/5 158/17
161/29 165/1 165/16
let's [18] 50/25 53/2 57/17 58/12 60/23 61/2
76/30 104/6 104/6 120/32 122/6 149/12
149/17 153/26 154/16 156/27 159/23 160/28
LETOURNEAU [2] 1/22 3/29
lets [1] 150/28
level [15] 10/30 11/26 12/1 49/14 51/30 52/26
61/15 64/9 66/32 92/26 92/28 96/8 97/16
108/7 159/29
levels [15] 12/31 27/28 50/29 50/30 52/12
52/14 53/16 53/19 53/22 64/8 66/25 73/5
84/15 85/6 106/12
Library [1] 61/25
lid [1] 132/26
life [7] 1/23 3/31 49/7 51/8 86/17 111/29
155/14
lifetime [1] 52/9
lighter [1] 140/10
like [71] 6/32 7/11 22/16 23/12 27/13 36/19
36/23 37/21 45/15 48/1 48/5 49/21 50/5 56/28
61/19 70/22 73/1 76/26 77/12 83/20 85/9
86/18 91/20 92/8 96/5 97/32 98/28 101/7
108/22 109/2 112/23 117/4 123/2 125/11
128/12 129/16 129/17 129/25 129/27 131/15
132/4 132/13 132/18 132/28 133/7 133/9
133/11 133/26 134/15 136/11 136/12 140/8
140/9 140/9 140/10 140/15 140/17 142/16
142/24 144/9 144/20 144/20 145/3 145/4
148/18 148/21 148/22 156/28 157/6 163/30
163/31
likelihood [1] 33/1
likely [23] 29/12 30/3 32/10 37/15 43/14
48/31 50/6 64/15 68/5 70/32 76/2 76/5 86/12
99/14 101/28 104/32 106/13 113/14 113/21
117/17 120/10 120/23 120/23
limit [11] 42/18 50/31 50/32 51/1 51/20 51/30
52/4 52/13 52/24 61/12 75/13
limitations [1] 76/25
limited [2] 25/2 65/3
limits [25] 27/18 42/20 52/3 52/7 52/29 53/17
54/2 58/20 74/19 75/18 75/21 76/3 82/30 83/3
106/16
line [3] 23/9 111/6 145/12
lined [1] 36/7
linings [1] 35/15
liquid [6] 41/17 70/24 91/17 92/10 92/23
133/2
list [2] 53/20 58/15
listed [5] 16/1 16/7 18/15 58/31 65/7
listen [3] 85/24 103/14 104/10
listening [1] 109/10
lists [2] 18/11 112/12
literature [13] 27/7 42/23 42/26 51/9 53/31
57/8 57/14 58/19 61/13 61/21 84/24 85/5
106/32
litigation [1] 13/21
litigation-related [1] 13/21
little [32] 7/24 12/15 14/16 14/31 15/23 17/11
39/12 40/16 40/21 42/20 43/19 45/15 54/7
67/21 70/2 70/2 75/20 77/4 81/15 83/25 84/10
91/3 92/14 92/18 109/3 109/14 111/13 117/32
119/13 125/4 128/13 161/4
located [5] 126/32 135/27 139/12 162/1 162/1
location [2] 129/10 149/5
locations [2] 65/6 140/14
long [7] 42/25 88/23 129/21 131/12 144/7
150/26 151/13
longer [5] 104/27 107/13 118/24 118/28
118/31
look [30] 12/30 18/28 21/1 26/16 27/1 27/8
27/26 28/1 36/19 36/22 68/10 75/7 88/18
88/21 88/22 88/23 88/26 88/29 91/32 93/13
93/23 120/27 120/31 134/6 135/10 140/13
148/18 148/20 148/21 151/18

looking [8] 27/25 46/24 82/26 92/12 111/8
121/20 121/21 146/27
looks [5] 27/21 44/17 98/2 136/11 148/17
lot [23] 8/8 13/18 26/23 28/32 36/20 43/12
47/23 56/26 57/18 57/30 63/28 66/20 70/16
74/27 81/7 97/20 108/2 115/24 118/14 122/13
132/7 150/23 157/6
LOUISIANA [5] 1/3 167/11 167/13 167/22
167/30
low [24] 30/7 31/12 37/31 49/24 49/29 53/28
57/8 58/25 61/11 67/11 71/21 71/22 72/32
76/28 82/24 84/7 84/23 85/6 86/5 101/27
106/12 107/4 117/17 123/8
lower [21] 32/4 32/6 35/16 37/17 38/21 41/30
47/5 48/12 51/4 67/25 67/32 70/19 71/1 75/3
75/11 75/27 75/30 93/5 101/30 107/5 117/5
lowest [1] 50/30
luck [1] 89/30
lunch [1] 60/18

**M**

ma'am [1] 36/29
mad [1] 154/3
made [11] 23/2 68/28 99/7 101/22 104/26
105/11 117/28 120/19 132/20 139/10 160/32
magazine [1] 69/13
magnitude [4] 29/9 29/9 29/11 75/3
maintain [2] 7/5 84/7
maintained [1] 7/4
maintenance [13] 126/30 126/30 127/2
137/30 138/8 138/20 138/22 138/25 139/17
140/20 141/2 146/2 146/6 157/16 158/20
majority [3] 21/30 40/30 51/25
make [28] 3/15 34/25 43/2 50/15 50/18 62/9
62/12 63/3 67/11 70/20 70/22 76/32 78/19
81/31 81/31 84/14 104/25 105/32 109/1 113/9
116/24 117/12 120/24 127/19 134/3 158/17
162/21 163/15
makes [6] 33/15 34/27 70/26 83/21 83/29
83/30
making [6] 43/1 44/20 46/23 82/3 105/15
145/15
man [3] 155/13 156/19 165/9
management [8] 12/22 32/1 126/17 126/26
129/16 131/14 147/14 160/32
mandates [1] 39/7
manner [1] 44/10
many [33] 11/1 14/10 17/1 17/32 20/10 22/1
22/1 22/21 24/31 35/22 35/23 38/21 53/1 53/2
53/15 53/16 54/1 54/1 71/19 77/6 88/29
100/28 119/20 120/4 121/3 123/4 125/12
125/13 130/26 132/5 132/8 132/11 139/24
marked [3] 133/31 134/5 135/10
match [6] 99/30 100/1 108/18 115/24 115/24
116/10
matched [1] 37/9
material [23] 29/19 30/6 31/23 35/6 36/7
37/27 41/31 45/3 59/13 60/3 60/11 61/29
67/12 68/4 68/7 78/28 93/16 99/15 102/7
102/10 116/21 118/10 132/19
materials [17] 14/29 15/2 32/28 34/28 34/30
37/4 43/25 56/17 64/14 64/21 64/26 68/11
90/23 97/26 117/5 148/9 148/12
mathematical [1] 19/7
matter [6] 1/13 14/1 14/1 63/29 116/25
167/25
may [35] 4/19 14/28 23/24 28/12 30/15 30/30
35/25 36/29 40/5 40/15 40/15 44/9 45/22
46/28 47/6 55/22 60/30 64/3 79/22 85/31 86/6
86/24 88/24 88/30 89/29 110/14 115/18
121/10 133/14 133/18 145/14 145/16 147/16
158/21 162/13
maybe [24] 22/8 24/11 30/19 30/31 37/12
37/14 41/10 60/17 72/6 72/20 75/26 109/27
110/15 119/12 129/8 129/16 129/17 131/12
131/15 131/16 131/26 142/24 144/8 152/26
me [98] 8/15 13/24 16/11 16/14 17/16 21/8
22/7 22/8 22/11 22/13 23/12 24/4 33/21 34/19
34/27 36/23 36/25 42/3 48/5 51/12 51/15
51/19 54/7 56/22 57/4 57/15 57/16 62/31 63/3
65/2 65/29 69/16 69/28 70/15 74/22 77/19
77/28 78/9 79/1 79/2 79/18 84/27 86/23 86/24
87/5 87/19 88/6 94/20 98/19 100/12 100/23
102/25 103/14 105/17 105/32 107/1 107/3
107/8 109/23 110/9 111/32 112/18 113/29
117/27 118/17 119/2 119/15 120/15 121/27
123/19 123/20 124/18 136/3 137/16 138/5
142/29 150/28 151/17 152/12 152/28 152/31
152/31 152/31 152/31 152/32 154/2 155/1
155/9 156/18 156/24 157/14 158/5 158/17
161/29 165/1 165/16 167/15 167/17
mean [30] 11/7 15/28 33/25 38/7 49/10 49/18
51/24 51/27 65/10 65/22 66/5 72/6 76/10

**M**

mean... [17]  86/15 86/16 88/12 92/30 95/28
100/10 105/2 106/10 111/5 115/18 116/24
117/5 120/32 124/22 148/17 149/4 149/5
meaning [1]  130/9
means [9]  40/22 49/19 51/25 65/11 65/13
72/14 80/32 120/8 143/26
meant [1]  109/32
measure [5]  14/8 64/24 64/24 64/25 67/2
measured [3]  64/15 65/8 105/17
measurement [2]  14/5 65/16
measurements [4]  66/20 66/30 68/27
mechanics [1]  99/32
mechanism [1]  17/25
mechanisms [6]  14/19 17/24 35/3 35/17
41/30 106/30
medical [3]  11/32 88/14 89/2
medication [3]  142/30 144/16 144/19
Medicine [1]  61/25
medium [3]  71/21 71/22 72/32
member [2]  12/3 145/16
members [1]  121/6
memorized [3]  100/5 100/13 102/4
memory [1]  119/13
mention [1]  136/32
mentioned [13]  8/16 10/23 16/21 16/23 19/13
35/5 38/27 47/8 49/20 65/24 73/14 107/20
109/32
mercaptobenzothiazole [1]  59/31
merely [1]  99/5
met [4]  20/31 150/23 159/13 159/19
metal [12]  30/5 33/2 34/24 35/14 36/10 36/12
36/20 36/23 39/27 39/29 44/12 44/20
metals [3]  14/29 15/4 32/28
meter [1]  115/9
meters [3]  105/16 105/17 133/11
method [2]  107/26 167/16
methodology [4]  16/31 26/5 26/8 75/2
methods [5]  4/7 18/17 24/1 24/2 50/1
MICHAEL [2]  1/22 3/29
middle [1]  4/29
might [13]  12/21 19/5 28/8 29/27 43/13 43/18
43/20 84/19 104/27 109/31 110/2 110/14
117/31
million [15]  50/3 51/5 51/6 51/11 51/22 51/23
52/23 52/25 54/1 65/26 66/23 66/27 67/14
67/14 113/12
mind [2]  105/32 134/16
mineral [4]  31/24 100/4 101/23 101/28
Mineralized [1]  101/13
minute [7]  5/32 6/15 39/2 60/22 60/24 86/25
137/8
minutes [2]  52/27 60/17
Mischaracterization [2]  163/23 164/1
misleading [1]  108/1
Miss [14]  20/28 79/3 86/20 87/28 124/9
124/14 124/18 151/2 151/24 156/27 159/23
162/17 162/21 164/26
Miss Lee [2]  124/9 151/2
Miss Willis [2]  79/3 124/14
missed [1]  138/6
mist [1]  30/28
mistake [1]  134/4
mistaken [1]  130/28
misting [1]  59/18
mixed [1]  157/7
mixture [3]  31/5 32/4 135/24
mode [1]  17/27
model [5]  29/2 54/19 70/14 104/29 105/8
modeler [1]  22/5
modeling [14]  9/21 19/7 19/10 19/12 22/6
22/15 22/28 25/4 25/5 25/12 38/20 54/24
74/29 122/19
models [2]  18/22 22/22
modern [1]  111/3
modes [1]  17/25
modification [1]  22/18
modified [2]  112/12 121/32
moist [1]  36/11
moisture [3]  43/10 43/15 68/4
mol [1]  68/12
molecule [4]  31/15 80/29 80/29 80/30
molecules [1]  31/14
moment [4]  86/23 112/20 113/1 149/23
Monday [1]  29/27
money [4]  102/19 103/26 103/30 104/7
monitored [1]  114/7
monitoring [6]  9/24 62/2 62/6 63/6 113/20
113/30
month [1]  19/9
months [4]  142/23 145/3 145/5 145/7
more [39]  6/14 7/25 11/1 14/16 16/22 21/24
21/24 22/4 24/24 27/27 31/19 37/14 41/28
45/15 48/16 48/17 50/5 58/24 65/25 68/22

mean... [17]  86/15 86/16 88/12 92/30 95/28
moreover [1]  77/14
morning [7]  4/8 4/10 20/31 20/32 29/10 34/5
91/4
most [7]  39/12 53/18 76/27 83/1 106/17
106/22 140/18
mostly [2]  19/23 106/10
mouth [3]  111/21 111/22 124/31
move [23]  9/10 34/8 57/15 57/16 58/12 59/2
61/2 76/30 81/18 83/8 97/19 97/22 104/6
108/15 118/13 119/25 145/23 149/12 149/17
158/18 159/3 160/19 165/14
moved [5]  128/32 129/9 144/3 145/1 161/27
moves [1]  77/31
moving [5]  76/15 76/17 115/5 115/8 129/9
Mr [16]  2/5 2/7 2/8 2/10 2/14 2/15 80/12
80/13 83/25 109/2 112/19 155/24 158/26
159/16 159/17 166/14
Mr. [55]  8/29 24/7 40/3 41/15 42/4 42/6 45/5
48/5 55/27 86/19 87/28 91/9 96/27 99/26
99/27 99/29 100/24 100/29 101/2 101/22
105/2 108/19 108/19 109/7 112/20 114/20
114/21 115/17 115/22 116/1 116/6 124/17
126/9 133/30 134/1 134/3 135/9 136/14 142/5
143/26 145/27 148/6 149/16 150/14 150/16
150/21 153/21 158/31 158/32 159/14 160/10
161/30 163/16 164/2 164/31
Mr. Anderson [10]  40/3 41/15 42/6 86/19
87/28 105/2 112/20 114/20 115/17 133/30
Mr. Anderson's [3]  42/4 114/21 124/17
Mr. Clayton [4]  150/16 153/21 158/31 164/2
Mr. Daubert [1]  55/27
Mr. DeMajo [8]  48/5 91/9 99/26 99/27 99/29
101/2 115/22 116/6
Mr. DeMajo's [3]  100/24 100/29 116/1
Mr. Foster [4]  8/29 24/7 101/22 108/19
Mr. Foster's [1]  109/7
Mr. John [1]  45/5
Mr. Stewart [3]  96/27 108/19 161/30
Mr. Terry [17]  126/9 134/1 134/3 135/9
136/14 142/5 143/26 145/27 148/6 149/16
150/14 150/21 158/32 159/14 160/10 163/16
164/31
Ms [3]  2/6 2/9 2/13
Ms. [1]  162/25
Ms. Kim [1]  162/25
MSDS [4]  37/27 93/11 93/26 114/9
much [16]  16/12 38/12 38/26 45/29 49/6 51/9
54/18 61/8 65/32 75/27 75/27 95/32 119/13
122/21 122/30 142/21
multimedia [1]  64/22
multiple [1]  116/17
murder [1]  15/20
murdered [1]  40/20
muriatic [1]  24/24
must [2]  29/9 124/24
my [74]  6/29 10/4 10/16 10/18 10/32 13/9
13/9 13/10 18/28 19/21 19/23 22/10 22/17
22/26 26/10 34/9 35/28 39/16 53/31 54/31
54/31 55/9 55/14 56/24 57/14 58/29 60/15
63/3 70/17 74/8 75/2 81/31 82/10 82/16 82/18
82/27 88/4 93/8 100/14 101/19 104/3 104/10
104/18 104/20 105/32 110/5 110/10 111/6
111/17 111/21 111/22 111/24 111/25 115/12
116/27 117/22 119/3 119/12 121/3 121/12
121/25 121/29 123/28 138/16 145/11 148/24
148/26 150/23 152/32 158/7 162/25 167/5
167/17 167/18
myself [2]  25/25 49/5

**N**

name [9]  4/27 6/23 7/21 11/32 45/2 83/14
126/10 130/12 150/23
named [1]  94/10
nasal [1]  111/24
National [10]  26/11 26/13 26/21 27/19 28/17
48/21 61/3 61/25 81/28 119/6
nature [2]  29/11 161/6
near [2]  57/9 113/25
nearly [1]  38/18
necessarily [3]  42/17 111/5 111/14
necrosis [1]  84/22
need [14]  7/15 36/27 66/31 66/32 78/32 86/24
110/12 110/17 110/22 113/30 118/11 121/1
122/20 152/30
needs [1]  106/26
negative [2]  50/7 159/15
neutralize [1]  106/31
never [13]  100/19 101/2 115/26 116/18
141/12 145/13 154/13 155/16 156/31 159/19
161/10 163/24 164/15
new [20]  1/11 1/27 3/13 4/2 5/19 45/7 45/11
66/11 91/14 121/32 125/25 126/13 126/22

next [48]  13/24 15/7 15/11 15/16 17/14 18/9
18/29 19/9 25/26 26/3 26/25 29/15 29/15
32/31 36/15 37/3 39/22 42/2 42/29 43/29 44/4
45/18 45/19 48/20 50/23 53/2 57/17 57/19
57/20 58/12 59/2 61/6 61/26 63/27 65/19
67/18 68/32 69/3 74/30 76/8 76/30 83/8 85/15
85/18 92/11 104/20 114/24 132/31
NID [4]  1/25 4/4 4/6 5/19
NIOSH [25]  26/18 27/17 27/19 27/25 49/13
50/32 51/8 51/30 52/13 52/24 52/29 53/17
53/25 53/28 82/30
nitric [1]  36/4
no [136]  1/5 9/7 21/22 22/13 22/13 24/31
25/9 26/6 33/15 34/17 35/30 36/29 40/13
43/17 50/29 53/16 57/28 58/9 58/22 59/20
60/10 62/22 63/14 64/4 64/11 65/14 66/5
67/32 68/29 69/11 69/20 71/23 73/32 78/32
87/24 89/20 92/28 93/20 98/9 98/12 98/14
99/24 101/10 102/17 104/11 105/18 106/32
107/12 113/11 113/30 114/1 114/4 114/27
115/20 115/22 117/24 117/30 118/24 118/28
118/30 120/18 120/22 120/12 121/12 123/12
124/26 127/29 128/5 129/28 132/1 132/10
132/12 132/21 132/24 133/3 134/21 134/30
136/2 136/9 136/13 136/27 137/29 138/18
139/16 139/30 140/27 140/30 141/1 141/5
141/26 141/28 142/7 142/9 142/11 143/6
143/10 143/13 143/15 143/16 143/22 144/2
144/15 144/30 145/29 146/1 146/5 146/8
146/9 146/9 146/14 146/19 148/15 148/16
150/8 152/18 153/6 153/8 155/12 155/16
155/18 156/1 157/11 157/14 157/17 158/15
161/19 163/6 163/6 163/17 164/20 165/32
166/3 166/6 166/8 166/12 167/30
nobody [4]  41/10 121/5 154/10 155/9
nods [1]  155/5
NOFD [1]  63/15
nominating [1]  11/10
non [1]  142/3
non-leading [1]  142/3
none [5]  37/29 42/31 43/4 121/15 164/24
nonfactual [1]  46/22
nonresponsive [1]  97/23
nonspecific [2]  86/11 86/14
normal [6]  38/30 94/21 110/30 115/17 117/8
121/8
normally [3]  65/12 130/4 130/6
nose [8]  59/16 86/18 87/29 88/4 112/15
112/23 143/11 161/20
noses [1]  88/3
not [215]
notation [1]  90/22
note [11]  11/3 15/19 19/32 35/28 36/1 46/27
55/31 65/5 82/6 109/3 162/22
noted [1]  41/2
notes [1]  25/15
nothing [12]  39/6 55/29 84/16 85/4 117/25
133/1 136/17 136/26 138/18 141/11 142/14
165/19
notice [4]  30/31 108/18 115/10 141/9
noticed [1]  41/26
now [48]  11/3 11/24 13/8 19/13 24/9 26/4
29/17 35/1 39/24 49/1 53/8 54/4 54/8 54/18
57/18 66/23 66/25 70/5 72/9 89/26 91/11
91/23 93/7 95/6 99/18 99/22 112/12 114/20
118/17 121/2 121/29 121/30 130/3 131/18
135/9 138/13 141/6 145/15 146/25 146/26
148/17 153/4 153/9 155/8 155/8 156/26 157/8
157/9
now-modified [1]  112/12
nowadays [1]  109/28
nowhere [1]  110/5
number [7]  9/16 11/20 11/24 51/5 70/30
106/28 117/31
numbered [1]  151/8
numbers [6]  51/9 52/20 71/1 72/30 72/31
99/13

**O**

O'BRIEN [3]  1/31 167/9 167/29
oath [1]  46/14
object [17]  24/9 24/29 33/6 39/6 55/27 72/5
73/32 77/10 89/9 94/25 100/23 109/9 138/29
143/25 156/8 162/15 165/5
objecting [3]  39/2 142/1 148/32
objection [60]  25/15 33/32 35/29 36/1 39/16
40/32 46/12 46/27 54/16 55/31 62/10 62/12
66/3 66/13 69/7 73/27 79/2 79/3 80/2 80/21
81/31 82/6 95/11 96/10 98/5 103/8 109/1
115/29 115/29 115/31 137/3 137/12 138/2
138/11 141/15 145/17 147/29 147/26 148/26
151/31 153/13 154/13 155/20 157/21 157/32
160/12 161/8 161/10 162/11 162/18 162/20

**objection... [9]** 162/21 162/22 163/6 163/22 164/10 164/12 165/7 165/12 165/23
**observable [3]** 50/29 50/30 53/16
**observations [3]** 41/6 56/31 71/3
**observe [10]** 110/6 110/16 131/5 131/8 132/30 133/2 136/16 136/20 140/6 152/24
**observed [4]** 41/15 47/21 47/31 131/11
**obtain [1]** 118/10
**obtained [2]** 5/29 91/6
**obvious [3]** 67/30 92/18 122/10
**obviously [7]** 32/2 35/7 54/2 56/24 84/17 84/19 107/22
**occasion [5]** 44/11 44/11 127/16 130/25 130/29
**occasional [1]** 19/30
**occasionally [3]** 43/10 109/32 130/32
**occupants [2]** 76/28 86/2
**occupational [12]** 27/20 42/18 42/20 58/20 61/12 74/18 75/13 75/18 75/20 76/2 82/29 83/3
**occupying [1]** 127/32
**occur [4]** 44/29 49/24 49/27 86/2
**occurred [5]** 62/29 82/14 113/32 120/14 146/7
**October [1]** 1/15
**odor [29]** 30/13 40/4 40/8 40/11 42/18 42/24 56/19 56/20 61/11 61/13 61/15 61/15 61/17 61/23 75/19 86/5 86/7 122/9 122/14 136/27 137/32 138/9 138/21 138/26 139/19 139/22 140/8 161/17 161/23
**odors [10]** 41/19 41/27 47/20 47/23 47/31 56/28 61/6 61/9 61/10 141/4
**of what [1]** 6/4
**off [9]** 83/16 87/14 90/9 108/3 109/31 125/32 144/19 154/17 154/18
**off-the-shelf [1]** 144/19
**offense [1]** 117/24
**offer [2]** 22/16 41/7
**offered [1]** 22/29
**offering [1]** 10/11
**office [17]** 100/1 113/18 114/23 126/32 139/20 139/28 140/4 140/7 140/15 141/10 149/25 149/32 160/29 161/23 161/24 161/31 162/7
**officer [1]** 167/13
**offices [6]** 76/6 86/3 132/5 132/7 141/7 152/26
**official [3]** 1/32 167/10 167/11
**often [9]** 18/3 18/5 28/28 78/12 108/14 128/20 129/13 131/25 145/2
**Oftentimes [1]** 106/19
**oh [9]** 98/17 103/20 117/2 120/17 152/2 154/8 161/20 163/2 163/10
**oily [3]** 140/9 163/30 163/30
**okay [148]** 3/7 5/21 6/16 7/23 9/2 9/14 13/5 13/25 16/3 16/9 18/8 24/17 29/4 29/13 29/16 29/21 32/14 33/30 36/15 37/11 38/19 42/22 43/24 48/20 49/1 51/11 55/12 57/21 60/19 60/22 61/26 63/27 65/15 66/17 68/20 69/27 74/10 74/24 81/20 83/9 85/15 85/17 85/19 86/27 86/29 89/24 90/25 91/3 91/13 91/16 91/31 92/11 92/20 93/7 93/12 93/18 93/25 93/26 93/32 94/7 94/19 95/6 95/17 96/6 98/21 99/11 100/11 103/12 104/10 109/12 111/32 112/3 112/28 113/4 115/19 116/17 119/30 120/6 123/4 125/27 125/29 126/16 126/21 127/13 127/20 127/21 128/15 128/20 129/5 129/20 130/3 130/9 130/15 131/5 131/22 131/25 131/28 132/5 132/30 133/12 133/23 134/13 134/19 134/27 134/31 135/17 135/26 135/29 138/24 139/8 139/14 139/21 139/22 140/6 140/11 140/13 141/23 142/20 142/31 143/3 143/7 143/20 144/14 144/22 144/28 144/31 146/16 146/20 146/23 146/27 148/19 149/27 150/6 150/26 150/27 150/30 150/32 151/13 151/14 151/22 151/23 153/21 159/9 161/24 161/25 163/10 164/26 166/26
**old [6]** 5/3 30/21 34/10 34/12 98/2 122/15
**older [1]** 110/32
**on-site [1]** 118/6
**once [12]** 42/23 97/15 97/18 102/12 104/1 106/15 107/10 114/31 118/12 128/15
**one [83]** 7/1 7/11 8/7 8/15 10/22 10/32 11/22 11/25 12/21 14/18 15/16 16/30 19/4 21/10 22/3 22/29 29/17 31/23 31/25 32/8 36/25 37/7 38/10 40/18 41/13 41/31 43/26 43/26 44/3 50/2 50/3 50/3 57/19 57/20 58/7 58/21 59/29 65/5 65/7 69/26 73/8 73/14 75/6 79/9 81/8 85/26 86/23 86/25 87/26 89/29 90/6 90/21 90/26 90/29 91/5 91/30 92/11 97/28 99/13 100/19 105/19 108/31 112/13 112/14 114/27 116/15 116/15 117/29 119/3 123/10 123/29 124/11 124/27 125/6 131/15 133/23 135/2
**one-minute [1]** 86/25
**one-time [1]** 144/11
**ones [6]** 22/4 112/14 114/28 115/21 121/7 133/26
**ongoing [3]** 105/7 144/11 144/13
**only [11]** 52/14 58/21 59/11 68/28 81/11 84/25 86/17 114/31 116/19 116/23 167/4
**op [1]** 79/27
**open [40]** 1/14 43/9 43/27 58/4 58/8 58/9 90/21 90/29 91/5 109/19 109/30 110/8 110/11 110/26 123/24 132/4 132/22 132/28 139/31 139/32 139/32 140/1 140/5 144/20 151/29 151/32 152/6 152/7 152/10 152/13 152/17 152/19 152/21 152/27 152/30 153/1 154/25 160/9 160/24 160/26
**opened [9]** 44/10 44/11 92/7 110/20 110/20 116/5 140/1 152/27 162/27
**opening [1]** 112/2
**opinion [22]** 23/13 23/25 32/32 33/4 40/23 40/26 40/29 46/13 46/20 46/21 55/21 56/24 57/26 63/32 71/6 73/6 73/9 82/28 85/4 121/32 123/7 124/19
**opinions [9]** 20/16 20/17 20/19 26/9 45/25 46/6 46/8 71/32 85/29
**opponents [1]** 60/15
**opportunity [2]** 45/4 98/11
**opposed [3]** 38/23 67/26 70/7
**opposing [1]** 5/18
**Orange [1]** 124/9
**Oranges [1]** 38/3
**order [12]** 26/26 34/29 70/20 97/9 97/12 104/11 116/28 128/8 128/10 128/12 128/16 149/6
**orders [1]** 75/3
**organics [1]** 63/19
**organization [2]** 12/8 117/6
**organizations [1]** 26/19
**original [4]** 112/11 121/31 167/5 167/6
**originally [2]** 37/12 105/14
**ORLEANS [21]** 1/2 1/11 1/27 3/13 4/2 5/19 45/7 45/11 66/11 91/14 125/25 126/13 126/22 145/31 145/31 156/4 165/18 165/30 166/1 166/5 167/12
**OSHA [17]** 26/18 27/23 27/28 49/13 50/31 51/1 51/20 51/27 51/32 52/3 52/10 52/22 52/25 113/12 113/19 113/22 113/29
**other [74]** 6/32 7/2 7/20 8/3 8/8 11/21 14/20 14/29 15/2 16/24 17/20 18/24 19/28 20/2 21/28 22/24 23/19 23/28 26/18 27/15 29/25 29/30 32/9 32/28 36/6 37/8 37/13 40/25 41/7 59/29 68/7 68/13 68/26 68/29 69/10 75/23 75/25 75/28 75/32 76/8 76/13 76/21 78/12 78/28 82/32 86/16 90/6 107/20 112/21 113/27 118/3 119/20 120/4 120/29 125/8 125/10 127/9 130/15 130/20 133/6 135/24 140/14 141/3 141/4 141/27 143/4 151/18 158/27 160/26 162/4 162/9 162/12 162/26 164/27
**others [6]** 5/6 16/28 16/31 50/13 78/20 121/15
**otherwise [2]** 121/31 164/22
**our [12]** 3/15 29/24 31/26 49/7 68/22 84/2 84/2 84/2 85/23 103/28 128/8 128/17
**ourselves [2]** 128/15 128/17
**out [48]** 19/9 26/11 27/6 29/2 35/2 35/4 35/12 35/21 36/11 43/19 47/29 50/2 50/17 57/11 58/9 58/24 58/26 59/21 61/16 89/14 89/4 93/9 102/20 105/31 108/1 110/9 111/21 115/3 115/5 119/19 120/11 120/13 122/6 123/1 128/9 128/18 129/17 138/22 139/11 139/22 140/19 144/3 144/9 145/1 151/15 158/25 161/21 166/2
**outcome [5]** 49/23 49/27 49/30 50/7 51/26 167/24
**outdoor [3]** 65/27 66/9 66/11
**outdoors [2]** 66/22 67/9
**outside [7]** 82/28 86/3 92/1 92/10 111/1 114/10 161/26
**over [22]** 10/17 15/8 21/24 33/10 35/22 42/17 44/2 52/26 53/16 53/17 54/27 55/28 71/29 76/16 92/11 95/30 99/22 104/27 108/17 111/9 135/18 135/21
**over-testify [1]** 71/29
**overrule [1]** 162/23
**overruled [22]** 33/32 34/2 36/1 39/20 41/2 46/28 55/31 56/3 74/5 80/24 82/6 89/18 116/8 138/31 147/7 147/28 155/22 156/13 162/30 162/32 163/8 164/22
**overseeing [1]** 36/22
**overwhelming [2]** 122/9 122/16
**own [2]** 26/20 69/28
**owner [1]** 13/5
**owners [1]** 13/8
**ownership [1]** 13/10
**oxidation [1]** 69/2
**oxidizing [2]** 34/31 34/31

**P**

**P-R-O-C-E-E-D-I-N-G-S [1]** 3/1
**page [6]** 2/3 90/27 93/10 93/23 93/25 167/6
**pages [4]** 23/5 23/5 23/5 90/32
**paint [2]** 103/18 103/29
**PAMELA [1]** 1/7
**PAN [3]** 1/23 3/31 166/22
**PAN-AMERICAN [2]** 1/23 3/31
**paper [3]** 63/24 112/4 141/27
**Paracelsus [1]** 83/26
**paradigm [9]** 26/17 28/13 28/18 45/22 46/10 48/21 48/26 61/4 81/29
**PARISH [2]** 1/2 167/12
**park [1]** 77/4
**parking [3]** 115/9 133/10 133/10
**part [20]** 10/18 11/31 15/5 16/23 19/21 23/1 28/13 29/13 45/21 48/21 61/29 88/8 90/26 91/27 102/16 106/17 108/1 117/1 140/15 152/4
**particles [1]** 158/28
**particular [22]** 26/26 28/23 48/32 59/15 63/17 64/2 64/2 85/30 88/1 88/24 88/30 90/26 91/27 91/32 92/16 105/19 113/14 114/28 117/6 119/11 120/10 137/31
**particularly [9]** 10/5 13/30 14/26 17/22 48/7 58/26 61/19 82/31 83/20
**parties [1]** 167/23
**partitioned [1]** 43/13
**parts [17]** 51/5 51/6 51/11 51/22 51/23 52/23 52/25 53/32 65/26 66/23 66/26 67/14 67/14 75/23 76/13 76/21 113/12
**pass [3]** 158/29 160/7 160/8
**passed [1]** 160/9
**past [7]** 12/24 21/5 21/25 28/19 90/5 103/4 160/17
**path [1]** 106/2
**pathway [7]** 28/5 43/12 43/20 43/22 60/10 60/11 69/1
**pathways [1]** 28/23
**PATRICIA [5]** 1/31 7/20 7/22 167/9 167/29
**paying [1]** 28/22
**people [39]** 7/16 7/17 20/9 22/25 42/10 47/26 50/2 51/26 52/20 52/22 54/11 60/6 60/8 60/12 64/13 64/20 64/23 70/15 76/23 77/24 78/28 83/1 85/31 102/9 109/31 112/21 113/17 113/27 115/2 115/4 115/9 116/7 118/9 122/5 122/17 124/2 124/22 153/24 157/12 162/12
**per [17]** 40/19 51/5 51/6 51/11 51/22 51/23 52/23 52/25 54/1 65/26 66/23 66/26 67/11 67/14 88/29 103/32 113/12
**percent [32]** 11/20 11/21 11/22 32/20 32/20 32/23 37/29 38/24 38/29 39/11 39/13 39/14 44/27 65/27 73/23 73/24 73/24 74/17 74/30 74/31 75/15 81/16 85/26 94/6 94/14 94/15 94/16 94/17 96/1 99/2 105/23 105/25
**percentage [4]** 11/15 49/27 94/3 94/5
**Perfect [1]** 110/3
**perfectly [3]** 74/3 104/2 110/6
**perform [8]** 13/19 18/5 25/30 26/20 85/14 88/9 102/10 113/30
**performed [4]** 62/20 63/1 63/15 63/28
**performing [1]** 126/30
**perhaps [4]** 16/19 68/9 91/20 99/2
**period [4]** 54/27 104/28 128/25 130/29
**periods [1]** 31/8
**permissible [4]** 50/31 51/20 52/3 52/29
**person [14]** 28/8 28/12 54/28 64/12 88/19 88/22 88/24 88/27 88/30 108/32 109/1 124/22 124/23 162/5
**personal [5]** 8/4 52/5 52/9 52/15 69/29
**personally [1]** 10/7
**PERSONS [1]** 1/8
**pertinent [1]** 112/13
**pH [52]** 30/8 32/4 35/2 35/17 40/20 41/30 43/6 44/26 63/24 64/8 64/9 64/11 64/12 64/14 64/14 65/8 65/12 65/17 65/22 65/24 65/24 65/29 67/5 67/9 67/15 67/25 67/32 68/10 68/11 69/30 91/11 92/22 92/26 92/28 95/4 95/20 96/4 96/8 97/16 97/20 102/13 106/26 107/15 107/17 107/25 107/31 112/4 123/8 123/13 123/14 123/32
**Ph.D [7]** 5/29 5/30 6/30 8/9 13/26 14/27 73/10
**photograph [5]** 36/16 91/27 98/27 148/6 148/12
**photographs [7]** 31/2 31/28 36/18 37/5 37/14 46/3 118/6
**photos [2]** 67/30 105/32
**phrase [1]** 55/10
**pHs [4]** 43/17 63/29 67/6 68/22
**physical [4]** 14/6 17/24 28/21 59/12
**physician [1]** 22/31

# P

picture [12]  83/11 83/25 91/24 99/22 115/21 134/7 134/8 134/13 134/19 134/21 134/27 135/12
pictured [1]  135/22
pictures [7]  33/26 91/26 150/21 150/29 151/2 151/17 151/22
PID [1]  63/18
pin [4]  35/5 41/12 91/20 123/23
pipette [1]  111/12
pitcher [1]  86/23
place [12]  8/2 57/10 64/32 68/19 81/1 98/26 117/18 152/25 155/3 155/11 163/18 165/30
placed [1]  25/32
Places [1]  81/2
plain [1]  67/7
plaintiff [2]  3/20 64/2
plaintiff's [4]  19/30 21/12 22/2 28/32
plaintiffs [15]  1/19 3/23 3/25 3/27 3/29 19/20 19/23 20/1 56/31 86/10 119/18 119/20 120/4 120/12 124/30
plan [3]  60/17 90/1 129/9
planning [1]  89/30
plastic [24]  33/2 34/15 34/25 34/28 34/29 35/7 35/9 35/13 35/14 36/6 36/7 36/14 36/18 36/19 40/15 40/27 40/30 41/32 42/31 43/4 43/27 90/29 91/5 123/25
plastics [3]  14/29 15/4 32/28
plate [1]  111/11
play [3]  52/17 114/9 115/11
plays [1]  134/16
please [19]  4/26 4/28 5/10 5/23 8/24 25/26 34/23 35/28 36/31 50/23 61/27 63/27 67/19 81/26 85/21 86/14 93/13 104/10 121/13
pleases [1]  60/19
plus [1]  31/17
point [22]  5/13 19/14 31/23 40/4 40/6 42/7 42/9 55/23 60/20 60/20 63/18 65/16 78/8 85/32 91/28 111/23 111/24 119/3 127/3 136/3 158/17 163/15
pointed [1]  105/31
points [1]  81/6
poison [5]  10/9 83/21 83/29 83/30 84/14
poisons [1]  17/21
Police [1]  145/31
policy [1]  51/10
pollution [1]  76/23
polymer [1]  15/3
polymers [4]  14/29 32/29 35/9 36/7
pooled [1]  113/5
popping [1]  108/25
population [8]  60/12 86/10 113/28 113/31 120/12 120/21 120/25 121/17
portion [5]  19/14 46/9 81/28 82/32 125/14
portions [1]  68/27
possibilities [1]  82/14
possibility [2]  35/5 43/8
possible [5]  41/12 43/23 58/27 162/2 162/3
possibly [1]  37/15
potassium [5]  30/7 59/4 59/11 59/14 87/32
potential [23]  9/27 44/5 45/23 47/28 49/19 53/5 53/9 53/20 64/1 67/24 71/30 75/9 76/28 80/17 80/18 82/12 85/30 92/4 100/2 120/1 120/7 124/16 125/8
potentially [4]  43/23 59/10 74/32 95/23
potentials [1]  82/14
pouring [1]  59/15
Power [2]  5/13 91/28
Poydras [1]  129/10
practically [1]  18/27
practice [15]  6/9 8/9 9/18 9/20 10/4 10/5 10/19 10/26 10/32 15/14 16/24 50/16 50/22 110/1 110/6
practiced [1]  71/24
practices [1]  47/12
precise [2]  13/2 106/28
precisely [1]  118/15
preferable [1]  8/6
preliminary [1]  27/1
prepare [2]  128/15 128/16
prepared [4]  5/12 85/3 167/16 167/20
preparing [1]  69/5
prescribed [1]  142/29
presence [7]  64/5 68/16 75/10 95/7 95/17 95/18 123/19
present [6]  57/13 67/8 67/9 84/13 109/29 118/3
presentation [5]  5/13 18/8 70/6 91/28 91/29
presentations [3]  18/26 19/5 73/19
presenting [2]  70/7 74/29
presiding [1]  1/15
pressure [9]  30/17 31/9 31/12 56/16 56/18 58/24 60/8 74/13 101/27
pressures [1]  101/29
prevalence [6]  120/9 120/26 120/28 120/31 121/17 121/21
previously [4]  133/31 134/4 134/10 157/32
primarily [3]  16/19 34/20 108/32
primary [1]  24/32
principle [1]  76/19
principles [7]  10/26 10/31 17/1 24/1 24/2 73/19 83/6
print [1]  140/28
printed [1]  140/32
printing [1]  140/31
prior [10]  23/17 47/21 47/29 47/31 56/27 56/30 75/17 82/15 122/1 142/17
private [1]  26/23
probability [2]  18/6 33/2 33/14 34/19 35/13 35/16 49/23 49/26 49/29 50/9 50/10 123/6
probable [1]  123/26
probably [19]  11/1 21/29 30/20 30/22 39/12 44/3 44/18 44/19 53/17 60/16 62/25 68/18 71/31 76/5 111/1 111/26 117/15 123/25 132/3 155/16
problem [6]  33/7 36/14 105/3 142/26 143/5 155/16
problems [12]  53/13 53/25 107/6 144/1 144/12 144/23 144/25 144/29 144/32 145/2 153/9 155/29
procedure [1]  95/25
proceed [2]  4/19 60/30
proceeding [1]  167/15
PROCEEDINGS [1]  1/13
process [1]  107/7
processed [1]  95/7
processes [1]  117/11
produce [6]  14/22 58/19 68/8 68/9 71/28 106/31
produced [1]  41/14
producing [1]  53/9
product [2]  23/32 31/1
production [1]  124/30
products [3]  30/14 30/19 69/2
professional [3]  8/7 50/16 110/23
professors [1]  26/23
proffered [1]  25/1
program [1]  26/15
programs [1]  12/2
projects [1]  26/24
prolonged [1]  31/8
promise [1]  152/28
promoted [2]  127/7 127/11
promotion [1]  127/3
promotions [1]  127/9
pronouncing [1]  59/30
proper [2]  124/19 124/26
properly [4]  94/10 97/9 97/26 102/30
properties [5]  14/2 28/22 43/30 91/15 111/30
property [6]  126/17 126/26 129/15 131/13 147/14 160/31
proportional [3]  18/2 106/14 106/23
proposing [1]  54/18
protective [6]  8/4 52/5 52/10 52/15 106/30 110/4
protons [3]  38/13 67/11 84/2
prove [1]  100/12
proven [1]  99/16
provide [2]  63/7 64/30
provided [7]  5/17 21/2 21/19 61/30 63/11 63/20 63/23
provides [1]  56/21
proximity [1]  124/3
prudent [1]  52/19
public [2]  51/10 139/28
publication [1]  19/12
publications [6]  11/12 13/4 18/30 19/4 22/10 71/27
publish [1]  73/18
published [10]  13/2 16/32 18/26 18/30 19/1 19/6 19/7 27/16 50/28 53/26
publishing [1]  17/7
pull [2]  133/25 158/25
purchased [5]  100/7 100/19 101/3 116/18 117/8
purchasing [3]  99/30 101/6 101/8
pure [5]  55/29 69/9 102/16 107/27 162/11
purely [1]  104/23
purportedly [1]  43/7
purpose [4]  36/8 36/9 69/5 91/10
purposes [5]  47/8 56/12 70/5 116/27 118/25
pursue [1]  16/11
purview [1]  79/8
put [21]  8/1 19/4 26/26 31/16 36/16 41/30 42/9 50/31 50/32 56/23 67/6 69/12 69/26 69/26 76/21 95/12 102/6 104/14 124/31 125/10 132/9
putative [1]  121/6

# Q

qualification [2]  8/30 22/17
qualifications [8]  9/4 15/28 23/14 24/10 24/20 24/30 25/11 39/10
qualified [8]  10/10 22/14 22/28 23/22 73/9 77/25 78/3 79/4
qualitative [15]  70/7 71/6 71/15 71/16 71/31 72/1 72/7 72/14 72/29 72/31 73/6 73/22 73/28 74/1 76/31
qualitatively [6]  13/1 28/30 49/28 70/31 70/32 105/9
quality [2]  66/30 124/28
quantify [2]  102/15 113/9
quantitative [4]  29/2 50/1 56/20 70/8
quantitatively [3]  28/29 49/28 122/32
quantities [1]  54/26
quantity [2]  54/20 122/8
quarter [1]  12/17
question [59]  16/15 22/27 25/31 32/3 33/20 46/28 51/19 54/31 54/32 55/9 55/14 58/29 62/31 63/3 63/30 66/8 69/24 73/21 74/3 77/31 78/9 78/25 79/10 80/24 85/2 87/16 87/22 89/29 94/30 97/22 98/6 98/13 98/14 100/23 100/31 102/28 103/2 104/10 104/20 108/7 110/10 111/32 119/11 119/28 119/32 120/3 120/3 121/3 121/13 123/28 127/19 138/5 141/20 144/24 146/15 149/17 149/18 154/16 156/15
questionnaire [1]  125/7
questionnaires [4]  124/28 124/29 125/18 125/19
questions [27]  6/14 10/28 24/13 24/22 89/20 90/1 90/17 94/26 96/27 99/25 100/17 100/28 116/6 125/23 139/6 142/3 145/13 150/8 150/14 151/21 152/32 153/27 154/5 156/9 162/19 165/17 166/8
quick [4]  32/2 90/17 104/5 111/22
quickly [4]  27/24 47/26 121/1 151/20
quite [7]  7/17 13/21 41/22 68/2 72/23 120/18 121/4

# R

R-a-s-m-u-s-o-n [1]  4/30
railroad [1]  21/12
ran [1]  119/6
random [3]  85/13 120/20 121/2
randomization [2]  120/22 120/22
range [11]  28/28 31/10 32/21 42/21 57/9 58/31 68/23 70/1 95/30 99/2 123/11
ranges [3]  13/1 28/28 31/20 117/12
rapid [1]  82/13
RASMUSON [62]  2/4 3/10 4/15 4/26 4/29 4/30 5/4 5/10 5/23 5/30 6/17 7/24 8/9 9/31 11/3 13/24 14/9 14/25 14/32 16/21 16/26 18/9 19/13 20/4 20/16 20/24 20/31 24/3 25/16 25/24 26/14 28/25 29/17 32/24 32/31 34/14 36/3 37/3 37/21 43/24 45/4 45/9 49/1 54/6 58/29 61/2 63/6 63/27 69/16 70/5 71/32 78/11 79/26 80/11 81/24 82/8 84/27 85/20 90/17 124/14 125/24 158/27
Rasmuson's [1]  16/2
rate [3]  82/20 82/21 121/9
rates [6]  38/21 38/22 75/2 75/4 82/18 120/27
rather [4]  17/27 18/1 51/19 106/17
raw [1]  60/3
RAYMOND [2]  1/28 4/2
reach [7]  45/25 46/6 75/13 96/3 97/15 104/12 106/15
reached [3]  28/12 104/12 106/26
reaches [1]  80/31
reacted [1]  41/14
reacting [1]  44/19
reaction [1]  18/3
reactions [1]  14/24
read [8]  51/15 78/29 78/32 87/16 87/21 97/1 97/3 107/7
reading [1]  53/31
readings [5]  67/10 95/19 95/30
ready [4]  3/3 87/3 87/7 90/12
real [1]  13/2
really [28]  22/17 30/23 38/26 62/5 62/7 69/11 83/32 87/9 89/8 98/13 106/21 107/30 108/6 108/31 111/28 112/1 117/10 119/26 120/27 122/20 125/15 131/27 132/21 135/28 139/16 151/25 162/2 165/17
rear [7]  130/8 130/12 130/16 131/11 131/18 131/20 159/26
reason [10]  21/20 31/13 47/2 47/6 83/22 102/18 113/24 116/19 118/8 121/18
reasonable [17]  20/20 46/6 51/31 56/15 60/10 60/11 76/4 76/26 82/26 99/9 99/16 104/3 104/31 111/30 114/11 121/14 123/24
reasonableness [1]  78/21

reasonably [2] 57/2 119/10
reasons [4] 35/24 67/1 122/4 122/5
recall [25] 20/15 32/18 42/3 42/6 43/24 63/12 90/18 90/25 102/3 114/30 119/11 123/12 127/22 127/31 131/4 131/27 131/28 131/30 132/7 132/11 138/24 139/14 139/27 162/3 164/29
recap [1] 165/1
receive [2] 6/20 128/8 141/3
received [10] 17/2 17/5 64/3 79/6 97/2 99/18 124/24 128/16 138/25 139/19
receiving [1] 102/9
recent [2] 22/4 24/31
recently [1] 10/29
recess [2] 60/27 86/30
recognition [4] 7/28 10/12 11/17 50/19
recognize [5] 49/14 134/7 135/12 135/14 135/15
recognized [3] 16/27 71/16 81/12
recommendations [1] 6/31
recommended [3] 27/17 50/32 52/24
record [32] 3/12 4/27 21/2 21/3 21/18 46/3 83/17 90/10 125/32 126/10 154/17 154/19
records [3] 31/24 48/2 95/11
REDIRECT [2] 124/12 166/10
reduced [3] 35/2 35/18 77/3
refer [1] 49/25
reference [2] 27/16 27/17
referred [1] 124/15
referring [1] 42/27
refreshed [1] 10/29
refuse [1] 57/12
regard [2] 26/9 56/26
regarding [6] 97/6 137/31 138/9 138/21 141/3 146/3
regia [4] 84/17 111/16 111/18 111/20
regs [1] 119/1
regularly [1] 81/11
regulation [1] 52/21
regulations [3] 97/6 118/18 118/26
regulatory [1] 50/28
REL [1] 72/29
relate [1] 5/5
related [6] 13/21 16/17 17/30 39/17 86/11 167/23
relates [1] 159/32
relation [1] 159/32
relative [2] 83/21 149/24
relatively [13] 30/7 31/5 31/12 38/7 38/8 53/11 56/12 58/25 61/11 76/28 84/7 84/23 156/18
release [1] 62/27
released [1] 145/28
relevance [3] 44/8 69/11 157/24
relevant [4] 18/30 27/9 103/5 158/10
reliability [1] 117/20
reliable [1] 23/32
reliably [2] 24/2 102/10
reliance [2] 78/27 102/6
rely [2] 78/12 78/15
relying [2] 78/16 78/19
remember [23] 7/12 12/18 12/22 19/4 20/14 45/16 90/23 90/30 90/31 90/32 91/1 116/31 119/17 127/27 127/29 130/12 149/14 151/31 152/11 152/13 152/15 162/2 163/27
remote [1] 113/28
removal [2] 36/22 80/32
removed [3] 60/6 81/3 114/18
removing [1] 81/5
render [1] 20/17
rendered [1] 20/19
repair [2] 127/8 127/15
repairs [1] 127/25
repeat [3] 61/8 144/24 165/9
rephrase [13] 16/15 45/31 62/31 63/3 100/31 137/6 137/10 137/25 141/21 152/12 154/16 161/13 164/1
report [36] 21/3 23/2 23/9 31/26 33/7 37/16 43/17 43/26 51/14 62/18 62/22 70/17 72/10 74/14 74/28 75/3 76/11 76/14 77/3 90/23 92/21 97/1 99/14 99/19 101/17 102/7 102/30 105/12 105/14 112/12 112/25 116/30 117/1 118/6 121/31 124/15
reported [23] 1/31 32/5 47/17 61/6 61/9 61/12 61/23 63/7 86/10 86/13 99/29 112/19 112/20 113/2 117/7 117/12 118/1 118/8 119/19 120/23 120/25 122/20 167/15
Reporter [5] 1/32 87/21 167/10 167/11 167/30
reporting [2] 117/16 167/16
reports [7] 29/30 39/24 39/25 39/26 61/30 95/26 124/22
represent [1] 21/17

representation [1] 69/8
reproduction [1] 69/8
request [18] 29/24 29/25 60/15 60/18 128/7 128/10 128/14 128/16 137/31 138/9 138/21 138/26 139/4 139/10 139/14 139/18 139/19 141/3
requests [1] 128/8
require [1] 58/10
required [5] 57/6 77/16 107/25 167/6 167/21
requirement [2] 7/14 114/12
requirements [4] 7/6 23/27 113/20 119/12
requires [1] 80/3
research [3] 18/11 18/27 27/21
reserved [1] 11/20
residual [1] 68/1
residue [2] 58/9 103/18
respect [20] 7/8 10/2 10/12 17/3 25/29 32/24 37/4 40/15 43/30 44/5 45/25 46/9 58/29 61/9 73/22 78/18 79/29 81/27 88/16 92/26
respiratory [2] 112/15 112/29
respond [2] 84/16 137/12
response [12] 17/29 18/3 18/4 27/8 48/24 84/5 84/19 98/15 137/4 138/29 139/17 162/25
responses [2] 106/22 110/7
responsive [1] 98/6
rest [5] 75/29 82/19 82/20 82/31 113/28
restroom [1] 60/15
rests [2] 166/22 166/24
result [2] 63/6 68/5
results [10] 18/7 40/20 43/21 63/30 63/32 73/22 74/29 120/25 120/26 123/20
retained [1] 21/28
retake [1] 7/19
retrospective [8] 12/25 12/28 16/24 16/26 18/17 18/31 22/19 125/5
return [1] 107/31
returned [1] 109/20
reverse [1] 70/20
review [9] 29/21 29/22 29/29 29/30 36/17 37/26 45/5 54/8 55/16
reviewed [9] 37/13 46/2 61/29 61/30 70/17 79/5 81/25 85/22 105/26
rinsed [1] 111/22
risk [36] 7/30 7/31 8/20 12/20 12/26 12/28 13/19 18/5 18/19 19/1 25/30 26/1 26/10 26/17 26/28 27/2 28/18 29/4 29/7 29/8 48/27 48/31 49/23 49/25 49/26 49/32 50/4 50/11 52/11 61/4 75/7 75/8 75/9 83/10 88/11 88/16
risks [2] 27/22 29/11
Ritter [1] 80/13
rolling [1] 55/28
room [81] 26/2 29/1 30/1 30/2 39/4 41/16 41/21 42/11 42/11 42/15 43/6 44/7 44/13 47/1 47/2 47/5 47/7 49/22 56/29 56/30 58/26 58/27 64/6 64/6 64/32 65/2 65/2 65/3 65/4 65/7 65/8 65/17 66/29 67/25 67/31 68/19 68/21 68/28 74/17 74/20 74/23 74/25 75/14 75/21 75/32 76/12 76/18 77/5 80/19 82/17 82/19 82/21 82/22 82/25 82/28 83/4 86/7 99/31 100/9 101/11 113/6 114/24 114/29 123/9 123/10 123/13 123/15 123/16 123/18 123/31 131/22 131/24 136/1 151/28 156/31 157/1 157/2 157/4 157/5 159/31
rooms [3] 63/31 68/30 133/7
rotten [4] 30/21 40/5 122/14 162/6
roughly [1] 117/32
ROY [2] 1/20 3/23
royal [1] 105/30
rubber [4] 30/21 35/15 40/6 122/15
rule [5] 35/4 35/12 35/20 89/4 153/17
ruled [2] 163/6 163/13
rules [1] 167/21
ruling [1] 34/7
run [4] 102/24 103/26 107/19 111/13
running [5] 92/2 92/10 117/8 129/19 153/10
runny [4] 86/18 87/29 88/3 143/11
ruptured [1] 77/13
rust [1] 36/11
rusted [1] 136/11
rusty [2] 44/17 44/18

safe [3] 49/14 50/8 96/6
safety [6] 27/20 49/31 49/32 53/19 93/16 110/2
said [41] 21/25 22/16 23/9 29/17 37/21 39/11 39/32 42/6 50/2 54/22 66/4 76/1 77/23 87/26 90/28 91/9 106/1 106/6 108/14 109/19 110/26 112/21 115/6 119/18 123/8 131/18 133/7 134/15 148/30 149/9 149/27 156/3 157/6 161/10 162/5 163/24 163/28 164/15 165/1 165/10 165/23
salt [4] 30/12 60/7 68/15 68/16
salts [2] 68/14 123/20
same [28] 32/10 40/32 42/11 42/21 46/12 48/30 51/1 51/30 52/13 73/27 76/10 76/17 80/21 92/13 92/17 92/18 94/26 97/16 98/26 99/27 117/32 134/28 136/6 140/25 147/26 157/8 161/32 162/9
sample [8] 65/6 85/14 95/7 95/29 120/20 123/10 123/18 123/30
samples [11] 64/29 65/31 67/25 68/29 95/12 95/21 123/9 123/13 123/15 123/15 123/19
sampling [3] 63/28 63/31 64/22
sat [2] 29/23 96/2
satisfy [1] 78/15
save [1] 102/19
saw [13] 31/23 37/4 41/10 104/17 105/3 125/19 134/14 134/17 141/12 148/13 149/7 157/5 160/26
say [43] 19/27 20/11 21/23 27/12 43/20 48/27 52/23 74/15 75/12 75/16 75/19 76/23 86/13 91/31 96/6 96/7 97/13 98/12 98/13 103/28 103/31 107/23 107/30 114/32 122/6 122/28 124/22 124/32 127/28 128/23 131/1 136/10 143/28 145/3 148/23 156/3 158/22 160/10 160/23 161/20 162/12 163/17 164/4
saying [13] 17/20 24/11 34/14 43/22 48/31 62/22 64/8 66/9 79/9 116/31 124/2 151/31 152/11
says [12] 46/21 54/26 54/27 62/17 62/20 63/1 72/29 73/28 73/29 83/26 83/28 115/13
scenario [5] 32/10 48/32 101/19 105/19 105/20
scenarios [1] 105/21
school [2] 11/32 57/32
science [20] 7/26 7/27 8/12 10/2 13/29 13/30 14/25 14/26 15/9 17/17 17/21 28/26 28/27 71/7 71/9 78/16 78/20 81/12 124/20 124/26
Science's [1] 61/4
Sciences [7] 11/31 26/12 26/13 26/21 28/18 48/22 81/29
scientific [12] 20/20 23/19 23/28 42/26 46/7 49/12 49/13 54/9 71/16 83/6 84/24 85/4
scientifically [1] 16/27
scientist [2] 27/4 71/12
scientists [5] 26/27 50/13 78/11 78/12 78/14
scope [1] 157/22
screening [1] 102/18
scrubbers [1] 77/17
scrubbing [1] 79/29
SCUBA [1] 57/25
seal [1] 167/6
sealed [1] 95/13
searching [1] 161/26
second [6] 27/3 27/5 27/6 36/25 48/21 65/7
sectional [2] 120/30 121/22
see [33] 5/5 27/1 65/1 67/12 83/15 89/14 92/14 92/15 92/19 95/26 98/1 98/2 99/22 102/20 103/26 105/20 128/18 131/19 131/32 133/18 134/9 134/16 136/7 140/31 141/25 142/25 144/14 154/22 154/23 157/8 161/5 164/7 164/25
seeing [1] 152/15
seem [2] 68/21 115/24
seemed [2] 16/13 100/1
seems [4] 48/1 48/5 98/28 123/2
seen [30] 31/1 33/25 55/20 86/21 106/1 115/2 135/23 136/12 148/8 166/4
segregated [1] 52/6
segregation [1] 52/16
select [1] 98/29
selecting [1] 120/11
selection [6] 85/12 85/13 120/1 120/8 120/24 121/2
self [5] 57/25 58/11 110/13 110/18 110/22
self-contained [5] 57/25 58/11 110/13 110/18 110/22
sell [1] 36/12
semester [2] 10/30 12/18
sense [7] 33/15 38/10 38/12 70/27 81/11 98/28 117/13
sensitizer [1] 60/30
sent [9] 97/13 98/26 98/32 99/5 99/12 99/15 117/18 122/22 122/26

sentence [1] 90/28
separate [1] 108/9
serious [1] 137/31
service [5] 11/12 138/9 138/21 138/26 141/3
Services [2] 91/25 92/22
set [7] 48/21 51/4 79/10 96/26 106/17 114/28
165/1
settled [1] 21/14
several [2] 71/21 107/32
severe [1] 112/28
she [13] 39/10 51/27 79/9 107/23 107/25
107/28 116/2 119/19 124/15 162/21 162/26
162/27 162/32
sheet [3] 93/11 93/16 93/26
sheets [1] 114/9
shelf [1] 144/19
shop [1] 140/31
short [4] 64/18 64/20 70/28 150/18
shortcut [1] 111/19
shorter [1] 53/13
shorthand [1] 18/2
shot [1] 142/29
should [10] 25/1 48/14 71/12 83/15 108/24
114/7 114/8 114/9 123/29 145/20
show [18] 22/8 91/23 93/7 95/12 107/3
121/10 121/27 121/27 121/30 133/18 134/21
148/12 150/21 150/29 151/5 151/17 151/20
154/21
showed [1] 118/1
showing [7] 49/16 94/12 133/30 134/4 135/9
151/3 154/22
shown [3] 98/27 134/25 149/5
shows [3] 62/14 94/1 134/20
side [7] 65/12 112/25 130/10 130/11 130/17
130/18 159/27
sign [1] 5/1
signature [1] 167/5
significance [4] 61/7 61/8 61/10 67/6
significant [17] 19/14 31/20 38/8 41/17 41/20
41/24 42/13 52/11 58/25 86/1 107/22 112/7
121/16 121/26 122/8 122/8 122/17
significantly [3] 30/8 72/9 74/25
signs [1] 135/21
similar [2] 74/14 91/30
similarly [2] 1/8 44/29
simple [1] 108/7
simplify [1] 26/26
simply [7] 70/32 97/30 104/4 118/25 121/21
122/14 122/14
since [8] 8/24 22/20 68/27 102/4 114/30
120/21 144/31 144/31
single [5] 21/10 21/19 23/9 117/29 131/2
sink [2] 80/32 80/32
sinus [16] 142/16 142/19 142/26 143/5
143/18 144/1 144/6 144/12 144/21 144/23
144/25 144/29 144/32 145/2 153/9 155/29
sinuses [3] 153/10 154/6 155/16
sir [9] 4/31 5/3 5/11 5/25 7/10 11/24 69/28
88/6 102/25
sit [5] 7/1 36/10 101/10 137/20 165/17
site [8] 97/12 97/29 104/2 114/9 116/21 118/2
118/6 122/27
sites [2] 36/21 98/30
sitting [6] 30/30 59/18 60/6 108/17 131/1
145/14
SITUATED [1] 1/8
situation [6] 28/24 41/23 110/24 111/20
122/14 125/21
six [5] 139/26 142/23 145/3 145/5 145/7
size [2] 105/17 132/17
sized [1] 122/17
skill [1] 23/23
skin [7] 31/8 38/11 60/4 84/20 84/21 125/12
125/13
skip [3] 57/17 81/18 84/27
slide [67] 8/23 8/23 8/26 9/16 9/16 9/31 11/24
13/24 13/32 15/7 15/11 15/16 17/14 18/9
18/29 25/26 26/3 26/25 29/15 29/15 32/31
34/18 36/15 37/3 39/22 40/14 40/18 40/21
42/2 42/29 43/29 43/30 44/4 45/18 45/19
48/20 49/16 50/23 50/26 53/2 53/4 58/13 59/2
61/26 62/13 63/27 65/19 67/18 68/32 69/3
69/5 69/26 76/1 76/9 77/16 83/8 85/3 85/15
85/16 85/18 91/27 107/3 110/1 119/17 121/10
121/24 121/28
slides [7] 57/17 69/12 75/25 76/31 81/18
84/28 121/30
slightly [2] 51/4 99/13
sloppy [1] 111/25
small [1] 122/2
smell [26] 30/15 30/20 30/22 122/15 136/27
137/31 138/9 138/21 138/26 140/12 140/19
140/21 140/25 140/25 149/24 161/3 161/4
163/20 163/30 163/31
smelled [8] 40/4 41/6 86/6 140/9 162/5
163/16 163/18 163/28
smelling [4] 161/17 162/9 162/9 162/13
smells [1] 141/4
smoke [2] 41/14 47/24
so [139] 8/4 8/6 9/5 9/12 10/11 10/19 16/14
17/20 18/2 21/23 21/24 22/18 26/31 27/16
27/22 29/13 29/27 30/9 30/18 31/19 31/29
32/5 32/10 33/14 34/6 35/6 35/16 37/18 38/2
38/10 38/20 38/26 39/6 41/19 42/16 42/24
42/31 45/21 46/20 46/23 46/27 47/10 48/8
49/12 51/28 52/14 53/29 56/15 57/1 59/10
61/17 67/6 68/5 69/18 71/8 71/32 72/10 73/31
75/6 76/22 77/6 77/17 82/20 83/14 83/19
84/12 84/13 86/18 91/30 94/7 94/12 94/16
95/19 95/20 96/4 96/6 97/9 97/13 97/16 97/31
99/16 100/16 101/9 103/9 103/29 105/25
106/22 107/15 108/14 109/1 114/19 115/16
117/14 117/20 120/29 121/11 122/9 122/30
128/11 128/13 129/3 129/5 129/12 131/16
133/2 134/23 136/27 139/19 139/21 139/23
140/18 140/30 141/12 146/27 148/9 148/21
149/6 149/6 149/21 150/3 152/25 152/26
152/31 153/1 153/26 159/28 160/6 160/23
161/24 161/25 161/28 162/18 162/19 162/21
163/10 163/13 163/15 164/1 164/30
so-called [2] 22/18 27/16
Society [1] 12/9
sodium [2] 30/12 59/30
soft [1] 69/31
soil [3] 28/6 64/24 64/27
sold [7] 35/14 35/15 36/5 36/13 38/26 38/31
56/10
solution [15] 30/11 30/16 30/27 31/16 31/19
58/24 59/17 59/18 68/12 68/13 76/23 94/3
94/6 94/10 122/27
solutions [3] 30/17 38/5 122/28
some [116] 5/5 10/9 10/11 11/19 11/25 17/6
18/11 18/29 18/30 19/24 22/25 25/31 26/32
28/8 30/13 30/19 31/10 31/23 32/2 32/21
35/17 36/27 37/12 38/20 38/25 38/28 40/4
42/7 42/8 44/12 44/19 44/20 45/2 45/15 46/32
47/3 50/1 50/27 51/3 51/31 53/4 55/23 56/17
57/22 58/15 59/22 61/18 62/1 64/15 64/17
64/19 64/30 64/31 67/6 68/4 68/4 68/18 71/1
74/13 75/20 75/25 76/7 76/8 76/23 76/24
76/25 77/24 78/20 84/9 85/32 90/19 91/10
91/16 91/17 91/24 92/5 92/9 92/9 95/31 99/25
99/30 103/2 104/4 104/26 105/7 105/32 110/3
110/15 111/21 111/27 112/4 116/11 117/10
117/16 117/17 118/2 118/3 120/11 120/24
122/18 123/5 123/19 123/21 123/23 125/20
125/25 127/3 127/25 131/2 135/22 144/19
149/23 150/21 150/29 151/21 153/27
somebody [8] 41/25 54/3 58/10 69/10 81/14
83/19 110/12 110/17
somebody's [1] 84/18
somehow [1] 111/27
someone [2] 11/10 152/26
something [13] 6/31 7/11 11/19 22/9 27/13
28/29 35/11 37/22 39/5 51/16 52/30 56/24
73/1 73/8 79/30 81/15 84/12 91/20 93/5 94/28
96/5 118/7 128/11 129/17 131/15 132/3
140/10 142/24 144/8 145/4 163/18 163/28
163/30
sometime [5] 129/30 158/25 159/26 159/26
159/27
sometimes [8] 36/10 44/30 71/25 102/19
117/11 152/6 152/6 153/10
somewhat [2] 42/19 65/3
somewhere [4] 44/29 157/26
son [1] 13/10
soon [1] 110/20
sore [1] 143/14
sorry [15] 56/1 71/22 109/22 120/17 127/21
128/25 134/3 136/25 137/18 138/14 148/23
153/24 153/30 156/5 163/11
sort [4] 11/19 14/22 43/18 97/12
sound [1] 21/5
sounded [1] 45/15
sounds [2] 21/12 47/32
source [6] 81/8 81/14 81/17 140/21 161/3
161/17
space [2] 122/17 123/22
speak [5] 55/28 83/5 95/20 99/10 116/1
speaking [2] 118/20 151/24
speaks [1] 97/27
specialized [2] 23/19 23/29 117/10
specialty [1] 79/14
specific [15] 22/27 87/31 88/9 88/16 88/17
89/10 98/7 100/16 101/13 102/3 102/7 112/26
113/3 123/29 124/21
specifically [2] 22/15 77/23 80/4
speculation [5] 33/8 35/30 55/29 102/16
162/12
speculative [2] 97/23 138/3
spelled [1] 4/30
spend [6] 11/1 102/14 103/25 103/30 104/7
118/14
spending [2] 125/24
spent [1] 88/30
spill [10] 23/3 57/24 74/16 75/17 75/17 82/1
104/21 104/22 105/16 122/17
spilled [1] 105/23
spills [3] 24/32 109/17 109/22
spit [1] 111/21
splash [3] 84/17 110/3 111/18
splashed [1] 48/28
spoke [1] 105/31
spray [3] 81/4 115/15 144/20
sprayed [1] 30/27
sprayer [2] 30/28 59/21
sprayers [2] 79/29 80/13
spraying [2] 59/21 60/9
square [1] 105/18
ST [1] 1/28
St. [1] 4/2
St. Raymond [1] 4/2
staff [1] 70/14
stamp [12] 139/11 139/12 139/20 139/27
140/7 149/24 149/32 160/29 161/23 161/24
161/31 162/7
stamps [5] 140/16 140/16 140/22 140/28
140/32
stand [2] 57/10 151/12
standard [5] 51/28 51/32 52/22 114/8 114/13
standards [5] 27/9 27/23 27/25 27/27 113/19
standpoint [2] 51/11 85/10
start [5] 78/1 96/26 126/21 126/24 156/21
started [8] 129/6 131/13 142/25 144/32
155/28 155/31 156/22 161/25
starter [1] 140/10
starting [2] 142/21 143/3
starts [2] 93/9 106/27
state [8] 1/3 5/28 20/7 20/10 107/26 126/9
167/10 167/13
stated [3] 23/18 77/23 151/25
statement [4] 107/7 107/23 107/32 112/1
statements [1] 119/16
states [9] 11/16 20/8 20/10 20/14 20/14 49/3
91/25 92/11 114/14
stationed [1] 130/21
status [3] 7/8 7/10 11/7
statute [1] 167/21
stay [2] 31/19 42/25
stayed [3] 129/21 139/31 139/32
stays [1] 30/26
steel [1] 68/6
steelworkers [1] 16/13
stenotype [1] 167/15
step [12] 26/30 27/3 27/5 27/6 34/4 48/26
61/2 86/27 89/22 124/27 125/27 166/18
steps [2] 26/11 48/31
STEWART [8] 1/25 2/8 2/14 4/4 96/27
108/19 159/17 161/30
stick [2] 68/1 68/5
still [9] 6/11 8/29 19/30 65/25 77/4 80/3
121/8 154/2 155/8
stipulated [1] 9/5
Stop [1] 154/16
stopping [1] 60/20
stored [4] 26/1 100/8 101/29 118/25
storing [1] 56/29
story [3] 54/4 111/25 120/30
straight [1] 94/30
streaks [3] 92/2 92/9 92/19
street [36] 1/9 127/1 127/23 127/24 127/30
128/2 128/21 128/31 129/14 130/3 130/9
130/11 130/13 130/22 130/27 131/9 135/9
135/20 135/21 136/4 136/15 136/30 137/23
137/28 141/4 141/6 141/10 142/13 142/18
143/17 143/32 144/4 145/28 145/30 146/4
146/7
stretching [1] 119/12
strike [2] 97/22 119/25
strong [3] 47/20 47/31 90/30
strongest [1] 161/25
students [4] 58/6 111/6 111/7 111/9
studies [5] 17/30 17/32 71/19 71/23 73/13
study [6] 13/31 15/4 85/14 107/16 107/21
121/23
stuff [9] 52/17 89/10 89/10 115/5 133/11
135/22 144/20 148/20 157/7
stuffy [1] 112/23
stupid [1] 72/20
subject [3] 13/4 78/29 113/19
subjective [1] 50/10

subjects [1] 12/13
substance [10] 14/6 49/21 84/9 91/18 92/23 93/5 111/28 113/14 140/9 166/2
substances [14] 14/6 14/13 14/21 15/2 19/24 21/29 26/32 28/9 28/11 28/22 54/20 54/25 61/24 84/11
substantial [1] 96/7
substitute [1] 6/30
such [18] 8/2 10/18 11/11 14/29 26/27 27/4 32/28 35/9 36/3 38/5 40/24 50/13 78/11 78/14 79/28 87/28 87/31 122/11
suck [1] 158/23
sucked [1] 111/21
Sudafed [1] 144/19
suffer [2] 142/15 144/4
sufficient [3] 23/31 107/13 124/24
suggesting [1] 99/26 99/29 124/5
suggestive [1] 125/8
suggests [4] 42/23 51/9 85/5 118/5
suit [2] 57/26 145/16
suits [1] 110/23
sulfuric [11] 36/5 44/25 45/14 48/6 48/7 100/3 101/8 101/11 101/14 101/25 101/26
sulphur [3] 30/13 30/19 86/5
sulphur-containing [1] 30/13
summaries [1] 112/13
summation [1] 116/24
superintendent [5] 126/15 126/15 126/19 127/12 151/26
supervise [1] 8/6
supervised [1] 119/9
supervision [1] 167/17
supervisor [3] 127/8 127/16 158/21
supplies [1] 128/17
support [2] 57/8 66/5
supports [1] 64/31
suppose [1] 58/28
supposed [2] 34/9 111/19
Supreme [1] 167/22
sure [43] 4/29 5/26 6/1 7/27 10/4 13/23 13/31 14/18 18/14 18/24 26/25 27/32 29/16 29/26 34/4 39/23 47/23 47/32 53/3 56/6 58/14 59/3 61/28 66/3 67/20 69/1 69/27 72/29 75/19 79/24 81/23 90/31 93/14 100/18 107/9 109/15 111/11 112/30 127/19 135/1 153/21 161/30 161/31
surface [8] 41/24 64/12 64/24 68/3 68/16 69/2 74/27 76/12
surfaces [9] 44/13 45/1 64/14 64/16 67/29 68/2 68/14 73/23 81/3
surprising [1] 5/8
surrounding [2] 74/26 132/31
Sustained [7] 69/22 72/16 80/7 145/18 147/21 158/3 158/3
sworn [3] 4/16 119/15 126/3
symptom [3] 124/23 124/32 125/1
symptomology [1] 122/19
symptoms [17] 86/9 86/13 86/18 86/19 86/21 87/27 87/27 112/18 112/20 112/21 113/1 124/16 124/25 125/2 125/8 142/16 144/5
system [8] 44/14 45/12 77/6 78/5 78/8 80/14 115/12 128/4
systems [6] 8/8 77/30 98/2 99/32 101/16 102/21

**T**

tablespoons [1] 125/14
tag [2] 108/18 108/22
take [36] 7/18 10/11 13/16 14/19 18/28 19/30 22/20 26/15 26/21 27/29 44/26 48/8 56/23 57/5 60/22 60/23 66/31 68/5 71/8 76/20 85/13 86/24 97/20 102/20 109/26 110/24 111/12 111/30 124/27 128/19 134/6 135/10 138/13 144/16 144/18 166/18
taken [17] 1/14 11/25 14/21 15/3 29/2 44/3 57/30 60/27 65/6 83/14 86/30 91/25 95/6 111/1 115/10 123/30 167/14
taking [8] 10/30 47/14 48/30 64/32 68/18 108/31 114/32 128/14
talk [13] 35/20 50/25 54/24 64/22 75/21 87/29 101/8 111/17 156/16 156/18 156/27 159/23 160/28
talked [15] 15/17 19/10 38/14 38/15 40/16 44/23 45/24 61/6 63/28 65/16 67/21 83/24 86/20 86/21 146/32
talking [39] 8/25 14/17 35/12 43/12 47/25 47/27 50/5 53/8 53/10 53/11 53/14 53/21 53/23 54/4 58/17 58/32 63/26 67/8 76/16 77/16 78/1 80/3 82/9 82/13 83/10 83/12 84/9 100/15 109/16 109/22 109/23 111/27 112/1 115/22 125/12 128/26 129/5 129/12 163/13
talks [3] 42/2 53/4 59/4
tank [1] 57/25

taught [4] 12/12 12/16 12/17 16/32
Tchoupitoulas [1] 127/1
teach [1] 70/15
teaching [3] 11/11 12/25 17/9
team [2] 108/18 140/20
teaming [1] 108/22
tears [1] 107/12
technical [2] 23/19 23/28
Technically [1] 17/31
techniques [1] 16/25
tell [42] 7/25 8/24 12/6 12/15 13/13 13/28 15/23 17/11 22/7 28/4 29/31 63/11 65/23 71/3 86/14 87/5 90/5 93/1 93/4 106/31 107/8 119/2 121/24 122/25 128/13 132/19 132/21 132/22 132/24 132/25 135/26 138/5 139/3 151/2 151/17 153/7 155/9 155/9 158/5 160/24 162/7 162/26
tells [3] 65/2 65/29 123/20
Templet [6] 35/4 39/11 63/18 65/15 65/24 93/20
Templet's [1] 90/19
ten [5] 12/24 44/27 94/1 132/14 132/15
tend [3] 24/7 101/16 110/30
tender [4] 16/23 20/23 80/5 148/3
term [1] 28/26
terms [11] 25/4 38/22 50/29 51/28 62/5 71/5 73/5 106/20 118/1 121/30 129/21
TERRY [22] 2/12 126/2 126/9 126/11 134/1 134/3 135/9 136/14 142/5 143/26 145/27 148/6 149/16 150/14 150/21 155/24 158/32 159/14 160/10 163/16 164/31 166/14
test [15] 7/1 7/17 7/19 10/8 10/28 14/19 92/22 92/27 95/6 98/3 103/26 103/29 103/32 104/5 107/25
tested [4] 14/18 95/15 95/16 104/13
testified [30] 4/17 20/13 20/15 21/4 45/13 45/14 45/28 46/14 47/15 54/16 72/2 77/14 78/20 91/3 94/20 96/11 99/31 100/8 101/3 109/16 112/4 112/8 115/7 116/11 126/4 134/10 154/14 158/1 158/32 163/23
testify [17] 20/12 22/30 23/24 28/30 29/26 40/3 48/18 71/29 77/32 78/4 78/27 79/7 79/13 114/29 115/4 159/6 160/15
testifying [4] 39/5 43/21 72/9 153/13
testimony [55] 5/13 21/2 21/18 21/29 22/18 23/18 23/28 23/31 23/32 24/9 25/1 29/3 29/23 35/29 41/4 41/8 42/4 46/25 46/26 47/32 48/4 51/17 56/19 56/28 56/29 56/31 57/22 70/6 70/29 80/12 80/16 85/23 90/19 90/20 91/1 91/7 91/8 91/16 100/5 100/14 100/21 100/27 100/29 101/20 104/18 108/2 114/2 114/21 114/26 116/1 149/23 152/4 152/5 158/26 167/14
testing [2] 95/27 102/29
tests [5] 40/20 102/11 112/4 119/7 119/9
than [24] 11/1 17/27 18/1 27/28 51/10 51/19 65/25 66/26 68/29 69/10 71/1 75/32 96/32 102/7 106/13 106/18 107/11 117/8 118/7 121/8 122/14 132/14 132/15 160/26
Thank [38] 4/23 5/3 16/9 25/21 33/23 37/1 39/20 46/30 46/32 58/12 60/14 60/26 67/17 72/27 74/7 80/9 86/29 87/1 89/20 89/24 90/3 94/19 94/32 96/17 96/19 125/24 125/27 126/6 135/7 143/23 145/20 145/25 150/10 153/32 159/11 160/21 166/14 166/16
Thanks [1] 124/7
that [864]
that that [1] 159/5
that's [124] 5/8 6/25 10/32 11/10 14/20 15/1 15/29 17/27 19/9 19/10 19/12 19/26 22/3 23/4 24/22 28/13 28/13 30/7 30/31 31/26 36/16 37/18 40/22 42/26 45/1 46/16 47/11 47/19 48/25 48/29 49/8 49/11 50/8 50/11 51/2 51/7 52/18 52/26 52/30 53/14 54/1 54/4 54/29 56/20 56/32 59/7 59/9 60/4 61/5 62/5 62/8 64/32 68/31 69/8 71/25 73/6 73/8 73/27 74/3 76/5 76/18 79/16 80/2 81/11 81/13 83/32 85/8 87/27 89/3 89/14 89/15 89/16 91/22 92/32 93/1 93/18 94/9 94/16 96/17 98/7 99/7 99/7 99/15 99/16 100/14 100/25 102/16 102/21 104/20 105/7 106/16 107/12 107/15 108/5 109/5 110/16 110/25 111/24 113/1 116/3 116/23 118/7 120/3 120/29 122/18 122/19 123/32 123/32 124/7 124/26 125/10 125/23 140/12 141/23 143/30 148/7 148/23 148/32 150/6 150/31 155/1 156/25 162/28 162/5 166/5
their [13] 11/32 12/2 26/20 51/27 52/9 53/27 91/14 99/19 102/10 102/11 114/6 124/31 160/32
them [41] 11/24 12/9 13/17 27/1 27/1 32/3 33/14 35/6 35/8 35/24 41/31 42/11 46/18 51/15 56/29 73/20 87/30 91/10 95/31 97/17 99/1 100/7 104/26 115/24 116/31 119/3 123/1 125/2 125/20 125/21 135/16 140/18 144/26

then [39] 7/5 7/17 7/18 8/1 17/29 18/3 28/1 28/10 30/28 31/1 31/22 32/14 33/3 46/22 50/11 51/4 51/7 53/20 59/29 76/20 93/32 98/9 98/13 98/14 108/11 116/17 118/31 123/14 124/23 128/18 148/18 148/21 148/32 149/29 151/21 151/26 154/29 161/27 165/16
there [256]
There's [1] 130/17
thereto [1] 23/24
thermal [2] 98/2 102/20
these [61] 18/12 19/24 24/12 34/31 35/5 36/17 36/22 37/30 44/6 44/23 44/31 45/16 50/12 51/14 52/20 52/28 53/9 53/16 53/25 53/29 56/17 61/9 64/8 64/14 64/14 64/16 64/20 64/29 65/30 68/10 68/27 71/27 75/11 77/2 78/18 84/11 91/26 92/2 97/26 99/26 99/30 100/27 104/1 106/21 117/21 118/21 120/19 124/3 125/6 125/18 131/8 134/10 145/2 149/4 151/17 151/22 153/27 156/8 158/27 159/13 161/32
they [129] 6/29 9/12 11/32 14/2 14/22 15/5 20/18 22/23 26/19 26/20 26/21 26/22 27/21 30/17 31/32 32/4 32/11 35/15 36/19 38/8 38/10 38/11 40/15 41/8 44/9 44/9 44/10 44/11 53/26 53/27 53/28 62/4 63/7 64/23 64/24 64/24 64/30 65/30 70/32 73/12 75/25 91/9 92/30 95/15 95/16 97/1 97/12 97/18 97/19 97/19 97/29 99/18 100/8 101/25 101/26 101/27 102/1 102/12 102/13 103/20 104/4 104/13 104/14 104/23 105/3 105/31 106/13 109/27 113/18 114/4 114/5 114/9 115/24 116/5 116/5 116/10 116/10 117/12 117/19 117/32 118/11 118/12 118/13 118/24 118/25 118/28 118/30 118/31 122/22 122/24 122/25 122/26 122/28 131/24 132/17 132/25 132/27 132/27 133/6 133/9 133/23 140/16 140/18 140/32 142/28 142/29 146/9 146/11 151/8 152/25 153/7 153/27 154/23 155/11 158/8 158/23 158/23 160/7 160/9 160/16 160/29 160/30 160/31 161/17 161/24 162/5 163/15 163/18 165/20
thiazole [1] 59/32
thing [17] 14/22 15/6 29/25 30/22 41/7 48/30 71/4 73/4 91/12 92/13 92/17 92/18 106/21 110/17 125/10 157/8 162/9
things [26] 9/17 11/11 14/18 18/28 20/2 27/15 27/29 29/18 30/16 34/9 46/15 53/26 56/30 73/14 75/6 78/2 79/7 79/28 86/16 86/17 105/1 115/11 125/9 125/11 141/27 156/32
think [105] 6/31 7/11 7/16 8/16 11/13 11/20 12/21 15/7 15/27 16/14 17/5 17/19 19/3 21/25 22/3 22/29 24/12 32/20 32/21 34/8 35/4 35/8 35/21 40/4 40/20 41/25 41/27 41/29 44/2 47/25 48/8 57/1 57/1 57/18 57/22 60/16 61/20 68/19 70/23 71/5 71/29 71/30 72/18 72/27 73/27 75/17 75/27 78/25 79/1 79/3 82/4 82/11 83/20 86/24 87/26 89/15 90/18 90/19 91/13 91/19 91/31 93/20 94/19 95/11 96/10 96/26 99/9 99/15 99/25 100/7 101/16 102/13 102/17 103/1 103/4 104/11 105/9 105/20 105/28 106/19 107/19 107/22 108/2 109/14 113/22 113/25 113/29 113/29 114/14 115/2 116/19 118/27 121/10 121/12 124/7 137/14 140/30 144/26 145/11 149/20 149/27 150/6 158/12 159/5
thinking [1] 74/27
third [2] 17/7 61/2
third-world [1] 17/7
this [211]
THOMAS [6] 1/7 1/7 2/12 3/20 126/2 126/11 11/29 11/30 12/1 12/20 14/23 16/19 18/25 18/27 19/5 20/13 20/17 20/19 21/10 22/21 22/22 25/18 26/4 27/28 28/22 30/24 31/17 31/18 31/31 32/6 36/18 37/13 39/26 42/14 42/19 47/14 51/9 52/3 52/4 52/6 52/12 52/14 58/19 63/32 64/25 67/2 73/5 75/28 75/31 78/2 78/4 78/21 81/6 83/3 83/4 85/26 86/3 86/21 87/30 90/31 91/9 95/21 97/10 99/5 104/14 107/30 113/19 113/21 113/25 114/3 114/5 114/6 114/10 114/10 114/16 114/17 115/27 115/21 119/9 120/10 120/12 123/24 123/25 130/18 134/17 136/28 144/4 149/6 153/4 154/11 154/22 156/27 156/29 156/31 159/31 165/3 165/19 165/31 166/2 166/5
though [8] 37/17 38/27 51/15 52/1 74/28 91/1 104/15 151/13
thought [6] 29/27 34/18 37/12 83/15 112/6 163/19
thousand [2] 50/2 50/3
thousands [3] 49/1 49/2 53/32
three [19] 6/32 7/16 7/16 12/17 30/4 31/27 32/11 37/16 39/27 51/23 56/14 85/23 99/18

# T

three... [6]  99/19 123/13 129/16 144/8 144/32 146/24
threshold [9]  27/12 42/19 42/24 52/4 61/11 61/14 61/15 61/23 106/16
thresholds [5]  27/8 50/28 75/19 86/6 113/12
throat [3]  59/16 142/16 143/14
through [8]  18/12 21/1 29/23 85/32 93/10 151/19 158/29 160/6
throughout [1]  10/32
throw [1]  111/12
Thursday [1]  151/15
TIFFANY [1]  1/15
tight [1]  132/27
tile [1]  98/1
tiles [1]  113/7
time [66]  11/1 12/1 12/30 19/25 31/8 41/10 42/7 53/13 54/28 55/23 56/27 56/30 58/4 60/28 61/14 63/18 64/6 70/29 71/25 72/11 73/12 75/29 81/17 84/26 86/31 100/16 102/14 104/28 106/18 110/29 112/24 115/5 118/14 125/24 125/25 126/1 126/25 126/27 126/32 127/23 127/24 128/25 128/28 129/3 129/13 129/15 130/30 131/10 131/26 131/31 132/1 132/4 132/8 133/11 134/18 135/23 140/2 140/3 142/21 144/11 144/31 151/27 152/9 152/24 155/10 156/24
time-weighted [1]  106/18
times [8]  38/21 44/28 53/15 53/17 54/1 65/25 129/17 160/26
title [4]  11/17 12/23 126/14 126/27
TLVs [2]  27/14 52/29
today [10]  5/13 28/30 70/6 87/9 89/30 90/6 94/21 101/10 129/26 131/1
toes [1]  34/5
together [4]  53/27 56/24 152/32 154/2
told [9]  59/7 101/22 117/27 118/17 145/13 151/28 152/9 154/10 155/10
tolerate [1]  84/25
tomorrow [1]  129/27
TONY [4]  1/21 3/25 150/23 151/8
too [12]  18/24 19/31 61/8 72/20 76/25 105/1 105/2 105/5 119/13 123/11 123/16 156/28
took [8]  30/28 32/2 101/18 101/30 104/17 111/19 116/21 129/22
tool [3]  28/15 71/17 73/17
tools [7]  8/11 8/15 9/17 10/22 14/7 28/15 128/17
top [2]  109/25 164/26
total [1]  105/11
totally [3]  35/12 35/29 47/11
tough [1]  95/25
toward [1]  93/32
towers [1]  44/4
toxic [2]  14/13 84/18
toxicological [4]  27/10 50/27 111/29 112/12
toxicologist [13]  6/18 10/26 14/11 17/3 17/15 28/16 34/26 46/5 55/19 67/23 69/30 85/25 97/5
toxicologists [1]  10/9
toxicology [34]  6/21 6/24 7/9 9/27 9/32 10/2 10/5 10/15 10/22 11/27 12/4 12/7 12/8 12/9 12/10 12/11 12/13 12/21 13/17 16/18 16/20 17/18 17/21 17/22 20/6 20/25 25/17 25/28 50/14 71/18 73/16 83/27 85/10 88/7
tract [1]  112/15
trained [1]  114/7
training [21]  23/23 25/3 25/12 54/9 55/18 67/22 73/10 81/26 85/24 88/9 110/6 114/11
transcribed [1]  167/16
transcript [4]  167/5 167/18 167/19 167/20
transport [1]  64/12
transported [2]  36/6 43/11
travel [1]  80/31
tremendous [1]  76/15
trial [6]  21/4 21/14 29/23 77/11 83/13 88/4
trickier [1]  84/11
tricks [1]  134/16
tried [4]  10/16 70/22 105/8 122/18
trier [2]  23/20 23/29
trouble [1]  59/30
true [11]  39/25 42/17 51/2 52/18 52/23 79/11 80/16 83/31 83/32 105/13 167/17
trust [5]  21/8 105/17 152/28 152/31 152/32
truth [3]  76/24 156/25 156/26
try [26]  10/20 12/30 26/32 28/10 28/19 28/19 28/20 29/18 34/7 53/28 57/4 57/15 57/16 72/25 75/7 76/30 81/18 88/11 98/19 104/26 104/28 125/15 139/21 158/17 161/2 161/5
trying [15]  9/8 28/17 44/5 61/7 70/28 71/8 84/30 87/9 88/22 89/8 89/9 103/1 142/3 153/26 165/9
tube [1]  81/4
turn [2]  61/5 121/29

two-day [1]  7/1
type [13]  10/8 30/6 52/16 58/16 58/19 58/31 60/3 73/11 86/19 102/5 131/2 133/8 161/15
types [6]  8/3 9/17 12/17 36/6 64/25 102/18
typical [2]  56/9 160/1
typically [7]  18/1 38/24 66/1 88/11 109/25 110/31 117/14
Tvvek [1]  57/26

# U

Uh [4]  136/5 148/11 154/24 164/6
Uh-huh [4]  136/5 148/11 154/24 164/6
ultimate [1]  26/9
ultimately [1]  26/18
unacceptable [1]  50/11
uncertainties [2]  70/16 71/13
uncertainty [6]  37/19 37/22 56/26 71/9 71/10 71/11
uncommon [1]  84/10
under [11]  46/14 52/20 75/32 76/2 111/3 113/6 113/22 117/8 118/26 119/4 167/17
undergraduate [1]  111/8
underlying [1]  46/7
understand [18]  9/7 23/21 24/10 42/32 46/7 46/20 66/4 66/13 72/6 72/20 78/7 91/15 92/20 138/13 158/18 158/31 160/12 161/29
understanding [7]  29/31 29/32 57/14 82/10 82/16 82/18 167/19
understood [1]  91/4
unfair [1]  145/12
uniform [1]  25/32
unit [2]  164/7 164/15
United [5]  11/16 12/7 49/3 91/25 92/21
university [6]  5/28 11/20 12/19 12/19 17/13 26/23
unknown [6]  54/19 54/20 54/26 54/27 54/27 76/12
unless [3]  31/13 64/9 68/3
unlikely [5]  40/26 40/28 40/29 41/4 41/16
unnoticed [1]  35/23
unpleasant [1]  86/6
until [9]  34/7 42/8 53/32 58/1 80/31 114/27 128/31 128/31 159/21
unusual [1]  163/19
unwilling [1]  74/15
up [35]  14/21 22/21 27/24 27/28 28/28 32/13 37/20 52/28 53/32 67/14 69/12 73/12 82/2 83/19 84/30 86/24 94/28 96/21 96/23 105/18 108/25 110/18 110/26 111/6 111/16 112/2 118/1 122/25 133/23 133/25 144/21 145/14 153/26 155/17 158/23
upon [35]  14/19 18/4 18/7 29/21 29/29 30/3 31/22 32/32 36/17 37/26 45/24 46/2 46/3 47/17 49/2 54/8 55/4 55/6 55/16 55/17 58/18 67/22 72/1 73/9 78/16 78/19 78/27 79/5 79/10 79/11 79/12 81/24 82/16 85/22 117/13
upper [1]  76/3
uptake [2]  17/23 28/9
us [29]  3/15 4/26 12/6 12/15 14/31 17/11 17/16 21/19 28/4 29/31 48/10 49/17 56/21 59/7 61/18 63/11 63/20 63/23 65/23 71/3 72/11 72/12 83/11 125/25 128/13 139/3 139/26 149/23
usage [2]  92/7 123/22
use [31]  8/11 8/17 8/19 9/21 9/23 10/25 15/14 16/24 22/18 22/22 26/27 28/16 34/30 44/28 45/11 49/2 58/10 73/17 73/20 92/4 109/24 110/8 111/19 117/11 119/15 125/7 125/20 130/18 133/9 161/20 166/1
used [22]  14/7 26/5 26/8 26/17 38/6 44/6 44/9 44/10 44/26 44/30 44/32 65/30 71/20 77/5 101/15 111/20 114/27 118/24 118/29 118/31 133/10 148/22
useful [1]  63/8
uses [16]  23/9 39/24 40/19 43/7 43/17 44/6 63/29 91/25 92/21 97/1 97/10 97/25 98/32 116/29 117/1 118/1
using [8]  28/25 52/5 58/3 58/6 75/2 94/13 99/27 103/2
usually [2]  28/27 44/26
utilized [1]  44/22

# V

vain [1]  83/14
valid [3]  16/27 71/17 167/4
validation [1]  18/16
valuable [2]  71/27 71/28
value [1]  51/7
values [2]  51/10 52/4
vapor [12]  30/17 31/9 31/12 43/11 56/16 56/18 58/23 60/8 74/13 101/27 101/29 107/29
vapors [1]  54/5

variabilities [1]  21/30
Variability [3]  29/1 52/18 121/19
varied [3]  95/30 99/13 117/31
varies [1]  114/19
various [12]  12/26 14/28 15/11 26/24 27/10 32/27 38/2 41/29 56/29 91/14 105/21 107/28
variously [1]  30/20
varying [2]  67/13 86/7
vast [2]  21/30 51/25
vault [12]  140/18 140/18 140/19 140/23 140/24 161/21 161/28 161/28 164/4 164/5 164/8 164/16
vent [1]  123/31
ventilation [9]  8/2 76/7 77/1 77/3 77/6 78/18 79/28 101/16 110/30
versus [5]  1/10 3/13 33/2 46/25 97/13
vertical [1]  92/9
very [32]  10/14 10/15 17/12 17/31 32/17 33/20 38/28 38/28 40/28 41/4 42/25 48/1 49/24 53/15 55/10 58/21 59/1 78/2 82/24 84/7 90/30 93/4 97/30 103/4 108/6 110/7 122/2 122/10 123/8 124/31 125/21 153/28
via [1]  43/11
vicinity [2]  114/16 114/18
Vicks [1]  144/20
Virtually [1]  26/10
volatile [7]  30/10 31/18 32/17 38/18 48/8 59/23 59/24
volatility [2]  31/21 59/20
volume [7]  23/3 24/5 81/32 105/16 105/19 105/22 113/9

# W

wait [3]  34/6 34/7 137/8
walk [2]  131/21 160/16
walked [9]  105/3 131/23 135/23 139/21 154/25 157/4 157/5 159/21 160/6
walking [1]  155/11
walls [1]  44/13
want [40]  3/15 9/5 22/26 30/29 31/6 31/7 34/4 38/11 62/9 62/12 77/19 83/24 85/2 87/16 87/21 91/23 91/31 93/7 93/9 93/23 100/24 107/3 108/24 115/15 119/27 120/28 120/30 120/31 134/3 148/8 149/28 150/21 150/28 151/15 151/19 152/29 156/15 156/16 163/15
wanted [5]  16/25 52/1 52/28 65/5 122/11
wanting [1]  61/21
wants [1]  116/2
warming [1]  66/19
warnings [1]  112/30
warrant [1]  11/30
Wartburg [1]  5/26
was [310]
was the [2]  7/13 64/4
wasn't [13]  32/3 54/31 109/9 109/22 120/18 125/18 132/27 136/12 139/30 139/32 152/7 153/2 160/10
waste [31]  32/1 36/21 37/16 37/30 38/27 39/3 47/13 97/7 97/12 98/30 101/17 102/8 102/9 102/12 103/25 103/28 104/1 104/6 104/15 116/20 116/32 117/2 118/2 118/7 118/9 118/12 118/19 118/26 118/31 119/7 122/26
Watch [4]  86/27 89/22 125/27 166/18
water [21]  28/6 36/27 43/13 63/25 64/11 64/24 64/28 65/23 65/26 65/28 65/30 67/4 67/13 68/24 80/13 81/3 86/23 95/22 95/23 95/32 96/2
watering [1]  143/8
watery [1]  153/11
Waverly [1]  5/26
way [17]  8/6 16/15 34/9 51/20 61/17 63/32 64/12 71/31 102/20 105/10 117/30 119/22 120/27 127/10 148/17 148/20 163/26
ways [3]  22/24 125/15 125/17
we [313]
we're [1]  116/24
weak [1]  38/1
wear [2]  110/1 110/2
wearing [1]  156/21
week [4]  52/8 83/14 105/27 129/17
weekend [2]  115/13 115/17
weekends [1]  129/31
weeks [1]  52/8
weigh [1]  46/26
weighing [1]  46/26
weight [3]  34/2 39/19 94/5
weighted [1]  106/18
welcome [1]  150/12
well [54]  7/14 7/30 7/31 8/3 12/8 12/30 13/3 14/6 15/1 19/28 24/24 28/6 31/11 38/10 42/16 48/6 48/17 51/2 52/20 53/1 56/6 56/20 56/32 57/30 57/31 58/2 58/20 65/24 72/3 75/32 76/2 91/8 97/27 100/15 105/11 114/1 115/24 116/10 116/19 116/26 116/32 119/4 121/23

**W**

well... [11]  121/29 122/26 132/3 138/25
140/15 141/17 148/30 148/32 152/12 158/5
165/1
well under [1]  75/32
well-designed [1]  121/23
went [29]  5/28 8/22 12/1 15/8 19/25 21/14
41/15 41/25 42/7 42/17 108/11 117/26 127/25
127/30 130/13 139/20 140/3 140/7
143/2 145/32 151/27 152/10 152/27 156/31
157/2 157/14 161/32 164/5
were [180]
weren't [5]  29/26 35/7 104/13 151/26 154/29
west [15]  5/2 63/31 64/6 65/2 65/4 65/7 65/8
65/17 68/21 68/28 68/30 123/10 123/13
123/16 123/31
wet [1]  63/24
what [272]
what's [3]  56/18 67/8 128/18
whatever [13]  65/29 82/18 87/30 97/9 114/14
128/14 130/24 143/27 148/22 154/31 158/29
162/6 163/19
whatsoever [2]  57/10 59/20
Wheat [1]  5/2
when [76]  6/20 14/19 22/1 12/29 27/12 28/29
30/16 31/16 36/10 41/15 46/23 50/1 53/8
53/21 61/13 64/22 65/15 66/24 67/3 70/17
73/12 77/32 80/29 84/3 85/14 86/13 88/18
94/9 97/32 109/27 114/27 115/13 118/24
122/22 125/6 125/17 126/18 127/5 127/22
127/22 127/30 128/2 129/6 129/8 130/3 131/8
131/20 131/23 134/28 136/7 136/12 136/18
139/6 139/14 140/6 142/20 142/25 144/7
145/30 146/7 146/23 151/24 151/25 152/5
154/21 154/25 155/16 155/31 156/21 156/22
159/25 160/2 160/9 160/25 162/26 163/15
Whenever [1]  63/17
where [58]  8/1 11/29 21/13 35/3 36/21 37/30
43/7 45/1 58/5 64/14 66/4 66/9 66/11 71/5
71/23 81/2 83/1 84/15 87/14 87/27 88/26
89/14 91/6 91/9 106/30 107/21 107/28 110/7
113/32 124/4 126/12 126/32 128/6 129/22
130/4 131/19 135/26 139/3 139/6 139/12
139/22 140/13 140/15 140/16 140/31 146/29
147/2 147/5 149/10 158/5 159/24 159/32
160/4 161/5 161/16 161/25 161/31 161/32
Whereupon [6]  60/27 83/16 86/30 90/9
125/32 154/18
whether [30]  22/23 24/8 31/31 32/6 32/6
34/24 43/15 55/2 55/7 63/31 71/20 78/3 92/6
113/17 115/19 115/21 123/21 123/22 124/20
127/31 130/20 132/22 132/25 134/13 134/19
138/24 139/27 141/18 158/28 160/25
which [53]  9/16 14/27 15/3 15/14 17/23
17/29 18/6 25/2 27/27 30/12 30/19 30/22
31/15 32/15 32/16 35/29 38/24 38/30 42/2
44/21 48/7 48/11 50/32 53/27 65/2 67/30
68/12 70/19 77/15 82/4 89/10 96/28 96/30
98/6 99/30 102/3 102/29 103/4 105/27 107/22
111/25 112/22 113/13 114/31 114/32 116/18
116/25 116/32 120/8 120/24 120/26 123/20
125/7
while [13]  130/24 136/14 136/30 139/28
141/6 142/13 143/7 143/8 143/11 143/14
143/17 143/21 143/32
who [34]  8/7 13/10 40/23 45/6 47/24 50/13
54/11 55/22 60/8 70/15 78/20 83/4 99/32
105/29 108/32 109/1 114/4 114/15 115/18
119/8 130/20 132/9 146/31 152/21 155/2
155/4 157/12 158/20 158/21 160/6 160/29
162/5 162/8 163/16
whole [4]  33/7 88/4 120/29 140/17
whom [1]  167/13
why [20]  33/4 35/25 36/3 36/5 57/29 75/27
89/26 106/16 107/8 108/12 118/9 122/18
132/2 148/32 156/11 157/30 158/22 159/6
162/20 162/28
why I'm [1]  148/32
wide [2]  152/19 153/1
wife's [1]  13/9
will [44]  7/24 16/21 17/20 20/19 23/20 23/29
24/15 25/6 27/30 33/3 34/24 35/19 35/20
35/24 36/11 37/25 49/23 49/27 55/9 60/22
66/1 72/25 76/7 77/20 81/31 90/5 93/11 96/3
96/26 99/10 102/22 103/10 105/20 106/30
107/18 108/15 109/1 111/12 116/1 121/1
145/23 147/7 159/3 160/23
Williams [11]  7/22 10/23 16/12 17/19 17/31
49/20 51/16 57/23 107/20 121/7 125/20
Williams' [2]  46/25 119/14
willing [1]  106/2 108/15
WILLIS [6]  1/21 2/6 2/9 3/20 79/3 124/14
Wills [1]  20/28
window [2]  58/8 110/21

winders [3]  109/19 110/27 123
wipe [13]  63/28 63/31 64/29 65/6 65/30 68/29
95/6 95/12 123/8 123/14 123/15 123/18
123/30
withdraw [2]  105/27 138/14
within [15]  13/1 46/6 58/27 64/5 74/23 74/25
75/13 79/7 79/13 120/21 121/14 121/24
121/25 122/17 123/16
without [3]  52/9 59/18 69/13
witness [14]  2/3 23/22 69/11 90/6 96/10
103/1 108/32 109/7 133/14 148/3 155/5
162/17 162/18 162/19
won't [1]  16/11
wonder [1]  115/1
WONG [1]  1/8
word [4]  94/13 97/3 114/32 138/6
words [4]  102/3 124/31 125/7 151/18
work [59]  10/9 11/2 15/24 15/29 16/13 16/15
16/16 17/3 17/6 19/14 19/23 19/28 21/27 22/2
26/10 26/20 26/24 28/27 40/25 42/7 42/15
52/9 52/16 78/12 81/15 99/32 106/29 109/30
113/32 114/15 124/21 126/24 127/16 127/23
127/24 128/7 128/7 128/8 128/10 128/12
128/16 128/30 129/14 129/25 129/27 129/29
129/31 130/1 130/4 130/25 130/30 136/15
136/18 141/7 142/13 143/3 146/3 147/13
151/27
workday [1]  115/17
worked [22]  7/15 10/7 16/31 19/24 44/17
54/11 55/22 57/30 57/32 77/24 83/1 85/31
88/24 88/27 114/5 119/5 119/8 128/2 129/3
129/26 129/26 156/30
worker [8]  52/7 64/2 147/9 147/13 147/15
147/16 148/1 157/16
workers [6]  7/32 52/5 64/8 86/6 115/16
124/30
working [26]  58/6 113/13 113/27 124/4
126/21 127/26 128/3 130/24 131/13 136/30
142/13 142/17 143/7 143/9 143/12 143/14
143/17 143/21 143/32 155/28 155/31 156/2
156/22 156/23 157/13 158/25
workplace [11]  7/29 10/6 10/14 27/22 50/20
52/6 52/19 54/5 61/22 113/17 113/17
works [2]  78/5 78/8
world [1]  17/7
worried [1]  58/7
worse [2]  70/21 155/31
worst [9]  31/30 56/7 70/22 101/19 101/25
101/30 104/19 117/22 122/18
worst-case [3]  56/7 101/19 122/18
worthy [1]  60/15
would [182]
wouldn't [12]  21/7 21/22 30/10 30/23 31/6
31/7 51/29 65/11 98/29 110/12 110/17 112/7
wrap [1]  84/30
write [1]  109/2
writing [2]  128/11 128/12
written [2]  29/10 69/10
wrong [9]  7/13 21/16 63/13 63/15 67/7 79/3
94/20 99/16 100/12
wrote [2]  105/12 110/25

**Y**

y'all's [1]  89/32
yeah [40]  7/5 10/28 15/25 17/5 18/25 19/3
19/9 19/21 21/9 23/4 27/21 28/13 38/4 59/21
60/2 65/20 67/32 68/31 70/4 70/14 73/11 77/2
83/28 88/15 91/2 98/23 99/3 103/31 112/10
116/16 117/22 122/4 123/6 123/32 132/27
146/26 153/19 154/8 157/3 160/5
year [7]  52/8 126/21 127/13 142/23 145/3
145/5 145/7
years [22]  6/28 6/30 7/12 7/19 10/17 12/24
14/10 17/1 19/27 21/5 21/15 21/25 22/1 24/31
35/22 35/23 103/9 119/4 131/15 144/8 145/1
146/24
yep [1]  59/28
yes [158]  3/5 3/18 4/21 5/15 6/3 6/19 8/18
8/21 9/22 9/25 9/30 10/24 11/6 11/23 12/5
12/14 13/27 14/15 14/30 15/13 15/15 16/7
16/19 16/29 17/10 17/19 18/10 18/18 18/23
19/18 20/3 20/9 20/18 20/21 26/29 27/32 28/3
29/6 29/20 29/28 31/3 34/22 36/31 37/6 37/10
39/28 39/31 40/7 40/10 40/18 42/12 42/28
42/30 43/3 43/8 43/28 44/1 45/20 48/23 49/15
50/24 51/18 51/21 52/2 52/18 52/31 53/1 53/7
60/32 61/32 63/10 65/9 65/18 67/27 69/4
69/32 70/11 71/23 79/32 80/15 81/10 88/5
88/17 88/25 90/8 90/14 92/14 92/15 92/19
93/19 93/27 93/31 94/2 94/19 95/3 95/5 95/21
96/15 96/32 97/3 98/9 98/12 98/12 98/14
101/26 103/16 104/11 109/18 112/17 113/8
114/22 114/25 118/20 122/5 127/4 127/18
128/1 129/1 129/24 129/32 130/19 130/23
131/7 131/17 131/30 133/16 133/28 134/12

**Z**

Zero [1]  71/22

yesterday [1]  90/18
yet [2]  82/3 140/1
you [1051]
you're [80]  34/14 48/26 48/26 56/25 112/10
125/31 150/12 153/10
you've [3]  76/11 76/11 83/19
your [238]
yours [1]  34/6
yourself [7]  26/27 27/4 50/13 78/11 78/14
78/15 141/30
youth [2]  111/7 111/25